**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Amyris, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Amyris Biotechnologies, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0856151** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5885 Hollis Street**<br>**Suite 100**<br>**Emeryville, CA 94608**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.amyris.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __3254__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases
      pending or being filed by a
      business partner or an
      affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Rider 1 attached hereto** | Relationship | **Affiliate** |
| District | **Delaware** | When _____ | Case number, if known _____ |

---

**11.  Why is the case filed in
      _this district_?**

_Check all that apply:_

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or
      have possession of any
      real property or personal
      property that needs
      immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name      _____

         Phone             _____

---

██ **Statistical and administrative information**

**13.  Debtor's estimation of
      available funds**

_Check one:_

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of
      creditors**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Amyris, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.** **Estimated liabilities**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

(on a consolidated basis)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  9, 2023**
MM / DD / YYYY

**X /s/ Han Kieftenbeld**

Signature of authorized representative of debtor

**Han Kieftenbeld**

Printed name

Title  **Interim Chief Executive Officer & Chief Financial Officer**

**18. Signature of attorney**

**X /s/ James E. O'Neill**

Signature of attorney for debtor

Date  **August  9, 2023**
MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-652-4100**    Email address  **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
AMYRIS, INC.
(a Delaware Corporation)**

August 8, 2023

The undersigned, being all of the directors of Amyris, Inc., a Delaware corporation, do hereby consent to the adoption of the following resolutions, which resolutions shall have the same force and effect as if adopted by a vote of the board of directors of the corporation at a duly convened meeting held for such purposes, all in accordance with Section 141(f) of the Delaware General Corporation Law and Section 3.10 of the Amended and Restated Bylaws of the corporation:

WHEREAS, the Board of Directors (the "**Board**") of Amyris, Inc., a Delaware corporation (the "**Company**"), acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company; and

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the

DocuSign Envelope ID: 62A40B78-833B-4D3B-8B99-59CF70F885E5

Company's chapter 11 case, with a view to the successful prosecution of such case and to enable the Company to conduct its operations consistent with its ordinary course of business to the extent permitted under the Bankruptcy Code;

RESOLVED, that the Board hereby appoints Mr. Philip J. Gund, Senior Managing Director at Ankura Consulting Group, LLC, to serve as Chief Restructuring Officer of the Company effective as of the commencement of the Company's chapter 11 case, and Mr. Gund shall be an Authorized Officer to serve in such office at the pleasure of the Board until his resignation or removal, with such duties as the Board shall prescribe. Mr. Gund will report to the Restructuring Committee of the Board;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Pricewaterhouse Coopers LLP ("**PWC**") as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PWC;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Intrepid Investment Bankers LLC ("**Intrepid**") as the Company's investment banker, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Intrepid;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Fenwick & West, LLP ("**Fenwick**") as the Company's corporate counsel, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy,

DocuSign Envelope ID: 62A40B78-833B-4D3B-8B99-59CF70F885E5

and to cause to be filed an appropriate application for authority to retain the services of Fenwick;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Stretto, Inc. ("**Stretto**") as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Stretto;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing and obtain permission to use existing cash collateral according to terms which may be negotiated by the management of the Company; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company

in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the undersigned have duly executed this Consent as of the date set forth above, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument.

**John Doerr**

**Ana Dutra**

**Geoffrey Duyk**

**Philip Eykerman**

**Frank Kung**

**James McCann**

**Steven Mills**

**Ryan Panchadsaram**

/s/ Lisa Qi

**Lisa Qi**

**Julie Washington**

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
### District of Delaware

In re <u>Amyris, Inc., *et al.*</u>                                    Case No. _____

                                                 Debtor(s)        Chapter   <u>**11**</u> _____

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-34885.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2023 (10-Q)

  a. Total assets                                      $  679,679,000

  b. Total debts (including debts listed in 2.c., below)       $ 1,327,747,000

  c. Debt securities held by more than 500 holders

| | | (in millions (MM) USD)[1] | Approximate number of holders: |
|---|---|---|---|
| secured  x  unsecured ☐ subordinated ☐ | Perrara Ventures, LLC | $38.4 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | Anesma Group, LLC | $50 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | Anjo Ventures, LLC | $50 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | DSM Finance B.V. | $73.8 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | Foris Ventures, LLC | $84 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | Foris Ventures, LLC (convertible) | $50 MM | Not available |
| secured  x  unsecured ☐ subordinated ☐ | Muirisc, LLC | $20 MM | Not available |
| secured ☐ unsecured  x  subordinated ☐ | U.S. Bank National Association, as Trustee for Convertible Notes | $690 MM | Not available |
| d. Number of shares of preferred stock[2] | | 0 | Not available |
| e. Number of shares common stock[3] | | 368,524,240 | Not available |

    Comments, if any:

---

[1] Amounts reported for Debt securities are as of June 30, 2023.

[2] 5,000,000 Shares Authorized; Zero Outstanding (per 10-K at December 31, 2022).

[3] 550,000,000 Shares Authorized; 368,524,240 Issued and Outstanding (Weighted Average from 10-Q at March 31, 2023).

3. Brief description of Debtor's business:

Amyris was founded in 2003 to create a more stable supply of a key anti-malarial treatment. Through Amyris' cutting-edge science, artemisinin—the most effective anti-malarial drug in the world—is now consistently available to treat the deadly disease. Using the same technological innovations that produced artemesin, Amyris has become the world's leading manufacturer of ingredients made with synthetic biology. Amyris provides sustainable ingredients that are eco-friendly alternatives to raw material sourced for flavors and fragrances, sweeteners, cosmetics, pharmaceuticals, and other consumer products.

In addition, Amyris operates a family of consumer brands that utilize the Company's ingredients to meet the growing demand for sustainable, effective, and accessible products, including Biossance® (clean beauty skincare), JVN™ (haircare), Rose Inc.™ (clean color cosmetics), Pipette® (clean baby skincare), OLIKA™ (clean wellness), MenoLabs™ (healthy living and menopause wellness), Stripes™ (menopausal wellness), and 4U by Tia™ (a new clean haircare line).

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Foris Ventures LLC

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

DOCS_LA:350399.1 03703/003

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the Debtor in this Chapter 11 Case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1.      Amyris, Inc.

2.      AB Technologies LLC

3.      Amyris Clean Beauty, Inc.

4.      Amyris Fuels, LLC

5.      Amyris-Olika, LLC

6.      Aprinnova, LLC

7.      Onda Beauty Inc.

8.      Upland1 LLC

| | |
|---|---|
| Debtor name | **Amyris, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Security Holders and Creditor Matrix Certification**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **August  9, 2023** | X **/s/ Han Kieftenbeld** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Han Kieftenbeld** |
| | | Printed name |
| | | **Interim Chief Executive Officer & Chief Financial Officer** |
| | | Position or relationship to debtor |

☐ Check if this is an amended filing

<u>Official Form 204</u>

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | U.S. Bank N.A. 800 Nicollet Mall Minneapolis, MN 55402 | Bradley Scarbrough Email: bradley.scarbrough@usbank.com | 1.50% Notes due 2026 | | | | $690,000,000.00 |
| 2. | Cosan US LLC 920 Wayland Cir Bensalem, PA 19020 | Lineu Moran Tel. 215.245.2042 Email: Lineu.Moran@moovelub.com | Settlement Agreement | | | | $10,800,000.00 |
| 3. | DB Ventures Limited 33 Great Portland Street London,  W1W 8QG | AR Dept. Tel. 203.146.8877 Email: accounts@davidbeckham.com | Trade Payable | Contingent, Unliquidated, Disputed | | | $7,200,000.00 |
| 4. | EPIC W12 LLC 5th Floor 15 Watts Street New York, NY 10013 | Tel. 212.257.0147 | Lease Rejection | Contingent | | | $4,968,584.84 |
| 5. | PMG Worldwide, LLC 2845 W. 7th St Fort Worth, TX 76107 | Accounting Tel. 817.420.9970 Email: accounting@pmg.com | Trade Payable | | | | $3,985,884.96 |
| 6. | Nikko Chemicals Co Ltd Nihonbashi-Bakurocho 1-4-8 Chuo-ku, 13 1030002 | Itakhiro; Katohito Tel. 81.3.3661.1677 Email: itakhiro@nikkolgroup.com; katohito@nikkolgroup.com; | Profit Distribution | | | | $3,900,000.00 |
| 7. | Sartorius Corporation 24918 Network Place Chicago, IL 60673-1249 | Support Tel. 631.254.4249 Email: support@sartorius.stedim.com | Trade Payable | | | | $3,818,648.98 |
| 8. | Hearst Magazine Media 300 West 57th Street 28th Floor New York, NY 10019 | AR Dept. Tel. 212.649.3431 Email: ARDeptHSC@hearst.com | Trade Payable | | | | $3,311,007.74 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9. Cosmetix West 2305 Utah Avenue El Segundo, CA 90245 | C. Mirkovich Tel. 310.726.3080 Email: cmirkovich@cosmetixwest.com | Trade Payable | | | | $2,909,564.18 |
| 10. Wiley Companies PO Box 933322 Cleveland, OH 44193 | Joshua Wiley Tel. 740.622.0755 Email: joshuawiley@organictech.com | Trade Payable | | | | $2,864,878.96 |
| 11. Park Wynwood LLC 855 Front Street San Francisco, CA 94111 | Glenn; Jesse; Richard Tel. 415.310.9059 Email: glenn@brickandtimbercollective.com; jesse@brickandtimbercollective.com; richard.appelbaum@kyl.com | Lease Rejection | Contingent | | | $2,743,339.28 |
| 12. Allog Transportes Internacionais Av. Joao Scaparo Neto, 84, Bloco C, Campinas, SP 13080-655 | Tel. 55.47.32411756 | Trade Payable | | | | $2,215,494.17 |
| 13. Nest-Filler USA 2334 E Valencia Drive Fullerton, CA 92831 | Accounting Tel. 714.522.7707 Email: accounting@nfbeautygroup.com | Trade Payable | | | | $1,958,858.73 |
| 14. Global4PL Supply Chain Services 1525 McCarthy Blvd. Suite 1008 Milpitas, CA 95035 | Sergio Retamal Tel. 866.475.1120 Email: sergio.retamal@global.4pl.com | Trade Payable | | | | $1,757,970.86 |
| 15. ADL Biopharma Km. 1,100 - Edificio Gamma Alcobendas (Madrid),  28108 | Tel. 34.987.895p.800 | Trade Payable | | | | $1,586,149.14 |
| 16. Evonik Corporation P.O. Box 730363 Dallas, TX 75373 | Paul Romesburg Tel. 707.230.1751 Email: paul.romesburg@evonik.com | Trade Payable | | | | $1,529,627.20 |
| 17. Microsoft Corporation 6100 Neil Road Bldg A Reno, NV 89511 | V. Ertr Email: v.ertr@microsoft.com | Trade Payable | | | | $1,517,283.28 |
| 18. Palm Beach Holdings 3940, LLC 801 Brickwell Ave Suite 900 Miami, FL 33131-2979 | Jose Perez Email: Jose.Perez@colliers.com | Lease Rejection | Contingent | | | $1,365,708.66 |
| 19. Todd Shemarya Artists, Inc. 2550 outpost drive Los Angeles, CA 90068 | Josh Tel. 323.655.3757 Email: josh@shemarya.com | Trade Payable | | | | $1,325,669.00 |
| 20. Allure Labs, Inc. 30901 Wiegman Rd Hayward, CA 94544 | Sunita Tel. 510.489.8896 Email: sunita@allurelabs.com | Trade Payable | Disputed | | | $1,291,810.87 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21. Rakuten Marketing Suite 300 6985 S Union Park Center Midvale, UT 84047 | President; General Counsel Tel. 646.864.4718 Email: president@mail.rakuten.com; generalcounsel@rakuten.com | Trade Payable | | | | $1,288,733.56 |
| 22. Northwest Cosmetic Labs 2105 Boge Ave. Idaho Falls, ID 83401 | AR Dept. Tel. 208.522.6723 Email: ar@elevationlabs.com | Trade Payable | | | | $1,288,014.58 |
| 23. Shearman & Sterling LLP 589 Lexington Ave New York, NY 10022 | A. Loeffler Email: ALoeffler@Shearman.com> | Professional Services | | | | $1,263,611.94 |
| 24. Outfront Media 2640 NW 17th Ln Pompano Beach, FL 33064 | Sandra Vicente Tel. 407.274.8381 Email: sandra.vicente@outfront.com | Trade Payable | | | | $1,240,508.00 |
| 25. ES East, LLC 1120 Nye Street, Suite 400 San Rafael, CA 94901 | K. Sawyer; C. Kargl; M. Buttrum Email: KSawyer@warehamdevelopment.com; CKargl@warehamdevelopment.com; MButtrum@warehamdevelopment.com. | Trade Payable | | | | $1,145,204.03 |
| 26. Gibson, Dunn & Crutcher LLP 333 South Grand Avenue Los Angeles, CA 90071 | M. Celio; C. Block Tel. 213.229.7120 Email: MCelio@gibsondunn.com; CBlock@gibsondunn.com | Professional Services | | | | $1,141,689.08 |
| 27. Workday, Inc. 6110 Stoneridge Mall Road Pleasanton, CA 94588 | Legal Dept. Tel. 765.509.4592 Email: legal@workday.com | Trade Payable | | | | $1,089,362.50 |
| 28. Hollis R & D Associates 1120 Nye St Suite 400 San Rafael, CA 94901 | K. Sawyer; C. Kargl; M. Buttrum Tel. 415.457.4964 Email: KSawyer@warehamdevelopment.com; CKargl@warehamdevelopment.com; MButtrum@warehamdevelopment.com | Lease Rejection | Contingent | | | $1,079,806.07 |
| 29. DSM USA 5750 Martin Luther King Jr Hwy Greenville, NC 27834 | Tel. 252.707.5326 Email: dnp.sfsc@dsm.com | Trade Payable | | | | $1,052,904.34 |
| 30. Nippon Surfactant Industries Co., Ltd (Nissa) Nihonbashi-Bakurocho 1-4-8 Chuo-ku Tokyo, 1030002 JAPAN | Itakhiro; Katohito Tel. 81.3.3662.0378 Email: itakhiro@nikkolgroup.com; katohito@nikkolgroup.com | Profit Distribution | | | | $1,000,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)**    page 3

DOCS_DE:244017.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

AMYRIS, INC.,

                              Debtor.

Chapter 11

Case No. 23-_____ (___)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

Name:          Foris Ventures LLC
Address:       C/O Jema Management LLC
               Attn Barbara S Hager
               1180 San Carlos Avenue #717
               San Carlos CA 94070

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., | Case No. 23-_____ (____) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| CEDE & CO M | C/O DTCC - TRANSFER OPERATION DEPT<br>570 WASHINGTON BLVD FL 1<br>JERSEY CITY NJ 07310-1617 | 78.1326683% |
| FORIS VENTURES LLC | C/O JEMA MANAGEMENT LLC<br>ATTN BARBARA S HAGER<br>1180 SAN CARLOS AVENUE #717<br>SAN CARLOS, CA 94070 | 20.5524714% |
| PERRARA VENTURES LLC | C/O BARBARA HAGER<br>751 LAUREL ST PMB 717<br>SAN CARLOS CA 94070-3113 | 0.8975137% |
| BILL & MELINDA GATES FOUNDATION | ATTN JILL STRATTON<br>1432 ELLIOTT AVE W<br>SEATTLE WA 98119-3124 | 0.0787294% |
| KPCB HOLDINGS INC | 2750 SAND HILL RD<br>MENLO PARK CA 94025-7020 | 0.0750901% |
| FCIP HOLDCO LLC | 3 ISLAND AVE APT 11D<br>MIAMI BEACH FL 33139-1392 | 0.0343116% |
| ZEM JOAQUIN | ADDRESS ON FILE | 0.0174043% |
| PAULA ALBUQUERQUE | ADDRESS ON FILE | 0.0173308% |
| KURARAY CO LTD | TOKIWABASHI TOWER<br>2-6-4 OTEMACHI CHIYODA-KU<br>TOKYO  100-0004<br>JAPAN | 0.0169345% |
| THE TANAKA GROWTH FUND | ATTN ABASS JALLOH<br>7 EASTON OVAL # E5W72<br>COLUMBUS OH 43219-6010 | 0.0133957% |
| JMR DEVELOPMENT LLC | C/O JACK RODRIGUEZ<br>22 OAK PL<br>BERNARDSVILLE NJ 07924-1806 | 0.0132608% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| THE LITTLE RED BIRD LLC | 11 PARROTT ST<br>COLD SPRING NY 10516-2101 | 0.0103431% |
| MIKE SCOTT CAGNEY TR | ADDRESS ON FILE | 0.0088994% |
| LARISSA THOMSON | ADDRESS ON FILE | 0.0082074% |
| HARRISON 2019 PPLI FUND LLC | ADDRESS ON FILE | 0.0079085% |
| JEREMY GOLDSTEIN | ADDRESS ON FILE | 0.0078506% |
| PAMELA BELL | ADDRESS ON FILE | 0.0068953% |
| DIANA SHANEDLING PHILLIPS | ADDRESS ON FILE | 0.0066237% |
| ANA KARINA DE PAULA ALLEN | ADDRESS ON FILE | 0.0060410% |
| JILL R SILVERS | ADDRESS ON FILE | 0.0058972% |
| WFT INVESTORS LLC | C/O KIRK B WORTMAN<br>3465 N PINES WAY<br>WILSON WY 83014-9127 | 0.0046363% |
| SUMMERCROFT LIMITED | PAVILION APARTMENTS<br>34 ST JOHNS WOOD RD<br>LONDON NW8 7HF<br>UNITED KINGDOM | 0.0044158% |
| JANE CATHERINE RYAN | ADDRESS ON FILE | 0.0041619% |
| ARTHUR LEVINSON | ADDRESS ON FILE | 0.0038032% |
| WILMINGTON TRUST COMPANY TR | ADDRESS ON FILE | 0.0036505% |
| SIMON WARSHAW | ADDRESS ON FILE | 0.0034475% |
| BEN NOEL DAVIS | ADDRESS ON FILE | 0.0031215% |
| ROCK NOMINEES LIMITED | 55 BISHOPSGATE<br>LONDON<br>EC2N 3AS<br>UNITED KINGDOM | 0.0030057% |
| HONG KONG GLOBAL LIMITED | C/O DEAN REID<br>LEVEL 1 883 ELITE INDUSTRIAL<br>BUILDING<br>883 CHEUNG SHA WAN ROAD<br>HONG KONG<br>PEOPLES REPUBLIC OF CHINA | 0.0028576% |
| SUSAN DAUBER | ADDRESS ON FILE | 0.0027564% |
| JEROME THOMSON | ADDRESS ON FILE | 0.0025668% |
| SPG HOLDING LLC | C/O MATTEO DASTE<br>25 SILK OAK CIR<br>SAN RAFAEL CA 94901-8301 | 0.0024327% |
| EDUARDO ADAMO CAPOZZI | ADDRESS ON FILE | 0.0022787% |
| SCOTT DANIELS | ADDRESS ON FILE | 0.0018253% |
| VICTOR J FONTANA | ADDRESS ON FILE | 0.0018253% |
| KENNETH W FRANKLIN | ADDRESS ON FILE | 0.0018253% |
| MAC FARM PARTNERS LLC | C/O JASON M KELLMAN<br>712 5TH AVE FL 29<br>NEW YORK NY 10019-4150 | 0.0017496% |
| NEBARI HOLDINGS LLC | C/O DANIEL E FREUMAN<br>130 5TH AVE FL 5<br>NEW YORK NY 10011-4305 | 0.0017496% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| WEST HEAD INVESTMENTS PTY LTD | 72A OXFORD ST PADDINGTON NSW 2021 AUSTRALIA | 0.0016416% |
| MARFAM 63 LLC | 880 HILLSBOROUGH BLVD HILLSBOROUGH CA 94010-6427 | 0.0014674% |
| ELIZABETH STREET VENTURE PARTNERS LLC | 30 VALLEY FORGE RD WESTON CT 06883-1928 | 0.0014443% |
| CHRISTIAN JAMES LAPIDGE | ADDRESS ON FILE | 0.0012485% |
| VK SERVICES LLC | 3000 SAND HILL RD STE 190 MENLO PARK CA 94025-7113 | 0.0011010% |
| DANIELLE KRYSA | ADDRESS ON FILE | 0.0010781% |
| GREG BOLL | ADDRESS ON FILE | 0.0010377% |
| ROBERT PAINE | ADDRESS ON FILE | 0.0008751% |
| VK SERVICES LLC | 1760 ALAMEDA STE 300 SAN JOSE CA 95126 | 0.0008616% |
| TLC CAPITAL LLC | 32 STILLINGTON DR GLOUCESTER MA 01930-4003 | 0.0008382% |
| HONG KONG GLOBAL LIMITED | C/O DEAN REID LEVEL 1, 883 ELITE INDUSTRIAL BUILDING 883 CHEUNG SHA WAN ROAD HONG KONG | 0.0007717% |
| KAIYAN KIAO | ADDRESS ON FILE | 0.0007491% |
| JONATHAN DAVID WARD | ADDRESS ON FILE | 0.0007491% |
| CURTIS S GARDNER TR | ADDRESS ON FILE | 0.0007332% |
| CAROL M DEBAIROS | ADDRESS ON FILE | 0.0007278% |
| GREGORY M PARKER | ADDRESS ON FILE | 0.0007181% |
| BLACK DOG CAPITAL MANAGEMENT LLC | 1515 DEMONBREUN ST NASHVILLE TN 37203-3153 | 0.0006955% |
| STEFFANI AARONS | ADDRESS ON FILE | 0.0006567% |
| TRACEY FROST | ADDRESS ON FILE | 0.0006567% |
| PETAR MARIUS NIKOLOV | ADDRESS ON FILE | 0.0005617% |
| WILLIAM GETTY | ADDRESS ON FILE | 0.0005477% |
| JOHN H SMITH | ADDRESS ON FILE | 0.0005183% |
| DAVID WONG | ADDRESS ON FILE | 0.0004680% |
| GORDON P GETTY II | ADDRESS ON FILE | 0.0004639% |
| RALPH ALEXANDER | ADDRESS ON FILE | 0.0003805% |
| KARLENE ASADI | ADDRESS ON FILE | 0.0003667% |
| ZRH NOMINEES 0017 LTD | PALM GROVE HOUSE PO BOX 438 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS | 0.0003282% |
| SITKA ENTERPRISES LLC | 5100 CALIFORNIA AVE STE 201 BAKERSFIELD CA 93309-0758 | 0.0003110% |
| SINGER FAMILY VENTURE LIMITED PARTNERSHIP | 3369 SIENA DR VALPARAISO IN 46385-9807 | 0.0002776% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| CHRISTINE D CHARLES | ADDRESS ON FILE | 0.0002765% |
| SCOTT WELLS | ADDRESS ON FILE | 0.0002711% |
| ANUSHA IYER | ADDRESS ON FILE | 0.0002496% |
| MARC PROCINO | ADDRESS ON FILE | 0.0002477% |
| TIMOTHY MAY | ADDRESS ON FILE | 0.0002445% |
| JEFFREY L SAUNDERS & | ADDRESS ON FILE | 0.0002073% |
| THOMAS AUSTIN MILLER | ADDRESS ON FILE | 0.0001871% |
| KEVIN SMARTT | ADDRESS ON FILE | 0.0001796% |
| LARUE R GIBSON JR | ADDRESS ON FILE | 0.0001729% |
| JENNIFER S GESSNER | ADDRESS ON FILE | 0.0001723% |
| J MICHAEL NAUMAN TR | ADDRESS ON FILE | 0.0001721% |
| VINCENT C CHEUNG TR | ADDRESS ON FILE | 0.0001527% |
| L JOHN DOERR III & ANN HOWLAND DOERR TR | ADDRESS ON FILE | 0.0001527% |
| REBECCA MARIE CHARMAN | ADDRESS ON FILE | 0.0001457% |
| REBECCA LOUISE GRAY | ADDRESS ON FILE | 0.0001457% |
| HAYLEY ANN MCRANDAL | ADDRESS ON FILE | 0.0001457% |
| JESSICA SMITH | ADDRESS ON FILE | 0.0001457% |
| DAMIAN W SORVINO | ADDRESS ON FILE | 0.0001430% |
| MATTHEW F TURNBULL TR | ADDRESS ON FILE | 0.0001389% |
| IGNEOUS VENTURES LLC | PO BOX 492<br>JACKSON WY 83001-0492 | 0.0001387% |
| PHILIP FRANK DESANTIS | ADDRESS ON FILE | 0.0001384% |
| DALYA KASTORYANO | ADDRESS ON FILE | 0.0001381% |
| KARL J FISHER | ADDRESS ON FILE | 0.0001257% |
| JOHANNA MARY CARLYLE GARRETT-TRAYLEN | ADDRESS ON FILE | 0.0001247% |
| TODD PERRY | ADDRESS ON FILE | 0.0001233% |
| JASPARA PTY LTD | 6B GLENCARRON AVE<br>MOSMAN NSW 2088<br>AUSTRALIA | 0.0001222% |
| POONAWALA GROUP INC | 45 PARK AVE APT 1503<br>NEW YORK NY 10016-3491 | 0.0001222% |
| TDB HOLDINGS LP | 701 S HOWARD AVE STE 106-392<br>TAMPA FL 33606-2473 | 0.0001209% |
| JASON M OSBORNE | ADDRESS ON FILE | 0.0001206% |
| EQUINITI TRUST COMPANY | EXCHANGE AGENT FOR<br>AMYRIS INC AMY5<br>ATTN CORPORATE ACTIONS DEPT<br>1110 CENTRE POINTE CURV STE 101<br>MENDOTA HEIGHTS MN 55120-4100 | 0.0001204% |
| MASA PARTNERS LLC | 1004 SHERMAN AVE<br>MADISON WI 53703-1618 | 0.0001195% |
| ATILLA HABIP | ADDRESS ON FILE | 0.0001182% |
| SHAYIN S GOTTLIEB | ADDRESS ON FILE | 0.0001077% |
| HOWARD B BRODSKY TR | ADDRESS ON FILE | 0.0001039% |
| JEREMY T MUENCH | ADDRESS ON FILE | 0.0001039% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| BRUCE W & ELIZABETH KRYSIAK TR | ADDRESS ON FILE | 0.0001039% |
| FLORA ODILE LEIS | ADDRESS ON FILE | 0.0001026% |
| ASHISH J SINGH | ADDRESS ON FILE | 0.0000864% |
| THE AZRILIANT FAMILY LLC | 501 5TH AVE FL 15 NEW YORK NY 10017-7860 | 0.0000864% |
| ROBERT C AMBERG | ADDRESS ON FILE | 0.0000837% |
| REBECCA A MAPES TR | ADDRESS ON FILE | 0.0000837% |
| VIJAY N SHAH | ADDRESS ON FILE | 0.0000837% |
| CHARLES H MULFINGER II TR | ADDRESS ON FILE | 0.0000829% |
| SANDOR B HATVANY | ADDRESS ON FILE | 0.0000697% |
| JONATHAN MARK DESIMONE | ADDRESS ON FILE | 0.0000695% |
| SCOTT MALTZ TR | ADDRESS ON FILE | 0.0000695% |
| ROKKA ENTERPRISES LLC | 2281 FLEETWOOD DR SAN BRUNO CA 94066-1919 | 0.0000695% |
| FRANK D MOOREFIELD | ADDRESS ON FILE | 0.0000692% |
| LUISA M ROMOFF TR | ADDRESS ON FILE | 0.0000692% |
| NICOLAS VEGAS CHUMACEIRO | ADDRESS ON FILE | 0.0000689% |
| JEFFREY A SILVERMAN TR | ADDRESS ON FILE | 0.0000689% |
| RUSSELL A HAGEY TR | ADDRESS ON FILE | 0.0000644% |
| ARTHUR L KRUCKEBURG | ADDRESS ON FILE | 0.0000609% |
| MARTIN COULTER | ADDRESS ON FILE | 0.0000557% |
| HAMILTON E HUNT JR TR | ADDRESS ON FILE | 0.0000485% |
| DEXTER BROWN | ADDRESS ON FILE | 0.0000431% |
| SHEELA MULEY | ADDRESS ON FILE | 0.0000415% |
| ANDREAS KUGLER | ADDRESS ON FILE | 0.0000398% |
| JAY I APPLEBAUM & | ADDRESS ON FILE | 0.0000347% |
| CHRISTOPHER P DOWD | ADDRESS ON FILE | 0.0000347% |
| FIRST QUARTILE LLC | 65 MACARTHUR LN APT 4 STAMFORD CT 06902-1136 | 0.0000347% |
| RODOLPHE MAX HERVE | ADDRESS ON FILE | 0.0000347% |
| LISA HUDDLESTON & | ADDRESS ON FILE | 0.0000347% |
| JANIE S KASS | ADDRESS ON FILE | 0.0000347% |
| JOHN J LENNON | ADDRESS ON FILE | 0.0000347% |
| DAVID M MENDOZA | ADDRESS ON FILE | 0.0000345% |
| HEIDI LOCKE SIMON TR | ADDRESS ON FILE | 0.0000345% |
| BARRY A RUHT & | ADDRESS ON FILE | 0.0000326% |
| MACGINGER LLC | 3729 DENSMORE AVE N SEATTLE WA 98103-8235 | 0.0000245% |
| LINDA K MYERS | ADDRESS ON FILE | 0.0000245% |
| ELEONORE MANON HATVANY TR | ADDRESS ON FILE | 0.0000242% |
| EDWARD HARRIS NAPPEN & | ADDRESS ON FILE | 0.0000242% |
| STRU-JITSU INC | 77-172 KEKAI PL KAILUA KONA HI 96740-3200 | 0.0000242% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| JIM NOMINEES LIMITED | 78 MOUNT EPHRAIM TUNBRIDGE WELLS KENT TN4 8BS UNITED KINGDOM | 0.0000232% |
| PHYLLIS GARDNER | ADDRESS ON FILE | 0.0000229% |
| SANDRA DAYCO-CORAY | ADDRESS ON FILE | 0.0000215% |
| SUSAN L CHESTER TR | ADDRESS ON FILE | 0.0000180% |
| MICHAEL L WALDBILLIG | ADDRESS ON FILE | 0.0000180% |
| PHILIP NORTON | ADDRESS ON FILE | 0.0000145% |
| TAHERA IQBAL | ADDRESS ON FILE | 0.0000113% |
| FRANK LIPIECKI | ADDRESS ON FILE | 0.0000108% |
| RYE BARCOTT | ADDRESS ON FILE | 0.0000092% |
| CHRIS J PADDON | ADDRESS ON FILE | 0.0000092% |
| VIVIANA SORIA | ADDRESS ON FILE | 0.0000075% |
| TIMOTHY CLAYTON | ADDRESS ON FILE | 0.0000073% |
| ALLEN JULIAN | ADDRESS ON FILE | 0.0000073% |
| MELINDA YU | ADDRESS ON FILE | 0.0000073% |
| BRIGID BARRY | ADDRESS ON FILE | 0.0000054% |
| JOHN-PAUL JONES | ADDRESS ON FILE | 0.0000046% |
| CRAIG BANOTAI | ADDRESS ON FILE | 0.0000043% |
| LAETITIA COUDRAY | ADDRESS ON FILE | 0.0000038% |
| MELISSA RIORDAN | ADDRESS ON FILE | 0.0000038% |
| JOHN LERCHBACKER | ADDRESS ON FILE | 0.0000035% |
| JASON STRIBLING | ADDRESS ON FILE | 0.0000035% |
| KAREN FROST | ADDRESS ON FILE | 0.0000032% |
| RYAN SILLERS | ADDRESS ON FILE | 0.0000027% |
| BLUM INVESTMENT PARTNERS INC | 909 MONTGOMERY ST STE 400 SAN FRANCISCO CA 94133-4652 | 0.0000024% |
| MADDALENA  FANELLI | ADDRESS ON FILE | 0.0000022% |
| JEFF GAYNIER | ADDRESS ON FILE | 0.0000022% |
| KERRY KULOWSKI | ADDRESS ON FILE | 0.0000022% |
| HERNAN CORTES | ADDRESS ON FILE | 0.0000019% |
| CHRIS GEORGE | ADDRESS ON FILE | 0.0000019% |
| DOROTHY KURDYLA | ADDRESS ON FILE | 0.0000019% |
| ELIZABETH LEHNER | ADDRESS ON FILE | 0.0000019% |
| MUNISH SHARMA | ADDRESS ON FILE | 0.0000019% |
| HIROKO TSURUTA | ADDRESS ON FILE | 0.0000019% |
| SHINGO WATANABE | ADDRESS ON FILE | 0.0000019% |
| CREST INTERNATIONAL NOMINEES | LIMITED 33 CANNON STREET LONDON EC4M 5SB UNITED KINGDOM | 0.0000016% |
| GREGORY GORDON | ADDRESS ON FILE | 0.0000013% |
| JACOB LAMSON | ADDRESS ON FILE | 0.0000011% |
| NEELESH RANE | ADDRESS ON FILE | 0.0000011% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| DEBRA TOWNE | ADDRESS ON FILE | 0.0000011% |
| ALBERT KAMANZI | ADDRESS ON FILE | 0.0000003% |
| MARSHALL WOLF | ADDRESS ON FILE | 0.0000003% |
| **TOTAL** | | **100.0000000%** |

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., | Case No. 23-_____ (____) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.