# EXHIBIT C

**Supply Chain – Consumer Business**

# Consumer Business Supply Chain Summary

**amyris**

