# EXHIBIT D

**Supply Chain – Ingredients Business**

