## EXHIBIT C

## List of Insurance Policies

| Type of Coverage | Insurer | Debtor | Policy Number | Period | Financed? |
|---|---|---|---|---|---|
| Employment Practices Liability | Travelers | Amyris Inc. | 107513548 | 9/14/22 to 9/17/23 | No |
| Fiduciary Liability | Travelers | Amyris Inc. | 107513548 | 9/14/22 to 9/17/23 | No |
| Crime | Travelers | Amyris Inc. | 107513548 | 9/14/22 to 9/17/23 | No |
| Kidnap, Ransom & Extortion | Hiscox | Amyris Inc. | UKA3004781.21 | 9/17/21 to 9/17/24 | No |
| D&O Primary (Side A/B/C) | AIG | Amyris Inc. | 01-565-41-08 | 9/14/22 to 9/17/23 | No |
| D&O 1st Excess (Side A/B/C) | Platinum | Amyris Inc. | 20220916-5001 | 9/14/22 to 9/17/23 | No |
| D&O 2nd Excess (Side A/B/C) | Husdon | Amyris Inc. | HN-0303-8860 | 9/14/22 to 9/17/23 | No |
| D&O 3rd Excess (Side A/B/C) | Old Republic | Amyris Inc. | ORPRO 12 102616 | 9/14/22 to 9/17/23 | No |
| D&O 4th Excess (Side A/B/C) | BHSI/ Applied | Amyris Inc. | 47-EPC-324288-01/BFLXLDTCA011200_020098_02 | 9/14/22 to 9/17/23 | No |
| D&O Lead Side A Excess/DIC | BHSI | Amyris Inc. | 47-EPC-324289-01 | 9/14/22 to 9/17/23 | No |
| D&O 1st Excess Side A DIC | AIG | Amyris Inc. | 01-568-01-72 | 9/14/22 to 9/17/23 | No |
| D&O 2nd Excess Side A DIC | AWAC | Amyris Inc. | 0313-0677 | 9/14/22 to 9/17/23 | No |
| D&O 3rd Excess Side A DIC | Old Republic | Amyris Inc. | ORPRO 12 102617 | 9/14/22 to 9/17/23 | No |

| Type of Coverage | Insurer | Debtor | Policy Number | Period | Financed? |
|---|---|---|---|---|---|
| Package – Liability Excl. Products, Intl Liab, Intl WC, & Intl Auto Excl. Products, Intl Liability, WC & Auto | Federal Ins. Co. | Amyris Inc. | 35963734 | 9/14/22 to 9/17/23 | No |
| Package International Casualty (workers comp and auto) | Federal Ins. Co. | Amyris Inc. | 35963734 | 9/14/22 to 9/17/23 | No |
| Property Excl. Inventory $75M Limit | ACE Am. Ins. Co. | Amyris Inc. | EPRN18659888 | 9/14/22 to 9/17/23 | Yes |
| Stockthru Put (Inventory) | Under-writers at Lloyd's London | Amyris Inc. | MCFAL60000325 | 9/14/22 to 9/17/23 | Yes |
| Products Liability $10m | Federal Ins. Co. | Amyris Inc. | 99479201 | 9/14/22 to 9/17/23 | No |
| Automobile | Federal Ins. Co. | Amyris Inc. | 73570501 | 9/14/22 to 9/17/23 | No |
| Lead $10M Umb (Excl. Products) | Federal Ins. Co. | Amyris Inc. | 79879855 | 9/14/22 to 9/17/23 | No |
| 1st Excess Liability - $10 xs $10M (Chubb Products & Umbrella Excl. Products) | Everest Indemnity Ins. Co. | Amyris Inc. | LS9EX00113221 | 9/14/22 to 9/17/23 | Yes |
| 2nd Excess Liability - $5 xs $20M (Chubb Products & Umbrella Excl. Products) | TDC National Assurance Co. | Amyris Inc. | LSX002462200 | 9/14/22 to 9/17/23 | Yes |
| Workers Compensation | Federal Ins. Co. | Amyris Inc. | 2371737562 | 9/14/22 to 9/17/23 | No |

2

3

| **Type of Coverage** | **Insurer** | **Debtor** | **Policy Number** | **Period** | **Financed?** |
|---|---|---|---|---|---|
| International Liability - Brazil GL & EL (Local Policy) | Chubb Seguros Brazil S.A. | Amyris Inc. | 175100003992628 | 9/14/22 to 9/17/23 | No |
| Hanover Package w/Umbrella | Citizens Ins. Co of America (Hanover) | Onda Beauty | OBYD33581407 | 8/7/20 to 8/7/24 | No |
| Med. Prof. E&O | Landmark Am. Ins. Co. | Onda Beauty | LHM850441 | 7/18/23 to 9/17/24 | No |