**<u>EXHIBIT D</u>**

**<u>List of Bank Accounts</u>**

**EXHIBIT D**

# Cash Management – Debtor Account Listing

**Amyris Inc. (Core Accounts)**

- Revenue *(2708)* △
- Concentration *(2591)** △
- Disbursement *(2898)* △
- MMDA *(8876)* △
- Payroll *(2799)* △

**Amyris Clean Beauty, Inc. (JP Morgan)**

- Amyris Clean Beauty, Inc.- MenoLabs *(5255)* △
- Amyris Clean Beauty, Inc.- EcoFab *(1596)* △
- Amyris Clean Beauty, Inc. *(3839)* △

**Non-JPM Accounts**

- Aprinnova LLC *(2314)* △

**Other US Accounts (JP Morgan)**

- Aprinnova LLC *(5193)* △
- Amyris Fuels, LLC *(3615)* △
- OLIKA INC. *(8202)* △
- ONDA BEAUTY INC. *(6532)* △
- ONDA BEAUTY INC. *(7810)* △

**Bank of the West Accounts**

- BOTW Amyris *(7079)* △
- BOTW Clean Beauty *(4987)* △
- BOTW Amyris Inc Opex *(7185)* △
- BOTW MM *(0614)* △
- BOTW Amyris Inc FSA *(7193)* △
- BOTW NC Manufacturing - Aprinnova *(8737)* △
- BOTW Amyris Inc Acc Rec *(3583)* △
- BOTW Amyris Fuels Prefund Acct *(3529)* △
- BOTW Amyris Inc Payroll *(7046)* △

**Legend**

△ Account Owned by Debtor Entity

- JP Morgan (core)
- Bank of the West
- JP Morgan
- US Bank

© 2023 Amyris, Inc. All Rights Reserved.