# EXHIBIT E

## Bank of the West Accounts

**EXHIBIT E**

# Cash Management – Bank of the West Accounts



\* Customer Remittances are paid to all active accounts, but the cash sweep only draws funds from BOTW Amyris (7079) to Concentration (2591).


© 2023 Amyris, Inc. All Rights Reserved.