# Exhibit A

Organizational Chart

# amyris

## Organizational Structure

**Amyris, Inc.** 🧪 🟠 🟢

Subsidiaries of Amyris, Inc.:
- Clean Beauty 4U Holdings, LLC 🔵
- Amyris Eco-Fab LLC 🔵
- Upland I LLC 🟢
- Amyris Clean Beauty, Inc. 🧪 🟢
- AB Technologies LLC 🧪 🔵
- Amyris-Olika, LLC 🔵
- Onda Beauty Inc. 🔵
- Amyris Fuels, LLC 🧪 🔵

### Ownership Details

- Clean Beauty 4U Holdings, LLC → 49% → Clean Beauty 4U LLC
- Clean Beauty 4U Holdings, LLC → Total Amyris Biosolutions B.V. *(Netherlands)* → 25% → AccessBio LLC
- Clean Beauty 4U Holdings, LLC → NOVVI LLC → 16.1% → AMF Low Carbon LLC (40%)
- Other Joint Ventures → 99.9% → DIPA Co., LLC; 50% → AccessBio LLC
- Upland I LLC → 99% → Aprinnova, LLC 🟢
- Amyris Clean Beauty, Inc. → 56.5% → Clean Beauty Collaborative, Inc.
- Amyris Clean Beauty, Inc. → 99% → Amyris Clean Beauty Latam Ltda. *(Brazil)* 🔵
- AB Technologies LLC → 1% → Amyris Clean Beauty Latam Ltda.
- AB Technologies LLC → 1% → Amyris Biotecnologia Do Brasil Ltda. *(Brazil)* 🔵
- AB Technologies LLC → 99% → Amyris Biotecnologia Do Brasil Ltda.
- Amyris Clean Beauty Latam Ltda. → Interfaces Industria e Comércio de Cosmeticos Ltda. *(Brazil)* 🔵
- Amyris-Olika, LLC → 69% → Amyris RealSweet, LLC 🔺
- Amyris RealSweet, LLC → Amyris Fermentacao De Performance Ltd. *(Brazil)*
- Onda Beauty Inc. → Amyris Purificação de Performance Do Brasil Ltda. *(Brazil)*
- European Subsidiaries:
  - Amyris UK Trading Ltd. *(UK)* 🔵
  - Amyris Europe Trading B.V. *(Netherlands)* 🔵
  - Beauty Labs International Ltd. *(UK)* 🔵
  - Amyris Bio Products Portugal, Unipessoal, Lda. *(Portugal)* 🔵

### Legend

- 🟣 Debtor
- ⬜ Non-Debtor
- ⬭ Joint Venture
- 🧪 Obligor on Foris and DSM Secured Facilities
- 🔺 Equity pledged to portion of DSM Facility
- 🟠 Convertible Note issuer
- 🟢 Proposed DIP Borrower
- 🔵 Proposed DIP Guarantor

DOCS_LA:350216.26