# EXHIBIT B

# Exhibit B

| Biological Ingredient | Traditional Source | Use |
|---|---|---|
| Artemisinic acid | Sweet wormwood (*A. annua*) | Semi-synthetically converted to artemisinin and used for treatment of malaria |
| Biofene® (trans-β-farnesene) | Petrochemistry and rare botanical sources | A renewable raw material for polymers, adhesives, performance materials, and beauty/personal care ingredients |
| Bisabolol | Brazilian candeia (*E. erythropappus*) tree | Primarily used in the personal care industry, Amyris' process uses 230 times less agricultural land to produce the same amount of bisabolol as compared to the Brazilian candeia tree |
| CBG (cannabigerol) | Hemp (*Cannabis*) plant | Primarily used in personal care and cosmetics, Amyris' process guarantees no THC and thus carries no regulatory risk |
| Confidential Molecule † | Petrochemistry and rare botanical sources | Primarily used in fragrance |
| Confidential Molecule † | Petrochemistry | Active ingredient used in beauty and personal care |
| Confidential Molecule | Extracted from botanical sources | Used in fragrance and flavor applications |
| Hemisqualane§ | Dredging and petrochemistry | Replacement for banned silicones (*e.g.* isohexadecane and cyclomethicone) in personal care and beauty products |
| HP Fene§ | Petrochemistry and rare botanical sources | A renewable raw material for polymers. |
| Manool | Manoao (*M. colensoi*) pine tree | Primarily used in fragrance |
| Patchouli | Patchouli (*P. cablin*) plant | Primarily used in fragrance |
| Rebaudioside M (Reb M) | Stevia and other sweeteners | A no-calorie sweetener with a zero glycemic index that is produced without the leaf purification issues inherent in stevia production |
| Santalols | Indian sandalwood (*S. album*) tree, a vulnerable species | Primarily used in fragrance, Amyris' process uses only |

|  |  | 1/10 of the land compared to the traditional botanical source |
|---|---|---|
| Sclareol | Replaces ambergris, derived from the bile duct of sperm whales | Primarily used in fragrance and is presently being researched for use in treating leukemia and colon cancer |
| Squalane[§] | Shark liver or, more recently, olive oil | Primarily used in personal care and cosmetics, Amyris' process reduced land use over 600 times as compared to olive-oil derived squalane |
| Squalene | Shark liver | Active component in vaccine adjuvants |

[†] Indicates that ingredient has been scaled and is in process of being commercialized.
[§] Indicates that ingredient is derived from Biofene®.