## **EXHIBIT 2**

Plan Scenario Budget through December 31, 2023

Exhibit 2 - Plan Scenario

**Amyris, Inc., et al.**

| $ thousands | Week 1 14-Aug | Week 2 21-Aug | Week 3 28-Aug | Week 4 4-Sep | Week 5 11-Sep | Week 6 18-Sep | Week 7 25-Sep | Week 8 2-Oct | Week 9 9-Oct | Week 10 16-Oct | Week 11 23-Oct | Week 12 30-Oct | Week 13 6-Nov | Week 14 13-Nov | Week 15 20-Nov | Week 16 27-Nov | Month Dec-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating cash flows* | | | | | | | | | | | | | | | | | | |
| Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,408 | 2,574 | 2,773 | 2,683 | 2,683 | 2,683 | 6,091 | 7,256 | 7,256 | 7,256 | 4,864 | 6,746 | 69,006 |
| Other receipts | - | - | - | - | - | 480 | - | - | - | - | - | - | - | 2,000 | - | - | - | 2,480 |
| Total Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,888 | 2,574 | 2,773 | 2,683 | 2,683 | 2,683 | 6,091 | 7,256 | 9,256 | 7,256 | 4,864 | 6,746 | 71,486 |
| Payments per First day orders | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | - | - | - | - | - | - | - | - | - | - | - | (15,000) |
| Other AP disbursements | (2,343) | (2,343) | (2,343) | (2,059) | (5,468) | (5,510) | (5,141) | (5,220) | (5,215) | (5,257) | (5,257) | (4,273) | (5,122) | (5,116) | (5,158) | (5,211) | (17,595) | (88,631) |
| InterCo Disbursements for Goods | (3,063) | (1,932) | (1,932) | (2,357) | (2,158) | (2,440) | (1,761) | (1,434) | (1,434) | (1,434) | (1,434) | (1,434) | (1,741) | (1,741) | (1,741) | (1,741) | (5,787) | (35,563) |
| InterCo Loan | (7,623) | (6,071) | (6,018) | (5,414) | (4,501) | (4,777) | (4,532) | (3,113) | (3,114) | (3,574) | (3,465) | (1,810) | (1,849) | (2,385) | (2,182) | (1,826) | (7,553) | (69,806) |
| Payroll | (6,000) | (65) | (4,832) | (865) | (4,832) | (65) | (4,832) | (865) | (4,832) | (65) | (65) | (4,832) | (865) | (4,832) | (65) | (4,832) | (8,594) | (51,336) |
| Insurance | - | - | - | (1,500) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) |
| Rent | (1,457) | - | - | (1,457) | - | - | - | (1,457) | - | - | - | - | (1,457) | - | - | - | (1,457) | (7,285) |
| Total disbursements | (22,986) | (12,911) | (17,624) | (16,152) | (19,459) | (15,291) | (16,266) | (12,089) | (14,595) | (10,330) | (10,221) | (12,349) | (11,033) | (14,074) | (9,145) | (13,609) | (40,987) | (269,122) |
| **Total Operating cash flows** | **(20,354)** | **(11,631)** | **(14,184)** | **(12,961)** | **(16,268)** | **(12,404)** | **(13,692)** | **(9,316)** | **(11,912)** | **(7,647)** | **(7,538)** | **(6,258)** | **(3,778)** | **(4,819)** | **(1,889)** | **(8,745)** | **(34,240)** | **(197,635)** |
| *Financing cash flows* | | | | | | | | | | | | | | | | | | |
| Financing | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 35,000 | - | - | 25,000 | - | - | - | 20,000 | - | 190,000 |
| Total financing cash flows | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 35,000 | - | - | 25,000 | - | - | - | 20,000 | - | 190,000 |
| *Restructuring costs* | | | | | | | | | | | | | | | | | | |
| Employee Separation costs | (754) | - | (83) | - | - | (773) | - | - | - | - | - | - | - | - | - | - | - | (1,610) |
| Board member fees | - | (168) | - | - | - | (168) | - | - | - | (168) | - | - | - | - | (168) | - | (168) | (838) |
| UST / Court / Deposit fees | (200) | - | - | - | - | - | - | - | - | - | (250) | - | - | - | - | - | (250) | (700) |
| KEIP / KERP | - | - | - | - | - | - | - | - | - | - | - | (2,000) | - | - | - | - | (3,500) | (5,500) |
| Professional fees | - | - | (3,085) | - | - | - | (4,720) | - | - | - | - | (4,518) | - | - | - | (3,389) | (4,045) | (19,757) |
| Total Restructuring costs | (954) | (168) | (3,168) | - | - | (941) | (4,720) | - | - | (168) | (250) | (6,518) | - | - | (168) | (3,389) | (7,963) | (28,404) |
| **Net Cash flow** | **8,692** | **(11,798)** | **22,648** | **(12,961)** | **(16,268)** | **26,656** | **(18,412)** | **(9,316)** | **23,088** | **(7,815)** | **(7,788)** | **12,224** | **(3,778)** | **(4,819)** | **(2,057)** | **7,866** | **(42,203)** | **(36,040)** |
| *Cash roll-forward* | | | | | | | | | | | | | | | | | | |
| Beginning cash | 10,853 | 19,545 | 7,747 | 30,395 | 17,434 | 1,166 | 27,822 | 9,410 | 94 | 23,182 | 15,367 | 7,579 | 19,804 | 16,026 | 11,207 | 9,151 | 17,017 | 10,853 |
| (+) / (-) Net cash flow | 8,692 | (11,798) | 22,648 | (12,961) | (16,268) | 26,656 | (18,412) | (9,316) | 23,088 | (7,815) | (7,788) | 12,224 | (3,778) | (4,819) | (2,057) | 7,866 | (42,203) | (36,040) |
| **Ending cash** | **19,545** | **7,747** | **30,395** | **17,434** | **1,166** | **27,822** | **9,410** | **94** | **23,182** | **15,367** | **7,579** | **19,804** | **16,026** | **11,207** | **9,151** | **17,017** | **(25,186)** | **(25,186)** |