# **EXHIBIT 3**

Sale Scenario Budget through December 31, 2023

Exhibit 3 - Sale Scenario

**Amyris, Inc., et al.**

*$ thousands*

| | Week 1<br>14-Aug | Week 2<br>21-Aug | Week 3<br>28-Aug | Week 4<br>4-Sep | Week 5<br>11-Sep | Week 6<br>18-Sep | Week 7<br>25-Sep | Week 8<br>2-Oct | Week 9<br>9-Oct | Week 10<br>16-Oct | Week 11<br>23-Oct | Week 12<br>30-Oct | Week 13<br>6-Nov | Week 14<br>13-Nov | Week 15<br>20-Nov | Week 16<br>27-Nov | Month<br>Dec-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating cash flows* | | | | | | | | | | | | | | | | | | |
| Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,408 | 2,574 | 2,773 | 2,683 | 2,683 | 2,683 | 4,946 | 5,943 | 5,943 | 5,943 | 4,216 | 4,726 | 61,255 |
| Other receipts | - | - | - | - | - | 480 | - | - | - | - | - | - | - | 2,000 | - | - | - | 2,480 |
| Total Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,888 | 2,574 | 2,773 | 2,683 | 2,683 | 2,683 | 4,946 | 5,943 | 7,943 | 5,943 | 4,216 | 4,726 | 63,735 |
| Payments per First day orders | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | - | - | - | - | - | - | - | - | - | - | - | (15,000) |
| Other AP disbursements | (2,343) | (2,343) | (2,343) | (2,059) | (5,468) | (5,510) | (5,273) | (4,544) | (4,538) | (4,580) | (4,580) | (3,675) | (4,541) | (4,535) | (4,577) | (4,625) | (16,047) | (81,582) |
| InterCo Disbursements for Goods | (3,063) | (1,932) | (1,932) | (2,357) | (2,158) | (2,440) | (1,761) | (1,414) | (1,414) | (1,414) | (1,414) | (988) | (991) | (991) | (991) | (991) | (2,136) | (28,385) |
| InterCo Loan | (7,623) | (6,071) | (6,018) | (5,414) | (4,501) | (4,777) | (4,532) | (1,574) | (1,575) | (2,035) | (1,926) | (1,452) | (1,247) | (1,783) | (1,579) | (1,224) | (4,374) | (57,705) |
| Payroll | (6,000) | (65) | (4,832) | (865) | (4,832) | (65) | (4,832) | (865) | (4,832) | (65) | (65) | (4,832) | (865) | (4,832) | (65) | (4,832) | (10,594) | (53,336) |
| Insurance | - | - | - | (1,500) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) |
| Rent | (1,457) | - | - | (1,457) | - | - | - | (1,457) | - | - | - | - | (1,457) | - | - | - | (1,457) | (7,285) |
| Total disbursements | (22,986) | (12,911) | (17,624) | (16,152) | (19,459) | (15,291) | (16,398) | (9,854) | (12,360) | (8,095) | (7,986) | (10,946) | (9,100) | (12,141) | (7,212) | (11,671) | (34,608) | (244,794) |
| **Total Operating cash flows** | **(20,354)** | **(11,631)** | **(14,184)** | **(12,961)** | **(16,268)** | **(12,404)** | **(13,824)** | **(7,081)** | **(9,677)** | **(5,412)** | **(5,302)** | **(6,001)** | **(3,157)** | **(4,198)** | **(1,269)** | **(7,455)** | **(29,882)** | **(181,059)** |
| *Financing cash flows* | | | | | | | | | | | | | | | | | | |
| Financing | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 35,000 | - | - | 25,000 | - | - | - | 20,000 | - | 190,000 |
| Total financing cash flows | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 35,000 | - | - | 25,000 | - | - | - | 20,000 | - | 190,000 |
| *Restructuring costs* | | | | | | | | | | | | | | | | | | |
| Employee Separation costs | (754) | - | (83) | - | - | (773) | - | - | - | - | - | - | - | - | - | - | - | (1,610) |
| Board member fees | - | (168) | - | - | - | (168) | - | - | - | (168) | - | - | - | - | (168) | - | (168) | (838) |
| UST / Court / Deposit fees | (200) | - | - | - | - | - | - | - | - | - | (250) | - | - | - | - | - | (250) | (700) |
| KEIP / KERP | - | - | - | - | - | - | - | - | - | - | - | (2,000) | - | - | - | - | (3,500) | (5,500) |
| Professional fees | - | - | (3,085) | - | - | - | (4,720) | - | - | - | - | (4,468) | - | - | - | (3,089) | (3,420) | (18,782) |
| Total Restructuring costs | (954) | (168) | (3,168) | - | - | (941) | (4,720) | - | - | (168) | (250) | (6,468) | - | - | (168) | (3,089) | (7,338) | (27,429) |
| **Net Cash flow** | **8,692** | **(11,798)** | **22,648** | **(12,961)** | **(16,268)** | **26,656** | **(18,544)** | **(7,081)** | **25,323** | **(5,579)** | **(5,552)** | **12,532** | **(3,157)** | **(4,198)** | **(1,436)** | **9,456** | **(37,220)** | **(18,488)** |
| *Cash roll-forward* | | | | | | | | | | | | | | | | | | |
| Beginning cash | 10,853 | 19,545 | 7,747 | 30,395 | 17,434 | 1,166 | 27,822 | 9,277 | 2,196 | 27,520 | 21,941 | 16,388 | 28,920 | 25,763 | 21,565 | 20,129 | 29,585 | 10,853 |
| (+) / (-) Net cash flow | 8,692 | (11,798) | 22,648 | (12,961) | (16,268) | 26,656 | (18,544) | (7,081) | 25,323 | (5,579) | (5,552) | 12,532 | (3,157) | (4,198) | (1,436) | 9,456 | (37,220) | (18,488) |
| **Ending cash** | **19,545** | **7,747** | **30,395** | **17,434** | **1,166** | **27,822** | **9,277** | **2,196** | **27,520** | **21,941** | **16,388** | **28,920** | **25,763** | **21,565** | **20,129** | **29,585** | **(7,635)** | **(7,635)** |