# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF AGENDA OF FIRST DAY MATTERS SCHEDULED FOR HEARING ON AUGUST 11, 2023 AT 10:00 A.M. (EASTERN TIME[2])

> **THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**
>
> **Please see below for the connection and registration information.**
> **Please Note:** All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.
>
> **Registration Link: https://debuscourts.zoomgov.com/meeting/register/vJIsf-ytrTwjE56OKbF9iYnF_mTubzZ9IYA**

1. Voluntary Petitions*:*

    A. Amyris, Inc. Case No. 23-11131 (TMH) [Docket No. 1].

    B. AB Technologies LLC Case No. 23-11132 (TMH) [Docket No. 1]

    C. Amyris Clean Beauty, Inc. Case No. 23-11134 (TMH) [Docket No. 1]

    D. Amyris Fuels, LLC Case No. 23-11136 (TMH) [Docket No. 1]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris

  E. Amyris-Olika, LLC Case No. 23-11133 (TMH) [Docket No. 1]

  F. Aprinnova, LLC Case No. 23-11137 (TMH) [Docket No. 1]

  G. Onda Beauty Inc. Case No. 23-11138 (TMH) [Docket No. 1]

  H. Upland 1 LLC Case No. 23-11139 (TMH) [Docket No. 1]

### First Day Declaration

2. *Declaration of Han Kieftenbeld in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Filed 08/09/2023, Docket No. 18].

 Status: The Debtors will ask the Court to admit the declaration into evidence. To the extent the Court or any party in interest have questions regarding the declaration or the factual bases for the first-day relief the Debtors seek, the declarant will be available via Zoom videoconference.

### Administrative Motions

3. *Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* [Filed 08/09/2023, Docket No. 3].

 Status: This matter is going forward.

4. *Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent* [Filed 08/09/2023, Docket No. 4].

 Status: This matter is going forward.

5. *Motion for Entry of an Order: (I) Authorizing the Debtors To: (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable information for individual Creditors; (II) Modifying the Requirement to File a List of All Equity Security Holders of Amyris, Inc. and Modifying Notice thereto; and (III) Granting Related Relief* [Filed 08/09/2023, Docket No. 5].

 Status: This matter is going forward.

### First Day Motions Pertaining to Operations

6. *Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Approving the Related form and Manner of Notice* [Filed 08/09/2023, Docket No. 6]

 Status: This matter is going forward.

7. *Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for (I) Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock, (II) Certain Transfers of Claims Against Debtors and (II) Granting Related Relief* [Filed 08/09/2023, Docket No. 14].

   Status:   This matter is going forward with respect to an interim order.

8. *Motion for Entry of Interim and Final Orders: (I) Approving Proposed form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief* [Filed 08/09/*2023,* Docket No. 7].

   Status:   This matter is going forward with respect to an interim order.

9. *Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief* [Filed 08/09/2023, Docket No. 8].

   Status:   This matter is going forward with respect to an interim order.

10. *Motion for Entry of Interim and Final Orders: (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Foreign Vendors, 503(B)(9) Claimants, and Lien Claimants; (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders; (III) Authorizing all Financial Institutions to Honor all Related Payment Requests; and (IV) Granting Related Relief* [Filed 08/09/2023, Docket No. 9].

    Status:   This matter is going forward with respect to an interim order.

11. *Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Filed 08/09/2023, Docket No. 10].

    Status:   This matter is going forward.

12. *Motion for Entry of Interim and Final orders (I) authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief* [Filed 08/09/2023, Docket No. 12].

    Status:   This matter is going forward with respect to an interim order.

13. *Motion for Entry of Interim and Final Orders: (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and*

*Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Filed 08/09/2023, Docket No. 11].

Status: This matter is going forward with respect to an interim order.

14. *Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related thereto, (C) Maintain Existing Business forms, and (D) Granting Related Relief* [Filed 08/09/2023, Docket No. 16].

Status: This matter is going forward with respect to an interim order.

### DIP Financing Motion

15. *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Filed 08/09/2023, Docket No. 19].

Related Documents:

A. *Declaration of Lorie Beers in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* [Filed 08/09/2023, Docket No. 20].

B. *Declaration of Steven Fleming in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* [Filed 08/09/2023, Docket No. 17].

Status: This matter is going forward with respect to an interim order. The Debtors will ask the Court to admit the declarations into evidence. To the extent the Court or any party in interest have questions regarding the declarations or the factual bases for the first-day relief the Debtors seek, the declarants will be available via Zoom videoconference.

| | |
|---|---|
| Dated: August 10, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (*pro hac vice* forthcoming)<br>Debra I. Grassgreen (*pro hac vice* forthcoming)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (*pro hac vice* forthcoming)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jrosell@pszjlaw.com<br>           sgolden@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |