IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-11131-TMH<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SARI ROSENFELD

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Sari Rosenfeld, Esq., of Goodwin Procter LLP to represent (i) Foris Ventures, LLC, Perrara Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC (collectively, the "Foris Prepetition Secured Lenders"), and (ii) Euagore, LLC (the "DIP Agent" and "DIP Lender," together the "DIP Secured Parties"), in the above-captioned cases and any adversary proceedings related thereto.

Dated: August 10, 2023

By: */s/ Kenneth A. Listwak*
Kenneth A. Listwak (DE No. 6300)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Email: ken.listwak@troutman.com

*Counsel for the Foris Prepetition Secured Lenders and the DIP Secured Parties*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: August 10, 2023

*/s/ Sari Rosenfeld*
Sari Rosenfeld
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 833-8800
Email: srosenfeld@goodwinlaw.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.