IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                  Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Joint Administration Requested)<br><br>**Docket Ref. Numbers: 3, 4, 5, 6, 7, 8, 9 10, 11, 12, 13, 14, 16, 19**<br><br>**Hearing Date:  August 11, 2023 at 10:00 A.M.  (ET)** |

**NOTICE OF HEARING[2] ON FIRST DAY MOTIONS**

    **PLEASE TAKE NOTICE** that on August 9, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    **PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Motions").  A hearing to consider the First Day Motions (the "First Day Hearing") will be held on **August 11, 2023, at 10:00 A.M. (Eastern Time)** by video conference only, before the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Any party who wishes to attend the video conference is required to register at the following link: https://debuscourts.zoomgov.com/meeting/register/vJIsf-ytrTwjE56OKbF9iYnF_mTubzZ9IYA.

Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**First Day Administrative and Procedural Motions**

1. Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed 08/09/2023, Docket No. 3].

2. Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Filed 08/09/2023, Docket No. 4].

3. Motion for Entry of an Order: (I) Authorizing the Debtors To: (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable information for individual Creditors; (II) Modifying the Requirement to File a List of All Equity Security Holders of Amyris, Inc. and Modifying Notice thereto; and (III) Granting Related Relief [Filed 08/09/2023, Docket No. 5].

**First Day Motions Pertaining to Business Operations**

4. Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Approving the Related form and Manner of Notice [Filed 08/09/2023, Docket No. 6].

5. Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for (I) Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock, (II) Certain Transfers of Claims Against Debtors and (II) Granting Related Relief [Filed 08/09/2023, Docket No. 14].

6. Motion for Entry of Interim and Final Orders: (I) Approving Proposed form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief [Filed 08/09/2023, Docket No. 7].

7. Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed 08/09/2023, Docket No. 8].

8. Motion for Entry of Interim and Final Orders: (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Foreign Vendors, 503(B)(9) Claimants, and Lien Claimants; (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders; (III) Authorizing all Financial Institutions to Honor all Related Payment Requests; and (IV) Granting Related Relief [Filed 08/09/2023, Docket No. 9].

9. Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer

Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed 08/09/2023, Docket No. 10].

10. Motion for Entry of Interim and Final Orders (I) authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief [Filed 08/09/2023, Docket No. 12].

11. Motion for Entry of Interim and Final Orders: (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed 08/09/2023, Docket No. 11].

12. Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related thereto, (C) Maintain Existing Business forms, and (D) Granting Related Relief [Filed 08/09/2023, Docket No. 16].

### First Day Motion Pertaining to Financing

13. Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed 08/09/2023, Docket No. 19.]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11131 (TMH), or may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/Amyris.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: August 10, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ James E. O'Neill*
_____
Richard M. Pachulski (*pro hac vice* forthcoming)
Debra I. Grassgreen (*pro hac vice* forthcoming)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (*pro hac vice* forthcoming)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*