IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Joint Administration Requested)<br><br>**Docket Ref. Number: 19**<br><br>**Hearing Date:  August 11, 2023 at 10:00 A.M.  (ET)** |

**NOTICE OF HEARING**[2] **ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 9, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 19] (the "DIP Financing Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have attached to the DIP Financing Motion: (a) the proposed *Interim Order (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection To*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The hearing will be conducted entirely via Zoom videoconference.  You may register to monitor or appear at the hearing by following this link: https://debuscourts.zoomgov.com/meeting/register/vJIsc-mhrzIjE-bzoH-5SpctbVpSxEZEe3s.

1

*Prepetition Secured Parties, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim DIP Order").  A copy of the revised Proposed Interim DIP Order (the "Revised Proposed Interim DIP Order") is attached hereto as **Exhibit A**.[3]  A redline showing changes from the Proposed Interim DIP Order filed with the DIP Financing Motion is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Financing Motion and entry of the Revised Proposed Interim Order in substantially the form attached hereto at a hearing conducted entirely via Zoom video conference (the "Interim Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on **August 11, 2023 at 10:00 a.m. (prevailing Eastern Time)**.  A copy of the DIP Financing Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11131 (TMH), or a copy may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/Amyris.

**PLEASE TAKE FURTHER NOTICE** that, after the Interim Hearing, the Debtors will serve upon you a complete copy of:  (a) the DIP Financing Motion; (b) any Interim Order entered by the Court at the Interim Hearing; and (c) notice of the final hearing on the DIP Financing Motion.

*[Remainder of Page Intentionally Left Blank]*

---

[3] Please note, the attached Revised Proposed Interim Order attached hereto includes the *Senior Secured Super Priority Debtor in Possession Loan Agreement* which was inadvertently omitted from Docket No. 19.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Revised Proposed Interim Order before or at the Interim Hearing.

| | |
|---|---|
| Dated: August 10, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (*pro hac vice* forthcoming) |
| | Debra I. Grassgreen (*pro hac vice* forthcoming) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (*pro hac vice* forthcoming) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |          dgrassgreen@pszjlaw.com |
| |          joneill@pszjlaw.com |
| |          jrosell@pszjlaw.com |
| |          sgolden@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Proposed Interim DIP Order**