# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC.,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11131 (TMH) |
| In re:<br><br>AB TECHNOLOGIES LLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11132 (TMH) |
| In re:<br><br>AMYRIS CLEAN BEAUTY, INC.,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11134 (TMH) |
| In re:<br><br>AMYRIS FUELS, LLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11136 (TMH) |
| In re:<br><br>AMYRIS-OLIKA, LLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11133 (TMH) |
| In re:<br><br>APRINNOVA, LLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11137 (TMH) |
| In re:<br><br>ONDA BEAUTY INC.,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-11138 (TMH) |

| In re: | Chapter 11 |
|---|---|
| UPLAND1 LLC, | Case No. 23-11130 (TMH) |
| Debtor. | |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

Upon consideration of the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), for the entry of an order (this "<u>Order</u>") pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorizing and directing the joint administration of the Debtors' related Chapter 11 Cases for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at an interim hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] A capitalized term used but not defined herein have the meaning ascribed to it in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the Debtors' rights to seek entry of an order substantively consolidating their respective cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　　　Debtors[1]. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Joint Administration Requested) |

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

4. The Clerk is directed to make a notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the Chapter 11 Cases listed below for procedural purposes only. The docket in Case No. 23-11131 should be consulted for all matters affecting these cases. The following Chapter 11 Cases are jointly administered pursuant to the Joint Administration Order: Amyris, Inc. (Case No. 23-11131); AB Technologies LLC (Case No. 23-11132); Amyris Clean Beauty, Inc. (Case No. 23-11134);Amyris Fuels, LLC (Case No. 23-11136); Amyris-Olika, LLC (Case No. 23-11133); Aprinnova, LLC (Case No. 23-11137); Onda Beauty Inc. (Case No. 23-11138); and Upland1 LLC (Case No. 23-11139). All further pleadings and other papers shall be filed in, and all further docket entries shall be made

in Case No. 23-1113), which should also be consulted for all matters affecting this case.

5. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

6. All pleadings and other documents to be filed in the jointly-administered cases shall be filed and docketed in the case of Amyris, Inc., Case No. 23-11131.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Order shall take effect immediately upon entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 11th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**