# Exhibit B

# Budget

Exhibit B

**Amyris, Inc., et al.**

| $ thousands | Week 1<br>14-Aug | Week 2<br>21-Aug | Week 3<br>28-Aug | Week 4<br>4-Sep | Week 5<br>11-Sep | Week 6<br>18-Sep | Week 7<br>25-Sep | Week 8<br>2-Oct | Total |
|---|---|---|---|---|---|---|---|---|---|
| *Operating cash flows* | | | | | | | | | |
| Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,408 | 2,574 | 2,773 | 21,488 |
| Other receipts | - | - | - | - | - | 480 | - | - | 480 |
| Total Receipts | 2,631 | 1,280 | 3,440 | 3,191 | 3,191 | 2,888 | 2,574 | 2,773 | 21,968 |
| Payments per First day orders | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | - | - | (15,000) |
| Other AP disbursements | (2,343) | (2,343) | (2,343) | (2,059) | (5,468) | (5,510) | (5,141) | (5,220) | (30,427) |
| InterCo Disbursements for Goods | (3,063) | (1,932) | (1,932) | (2,357) | (2,158) | (2,440) | (1,761) | (1,434) | (17,076) |
| InterCo Loan | (7,623) | (6,071) | (6,018) | (5,414) | (4,501) | (4,777) | (4,532) | (3,113) | (42,048) |
| Payroll | (6,000) | (65) | (4,832) | (865) | (4,832) | (65) | (4,832) | (865) | (22,355) |
| Insurance | - | - | - | (1,500) | - | - | - | - | (1,500) |
| Rent | (1,457) | - | - | (1,457) | - | - | - | (1,457) | (4,371) |
| Total disbursements | (22,986) | (12,911) | (17,624) | (16,152) | (19,459) | (15,291) | (16,266) | (12,089) | (132,778) |
| **Total Operating cash flows** | **(20,354)** | **(11,631)** | **(14,184)** | **(12,961)** | **(16,268)** | **(12,404)** | **(13,692)** | **(9,316)** | **(110,810)** |
| *Financing cash flows* | | | | | | | | | |
| Financing | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 110,000 |
| Total financing cash flows | 30,000 | - | 40,000 | - | - | 40,000 | - | - | 110,000 |
| *Restructuring costs* | | | | | | | | | |
| Employee Separation costs | (754) | - | (83) | - | - | (773) | - | - | (1,610) |
| Board member fees | - | (168) | - | - | - | (168) | - | - | (335) |
| UST / Court / Deposit fees | (200) | - | - | - | - | - | - | - | (200) |
| Professional fees | - | - | (3,085) | - | - | - | (4,720) | - | (7,805) |
| Total Restructuring costs | (954) | (168) | (3,168) | - | - | (941) | (4,720) | - | (9,950) |
| **Net Cash flow** | **8,692** | **(11,798)** | **22,648** | **(12,961)** | **(16,268)** | **26,656** | **(18,412)** | **(9,316)** | **(10,760)** |
| *Cash roll-forward* | | | | | | | | | |
| Beginning cash | 10,853 | 19,545 | 7,747 | 30,395 | 17,434 | 1,166 | 27,822 | 9,410 | 10,853 |
| (+) / (-) Net cash flow | 8,692 | (11,798) | 22,648 | (12,961) | (16,268) | 26,656 | (18,412) | (9,316) | (10,760) |
| **Ending cash** | **19,545** | **7,747** | **30,395** | **17,434** | **1,166** | **27,822** | **9,410** | **94** | **94** |