Amyris, Inc.
Case No. 23-11131 (TMH)
8.11.2023 First Day Hearing

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Karen | Leung | Reorg | |
| Steven | Fleming | Amyris, Inc. | PwC |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Kenneth | Listwak | Foris Prepetition Secured Lenders and the DIP Secured Parties | Troutman Pepper Hamilton Sanders LLP |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| James | Ktsanes | Interested Party | |
| Jamie | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jonathan | Weichselbaum | DSM-Firmenich | Latham & Watkins LLP |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Debra | Grassgreen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jason | Rosell | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Michael | Goldstein | Foris Prepetition Secured Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Nancy | Bello | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| David | Mohamed | Interested Party | Paul Hastings LLP |
| Alexander | Nicas | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Quinn | Marvin | Foris | Foris |
| Artem | Skorostensky | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Sari | Rosenfeld | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Meredith | Mitnick | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| David | Fournier | Foris Prepetition Secured Lenders and the DIP Secured Parties | Troutman Pepper Hamilton Sanders LLP |
| Jingzhi | Dai | Jefferies | Jefferies |
| Lavanya | Nair | LFI | |
| John | Weber | Givaudan International SA | |
| Brian | Lennon | Interested Party | |
| Meredith | Nanfara | Givaudan International SA | |
| Chloe | Schanne (USTP) | United States Trustee | DOJ |
| John | sohani | Shareholder | |
| sarfraz | Merola | Ad Hoc Group of Noteholders | Paul Hastings |
| Frank | Diaz | Interested Party | Paul Hastings LLP |
| Caroline | | | |

Amyris, Inc.
Case No. 23-11131 (TMH)
8.11.2023 First Day Hearing

| | | | |
|---|---|---|---|
| Eva | Elmore | Amyris Inc. | PwC |
| Brian | Huffman | Amyris, Inc. | PwC |
| David | Piper | Park Wynwood, LLC | Keesal Young & Logan |
| Scott | McCabe | Interested Party | Seaport Global |
| David | Ihn | Debtors | PwC |
| Han | Kieftenbeld | Debtors | Amyris, Inc. |
| Nicole | Chen | n/a | |
| Lorie | Beers | Debtors | Intrepid Investment Bankers LLC |
| Brian | Hilburn | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Philip | Gund | Debtors | Ankura Consulting Group, LLC |
| Doris | Choi | Debtors | Amyris, Inc. |
| Freddie | Reiss | Debtors | |
| Patricia | Jeffries | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Matthew | Dunn | Interested Party | |
| Alison | Ambeault | Interested Party | |
| Deandra | Fike | N/A | Cleary Gottlieb Steen & Hamilton LLP |
| Rachel | Parisi | Interested Party | Porzio, Bromberg & Newman, P.C. |
| Jeff | Kaplan | BCAS | BCAS |
| Johnny | White | Global4PL Supply Chain Services | |
| Cheryl | Santaniello | Interested Party | Porzio, Bromberg & Newman, P.C. |
| Carl | Comstock | Amyris | Intrepid |
| Alexander | Woolverton | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Margaret | Vesper | Interested Party | Ballard Spahr LLP |
| Taylor | Harrison | Debtwire | |
| Bryant | Wu | Amyris | |
| Graham | Tanaka | Tanaka Capital Management | Tanaka Capital Management |
| Russell | Silberglied | Lavvan, Inc. | Richards, Layton & Finger |
| Richard | Schottenfeld | Schottenfeld Opportunities Fund | |
| Ben | Bratt | Independent | |
| Rod | Bourgeois | Self | DeepDive |
| Randy | Baron | Pinnacle Associates (equity holder) | Pinnacle Associates |
| Ana | Alvarenga | Intrepid Investment Bankers | Intrepid Investment Bankers |

Amyris, Inc.
Case No. 23-11131 (TMH)
8.11.2023 First Day Hearing

| First | Last | Party | Firm |
|---|---|---|---|
| John | Abdo | Self | N/A |
| Ashley | Waco | Intrepid Investment Bankers | Intrepid Investment Bankers |
| Stephen | Kalish | Phase Five Partners | |
| Lucy | Yang | Amyris | |
| Brian | Karpuk | Stretto - Claims Agent | Stretto |
| Andrew | Magaziner | Interested party | |
| Joseph | Orbach | Interested Party | |
| Christina | Smolke | Self | |
| David | Stern | Observer | |
| Samuel | Kidder | Observer | |
| Richard | Zaden | None | |
| bryan | abboud | Bryanabboud | |
| bryan | abboud | Bryanabboud | |
| Liz | Hu | Interested Party | |
| Alan | Kikuchi | Self | |
| Rebekah | Presley | DSM | |
| Alysen | Garces | na | |
| Stephen | Lipton | Stephen Lipton | |
| Oksana | Wright | Amyris, Inc. | |
| Heather | Williams | DIP Lender | Individual investor |
| Suzanne | Roski | Foris | CR3 Partners LLC |
| Judith | Elkin | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Alicia | Moosally | DIP Lender | CR3 Partners |