**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | ) ) ) | Case No. 23-11131 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

     **PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to an ad hoc group of the holders of the 1.50% Convertible Senior Notes due 2026 (the "**Ad Hoc Noteholder Group**"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and request that all notices given or required to be given in these chapter 11 cases (collectively, the "**Chapter 11 Cases**"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

Frank Merola, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: frankmerola@paulhastings.com

John Storz, Esq.
Matthew D. Friedrick, Esq.
Caroline Diaz, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: johnstorz@paulhastings.com
       matthewfriedrick@paulhastings.com
       carolinediaz@paulhastings.com

Stanley B. Tarr
Lawrence R. Thomas III
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Email: stanley.tarr@blankrome.com
       lorenzo.thomas@blankrome.com

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the above-captioned debtors (collectively, the "**Debtors**"), or property of the Debtors, or the Ad Hoc Noteholder Group.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, claims or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver of: (i) any rights of the Ad Hoc Noteholder Group to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights, claims, actions, and defenses of the Ad Hoc Noteholder Group, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 14, 2023<br>　　　　Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Lawrence R. Thomas III*　　　　　　　　<br>Stanley B. Tarr (DE No. 5535)<br>Lawrence R. Thomas III (DE No. 6935)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: stanley.tarr@blankrome.com<br>　　　　lorenzo.thomas@blankrome.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Frank Merola, Esq.<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-5899<br>Email: frankmerola@paulhastings.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>John Storz, Esq.<br>Matthew D. Friedrick, Esq.<br>Caroline Diaz, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: johnstorz@paulhastings.com<br>　　　　matthewfriedrick@paulhastings.com<br>　　　　carolinediaz@paulhastings.com<br><br>*Counsel to the Ad Hoc Noteholder Group* |