# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al*., | Case No. 23-11131 (TMH) |
| Debtors[1]. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Greenberg Traurig, LLP hereby enters its appearance in the above-captioned case as counsel for U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 (the "**Indenture Trustee**") pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Anthony W. Clark (DE Bar No. 2051)<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000<br>Email: Dennis.Meloro@gtlaw.com | GREENBERG TRAURIG, LLP<br>Michael B. Fisco<br>Eric J. Howe<br>Whitney A. Mark<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402<br>Telephone: 212-450-4725<br>Email: FiscoM@gtlaw.com<br>         HoweE@gtlaw.com<br>         Whitney.Mark@gtlaw.com |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Indenture Trustee is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

*[Signature Page Follows]*

August 15, 2023                                            **GREENBERG TRAURIG, LLP**

By: */s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Dennis.Meloro@gtlaw.com

Michael B. Fisco (pro hac vice pending)
Eric J. Howe (pro hac vice pending)
Whitney A. Mark (pro hac vice pending)
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Telephone: 612-259-9700
Facsimile: 612-677-3101
Email: FiscoM@gtlaw.com
       HoweE@gtlaw.com
       Whitney.Mark@gtlaw.com

*Counsel to the Indenture Trustee*