# EXHIBIT B

**Declaration of Samuel M. Kidder**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered) |

**DECLARATION OF SAMUEL M. KIDDER IN SUPPORT OF APPLICATION OF THE DEBTORS TO RETAIN AND EMPLOY KTBS LAW LLP AS SPECIAL COUNSEL ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, EFFECTIVE AS OF AUGUST 11, 2023**

I, Samuel M. Kidder, declare that the following is true to the best of my knowledge, information, and belief:

1. I am a partner in the law firm of KTBS Law LLP ("KTBS" or the "Firm"), located at 1801 Century Park East, 26th Floor, Los Angeles, California 90067. I am admitted, practicing, and a member in good standing of the bar of the State of California. My application for admission to practice *pro hac vice* before this Court in connection with these Cases is pending.

2. I submit this declaration in support of the *Application of the Debtors to Retain and Employ KTBS Law LLP as Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Effective as of August 11, 2023* (the "Application"),[2] filed concurrently herewith by the debtors and debtors in possession (the "Debtors") in the above-captioned chapter

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to those terms in the Application.

11 cases (the "Cases").  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.[3]

3. The Debtors selected KTBS as their special counsel on behalf of and at the sole direction of the Independent Director because of the Firm's extensive experience and knowledge of the chapter 11 bankruptcy process and litigation related thereto.  KTBS is composed of attorneys who limit their practice to the areas of insolvency, reorganization, bankruptcy, general commercial litigation, general corporate law, financing, and acquisitions.  I believe KTBS is well-qualified to represent the Debtors as special counsel and to address both effectively and efficiently the legal issues within the scope of its engagement.

## DISINTERESTEDNESS OF PROFESSIONALS

4. In connection with this proposed retention, KTBS conducted a search with respect to its connections to certain categories of entities or individuals (the "Potentially Interested Parties"), as identified by the Debtors or as ascertained from a review of available documents, some of which include: (i) the Debtors and their affiliates; (ii) the Debtors' current and former officers; (iii) the Debtors' current and former directors; (iv) banks at which the Debtors maintain accounts; (v) professionals representing the Debtors; (vi) professionals representing other key parties in interest; (vii) employees of the Office of the United States Trustee for the District of Delaware; (viii) the Judges for the U.S. Bankruptcy Court for the District of Delaware; (ix) certain parties to litigation against the Debtors and their counsel (if known); (x) certain of the Debtors' significant vendors; (xi) federal and state taxing authorities; (xii) the Debtors' utility providers; (xiii) the holders of the thirty (30) largest unsecured claims on a consolidated basis against the Debtors; (xiv) the Debtors' landlords; (xv) the Debtors' lenders and their

---

[3] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at KTBS and are based on information provided by them and by KTBS's administrative staff.

professionals; (xvi) the Debtors' insurance companies; (xvii) the Debtors' equity holders holding 5% or more interest; and (xviii) U.S. Bank N.A., as indenture trustee for convertible notes issued by the Debtors. A list of the Potentially Interested Parties is attached hereto as Schedule 1.

5. KTBS utilized two procedures to determine its relationships, if any, to the Potentially Interested Parties. First, KTBS used computer software to search all the "case conflict memoranda" that it has prepared and maintained over the years since the firm's inception in order to identify potential relationships. This search identified potentially relevant case conflict memoranda, which were thereafter reviewed by KTBS attorneys. Second, KTBS also circulated the list of Potentially Interested Parties by electronic mail to all attorneys with the Firm so that attorneys could identify any relationships that may have escaped scrutiny utilizing the software-based search on which the Firm principally relies.

6. KTBS's search with respect to the Potentially Interested Parties has revealed that the Firm's connections with the Potentially Interested Parties, currently and in the past, are as follows:[4]

   i. KTBS previously represented U.S. Bank, N.A., in matters unrelated to the Debtors. KTBS does not currently represent U.S. Bank, N.A. and under no circumstances will KTBS represent U.S. Bank, N.A. in connection with the Debtors and these Cases. KTBS is free to be adverse to U.S. Bank, N.A. in these Cases.

   ii. A partner at KTBS, Maria Sountas-Argiropoulos, prior to joining KTBS in 2013, previously represented JPMorgan Chase Bank, N.A. KTBS does not currently represent JPMorgan Chase Bank, N.A. and under no circumstances will KTBS represent JPMorgan Chase Bank, N.A. in connection with the Debtors or these Cases. KTBS is free to be adverse to the JPMorgan Chase Bank, N.A. in these Cases.

   iii. KTBS Partner Robert Smith held an internship with J.P. Morgan Chase Bank, N.A., or an affiliate thereof, during the summer of 2012 while a law

---

[4] The identification and classification herein of various entities or individuals as falling within certain categories is not intended and should not be deemed to be an admission of the legal rights or status of any particular individual or entity.

school student.  KTBS is free to be adverse to JPMorgan Chase Bank, N.A. in these Cases.

iv. Over the years, KTBS has represented and currently represents both formal and ad hoc groups of creditors, in matters unrelated to the Debtors, in which parties included among the Potentially Interested Parties and/or their affiliates were or are members; provided, however, that KTBS did not and does not serve as counsel to such parties unless otherwise noted above.  Likewise, KTBS has represented and currently represents agent-lenders and non-agent lenders, in lending facilities unrelated to the Debtors, under which parties listed among the Potentially Interested Parties and/or their affiliates also were or are agents and/or lenders that are part of a lending syndicate but not clients of KTBS.  Likewise, KTBS has represented and currently represents groups of former law firm partners and/or shareholders, in bankruptcy matters unrelated to the Debtors, where certain individual members of such groups are currently employed with parties listed among the Potentially Interested Parties; provided, however, that KTBS did not and does not serve as counsel to any such Potentially Interested Parties themselves.

v. Over the years, KTBS has represented and currently represents, in matters and cases unrelated to the Debtors, debtor entities, representatives of bankruptcy estates (*e.g.,* chapter 7 trustees), or other analogous entities such as liquidating or litigation trusts in which parties included among the Potentially Interested Parties and/or their affiliates may have economic interests.

vi. KTBS's corporate restructuring and bankruptcy practice also involves representing holders of debt and equity securities issued by financially distressed businesses and buyers and sellers of distressed debt and securities.  One or more past or present clients of the Firm may now own or later purchase secured or unsecured claims against one or more Debtors.  KTBS believes that its representation of such parties in matters unrelated to the Debtors will have no effect on its representation of the Debtors in these Cases and KTBS would be free to be adverse to such parties in these Cases.

vii. Since the formation of KTBS over 24 years ago, and over the course of the careers of the lawyers comprising KTBS (including mine), KTBS and its attorneys have represented, now represent, and likely will represent in the future parties adverse to many of the creditors, professionals, equity holders, and other parties in interest in these Cases.

viii. Over the years, KTBS attorneys have prepared educational materials for and made presentations to various organizations and groups, which may be affiliated with certain of the Potentially Interested Parties.

ix. M. Freddie Reiss is a member of the Supervisory Board of the Woodbridge Liquidation Trust and a member of the Board of Managers of the Woodbridge Wind-Down Entity LLC, both of which entities are

represented by KTBS.  I do not believe that KTBS's representation of such entities results in KTBS holding or representing an interest that is adverse to the Debtors or their estates.

x. Over the years, KTBS has represented and currently represents other clients in conjunction with certain of the Potentially Interested Parties as co-counsel, including Pachulski Stang Ziehl & Jones LLP.  KTBS has also represented and currently represents other clients in conjunction with certain of the Potentially Interested Parties as co-professionals or otherwise involved parties, including Stretto.

xi. Certain KTBS attorneys are co-investors with individuals from other professional firms on the list of Potentially Interested Parties, including Richard Pachulski of Pachulski Stang Ziehl & Jones LLP and entities of which he is a manager.

xii. Retired KTBS partner Kenneth N. Klee previously served as an expert witness (or consultant) in unrelated matters for Pachulski Stang Ziehl & Jones LLP.  KTBS does not currently represent Pachulski Stang Ziehl & Jones LLP and under no circumstances will KTBS represent Pachulski, Stang, Ziehl & Jones LLP in connection with the Debtors or these chapter 11 cases.  KTBS is free to be adverse to Pachulski Stang Ziehl & Jones LLP in these cases.

xiii. Over the years, KTBS has appeared before the Bankruptcy Judges of the Bankruptcy Court for the District of Delaware in matters unrelated to the Debtors, and has worked with the Office of the United States Trustee for the District of Delaware in matters unrelated to the Debtors.

xiv. From time to time, KTBS partners, associates, and employees (i) have personal banking relationships with certain of the Potentially Interested Parties, (ii) personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and/or other types of investment funds that may be administered by certain of the Potentially Interested Parties or acquire a debt or equity security of certain of the Potentially Interested Parties, and/or (iii) personally invest in the publicly traded stock of certain of the Potentially Interested Parties or their affiliates, including JP Morgan Chase.

xv. From time to time, KTBS partners, associates, and employees owe income taxes to certain taxing authorities that are among or may be affiliated with the Potentially Interested Parties, including the California Department of Tax, Internal Revenue Service, and United States Treasury.

xvi. From time to time, KTBS and KTBS partners, associates, and employees enter into ordinary customer relationships (e.g., a cell phone service contract) with, or purchase goods or services from, certain of the Potentially Interested Parties, including AT&T, AT&T Mobility, and Verizon Wireless.

7. I do not believe that any such connections between KTBS and the Potentially Interested Parties result in KTBS holding or representing an interest that is adverse to the Debtors or their estates.

8. In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at KTBS is a relative of the United States Bankruptcy Judge assigned to these Cases, and KTBS does not have a connection with the United States Bankruptcy Judge that would render its retention in these Cases improper. Further, in accordance with Bankruptcy Rule 2014, KTBS does not have any connection with the U.S. Trustee or any persons employed by the U.S. Trustee.

9. In view of the foregoing, to the best of my knowledge, KTBS is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), in that KTBS, its partners, counsel, and associates:

   i. are not creditors, equity security holders, or insiders of the Debtors;
   ii. are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors; and
   iii. do not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

10. As set forth above, and subject to any explanations and/or exceptions contained herein, KTBS (i) does not hold or represent any interest adverse to, or have any other connections with, the Debtors or their estates, or any of the Potentially Interested Parties, and (ii) is disinterested. If the results of further investigation reveal any additional connections, KTBS will make any further disclosures as may be appropriate at that time.

**PROFESSIONAL COMPENSATION**

11. KTBS intends to apply to the Court for interim and final allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any orders entered in these Cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred. Subject to such provisions and Court orders, the Debtors have agreed that compensation will be payable to KTBS on an hourly basis for services rendered, plus reimbursement of actual, necessary expenses incurred by the Firm in connection with these Cases. KTBS operates in national and regional marketplaces for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. The principal attorneys and paralegal presently designated to represent the Debtors and their current standard hourly rates are:

| | |
|---|---|
| David M. Stern | $1,895 |
| Samuel M. Kidder | $1,295 |
| Tanner Frei | $1,100 |
| Nir Maoz | $875 |
| Shanda D. Pearson | $595 |

12. The hourly rates set forth above are subject to annual increases, in the normal course of KTBS's business. KTBS increases the hourly billing rate of attorneys and its paralegal annually in the ordinary course of the Firm's business due to advancing seniority and promotion. It is my understanding that these annual increases do not constitute "rate increases" as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*. KTBS's rates for bankruptcy representations are the same as its rates for non-bankruptcy representations. The hourly rates charged by KTBS attorneys are based on the experience and seniority of the individuals assigned.

13. In addition to the hourly rates set forth above, it is KTBS's practice to charge its clients for expenses incurred in connection with its cases. The expenses charged to clients include, among other things, charges for messenger services, air couriers, photocopying, court fees, travel expenses, postage for large mailings, computerized legal research facilities, investigative searches, and other charges customarily invoiced by law firms in addition to fees for legal services. Third party expenses incurred by KTBS are charged at their actual cost to KTBS without surcharge. KTBS does not charge its clients for word processing or secretarial overtime.

14. Other than as set forth above, no arrangement is proposed between the Debtors and KTBS for compensation to be paid in these Cases. Except for such sharing arrangements among KTBS, and its respective partners, of counsel, and associates, KTBS has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under Bankruptcy Code section 504(b)(1).

15. KTBS will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with Bankruptcy Code sections 330 and 331 and applicable provisions of the Bankruptcy Rules, Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court. KTBS has not received a retainer from the Debtors.

## ATTORNEY STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

16. KTBS intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Cases in compliance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. KTBS also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by KTBS in these Cases.

17. The following information is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No. The hourly rates set forth in the Engagement Agreement and disclosed above are consistent with the rates that KTBS charges other chapter 11 clients and the rates that KTBS charges in other non-bankruptcy representations. Furthermore, the hourly rates to be charged in connection with this engagement are not significantly different from the rates of other comparably skilled professionals for similar engagements.

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: No.

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response: KTBS did not represented the Debtors in the 12 months prior to the Petition Date.

**Question:** Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response: The Debtors, KTBS, and Pachulski Stang Ziehl & Jones LLP expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these large chapter 11 Cases there may be unforeseeable fees and expenses that will need to be addressed by the Debtors, KTBS, and Pachulski Stang Ziehl & Jones LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of August 2023.

*/s/ Samuel M. Kidder*
Samuel M. Kidder

# Schedule 1

**Potentially Interested Parties**

**Potentially Interested Parties**

| Name | Type |
|---|---|
| Foris Ventures, LLC | 5% or More Equity Holders |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Ashely M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Ankura | Bankruptcy Professionals |
| Fenwick & West LLP | Bankruptcy Professionals |
| Goodwin Procter LLP | Bankruptcy Professionals |
| KTBS Law LLP | Bankruptcy Professionals |
| Latham & Watkins | Bankruptcy Professionals |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professionals |
| Paul Hastings | Bankruptcy Professionals |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professionals |
| PwC | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| Bank Of The West | Banks |
| Barclays | Banks |
| HSBC | Banks |
| J.P. Morgan SE | Banks |
| JPMorgan Chase Bank, N.A. | Banks |
| US Bank | Banks |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |

| | |
|---|---|
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| Jim McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Washington | Director (current) |
| Lisa Qi | Director (current) |
| M. Freddie Reiss | Director (current) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Patrick Yang | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |

| | |
|---|---|
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| DEA | Government/Regulatory Agencies |
| Department of Agriculture | Government/Regulatory Agencies |
| EPA | Government/Regulatory Agencies |
| FDA | Government/Regulatory Agencies |
| US Environmental Protection Agency | Government/Regulatory Agencies |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlords |
| Caliope Realty Associatees LLC | Landlords |
| Chodosh Realty Services, Inc | Landlords |
| Colliers International | Landlords |
| Continental Real Estate Companies | Landlords |
| CPI Hospitality LLC | Landlords |
| Crown Properties | Landlords |
| Design District Development Pa | Landlords |
| Design District Development Partners LLC | Landlords |
| Design District ERFR LLC & RFR Holding LLC | Landlords |
| Duane Ventures | Landlords |
| Emerystation Triangle, LLC | Landlords |
| Epic W12 LLC | Landlords |
| ES East, LLC | Landlords |
| Flowing Water Creek, LLC | Landlords |
| Holis R&D Associates | Landlords |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlords |
| Lachtman Cohen P.C | Landlords |
| Larringa Sisters LLC | Landlords |
| McDermott Will & Emery LLP | Landlords |
| Oak Plaza Associates (DEL), LLC | Landlords |
| Olshan Frome Wolosky LLP | Landlords |
| Palm Beach Holdings 3940, LLC | Landlords |
| Park Wynwood LLC | Landlords |
| Shartsis Friese LLP | Landlords |
| Stewart Ward & Josephson LLP | Landlords |
| TriStar Capital LLC | Landlords |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlords |
| Anesma Group, LLC | Lenders |
| Anjo Ventures, LLC | Lenders |

| | |
|---|---|
| DSM Finance B.V. | Lenders |
| Foris Ventures, LLC | Lenders |
| Muirisc, LLC | Lenders |
| Perrara Ventures, LLC | Lenders |
| Goodwin Procter LLP | Lenders' Professionals |
| Troutman Pepper Hamilton Sanders LLP | Lenders' Professionals |
| Amyris, Inc. v. Lavvan, Inc. | Litigation |
| AO Representative Expense Fund, LLC, | Litigation |
| Austrade Inc. | Litigation |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| In re Amyris, Inc. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus | Officer (current) |
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professionals |
| Accenture LLP | Ordinary Course Professionals |
| CFGI Holdings, LLC | Ordinary Course Professionals |
| Clark & Elbing LLP | Ordinary Course Professionals |
| Cowen & Company LLC | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Ordinary Course Professionals |
| Deloitte Tax LLP | Ordinary Course Professionals |
| Duff & Phelps LLC | Ordinary Course Professionals |
| Global Retirement Partners, LLC | Ordinary Course Professionals |
| Hanson Bridgett LLP | Ordinary Course Professionals |
| Hulst & Handler LLP | Ordinary Course Professionals |

| | |
|---|---|
| Macias Gini & O'Connell LLP | Ordinary Course Professionals |
| Michael Herrinton | Ordinary Course Professionals |
| Oppenheimer & Co. Inc. | Ordinary Course Professionals |
| Shipman & Goodwin LLP | Ordinary Course Professionals |
| Squire Patton Boggs | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Other Professionals |
| Macias Gini & O'Connell LLP | Other Professionals |
| Shearman & Sterling LLP | Other Professionals |
| Alabama Department of Revenue | Taxing Authorities |
| Brunswick County Revenue Dept. | Taxing Authorities |
| California Department of Tax | Taxing Authorities |
| City of Emeryville | Taxing Authorities |
| DC Treasurer | Taxing Authorities |
| Delaware Secretary of State | Taxing Authorities |
| HMRC Birmingham Stamp Office | Taxing Authorities |
| Internal Revenue Service Center | Taxing Authorities |
| NCDOR | Taxing Authorities |
| New York State Corporation Tax | Taxing Authorities |
| North Carolina Dept of Revenue | Taxing Authorities |
| North Carolina Secretary of State | Taxing Authorities |
| NYC Department of Finance | Taxing Authorities |
| Oklahoma Tax Commission - Franchise | Taxing Authorities |
| Pinheironeto Advogados | Taxing Authorities |
| State of California Franchise Tax Board | Taxing Authorities |
| State of New Jersey | Taxing Authorities |
| Texas Comptroller of Public Accts | Taxing Authorities |
| The Commonwealth of Massachusetts | Taxing Authorities |
| United States Small Business Admin | Taxing Authorities |
| United States Treasury | Taxing Authorities |
| Wyoming Department of Revenue | Taxing Authorities |
| ADL BIOPHARMA | Top 30 Creditors |
| Allog Transportes Internaciona | Top 30 Creditors |
| Allure Labs, Inc. | Top 30 Creditors |
| Cosan US LLC | Top 30 Creditors |
| Cosmetix West | Top 30 Creditors |
| DB Ventures Ltd. | Top 30 Creditors |
| DSM USA | Top 30 Creditors |
| Epic W12 LLC | Top 30 Creditors |
| ES East, LLC | Top 30 Creditors |
| Evonik Corporation | Top 30 Creditors |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditors |
| Global4PL Supply Chain Services | Top 30 Creditors |
| Hearst Magazine Media | Top 30 Creditors |
| Hollis R&D Associates | Top 30 Creditors |
| Microsoft Corporation | Top 30 Creditors |

| | |
|---|---|
| Nest-Filler USA | Top 30 Creditors |
| Nikko Chemicals Co Ltd | Top 30 Creditors |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditors |
| Northwest Cosmetic Labs | Top 30 Creditors |
| Outfront Media | Top 30 Creditors |
| Palm beach Holdings 3940 LLC | Top 30 Creditors |
| Park Wynwood, LLC | Top 30 Creditors |
| PMG Worldwide, LLC | Top 30 Creditors |
| Rakuten Advertising | Top 30 Creditors |
| Sartorius Stedim North America | Top 30 Creditors |
| Shearman & Sterling LLP | Top 30 Creditors |
| Todd Shemarya Artists, Inc. | Top 30 Creditors |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditors |
| Wiley Companies | Top 30 Creditors |
| Workday, Inc. | Top 30 Creditors |
| ADL BIOPHARMA | Trade Vendors |
| Agilent Technologies Inc | Trade Vendors |
| Avalara, Inc. | Trade Vendors |
| Berma LLC DBA NoGood | Trade Vendors |
| Bio Base Europe Pilot Plant | Trade Vendors |
| Capsum Inc. | Trade Vendors |
| Cigna HealthCare | Trade Vendors |
| Colorado Quality Products, LLC | Trade Vendors |
| Cosmetix West | Trade Vendors |
| CPCneutek | Trade Vendors |
| DB Ventures Limited | Trade Vendors |
| DSM Nutritional Products Ltd | Trade Vendors |
| Evonik Corporation | Trade Vendors |
| Facebook, Inc. | Trade Vendors |
| Folio3 Software Inc | Trade Vendors |
| Fusion Packaging, LLC | Trade Vendors |
| Hanft Ideas LLC | Trade Vendors |
| Hearst Magazine Media | Trade Vendors |
| Little Bear Studios | Trade Vendors |
| Mass Construction Corporation | Trade Vendors |
| MuteSix, LLC | Trade Vendors |
| NB Ventures, Inc. | Trade Vendors |
| Nest-Filler USA | Trade Vendors |
| Outfront Media | Trade Vendors |
| PerkinElmer Informatics Inc. | Trade Vendors |
| Petty Cash Inc | Trade Vendors |
| Pinterest, Inc | Trade Vendors |
| PMG Worldwide, LLC | Trade Vendors |
| Quiet Logistics, Inc. | Trade Vendors |

| | |
|---|---|
| Rakuten Advertising | Trade Vendors |
| Renfield Manufacturing LLC | Trade Vendors |
| RR Donnelley & Sons Company | Trade Vendors |
| Sartorius Stedim North America | Trade Vendors |
| TargetCW | Trade Vendors |
| Todd Shemarya Artists, Inc. | Trade Vendors |
| Walmart Inc | Trade Vendors |
| Wiley Companies | Trade Vendors |
| Workday, Inc. | Trade Vendors |
| World Wide Technology, LLC | Trade Vendors |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Juliet Sarkessian | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |
| Shakima L. Dortch | U.S. Trustee Office |
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| ACI Florida Power & Light | Utilities |
| Advanced Chemical Transport Inc | Utilities |
| AT&T | Utilities |
| AT&T Mobility LLC | Utilities |
| AT&T U-verse(SM) | Utilities |
| Brunswick County Public Utilities | Utilities |
| CloudWyze | Utilities |
| ConEdison | Utilities |
| Duke Energy | Utilities |
| East Bay Municipal Utility District | Utilities |
| First Digital Communications, LLC | Utilities |
| Garratt-Callahan Company | Utilities |
| GFL Environmental - Company | Utilities |
| Linde Gas & Equipment Inc. | Utilities |
| M&M Sanitation Corporation | Utilities |

| | |
|---|---|
| NC Division Of Waste Management | Utilities |
| Pacific Gas and Electric Company | Utilities |
| Paxio Inc | Utilities |
| Piedmont Natural Gas | Utilities |
| US Waste Industries, Inc. | Utilities |
| Verizon Wireless | Utilities |
| Waste Management of Alameda County | Utilities |
| Waste Management of Alameda County | Utilities |
| Winters Bros Waste Systems | Utilities |