# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**September 14, 2023 at 2:00 P.M. (ET)**<br><br>**Objection Deadline:**<br>**September 1, 2023 at 4:00 P.M. (ET)** |

## NOTICE OF APPLICATION OF THE DEBTORS TO RETAIN AND EMPLOY KTBS LAW LLP AS SPECIAL COUNSEL ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, EFFECTIVE AS OF AUGUST 11, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Amyris, Inc. and its affiliated debtors and debtors in possession (the "Debtors") filed the *Application of the Debtors to Retain and Employ KTBS Law LLP as Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Effective as of August 11, 2023* (the "Application"). The undersigned will present the Application to the Honorable Thomas M. Horan, Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 N. Market Street, Wilmington, DE 19081, at a hearing to be held on **September 14, 2023 at 2:00 p.m. (Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Application must be filed electronically with the Court on the docket of *In re Amyris, Inc., et al.*, Case 23-11131 (TMH), and served by U.S. mail, overnight delivery, hand

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

delivery or facsimile upon the undersigned counsel so as to be actually received no later than **September 1, 2023 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that only those objections that are timely filed, served and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Application as requested by the Debtors without further notice or a hearing. The parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be obtained from the Court's website, https://ecf.ded.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, https://cases.stretto.com/amyris.

| | |
|---|---|
| Dated: August 18, 2023 | */s/ Samuel M. Kidder* |
| | David M. Stern (*pro hac vice* pending) |
| | Samuel M. Kidder (*pro hac vice* pending) |
| | Nir Maoz (*pro hac vice* pending) |
| | KTBS LAW LLP |
| | 1801 Century Park East, 26th Floor |
| | Los Angeles, CA 90067 |
| | Tel: (310) 407-4000 |
| | Fax: (310) 407-9090 |
| | Email: dstern@ktbslaw.com |
| | skidder@ktbslaw.com |
| | nmaoz@ktbslaw.com |
| | |
| | *Proposed Special Counsel to the Debtors* |