# EXHIBIT A

## Orders Entered in Amyris, Inc., *et al.* Cases
## Made Applicable to the Additional Debtors Effective as of the Supplemental Petition Date

| Date | Docket No. | Order |
|---|---|---|
| 8/11/2023 | 50 | Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only |
| 8/11/2023 | 51 | Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief |
| 8/11/2023 | 53 | Order Authorizing the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent |
| 8/11/2023 | 54 | Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 8/11/2023 | 58 | Interim Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief |
| 8/11/2023 | 59 | Order (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; (II) Modifying the Requirement to File a List of All Equity Security Holders of Amyris, Inc. and Modifying Notice Thereto, and (III) Granting Related Relief |
| 8/11/2023 | 60 | Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief |
| 8/11/2023 | 61 | Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors, Foreign Vendors, 503(b)(9) Claimants and Lien Claimants; (II) Authorizing All Financial Institutions to Honor All Related Payment Requests, and (III) Granting Related Relief |

| Date | Docket No. | Order |
|---|---|---|
| 8/11/2023 | 62 | Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief |
| 8/11/2023 | 63 | Interim Order (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief |
| 8/11/2023 | 64 | Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief |
| 8/11/2023 | 65 | Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *ipso facto* Protections of the Bankruptcy Code, and (II) Approving the Related Form and Manner of Notice |
| Various | Various | Orders Granting Motion for Admission *pro hac vice* |