# EXHIBIT B

## Modified Listing of Accounts and Cash Management System Diagram

# Cash Management – Debtor Accounts Cash-Flow

