# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |
| In re:<br><br>CLEAN BEAUTY COLLABORATIVE, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-11224 (TMH) |
| In re:<br><br>CLEAN BEAUTY 4U HOLDINGS, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-11226 (TMH)<br><br>**Related Docket No. \_\_\_\_** |
| In re:<br><br>CLEAN BEAUTY 4U LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-11225 (TMH)<br><br>**Related Docket No. \_\_\_\_** |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

DOCS_DE:244310.7

**ORDER (A) DIRECTING
JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES FOR
PROCEDURAL PURPOSES ONLY AND (B) APPLYING
CERTAIN ORDERS IN THE CHAPTER 11 CASES OF AMYRIS, INC.
AND ITS AFFILIATED DEBTORS TO THE CHAPTER 11 CASES
OF CLEAN BEAUTY COLLABORATIVE, INC., CLEAN BEAUTY 4U
HOLDINGS, LLC, AND CLEAN BEAUTY 4U LLC**

Upon the joint motion (the "Motion")[2] of Amyris, Inc., on behalf of itself and its affiliated debtors and debtors in possession (collectively, the "Original Debtors"), Clean Beauty Collaborative, Inc. ("CBC"), Clean Beauty 4U Holdings, LLC ("CB4U Holdings"), and Clean Beauty 4U LLC ("CB4U," and together with CBC, CB4U Holdings, and the Original Debtors, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of the Chapter 11 Cases of CBC, CB4U Holdings, CB4U, and the Original Debtors, and the consolidation thereof for procedural purposes only; and (b) directing that certain orders entered in the Chapter 11 Cases of Amyris, Inc., *et al.* be made applicable to the Additional Debtors in their Chapter 11 Cases to facilitate joint administration of these cases; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the

---

[2]    All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

2

Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, the Chapter 11 Cases of CBC, CB4U Holdings, CB4U, and the Original Debtors shall be jointly administered and consolidated for procedural purposes only.

3. The Clerk of this Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the Chapter 11 Case of Amyris, Inc., Case No. 23-11131 (TMH).

4. The Clerk of this Court shall make a docket entry in the Chapter 11 Cases of the Additional Debtors substantially as follows:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 23-11131 (TMH) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Amyris, Inc., Case No. 23-11131 (TMH); AB Technologies LLC, Case No. 23-11132 (TMH); Amyris Clean Beauty, Inc., Case No. 23-11134 (TMH); Amyris Fuels, LLC, Case No. 23-11136 (TMH); Amyris-Olika, LLC, Case No. 23-11133 (TMH); Aprinnova, LLC, Case No. 23-11137 (TMH); Onda Beauty Inc., Case No. 23-11138 (TMH); Upland1 LLC, Case No. 23-11139 (TMH); Clean Beauty Collaborative, Inc., Case No. 23-11224 (TMH); Clean Beauty 4U Holdings, LLC, Case No. 23-11226 (TMH); and Clean Beauty 4U LLC, Case No. 23-11225 (TMH).

5. Notwithstanding the relief granted herein, any creditor filing a proof of claim against any Debtor shall file such proof of claim against the individual Debtor against which the claim is asserted. Claimholders are directed to file proofs of claim against the individual entity, whether an Original Debtor or an Additional Debtor, against whom the claim is asserted.

3

6. The orders entered in the Original Debtors' Chapter 11 Cases set forth on **Exhibit A** attached hereto are hereby made applicable to the Additional Debtors effective as of the Supplemental Petition Date, such that their provisions will apply to the Debtors as jointly administered debtors in possession, as if such orders in the Original Debtors' Chapter 11 Cases referred specifically to the Additional Debtors.

7. Notwithstanding the relief granted in this Order, the hearing to consider entry of final orders on the first day motions, where applicable, are still scheduled to be heard on September 14, 2023 at 2:00 p.m. (Eastern Time), and the objection deadline with respect to such motions will continue to be August 31, 2023 at 4:00 p.m. (Eastern Time).

8. Paragraph 3 of the Interim Critical Vendor Order is hereby amended to provide as follows: "The Debtors are authorized, but not directed, to pay the Critical Vendor Claims; provided that such payments shall not exceed $7.5 million in the aggregate on an interim basis unless otherwise ordered by the Court after notice and a hearing."  All other provisions of the Interim Critical Vendor Order remain in full force and effect.

9. CBC and CB4U are each authorized and directed to enter into the DIP Facility as Guarantors (as each such term is defined in the *Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 54] and any final order that may be subsequently entered) up to the amounts actually funded and/or advanced under the DIP Facility to each of CBC and CB4U, respectively.

10. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

12.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned Chapter 11 Cases.

13.     This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

# EXHIBIT A

## Orders Entered in Amyris, Inc., *et al.* Cases
## Made Applicable to the Additional Debtors Effective as of the Supplemental Petition Date

| Date | Docket No. | Order |
|---|---|---|
| 8/11/2023 | 50 | Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only |
| 8/11/2023 | 51 | Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief |
| 8/11/2023 | 52 | Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief |
| 8/11/2023 | 53 | Order Authorizing the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent |
| 8/11/2023 | 54 | Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 8/11/2023 | 58 | Interim Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief |
| 8/11/2023 | 59 | Order (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; (II) Modifying the Requirement to File a List of All Equity Security Holders of Amyris, Inc. and Modifying Notice Thereto, and (III) Granting Related Relief |
| 8/11/2023 | 60 | Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief |
| 8/11/2023 | 61 | Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors, Foreign Vendors, 503(b)(9) Claimants and Lien Claimants; (II) Authorizing All Financial Institutions to Honor All Related Payment Requests, and |

| Date | Docket No. | Order |
|---|---|---|
| | | (III) Granting Related Relief |
| 8/11/2023 | 62 | Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief |
| 8/11/2023 | 63 | Interim Order (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief |
| 8/11/2023 | 64 | Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief |
| 8/11/2023 | 65 | Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *ipso facto* Protections of the Bankruptcy Code, and (II) Approving the Related Form and Manner of Notice |
| Various | Various | Orders Granting Motion for Admission *pro hac vice* |

2