# EXHIBIT A

## Updated Organizational Chart

DOCS_DE:244338.3



DOCS_DE:244338.3