IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMYRIS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-11131 (TMH) <br><br> (Joint Administration Requested) |

NOTICE OF AGENDA OF FIRST DAY MATTERS SCHEDULED FOR
HEARING ON AUGUST 23, 2023 AT 11:30 A.M. (EASTERN TIME[2])

**THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**

**Please see below for the connection and registration information.
Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into
Zoom or you will not be granted access to the hearing.**

**Registration Link:**
https://protect-us.mimecast.com/s/Zq83CERPmRf6V77YhN33hf

1.   *Voluntary Petitions:*

     A.   Clean Beauty Collaborative, Inc. Case No. 23-11224 (TMH) [Filed 08/21/23,

          Docket No. 1].

     B.   Clean Beauty 4U LLC Case No. 23-11225 (TMH) [Filed 08/21/23, Docket

          No. 1].

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris

  C. Clean Beauty 4U Holdings, LLC Case No. 23-11226 (TMH) [Filed 08/21/23,

  [Docket No. 1].

### **First Day Declaration**

2. *Joint Motion of the Debtors for Order (A) Directing Joint Administration of Related Chapter 11 Cases For Procedural Purposes Only, and (B) Applying Certain Orders in the Chapter 11 Cases of Amyris, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Clean Beauty Collaborative, Inc., Clean Beauty 4U Holdings, LLC, and Clean Beauty 4U LLC* [Filed 08/21/2023, [Docket No. 119].

  A. *Declaration of Han Kieftenbeld in Support of Joint Motion of the Debtors for Order (A) Directing Joint Administration of Related Chapter 11 Cases For Procedural Purposes Only, and (B) Applying Certain Orders in the Chapter 11 Cases of Amyris, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Clean Beauty Collaborative, Inc., Clean Beauty 4U Holdings, LLC, and Clean Beauty 4U LLC* [Filed 08/21/2023, [Docket No. 120].

  <u>Status</u>: This matter is going forward.

Dated: August 21, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

                */s/ James E. O'Neill*
                Richard M. Pachulski (admitted *pro hac vice*)
                Debra I. Grassgreen (admitted *pro hac vice*)
                James E. O'Neill (DE Bar No. 4042)
                Jason H. Rosell (admitted *pro hac vice*)
                Steven W. Golden (DE Bar No. 6807)
                919 N. Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400
                Email: rpachulski@pszjlaw.com
                    dgrassgreen@pszjlaw.com
                    joneill@pszjlaw.com
                    jrosell@pszjlaw.com
                    sgolden@pszjlaw.com

                *Proposed Counsel to the Debtors and Debtors in Possession*