<u>**Exhibit C**</u>

**Beers Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered)<br>**Ref. Docket No. ____** |

**DECLARATION OF LORIE R. BEERS IN SUPPORT OF DEBTORS' APPLICATION
FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE RETENTION AND EMPLOYMENT
OF INTREPID INVESTMENT BANKERS LLC
AS INVESTMENT BANKER FOR THE DEBTORS
AND DEBTORS IN POSSESSION, PURSUANT TO
11 U.S.C. §§ 327(A) AND 328, *NUNC PRO TUNC* TO THE
PETITION DATE; (II) WAIVING CERTAIN REQUIREMENTS
IMPOSED BY LOCAL RULE 2016-2; AND (III) GRANTING RELATED RELIEF**

I, Lorie R. Beers, under penalty of perjury, declare as follows:

1.      I am Managing Director and Head of Special Situations at Intrepid Investment Bankers LLC ("Intrepid"). Intrepid is the proposed investment banker to the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I submit this declaration (this "Declaration") in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Intrepid as Investment Banker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328,* nunc pro tunc *to the Petition Date; (II) Waiving Certain Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief,* filed contemporaneously herewith (the "Application").[2]

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Application.

2.      Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with the Debtors' management and other professionals, members of the Intrepid team, or other interested parties, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations and financial affairs.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  To the extent that any information disclosed herein requires subsequent amendment or modification upon Intrepid's completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the Court reflecting the same.

3.      Intrepid has agreed to provide financial advisory and investment banking services to the Debtors pursuant to the terms and conditions set forth in that certain engagement letter between Intrepid and the Debtors, dated as of July 21, 2023, a copy of which is attached to the Application as **Exhibit B** (the "Engagement Agreement").

4.      Intrepid is a specialty investment bank that provides M&A advisory, buy-side target search, capital advisory, and special situations advisory services to entrepreneur and family-owned companies, private equity sponsors, and major corporations, through dedicated banking teams with over four decades of deep industry sector experience.  Intrepid is the advisory arm of Mitsubishi UFJ Financial Group, one of the largest financial organizations in the world. Intrepid is headquartered in Los Angeles, California, with offices in New York, Chicago, Charlotte, and Menlo Park.

5.      Intrepid has a dedicated capital advisory group, whose special situations professionals have extensive expertise providing investment banking services to financially distressed companies, creditors, committees, equity holders, asset purchasers, and other

DOCS_DE:244346.2 03703/004

constituencies in reorganization proceedings and complex financial restructurings, both in and out of court. Intrepid's professionals have served as investment bankers and financial advisors in numerous chapter 11 cases, including but not limited to: *In re Tritek Int'l Inc.*, No. 23-10520 (TMH) (Bankr. D. Del. June 8, 2023) (advising debtor); *In re Watsonville Hosp. Corp.*, No. 21-51477 (Bankr. N.D. Cal. Dec. 5, 2021) (advising debtor); *In re Aluminum Shapes, LLC*, No. 21-16520 (JNP) (Bankr. D.N.J. Oct. 8, 2021) (advising debtor); *In re Garrett Motion Inc.*, No. 20-12212 (Bankr. S.D.N.Y. Feb. 5, 2021) (advising Official Equity Committee); *In re Carla's Pasta, Inc.*, No. 21-20111 (Bankr. D. Conn. Mar. 22, 2021) (advising debtors); *In re Mishti Holdings, LLC*, No. 1911813 (CSS) (Bankr. D. Del. Dec. 16, 2019) (advising debtors); *In re Sienna Biopharmaceuticals, Inc.*, No. 19-12051 (MFW) (Bankr. D. Del. Oct. 15, 2019) (advising debtor).

6.      Moreover, the Debtors have employed Intrepid since July 21, 2023, during which time Intrepid professionals have worked closely with the Debtors' management and other professionals in preparing for these Chapter 11 Cases and have become familiar with the Debtors' business operations, capital structure, creditors, and other matters. Specifically, Intrepid assisted and advised the Debtors in connection with the Debtors' marketing and sale process in the time preceding the Petition Date.

7.      Intrepid does not believe that the services that it will render on behalf of the Debtors in these Chapter 11 Cases will be duplicative of the services performed by any other professional, and Intrepid will work together with the other professionals retained by the Debtors to minimize and avoid duplication of services.

8.      To check potential connections with the Debtors and other parties in interest in these Chapter 11 Cases, Intrepid searched to determine whether it had any relationships with the entities identified by the Debtors and its representatives as potential parties in interest listed on

**Schedule 1** hereto (the "Potential Parties in Interest").  Based on such review, Intrepid has determined that none of the Potential Parties in Interest were current or former investment banking clients of Intrepid within the past three years.

9.      As part of its investment banking and financial advisory activities, Intrepid may be involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases.  Further, Intrepid may have in the past, and may in the future, advised or have been represented by several attorneys, law firms, and other professionals, some of whom may be involved in these Chapter 11 Cases.  Finally, Intrepid may have in the past, and will likely in the future, be working with or against other professionals involved in these Chapter 11 Cases in matters wholly unrelated to these Chapter 11 Cases.  Based upon my current knowledge of the professionals involved in these Chapter 11 Cases, and to the best of my knowledge, none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Intrepid is to be employed, and none are in connection with these Chapter 11 Cases.

10.     Intrepid may also represent, or may have represented, affiliates, equity holders, or sponsors of the Potential Parties in Interest.  Certain of the Potential Parties in Interest may also be vendors or insurers of Intrepid or have other non-investment banking relationships with Intrepid.  Intrepid may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties in

Interest list.  Intrepid believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates, and none are in connection with these Chapter 11 Cases.

11.      The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these Chapter 11 Cases.  Consequently, although every reasonable effort has been made to discover Intrepid's connections with the Potential Parties in Interest, Intrepid is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these Chapter 11 Cases.  If Intrepid discovers any information that is contrary or pertinent to the statements made herein, Intrepid will promptly disclose such information to the Court.

12.      Except as otherwise set forth herein, to the best of my knowledge, information, and belief, neither Intrepid nor any employee of Intrepid:  (i) is a creditor, equity security holder, or an insider of the Debtors; or (ii) is or was, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.  In addition, none of the Intrepid professionals expected to assist the Debtors in these Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the United States Trustee for the District of Delaware (the "U.S. Trustee"), or any person employed in the office of the U.S. Trustee.

13.      During the 90 days before the Petition Date, Intrepid was paid in the ordinary course certain fees and expenses due under the Engagement Agreement.  Specifically, on August 2, 2023, the Debtors paid Intrepid an Initial Restructuring Fee of $150,000 and on August 8, 2023, the Debtors paid Intrepid an expense advance of $15,000.  Intrepid will apply the expense advance first to any expenses incurred but not reimbursed prior to the Petition Date, and second to any expenses incurred after the Petition Date.

5

14.     For the reasons set forth in this Declaration, Intrepid believes that it: (i) is a disinterested person as defined in the Bankruptcy Code; and (ii) does not hold or represent any interest adverse to the Debtors' estates.

15.     The Fee and Expense Structure set forth in the Application is consistent with Intrepid's typical fee for work of this nature. The fees are set at a level designed to compensate Intrepid fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses. It is Intrepid's policy to charge its clients for all disbursements and expenses incurred in connection with its services.

16.     It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys. Intrepid's restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these Chapter 11 Cases will, keep time records in half-hour increments describing their daily activities and the identity of persons who performed such tasks.

17.     The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to Intrepid and for comparable engagements, both in and out of court, and reflects a balance between a fixed, monthly fee, and contingent amounts that are tied to the consummation and closing of a transaction as contemplated in the Engagement Agreement.

18.     The Engagement Agreement was negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of Intrepid's employment by the Debtors. With respect to the Engagement Agreement's indemnification provisions, unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers. Moreover,

6

the indemnity is comparable to those generally obtained by investment banking firms of similar stature to Intrepid and for comparable engagements, both in and out of court.

19.     Other than as set forth above, there is no proposed arrangement between the Debtors and Intrepid for compensation to be paid in these Chapter 11 Cases.  Intrepid has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

20.     The foregoing constitutes the statement of Intrepid pursuant to section 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 5002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2023          */s/ Lorie R. Beers*_____
                                     Lorie R. Beers
                                     Managing Director
                                     Intrepid Investment Bankers LLC

DOCS_DE:244346.2 03703/004

## **Schedule 1**

## **Potential Parties in Interest**

| NAME | TYPE |
|------|------|
| Foris,Ventures,LLC | 5% or More Equity Holders |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Ashely M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Fenwick & West LLP | Bankruptcy Professionals |
| Goodwin Procter LLP | Bankruptcy Professionals |
| Latham & Watkins | Bankruptcy Professionals |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professionals |
| Paul Hastings | Bankruptcy Professionals |
| PwC | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| Klee Tuchin Bogdanoff & Stern LLP | Bankruptcy Professionals |
| Bank of the West | Banks |
| Barclays | Banks |
| HSBC | Banks |
| J.P. Morgan SE | Banks |
| JPMorgan Chase Bank, N.A. | Banks |
| US Bank | Banks |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |

| | |
|---|---|
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| Jim McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Washington | Director (current) |
| Lisa Qi | Director (current) |
| Philip Eykerman | Director (former) |
| Patrick Yang | Director (former) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| M Freddie Reiss | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |
| de Castro Reinach Ph.D., Fernando | Director (former) |
| de Oliveira Diniz, Paulo Sergio | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlords |
| Design District Development Pa | Landlords |
| Emerystation Triangle, LLC | Landlords |

| | |
|---|---|
| ES East, LLC | Landlords |
| Holis R&D Associates | Landlords |
| Oak Plaza Associates (DEL), LLC | Landlords |
| Palm Beach Holdings 3940, LLC | Landlords |
| Park Wynwood LLC | Landlords |
| Anesma Group, LLC | Lenders |
| Anjo Ventures, LLC | Lenders |
| DSM Finance B.V. | Lenders |
| Foris Ventures, LLC | Lenders |
| Perrara Ventures, LLC | Lenders |
| Amyris, Inc. v. Lavvan, Inc. | Litigation |
| AO Representative Expense Fund, LLC, | Litigation |
| Austrade Inc. | Litigation |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus | Officer (current) |
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professionals |
| Accenture LLP | Ordinary Course Professionals |
| CFGI Holdings, LLC | Ordinary Course Professionals |
| Clark & Elbing LLP | Ordinary Course Professionals |
| Cowen & Company LLC | Ordinary Course Professionals |
| Deloitte Tax LLP | Ordinary Course Professionals |
| Duff & Phelps LLC | Ordinary Course Professionals |
| Global Retirement Partners, LLC | Ordinary Course Professionals |
| Hanson Bridgett LLP | Ordinary Course Professionals |
| Hulst & Handler LLP | Ordinary Course Professionals |
| Macias Gini & O'Connell LLP | Ordinary Course Professionals |
| Michael Herrinton | Ordinary Course Professionals |

| | |
|---|---|
| Oppenheimer & Co. Inc. | Ordinary Course Professionals |
| Shipman & Goodwin LLP | Ordinary Course Professionals |
| Squire Patton Boggs | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Other Professionals |
| Fish & Richardson P.C. | Other Professionals |
| Gibson, Dunn & Crutcher LLP | Other Professionals |
| Macias Gini & O'Connell LLP | Other Professionals |
| Shearman & Sterling LLP | Other Professionals |
| US Environmental Protection Agency | Government/Regulatory Agencies |
| DEA | Government/Regulatory Agencies |
| Department of Agriculture | Government/Regulatory Agencies |
| EPA | Government/Regulatory Agencies |
| FDA | Government/Regulatory Agencies |
| Alabama Department of Revenue | Taxing Authorities |
| Brunswick County Revenue Dept. | Taxing Authorities |
| California Department of Tax | Taxing Authorities |
| City of Emeryville | Taxing Authorities |
| DC Treasurer | Taxing Authorities |
| Delaware Secretary of State | Taxing Authorities |
| HMRC Birmingham Stamp Office | Taxing Authorities |
| Internal Revenue Service Center | Taxing Authorities |
| NCDOR | Taxing Authorities |
| New York State Corporation Tax | Taxing Authorities |
| North Carolina Dept of Revenue | Taxing Authorities |
| North Carolina Secretary of State | Taxing Authorities |
| NYC Department of Finance | Taxing Authorities |
| Oklahoma Tax Commission - Franchise | Taxing Authorities |
| Pinheironeto Advogados | Taxing Authorities |
| State of California Franchise Tax Board | Taxing Authorities |
| State of New Jersey | Taxing Authorities |
| Texas Comptroller of Public Accts | Taxing Authorities |
| The Commonwealth of Massachusetts | Taxing Authorities |
| United States Small Business Admin | Taxing Authorities |
| United States Treasury | Taxing Authorities |
| Wyoming Department of Revenue | Taxing Authorities |
| ADL BIOPHARMA | Trade Vendors |
| Agilent Technologies Inc | Trade Vendors |
| Allog Transportes Internaciona | Trade Vendors |
| Allure Labs, Inc. | Trade Vendors |
| Avalara, Inc. | Trade Vendors |
| Berma LLC DBA NoGood | Trade Vendors |
| Bio Base Europe Pilot Plant | Trade Vendors |
| Capsum Inc. | Trade Vendors |
| CFGI Holdings, LLC | Trade Vendors |
| Cigna HealthCare | Trade Vendors |
| Colorado Quality Products, LLC | Trade Vendors |
| Cosmetix West | Trade Vendors |
| CPCneutek | Trade Vendors |
| DB Ventures Limited | Trade Vendors |
| DSM Nutritional Products Ltd | Trade Vendors |
| ECS Axcess Point LLC | Trade Vendors |

| | |
|---|---|
| Evonik Corporation | Trade Vendors |
| Facebook, Inc. | Trade Vendors |
| Folio3 Software Inc | Trade Vendors |
| Fusion Packaging, LLC | Trade Vendors |
| Global4PL Supply Chain Services | Trade Vendors |
| Hanft Ideas LLC | Trade Vendors |
| Hearst Magazine Media | Trade Vendors |
| JVN Entertainment INC | Trade Vendors |
| Little Bear Studios | Trade Vendors |
| Mass Construction Corporation | Trade Vendors |
| MuteSix, LLC | Trade Vendors |
| NB Ventures, Inc. | Trade Vendors |
| Nest-Filler USA | Trade Vendors |
| Outfront Media | Trade Vendors |
| PerkinElmer Informatics Inc. | Trade Vendors |
| Perpetua Labs, Inc. | Trade Vendors |
| Petty Cash Inc | Trade Vendors |
| Pinterest, Inc | Trade Vendors |
| PMG Worldwide, LLC | Trade Vendors |
| Quiet Logistics, Inc. | Trade Vendors |
| Rakuten Advertising | Trade Vendors |
| Renfield Manufacturing LLC | Trade Vendors |
| RR Donnelley & Sons Company | Trade Vendors |
| Sartorius Stedim North America | Trade Vendors |
| TargetCW | Trade Vendors |
| Todd Shemarya Artists, Inc. | Trade Vendors |
| Walmart Inc | Trade Vendors |
| Wiley Companies | Trade Vendors |
| Wisconsin BioProducts | Trade Vendors |
| World Wide Technology, LLC | Trade Vendors |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Juliet Sarkessian | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |
| Shakima L. Dortch | U.S. Trustee Office |
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| ACI FLORIDA POWER & LIGHT | Utilities |

| | |
|---|---|
| Advanced Chemical Transport Inc | Utilities |
| AT&T | Utilities |
| Brunswick County Public Utilities | Utilities |
| ConEdison | Utilities |
| Duke Energy | Utilities |
| East Bay Municipal Utility District | Utilities |
| GFL Environmental - Company | Utilities |
| M&M Sanitation Corporation | Utilities |
| NC Division of Waste Management | Utilities |
| Pacific Gas and Electric Company | Utilities |
| Piedmont Natural Gas | Utilities |
| Waste Management of Alameda County | Utilities |
| Waste Management of Alameda County | Utilities |
| Winters Bros Waste Systems | Utilities |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditors |
| Palm beach Holdings 3940 LLC | Top 30 Creditors |
| Cosan US LLC | Top 30 Creditors |
| DB Ventures Ltd. | Top 30 Creditors |
| Epic W12 LLC | Top 30 Creditors |
| PMG Worldwide, LLC | Top 30 Creditors |
| Nikko Chemicals Co Ltd | Top 30 Creditors |
| Sartorius Stedim North America | Top 30 Creditors |
| Hearst Magazine Media | Top 30 Creditors |
| Wiley Companies | Top 30 Creditors |
| Park Wynwood, LLC | Top 30 Creditors |
| Allog Transportes Internaciona | Top 30 Creditors |
| Nest-Filler USA | Top 30 Creditors |
| ADL Biopharma | Top 30 Creditors |
| Cosmetix West | Top 30 Creditors |
| Evonik Corporation | Top 30 Creditors |
| Todd Shemarya Artists, Inc. | Top 30 Creditors |
| Allure Labs, Inc. | Top 30 Creditors |
| Shearman & Sterling LLP | Top 30 Creditors |
| Rakuten Advertising | Top 30 Creditors |
| ES East, LLC | Top 30 Creditors |
| Workday, Inc. | Top 30 Creditors |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditors |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditors |
| Global4PL Supply Chain Services | Top 30 Creditors |
| Outfront Media | Top 30 Creditors |
| Northwest Comsmetics Labs | Top 30 Creditors |
| Muirisc, LLC | Lenders |
| Stewart Ward & Josephson LLP | Landlords |
| Shartsis Friese LLP | Landlords |
| Design District ERFR LLC & RFR Holding LLC | Landlords |
| TriStar Capital LLC | Landlords |
| McDermott Will & Emery LLP | Landlords |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlords |
| Olshan Frome Wolosky LLP | Landlords |
| Design District Development Partners LLC | Landlords |

| | |
|---|---|
| Colliers International | Landlords |
| Caliope Realty Associatees LLC | Landlords |
| Duane Ventures | Landlords |
| Chodosh Realty Services, Inc | Landlords |
| Flowing Water Creek, LLC | Landlords |
| CPI Hospitality LLC | Landlords |
| Epic W12 LLC | Landlords |
| Lachtman Cohen P.C | Landlords |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlords |
| Crown Properties | Landlords |
| Larringa Sisters LLC | Landlords |
| Continental Real Estate Companies | Landlords |
| Goodwin Procter LLP | Lenders' Professionals |
| Troutman Pepper Hamilton Sanders LLP | Lenders' Professionals |
| Ankura | Bankruptcy Professionals |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professionals |
| Advanced Chemical Transport Inc | Utilities |
| AT&T Mobility LLC | Utilities |
| AT&T U-verse(SM) | Utilities |
| CloudWyze | Utilities |
| First Digital Communications, LLC | Utilities |
| Garratt-Callahan Company | Utilities |
| Linde Gas & Equipment Inc. | Utilities |
| Paxio Inc | Utilities |
| US Waste Industries, Inc. | Utilities |
| Verizon Wireless | Utilities |
| Deloitte Consulting, LLP | Ordinary Course Professionals |
| Fish & Richardson P.C. | Ordinary Course Professionals |
| Microsoft Corporation | Top 30 Creditors |
| Hollis R&D Associates | Top 30 Creditors |
| DSM USA | Top 30 Creditors |