**EXHIBIT B**

**Declaration of Philip J. Gund**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF PHILIP J. GUND
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN
ANKURA CONSULTING GROUP, LLC TO PROVIDE THE DEBTORS A CHIEF
RESTRUCTURING OFFICER, (II) DESIGNATING PHILIP J. GUND AS CHIEF
RESTRUCTURING OFFICER FOR THE DEBTORS EFFECTIVE AS OF THE
PETITION DATE, AND (III) GRANTING RELATED RELIEF**

I, Philip J. Gund, declare under penalty of perjury as follows:

1.      I am a Senior Managing Director with Ankura Consulting Group, LLC (together with its wholly owned subsidiaries, agents, independent contractors, and employees "Ankura" or the "Firm"), a financial advisory services firm with numerous offices throughout the country, and am duly authorized to make this declaration (the "Declaration") on behalf of Ankura in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Ankura Consulting Group, LLC to Provide the Debtors a Chief Restructuring Officer, (II) Designate Philip J. Gund as Chief Restructuring Officer for the Debtors Effective as of the Petition Date, and (III) Granting Related Relief* (the "Application")[2] on the terms and conditions

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

set forth in the Application and the Engagement Letter.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## ANKURA'S QUALIFICATIONS

2.      On August 9, 2023, Ankura was engaged to provide interim consulting services in connection with a potential restructuring.  Mr. Gund is intimately familiar with the Debtors' business and are well-qualified to act on the Debtors' behalf given their extensive knowledge and expertise with respect to chapter 11 proceedings.

3.      Ankura is a business advisory and expert services firm whose professionals have significant experience in providing bankruptcy crisis management and consulting, and special financial advisory services.  Ankura has provided strategic advice to debtors in numerous chapter 11 cases of similar size and complexity as these Chapter 11 Cases.  Ankura and its professionals have provided restructuring or crisis management services in numerous bankruptcy cases, including:  *In re Country Fresh Holding Co.*, No. 21-30574 (MI) (Bankr. S.D. Tex. Mar. 31, 2021); *In re Intelsat S.A.*, No. 20-32299 (KLP) (Bankr. E.D. Va. 2020); *In re Brooks Brothers Grp., Inc.*, No. 20–11785 (CSS) (Bankr. D. Del. 2020); *In re Exide Holdings, Inc.*, No. 20-11157 (CSS) (Bankr. D. Del. May 19, 2020); *In re Elk Petroleum, Inc.*, No. 19- 11157 (LSS) (Bankr. D. Del. 2019); *In re MTE Holdings LLC*, No. 19-12269 (CTG) (Bankr. D. Del. 2019); *In re High Ridge Brands Co.*, No. 19-12689 (BLS) (Bankr. D. Del. Dec. 18, 2019); *In re Emerge Energy Services LP*, No. 19-11563 (KBO) (Bankr. D. Del. Dec. 18, 2019); *In re Fallbrook Techs. Inc.*, No. 18-10384 (MFW) (Bankr. D. Del. Feb. 26, 2018); *In re Payless Holdings LLC*, No. 19-40883-659 (Bankr. E.D. Mo. Feb. 18, 2019); *In re Model Reorg Acquisition, LLC*, No. 17-11794 (CSS)

---

[3]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Ankura and are based on information provided by such professionals.

(Bankr. D. Del. 2017); *In re Last Call Guarantor, LLC*, No. 16-11844 (KG) (Bankr. D. Del. Sept. 2, 2016); *In re SynCardia Systems, Inc.*, No. 16-11599 (MFW) (Bankr. D. Del. Aug. 1, 2016); *In re SunEdison, Inc.*, No. 16-10992 (SMB) (Bankr. S.D.N.Y. Aug. 11, 2016); *In re C. Wonder LLC*, No. 16-11127 (MBK) (Bankr. D.N.J. Jan. 28, 2015); *In re The SCOOTER Store Holdings, Inc.*, No. 13-10904 (LSS) (Bankr. D. Del. April 15, 2013); *In re Vivaro Corp.*, No. 12-13810 (MG) (Bankr. S.D.N.Y. Sept. 5, 2012); *In re Am. Commercial Lines LLC*, No. 03-90305 (Bankr. S.D. Ind. 2003) (Philip J. Gund).

4.     Ankura specializes in interim management, restructuring advisory, turnaround consulting, operational due diligence, creditor advisory services, and performance improvement.  Ankura's debtor advisory services have included a wide range of activities targeted at stabilizing and improving a company's financial position, including developing or validating forecasts, business plans, and related assessments of a business's strategic position; monitoring and managing cash, cash flow, and supplier relationships; assessing and recommending cost reduction strategies; and designing and negotiating financial restructuring packages.

5.     I have the requisite experience to serve as the Debtors' Chief Restructuring Officer ("CRO").  I have more than 30 years of experience advising the boards of directors and senior management of troubled companies and creditor constituencies in both operational and financial restructurings, providing interim management services to both non-distressed and distressed companies and acting as liquidating trustee for liquidation trusts.  I have worked in a wide variety of industries including marine transportation, marine construction, automotive parts, healthcare, hotel development and management, retail, co-op purchasing and distribution, daily publications, printing, import/export, real estate and construction, specialty chemicals, coke and electrode production, alternative energy development, construction and management, telecommunications, golf courses and practice facilities, family entertainment centers, and

manufacturing and wholesale distribution.  Over the course of my career, I have performed an array of restructuring advisory and consulting services for a variety of different types of companies, and I have a deep understanding of the economic, regulatory, operational, strategic, and financial factors that drive businesses operating in chapter 11.  My prior experience includes a wide range of services and activities targeted at restructuring, stabilizing, and improving a company's financial position, including:   (a) developing and implementing business plans; (b) developing and executing turnaround strategies; (c) planning and implementing financial and operational restructurings and debt reorganizations;  (d) financial modeling;  (e) managing negotiations with stakeholders; (f) forensic accounting; and (g) stabilizing business and liquidity.

## SCOPE OF SERVICES

6.      Subject to approval by the Court, Ankura will be retained by the Debtors to provide the CRO on the terms and conditions set forth in the engagement letter dated August 9, 2023 and attached to the Application as **Exhibit C** (the "Engagement Letter") and any order granting the Application.

## DISINTERESTEDNESS AND ELIGIBILITY

7.      Ankura uses certain procedures (the "Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a connection to any of the Debtors in the Chapter 11 Cases.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, and Ankura's relationship with such parties:

      a.      Ankura requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties-in-

Interest").[4]  The list of Potential Parties-in-Interest that Ankura reviewed is annexed hereto as **Exhibit 1**.  The Potential Parties-in-Interest reviewed include, among others, the Debtors and non-Debtor affiliates, current and former officers, bankruptcy professionals, judges for the United States Bankruptcy Court for the District of Delaware, banks, lenders, contract counterparties, governmental/regulatory agencies, insurance carriers, landlords, parties to significant actual or known litigation with Debtors/adverse parties, the Debtors' top 30 creditors, U.S. Trustee personnel for the District of Delaware, utility providers, and vendors.

b.      Ankura then compared the names of each of the Potential Parties-in-Interest to the names in its master electronic database of the Ankura Entities' clients and vendors (the "Database").[5]  For clients, the Database generally includes the name of each client of the Ankura Entities, the name of each party that has, or had, a substantial role with regard to the subject matter of the Ankura Entity's retention, and the names of the Ankura Entity professionals who are, or were, primarily responsible for matters for such clients.  For vendors, the Database generally includes the name of the vendor.

c.      An email was sent to all of the Ankura Entities' Senior Managing Directors, Managing Directors, and all Turnaround & Restructuring practice professionals requesting disclosure of information regarding:  (i) any known personal connections between the respondent or the Ankura Entities on the one hand, and the Potential Parties-in-Interest, on the other hand,[6] (ii) any known connections or representation by the respondent or the Firm of any of those Potential Parties-in-Interest in matters relating to the

---

[4]    As may be necessary, Ankura will supplement the Declaration if additional Potential Parties-in-Interest are provided to it and Ankura becomes aware of any relationship that may adversely affect Ankura's retention in the Chapter 11 Cases or would otherwise require disclosure.

[5]    Ankura is affiliated with certain other Ankura-branded entities, including its affiliates, subsidiaries, and parent entities, which entities are managed by the same executive team (such entities, the "Ankura Entities").  The Database maintained by the Ankura Entities includes information for all of the Ankura Entities.  For companies and businesses acquired by any Ankura Entity, the Database captures engagements that were active at the time of such acquisition, as well as any post-acquisition engagements.  Otherwise, the Database includes all clients and vendors of the Ankura Entities since Ankura's inception.  The Ankura Entities include a trust company (Ankura Trust Company, LLC) and a broker-dealer (Ankura Capital Advisors, LLC).  Neither of these entities hold or trade securities for their own account and, as with the other Ankura Entities, the clients of the trust company and broker-dealer entities are included in the Database.

[6]    In reviewing its records and the relationships of its professionals, Ankura did not seek information as to whether any Ankura Entity professional or member of such professional's immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain Ankura Entity professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors, or any other party-in-interest; or (b) has engaged in any ordinary course consumer transaction with any party-in-interest.  If any such relationship does exist, I do not believe it would impact Ankura's disinterestedness or otherwise give rise to a finding that Ankura holds or represents an interest adverse to the Debtors' estates.

Debtors; and (iii) any other conflict or reason why Ankura may be unable to represent the Debtors.

d.    Known connections between former or recent clients and vendors of the Ankura Entities and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **Exhibit 2** annexed hereto.

8.    To provide further detail on the Database and the Firm Procedures, I note that Ankura is a portfolio company of private funds affiliated with Madison Dearborn Partners, LLC ("MDP" and such funds together with MDP, the "MDP Entities").  As such, the Firm Procedures include a review of MDP and its affiliated funds that have an ownership interest in Ankura, as well as MDP's other portfolio companies (the "Portfolio Companies") to determine if such entities appear on the list of Potential Parties-in-Interest.

9.    The Portfolio Companies are under separate managerial control from the Ankura Entities and do not share any internal systems with any Ankura Entity.  The Ankura Entities have no ability to access the Portfolio Companies' or MDP Entities' systems or confidential information,[7] nor do the Portfolio Companies[8] or the MDP Entities have the ability to access the Ankura Entities' systems or confidential information.  Certain MDP personnel serve as members of the Ankura Entities' board of directors (the "MDP Directors"), and the MDP Directors serve on boards of directors for certain of the Portfolio Companies.  However, the MDP Directors are subject to confidentiality obligations and fiduciary duties, which prohibit and prevent the sharing of confidential information between companies for which they have board of director

---

[7]    To the extent that an Ankura Entity is engaged by another MDP portfolio company to perform services for such company, the Ankura Entities will have access to information from such company applicable to the work being performed.  Such information will be subject to confidentiality agreements.

[8]    NFP Corp., another portfolio company of MDP, serves as the Ankura Entities' insurance broker.  In connection therewith, NFP Corp. has access to certain Ankura Entity information.  Such information is shared pursuant to a confidentiality agreement.

responsibilities.  Despite the separation between the Ankura Entities and the Portfolio Companies, the Portfolio Companies and MDP Entities are included in the Database and are reviewed as part of the Firm Procedures.  Any connections to the Potential Parties-in-Interest are disclosed on **Exhibit 2**.[9]

10.     HPS Investment Partners, LLC ("<u>HPS</u>"), through certain investment funds, has a minority, non-controlling interest in Ankura.  The Database therefore includes HPS and the above-referenced investment funds, and any connections to the Potential Parties-in-Interest are disclosed on **Exhibit 2**.  HPS has one board seat and one board observer seat on the Ankura Entities' board of directors.  These board participants are subject to confidentiality obligations and fiduciary duties, and information walls exist to prevent the sharing of confidential information among HPS's investments.  Further, the Ankura Entities have no access to HPS's or its investments' systems or confidential information.  As such, while HPS is included in the Database and reviewed as part of the Firm Procedures, HPS's affiliates and the entities in which they invest are not.[10]

11.     As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, Ankura:

a.      is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services) or an equity security holder of the Debtors;

---

[9]    MDP may have other funds that do not have an ownership interest in the Ankura Entities.  As these potential other funds are not connected to the Ankura Entities and the Ankura Entities have no access to non-public information related to such potential funds, these potential funds are not part of the Database and Firm Procedures.  Similarly, MDP may use certain non-operating holding companies to hold the equity of the Portfolio Companies ("<u>HoldCos</u>").  Information regarding such HoldCos is not shared with the Ankura Entities, and the Ankura Entities have no access to systems or confidential information related to such HoldCos.  As such, these HoldCos are not part of the Database or Firm Procedures.  However, as noted above, all Portfolio Companies are part of the Database and Firm Procedures, regardless of ownership structure.

[10]   The Northwestern Mutual Life Insurance Company and an affiliate thereof (together, "<u>Northwestern</u>") own less than two percent of the Ankura Entities' equity.  Northwestern has no board seats or ability to control the activities of the Ankura Entities.

b.      is not, and has not been, within two years before the Petition Date, a director, officer (other than by virtue of Ankura employees serving in the roles as Engagement Personnel (pre- and post-petition) as described in the Application), or an employee of the Debtors; and

c.      does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

12.     Further, as part of its diverse practice, the Ankura Entities appear in numerous cases and proceedings, and they participate in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties in interest in the Chapter 11 Cases.  Further, the Ankura Entities performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and the Ankura Entities have been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Ankura is to be employed, and none are in connection with the Chapter 11 Cases.

13.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I nor Ankura hold or represent any interest adverse to the Debtors or their estates, and Ankura is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

14.     If additional Potential Parties-in-Interest are provided to Ankura and any new material relevant facts or relationships are discovered or identified, Ankura will promptly file a supplemental declaration.

15.     To the best of my knowledge:  (i) no commitments have been made or received by Ankura with respect to compensation or payment in connection with the Chapter 11

Cases other than in accordance with the Engagement Letter, the Application, and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules; and (ii) Ankura has no agreement with any other entity to share with such entity any compensation received by Ankura in connection with the Chapter 11 Cases.

16.     By reason of the foregoing, I believe that Ankura is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  August 24, 2023


*/s/ Philip J. Gund*
PHILIP J. GUND
Senior Managing Director
Ankura Consulting Group, LLC

**<u>EXHIBIT 1</u>**

**Potentially Interested Parties Reviewed**

| NAME | TYPE |
|---|---|
| Foris,Ventures,LLC | 5% or More Equity Holders |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Ashely M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Fenwick & West LLP | Bankruptcy Professionals |
| Goodwin Procter LLP | Bankruptcy Professionals |
| Latham & Watkins | Bankruptcy Professionals |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professionals |
| Paul Hastings | Bankruptcy Professionals |
| PwC | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| Klee Tuchin Bogdanoff & Stern LLP | Bankruptcy Professionals |
| Bank of the West | Banks |
| Barclays | Banks |
| HSBC | Banks |
| J.P. Morgan SE | Banks |
| JPMorgan Chase Bank, N.A. | Banks |
| US Bank | Banks |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |

| | |
|---|---|
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| Jim McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Washington | Director (current) |
| Lisa Qi | Director (current) |
| Philip Eykerman | Director (former) |
| Patrick Yang | Director (former) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| M Freddie Reiss | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |
| de Castro Reinach Ph.D., Fernando | Director (former) |
| de Oliveira Diniz, Paulo Sergio | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlords |
| Design District Development Pa | Landlords |
| Emerystation Triangle, LLC | Landlords |

| | |
|---|---|
| ES East, LLC | Landlords |
| Holis R&D Associates | Landlords |
| Oak Plaza Associates (DEL), LLC | Landlords |
| Palm Beach Holdings 3940, LLC | Landlords |
| Park Wynwood LLC | Landlords |
| Anesma Group, LLC | Lenders |
| Anjo Ventures, LLC | Lenders |
| DSM Finance B.V. | Lenders |
| Foris Ventures, LLC | Lenders |
| Perrara Ventures, LLC | Lenders |
| Amyris, Inc. v. Lavvan, Inc. | Litigation |
| AO Representative Expense Fund, LLC, | Litigation |
| Austrade Inc. | Litigation |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus | Officer (current) |
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professionals |
| Accenture LLP | Ordinary Course Professionals |
| CFGI Holdings, LLC | Ordinary Course Professionals |
| Clark & Elbing LLP | Ordinary Course Professionals |
| Cowen & Company LLC | Ordinary Course Professionals |
| Deloitte Tax LLP | Ordinary Course Professionals |
| Duff & Phelps LLC | Ordinary Course Professionals |
| Global Retirement Partners, LLC | Ordinary Course Professionals |
| Hanson Bridgett LLP | Ordinary Course Professionals |
| Hulst & Handler LLP | Ordinary Course Professionals |
| Macias Gini & O'Connell LLP | Ordinary Course Professionals |
| Michael Herrinton | Ordinary Course Professionals |

| | |
|---|---|
| Oppenheimer & Co. Inc. | Ordinary Course Professionals |
| Shipman & Goodwin LLP | Ordinary Course Professionals |
| Squire Patton Boggs | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Other Professionals |
| Fish & Richardson P.C. | Other Professionals |
| Gibson, Dunn & Crutcher LLP | Other Professionals |
| Macias Gini & O'Connell LLP | Other Professionals |
| Shearman & Sterling LLP | Other Professionals |
| US Environmental Protection Agency | Government/Regulatory Agencies |
| DEA | Government/Regulatory Agencies |
| Department of Agriculture | Government/Regulatory Agencies |
| EPA | Government/Regulatory Agencies |
| FDA | Government/Regulatory Agencies |
| Alabama Department of Revenue | Taxing Authorities |
| Brunswick County Revenue Dept. | Taxing Authorities |
| California Department of Tax | Taxing Authorities |
| City of Emeryville | Taxing Authorities |
| DC Treasurer | Taxing Authorities |
| Delaware Secretary of State | Taxing Authorities |
| HMRC Birmingham Stamp Office | Taxing Authorities |
| Internal Revenue Service Center | Taxing Authorities |
| NCDOR | Taxing Authorities |
| New York State Corporation Tax | Taxing Authorities |
| North Carolina Dept of Revenue | Taxing Authorities |
| North Carolina Secretary of State | Taxing Authorities |
| NYC Department of Finance | Taxing Authorities |
| Oklahoma Tax Commission - Franchise | Taxing Authorities |
| Pinheironeto Advogados | Taxing Authorities |
| State of California Franchise Tax Board | Taxing Authorities |
| State of New Jersey | Taxing Authorities |
| Texas Comptroller of Public Accts | Taxing Authorities |
| The Commonwealth of Massachusetts | Taxing Authorities |
| United States Small Business Admin | Taxing Authorities |
| United States Treasury | Taxing Authorities |
| Wyoming Department of Revenue | Taxing Authorities |
| ADL BIOPHARMA | Trade Vendors |
| Agilent Technologies Inc | Trade Vendors |
| Allog Transportes Internaciona | Trade Vendors |
| Allure Labs, Inc. | Trade Vendors |
| Avalara, Inc. | Trade Vendors |
| Berma LLC DBA NoGood | Trade Vendors |
| Bio Base Europe Pilot Plant | Trade Vendors |
| Capsum Inc. | Trade Vendors |
| CFGI Holdings, LLC | Trade Vendors |
| Cigna HealthCare | Trade Vendors |
| Colorado Quality Products, LLC | Trade Vendors |
| Cosmetix West | Trade Vendors |
| CPCneutek | Trade Vendors |
| DB Ventures Limited | Trade Vendors |
| DSM Nutritional Products Ltd | Trade Vendors |
| ECS Axcess Point LLC | Trade Vendors |

| | |
|---|---|
| Evonik Corporation | Trade Vendors |
| Facebook, Inc. | Trade Vendors |
| Folio3 Software Inc | Trade Vendors |
| Fusion Packaging, LLC | Trade Vendors |
| Global4PL Supply Chain Services | Trade Vendors |
| Hanft Ideas LLC | Trade Vendors |
| Hearst Magazine Media | Trade Vendors |
| JVN Entertainment INC | Trade Vendors |
| Little Bear Studios | Trade Vendors |
| Mass Construction Corporation | Trade Vendors |
| MuteSix, LLC | Trade Vendors |
| NB Ventures, Inc. | Trade Vendors |
| Nest-Filler USA | Trade Vendors |
| Outfront Media | Trade Vendors |
| PerkinElmer Informatics Inc. | Trade Vendors |
| Perpetua Labs, Inc. | Trade Vendors |
| Petty Cash Inc | Trade Vendors |
| Pinterest, Inc | Trade Vendors |
| PMG Worldwide, LLC | Trade Vendors |
| Quiet Logistics, Inc. | Trade Vendors |
| Rakuten Advertising | Trade Vendors |
| Renfield Manufacturing LLC | Trade Vendors |
| RR Donnelley & Sons Company | Trade Vendors |
| Sartorius Stedim North America | Trade Vendors |
| TargetCW | Trade Vendors |
| Todd Shemarya Artists, Inc. | Trade Vendors |
| Walmart Inc | Trade Vendors |
| Wiley Companies | Trade Vendors |
| Wisconsin BioProducts | Trade Vendors |
| World Wide Technology, LLC | Trade Vendors |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Juliet Sarkessian | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |
| Shakima L. Dortch | U.S. Trustee Office |
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| ACI FLORIDA POWER & LIGHT | Utilities |

| | |
|---|---|
| Advanced Chemical Transport Inc | Utilities |
| AT&T | Utilities |
| Brunswick County Public Utilities | Utilities |
| ConEdison | Utilities |
| Duke Energy | Utilities |
| East Bay Municipal Utility District | Utilities |
| GFL Environmental - Company | Utilities |
| M&M Sanitation Corporation | Utilities |
| NC Division of Waste Management | Utilities |
| Pacific Gas and Electric Company | Utilities |
| Piedmont Natural Gas | Utilities |
| Waste Management of Alameda County | Utilities |
| Waste Management of Alameda County | Utilities |
| Winters Bros Waste Systems | Utilities |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditors |
| Palm beach Holdings 3940 LLC | Top 30 Creditors |
| Cosan US LLC | Top 30 Creditors |
| DB Ventures Ltd. | Top 30 Creditors |
| Epic W12 LLC | Top 30 Creditors |
| PMG Worldwide, LLC | Top 30 Creditors |
| Nikko Chemicals Co Ltd | Top 30 Creditors |
| Sartorius Stedim North America | Top 30 Creditors |
| Hearst Magazine Media | Top 30 Creditors |
| Wiley Companies | Top 30 Creditors |
| Park Wynwood, LLC | Top 30 Creditors |
| Allog Transportes Internaciona | Top 30 Creditors |
| Nest-Filler USA | Top 30 Creditors |
| ADL Biopharma | Top 30 Creditors |
| Cosmetix West | Top 30 Creditors |
| Evonik Corporation | Top 30 Creditors |
| Todd Shemarya Artists, Inc. | Top 30 Creditors |
| Allure Labs, Inc. | Top 30 Creditors |
| Shearman & Sterling LLP | Top 30 Creditors |
| Rakuten Advertising | Top 30 Creditors |
| ES East, LLC | Top 30 Creditors |
| Workday, Inc. | Top 30 Creditors |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditors |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditors |
| Global4PL Supply Chain Services | Top 30 Creditors |
| Outfront Media | Top 30 Creditors |
| Northwest Comsmetics Labs | Top 30 Creditors |
| Muirisc, LLC | Lenders |
| Stewart Ward & Josephson LLP | Landlords |
| Shartsis Friese LLP | Landlords |
| Design District ERFR LLC & RFR Holding LLC | Landlords |
| TriStar Capital LLC | Landlords |
| McDermott Will & Emery LLP | Landlords |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlords |
| Olshan Frome Wolosky LLP | Landlords |
| Design District Development Partners LLC | Landlords |

| | |
|---|---|
| Colliers International | Landlords |
| Caliope Realty Associatees LLC | Landlords |
| Duane Ventures | Landlords |
| Chodosh Realty Services, Inc | Landlords |
| Flowing Water Creek, LLC | Landlords |
| CPI Hospitality LLC | Landlords |
| Epic W12 LLC | Landlords |
| Lachtman Cohen P.C | Landlords |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlords |
| Crown Properties | Landlords |
| Larringa Sisters LLC | Landlords |
| Continental Real Estate Companies | Landlords |
| Goodwin Procter LLP | Lenders' Professionals |
| Troutman Pepper Hamilton Sanders LLP | Lenders' Professionals |
| Ankura | Bankruptcy Professionals |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professionals |
| Advanced Chemical Transport Inc | Utilities |
| AT&T Mobility LLC | Utilities |
| AT&T U-verse(SM) | Utilities |
| CloudWyze | Utilities |
| First Digital Communications, LLC | Utilities |
| Garratt-Callahan Company | Utilities |
| Linde Gas & Equipment Inc. | Utilities |
| Paxio Inc | Utilities |
| US Waste Industries, Inc. | Utilities |
| Verizon Wireless | Utilities |
| Deloitte Consulting, LLP | Ordinary Course Professionals |
| Fish & Richardson P.C. | Ordinary Course Professionals |
| Microsoft Corporation | Top 30 Creditors |
| Hollis R&D Associates | Top 30 Creditors |
| DSM USA | Top 30 Creditors |

**EXHIBIT 2**

**Relationship Disclosures**

| Entity | Current Client | Past Client | Vendor | Ankura's Professional Services Provider |
|---|---|---|---|---|
| Accenture LLP | X | X | | |
| ACE American Insurance Company | | X | | |
| Amyris, Inc. | X | X | | |
| AT&T | X | X | X | |
| AT&T Mobility LLC | X | | X | |
| AT&T U-verse(SM) | | X | | |
| BANK OF THE WEST | X | | | |
| Barclays | X | X | | |
| California Department of Tax | | | X | |
| Christine Green | | | | |
| Chua Ph.D., Nam-Hai | | | | |
| Cigna HealthCare | X | X | X | |
| Colliers International | | X | X | |
| DC Treasurer | | | X | |
| Delaware Secretary of State | | | X | |
| Deloitte Consulting, LLP | | X | | |
| Deloitte Tax LLP | | X | | |
| Duke Energy | X | | | |
| Everest Indemnity Insurance Company | X | | | |
| Evonik Corporation | | X | | |
| Facebook, Inc. | X | X | | |
| FDA | | X | | |
| Fenwick & West LLP | | X | | |
| Fish & Richardson P.C. | X | X | | |
| Gibson, Dunn & Crutcher LLP | X | X | | |
| Goodwin Procter LLP | X | X | | |
| Hanson Bridgett LLP | X | X | | |
| Hiscox | | X | | |
| HSBC | X | X | X | X |
| Internal Revenue Service Center | | | X | |
| J.P. MORGAN SE | X | X | X | X |
| JPMORGAN CHASE BANK, N.A. | X | X | X | X |
| Klee Tuchin Bogdanoff & Stern LLP | | X | | |
| Latham & Watkins | X | X | X | X |
| McDermott Will & Emery LLP | X | X | X | X |
| Microsoft Corporation | X | X | X | |
| North Carolina Secretary of State | | | X | |
| NYC Department of Finance | | | X | |
| Olshan Frome Wolosky LLP | X | X | | |

| | | | | |
|---|---|---|---|---|
| Paul Hastings | X | X | | X |
| Pichette, Patrick | X | | | |
| Piedmont Natural Gas | | | X | |
| PwC | X | X | X | |
| RR Donnelley & Sons Company | | X | X | |
| Shartsis Friese LLP | | X | | |
| Shearman & Sterling LLP | X | X | X | X |
| Shipman & Goodwin LLP | | X | | |
| Squire Patton Boggs | X | X | | |
| State of California Franchise Tax Board | | | X | |
| State of New Jersey | | X | X | |
| Texas Comptroller of Public Accts | | | X | |
| The Commonwealth of Massachusetts | X | X | X | |
| Timothy J. Fox, Jr. | | X | | |
| Travelers | X | X | | |
| Troutman Pepper Hamilton Sanders LLP | X | X | | |
| Underwriters at Lloyd's London | | X | | |
| US Bank | X | X | X | |
| Walmart Inc | X | X | | |
| Workday, Inc. | | | X | |