IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

Requested Hearing Date: August 30, 2023 at 3:00 pm
Requested Objection Deadline: At the hearing

**MOTION TO SHORTEN NOTICE AND SCHEDULE EXPEDITED
HEARING ON DEBTORS' *EMERGENCY* MOTION TO ASSUME
AND/OR ENTER INTO REIMBURSEMENT AGREEMENTS WITH
PROFESSIONALS FOR THE AD HOC NOTEHOLDER GROUP**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion (this "Motion") to shorten notice and schedule an expedited hearing on the Debtors' *Emergency Motion to Assume and/or Enter Into Reimbursement Agreements With Professionals for the Ad Hoc Noteholder Group* [Docket No. 148] (the "Bondholder Fee Motion"). In support of this Motion, the Debtors rely upon and refer this Court to the *Declaration of Han Kieftenbeld in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "First Day Declaration"), incorporated herein by reference.

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. The Debtors confirm their consent, pursuant to rule 9013-1(f) of the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this motion to shorten to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 9006(c)(1) (the "Bankruptcy Rules"), and Local Rule 9006-1(e).

**Background**

4. On August 9 and August 21, 2023 (as applicable, the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases, and no committees have been appointed or designated.

5. Amyris was founded in 2003 to create a more stable supply of a key anti-malarial treatment. Through Amyris's cutting-edge science, artemisinin—the most effective anti-malarial drug in the world—is now consistently available to treat the deadly disease. Using the same technological innovations that produced artemisinin, Amyris has become the world's leading manufacturer of ingredients made with synthetic biology. Amyris provides sustainable ingredients that are eco-friendly alternatives to raw material sourced for flavors and fragrances, sweeteners, cosmetics, pharmaceuticals, and other consumer products. A detailed description of the Debtors'

business and facts precipitating the filing of the Debtors' chapter 11 proceedings are set forth in the First Day Declaration.

## Relief Requested

6. The Debtors seek entry of an order pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), substantially in the form attached hereto as **Exhibit A**, shortening the notice period and scheduling an expedited hearing on August 30, 2023, at a time convenient for the Court (the "Hearing"), with objections, if any, to be filed before or made at the Hearing, with respect to the Bondholder Fee Motion.[2]

Basis for Relief

7. Bankruptcy Rule 9006 provides that the Court may, for cause shown, shorten the otherwise applicable notice period for motion papers. Fed. R. Bankr. P. 9006(c)(1) ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). Rule 9006-1(c)(i) of the Local Rules provides that "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date." Del. Bankr. LR 9006-1(c)(i). Local Rule 9006-1(e) provides in pertinent part that "[n]o motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. LR 9006-1(e).

---

[2] Capitalized terms not otherwise defined in this Motion to Shorten shall have the meanings given in the Bondholder Fee Motion.

8. The exigencies justify shortening notice of the Bondholder Fee Motion. In March of 2023, a group of holders of the Debtors' Convertible Notes formed and retained Paul Hastings as its legal counsel for the purpose of addressing the Debtors' financial condition and performance under the Convertible Notes. Recognizing that holders of the Convertible Notes represent the Debtors' single-largest creditor constituency, the Debtors and the Debtors' prepetition secured lenders began to work consensually with the Ad Hoc Noteholder Group prior to the Petition Date. As of August 23, 2023, the Ad Hoc Noteholder Group represents holders of approximately 65% of the $690 million in principal of Convertible Notes.

9. Since the Petition Date, the Debtors have been in discussions with key stakeholders, including Foris and its affiliates, in their capacity as Foris Prepetition Secured Lenders and as DIP Secured Parties (as each such term is defined in the DIP Financing Motion), and the Ad Hoc Noteholder Group, regarding the terms of a comprehensive and consensual restructuring of the Debtors through these Chapter 11 Cases. Importantly, pursuant to the terms of the DIP Financing, these discussions are occurring within a compressed time frame—from the Petition Date through September 13, 2023 (the "Compensation Period"). Because the Compensation Period is fast approaching, accordingly, the Debtors seek expedited consideration of the Bondholder Fee Motion at an emergency hearing before the Court on August 30, 2023.

10. The Debtors are serving out the Bondholder Fee Motion on the Notice Parties (defined below) via email, if available, or overnight mail.

11. For these reasons, the Debtors request that the Court shorten the notice required for a hearing on the Bondholder Fee Motion so that the Bondholder Fee Motion may be heard at a hearing on August 23, 2023, at a time convenient for the Court, with objections, if any, to be filed before or made at the Hearing.

4

**Local Rule 9006-1(e) Averment**

12. On August 24, 2023, Debtors' counsel contacted the Office of the United States Trustee ("UST") and counsel to the Lenders, regarding the Debtors' expedited request for consideration of the Bondholder Fee Motion before filing this Motion to Shorten. The UST has indicated that it does not object to the timing, and the Lenders have indicated their support with the Motion to Shorten.

**Notice**

13. The Debtors will provide notice of this Motion to Shorten to (a) the Office of the U.S. Trustee for the District of Delaware; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the DIP Lenders, DIP Agent, and the Foris Prepetition Secured Lenders, Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein, Esq. (mgoldstein@goodwinlaw.com) and Alexander J. Nicas, Esq. (anicas@goodwinlaw.com); (d) co-counsel to the DIP Lenders, the DIP Agent, and the Foris Prepetition Secured Lenders, Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899; Attn: David M. Fournier, Esq. (david.fournier@troutman.com); (e) the United States Attorney's Office for the District of Delaware; (f) the state attorneys general for all states in which the Debtors conduct business; and (g) any party that requests service pursuant to Bankruptcy Rule 2002 (the "Notice Parties").

14. After entry of an Order on this Motion to Shorten, the Debtors will serve notice of the hearing on Bondholder Fee Motion on the Notice Parties by email, fax or overnight mail. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

15. No prior request for the relief sought in this motion to shorten has been made to this or any other court.

WHEREFORE, the Debtors request entry of the proposed order, substantially in the form attached hereto as **Exhibit A**, (a) granting the relief requested herein and scheduling an expedited hearing on August 30, 2023, and (b) granting such other relief as the Court deems appropriate under the circumstances.

| | |
|---|---|
| Dated:  August 25, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neil*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>          dgrassgreen@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jrosell@pszjlaw.com<br>          sgolden@pszjlaw.com<br><br>*Proposed Counsel to the*<br>*Debtors and Debtors in Possession* |