# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 148** |

## EXHIBITS TO DEBTORS' *EMERGENCY* MOTION
## TO ASSUME AND/OR ENTER INTO REIMBURSEMENT AGREEMENTS
## WITH PROFESSIONALS FOR THE AD HOC NOTEHOLDER GROUP

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.