# EXHIBIT C-1

# BLANKROME

1201 N. Market Street | Suite 800 | Wilmington, DE 19801
blankrome.com

*Phone:* *(302) 425-6479*
*Fax:* *(302) 428-5104*
*Email:* *stanley.tarr@blankrome.com*

As of August 25, 2023

Amyris, Inc.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

      Re:    Payment of Fees and Expenses of Blank Rome LLP

Dear Sir or Madam:

    Blank Rome LLP (the "Firm," "we" and "our") has been retained by an ad hoc group of convertible noteholders (the "Ad Hoc Group" or the "Client") who collectively hold more than 50% of the notes (the "Notes") issued by Amyris, Inc. (the "Company" or "you") under that certain Indenture dated as of November 15, 2021, by and among Amyris, Inc. as issuer, and U.S. Bank National Association, as trustee, governing the issuance of the Company's 1.50% Convertible Senior Notes Due 2026 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "Indenture") in connection with (i) the chapter 11 cases filed by the Company and certain of its subsidiaries (collectively, the "Debtors") under Case No. 23-11131 (TMH) in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case"); (ii) a potential sale of a portion or substantially all of the Debtors assets; and (iii) a potential financial and/or operational restructuring involving the Debtors (any such transaction or restructuring, a "Transaction," and such engagement, the "Engagement"). This letter and the attached Addendum set forth the terms of our engagement for this matter (collectively, the "Fee Letter").

    The purpose of this Fee Letter is to confirm that the Company has agreed to pay the Firm's reasonable and documented fees and expenses incurred in connection with the Engagement, effective as of August 14, 2023, subject to the terms and conditions set forth herein and subject to the Fee Approval Order (as defined below). Notwithstanding the Company's obligations hereunder to pay the reasonable and documented fees and expenses of the Firm, the Firm will in no way be deemed to represent the Company and no attorney-client relationship between the Firm and the Company or any of its affiliates is or will be created or reflected hereby. The Company hereby acknowledges and agrees that nothing in this Fee Letter shall, directly or indirectly, by implication or otherwise, waive, or be deemed to constitute a waiver of, or otherwise prejudice in any manner whatsoever, applicable privileges (if any) including, without limitation, the attorney-client privilege, covering all communication and correspondence between the Firm and the Ad Hoc Group and any work product and analyses prepared by or on behalf of the Firm or the Ad Hoc

# BLANKROME

August 25, 2023
Page 2

Group.

In the Chapter 11 Case, the Debtors will file a motion seeking bankruptcy court approval to enter into and assume the Fee Letter and to satisfy the Debtors' obligations hereunder (the "Fee Approval Motion" and the corresponding order, the "Fee Approval Order"), subject to the terms, conditions, and limitations set forth in the Fee Approval Motion and Fee Approval Order.

*Fees and Expenses.* We will bill for our services on a monthly basis and the Company agrees to pay each such invoice within three (3) business days of receipt. Unless otherwise agreed in writing, we will charge fees based on the hourly rates of the attorneys, paralegals or other personnel providing services. The current hourly rates of the attorneys principally responsible for work on the Engagement are as follows: Stanley Tarr, $820; and Lorenzo Thomas, $565. We will use the services of other attorneys, paralegals or other personnel when appropriate which will be charged at the hourly rates for such individuals. The current hourly rates of the attorneys we expect to work on the Engagement range from $565 to $820. Our hourly rates are based on experience, training, specialty, and other relevant factors. We periodically revise these rates based on various factors including market information. We also will invoice you for ancillary services and expenses.

*Fee Disputes.* All Fee Disputes will be governed by procedures set forth in the Fee Approval Order.

*Confirmation of Agreement.* To memorialize our understanding, please sign and return the enclosed copy of this Fee Letter. Your signature confirms that this Fee Letter, including the attached Addendum but as modified by the Fee Approval Order, is approved and accepted by you.

132756994

**BLANKROME**

August 25, 2023
Page 3

                                  Very truly yours,

                                  Stanley B. Tarr
                                  Partner

Agreed to this ___ day of August, 2023

By:
Name:
Title:
*Authorized to sign on behalf of Amyris, Inc.*

132756994

BLANKROME

August 25, 2023
Page 4

# ADDENDUM TO FEE LETTER

The policies and practices set forth below apply to our engagement as your counsel:

1. <u>Scope of Representation.</u>

Unless otherwise agreed to in writing or we specifically undertake such additional representation at your request, we represent only the client named in the engagement letter and not its parent, affiliates, subsidiaries, partners, joint venturers, employees, directors, officers, shareholders, members, owners, agencies, departments or divisions. If our engagement is limited to a specific matter or transaction, and we are not engaged to represent you in other matters, our attorney-client relationship will terminate upon the completion of our services with respect to such matter or transaction whether or not we send you a letter to confirm the termination of our representation.

2. <u>Fees.</u>

Hourly rates are subject to periodic review and adjustment. Unless otherwise agreed by us in writing our fees will be based on the hourly rates in effect at the time the services are rendered.

Although we may from time to time for a client's convenience furnish estimates of fees or charges that we anticipate will be incurred on a client's behalf, these estimates are subject to unforeseen circumstances and are by their nature inexact. We will not be bound by any estimates except as otherwise expressly agreed to by us in writing. Furthermore, unless specifically agreed to by us in writing, your obligation to pay our fees and costs incurred in connection with the representation is not contingent upon our achieving any particular result.

Absent a written agreement to the contrary, each client named in the engagement letter is jointly and severally liable for all fees and disbursements.

3. <u>Disbursements and Other Charges.</u>

In addition to our fees, we will be entitled to payment or reimbursement for disbursements and other charges incurred in performing services such as photocopying, messenger and delivery, overnight delivery and air freight, computerized research, videotape recording, travel (including mileage, parking, air fare, lodging, meals, and ground transportation), long distance telephone, telecopying, word processing in special circumstances, court costs, and filing fees. To the extent we directly provide any of these services, we reserve the right to adjust the amount we charge at any time or from time to time, and the charge will

132756994

August 25, 2023
Page 5

approximate our cost.  Unless special arrangements are made, fees and expenses of consultants and professionals (such as experts, investigators, witnesses, and court reporters) and other large disbursements will not be paid by our firm and will be the responsibility of, and billed directly to, you or you will be asked to advance to us an estimate of those costs.

4. Conflicts of Interest.

It is unavoidable that from time to time conflicts of interest develop between or among our clients, or between clients, or former clients, and prospective clients we wish to represent. In these situations, we are required, if we are authorized to do so, to disclose the conflicts to our clients, former clients and prospective clients and consult with them and to obtain the clients' or former clients' consents before we may proceed.  We wish to confirm that you agree that you will promptly and in good faith consider our requests for a consent.

5. Termination.

You shall have the right at any time to terminate our services and representation upon written notice. Such termination shall not, however, relieve you of the obligation to pay for all services rendered and disbursements and other charges made or incurred on your behalf prior to the date of termination.

We reserve the right upon reasonable notice to cease performing work and to withdraw from the representation (a) with your consent, (b) for good cause, or (c) for any other reason permitted by law.  Good cause may include your failure to honor the terms of the engagement letter, your failure to pay amounts billed in a timely manner, your failure to furnish deposits for fees and costs or to otherwise provide a requested advance for fees and costs, or any fact or circumstance that would, in our view, impair an effective attorney-client relationship or would render our continuing representation unlawful, unethical or unreasonably burdensome.  If we elect to do so, you must take all steps necessary to free us of any obligation to perform further, including the execution of any documents (including forms for substitution of counsel) necessary to complete our withdrawal, and we will be entitled to be paid for all services rendered and disbursements and other charges made or incurred on your behalf prior to the date of withdrawal.

6. Record Retention.

At the conclusion of a matter we often undertake to review the file and discard extra copies of documents and send the balance of the file on that matter to an offsite facility for storage at our expense, unless a client requests us to deliver the files to it.  To minimize the file storage expense, we reserve the right, subject to your contrary direction, to retain files for only seven years and to destroy all older files to the extent practicable; provided that estate planning

**BLANKROME**

August 25, 2023
Page 6

files and trademark and patent files are retained, and we use our reasonable efforts to review old files and retain original legal instruments such as notes, leases, mortgages, deeds, stock certificates, marital equitable distribution agreements and other items of obvious value. If you wish to handle the disposition of files in a different manner, please let us know. Otherwise, we will proceed as set forth above.

7. <u>Litigation Hold/Preservation of Documents.</u>

If this engagement involves our representation of you in connection with litigation or an investigation by a governmental agency, it is important that we address the need to put in place a timely and effective program for preserving all relevant documents, including especially your electronic documents and emails. You should immediately suspend any routine document retention policies that may be in effect and consult with us concerning the institution of effective procedures for document preservation. Failure to do so can impair our ability to represent you in this matter and can affect the outcome.

8. <u>Electronic Mail and Other Communications</u>.

In the course of our representation of you, we have a duty to preserve the confidentiality of our communications with you and other information relating to the representation. However, you and we need to recognize that all means of communication are, to some degree, susceptible to misdirection, delay or interception. E-mail and cellular telephone communications present special risks of inadvertent disclosure. However, because of the countervailing speed, efficiency, and convenience of these methods of communication, we have adopted them as part of the normal course of our operations. Unless you instruct us to the contrary, we will assume that you consent to our use of e-mail and cell phone communications in representing you.

9. <u>Insurance</u>.

You agree to determine whether any insurance coverage is or may be available with respect to the subject matter of the engagement and to provide notice to any insurer that may provide coverage. If an insurer pays any portion of our charges, you agree that you will remain responsible for payment of any amounts billed by us but not paid by the insurer, unless we have agreed otherwise in writing.

10. <u>Written Advices Regarding Federal Tax Issues</u>.

Whenever we provide you with written advice concerning the Federal tax treatment of an item of income, gain, loss, deduction or credit, the existence or absence of a taxable transfer of property, or the value of property for Federal tax purposes, we are subject to stringent

132756994

BLANKROME

August 25, 2023
Page 7

requirements imposed by the United States Treasury Department on all tax practitioners, including attorneys. These rules cover much more than formal legal opinions and may apply to any writing relating to any Internal Revenue Code matter, including communications via e-mail and fax. *If we fail to comply with these rules, we may (under certain circumstances) be suspended or disbarred from practice before the Internal Revenue Service, be publicly censured or fined (to the extent that the Secretary of Treasury promulgates regulations requiring any such fines or penalties).*