# Exhibit C-2



Dated as of August 25, 2023

Amyris, Inc.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

Re:     Payment of Fees and Expenses of Berkeley Research Group, LLC

Dear Sir or Madam:

Berkeley Research Group, LLC (the "Firm," "we" and "our") has been retained as the financial advisor to an ad hoc group of convertible noteholders (the "Ad Hoc Group" or the "Client") who collectively hold more than 50% of the notes (the "Notes") issued by Amyris, Inc. (the "Company" or "you") under that certain Indenture dated as of November 15, 2021, by and among Amyris, Inc. as issuer, and U.S. Bank National Association, as trustee, governing the issuance of the Company's 1.50% Convertible Senior Notes Due 2026 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "Indenture") in connection with (i) the chapter 11 cases filed by the Company and certain of its subsidiaries (collectively, the "Debtors") under Case No. 23-11131 (TMH) in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case"); (ii) a potential sale of a portion or substantially all of the Debtors assets; and (iii) a potential financial and/or operational restructuring involving the Debtors (any such transaction or restructuring, a "Transaction," and such engagement, the "Engagement"). .

The purpose of this letter (the "Fee Letter") is to confirm that the Company has agreed to pay the Firm's reasonable and documented fees and expenses incurred in connection with the Engagement, effective as of August 1, 2023, subject to the terms and conditions set forth herein and subject to the Fee Approval Order (as defined below). Notwithstanding the Company's obligations hereunder to pay the reasonable and documented fees and expenses of the Firm, the Firm will in no way be deemed to represent the Company. The Company hereby acknowledges and agrees that nothing in this Fee Letter shall, directly or indirectly, by implication or otherwise, waive, or be deemed to constitute a waiver of, or otherwise prejudice in any manner whatsoever, applicable privileges (if any) including, without limitation, the attorney-client privilege, covering all communication and correspondence between the Firm, the Ad Hoc Group, and legal counsel to the Ad Hoc Group, and any work product and analyses prepared by or on behalf of the Firm or the Ad Hoc Group.

In the Chapter 11 Case, the Debtors will file a motion seeking bankruptcy court approval to enter into the Fee Letter and to satisfy the Debtors' obligations hereunder (the "Fee Approval Motion" and the corresponding order, the "Fee Approval Order"), subject to the terms, conditions, and limitations set forth in the Fee Approval Motion and Fee Approval Order.



INTELLIGENCE THAT WORKS

*Fees and Expenses.*  We will bill for our services on a bi-weekly basis and the Company agrees to pay each such invoice within three (3) business days of receipt.  Unless otherwise agreed in writing, we will charge fees based on the hourly rates of the attorneys, paralegals or other personnel providing services. The current hourly rates of the professionals principally responsible for work on the Engagement are as follows:

| | |
|---|---|
| Managing Directors | $1,050 – $1,250 |
| Directors & Associate Directors | $810 – $990 |
| Professional Staff | $395 – $795 |
| Support Staff | $175 – $350 |

We will use the services of other personnel when appropriate, which will be charged at the hourly rates for such individuals.  Our hourly rates are based on experience, training, specialty, and other relevant factors.  We periodically revise these rates based on various factors including market information. We also will invoice you for out of pocket expenses incurred.

*Fee Disputes.*  All Fee Disputes will be governed by procedures set forth in the Fee Approval Order.

*Confirmation of Agreement.*  To memorialize our understanding, please sign and return the enclosed copy of this Fee Letter.  Your signature confirms that this Fee Letter, as modified by the Fee Approval Order, is approved and accepted by you.

Very truly yours,

Mark Laber

Agreed to this _day of August, 2023.

By: _____
Name:
Title:
Authorized to sign on behalf of Amyris, Inc.

2