IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

Hearing Date:  August 30, 2023 at 3:00 P.M. (ET)
Objections Due:  At the Hearing

NOTICE OF HEARING[2] ON DEBTORS' MOTION TO ASSUME
AND/OR ENTER INTO REIMBURSEMENT AGREEMENTS
WITH PROFESSIONALS FOR THE AD HOC NOTEHOLDER GROUP

**PLEASE TAKE NOTICE** that on August 25, 2023, the above-captioned debtors (collectively, the "Debtors"), filed the *Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements With Professionals for the Ad Hoc Noteholder Group* [Docket No. 148] (the "Bondholder Fee Motion")  and *Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements With Professionals for the Ad Hoc Noteholder Group* [Docket No. 149] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Bondholder Fee Motion and Motion to Shorten were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on August 25, 2023, the Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Any party who wishes to attend the video conference is required to register at the following link: https://debuscourts.zoomgov.com/meeting/register/vJItduyprjwpHEX2JYOrO10uHqvMolya1rM

*Debtors' Emergency Motion to Assume and/or Enter into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group* [Docket No. 151] (the "Order Shortening Notice") on the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be made at the hearing on **August 30, 2023 at 3:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **AUGUST 30, 2023 AT 3:00 PM. (EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE VIA ZOOM AT THE LINK PROVIDED ABOVE.

| | |
|---|---|
| Dated: August 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors-in-Possession* |