**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 30, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE
THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

**THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**

**Please see below for the connection and registration information.
Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into
Zoom or you will not be granted access to the hearing.
Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItduyprjwpHEX2JYOrO10uHqvMolya1rM

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

**I.      MATTERS GOING FORWARD**

1.    Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

    i.        Declaration of Philip J. Gund in Support of the on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148-2]

**Response Deadline:**  Responses or Objections are due at or before the Hearing.

**Responses Received:**

None to date.

**Related Documents:**

A.        Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 149]

B.        Exhibit(s) to Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 150]

C.        Order Granting Motion of Debtors to Shorten Notice and Schedule Hearing on Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 151]

D.        Notice of Hearing on Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 28, 2023) [Docket No. 154]

**Status**:  This matter is going forward.

*[The Remainder of This Page is Intentionally Left Blank.]*

| | |
|---|---|
| Dated: August 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors-in-Possession* |