**<u>Exhibit D</u>**

**Arbitration Email**

*Filed Under Seal*