**<u>Exhibit A</u>**

**Rule 2016 Statement**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**STATEMENT UNDER RULE 2016 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

Fenwick & West LLP ("Fenwick"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby makes this statement support of the *Debtors' Application For Entry of an Order Authorizing the Employment and Retention of Fenwick & West LLP as Special Corporate Counsel Effective as of the Petition Date to the Debtor and Debtor in Possession Effective as of the Petition Date and (B) Granting Related Relief* (the "Application").²

1. Compensation agreed to be paid by the Debtors to Fenwick is for legal services to be rendered in connection with these chapter 11 cases. The Debtors have agreed to pay Fenwick for the legal services rendered or to be rendered by its various attorneys, paralegals, and case management assistants in connection with these cases on the Debtors' behalf. The Debtors have agreed to reimburse Fenwick for its actual and necessary expenses incurred in connection with these chapter 11 cases.

---

¹ A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

² All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

2.       During the one-year period prior to the commencement of these chapter 11 cases, Fenwick has received $1,829,425.58 from the Debtors for professional fees and expenses incurred prior to the Petition Date, of which $1,038,801.83 was received in the 90 days immediately preceding the Petition Date. Of the amount received in such 90-day period, $810,000 was paid pursuant to an advance retainer that was used in full prior to the Petition Date. Other than as set forth herein, Fenwick did not receive any payments from the Debtors during the 90 days immediately preceding the Petition Date. As of the Petition Date, the Debtors owed Fenwick the amount of $134,602.76 for services provided.

3.       Fenwick will seek approval of payment of compensation upon the filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and Orders of this Court.

4.       The services to be rendered include all those services set forth in the Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Fenwick & West LLP as Special Corporate Counsel Effective as of the Petition Date, and (B) Granting Related Relief.

[*Remainder of Page Intentionally Left Blank*]

5.  Fenwick further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Fenwick or (b) any compensation another person or party has received or may receive.

Dated:  September 1, 2023                           FENWICK & WEST LLP

*/s/ Mark E. Porter*
Mark E. Porter (CA Bar No.139272)
555 California Street
San Francisco, CA 94104
Telephone:  (415) 875-2300
Email:  mporter@fenwick.com

*Proposed Special Corporate Counsel to the Debtors and Debtors in Possession*

3