**Exhibit B**

**Porter Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF MARK E. PORTER IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF FENWICK & WEST LLP
AS SPECIAL CORPORATE COUNSEL EFFECTIVE AS OF THE
PETITION DATE AND (B) GRANTING RELATED RELIEF**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Mark E. Porter declares as follows:

1. I am of counsel of the firm Fenwick & West LLP ("Fenwick" or the "Firm"), with offices at 555 California Street, San Francisco, CA 94104. This Declaration is submitted in support of the *Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Fenwick & West LLP as Special Corporate Counsel Effective as of the Petition Date, and (B) Granting Related Relief* (the "Application").

2. To my knowledge, neither I, the Firm, nor any members of the Firm, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors in possession (the "Debtors"), their creditors, or any other parties in interest herein, or their respective attorneys except as set forth herein and as described in the Application.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3. To my knowledge, Fenwick does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which it is to be engaged.

4. During the one-year period prior to the commencement of this chapter 11 case, Fenwick has received $1,829,425.58 from the Debtors for professional fees and expenses incurred prior to the Petition Date, of which $1,038,801.83 was received in the 90 days immediately preceding the Petition Date. Other than as set forth herein, Fenwick did not receive any payments from the Debtors during the 90 days immediately preceding the Petition Date.

5. In connection with its proposed retention by the Debtors in these chapter 11 cases, Fenwick undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Fenwick obtained from the Debtors and/or its representatives the names of individuals and entities that may be parties in interest in this chapter 11 case ("Potential Parties in Interest"), with such parties being listed on Schedule 1 annexed hereto.

6. To the best of my knowledge and belief, Fenwick has not represented any Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets, or business and will not represent other entities which are creditors of, or have other relationships to the Debtors in matters relating to these chapter 11 cases except as set forth herein.

7. In addition, the Firm currently represents, or has represented in the past ten years, the following Potential Parties in Interest in various matters which were not related to the Firm's representation of Debtors:

| Name of Entity Searched | Relationship to Debtors | Relationship to Fenwick & West LLP |
|---|---|---|
| JP Morgan | Bank | Current client |
| PriceWaterhouseCoopers LLP | Bankruptcy Professional | Current client |

| Name of Entity Searched | Relationship to Debtors | Relationship to Fenwick & West LLP |
|---|---|---|
| Foris Ventures | Lender and 5% or more equity holder | Current client |
| John Doerr | Current Director | Current client |
| Barclays Capital | Banks | Former client |
| Mary Margaret-Hastings Georgiadis | Former Director | Former client |
| HSBC | Banks | Former client |
| Arthur Levinson | Former Director | Former client |
| Pachulski Stan Ziehl & Jones | Counsel to the DIP | Former client |
| ACE American Insurance Company | Insurance | Former client |
| Federal Insurance Company | Insurance | Former client |
| Agilent Technologies Inc. | Trade vendor | Current client |
| Ebates Performance Marketing | Litigation | Former client |
| Avalara, Inc. | Trade vendor | Former client |
| Cowen and Company | Ordinary course professional | Former client |
| Duff & Phelps | Ordinary course professional | Former client |
| Cigna Heath Care | Trade vendor | Former client |
| Facebook | Trade vendor | Current client |
| Hearst Magazine Media | Trade vendor | Current client |
| Pinterest, Inc. | Trade vendor | Former client |
| Rakuten Advertising | Trade vendor | Former client |
| Sartorius Stedim North America | Trade vendor | Former client |
| Cosan US LCC | Top 30 creditors | Former client |
| Workday, Inc. | Top 30 creditors | Current client |
| AT&T | Utilities | Former client |
| Garratt-Callahan | Utilities | Former client |
| Linde Gas | Utilities | Current client |
| Verizon Wireless | Utilities | Current client |

3

8.      I am not related or connected to and, to the best of my knowledge, no other professional of Fenwick who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

9.      From time to time, Fenwick may work with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), the Debtors' general bankruptcy counsel, through other entities that are clients of both Fenwick and PSZJ.

10.     Fenwick and certain of its members, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent stockholders and creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors and these cases. At this time, Fenwick is not aware of such representations except as noted above. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

11.     The Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the United States Trustee, and pursuant to any additional procedures that may be established by the Court in this case. Fenwick's fees for professional services are based upon its hourly rates, which are periodically adjusted. The Firm's current range of standard hourly rates are reflected in the chart below:

| Category | Hourly Rate |
| --- | --- |
| Partners | $1135-$1900 |
| Counsel/Senior Counsel | $790-$1135 |

| Category | Hourly Rate |
|---|---|
| Associates/Staff Attorneys | $540-$1075 |
| Paralegals | $215-$580 |
| Practice Support Professionals | $195-$890 |

12.  The hourly rates set forth above are subject to periodic adjustments to reflect market conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described and other matters as they arise. These rates are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

13.  No promises have been received by the Firm or by any member, of counsel, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among the members, of counsel, and associates of the Firm.

5

14. Fenwick provides the following responses to the questions set forth in Part D of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"):

| Question: | Answer: | Further explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | Our billing rates have remained substantially consistent with the billing rates disclosed above, subject to standard annual adjustments at the beginning of 2023. | In June 2023 we moved to an advance retainer approach to all corporate work. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors and Fenwick have discussed an anticipated budget for these Chapter 11 Cases. | Fenwick's anticipated budget is reflected in any Budget with respect to the Debtors' debtor in possession financing. The Debtors and Fenwick reserve all rights to seek approval of the Debtors' professional fees. |

*[Remainder of Page Intentionally Left Blank]*

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 1, 2023                              FENWICK & WEST LLP

*/s/ Mark E. Porter*
Mark E. Porter

*Proposed Special Corporate Counsel to the Debtors and Debtors in Possession*

# SCHEDULE 1

## Potential Parties in Interest

| NAME | TYPE |
|---|---|
| Foris,Ventures,LLC | 5% or More Equity Holders |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Ashely M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Fenwick & West LLP | Bankruptcy Professionals |
| Goodwin Procter LLP | Bankruptcy Professionals |
| Latham & Watkins | Bankruptcy Professionals |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professionals |
| Paul Hastings | Bankruptcy Professionals |
| PwC | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| Klee Tuchin Bogdanoff & Stern LLP | Bankruptcy Professionals |
| Bank of the West | Banks |
| Barclays | Banks |
| HSBC | Banks |
| J.P. Morgan SE | Banks |
| JPMorgan Chase Bank, N.A. | Banks |
| US Bank | Banks |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |

| | |
|---|---|
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| Jim McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Washington | Director (current) |
| Lisa Qi | Director (current) |
| Philip Eykerman | Director (former) |
| Patrick Yang | Director (former) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| M Freddie Reiss | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |
| de Castro Reinach Ph.D., Fernando | Director (former) |
| de Oliveira Diniz, Paulo Sergio | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlords |
| Design District Development Pa | Landlords |
| Emerystation Triangle, LLC | Landlords |

| | |
|---|---|
| ES East, LLC | Landlords |
| Holis R&D Associates | Landlords |
| Oak Plaza Associates (DEL), LLC | Landlords |
| Palm Beach Holdings 3940, LLC | Landlords |
| Park Wynwood LLC | Landlords |
| Anesma Group, LLC | Lenders |
| Anjo Ventures, LLC | Lenders |
| DSM Finance B.V. | Lenders |
| Foris Ventures, LLC | Lenders |
| Perrara Ventures, LLC | Lenders |
| Amyris, Inc. v. Lavvan, Inc. | Litigation |
| AO Representative Expense Fund, LLC, | Litigation |
| Austrade Inc. | Litigation |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus | Officer (current) |
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professionals |
| Accenture LLP | Ordinary Course Professionals |
| CFGI Holdings, LLC | Ordinary Course Professionals |
| Clark & Elbing LLP | Ordinary Course Professionals |
| Cowen & Company LLC | Ordinary Course Professionals |
| Deloitte Tax LLP | Ordinary Course Professionals |
| Duff & Phelps LLC | Ordinary Course Professionals |
| Global Retirement Partners, LLC | Ordinary Course Professionals |
| Hanson Bridgett LLP | Ordinary Course Professionals |
| Hulst & Handler LLP | Ordinary Course Professionals |
| Macias Gini & O'Connell LLP | Ordinary Course Professionals |
| Michael Herrinton | Ordinary Course Professionals |

| | |
|---|---|
| Oppenheimer & Co. Inc. | Ordinary Course Professionals |
| Shipman & Goodwin LLP | Ordinary Course Professionals |
| Squire Patton Boggs | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Other Professionals |
| Fish & Richardson P.C. | Other Professionals |
| Gibson, Dunn & Crutcher LLP | Other Professionals |
| Macias Gini & O'Connell LLP | Other Professionals |
| Shearman & Sterling LLP | Other Professionals |
| US Environmental Protection Agency | Government/Regulatory Agencies |
| DEA | Government/Regulatory Agencies |
| Department of Agriculture | Government/Regulatory Agencies |
| EPA | Government/Regulatory Agencies |
| FDA | Government/Regulatory Agencies |
| Alabama Department of Revenue | Taxing Authorities |
| Brunswick County Revenue Dept. | Taxing Authorities |
| California Department of Tax | Taxing Authorities |
| City of Emeryville | Taxing Authorities |
| DC Treasurer | Taxing Authorities |
| Delaware Secretary of State | Taxing Authorities |
| HMRC Birmingham Stamp Office | Taxing Authorities |
| Internal Revenue Service Center | Taxing Authorities |
| NCDOR | Taxing Authorities |
| New York State Corporation Tax | Taxing Authorities |
| North Carolina Dept of Revenue | Taxing Authorities |
| North Carolina Secretary of State | Taxing Authorities |
| NYC Department of Finance | Taxing Authorities |
| Oklahoma Tax Commission - Franchise | Taxing Authorities |
| Pinheironeto Advogados | Taxing Authorities |
| State of California Franchise Tax Board | Taxing Authorities |
| State of New Jersey | Taxing Authorities |
| Texas Comptroller of Public Accts | Taxing Authorities |
| The Commonwealth of Massachusetts | Taxing Authorities |
| United States Small Business Admin | Taxing Authorities |
| United States Treasury | Taxing Authorities |
| Wyoming Department of Revenue | Taxing Authorities |
| ADL BIOPHARMA | Trade Vendors |
| Agilent Technologies Inc | Trade Vendors |
| Allog Transportes Internaciona | Trade Vendors |
| Allure Labs, Inc. | Trade Vendors |
| Avalara, Inc. | Trade Vendors |
| Berma LLC DBA NoGood | Trade Vendors |
| Bio Base Europe Pilot Plant | Trade Vendors |
| Capsum Inc. | Trade Vendors |
| CFGI Holdings, LLC | Trade Vendors |
| Cigna HealthCare | Trade Vendors |
| Colorado Quality Products, LLC | Trade Vendors |
| Cosmetix West | Trade Vendors |
| CPCneutek | Trade Vendors |
| DB Ventures Limited | Trade Vendors |
| DSM Nutritional Products Ltd | Trade Vendors |
| ECS Axcess Point LLC | Trade Vendors |

| | |
|---|---|
| Evonik Corporation | Trade Vendors |
| Facebook, Inc. | Trade Vendors |
| Folio3 Software Inc | Trade Vendors |
| Fusion Packaging, LLC | Trade Vendors |
| Global4PL Supply Chain Services | Trade Vendors |
| Hanft Ideas LLC | Trade Vendors |
| Hearst Magazine Media | Trade Vendors |
| JVN Entertainment INC | Trade Vendors |
| Little Bear Studios | Trade Vendors |
| Mass Construction Corporation | Trade Vendors |
| MuteSix, LLC | Trade Vendors |
| NB Ventures, Inc. | Trade Vendors |
| Nest-Filler USA | Trade Vendors |
| Outfront Media | Trade Vendors |
| PerkinElmer Informatics Inc. | Trade Vendors |
| Perpetua Labs, Inc. | Trade Vendors |
| Petty Cash Inc | Trade Vendors |
| Pinterest, Inc | Trade Vendors |
| PMG Worldwide, LLC | Trade Vendors |
| Quiet Logistics, Inc. | Trade Vendors |
| Rakuten Advertising | Trade Vendors |
| Renfield Manufacturing LLC | Trade Vendors |
| RR Donnelley & Sons Company | Trade Vendors |
| Sartorius Stedim North America | Trade Vendors |
| TargetCW | Trade Vendors |
| Todd Shemarya Artists, Inc. | Trade Vendors |
| Walmart Inc | Trade Vendors |
| Wiley Companies | Trade Vendors |
| Wisconsin BioProducts | Trade Vendors |
| World Wide Technology, LLC | Trade Vendors |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Juliet Sarkessian | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |
| Shakima L. Dortch | U.S. Trustee Office |
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| ACI FLORIDA POWER & LIGHT | Utilities |

| | |
|---|---|
| Advanced Chemical Transport Inc | Utilities |
| AT&T | Utilities |
| Brunswick County Public Utilities | Utilities |
| ConEdison | Utilities |
| Duke Energy | Utilities |
| East Bay Municipal Utility District | Utilities |
| GFL Environmental - Company | Utilities |
| M&M Sanitation Corporation | Utilities |
| NC Division of Waste Management | Utilities |
| Pacific Gas and Electric Company | Utilities |
| Piedmont Natural Gas | Utilities |
| Waste Management of Alameda County | Utilities |
| Waste Management of Alameda County | Utilities |
| Winters Bros Waste Systems | Utilities |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditors |
| Palm beach Holdings 3940 LLC | Top 30 Creditors |
| Cosan US LLC | Top 30 Creditors |
| DB Ventures Ltd. | Top 30 Creditors |
| Epic W12 LLC | Top 30 Creditors |
| PMG Worldwide, LLC | Top 30 Creditors |
| Nikko Chemicals Co Ltd | Top 30 Creditors |
| Sartorius Stedim North America | Top 30 Creditors |
| Hearst Magazine Media | Top 30 Creditors |
| Wiley Companies | Top 30 Creditors |
| Park Wynwood, LLC | Top 30 Creditors |
| Allog Transportes Internaciona | Top 30 Creditors |
| Nest-Filler USA | Top 30 Creditors |
| ADL Biopharma | Top 30 Creditors |
| Cosmetix West | Top 30 Creditors |
| Evonik Corporation | Top 30 Creditors |
| Todd Shemarya Artists, Inc. | Top 30 Creditors |
| Allure Labs, Inc. | Top 30 Creditors |
| Shearman & Sterling LLP | Top 30 Creditors |
| Rakuten Advertising | Top 30 Creditors |
| ES East, LLC | Top 30 Creditors |
| Workday, Inc. | Top 30 Creditors |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditors |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditors |
| Global4PL Supply Chain Services | Top 30 Creditors |
| Outfront Media | Top 30 Creditors |
| Northwest Comsmetics Labs | Top 30 Creditors |
| Muirisc, LLC | Lenders |
| Stewart Ward & Josephson LLP | Landlords |
| Shartsis Friese LLP | Landlords |
| Design District ERFR LLC & RFR Holding LLC | Landlords |
| TriStar Capital LLC | Landlords |
| McDermott Will & Emery LLP | Landlords |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlords |
| Olshan Frome Wolosky LLP | Landlords |
| Design District Development Partners LLC | Landlords |

| | |
|---|---|
| Colliers International | Landlords |
| Caliope Realty Associatees LLC | Landlords |
| Duane Ventures | Landlords |
| Chodosh Realty Services, Inc | Landlords |
| Flowing Water Creek, LLC | Landlords |
| CPI Hospitality LLC | Landlords |
| Epic W12 LLC | Landlords |
| Lachtman Cohen P.C | Landlords |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlords |
| Crown Properties | Landlords |
| Larringa Sisters LLC | Landlords |
| Continental Real Estate Companies | Landlords |
| Goodwin Procter LLP | Lenders' Professionals |
| Troutman Pepper Hamilton Sanders LLP | Lenders' Professionals |
| Ankura | Bankruptcy Professionals |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professionals |
| Advanced Chemical Transport Inc | Utilities |
| AT&T Mobility LLC | Utilities |
| AT&T U-verse(SM) | Utilities |
| CloudWyze | Utilities |
| First Digital Communications, LLC | Utilities |
| Garratt-Callahan Company | Utilities |
| Linde Gas & Equipment Inc. | Utilities |
| Paxio Inc | Utilities |
| US Waste Industries, Inc. | Utilities |
| Verizon Wireless | Utilities |
| Deloitte Consulting, LLP | Ordinary Course Professionals |
| Fish & Richardson P.C. | Ordinary Course Professionals |
| Microsoft Corporation | Top 30 Creditors |
| Hollis R&D Associates | Top 30 Creditors |
| DSM USA | Top 30 Creditors |