**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

Objections Due:  September 15, 2023 at 4:00 P.M. (ET)
Hearing Date:  October 18, 2023 at 2:00 P.M. (ET)

**NOTICE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN**
**ORDER (A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**FENWICK & WEST LLP AS SPECIAL CORPORATE COUNSEL EFFECTIVE**
**AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on September 1, 2023, the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors") filed the attached *Debtors' Application for*

*Entry of an Order (A) Authorizing the Employment and Retention of Fenwick & West LLP as*

*Special Corporate Counsel Effective as of the Petition Date and (B) Granting Related Relief* (the

"Application").

PLEASE TAKE FURTHER NOTICE that any objections to entry of the relief requested

in the Application are due on or before **September 15, 2023 at 4:00 p.m. (prevailing Eastern**

**Time)** and must be filed with the Court and served on the below proposed counsel for the Debtors.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in

the Application will be held before the Honorable Thomas M. Horan at the United States

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal
place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100,
Emeryville, CA 94608.

Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5,

Wilmington, Delaware 19801, on **October 18, 2023 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 1, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

DOCS_DE:244401.1 03703/004