# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 7, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

---

**THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**

Please see below for the connection and registration information.
Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into
Zoom or you will not be granted access to the hearing.
**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItduyprjwpHEX2JYOrO10uHqvMolya1rM

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

I. **MATTERS GOING FORWARD**

1. Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

i.  Declaration of Philip J. Gund in Support of the on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148-2]

**Response Deadline:**  September 1, 2023 at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

**Responses Received:**

A.  Objection of the United States Trustee to Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed September 1, 2023) [Docket No. 178]

B.  Informal response received from the Official Committee of Unsecured Creditors as incorporated into the form of the Proposed Order.

**Related Documents:**

C.  Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 149]

D.  Exhibit(s) to Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 150]

E.  Order Granting Motion of Debtors to Shorten Notice and Schedule Hearing on Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 151]

F.  Notice of Hearing on Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 28, 2023) [Docket No. 154]

G.  Amended Notice of Hearing on Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 30, 2023) [Docket No. 179]

H.  Reply in Support of Debtors' Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (filed September 5, 2023) [Docket No. 182]

**Status**: This matter is going forward. The informal comments of the Committee have been resolved by language added to the revised proposed order attached to the Reply.

| | |
|---|---|
| Dated: September 5, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors-in-Possession* |

3
DOCS_LA:351014.1 03703/004