IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 7, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

---

**THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**

**Please see below for the connection and registration information.**
**Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into**
**Zoom or you will not be granted access to the hearing.**
**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItduyprjwpHEX2JYOrO10uHqvMolya1rM

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

I.   **MATTERS GOING FORWARD**

1.   Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Amended items appear in **bold**.

 i. Declaration of Philip J. Gund in Support of the on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 148-2]

**Response Deadline:** September 1, 2023 at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

**Responses Received:**

A. Objection of the United States Trustee to Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed September 1, 2023) [Docket No. 178]

B. Informal response received from the Official Committee of Unsecured Creditors as incorporated into the form of the Proposed Order.

**Related Documents:**

C. Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 149]

D. Exhibit(s) to Debtors' Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 150]

E. Order Granting Motion of Debtors to Shorten Notice and Schedule Hearing on Emergency Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 25, 2023) [Docket No. 151]

F. Notice of Hearing on Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 28, 2023) [Docket No. 154]

G. Amended Notice of Hearing on Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed August 30, 2023) [Docket No. 179]

H. Reply in Support of Debtors' Motion to Assume and/or Enter Into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group (Filed September 5, 2023) [Docket No. 182]

**I.** **Ad Hoc Noteholder Group's (I) Reply in Support of Motion of the Debtors to Assume and/or Enter into Reimbursement Agreements with Professionals for the Ad Hoc Noteholder Group and (II) Joinder in the Debtors' Reply (Filed September 9, 2023) [Docket No. 184]**

**Status**: This matter is going forward. The informal comments of the Committee have been resolved by language added to the revised proposed order attached to the Reply.

| | |
|---|---|
| Dated: September 5, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |//

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
　　　　dgrassgreen@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　jrosell@pszjlaw.com
　　　　sgolden@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*