| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Stanley | Tarr | Ad Hoc Group of the Holders of the 1.50% Convertible Senior Notes due 2026 | Blank Rome LLP |
| Frank | Merola | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Michael | Magzamen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| John Storz | John Storz | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Debra | Grassgreen | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Jason | Rosell | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Steven | Golden | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Doris | Choi | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Han | Kieftenbeld | Amyris | Amyris |
| James | O'Neill | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Richard | Pachulski | Amyris | Pachulski Stang Ziehl & Jones LLP |
| Philip Gund | Philip Gund | Amyris | Ankura |
| Steven | Fleming | Amyris | PWC |
| Max | Litvak | Amyris | Pachulski Stang Ziehl & Jones LLP |
| John | Abdo | BBX Capital | |
| Brendan | Hall | Brean asset management | |
| William | Brennan | Corvus Fund Management | |
| Mitchell | Sussman | Cowen and Company, LLC | |
| Jamie | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Steve | Fleming | Debtors | PricewaterhouseCoopers |
| Phil | Gund | Debtors | Ankura Consulting |
| Nir | Maoz | Debtors | KTBS Law LLP |
| Taylor | Harrison | Debtwire | Debtwire |
| Scott | Flaherty | Debtwire/press | |
| Rod | Bourgeois | DeepDive | DeepDive Equity |
| David | Fournier | DIP Secured Parties | Troutman Pepper Hamilton Sanders LLP |
| Alexander | Nicas | DIP Secured Parties / Foris Prepetition Secured Lenders | Goodwin Procter LLP |
| James | Ktsanes | DSM-Firmenich AG | |
| Amy | Quartarolo | DSM-Firmenich AG | |
| Joe | Celentino | DSM-Firmenich AG | |
| Michael | Goldstein | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Artem | Skorostensky | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Sari | Rosenfeld | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Meredith | Mitnick | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Debora | Hoehne | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |

Amyris, Inc.
Case No. 23-11131 (TMH)
9.7.2023 Hearing

| First | Last | Party | Firm |
|---|---|---|---|
| Matthew | Dun | Interested Party | Willkie Farr & Gallagher LLP |
| Beth | Brownstein | Interested Party | ArentFox Schiff LLP |
| Scott | McCabe | Interested Party | Seaport Global |
| James | Britton | Interested Party | ArentFox Schiff LLP |
| Dennis | O'Donnell | Jefferies | DLA Piper |
| Silberglied | Russ | Lavvan | Richards, Layton & Finger P.A. |
| Jennifer | Lappe | Media | |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| John | Ramirez | Official Committee of Unsecured Creditors | White & Case |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Katelin | Morales | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Sameen | Rizvi | Official Committee of Unsecured Creditors | DLA Piper |
| Gabe | Sutherland | Official Committee of Unsecured Creditors | White & Case LLP |
| Gregory | Pesce | Official Committee of Unsecured Creditors | White & Case |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case |
| Randy | Baron | Pinnacle associates | Pinnacle |
| Kate | Thomas | Reorg | |
| Richard | Schottenfeld | Schottenfeld Opportunities fund | Schottenfeld Management |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Samuel | Kidder | Special Counsel to Debtors | KTBS Law LLP |
| Eric | Howe | U.S. Bank Trust Company, National Association, as Trustee | Greenberg Traurig, LLP |
| John | Schanne (USTP) | United States Trustee | DOJ |