**Exhibit B**

**Dorf Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**DECLARATION OF MICHAEL S. DORF IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF SHEARMAN & STERLING LLP
AS SPECIAL COUNSEL EFFECTIVE AS OF THE
PETITION DATE AND (B) GRANTING RELATED RELIEF**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Michael S. Dorf declares as follows:

1. I am a partner of the firm Shearman & Sterling LLP ("Shearman & Sterling" or the "Firm"), with offices at 535 Mission Street, 25th Floor, San Francisco, California 94105. This Declaration is submitted in support of the *Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Shearman & Sterling LLP as Special Counsel Effective as of the Petition Date and (B) Granting Related Relief* (the "Application").²

2. To my knowledge, neither I, the Firm, nor any members of the Firm, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors in possession (the "Debtors"), the Potential Parties in Interest (as defined below), or their respective attorneys except as set forth herein and as described in the Application.

---

¹ A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

² Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. To my knowledge, Shearman & Sterling does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which it is to be engaged.

4. During the one-year period prior to the commencement of these Chapter 11 Cases, Shearman & Sterling has received $969,441.71, consisting of $936,095.20 of professional fees and $33,346.51 of reimbursed expenses,[3] from the Debtors for professional fees and expenses incurred prior to the Petition Date. None of these payments were received in the 90 days immediately preceding the Petition Date. The Debtors do not have an advance retainer with Shearman & Sterling, nor was any such advance retainer in place during the 90 days immediately preceding the Petition Date. As of the Petition Date, the Debtors owed Shearman & Sterling an amount of $1,263,611.94 for services invoiced, consisting of $1,222,951.20 of unpaid professional fees and $40,660.74 of unpaid expenses, plus an additional approximately $36,000 for professional fees and expenses incurred prior to the Petition Date that was not invoiced prior to the Petition Date.

## Shearman & Sterling Disclosure Procedures

5. In preparing this Declaration, I used a set of procedures developed by Shearman & Sterling to ensure compliance with the requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the retention of professionals by a debtor under the Bankruptcy Code, and to identify any connections to parties interest for purposes of disclosure consistent with Rule 2014(a). In addition to the process laid out below, it is important to note that Shearman & Sterling employs a full-time team of in-house attorneys whose primary responsibility is to review conflicts reports and identify potential conflicts. Relying upon a dedicated team to provide the initial review not only adds an additional level of expertise to the

---

[3] Approximately AU$31,767.31 and £5,115.68 of the reimbursed expenses related to local counsel fees that Shearman & Sterling paid to Australian and United Kingdom counsel upon receipt.

process, but it also removes the inherent risks that can arise whenever the requesting attorney is the sole decision maker regarding the presence or absence of a potential conflict.

6. As part of the conflict review, Shearman & Sterling undertook the following actions to identify the parties relevant to this Declaration and to ascertain Shearman & Sterling's connection to such parties:

 a. Shearman & Sterling obtained from the Debtors and/or its representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases ("Potential Parties in Interest"), with such parties being listed on **Schedule 1** annexed hereto.

 b. Shearman & Sterling compared the Potential Parties in Interest to the names that Shearman & Sterling has compiled into a master client database from its conflict clearance and billing records, comprising all open matters and any matters closed within the last five years (the "Client Database"). The Client Database includes the name of each current or former client and their respective known affiliates, the names of the parties who are or were related or adverse to such current or former client in connection with the matters in which Shearman & Sterling was engaged, and the names of the Shearman & Sterling partners who are or were responsible for current or former matters for such client.

 c. Any matches between the Client Database and the Potential Parties in Interest were identified on a list (the "Client List"), together with the names of the respective Shearman & Sterling partners responsible for current or former matters for the entities on the Client List.

 d. I then reviewed, or caused an attorney under my supervision to review, the Client List and deleted obvious name coincidences and individuals or entities that were adverse to Shearman & Sterling in both this matter and the matters referenced on the Client List. The remaining client connections with regard to which Shearman & Sterling represents or represented the client were compiled for purposes of this Declaration.

 e. In addition, a general inquiry to all Shearman & Sterling attorneys was sent by electronic mail to determine whether any such individual or immediate family member: (i) holds any claim against the Debtors, or any equity interest in the Debtors; (ii) has any relationship to the United States Trustee or any person employed in the office of the United States Trustee; or (iii) has any relationship to any United States Bankruptcy Judge for the District of Delaware.

3

**Shearman & Sterling's Connections with Interested Parties**

7. I have reviewed, or caused an attorney under my supervision to review, the Client List and have determined that Shearman & Sterling does not hold or represent an interest that is adverse to the Debtors or their estates for the matters in which the Firm will be engaged.

8. Shearman & Sterling is a large law firm with more than 700 attorneys spanning across the globe. Consequently, Shearman & Sterling may have "connections" with many of the attorneys and other professionals involved in these Chapter 11 Cases. Shearman & Sterling may have referred matters to professionals involved in these Chapter 11 Cases and it may have been referred to matters by such parties. In connection with matters wholly unrelated to these Chapter 11 Cases, Shearman & Sterling has worked, currently does work, and intends in the future to continue working both with and against most—if not all—of the professional service firms involved in these Chapter 11 Cases.

9. As part of its practice, Shearman & Sterling appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, real estate consultants, and investment bankers, some of which may represent Potential Parties in Interest in these Chapter 11 Cases. In certain instances, such professionals may be direct clients of Shearman & Sterling. In addition, Shearman & Sterling in the past has appeared, and currently appears, in matters in which Shearman & Sterling represents the same entity, a related entity, or an entity adverse to those represented by other professionals that the Debtors seek to retain in connection with these Chapter 11 Cases. Shearman & Sterling does not presently, has not in the past, and will not in the future, represent any entity other than the Debtors in connection with these Chapter 11 Cases, and Shearman & Sterling does not have any relationship with any such entity that would be adverse to the Debtors or its estates with respect to the matters that Shearman & Sterling will be engaged for.

4

10. Similarly, Shearman & Sterling does not include Potential Parties in Interest in the list below if the firm's only connection is that a current Shearman & Sterling attorney represented that entity while at a former law firm. However, to the best of Shearman & Sterling's knowledge, any such representations would have been unrelated to these Debtors.

11. After searching the names provided by the Debtors, Shearman & Sterling has identified the client connections disclosed below. The connections are categorized as follows: (a) Potential Parties in Interest (or their affiliates) that Shearman & Sterling currently represents, and may in the future represent, in matters wholly unrelated to these Chapter 11 Cases; and (b) Potential Parties in Interest who either are former clients, or whose affiliates are former clients, that Shearman & Sterling has represented in the past five years in matters wholly unrelated to these Chapter 11 Cases.

12. <u>Current Clients or Affiliate of Current Client</u>:  In addition to the Debtors, Shearman & Sterling currently represents, and may in the future represent, in matters wholly unrelated to these Chapter 11 Cases the parties listed below (as well as certain affiliates of such parties):

- Barclays
- HSBC
- JP Morgan SE
- JPMorgan Chase Bank, N.A.
- US Bank N.A.
- Stretto
- Bank of the West
- Cowen & Company LLC
- Deloitte Tax LLP
- Duff & Phelps LLC
- Oppenheimer & Co. Inc.
- Deloitte Consulting, LLP

5

- Gibson Dunn & Crutcher LLP
- US Environmental Protection Agency
- Christine Green (board member of pro bono client West Side Campaign Against Hunger)
- ACI Florida Power & Light
- ConEdison
- Ankura

a) <u>Former Clients</u>: Shearman & Sterling has represented in the past in matters wholly unrelated to these Chapter 11 Cases the following Potential Parties in Interest or affiliates thereof, which it may represent in the future:

- Paul Hastings
- Agilent Technologies
- Cigna HealthCare
- DSM Nutritional Products Ltd
- Rakuten Advertising
- Linde Gas & Equipment Inc.
- D.E. Shaw Valence Portfolios, L.L.C.
- Lazard Asset Management LLC

13. I am not related or connected to and, to the best of my knowledge, no other professional of Shearman & Sterling who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

14. Shearman & Sterling and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent stockholders and creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors and these Chapter 11 Cases. At this time, Shearman & Sterling is not aware of such

6

representations except as noted above. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

15. The Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the United States Trustee, and pursuant to any additional procedures that may be established by the Court in these Chapter 11 Cases. Shearman & Sterling's fees for professional services are based upon its hourly rates, which are periodically adjusted. Shearman & Sterling has informed the Debtors that its rates are consistent with similar representations including sell-side merger and acquisition engagements and special-situations engagements. The Firm's current range of standard hourly rates are reflected in the chart below:[4]

| Category | Hourly Rate |
|---|---|
| Partners | $1,460–$2,130 |
| Counsel | $1,425–$1,665 |
| Associates | $775–$1,415 |
| Legal Assistants/Specialists | $375–$535 |

16. The hourly rates set forth above are subject to periodic adjustments to reflect market conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described and other matters as they arise. These rates are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to compensate

---

[4] As do its peer firms, Shearman & Sterling increases the hourly billing rate of attorneys and paraprofessionals in the form of "step increases" in the ordinary course of business. These step increases do not constitute "rate increases" (as the terms are used in the United States Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013). As set forth in the Proposed Order, Shearman & Sterling will provide reasonable notice to the Debtors, the United States Trustee, and the Creditors Committee before implementing any periodic rate increases (other than step increases for individual timekeepers).

7

the Firm fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

17. No promises have been received by the Firm or by any partner, counsel, or associate thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases, except among the partners, counsel, and associates of the Firm.

18. Shearman & Sterling provides the following responses to the questions set forth in Part D of the *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013) [5]:

---

[5] The U.S. Trustee Guidelines acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While Shearman & Sterling intends to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this declaration, nor anything contained herein, is intended to be an admission by Shearman & Sterling that the Firm is required to comply with the U.S. Trustee Guidelines. Shearman & Sterling reserves all rights with respect to the application of the U.S. Trustee Guidelines to any application for employment or compensation.

8

| **Question:** | **Answer:** | **Further explanation:** |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | The billing arrangements in this matter are customary for similar matters both in and outside of bankruptcy, including sell-side mergers and acquisitions engagements; the Firm does not charge different rates for clients in bankruptcy. The Firm adjusts its rates periodically, and occasionally tailors the billing arrangement to the specifics of the matter and client, taking into account a variety of changing factors. Billing arrangements can vary the terms of advance deposits, alternative fee arrangements, busted deal discounts and premiums, blended rates or fee discounts to specific clients or specific matters in varying degrees. Special deviations from the Firm's standard rates are generally negotiated on a matter-by-matter basis, and are generally applicable in connection with ongoing client relationships. Deviations from the Firm's standard rates in matters involving sell-side mergers and acquisitions engagements where the ongoing client relationship is not expected to continue following conclusion of the matter form the exception, rather than the rule. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |

9

| Question: | Answer: | Further explanation: |
|---|---|---|
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | . | Our billing rates in this matter incorporate the annual adjustments to our rates that took effect at the beginning of 2023. For matters in the preceding twelve months, the Firm utilized a discounted rate structure with the client that was negotiated in light of Shearman & Sterling's long-term ongoing relationship with the client and did not require an advance deposit from the Client. The Firm continues to not require an advance deposit, but the rates on these new matters are not discounted and instead reflect the current rate structures that the Firm is generally applying to new and comparable matters involving sell-side mergers and acquisitions engagements where the ongoing client relationship is not expected to continue following conclusion of the matter. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | Yes. | Shearman & Sterling's anticipated budget is reflected in any Budget with respect to the Debtors' debtor in possession financing. The Debtors and Shearman & Sterling reserve all rights to seek approval of the Debtors' professional fees. |

19. The foregoing constitutes the statement of Shearman & Sterling pursuant to sections 327(e), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1.

20. By reason of the foregoing, I believe that Shearman & Sterling is eligible for employment and retention by the Debtor pursuant to section 327(e) of the Bankruptcy Code, the applicable Bankruptcy Rules and the Local Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 8, 2023 **SHEARMAN & STERLING LLP**

*/s/ Michael S. Dorf*
Michael S. Dorf

*Proposed Special Counsel to the Debtors and Debtors in Possession*

# **SCHEDULE 1**

**Potential Parties in Interest**

| NAME | TYPE |
|---|---|
| Foris,Ventures,LLC | 5% or More Equity Holders |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Ashely M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Fenwick & West LLP | Bankruptcy Professionals |
| Goodwin Procter LLP | Bankruptcy Professionals |
| Latham & Watkins | Bankruptcy Professionals |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professionals |
| Paul Hastings | Bankruptcy Professionals |
| Blank Rome | Bankruptcy Professionals |
| PwC | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| Klee Tuchin Bogdanoff & Stern LLP | Bankruptcy Professionals |
| Bank of the West | Banks |
| Barclays | Banks |
| HSBC | Banks |
| J.P. Morgan SE | Banks |
| JPMorgan Chase Bank, N.A. | Banks |
| US Bank | Banks |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty 4U Holdings, LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |

| | |
|---|---|
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| Jim McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Washington | Director (current) |
| Lisa Qi | Director (current) |
| Philip Eykerman | Director (former) |
| Patrick Yang | Director (former) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| M Freddie Reiss | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |
| de Castro Reinach Ph.D., Fernando | Director (former) |
| de Oliveira Diniz, Paulo Sergio | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlords |

| | |
|---|---|
| Design District Development Pa | Landlords |
| Emerystation Triangle, LLC | Landlords |
| ES East, LLC | Landlords |
| Holis R&D Associates | Landlords |
| Oak Plaza Associates (DEL), LLC | Landlords |
| Palm Beach Holdings 3940, LLC | Landlords |
| Park Wynwood LLC | Landlords |
| Anesma Group, LLC | Lenders |
| Anjo Ventures, LLC | Lenders |
| DSM Finance B.V. | Lenders |
| Foris Ventures, LLC | Lenders |
| Perrara Ventures, LLC | Lenders |
| Lavvan, Inc. | Litigation |
| AO Representative Expense Fund, LLC, | Litigation |
| Austrade Inc. | Litigation |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus | Officer (current) |
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professionals |
| Accenture LLP | Ordinary Course Professionals |
| CFGI Holdings, LLC | Ordinary Course Professionals |
| Clark & Elbing LLP | Ordinary Course Professionals |
| Cowen & Company LLC | Ordinary Course Professionals |
| Deloitte Tax LLP | Ordinary Course Professionals |
| Duff & Phelps LLC | Ordinary Course Professionals |
| Global Retirement Partners, LLC | Ordinary Course Professionals |
| Hanson Bridgett LLP | Ordinary Course Professionals |
| Hulst & Handler LLP | Ordinary Course Professionals |

| | |
|---|---|
| Macias Gini & O'Connell LLP | Ordinary Course Professionals |
| Michael Herrinton | Ordinary Course Professionals |
| Oppenheimer & Co. Inc. | Ordinary Course Professionals |
| Shipman & Goodwin LLP | Ordinary Course Professionals |
| Squire Patton Boggs | Ordinary Course Professionals |
| Deloitte Consulting, LLP | Other Professionals |
| Fish & Richardson P.C. | Other Professionals |
| Gibson, Dunn & Crutcher LLP | Other Professionals |
| Macias Gini & O'Connell LLP | Other Professionals |
| Shearman & Sterling LLP | Other Professionals |
| US Environmental Protection Agency | Government/Regulatory Agencies |
| DEA | Government/Regulatory Agencies |
| Department of Agriculture | Government/Regulatory Agencies |
| EPA | Government/Regulatory Agencies |
| FDA | Government/Regulatory Agencies |
| Alabama Department of Revenue | Taxing Authorities |
| Brunswick County Revenue Dept. | Taxing Authorities |
| California Department of Tax | Taxing Authorities |
| City of Emeryville | Taxing Authorities |
| DC Treasurer | Taxing Authorities |
| Delaware Secretary of State | Taxing Authorities |
| HMRC Birmingham Stamp Office | Taxing Authorities |
| Internal Revenue Service Center | Taxing Authorities |
| NCDOR | Taxing Authorities |
| New York State Corporation Tax | Taxing Authorities |
| North Carolina Dept of Revenue | Taxing Authorities |
| North Carolina Secretary of State | Taxing Authorities |
| NYC Department of Finance | Taxing Authorities |
| Oklahoma Tax Commission - Franchise | Taxing Authorities |
| Pinheironeto Advogados | Taxing Authorities |
| State of California Franchise Tax Board | Taxing Authorities |
| State of New Jersey | Taxing Authorities |
| Texas Comptroller of Public Accts | Taxing Authorities |
| The Commonwealth of Massachusetts | Taxing Authorities |
| United States Small Business Admin | Taxing Authorities |
| United States Treasury | Taxing Authorities |
| Wyoming Department of Revenue | Taxing Authorities |
| ADL BIOPHARMA | Trade Vendors |
| Agilent Technologies Inc | Trade Vendors |
| Allog Transportes Internaciona | Trade Vendors |
| Allure Labs, Inc. | Trade Vendors |
| Avalara, Inc. | Trade Vendors |
| Berma LLC DBA NoGood | Trade Vendors |
| Bio Base Europe Pilot Plant | Trade Vendors |
| Capsum Inc. | Trade Vendors |
| CFGI Holdings, LLC | Trade Vendors |
| Cigna HealthCare | Trade Vendors |
| Colorado Quality Products, LLC | Trade Vendors |
| Cosmetix West | Trade Vendors |
| CPCneutek | Trade Vendors |
| DB Ventures Limited | Trade Vendors |

| | |
|---|---|
| DSM Nutritional Products Ltd | Trade Vendors |
| ECS Axcess Point LLC | Trade Vendors |
| Evonik Corporation | Trade Vendors |
| Facebook, Inc. | Trade Vendors |
| Folio3 Software Inc | Trade Vendors |
| Fusion Packaging, LLC | Trade Vendors |
| Global4PL Supply Chain Services | Trade Vendors |
| Hanft Ideas LLC | Trade Vendors |
| Hearst Magazine Media | Trade Vendors |
| JVN Entertainment INC | Trade Vendors |
| Little Bear Studios | Trade Vendors |
| Mass Construction Corporation | Trade Vendors |
| MuteSix, LLC | Trade Vendors |
| NB Ventures, Inc. | Trade Vendors |
| Nest-Filler USA | Trade Vendors |
| Outfront Media | Trade Vendors |
| PerkinElmer Informatics Inc. | Trade Vendors |
| Perpetua Labs, Inc. | Trade Vendors |
| Petty Cash Inc | Trade Vendors |
| Pinterest, Inc | Trade Vendors |
| PMG Worldwide, LLC | Trade Vendors |
| Quiet Logistics, Inc. | Trade Vendors |
| Rakuten Advertising | Trade Vendors |
| Renfield Manufacturing LLC | Trade Vendors |
| RR Donnelley & Sons Company | Trade Vendors |
| Sartorius Stedim North America | Trade Vendors |
| TargetCW | Trade Vendors |
| Todd Shemarya Artists, Inc. | Trade Vendors |
| Walmart Inc | Trade Vendors |
| Wiley Companies | Trade Vendors |
| Wisconsin BioProducts | Trade Vendors |
| World Wide Technology, LLC | Trade Vendors |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Juliet Sarkessian | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |
| Shakima L. Dortch | U.S. Trustee Office |

| | |
|---|---|
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| ACI FLORIDA POWER & LIGHT | Utilities |
| Advanced Chemical Transport Inc | Utilities |
| AT&T | Utilities |
| Brunswick County Public Utilities | Utilities |
| ConEdison | Utilities |
| Duke Energy | Utilities |
| East Bay Municipal Utility District | Utilities |
| GFL Environmental - Company | Utilities |
| M&M Sanitation Corporation | Utilities |
| NC Division of Waste Management | Utilities |
| Pacific Gas and Electric Company | Utilities |
| Piedmont Natural Gas | Utilities |
| Waste Management of Alameda County | Utilities |
| Waste Management of Alameda County | Utilities |
| Winters Bros Waste Systems | Utilities |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditors |
| Palm beach Holdings 3940 LLC | Top 30 Creditors |
| Cosan US LLC | Top 30 Creditors |
| DB Ventures Ltd. | Top 30 Creditors |
| Epic W12 LLC | Top 30 Creditors |
| PMG Worldwide, LLC | Top 30 Creditors |
| Nikko Chemicals Co Ltd | Top 30 Creditors |
| Sartorius Stedim North America | Top 30 Creditors |
| Hearst Magazine Media | Top 30 Creditors |
| Wiley Companies | Top 30 Creditors |
| Park Wynwood, LLC | Top 30 Creditors |
| Allog Transportes Internaciona | Top 30 Creditors |
| Nest-Filler USA | Top 30 Creditors |
| ADL Biopharma | Top 30 Creditors |
| Cosmetix West | Top 30 Creditors |
| Evonik Corporation | Top 30 Creditors |
| Todd Shemarya Artists, Inc. | Top 30 Creditors |
| Allure Labs, Inc. | Top 30 Creditors |
| Shearman & Sterling LLP | Top 30 Creditors |
| Rakuten Advertising | Top 30 Creditors |
| ES East, LLC | Top 30 Creditors |
| Workday, Inc. | Top 30 Creditors |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditors |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditors |
| Global4PL Supply Chain Services | Top 30 Creditors |
| Outfront Media | Top 30 Creditors |
| Northwest Comsmetics Labs | Top 30 Creditors |
| Muirisc, LLC | Lenders |
| Stewart Ward & Josephson LLP | Landlords |
| Shartsis Friese LLP | Landlords |
| Design District ERFR LLC & RFR Holding LLC | Landlords |
| TriStar Capital LLC | Landlords |
| McDermott Will & Emery LLP | Landlords |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlords |

| | |
|---|---|
| Olshan Frome Wolosky LLP | Landlords |
| Design District Development Partners LLC | Landlords |
| Colliers International | Landlords |
| Caliope Realty Associatees LLC | Landlords |
| Duane Ventures | Landlords |
| Chodosh Realty Services, Inc | Landlords |
| Flowing Water Creek, LLC | Landlords |
| CPI Hospitality LLC | Landlords |
| Epic W12 LLC | Landlords |
| Lachtman Cohen P.C | Landlords |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlords |
| Crown Properties | Landlords |
| Larringa Sisters LLC | Landlords |
| Continental Real Estate Companies | Landlords |
| Goodwin Procter LLP | Lenders' Professionals |
| Troutman Pepper Hamilton Sanders LLP | Lenders' Professionals |
| Ankura | Bankruptcy Professionals |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professionals |
| White & Case LLP | Committee Professionals |
| Potter Anderson & Corroon LLP | Committee Professionals |
| Advanced Chemical Transport Inc | Utilities |
| AT&T Mobility LLC | Utilities |
| AT&T U-verse(SM) | Utilities |
| CloudWyze | Utilities |
| First Digital Communications, LLC | Utilities |
| Garratt-Callahan Company | Utilities |
| Linde Gas & Equipment Inc. | Utilities |
| Paxio Inc | Utilities |
| US Waste Industries, Inc. | Utilities |
| Verizon Wireless | Utilities |
| Deloitte Consulting, LLP | Ordinary Course Professionals |
| Fish & Richardson P.C. | Ordinary Course Professionals |
| Microsoft Corporation | Top 30 Creditors |
| Hollis R&D Associates | Top 30 Creditors |
| DSM USA | Top 30 Creditors |
| Braidwell Partners Master Fund LP | Ad Hoc Noteholder |
| Context Capital Management, LLC | Ad Hoc Noteholder |
| D. E. Shaw Valence Portfolios, L.L.C. | Ad Hoc Noteholder |
| DLD Asset Management | Ad Hoc Noteholder |
| Lazard Asset Management LLC | Ad Hoc Noteholder |
| Linden Advisors LP | Ad Hoc Noteholder |
| Silverback Asset Management, LLC | Ad Hoc Noteholder |
| Schottenfeld Management Corp. | Ad Hoc Noteholder |
| Wolverine Flagship Fund Trading Limited | Ad Hoc Noteholder |