# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**Objections Due: September 22, 2023 at 4:00 P.M. (ET)**
**Hearing Date: October 18, 2023 at 2:00 P.M. (ET)**

### NOTICE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF SHEARMAN & STERLING LLP AS SPECIAL COUNSEL EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 8, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the attached *Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Shearman & Sterling LLP as Special Counsel Effective as of the Petition Date and (B) Granting Related Relief* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any objections to entry of the relief requested in the Application are due on or before **September 22, 2023 at 4:00 p.m. (prevailing Eastern Time)** and must be filed with the Court and served on the below proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Application will be held before the Honorable Thomas M. Horan at the United States

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **October 18, 2023 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 8, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    joneill@pszjlaw.com
    jrosell@pszjlaw.com
    sgolden@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*