**Exhibit B**

**GACP UCC-1**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004
Attn: Jeff Porter, Esq.

Delaware Department of State
U.C.C. Filing Section
Filed: 06:54 PM 06/29/2018
U.C.C. Initial Filing No: 2018 4480998

Service Request No: 20185456192

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Amyris, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| Attn: General Counsel, 5885 Hollis St., Suite 100 | Emeryville | CA / 94608 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GACP Finance Co., LLC, as Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 11100 Santa Monica Blvd., Suite 800 | Los Angeles | CA / 90025 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
See Exhibit A, which is attached hereto and made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
File in DE

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

FINANCING STATEMENT (Form UCC-1)

(Continued)

EXHIBIT A

Debtor grants to Secured Party a security interest in all of Debtor's right, title, and interest in and to the following personal property whether now owned or hereafter acquired (collectively, the "Collateral"):

(a) All of Debtor's Receivables, which shall include (i) all of Debtor's Accounts, Instruments, Documents, Chattel Paper, Supporting Obligations, letters of credit, proceeds of any letter of credit, and Letter of Credit Rights, and (ii) all customer lists, software, and business records related thereto;

(b) All of Debtor's Equipment;

(c) All of Debtor's Fixtures;

(d) All of Debtor's General Intangibles;

(e) All of Debtor's Inventory;

(f) All of Debtor's Investment Property (but excluding thirty-five percent (35%) of the capital stock of any Foreign Subsidiary that constitutes a Permitted Investment);

(g) All of Debtor's Deposit Accounts;

(h) All of Debtor's Cash;

(i) All of Debtor's Goods;

(j) All of Debtor's Collateral IP, which means all of Debtor's Intellectual Property, other than Excluded Intellectual Property, which means all Intellectual Property that (i) constitutes "AMYRIS Licensed IP" as defined in that certain License Agreement regarding Diesel Fuel in the EU, dated as of March 21, 2016, as amended, by and among Amyris, Inc., a Delaware corporation, and Total Energies Nouvelles Activités USA, or (ii) constitutes "AMYRIS Licensed IP" as defined in that certain Amended & Restated Jet Fuel License Agreement, dated as of March 21, 2016, as amended, by and among Amyris, Inc., a Delaware corporation, and Total Amyris BioSolutions B.V., and in each case of clauses (i) and (ii), as such agreements are in effect on the date hereof; and

(k)     all other tangible and intangible personal property of Debtor whether now or hereafter owned or existing, leased, consigned by or to, or acquired by, Debtor and wherever located, and any of Debtor's property in the possession or under the control of Secured Party; and, to the

extent not otherwise included, all Proceeds of each of the foregoing and all accessions to, substitutions and replacements for, and rents, profits and products of each of the foregoing.

Notwithstanding the broad grant of the security interest set forth (a) through (k), above, the Collateral shall not include (i) more than 65% of the presently existing and hereafter arising issued and outstanding shares of capital stock owned by Debtor of any Foreign Subsidiary which shares entitle the holder thereof to vote for directors or any other matter, (ii) Debtor's equity interests in Novvi LLC, Aprinnova, LLC, and Total Amyris Biosolutions B.V. and Debtor's interest in any other joint venture existing on the date hereof to the extent that the pledging of such interest is prohibited by the relevant agreements and (iii) any Excluded Intellectual Property.

Defined terms not otherwise herein defined shall have the meaning ascribed to them in the Uniform Commercial Code as the same is, from time to time, in effect in the State of California, or in that certain Loan and Security Agreement dated as of June 29, 2018, by and among Amyris, Inc., a Delaware corporation, as borrower and Secured Party, in its capacity as administrative agent for itself and the Lender named therein.