## CERTIFICATE OF SERVICE

       I, David M. Fournier, hereby certify that on the 11th day of September, 2023, I caused the foregoing *Response and Joinder of Euagore, LLC and the Foris Prepetition Secured Lenders in Support of (I) Entry of the Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief And (II) Responding to Lavvan, Inc.'s Objection Thereto* to be served by first class mail and by email upon the parties set forth on the attached service list; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

                                                    */s/ David M. Fournier*
                                                    David M. Fournier (DE No. 2812)

162710441v1

## SERVICE LIST

*(Counsel to the Debtors)*
PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski, Debra I. Grassgreen
James E. O'Neill, Steven W. Golden, and
Jason H. Rosell
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
rpachulski@pszjlaw.com;
dgrassgreen@pszjlaw.com; joneill@pszjlaw.com;
jrosell@pszjlaw.com; sgolden@pszjlaw.com

*(Proposed Counsel to the Official Committee of Unsecured Creditors)*
Christopher M. Samis, Katelin A. Morales, and Sameen Rizvi
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
csamis@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

*(Proposed Counsel to the Official Committee of Unsecured Creditors)*
Gregory F. Pesce and Andrew F. O'Neill
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
gregory.pesce@whitecase.com
aoneill@whitecase.com

*(Proposed Counsel to the Official Committee of Unsecured Creditors)*
John Ramirez and Andrea Kropp
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
john.ramirez@whitecase.com
andrea.kropp@whitecase.com

(*Counsel for Lavvan, Inc.*)
Mark D. Collins, Russell C. Silberglied, and
Emily R. Mathews
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com; silberglied@rlf.com;
mathews@rlf.com

(*Counsel for Lavvan, Inc.*)
Jason Cyrulnik and Paul Fattaruso
CYRULNIK FATTARUSO LLP
55 Broadway, Third Floor
New York, NY 10006
jcyrulnik@cf-llp.com; pfattaruso@cf-llp.com

John Schanne
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
john.schanne@usdoj.gov

162710441v1