IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | ) ) | Case No. 23-11131 (TMH) |
| | ) ) | (Jointly Administered) |
| Debtors. | ) ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| October 18, 2023 | 2:00 p.m. prevailing Eastern Time |
| November 17, 2023 | 11:00 a.m. prevailing Eastern Time |
| December 12, 2023 | 11:00 a.m. prevailing Eastern Time |

**Dated: September 12th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.