## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Sept. 19, 2023** |

### NOTICE OF EXAMINATION OF MIKE RYTOKOSKI

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004") and Local Bankruptcy Rule 2004-1(c), special counsel for the Debtors, on behalf of and at the sole direction of Independent Director M. Freddie Reiss, will examine Mike Rytokoski at a deposition, under oath.

**PLEASE TAKE FURTHER NOTICE THAT** the parties have consensually agreed that the deposition will take place on **Thursday, September 21, 2023 at 11:00 a.m. (Pacific Time)** via Zoom or other remote platform, or at such other time and place as may be agreed to by Mr. Rytokoski and the undersigned special counsel for the Debtors, and will continue for the maximum time permitted under applicable rules. The deposition may continue from day to day until completed. The deposition will be taken before a qualified notary public or some other officer authorized by law to administer oaths and will be recorded by stenographic, video, and audio means. The scope of the examination will be as described in Bankruptcy Rule 2004.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Local Bankruptcy Rule 2004-1(c)(iii), objections to this examination notice are due within **seven (7) days** after the filing and service of this examination notice. Objections, if any, shall be filed with the Court and served on the undersigned special counsel to the Debtors.

1

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Rule 2004-1(d), this examination notice will be served upon the following parties and a certificate of such service will be filed with the Court: (i) bankruptcy counsel to the Debtors, (ii) the United States Trustee, (iii) counsel to the official committee of unsecured creditors, (iv) Mr. Rytokoski and his counsel.

| | |
|---|---|
| Dated: September 12, 2023 | **KTBS LAW LLP** |
| | /s/ Samuel M. Kidder |
| | David M. Stern (*Pro Hac Vice*) |
| | Samuel M. Kidder (*Pro Hac Vice*) |
| | Nir Maoz (*Pro Hac Vice*) |
| | 1801 Century Park East, 26th Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 407-4000 |
| | Facsimile: (310) 407-9090 |
| | Email: dstern@ktbslaw.com |
| | skidder@ktbslaw.com |
| | nmaoz@ktbslaw.com |
| | |
| | *Special Counsel for the Debtors* |