# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., et al.,[1]<br>                     Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of ArentFox Schiff LLP, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.C., and Womble Bond Dickinson (US) LLP hereby enter their appearances as counsel to an Ad Hoc Group of Cross-Holders comprised of holders of (i)1.50% Convertible Senior Notes due 2026 issued by Amyris, Inc. ("Amyris") and (ii) shares in Amyris (the "Ad Hoc Cross-Holder Group") pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608

| | |
|---|---|
| **ARENTFOX SCHIFF LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
| Andrew I. Silfen | Matthew P. Ward |
| Beth M. Brownstein | Ericka F. Johnson |
| 1300 Avenue of the Americas, 42nd Floor | 1313 North Market Street, Suite 1200 |
| New York, New York 10000 | Wilmington, Delaware 19801 |
| Telephone: (212) 484-3900 | Telephone: (302) 252-4320 |
| Facsimile: (212) 484-3990 | Facsimile: (302) 252-4330 |
| Email: andrew.silfen@afslaw.com | Email: matthew.ward@wbd-us.com |
| Email: beth.brownstein@afslaw.com | Email: ericka.johnson@wbd-us.com |

-and-

**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
Eric J. Silver
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-4175
Facsimile: (305) 789-2688
Email: esilver@stearnsweaver.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Crossover Group, in any

capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 12, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com

-and-

**ARENTFOX SCHIFF LLP**
Andrew I. Silfen
Beth N. Brownstein
1300 Avenue of the Americas, 42nd Floor
New York, New York 10000
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@afslaw.com
Email: beth.brownstein@afslaw.com

-and-

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Eric J. Silver
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-4175
Facsimile: (305) 789-2688
Email: esilver@stearnsweaver.com

*Counsel to the Ad Hoc Cross-Holder Group*

3

WBD (US) 63841228v1