# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

AMYRIS, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-11131 (TMH)

(Jointly Administered)

**Docket Ref. Nos.: 19 and 54**

Hearing Date:  September 14, 2023 at 2:00 P.M. (ET)

## NOTICE OF AMENDMENT NO. 1 TO THE SENIOR SECURED SUPER PRIORITY DEBTOR IN POSSESSION LOAN AGREEMENT

**PLEASE TAKE NOTICE** that on August 10, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 19] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a copy of the *Senior Secured Super Priority Debtor in Possession Loan Agreement dated as of August 9, 2023* (the "DIP Credit Agreement") was filed with the Bankruptcy Court on August 10, 2023 at Docket No. 40-1.[2]

**PLEASE TAKE FURTHER NOTICE** that on August 11, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Interim Order*

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]     A capitalized term used but not defined herein shall have the meaning ascribed to it in the DIP Credit Agreement.

*(I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Interim Order") [Docket No. 54].

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered *Amendment No. 1 to Senior Secured Super Priority Debtor in Possession Loan Agreement* (the "Amendment"), attached hereto as **Exhibit A**. The modifications of the Milestones set forth in the Amendment allow the Debtors to move forward with the sale of their Consumer Brands Business while continuing to work constructively with numerous parties in interest toward a consensual plan of reorganization focused on their other businesses.

Pursuant to the Amendment, certain Milestones have been modified, such that the current Milestones are as follows:

| Date | Milestone |
|---|---|
| **September 13, 2023** | Deadline for Consumer Brands Sale Toggle Event Notice |
| **September 18, 2023** | Deadline to file Consumer Brands Bidding Procedures Motion |
| **September 27, 2023** | Plan Support Agreement/Plan, Disclosure Statement Filing Deadline |
| **October 18, 2023** | Deadline for entry of Consumer Brands Bidding Procedures Order |
| **November 3, 2023** | Disclosure Statement Hearing Order Deadline |
| **December 8, 2023** | Plan Voting Deadline |
| **December 12, 2023** | Deadline for entry of order approving Consumer Brands Business Sale Transaction |
| **December 18, 2023** | Confirmation Order Deadline |
| **December 29, 2023** | Deadline to close Consumer Brands Business Sale Transaction and Plan Effective Date |

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the final relief requested in the Motion will be held before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **September 14, 2023 at 2:00 p.m. (prevailing Eastern Time)**.

DOCS_DE:244770.1

Dated: September 13, 2023        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
       dgrassgreen@pszjlaw.com
       joneill@pszjlaw.com
       jrosell@pszjlaw.com
       sgolden@pszjlaw.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

DOCS_DE:244770.1

## Exhibit A

**Amendment**