**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**LAVVAN, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR SEPTEMBER 14, 2023 AT 2:00 P.M. (ET)**

Lavvan, Inc. ("**Lavvan**") respectfully files this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing to be held on September 14, 2023 at 2:00 p.m. (ET) (the "**Hearing**") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

Lavvan reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate).

**WITNESSES**

Lavvan cross designates all witnesses designated by any other party in connection with the Hearing, and reserves the right to call any necessary rebuttal or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 29637284v.3

## EXHIBITS[2]

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 1. | Redacted version of that certain *Research, Collaboration and License Agreement*, dated as of March 18, 2019. | 171-A |
| 2. | That certain *Security Agreement*, dated as of May 2, 2019. | 171-B |
| 3. | That certain *UCC Financing Statement*, dated May 9, 2019. | 171-C |
| 4. | That certain email sent by the International Chamber of Commerce International Court of Arbitration, dated August 11, 2023. | 171-D |
| 5. | That certain *Subordination Agreement*, dated May 2, 2019. | 211-A |
| 6. | That certain Amyris Trademark Portfolio as of March 5, 2019. | N/A |
| 7. | That certain Form 10-K filed by Amyris, Inc., for the fiscal year ended December 31, 2020. | N/A |

---

[2] Certain documents may be confidential and, if so, will be offered, if at all, under seal or in redacted form.

Dated: September 14, 2023
       Wilmington, Delaware

                     Respectfully submitted,

                     */s/ Russell C. Silberglied*
                     Mark D. Collins (No. 2981)
                     Russell C. Silberglied (No. 3462)
                     Emily R. Mathews (No. 6866)
                     **RICHARDS, LAYTON & FINGER, P.A.**
                     One Rodney Square
                     920 North King Street
                     Wilmington, Delaware 19801
                     Telephone: (302) 651-7700
                     Facsimile: (302) 651-7701
                     Email:    collins@rlf.com
                                    silberglied@rlf.com
                                    mathews@rlf.com

                             -and-

                     Jason Cyrulnik
                     Paul Fattaruso
                     **CYRULNIK FATTARUSO LLP**
                     55 Broadway, Third Floor
                     New York, NY 10006
                     Telephone: (646) 844-2466
                     Email:    jcyrulnik@cf-llp.com
                                    pfattaruso@cf-llp.com

                     *Counsel for Lavvan, Inc.*