# SIGN-IN SHEET

**CASE NAME:** Amyris
**CASE NO:** 23-11131
**COURTROOM LOCATION:** 7
**DATE:** 9/14/2023 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Goldstein | Goodwin Procter | Debtor & Lavvan Foris Proj. Lenders |
| Alex Nisser | " | " |
| Vani Rosenfeld | " | " |
| David Rosner | Troutman Pepper | |
| James O'Neill | Pachulski Stang Ziehl + Jones LLP | Debtor |
| Richard Pachulski | " | " |
| Debra Grassgreen | " | " |
| Steven Golden | " | " |
| Andrew O'Neill | White + Case | Committee |
| John Ramirez | " | " |
| Chris Samis | Potter Anderson | " |
| Dennis O'Donnell | DLA Piper | Jefferies |
| Aaron Applebaum | " | " |
| Ericka Johnson | Womble | Ad Hoc Cross-holder Group |
| John Schanne | VJT | DOJ |
| Russell C. Silberglied | Richards Layton + Finger | LaVian, Inc |
| Mark Collins | " | " |
| Emily Mathews | " | " |
| Lawrence Thomas II | Blank Rome | Ad Hoc |
| Jordan Williams | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

<mark>23-11131 Amyris, Inc.</mark>

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Beth | Brownstein | Ad Hoc Committee of Cross-Holders of Amyris, Inc. and its Debtor Affiliates | ArentFox Schiff LLP |
| Andrew | Silfen | Ad Hoc Committee of Cross-Holders of Amyris, Inc. and its Debtor Affiliates | ArentFox Schiff LLP |
| Allison | Weiss | Ad Hoc Committee of Cross-Holders of Amyris, Inc. and its Debtor Affiliates | ArentFox Schiff LLP |
| James | Britton | Ad Hoc Committee of Cross-Holders of Amyris, Inc. and its Debtor Affiliates | ArentFox Schiff LLP |
| Eric | Silver | Ad Hoc Group of Cross-Holders | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. |
| Matthew | Ward | Ad Hoc Group of Cross-Holders | Womble Bond Dickinson (US) LLP |
| Michael | Magzamen | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Frank | Merola | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Angela | Jekal | Amyris | |
| Collette | Lee | Amyris | |
| Carl | Comstock | Amyris | Intrepid |
| Brian | Huffman | Amyris, Inc. | PwC |
| karen | novotny | Amyris, Inc. | house counsel |
| Brendan | Hall | Brean Asset Management | |
| Mitchell | Sussman | Cowen and Company, LLC | |
| Bill | Schatz | CTC | |
| Lucy | Yang | Debtor | Intrepid Investment Bankers |
| Lorie | Beers | Debtors | Intrepid Investment Bankers |
| M. Freddie | Reiss | Debtors | Amyris, Inc. |
| Nir | Maoz | Debtors | KTBS Law LLP |
| Jessica | Yung | Debtors | Amyris Inc. |
| Elizabeth | Dryer | Debtors | Amyris Inc. |
| Doris | Choi | DEbtors | Amyris Inc. |
| Patricia | Jeffries | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Artem | Skorostensky | DIP Secured Parties and the Foris Prepetition Secured Lenders | Goodwin Procter LLP |
| Rebekah | Presley | DSM | |
| Jonathan | Weichselbaum | DSM | Latham & Watkins LLP |
| Andrew | Magaziner | DSM-Firmenich AG | YCST |
| Meredith | Mitnick | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Debora | Hoehne | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| John | Weber | Givaudan S.A. | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Scott | McCabe | Interested Party | Seaport Global |
| Debra | Sinclair | Interested Party | Willkie Farr & Gallagher LLP |
| Russell | Leaf | Interested Party | Willkie Farr & Gallagher LLP |
| Ryan | Panchadsaram | Interested Party | |
| Ashley | Waco | Intrepid | Intrepid |
| Ana | Alvarenga | Intrepid Investment Bankers | |
| T | Lo | JVN | |
| Neil | Closner | Lavvan | Lavvan |
| Emily | Mathews | Lavvan | RLF |
| Jason | Cyrulnik | Lavvan Inc | Cyrulnik Fattaruso LLP |
| Daniel | Goldberg | Lavvan Inc. | Lavvan Inc. |
| Paul | Fattaruso | Lavvan Inc. | Cyrulnik Fattaruso LLP |
| Joshua | Cohen | Mana Products | Day Pitney LLP |
| Leslie | Pappas | Media | Law360 |

| | | | |
|---|---|---|---|
| Hannah | Stephens | na | |
| Anais | Mitra | Official Committee of Unsecured Creditors of Amyris, Inc. et al | White & Case LLP |
| John | Abdo | Owner | |
| Jennifer | Hui | Personal | |
| Randolph | Baron | Pinnacle | Pinnacle |
| Kate | Thomas | Reorg | |
| Rod | BOURGEOIS | Rod Bourgeois | DeepDive Equity Research |
| Richard | Schottenfeld | Schottenfeld Management | Schottenfeld Opportunities Fund |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Darren | Buchwald | Self | |
| Ben | B | Self | |
| Nathan | Rugg | Sephora USA, Inc. | BFKN |
| Graham | Tanaka | Tanaka Capital Management | |
| Taylor | Stanton | Taylor Stanton | |
| Thomas | Tamura | Vendor | |