# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Joint Administration Requested)<br><br>**Related Docket No. 319** |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 319 - CERTIFICATION OF COUNSEL REGARDING <u>DEBTORS'</u> PROPOSED SCHEDULING ORDER WITH RESPECT TO CONTINUED HEARING ON THE MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that Amyris, Inc., et al. (the "<u>Debtors</u>"), in the above-captioned Chapter 11 case, hereby withdraws docket no. 319 - Certification of Counsel Regarding <u>Debtors'</u> Proposed Scheduling Order With Respect to Continued Hearing on the Motion of the Debtors For Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III)

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

DOCS_DE:244915.1 03703/001

Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief.

| | |
|---|---|
| .Date: September 19, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>       dgrassgreen@pszjlaw.com<br>       joneill@pszjlaw.com<br>       jrosell@pszjlaw.com<br>       sgolden@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |