# EXHIBIT B

Exhibit B - 60 day Budget

**Amyris, Inc., et al.**

| $ thousands | Actual 14-Aug | Actual 21-Aug | Actual 28-Aug | Actual 4-Sep | Week 1 11-Sep | Week 2 18-Sep | Week 3 25-Sep | Week 2-O |
|---|---|---|---|---|---|---|---|---|
| *Operating cash flows* | | | | | | | | |
| Receipts | 1,431 | 2,900 | 2,733 | 2,488 | 2,695 | 2,915 | 3,118 | 3 |
| Other receipts | - | - | - | - | - | 480 | - | |
| Total Receipts | 1,431 | 2,900 | 2,733 | 2,488 | 2,695 | 3,395 | 3,118 | 3 |
| Payments per First day orders | (65) | (476) | (725) | - | (3,183) | (3,183) | (3,183) | (3 |
| Other AP disbursements | (1,072) | (611) | (887) | (2,436) | (4,712) | (4,775) | (4,775) | (3 |
| Non-Debtor InterCo Disbursements for Goods | (3,063) | (2,174) | (2,180) | - | (2,158) | (2,440) | (1,761) | (1 |
| Non-Debtor InterCo Loan | (5,609) | (4,406) | (3,969) | (6,243) | (3,367) | (4,009) | (3,922) | (2 |
| US Payroll | (5,780) | (307) | (5,077) | (610) | (4,832) | (65) | (4,832) | |
| Insurance | - | - | - | - | (1,500) | - | - | |
| Rent | - | - | - | (1,412) | - | - | - | (1 |
| Total disbursements | (15,590) | (7,974) | (12,838) | (10,701) | (19,753) | (14,472) | (18,473) | (13 |
| **Total Operating cash flows** | **(14,158)** | **(5,074)** | **(10,105)** | **(8,214)** | **(17,058)** | **(11,077)** | **(15,355)** | **(9** |
| *Financing cash flows* | | | | | | | | |
| Financing | 30,000 | - | 40,000 | - | - | 23,000 | - | |
| Total financing cash flows | 30,000 | - | 40,000 | - | - | 23,000 | - | |
| *Restructuring costs* | | | | | | | | |
| Employee Separation costs | (713) | (103) | - | - | - | (670) | - | |
| Board member fees | (50) | - | (103) | (70) | - | - | (173) | |
| UST / Court / Deposit fees | - | - | (100) | - | - | - | (21) | |
| KEIP / KERP | - | - | - | - | - | - | - | |
| Professional fees | - | - | (2,805) | - | (2,663) | - | - | |
| Total Restructuring costs | (763) | (103) | (3,008) | (70) | (2,663) | (670) | (194) | |
| **Net Cash flow** | **15,079** | **(5,177)** | **26,887** | **(8,284)** | **(19,720)** | **11,253** | **(15,549)** | **(9** |
| *Cash roll-forward* | | | | | | | | |
| Beginning cash | 10,162 | 25,240 | 20,063 | 46,950 | 38,667 | 18,946 | 30,199 | 14 |
| (+) / (-) Net cash flow | 15,079 | (5,177) | 26,887 | (8,284) | (19,720) | 11,253 | (15,549) | (9 |
| **Ending cash** | **25,240** | **20,063** | **46,950** | **38,667** | **18,946** | **30,199** | **14,650** | **4** |