**Exhibit B**

**O'Neill Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF ANDREW F. O'NEILL IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF AUGUST 28, 2023

I, Andrew F. O'Neill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("**White & Case**"), an international law firm, which maintains offices for the practice of law in, among other locations, Chicago, Illinois.  I am a member in good standing of the Bar of the State of Illinois and the U.S. District Court for the Northern District of Illinois and I have been admitted *pro hac vice* in connection with the above-captioned cases.  There are no disciplinary proceedings pending against me in any jurisdiction.

2.      I submit this declaration (the "**Declaration**") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1, 2016-1, 9013-1 in support of *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as*

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

*of August 28, 2023* (the "**Application**"), filed contemporaneously by the Committee.[2]  To the

extent that White & Case determines that any information disclosed herein requires amendment or

modification upon White & Case's completion of further analysis or as additional information

becomes available to it, a supplemental declaration will be submitted to the Court reflecting the

same.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## QUALIFICATIONS OF WHITE & CASE

3.      On August 28, 2023, the Committee selected White & Case to serve as counsel to

the Committee to perform all services that are necessary and appropriate to discharge the

Committee's responsibilities and further the interests of the Committee's constituents in these

Chapter 11 Cases, subject to approval by the Court.

4.      Since that time, White & Case has worked closely with the Committee and its other

professionals with respect to these Chapter 11 Cases.  The Committee selected White & Case to

serve as its counsel based in part on the firm's extensive knowledge, experience, and expertise in

representing stakeholders in large, complex chapter 11 cases.  White & Case also has extensive

expertise in other fields of law that are implicated by these Chapter 11 Cases, including, among

others, intellectual property law, corporate law, commercial litigation, banking and finance law,

mergers and acquisitions law, and tax law.  Given the firm's experience and knowledge in these

fields, White & Case believes that it is well qualified and able to act on the Committee's behalf in

connection with these Chapter 11 Cases.

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3]    Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

## SERVICES TO BE PROVIDED

5.      The Committee has requested that White & Case render various services as set forth

in the Engagement Agreement, including the following:

(a)      assist and advise the Committee regarding its rights, powers, and duties under the Bankruptcy Code and in connection with these Chapter 11 Cases;

(b)      assist and advise the Committee in its consultations and negotiations with the Debtors concerning the administration of these Chapter 11 Cases;

(c)      assist and advise the Committee in its examination, investigation, and analysis of the acts, conduct, assets, liabilities, and financial condition of the Debtors, including, without limitation, reviewing and investigating prepetition transactions, the operation of the Debtors' business, and the desirability of the continuance of such business;

(d)      assist and advise the Committee in the formulation, review, analysis, and negotiation of any chapter 11 plan(s) that have been or may be filed and assist the Committee in the formulation, review, analysis, and negotiation of the disclosure statement accompanying any chapter 11 plan(s);

(e)      take all necessary action to protect and preserve the interests of the Committee and creditors holding general unsecured claims against the Debtors' estates, including (i) the investigation and possible prosecution of actions enhancing the Debtors' estates, and (ii) review and analysis of claims filed against the Debtors' estates;

(f)      assist and advise the Committee with respect to any sale of the Debtors, either in whole or in part, under section 363 of the Bankruptcy Code;

(g)      review and analyze motions, applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

(h)      prepare on behalf of the Committee all necessary pleadings, applications, memoranda, orders, reports, and other papers, including, if applicable, any request for appointment of a trustee or examiner under section 1104 of the Bankruptcy Code, in support of positions taken by the Committee;

(i)      represent the Committee at all court hearings, statutory meetings of creditors, and other proceedings before this Court;

(j)      assist and advise the Committee in the review, analysis, and negotiation of any financing agreements;

3

IMPAC 11067205v.2

       (k)      assist and advise the Committee as to its communications with its constituents regarding significant matters in these Chapter 11 Cases, including, but not limited to, communications required under section 1102(b)(3) of the Bankruptcy Code; and

       (l)      perform such other legal services as required or otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties set forth in the Bankruptcy Code, the Bankruptcy Rules, or other applicable law.

6.      Subject to the Court's approval of the Application, White & Case is willing to serve as the Committee's counsel in these Chapter 11 Cases and to perform the services described above.

**COMPLIANCE WITH SECTIONS 1103(B) AND 328(C) OF THE BANKRUPTCY CODE**

7.      I am not, nor is White & Case, an insider of any of the Debtors.  To the best of my knowledge, White & Case (i) does not hold or represent any interest in these Chapter 11 Cases that is adverse to the Committee or the Debtors that would preclude the firm from acting as counsel to the Committee to the extent provided under section 1103(b) of the Bankruptcy Code, and, (ii) to the extent applicable to White & Case's retention by the Committee, is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and as may be incorporated by section 328(c) of the Bankruptcy Code.

**I.**    **Connections Search and Disclosure Process**

8.      In accordance with Bankruptcy Rule 2014(a), before filing the Application, White & Case conducted a disclosure review with respect to the firm's connections to the Debtors and the most significant parties in interest in these Chapter 11 Cases based on a list of interested parties supplied by counsel to the Debtors.

9.      To conduct this review, we caused the names of the parties on **Schedule 1** annexed hereto (the "**Potential Parties in Interest**") to be run through White & Case's conflicts department to determine whether White & Case has connections to any party on **Schedule 1** and, if so, whether

4

such connections relate in any way to White & Case's proposed representation of the Committee in these Chapter 11 Cases.

10.      As of this filing, White & Case has completed its review of the names listed on **Schedule 1**.  Based on reports generated by White & Case's conflicts department, **Schedule 2** annexed hereto identifies parties that White & Case currently represents, or has represented within the last two years, certain individuals, entities or their affiliates who are, or appear to be, Potential Parties in Interest in matters unrelated to the Debtors, these Chapter 11 Cases, or such entities' claims against and interests in the Debtors.[4]  No entity listed on **Schedule 2** represented more than 1% of White & Case's revenue for the twelve-month period through August 31, 2023, except Facebook.

11.      To the best of my knowledge and information, White & Case does not hold or represent any interest adverse to the Committee, the Debtors, or their estates and, except as disclosed on **Schedule 2**, does not have any "connections" to the Debtors' creditors, affiliates, other parties in interest and potential parties in interest, the Office of the United States Trustee, or the United States Bankruptcy Judge assigned to these Chapter 11 Cases.  I do not believe that any of the representations described on **Schedule 2** or listed herein are materially adverse to the interests of the Committee, the Debtors, or their estates.  In light of the possibility that certain

---

[4]      The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest may be disclosed in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for convenience only and is not, and shall not be construed as, an acknowledgment or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors.  Additionally, (i) **Schedule 2** is over-inclusive generally, (ii) whether an actual client relationship exists with the entities listed on **Schedule 2** can be determined only by reference to the documents governing White & Case's representation rather than its potential listing in White & Case's conflicts database(s), (iii) such analysis has not been undertaken in connection with this connections disclosure, and (iv) where particular name(s) provided by the Debtors are incomplete or ambiguous, White & Case's search was broad and inclusive and erred on the side of disclosure.

creditors or other parties in interest may not have been identified on **Schedule 1**, White & Case discloses that it may have represented, may currently represent, or may in the future represent, in matters wholly unrelated to the Debtors or these Chapter 11 Cases, entities that may be Potential Parties in Interest in these Chapter 11 Cases.  White & Case's disclosures on **Schedule 2** are based on its searches of its electronic databases for the names on **Schedule 1**, but the information listed on the attached schedules may have changed without our knowledge and may change during these Chapter 11 Cases.  To the extent that White & Case becomes aware of any additional Potential Parties in Interest, White & Case will promptly run such new Potential Parties in Interest through White & Case's conflicts department and file a supplemental declaration, if necessary.  White & Case will also periodically refresh the search results regarding previously identified Potential Parties in Interest and, if disclosures for new connections are appropriate, White & Case will file a supplemental declaration regarding same.

12.    White & Case is a large global law firm.  The firm and its lawyers provide an extremely broad range of services to numerous clients throughout the world.  Because of the firm's extensive worldwide legal practice, including numerous representations and involvements in bankruptcy cases as counsel to debtors and other parties in interest, White & Case represents or has in the past represented, in matters unrelated to the Debtors or these Chapter 11 Cases, clients that are adverse, or could be considered potentially adverse, to creditors of the Debtors and other parties in interest in these Chapter 11 Cases.  In addition, White & Case is likely in the future to represent certain creditors and equity security holders of the Debtors and other parties in interest on matters unrelated to the Debtors or these Chapter 11 Cases.  However, I do not believe that such representations preclude, or would preclude, White & Case's representation of the Committee on the matters for which it is to be engaged.

II.    **Disclosures About Specific Parties in Interest**

13.    Outside of the scope of the search conducted above, White & Case has also undertaken an extended search to determine whether it has in the past represented the Debtors or an affiliate.

>   (a) From 2013-2014, White & Case represented Novvi, a joint venture between Cosan and Amyris, in certain patent analysis issues.
>
>   (b) From 2014-2015, White & Case represented Novvi in an equity private placement.
>
>   (c) From 2018-2019, White & Case advised a group of bondholders in a potential dispute.  Amyris, Inc. may have been a member of this group of bondholders.
>
>   (d) Beginning in December 2020, White & Case represented Minerva SA in a proposed joint venture with Amyris.  The matter was last billed in December 2021, and was closed in May 2022.

14.    White & Case will not represent any entity, other than the Committee, in connection with these Chapter 11 Cases.  Based on the foregoing, I do not believe that White & Case's prior representations preclude White & Case from meeting the standard for retention as the Committee's counsel under the Bankruptcy Code.

15.    White & Case has reviewed whether any of the attorneys within its Financial Restructuring & Insolvency Group have served as law clerks to any of the judges to the United States Bankruptcy Court for the District of Delaware within the past two years.  Miles Taylor is a White & Case associate in the Financial Restructuring & Insolvency Group who served as a law clerk to the Honorable Craig T. Goldblatt.  Mr. Taylor's clerkship ended in August 2022, i.e.,

before the Petition Date.  I do not believe that this connection precludes White & Case from meeting the standard for retention of Committee counsel under the Bankruptcy Code.

16.     Based on the information available to me, after following the procedures described herein, and except as otherwise described on **Schedule 2** hereto or herein, I believe White & Case holds no interest adverse under section 1103(b) of the Bankruptcy Code.  Further, I submit that White & Case is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

## PROFESSIONAL COMPENSATION

17.     White & Case has agreed to serve as counsel to the Committee and receive compensation and reimbursement in accordance with its standard billing practices for services rendered and expenses incurred on behalf of the Committee, in accordance with sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, or as otherwise ordered by the Court.

18.     White & Case will charge its then current standard rate for the professional services that White & Case has provided to date and will provide in the future.  Currently, the hourly rates charged by White & Case in its U.S. offices range from $1,370 to $2,100 for partners, $1,310 for counsel, $740 to $1,270 for associates, and $215 to $640 for paraprofessionals.  White & Case has advised the Committee that the hourly rates set forth above are subject to periodic review and adjustment in the normal course of the firm's business, typically on January 1st of each year, and due to the increased experience of a particular professional.  Such adjustments were last made in January 2023.  In the event that its billing rates increase, White & Case will provide notice of any such rate increases in the fee statements in which such increased rates are in effect.

19.     The hourly rates set forth above are White & Case's current standard rates and (as noted above) are subject to periodic adjustment in the ordinary course of business.  These rates are

set at a level designed to fairly compensate White & Case for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

20.     White & Case also charges its clients in all areas of practice for expenses incurred in connection with each client's case.  The expenses charged to clients include, among other things, printing and photocopying, postage and package delivery charges, e-discovery expenses, court fees, transcript costs, travel expenses, expenses for overtime meals, and computer-aided research. White & Case will seek reimbursement, subject to the Court's approval, for all such expenses incurred by White & Case on the Committee's behalf.  All requests for reimbursement of expenses will adhere to any guidelines established by the Court.

21.     White & Case intends to apply to this Court for allowance of compensation for professional services rendered and reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court, for all professional services performed and expenses incurred in these Chapter 11 Cases.

22.     The foregoing constitutes the statement of White & Case pursuant to Bankruptcy Code sections 328(a), 329, 504, and 1103, Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1 and 2016-1.

### STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

23.     The Committee and White & Case intend to make a reasonable effort to comply with United States Trustee's requests for information and additional disclosures under the U.S. Trustee Guidelines, both in connection with this Application and the interim and final fee applications to be filed by White & Case during its engagement.  In doing so, however, the Committee and White & Case reserve all rights as to the relevance and substantive legal effect of

9

IMPAC 11067205v.2

the U.S. Trustee Guidelines in respect of any application.

24.    The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines:

**Question:**    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Answer:**    No.

**Question:**    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Answer:**    No.

**Question:**    If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve (12) months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer:**    White & Case did not represent the Committee prepetition.

**Question:**    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Answer:**    The Committee has approved a framework for White & Case's staffing for the initial stage of these Chapter 11 Case. In light of the unique nature of these proceedings and the various stakeholders involved, White & Case and the Committee are in the process of finalizing a staffing and budget plan for the remainder of these Chapter 11 Cases, which White & Case expects to occur prior to the Objection Deadline for this Application. Without limiting the generality of the foregoing, in light of any number of unforeseeable events that may arise in large chapter 11 cases, the Committee and White & Case may need to refine or amend any budget or staffing plan, as necessary. Any budget or staffing plan is intended as an estimate and not as caps or limitations on fees or expenses that may be incurred or on the professionals or paraprofessionals who may advise the Committee in these Chapter 11 Cases. In accordance with the U.S. Trustee Guidelines, the budget may be approved or amended as necessary to reflect changed or unanticipated developments.

25.    Pursuant to Bankruptcy Rule 2016(b), White & Case has no agreement with any

other entity to share any compensation received by White & Case, except as permitted under section 504(b)(1) of the Bankruptcy Code. White & Case has not received any promises as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code and as disclosed herein.

26.    Based upon the foregoing, I respectfully submit that the requirements for White & Case's retention as attorneys for the Committee have been met.

*[Remainder of page intentionally blank]*

11

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 20, 2023
      Chicago, Illinois

Respectfully submitted,

*/s/ Andrew F. O'Neill*
Andrew F. O'Neill
Partner, White & Case LLP

12

**Schedule 1**

**Parties in Interest List Received from Debtors[1]**

| NAME | TYPE |
|------|------|
| Foris Ventures, LLC | 5% or More Equity Holder |
| Braidwell Partners Master Fund LP | Ad Hoc Noteholder |
| Context Capital Management, LLC | Ad Hoc Noteholder |
| D. E. Shaw Valence Portfolios, L.L.C. | Ad Hoc Noteholder |
| DLD Asset Management | Ad Hoc Noteholder |
| Lazard Asset Management LLC | Ad Hoc Noteholder |
| Linden Advisors LP | Ad Hoc Noteholder |
| Schottenfeld Management Corp. | Ad Hoc Noteholder |
| Silverback Asset Management, LLC | Ad Hoc Noteholder |
| Wolverine Flagship Fund Trading Limited | Ad Hoc Noteholder |
| Chief Judge Laurie Selber Silverstein | Bankruptcy Judge |
| Judge Ashely M. Chan | Bankruptcy Judge |
| Judge Brendan L. Shannon | Bankruptcy Judge |
| Judge Craig T. Goldblatt | Bankruptcy Judge |
| Judge J. Kate Stickles | Bankruptcy Judge |
| Judge John T. Dorsey | Bankruptcy Judge |
| Judge Karen B. Owens | Bankruptcy Judge |
| Judge Mary F. Walrath | Bankruptcy Judge |
| Judge Thomas M. Horan | Bankruptcy Judge |
| Ankura | Bankruptcy Professional |
| Blank Rome | Bankruptcy Professional |
| Fenwick & West LLP | Bankruptcy Professional |
| Goodwin Procter LLP | Bankruptcy Professional |
| Intrepid Investment Bankers LLC | Bankruptcy Professional |
| Klee Tuchin Bogdanoff & Stern LLP | Bankruptcy Professional |
| Latham & Watkins | Bankruptcy Professional |
| Pachulski Stang Ziehl & Jones LLP | Bankruptcy Professional |
| Paul Hastings | Bankruptcy Professional |
| Phil Gund, Chief Restructuring Officer | Bankruptcy Professional |
| PwC | Bankruptcy Professional |
| Stretto | Bankruptcy Professional |
| Bank of the West | Bank |
| Barclays | Bank |
| HSBC | Bank |
| J.P. Morgan SE | Bank |
| JPMorgan Chase Bank, N.A. | Bank |
| US Bank | Bank |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee |
| FTI Consulting | Committee Professional |
| Greenberg Traurig, LLP | Committee Professional |
| Jefferies LLC | Committee Professional |
| Keesal, Young & Logan | Committee Professional |

---

[1]      White & Case has supplemented this list with certain additional names.

| Morris James LLP | Committee Professional |
|---|---|
| Paul Hastings LLP | Committee Professional |
| Potter Anderson & Corroon LLP | Committee Professional |
| White & Case LLP | Committee Professional |
| AB Technologies LLC | Debtor or Debtor affiliate |
| Accessbio LLC | Debtor or Debtor affiliate |
| AMF Low Carbon, LLC | Debtor or Debtor affiliate |
| Amyris Bio Products Portugal, Unipessoal, Lda | Debtor or Debtor affiliate |
| Amyris Biotecnologia do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Clean Beauty Latam | Debtor or Debtor affiliate |
| Amyris Clean Beauty, Inc. | Debtor or Debtor affiliate |
| Amyris Eco-Fab LLC | Debtor or Debtor affiliate |
| Amyris Europe Trading B.V. | Debtor or Debtor affiliate |
| Amyris Fermentacao de Performance Ltda | Debtor or Debtor affiliate |
| Amyris Fuels, LLC | Debtor or Debtor affiliate |
| Amyris Purificacao de Performance do Brasil Ltda | Debtor or Debtor affiliate |
| Amyris Realsweet, LLC | Debtor or Debtor affiliate |
| Amyris UK Trading Limited | Debtor or Debtor affiliate |
| Amyris, Inc. | Debtor or Debtor affiliate |
| Amyris-Olika, LLC | Debtor or Debtor affiliate |
| Aprinnova, LLC | Debtor or Debtor affiliate |
| Beauty Labs International Limited | Debtor or Debtor affiliate |
| Clean Beauty 4U Holdings, LLC | Debtor or Debtor affiliate |
| Clean Beauty 4U LLC | Debtor or Debtor affiliate |
| Clean Beauty Collaborative, Inc. | Debtor or Debtor affiliate |
| DIPA Co., LLC | Debtor or Debtor affiliate |
| Ecofab, LLC | Debtor or Debtor affiliate |
| Interfaces Industria e Comercio de Cosméticos Ltda | Debtor or Debtor affiliate |
| MG Empower Limited | Debtor or Debtor affiliate |
| Novvi LLC | Debtor or Debtor affiliate |
| Onda Beauty Inc. | Debtor or Debtor affiliate |
| Total Amyris Bioslutions BV | Debtor or Debtor affiliate |
| Upland 1 LLC | Debtor or Debtor affiliate |
| Ana Dutra | Director (current) |
| Frank Kung | Director (current) |
| Geoffrey Duyk | Director (current) |
| James ("Jim") McCann | Director (current) |
| John Doerr | Director (current) |
| Julie Spencer Washington | Director (current) |
| Lisa Qi | Director (current) |
| M Freddie Reiss | Director (current) |
| Ryan Panchadsaram | Director (current) |
| Steven Mills | Director (current) |
| Alexander MS, Ralph C. | Director (former) |
| Arnold Ph.D., Frances Hamilton | Director (former) |
| bin Khalifa Al Thani, Sheikh Abdullah | Director (former) |
| Blanch Ph.D., Harvey W. | Director (former) |
| Bohlmann Ph.D., Jörg | Director (former) |
| Boisseau, Philippe | Director (former) |
| Chua Ph.D., Nam-Hai | Director (former) |

| | |
|---|---|
| de Castro Reinach Ph.D., Fernando | Director (former) |
| de Oliveira Diniz, Paulo Sergio | Director (former) |
| Fenical, William H. | Director (former) |
| Georgiadis, Mary Margaret-Hastings | Director (former) |
| Goppelsroeder, Christoph G. | Director (former) |
| Heathcock Ph.D., Clayton H. | Director (former) |
| Keasling Ph.D., Jay D. | Director (former) |
| Levinson, Arthur D. | Director (former) |
| Martin Ph.D., Vincent | Director (former) |
| Melo, John G. | Director (former) |
| Newman, Jack D. | Director (former) |
| Ostrach J.D., Michael S. | Director (former) |
| Philip Eykerman | Director (former) |
| Patrick Yang | Director (former) |
| Pichette, Patrick | Director (former) |
| Piwnica LLM, Carole Callebaut | Director (former) |
| Reiling, Kinkead Kinkead | Director (former) |
| Renninger Ph.D., Neil | Director (former) |
| Soares Portela, Mario Neutel | Director (former) |
| Williams, R. Neil | Director (former) |
| DEA | Government/Regulatory Agency |
| Department of Agriculture | Government/Regulatory Agency |
| EPA | Government/Regulatory Agency |
| FDA | Government/Regulatory Agency |
| US Environmental Protection Agency | Government/Regulatory Agency |
| Greenberg Traurig, LLP | Indenture Trustee Professional |
| ACE American Insurance Company | Insurance |
| Everest Indemnity Insurance Company | Insurance |
| Federal Insurance Company | Insurance |
| Hiscox | Insurance |
| TDC National Assurance Company | Insurance |
| Travelers | Insurance |
| Underwriters at Lloyd's London | Insurance |
| 3700 Highway 421 Owner LLC | Landlord |
| Caliope Realty Associatees LLC | Landlord |
| Chodosh Realty Services, Inc | Landlord |
| Colliers International | Landlord |
| Continental Real Estate Companies | Landlord |
| CPI Hospitality LLC | Landlord |
| Crown Properties | Landlord |
| Design District Development Pa | Landlord |
| Design District Development Partners LLC | Landlord |
| Design District ERFR LLC & RFR Holding LLC | Landlord |
| Duane Ventures | Landlord |
| Emerystation Triangle, LLC | Landlord |
| Epic W12 LLC | Landlord |
| ES East, LLC | Landlord |
| Flowing Water Creek, LLC | Landlord |
| Holis R&D Associates | Landlord |
| Kaufman Friedman Plotnicki & Grun, LLP | Landlord |

| | |
|---|---|
| Lachtman Cohen P.C | Landlord |
| Larringa Sisters LLC | Landlord |
| McDermott Will & Emery LLP | Landlord |
| Oak Plaza Associates (DEL), LLC | Landlord |
| Olshan Frome Wolosky LLP | Landlord |
| Palm Beach Holdings 3940, LLC | Landlord |
| Park Wynwood LLC | Landlord |
| Shartsis Friese LLP | Landlord |
| Stewart Ward & Josephson LLP | Landlord |
| TriStar Capital LLC | Landlord |
| Weisman, Brodie, Starr & Margolies, P.A. | Landlord |
| Anesma Group, LLC | Lender |
| Anjo Ventures, LLC | Lender |
| DSM Finance B.V. | Lender |
| Foris Ventures, LLC | Lender |
| Muirisc, LLC | Lender |
| Perrara Ventures, LLC | Lender |
| Goodwin Procter LLP | Lender Professional |
| Troutman Pepper Hamilton Sanders LLP | Lender Professional |
| AO Representative Expense Fund, LLC | Litigation Party[2] |
| Austrade Inc. | Litigation Party |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. | Litigation |
| Disruptional Ltd. and Vest Beauty Labs LP v. Amyris, Inc. | Litigation |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) | Litigation |
| Jasmina Samardzic v. Amyris, Inc. | Litigation |
| Keith Jordan Bronsdon v. Amyris, Inc. | Litigation |
| Lavvan Inc. v. Amyris, Inc. | Litigation |
| Lavvan, Inc. | Litigation Party |
| Little Bear Studios v. Amyris Clean Beauty et al. | Litigation |
| Park Wynwood, LLC v. Amyris, Inc. | Litigation |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc | Litigation |
| Reid Architecture PLLC v. Amyris, Inc. | Litigation |
| Roth v. Foris Ventures, LLC et al. | Litigation |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Velem LLC v. Amyris Clean Beauty, Inc. | Litigation |
| Wilkins Media, LLC, v. Amyris, Inc. | Litigation |
| Ziegelman et al. v. Amyris, Inc. | Litigation |
| Alvarez, Eduardo | Officer (current) |
| Choi, Doris | Officer (current) |
| Dreyer CPA, Elizabeth E. | Officer (current) |
| Kieftenbeld, Hermanus/Han | Officer (current) |
| Leavell, Michael | Officer (current) |
| Ofori, Christine | Officer (current) |
| Tsong, Annie | Officer (current) |

[2]    Certain of the Litigation Party line items provided by the Debtors consisted solely of a shortened case style. Accordingly, for these line items, White & Case searched the names of the parties identified in the shortened case style.

| | |
|---|---|
| Hughes, Anthony | Officer (former) |
| Kelsey, Nicole | Officer (former) |
| Melo, John G. | Officer (former) |
| Valiasek, Kathleen | Officer (former) |
| Accell Global Risk Solutions, Inc. | Ordinary Course Professional |
| Accenture LLP | Ordinary Course Professional |
| CFGI Holdings, LLC | Ordinary Course Professional |
| Clark & Elbing LLP | Ordinary Course Professional |
| Cowen & Company LLC | Ordinary Course Professional |
| Deloitte Consulting, LLP | Ordinary Course Professional |
| Deloitte Tax LLP | Ordinary Course Professional |
| Duff & Phelps LLC | Ordinary Course Professional |
| Fish & Richardson P.C. | Ordinary Course Professional |
| Global Retirement Partners, LLC | Ordinary Course Professional |
| Hanson Bridgett LLP | Ordinary Course Professional |
| Hulst & Handler LLP | Ordinary Course Professional |
| Macias Gini & O'Connell LLP | Ordinary Course Professional |
| Michael Herrinton | Ordinary Course Professional |
| Oppenheimer & Co. Inc. | Ordinary Course Professional |
| Shipman & Goodwin LLP | Ordinary Course Professional |
| Squire Patton Boggs | Ordinary Course Professional |
| Deloitte Consulting, LLP | Other Professional |
| Fish & Richardson P.C. | Other Professional |
| Gibson, Dunn & Crutcher LLP | Other Professional |
| Macias Gini & O'Connell LLP | Other Professional |
| Shearman & Sterling LLP | Other Professional |
| Alastair Dorward | Rejected Agreement Counterparty |
| Francisco Costa | Rejected Agreement Counterparty |
| John G. Melo | Rejected Agreement Counterparty |
| Nicole Kelsey | Rejected Agreement Counterparty |
| Alabama Department of Revenue | Taxing Authority |
| Brunswick County Revenue Dept. | Taxing Authority |
| California Department of Tax | Taxing Authority |
| City of Emeryville | Taxing Authority |
| DC Treasurer | Taxing Authority |
| Delaware Secretary of State | Taxing Authority |
| HMRC Birmingham Stamp Office | Taxing Authority |
| Internal Revenue Service Center | Taxing Authority |
| NCDOR | Taxing Authority |
| New York State Corporation Tax | Taxing Authority |
| North Carolina Dept of Revenue | Taxing Authority |
| North Carolina Secretary of State | Taxing Authority |
| NYC Department of Finance | Taxing Authority |
| Oklahoma Tax Commission - Franchise | Taxing Authority |
| Pinheironeto Advogados | Taxing Authority |
| State of California Franchise Tax Board | Taxing Authority |
| State of New Jersey | Taxing Authority |
| Texas Comptroller of Public Accts | Taxing Authority |
| The Commonwealth of Massachusetts | Taxing Authority |
| United States Small Business Admin | Taxing Authority |

| | |
|---|---|
| United States Treasury | Taxing Authority |
| Wyoming Department of Revenue | Taxing Authority |
| ADL Biopharma | Top 30 Creditor |
| Allog Transportes Internaciona | Top 30 Creditor |
| Allure Labs, Inc. | Top 30 Creditor |
| Cosan US LLC | Top 30 Creditor |
| Cosmetix West | Top 30 Creditor |
| DB Ventures Ltd. | Top 30 Creditor |
| DSM USA | Top 30 Creditor |
| Epic W12 LLC | Top 30 Creditor |
| ES East, LLC | Top 30 Creditor |
| Evonik Corporation | Top 30 Creditor |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditor |
| Global4PL Supply Chain Services | Top 30 Creditor |
| Hearst Magazine Media | Top 30 Creditor |
| Hollis R&D Associates | Top 30 Creditor |
| Microsoft Corporation | Top 30 Creditor |
| Nest-Filler USA | Top 30 Creditor |
| Nikko Chemicals Co Ltd | Top 30 Creditor |
| Nippon Surfactant Industries Co., Ltd (Nissa) | Top 30 Creditor |
| Northwest Comsmetics Labs | Top 30 Creditor |
| Outfront Media | Top 30 Creditor |
| Palm beach Holdings 3940 LLC | Top 30 Creditor |
| Park Wynwood, LLC | Top 30 Creditor |
| PMG Worldwide, LLC | Top 30 Creditor |
| Rakuten Advertising | Top 30 Creditor |
| Sartorius Stedim North America | Top 30 Creditor |
| Shearman & Sterling LLP | Top 30 Creditor |
| Todd Shemarya Artists, Inc. | Top 30 Creditor |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditor |
| Wiley Companies | Top 30 Creditor |
| Workday, Inc. | Top 30 Creditor |
| A.I. PR. Ltd. | Trade Vendor |
| ADL BIOPHARMA | Trade Vendor |
| Agilent Technologies Inc | Trade Vendor |
| Allog Transportes Internaciona | Trade Vendor |
| Allure Labs, Inc. | Trade Vendor |
| Anne Myong | Trade Vendor |
| Avalara, Inc. | Trade Vendor |
| Berma LLC DBA NoGood | Trade Vendor |
| Bio Base Europe Pilot Plant | Trade Vendor |
| Capsum Inc. | Trade Vendor |
| CFGI Holdings, LLC | Trade Vendor |
| ChartHop | Trade Vendor |
| Cigna HealthCare | Trade Vendor |
| Colorado Quality Products, LLC | Trade Vendor |
| Compensation Tool Corp. | Trade Vendor |
| Cosmetix West | Trade Vendor |
| CPCneutek | Trade Vendor |
| DB Ventures Limited | Trade Vendor |

| | |
|---|---|
| DH Smith and Associates LP | Trade Vendor |
| DSM Nutritional Products Ltd | Trade Vendor |
| ECS Axcess Point LLC | Trade Vendor |
| Evonik Corporation | Trade Vendor |
| Facebook, Inc. | Trade Vendor |
| Folio3 Software Inc | Trade Vendor |
| Fusion Packaging, LLC | Trade Vendor |
| Garvan Eric Kuskey | Trade Vendor |
| Global4PL Supply Chain Services | Trade Vendor |
| Hanft Ideas LLC | Trade Vendor |
| Hanft Ideas LLC | Trade Vendor |
| Hearst Magazine Media | Trade Vendor |
| ID Matters, LLC dba ID Public Relations | Trade Vendor |
| Jim Iacoponi | Trade Vendor |
| John Melo | Trade Vendor |
| JVN Entertainment INC | Trade Vendor |
| KONE Inc. | Trade Vendor |
| LinkedIn Corp. | Trade Vendor |
| Little Bear Studios | Trade Vendor |
| Mariella Fostrup | Trade Vendor |
| Mass Construction Corporation | Trade Vendor |
| MuteSix, LLC | Trade Vendor |
| NB Ventures, Inc. | Trade Vendor |
| Nest-Filler USA | Trade Vendor |
| Opensci LLC | Trade Vendor |
| Outfront Media | Trade Vendor |
| OUTFRONT Media LLC | Trade Vendor |
| PerkinElmer Informatics Inc. | Trade Vendor |
| Perpetua Labs, Inc. | Trade Vendor |
| Petty Cash Inc | Trade Vendor |
| Pinterest, Inc | Trade Vendor |
| PMG Worldwide, LLC | Trade Vendor |
| Practicing Law Institute | Trade Vendor |
| Quiet Logistics, Inc. | Trade Vendor |
| Rakuten Advertising | Trade Vendor |
| Renfield Manufacturing LLC | Trade Vendor |
| RR Donnelley & Sons Company | Trade Vendor |
| Sartorius Stedim North America | Trade Vendor |
| Sunil Chandran | Trade Vendor |
| TargetCW | Trade Vendor |
| Todd Shemarya Artists, Inc. | Trade Vendor |
| Walmart Inc | Trade Vendor |
| Wiley Companies | Trade Vendor |
| Wisconsin BioProducts | Trade Vendor |
| World Wide Technology, LLC | Trade Vendor |
| Benjamin Hackman | U.S. Trustee's Office |
| Christine Green | U.S. Trustee's Office |
| Diane Giordano | U.S. Trustee's Office |
| Dion Wynn | U.S. Trustee's Office |
| Edith A. Serrano | U.S. Trustee's Office |

| | |
|---|---|
| Hannah M. McCollum | U.S. Trustee's Office |
| Holly Dice | U.S. Trustee's Office |
| James R. O'Malley | U.S. Trustee's Office |
| Jane Leamy | U.S. Trustee's Office |
| Joseph Cudia | U.S. Trustee's Office |
| Joseph McMahon | U.S. Trustee's Office |
| Juliet Sarkessian | U.S. Trustee's Office |
| Lauren Attix | U.S. Trustee's Office |
| Linda Casey | U.S. Trustee's Office |
| Linda Richenderfer | U.S. Trustee's Office |
| Nyanquoi Jones | U.S. Trustee's Office |
| Richard Schepacarter | U.S. Trustee's Office |
| Rosa Sierra-Fox | U.S. Trustee's Office |
| Shakima L. Dortch | U.S. Trustee's Office |
| Timothy J. Fox, Jr. | U.S. Trustee's Office |
| ACI FLORIDA POWER & LIGHT | Utility |
| Advanced Chemical Transport Inc | Utility |
| Advanced Chemical Transport Inc | Utility |
| AT&T | Utility |
| AT&T Mobility LLC | Utility |
| AT&T U-verse(SM) | Utility |
| Brunswick County Public Utilities | Utility |
| CloudWyze | Utility |
| ConEdison | Utility |
| Duke Energy | Utility |
| East Bay Municipal Utility District | Utility |
| First Digital Communications, LLC | Utility |
| Garratt-Callahan Company | Utility |
| GFL Environmental - Company | Utility |
| Linde Gas & Equipment Inc. | Utility |
| M&M Sanitation Corporation | Utility |
| NC Division of Waste Management | Utility |
| Pacific Gas and Electric Company | Utility |
| Paxio Inc | Utility |
| Piedmont Natural Gas | Utility |
| US Waste Industries, Inc. | Utility |
| Verizon Wireless | Utility |
| Waste Management of Alameda County | Utility |
| Waste Management of Alameda County | Utility |
| Winters Bros Waste Systems | Utility |

**Schedule 2**

**White & Case's Relationships with Parties in Interest**

| Name | Category | Open/ Closed |
|------|----------|--------------|
| Foris Ventures, LLC | 5% or More Equity Holder | Closed |
| Context Capital Management, LLC | Ad Hoc Noteholder | Closed |
| D. E. Shaw Valence Portfolios, L.L.C. | Ad Hoc Noteholder | Closed |
| Lazard Asset Management LLC | Ad Hoc Noteholder | Closed |
| Goodwin Procter LLP | Bankruptcy Professional | Closed |
| Latham & Watkins | Bankruptcy Professional | Closed |
| Paul Hastings | Bankruptcy Professional | Closed |
| Stretto | Bankruptcy Professional | Open |
| Bank of the West | Bank | Closed |
| Barclays | Bank | Closed |
| HSBC | Bank | Closed |
| J.P. Morgan SE | Bank | Closed |
| JPMorgan Chase Bank, N.A. | Bank | Closed |
| US Bank | Bank | Open |
| U.S. Bank National Association, as Trustee for Convertible Notes | Bondholders - Indenture Trustee | Closed |
| FTI Consulting | Committee Professional | Open |
| Jefferies LLC | Committee Professional | Closed |
| Paul Hastings LLP | Committee Professional | Closed |
| Underwriters at Lloyd's London | Insurance | Closed |
| Colliers International | Landlord | Open |
| Foris Ventures, LLC | Lender | Closed |
| Goodwin Procter LLP | Lender Professional | Closed |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. | Litigation | Closed |
| Cowen & Company LLC | Ordinary Course Professional | Open |
| Deloitte Consulting, LLP | Ordinary Course Professional | Closed |
| Deloitte Tax LLP | Ordinary Course Professional | Closed |
| Duff & Phelps LLC | Ordinary Course Professional | Closed |
| Oppenheimer & Co. Inc. | Ordinary Course Professional | Open |
| Deloitte Consulting, LLP | Other Professional | Closed |
| Gibson, Dunn & Crutcher LLP | Other Professional | Closed |
| Shearman & Sterling LLP | Other Professional | Closed |
| Cosan US LLC | Top 30 Creditor | Closed |
| Evonik Corporation | Top 30 Creditor | Closed |
| Gibson, Dunn & Crutcher LLP | Top 30 Creditor | Closed |
| Microsoft Corporation | Top 30 Creditor | Closed |
| Shearman & Sterling LLP | Top 30 Creditor | Closed |
| U.S. Bank National Association, as Trustee for Convertible Notes | Top 30 Creditor | Open |
| Evonik Corporation | Trade Vendor | Closed |
| Facebook, Inc. | Trade Vendor | Closed |
| KONE Inc. | Trade Vendor | Open |
| LinkedIn Corp. | Trade Vendor | Closed |
| Pinterest, Inc | Trade Vendor | Open |
| Walmart Inc | Trade Vendor | Open |
| World Wide Technology, LLC | Trade Vendor | Closed |
| Duke Energy | Utility | Closed |
| Waste Management of Alameda County | Utility | Closed |

| Waste Management of Alameda County | Utility | Closed |