**Exhibit C**

**Wiley Declaration**

IMPAC 11067205v.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF JOSHUA WILEY IN SUPPORT OF
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR
### ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
### WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF AUGUST 28, 2023

Pursuant to 28 U.S.C. § 1746, I, Joshua Wiley, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an authorized signatory of Wiley Companies ("**Wiley**"). Wiley is an unsecured creditor of the Debtors and a member of the Committee appointed in the above-captioned Chapter 11 Cases. I am Wiley's representative to the Committee. I submit this declaration (the "**Declaration**") in support of the *Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of August 28, 2023* (the "**Application**").[2] I have reviewed and am familiar with the Application. I am in all respects competent to make this Declaration in support of the Application. Except as otherwise noted, I have personal knowledge as to all the information set forth below.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

IMPAC 11067205v.2

**IDENTITY OF DECLARANT**

2.     On August 9, 2023 and August 21, 2023 as applicable (the "**Petition Date**"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.     On August 27, 2023, the United States Trustee appointed the Committee to represent the interests of all creditors holding unsecured claims in these Chapter 11 Cases [Docket No. 152]. As of today, the members of the Committee are:

(a) Cosan U.S. Inc.;

(b) U.S. Bank Trust Company, National Association;

(c) Sartorius Stedim North America, Inc.;

(d) Hearst Magazine Media, Inc.;

(e) Wiley Companies;

(f) Park Wynwood, LLC.; and

(g) Allog Participacoes, Ltda.

4.     On August 28, 2023, the Committee voted to retain White & Case as its counsel, subject to Court approval. As a representative of a member of the Committee, I was directly involved in the decision to retain White & Case as the Committee's counsel in these Chapter 11 Cases and actively participated in negotiating the terms of White & Case's employment.

**STEPS TAKEN TO ENSURE COMPARABILITY OF
ENGAGEMENT TERMS AND RATE STRUCTURE**

5.     White & Case has informed the Committee that its rates for bankruptcy representations are consistent with and comparable to the rates White & Case charges for non-bankruptcy representations. White & Case has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the firm, unless an alternative fee

arrangement (such as a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement) is agreed upon. White & Case has informed the Committee that its attorneys will not charge a premium or in any way increase their hourly rates over the fees charged to non-bankruptcy clients.

6. The Committee is satisfied that White & Case has set its hourly rates for its attorneys and paraprofessionals at comparable levels to those charged by its competitor firms. Based on these representations and White & Case's experience in both the bankruptcy field and in other fields in which the Debtors operate, I believe these rates are reasonable.

## NUMBER OF FIRMS INTERVIEWED

7. On August 28, 2023, the Committee decided to retain counsel by interviewing law firms which expressed interest in serving in that capacity. After careful consideration, the Committee selected White & Case to serve as its counsel and Potter Anderson & Corroon LLP to serve as its co-counsel based on such firms' expertise in cases such as these Chapter 11 Cases. The Committee found that White & Case is well suited to represent the Committee in these Chapter 11 Cases based on White & Case's extensive experience in chapter 11 matters, including its experience and knowledge in debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

## OTHER CIRCUMSTANCES WARRANTING WHITE & CASE'S RETENTION

8. White & Case has extensive expertise in other fields of law that are implicated by these Chapter 11 Cases, including, among others, intellectual property law, corporate law, commercial litigation, banking and finance law, mergers and acquisitions law, and tax law. White & Case's presentation made clear it is the best suited, and most uniquely positioned, to provide legal services to the Committee during these Chapter 11 Cases.

## PROCEDURES ESTABLISHED TO SUPERVISE
## FEES AND EXPENSES AND MANAGE COSTS

9. Throughout these Chapter 11 Cases, the Committee will supervise White & Case's incurred fees and expenses and review White & Case's monthly invoices and applications for payment of fees and reimbursement of expenses. The Committee understands and consents to the fact that White & Case historically increases its hourly billing rates for its professionals and paraprofessionals on a yearly basis.

10. White & Case has informed me that it will work closely with other professionals that may be retained by the Committee, taking whatever steps are necessary and appropriate to avoid any unnecessary duplication of effort with such other professionals.

11. Nothing contained herein is intended to limit White & Case's ability to request allowance and payment of fees and expenses pursuant to sections 330 and 331 of the Bankruptcy Code, to restrict White & Case's right to defend any objection raised to the allowance or payment of such fees, nor to restrict the Committee's right to retain conflicts counsel to prosecute any such fee objection to the extent it is not resolved informally by the parties or raised by another party in interest, such as the United States Trustee.

12. Based on the above, I am of the opinion that it is necessary to employ White & Case and that such employment is in the best interest of the Committee.

[*Remainder of page intentionally blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 20, 2023
       Coshocton, Ohio

Respectfully submitted,

/s/ *Joshua Wiley*
Joshua Wiley, solely in his capacity as representative of the Committee and not in his personal capacity

5