**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 18, 2023 at 2:00 p.m. (ET)** |
| | **Obj. Deadline: October 4, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS OF AMYRIS, INC., *ET AL.*, FOR ENTRY**
**OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF POTTER ANDERSON & CORROON LLP AS DELAWARE**
**COUNSEL, EFFECTIVE AS OF AUGUST 28, 2023**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Application of the Official Committee of Unsecured Creditors of Amyris, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel, Effective as of August 28, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **October 4, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the undersigned proposed attorneys for the Committee.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Thomas M. Horan at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **October 18, 2023 at 2:00 p.m. (ET)**.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email: gpesce@whitecase.com<br>aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: john.ramirez@whitecase.com<br>andrea.kropp@whitecase.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |