IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos.: 19, 54, and 322**<br><br>**Hearing Date: October 4, 2023 at 10:00 A.M. (ET)** |

**NOTICE OF AMENDMENT NO. 2 TO THE SENIOR SECURED SUPER PRIORITY DEBTOR IN POSSESSION LOAN AGREEMENT**

**PLEASE TAKE NOTICE** that on August 10, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 19] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a copy of the *Senior Secured Super Priority Debtor in Possession Loan Agreement dated as of August 9, 2023* (the "DIP Credit Agreement") was filed with the Court on August 10, 2023, at Docket No. 40-1.[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that on August 11, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 54], and on September 19, 2023, the Court entered the *Second Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 323].

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed a *Notice of Amendment No. 1 to the Senior Secured Super Priority Debtor in Possession Loan Agreement* with the Court on September 13, 2023, at Docket No. 263.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered *Amendment No. 2 to Senior Secured Super Priority Debtor in Possession Loan Agreement* (the "Amendment No. 2"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the final relief requested in the Motion will be held before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **October 4, 2023, at 10:00 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated: September 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>          dgrassgreen@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jrosell@pszjlaw.com<br>          sgolden@pszjlaw.com<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |