**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 334** |

**NOTICE OF FILING OF REVISED ORDER
REGARDING APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION
AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER
PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a), EFFECTIVE AS OF SEPTEMBER
1, 2023 AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS**

The undersigned proposed counsel hereby certifies as follows:

1. On September 20, 2023, the undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(A) and 1103(A), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [D.I. 334] (the "Application"), including a proposed form of order (the "Proposed Order").

2. Objections or responses to the Application are required to be filed with the Court on or before October 4, 2023, at 4:00 p.m. (ET).

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3. The Committee received informal comments to the Application from the United States Trustee (the "U.S. Trustee").  The Committee resolved the U.S. Trustee's comments through the filing of the *First Supplemental Declaration of Leon Szlezinger in Support of the Application if the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) Effective as of September 1, 2023 and (II) Waiving Certain Time-Keeping Requirements* (the "Supplemental Declaration"), filed contemporaneously herewith, and through certain revisions to the Proposed Order.

4. A revised form of order incorporating the U.S. Trustee's comments is attached hereto as **Exhibit A** (the "Revised Order").  A blackline of the Revised Order against the Proposed Order is attached hereto as **Exhibit B**.

5. Counsel to the U.S. Trustee has confirmed that the U.S. Trustee's informal comments have been resolved through the filing of the Supplemental Declaration and the Revised Order.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 30, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>        kmorales@potteranderson.com<br>        srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450.<br>Email: gpesce@whitecase.com<br>        aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: john.ramirez@whitecase.com<br>        andrea.kropp@whitecase.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |