**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON OCTOBER 4, 2023 AT 10:00 A.M. (ET)**

The above captioned debtors and debtors in possession (the "Debtors") submit this witness and exhibit list for the hearing scheduled for **October 4, 2023 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

**WITNESSES**

The Debtors designate the following persons as witnesses who may be called at the Hearing.

1. Han Kieftenbeld, Interim Chief Executive Officer and Chief Financial Officer, Amyris, Inc.

2. Theodore F. Martens.

3. Oksana Wright, VP, Head of Compliance and Litigation, Amyris, Inc. (Rebuttal).

The Debtors also cross-designate all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

DOCS_DE:239365.1 68700/001

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. | Bates No. |
|---|---|---|---|
| 1. | 2018.06.29 Loan and Security Agreement | 171-B[2] | AMYRIS-DIP001997 |
| 2. | 2018.06.29 Promissory Note | | AMYRIS-DIP002157 |
| 3. | 2018.06.29 GACP UCC-1 No. 2018 4480998 | | AMYRIS-DIP002402 |
| 4. | 2018.08.24 Amendment No 1 to Loan Agreement | | AMYRIS-DIP002159 |
| 5. | 2018.11.14 Amendment No. 2 to Loan Agreement | | AMYRIS-DIP002166 |
| 6. | 2018.12.14 Amendment No 3 to Loan Agreement | | AMYRIS-DIP002172 |
| 7. | 2019.04.04 Amendment No 4 to Loan Agreement | | AMYRIS-DIP002182 |
| 8. | 2019.04.08 Amyris-Foris Credit Agreement | | AMYRIS-DIP002408 |
| 9. | 2019.04.08 Amyris-Foris Note | | AMYRIS-DIP002421 |
| 10. | 2019.04.15 Assignment | | AMYRIS-DIP002191 |
| 11. | 2019.04.15 GACP-Amyris Loan Purchase Agreement | | AMYRIS-DIP002426 |
| 12. | 2019.04.17 UCC Amendment No. 2019 2678519 | | |
| 13. | 2019.06.11 Amyris-Foris Note | | AMYRIS-DIP002476 |
| 14. | 2019.07.10 Foris Promissory Note | | AMYRIS-DIP002481 |
| 15. | 2019.07.26 Foris Promissory Note | | AMYRIS-DIP002486 |
| 16. | 2019.08.14 Foris Amended Note | | AMYRIS-DIP002197 |
| 17. | 2019.08.14 Foris LSA Amendment No 5 | | AMYRIS-DIP002199 |
| 18. | 2019.08.28 Amyris-Foris Credit Agreement | | AMYRIS-DIP002491 |
| 19. | 2019.08.28 Amyris-Foris Promissory Note | | AMYRIS-DIP002504 |
| 20. | 2019.10.10 LSA Amendment No 6 | | AMYRIS-DIP002220 |

---

[2] Previously admitted on 09.14.23, Docket No. 272, Ex. 2.

| Exhibit No. | Document Description | Docket No. | Bates No. |
|---|---|---|---|
| 21. | 2019.10.11 Foris Note | | AMYRIS-DIP002511 |
| 22. | 2019.10.11 Common Stock Warrant | | AMYRIS-DIP002834 |
| 23. | 2019.10.29 Foris AR LSA | | AMYRIS-DIP002232 |
| 24. | 2019.11.21 DE UCC Amendment No. 2019 6821769 | | AMYRIS-DIP002513 |
| 25. | 2019.11.21 UCC Amendment No. 2019 8268067 | | AMYRIS-DIP004011 |
| 26. | 2019.11.27 Secured Term Promissory Note | | AMYRIS-DIP002515 |
| 27. | 2019.11.27 Common Stock Warrant | | AMYRIS-DIP002850 |
| 28. | 2019.12.20 Forbearance Agreement (December 2019) | | AMYRIS-DIP002639 |
| 29. | 2020.01.31 Foris Warrant Exercise and Debt Equitization Agreement | | AMYRIS-DIP002348 |
| 30. | 2020.02.27 Foris Forbearance Agreement (February 2020) | | AMYRIS-DIP002650 |
| 31. | 2020.03.11 Amyris Foris Waiver (March 2020) | | AMYRIS-DIP002662 |
| 32. | 2020.05.06 Amyris Foris Waiver (April 2020) | | AMYRIS-DIP002671 |
| 33. | 2020.05.06 Amyris Foris Waiver (May 2020) | | AMYRIS-DIP002679 |
| 34. | 2020.06.01 Amendment N.1 to AR Foris LSA | | AMYRIS-DIP002330 |
| 35. | 2020.08.08 Amyris Foris Waiver | | AMYRIS-DIP002688 |
| 36. | 2020.11.05 Amyris Foris Waiver (November 2020) | | AMYRIS-DIP002693 |
| 37. | 2020.12.31 Exercise Notices | | AMYRIS-DIP002870 |
| 38. | 2021.03.04 Amyris Foris Waiver and Consent | | AMYRIS-DIP002699 |
| 39. | 2021.04.30 Amyris Foris Waiver and Consent | | |
| 40. | 2021.11.06 Amyris Foris Waiver Consent and Notice | | AMYRIS-DIP002755 |
| 41. | 2021.11.09 Foris LSA Amendment | | AMYRIS-DIP002593 |
| 42. | 2022.09.27 Amyris Foris Waiver and Consent | | |
| 43. | 2022.06.29 Foris LSA Amendment | | AMYRIS-DIP002341 |
| 44. | 2023.03.10 Amyris Foris Waiver and Consent | | |
| 45. | FAS Update Dated June 30, 2009 | | |

| Exhibit No. | Document Description | Docket No. | Bates No. |
|---|---|---|---|
| 46. | 2019.03.18 Research Collaboration and License Agreement | 171-A[3] | AMYRIS-DIP002357 |
| 47. | 2019.05.02 Lavvan - Security Agreement | | AMYRIS-DIP002450 |
| 48. | 2019.05.02  Assignment Agreement | | AMYRIS-DIP002539 |
| 49. | 2019.05.09 Lavvan UCC-1 No. 2019 3209363 | | AMYRIS-DIP002471 |
| 50. | 2019.05.02 Lavvan - Subordination Agreement | 211-A[4] | AMYRIS-DIP002463 |
| 51. | 2019.05.02 Officer's Certificate dated May 2, 2019 | | AMYRIS-DIP002525 |
| 52. | 2023.05.25  UCC Amendment No. 2023 2411693 | | |
| 53. | 2019.05.02 Consent and Waiver | | AMYRIS-DIP002531 |
| 54. | 8-K filed on August 20, 2019 | | AMYRIS-DIP002949 |
| 55. | 8-K filed on October 16, 2019 | | AMYRIS-DIP003020 |
| 56. | 8-K filed on November 1, 2019 | | AMYRIS-DIP003024 |
| 57. | 8-K filed on December 2, 2019 | | AMYRIS-DIP003168 |
| 58. | 8-K filed on February 06, 2020 | | AMYRIS-DIP003172 |
| 59. | 8-K filed on June 4, 2020 | | AMYRIS-DIP003212 |
| 60. | 8-K filed on July 1, 2022 | | AMYRIS-DIP004013 |
| 61. | 10-Q filed on August 10, 2020 | | AMYRIS-DIP003301 |
| 62. | 8-K filed on November 20, 2019 | | |
| 63. | 10-K FYE 12.31.20 filed on March 5, 2021 | | AMYRIS-DIP003438 |
| 64. | 10-K FYE 12.31.22 filed on March 16, 2023 | | AMYRIS-DIP004014 |
| 65. | 10-K FYE 12.31.21 filed on March 9, 2022 | | |
| 66. | January 31 2019 Accounting File Memorandum | | AMYRIS-DIP003983 |
| 67. | 2019.10.10 Amyris, Inc. Valuation of Foris LSA as of October 19, 2019 Summary USD in Actual | | AMYRIS-DIP002828 |
| 68. | April 2020 Accounting File Memorandum | | AMYRIS-DIP003953 |

---

[3] Previously admitted on 09.14.23, Docket No. 272, Ex. 1.
[4] Previously admitted on 09.14.23, Docket No. 272, Ex. 3.

| Exhibit No. | Document Description | Docket No. | Bates No. |
|---|---|---|---|
| 69. | 2020.01.31 Summary of Terms | | AMYRIS-DIP002868 |
| 70. | AR Foris LSA Balances Timeline Demonstrative | | |
| 71. | Expert Report of Theodore F. Martens dated September 22, 2023 | | |
| 72. | Martens Report EX A – Curriculum Vitae | | |
| 73. | Martens Report EX B - Foris LSA Principal Balance O/S | | |
| 74. | Martens Report EX C – Documents Considered | | |
| 75. | Expert Rebuttal Report of Michael Gaul, CTP, CFE dated September 26, 2023 | | |
| 76. | Final Search Terms | | |
| 77. | 2023.09.20 Email from K. Matevish | | |
| 78. | 2023.09.20 Wright/Chin Email | | |
| 79. | 2023.09.19 Fattaruso Document Request | | |
| 80. | 2023.09.20 Kornfeld Response to Fattaruso | | |
| 81. | 2023.09.21 Fattaruso Reply to Kornfeld | | |

The Debtors also cross designate all exhibits designated by any other party in connection with the Hearing, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: October 2, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Alan J. Kornfeld (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>akornfeld@pszjlaw.com<br>joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |