## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | |

## LAVVAN, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR OCTOBER 4, 2023 AT 10:00 A.M. (ET)

Lavvan, Inc. ("**Lavvan**") respectfully files this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing to be held on October 4, 2023 at 10:00 a.m. (ET) (the "**Hearing**") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

Lavvan reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate).

### WITNESSES

Please take notice that Lavvan identifies the following witnesses it may call at the hearing to be held on October 4, 2023:

1. Any witness necessary to authenticate any exhibits.

2. Any witness necessary to provide rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3. Any witness called by any other party participating in the October 4, 2023 hearing.

4. Michael Gaul, as rebuttal expert.

Lavvan reserves all rights, including the right to amend or supplement its witness list as needed and in accordance with the Local Rules, as well as its right to object to evidence or testimony offered by any party.

## **EXHIBITS**[2]

| Ex. No. | Description | Docket No. or Production No. (if available) |
|---|---|---|
| 1. | Redacted version of that certain *Research, Collaboration and License Agreement*, dated as of March 18, 2019. | D.I. 171-A |
| 2. | That certain *Security Agreement*, dated as of May 2, 2019. | D.I. 171-B |
| 3. | That certain *UCC Financing Statement*, dated May 9, 2019. | D.I. 171-C |
| 4. | That certain email sent by the International Chamber of Commerce International Court of Arbitration, dated August 11, 2023. | D.I. 171-D |
| 5. | That certain *Subordination Agreement*, dated May 2, 2019. | D.I. 211-A |
| 6. | That certain Form 10-K filed by Amyris, Inc., for the fiscal year ended December 31, 2020. | N/A |
| 7. | That certain *Consent and Waiver*, dated May 2, 2019. | D.I. 402-A |
| 8. | That certain *Model Form Intercreditor Agreement* prepared by the Intercreditor Agreement Task Force. | D.I. 402-B |
| 9. | That certain *Amendment No 1 to Amended and Restated Loan and Security Agreement*, dated June 1, 2022. | D.I. 402-C |
| 10. | That certain *Loan and Security Agreement*, dated June 29, 2018. | D.I. 402-D |
| 11. | That certain *Amended and Restated Loan and Security Agreement*, dated October 28, 2019. | D.I. 402-E |
| 12. | That certain *Loan Purchase Agreement*, dated April 15, 2019, by which the Foris Lenders acquired the LSA from GACP Finance Co., LLC. | AMYRIS-DIP002426 |
| 13. | That certain *UCC Financing Statement Amendment*, dated April 17, 2019. | AMYRIS-DIP002449 |

---

[2] Certain documents may be confidential and, if so, will be offered, if at all, under seal or in redacted form.

| 14. | That certain *UCC Financing Statement Amendment*, dated June 5, 2019. | AMYRIS-DIP002474 |
|-----|------------------------------------------------------------------------|------------------|
| 15. | That certain *Amendment No 5 to Loan Agreement and Waiver*, dated August 14, 2019. | AMYRIS-DIP002199 |
| 16. | That certain *UCC Financing Statement Amendment*, dated September 17, 2019. | AMYRIS-DIP002509 |
| 17. | That certain *Amendment No 6 to Loan Agreement*, dated October 10, 2019. | AMYRIS-DIP002220 |
| 18. | That certain *Amended and Restated Loan and Security Agreement*, dated October 28, 2019. | AMYRIS-DIP002232 |
| 19. | That certain *UCC Financing Statement Amendment*, dated November 21, 2019. | AMYRIS-DIP004011 |
| 20. | That certain *Warrant Exercise and Debt Equitization Agreement*, dated January 31, 2020. | AMYRIS-DIP002348 |
| 21. | That certain *UCC Financing Statement Amendment*, dated April 1, 2021. | AMYRIS-DIP002517 |
| 22. | That certain *Amendment to Amended and Restated Loan and Security Agreement*, dated November 9, 2021. | AMYRIS-DIP002593 |
| 23. | That certain *Amendment No 1 to Amended and Restated Loan and Security Agreement*, dated June 1, 2022. | AMYRIS-DIP002330 |
| 24. | That certain *Amendment to Amended and Restated Loan and Security Agreement*, dated June 30, 2022. | AMYRIS-DIP002341 |
| 25. | That certain *UCC Financing Statement Amendment*, dated December 13, 2022. | AMYRIS-DIP002519 |
| 26. | That certain *UCC Financing Statement Amendment*, dated May 25, 2023. | AMYRIS-DIP002523 |
| 27. | That certain Form 8-K filed by Amyris, Inc. on April 5, 2021. | N/A |
| 28. | That certain Schedule 14(a) Proxy Statement filed by Amyris, Inc. on July 6, 2020. | N/A |
| 29. | That certain *Expert Rebuttal Report of Michael Gaul, CTP, CFE*, dated September 26, 2023. | N/A |
| 30. | That certain Form 8-K filed by Amyris, Inc. on September 4, 2019. | N/A |
| 31. | That certain Form 8-K filed by Amyris, Inc. on August 20, 2019. | AMYRIS-DIP002949 |
| 32. | That certain *Accounting File Memorandum*, dated January 31, 2019. | AMYRIS-DIP003983 |
| 33. | Those certain *Minutes of a Regular Meeting of the Audit Committee of Amyris, Inc.* dated October 22, 2019. | AMYRIS-DIP000332 |
| 34. | That certain *Credit Agreement*, dated April 8, 2019. | AMYRIS-DIP002408 |
| 35. | That certain *Promissory Note* issued April 8, 2019. | AMYRIS-DIP002421 |
| 36. | That certain Form 8-K filed by Amyris, Inc. on April 11, 2019. | AMYRIS-DIP003936 |

| 37. | That certain Form 8-K filed by Amyris, Inc. on April 17, 2019. | AMYRIS-DIP003933 |
|---|---|---|
| 38. | That certain *Promissory Note* issued June 11, 2019. | AMYRIS-DIP002476 |
| 39. | That certain Form 8-K filed by Amyris, Inc. on June 17, 2019. | AMYRIS-DIP003941 |
| 40. | That certain Form 8-K filed by Amyris, Inc. on July 15, 2019. | AMYRIS-DIP003945 |
| 41. | That certain *Promissory Note* issued July 10, 2019. | AMYRIS-DIP002481 |
| 42. | That certain *Promissory Note* issued July 26, 2019. | AMYRIS-DIP002486 |
| 43. | That certain Form 8-K filed by Amyris, Inc. on August 1, 2019. | AMYRIS-DIP003949 |
| 44. | That certain Form 8-K filed by Amyris, Inc. on August 20, 2019. | AMYRIS-DIP002949 |
| 45. | That certain *Loan and Security Agreement*, dated June 29, 2018. | AMYRIS-DIP001997 |
| 46. | That certain Form 8-K filed by Amyris, Inc. on July 2, 2018. | AMYRIS-DIP002895 |
| 47. | That certain Form 8-K filed by Amyris, Inc. on April 10, 2019. | AMYRIS-DIP003930 |
| 48. | That certain *Credit Agreement* dated August 28, 2019. | AMYRIS-DIP002491 |
| 49. | That certain *Promissory Note* issued August 28, 2019. | AMYRIS-DIP002504 |
| 50. | That certain *Common Stock Purchase Warrant* issued October 11, 2019. | AMYRIS-DIP002850 |
| 51. | That certain Form 8-K filed by Amyris, Inc. on October 16, 2019. | AMYRIS-DIP003020 |
| 52. | That certain *Accounting File Memorandum*, dated November, 2019. | AMYRIS-DIP002809 |
| 53. | That certain Excel file titled *After Expensing Fees to Lenders* created on January 28, 2020. | AMYRIS-DIP002807 |
| 54. | That certain *Secured Term Promissory Note*, dated November 27, 2019. | AMYRIS-DIP002515 |
| 55. | That certain Form 8-K filed by Amyris, Inc. on December 2, 2019. | AMYRIS-DIP003168 |
| 56. | That certain *Common Stock Purchase Warrant*, issued on November 27, 2019. | AMYRIS-DIP002834 |
| 57. | That certain Form 8-K filed by Amyris, Inc. on February 6, 2020. | AMYRIS-DIP003172 |
| 58. | That certain *Accounting File Memorandum*, dated April, 2020. | AMYRIS-DIP003953 |

RLF1 29714818v.4

Dated: October 2, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Russell C. Silberglied*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:    collins@rlf.com
          silberglied@rlf.com
          mathews@rlf.com

-and-

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone:  (646) 844-2466
Email:    jcyrulnik@cf-llp.com
          pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*

RLF1 29714818v.4