**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION TO QUASH
LAVVAN INC.'S NOTICE OF DEPOSITION OF JOHN DOERR**

Upon the motion (the "Motion")[2] for entry of an order (this "Order") quashing in its entry the *Notice of Deposition of John Doerr* [D.I. 367], noticed for October 3, 2023 (the "Deposition Notice"); and the Court having considered the Motion and any objections thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Quash has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

ACTIVE/125140077

2

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The *Notice of Deposition of John Doerr* [Docket No. 367], noticed for October 3, 2023, is quashed in its entirety.

3. Movants are hereby authorized to take such actions as may be necessary to implement the relief granted by this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.