**Exhibit B**

**Deposition Notice**

ACTIVE/125140077

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF DEPOSITION OF JOHN DOERR

PLEASE TAKE NOTICE THAT, Lavvan Inc., pursuant to Federal Rule of Civil Procedure 30, made applicable by Fed. R. Bankr. Proc. 7030 and 9014, will take the deposition by oral examination of John Doerr in connection with the final hearing on the Debtors' motion for DIP Financing (Dkt. 19).  The Deposition will take place on Tuesday, October 3, 2023, at 9:00 a.m. (Eastern Time) via Zoom or other remote platform, or at such other time and place as may be agreed to by Mr. Doerr and the undersigned counsel, and will continue from day to day until completed. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths and will be recorded by stenographic, video, and audio means. The scope of the examination will be the issues identified to be presented at the Continued Hearing pursuant to the Court's September 19 Scheduling Order (Dkt. 323). This deposition may be used for all purposes to the extent authorized by applicable law.

[*Remainder of Page Intentionally Left Blank*]

RLF1 29691927v.1

Dated: September 26, 2023

Respectfully submitted,

*/s/ Russell C. Silberglied*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: silberglied@rlf.com
mathews@rlf.com

**-and-**

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone: (646) 844-2466
Email: jcyrulnik@cf-llp.com
pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*