IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 367, 417, and 418** |

**NOTICE OF HEARING ON MOTION TO QUASH LAVVAN INC.'S
<u>NOTICE OF DEPOSITION OF JOHN DOERR</u>**

    **PLEASE TAKE NOTICE** that, on October 2, 2023, Euagore, LLC, as DIP Lender and DIP Agent, the Foris Prepetition Secured Lenders,[2] and John Doerr (collectively, the "<u>Movants</u>"), filed the *Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr* [D.I. 417] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"), seeking to quash the *Notice of Deposition of John Doerr* [D.I. 367].

    **PLEASE TAKE NOTICE** that, on October 2, 2023, the above-captioned debtors and debtors-in-possession filed the *Debtors' Joinder to Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr* [D.I. 418] in support of the Motion.

    **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **October 3, 2023 at 9:30 a.m. (ET)** before The Honorable Thomas M. Horan in the Bankruptcy Court (the "<u>Hearing</u>"). The Hearing will be conducted via Zoom. All participants who wish to attend the Hearing must register in advance using the link below:

    https://debuscourts.zoomgov.com/meeting/register/vJItcuCrrz4jEvgu0TX0aj990rbadcunGHs

*[Signature Page Follows]*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The Foris Prepetition Secured Lenders include Foris Ventures, LLC, Perrara Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC.

Dated: October 2, 2023
Wilmington, Delaware

*/s/ David M. Fournier*
David M. Fournier (DE No. 2812)
Kenneth A. Listwak (DE No. 6300)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail:   david.fournier@troutman.com
             ken.listwak@troutman.com

-and-

Michael H. Goldstein (admitted *pro hac vice*)
Alexander J. Nicas (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Email:   mgoldstein@goodwinlaw.com
             anicas@goodwinlaw.com
             dhoehne@goodwinlaw.com
             askorostensky@goodwinlaw.com

*Counsel to Movants*