IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> AMYRIS, INC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-11131 (TMH) <br><br> (Jointly Administered) |

Hearing Date: **October 18, 2023 at 2:00 p.m. (ET)**
Objection Deadline: **October 11, 2023 at 4:00 p.m. (ET)**

## NOTICE OF MOTION

TO: (a) the U.S. Trustee, (b) Pachulski Stang Ziehl & Jones LLP, as counsel for the Debtors, (c) White & Case LLP, as counsel for the Creditors Committee, (d) DSM, (e) Latham & Watkins, as counsel to DSM, and (f) to the extent not listed herein, those parties that have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on October 4, 2023, Givaudan SA (together with its direct and indirect subsidiaries, "Givaudan") filed the *Motion of Givaudan SA Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to entry of the relief requested in the Motion must be filed with the Court and served on the below counsel to Givaudan so as to be received **no later than October 11, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **October 18, 2023 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

|  |  |
|---|---|
| Dated: October 4, 2023<br>Wilmington, Delaware | **CROSS & SIMON, LLC**<br><br>*/s/ Kevin S. Mann*<br>Christopher P. Simon (No. 3697)<br>Kevin Mann (No. 4576)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Tel:   (302) 777-4200<br>csimon@crosslaw.com<br>kmann@crosslaw.com<br><br>            - and -<br><br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>Aidan Synnott (*pro hac vice* admission pending)<br>John T. Weber (*pro hac vice* admission pending)<br>Lara Luo (*pro hac vice* admission pending)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:   (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: asynnott@paulweiss.com<br>         jweber@paulweiss.com<br>         lluo@paulweiss.com<br><br>            - and -<br><br>**NIXON PEABODY LLP**<br>Richard C. Pedone (*pro hac vice* admission pending)<br>53 State Street<br>Boston, MA 02109<br>Tel:   (617) 345-1305<br>Fax:   (866) 947-1890<br>Email: rpedone@nixonpeabody.com<br><br>            - and-<br><br>Christopher J. Fong (*pro hac vice* admission pending)<br>Tower 46, 55 West 46th Street<br>New York, New York 10036-4120<br>Tel:   (212) 940-3724<br>Fax:   (855) 900-8613<br>Email: cfong@nixonpeabody.com<br><br>*Co-Counsel to Givaudan* |