# EXHIBIT A

**License and Drawing Rights Agreement**

*[Filed under Seal]*

## **EXHIBIT B**

**Demand Letter**

*[Filed under Seal]*

## **EXHIBIT C**

**Demand Letter Response**

*[Filed under Seal]*

# **EXHIBIT D**

**IP Licenses and Agreements**

## IP Licenses and Agreements

| Agreement | Date | Current Parties | Attached to Motion as |
|---|---|---|---|
| License and Drawing Rights Agreement | March 31, 2021 | Amyris, Inc. DSM Nutritional Products Ltd. | Exhibit A |
| Escrow Agreement | August 22, 2013 | Amyris, Inc. Firmenich SA SciSafe, Inc. | Exhibit F |
| Amendment #1 to the Escrow Agreement | December 23, 2016 | Amyris Inc. Firmenich SA SciSafe Inc. | Exhibit G |
| Strain Escrow Agreement | September 28, 2018 | Amyris, Inc. Givaudan International, SA SciSafe Inc. | Exhibit H |

## **EXHIBIT E**

███████████████

*[Filed under Seal]*

## **EXHIBIT F**

**SciSafe Escrow Agreement**

*[Filed under Seal]*

# **EXHIBIT G**

**SciSafe Escrow Amendment**

*[Filed under Seal]*

**EXHIBIT H**

**Givaudan Escrow Agreement**

*[Filed under Seal]*