# EXHIBIT A

# KTBS Law LLP

1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Telephone:
Facsimile: (310) 407-9090

Taxpayer I.D. No. 95-4744518

Amyris, Inc., et al.
Attn:  M. Freddie Reiss
5885 Hollis Street, Suite 100
Emeryville, CA  94608

September 6, 2023
Bill No. 20848

For Services Rendered Through 08/31/2023

In Reference To:  Amyris, Inc., et al.
File No.:            2483 - 0000

Professional Services

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Case Administration | | |
| 08/11/2023 | DAF | Confer with M. Tuchin re case background and scope of investigation | 0.70 | $1,155.00 |
| 08/11/2023 | MLT | Confer with D. Fidler re case background and scope of investigation | 0.70 | $1,326.50 |
| 08/12/2023 | MLT | Exchange e-mail correspondence with D. Stern re investigation | 0.10 | No Charge |
| 08/14/2023 | SDP | Prepare pro hac vice motion for D. Stern | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare pro hac vice motion for S. Kidder | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare notice of appearance | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare pro hac vice motion for N. Maoz | 0.10 | $59.50 |
| 08/14/2023 | SMK | Brief review and comment on pro hac vice motions and notice of appearance | 0.20 | No Charge |
| | | Case Administration | 2.10 | $2,719.50 |
| | | Meetings of and Communications with Debtors' Professionals | | |
| 08/14/2023 | DMS | Email S. Fleming re PWC investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Email exchanges with A. Kornfeld re areas for investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Call with A. Kornfeld re investigation and document hold | 0.70 | $1,326.50 |
| 08/14/2023 | DMS | Email D. Choi re data room | 0.10 | $189.50 |
| 08/14/2023 | DMS | Revise litigation hold letter | 0.20 | $379.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 2 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| <td colspan="5">Meetings of and Communications with Debtors' Professionals</td> | | | | |
| 08/14/2023 | NM | Call with D. Stern, S. Kidder, and A. Kornfeld re background and scope of investigation | 0.70 | $612.50 |
| 08/14/2023 | SMK | Call with A. Kornfeld, D. Stern, and N. Maoz re background and scope of investigation | 0.70 | $906.50 |
| 08/14/2023 | SMK | Draft litigation hold letter to A. Kornfeld | 0.50 | $647.50 |
| 08/14/2023 | SMK | Email A. Kornfeld re access to data room | 0.10 | $129.50 |
| 08/15/2023 | DMS | Exchange emails with S. Fleming re investigation | 0.20 | $379.00 |
| 08/16/2023 | DMS | Email A. Kornfeld re completeness of data room | 0.20 | $379.00 |
| 08/17/2023 | DMS | Call with S. Fleming, S. Kidder and N. Maoz re board action and inaction | 1.30 | $2,463.50 |
| 08/17/2023 | DMS | Email A. Kornfeld re access to Boardvantage portal (board materials) | 0.20 | $379.00 |
| 08/17/2023 | DMS | Email D. Grassgreen re communication to board of litigation hold | 0.20 | $379.00 |
| 08/17/2023 | NM | Telephone conference with D. Stern, S. Kidder, S. Fleming re case background | 1.30 | $1,137.50 |
| 08/17/2023 | NM | Draft summary of conference call with S. Fleming | 0.80 | $700.00 |
| 08/17/2023 | SMK | Call with S. Fleming, D. Stern, and N. Maoz re investigation of Debtors | 1.30 | $1,683.50 |
| 08/23/2023 | SMK | Email S. Fleming re investigation questions and call re same | 0.20 | $259.00 |
| 08/23/2023 | SMK | Email D, Choi and A. Kornfeld re supplemental document request | 0.10 | $129.50 |
| 08/26/2023 | SMK | Exchange emails with S. Fleming re coordination of further calls concerning investigation of directors and officers | 0.20 | $259.00 |
| 08/26/2023 | SMK | Email M. Dicke of Fenwick re coordination of call regarding accounting irregularities | 0.10 | $129.50 |
| 08/26/2023 | SMK | Emails with D. Stern, T. Frei, and N. Maoz re coordination of calls with PwC and Fenwick concerning investigation | 0.10 | $129.50 |
| 08/29/2023 | SMK | Emails with D. Stern and N. Maoz re agenda for call with S. Fleming | 0.10 | $129.50 |
| 08/29/2023 | SMK | Exchange emails with S. Fleming re investigation | 0.10 | $129.50 |
| 08/29/2023 | SMK | Exchange emails with M. Dicke (Fenwick) re call to discuss investigation | 0.20 | $259.00 |

| 2483 | Amyris, Inc., et al. | | | Page 3 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Meetings of and Communications with Debtors' Professionals | | |
| 08/30/2023 | DMS | Zoom call with S. Fleming re problematic transactions | 1.00 | $1,895.00 |
| 08/30/2023 | DMS | Review email from D. Grassgreen re investigation | 0.10 | $189.50 |
| 08/30/2023 | DMS | Draft response to D. Grassgreen and circulate internally | 0.40 | $758.00 |
| 08/30/2023 | DMS | Revise response to D. Grassgreen and exchange emails to obtain client approval | 0.40 | $758.00 |
| 08/30/2023 | DMS | Revise response to D. Grassgreen re investigation and send | 0.30 | $568.50 |
| 08/30/2023 | NM | Videoconference with S. Fleming re transactions pertinent to investigation | 1.00 | $875.00 |
| 08/30/2023 | SMK | Call with S. Fleming, D. Stern, T. Frei, and N. Maoz re transactions pertinent to investigation | 1.00 | $1,295.00 |
| 08/30/2023 | SMK | Analyze and revise draft response to D. Grassgreen re investigation status and timing | 0.20 | $259.00 |
| 08/30/2023 | SMK | Prepare for call with S. Fleming, including review of pertinent transaction documents | 0.80 | $1,036.00 |
| 08/30/2023 | TF | Call with S. Fleming re transactions being reviewed | 1.00 | $1,100.00 |
| | | Meetings of and Communications with Debtors' Professionals | 16.20 | $22,608.00 |
| | | Meetings of and Communications with Independent Director | | |
| 08/11/2023 | DMS | Call with F. Reiss re PwC and follow up | 0.10 | $189.50 |
| 08/12/2023 | DAF | Emails with F. Reiss re KTBS engagement and investigation | 0.20 | $330.00 |
| 08/12/2023 | MLT | Exchange e-mail correspondence with F. Reiss and D. Stern re retention of KTBS | 0.10 | No Charge |
| 08/13/2023 | DMS | Call with F. Reiss and S. Kidder re irregularities and areas for examination | 0.60 | $1,137.00 |
| 08/13/2023 | SMK | Call with D. Stern and F. Reiss re background and scope of engagement | 0.60 | $777.00 |
| 08/16/2023 | SMK | Email F. Reiss re KTBS employment application | 0.10 | $129.50 |
| 08/18/2023 | DMS | Review and edit memo re Fleming call and follow up | 0.70 | $1,326.50 |
| 08/18/2023 | DMS | Final review and editing of memo to F. Reiss re issues to be examined | 0.40 | $758.00 |
| 08/18/2023 | DMS | Email F. Reiss re memo re issues | 0.10 | $189.50 |
| 08/18/2023 | MLT | Analyze memo re interview of Steve Fleming re investigation | 0.20 | $379.00 |

| 2483 | Amyris, Inc., et al. | | | Page 4 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |
| Date | Init | Description | Hours | Amount |

Meetings of and Communications with Independent Director

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/2023 | NM | Review revised memo re S. Fleming call; correspondence re same | 0.30 | $262.50 |
| 08/18/2023 | SMK | Analyze and revise memorandum to F. Reiss re meeting with S. Fleming | 0.90 | $1,165.50 |
| 08/18/2023 | SMK | Analyze emails from F. Reiss re correspondence with board regarding retention of KTBS | 0.10 | $129.50 |
| 08/23/2023 | DMS | Confer with T. Frei, S. Kidder and N. Maoz re agenda for call with F. Reiss | 0.30 | $568.50 |
| 08/23/2023 | DMS | Email F. Reiss re update call | 0.10 | $189.50 |
| 08/23/2023 | DMS | Modify agenda for call with F. Reiss | 0.20 | $379.00 |
| 08/23/2023 | NM | Call with D. Stern, S. Kidder, and T. Frei re agenda outline for information update for F. Reiss | 0.30 | $262.50 |
| 08/23/2023 | NM | Review and revise agenda for information update for F. Reiss | 0.20 | $175.00 |
| 08/23/2023 | SMK | Call with D. Stern, T. Frei, and N. Maoz re agenda for call with F. Reiss | 0.30 | $388.50 |
| 08/23/2023 | SMK | Draft agenda/outline for August 24 call with F. Reiss and incorporate D. Stern and N. Maoz comments re same | 0.40 | $518.00 |
| 08/23/2023 | TF | Call re agenda outline for informational update to F. Reiss | 0.30 | $330.00 |
| 08/24/2023 | DMS | Prepare for meeting with F. Reiss (includes discussions with T. Frei, S. Kidder and N. Maoz) | 0.70 | $1,326.50 |
| 08/24/2023 | DMS | Videoconference with F. Reiss re update on investigations | 0.90 | $1,705.50 |
| 08/24/2023 | MLT | Prepare for meeting with F. Reiss | 0.30 | $568.50 |
| 08/24/2023 | MLT | Videoconference with F. Reiss re update on investigation | 0.90 | $1,705.50 |
| 08/24/2023 | NM | Videoconference with F. Reiss re investigation update | 0.90 | $787.50 |
| 08/24/2023 | NM | Prepare for videoconference with F. Reiss re investigation update | 0.20 | $175.00 |
| 08/24/2023 | SMK | Call with F. Reiss, M. Tuchin, D. Stern, T. Frei, N. Maoz re update on investigation | 0.90 | $1,165.50 |
| 08/24/2023 | SMK | Finalize agenda for call with F. Reiss and circulate to call participants | 0.10 | $129.50 |
| 08/24/2023 | TF | Informational update call with F. Reiss | 0.90 | $990.00 |
| 08/27/2023 | SMK | Email F. Reiss re notice of appointment of creditors' Committee and issues re same | 0.20 | $259.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 5 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Meetings of and Communications with Independent Director | | |
| 08/29/2023 | NM | Review correspondence re status update | 0.10 | $87.50 |
| 08/29/2023 | SMK | Email F. Reiss re Committee retention of professionals | 0.10 | $129.50 |
| 08/30/2023 | NM | Draft memo regarding informal interview of S. Fleming re transactions pertinent to investigation | 0.60 | $525.00 |
| 08/31/2023 | DMS | Review and revise memo re conference with S. Fleming | 0.40 | $758.00 |
| 08/31/2023 | DMS | Review and revise agenda for call with F. Reiss | 0.20 | $379.00 |
| 08/31/2023 | MLT | Analyze agenda and prepare for weekly meeting with F. Reiss | 0.20 | $379.00 |
| 08/31/2023 | MLT | Analyze memo re call with S. Fleming | 0.20 | $379.00 |
| 08/31/2023 | NM | Revise memo re call with S. Fleming | 0.20 | $175.00 |
| 08/31/2023 | SMK | Analyze and revise memorandum to F. Reiss re call with Fleming | 0.30 | $388.50 |
| 08/31/2023 | SMK | Draft agenda for 9/1 call with F. Reiss | 0.20 | $259.00 |
| 08/31/2023 | TF | Review and revise draft memo and agenda | 1.00 | $1,100.00 |
| | Meetings of and Communications with Independent Director | | 16.00 | $22,956.50 |
| | Meetings of and Communications with Other Professionals | | | |
| 08/20/2023 | DMS | Review and respond to email from public security-holder re improprieties | 0.20 | $379.00 |
| 08/20/2023 | NM | Review correspondence from concerned noteholder; correspondence with D. Stern and T. Frei re same | 0.20 | $175.00 |
| 08/30/2023 | MLT | Revise draft response to Paul Hastings re investigation timing | 0.30 | $568.50 |
| 08/30/2023 | NM | Review and revise proposed email correspondence to Paul Hastings | 0.30 | $262.50 |
| 08/30/2023 | TF | Review and revise proposed email correspondence to Paul Hastings | 0.30 | $330.00 |
| | Meetings of and Communications with Other Professionals | | 1.30 | $1,715.00 |
| | Document Discovery and Document Review | | | |
| 08/11/2023 | DMS | Further review background issues and material | 1.00 | $1,895.00 |
| 08/13/2023 | DMS | Draft potential list of documents for investigation | 1.20 | $2,274.00 |
| 08/14/2023 | DMS | Prepare preliminary list of areas for investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Email D. Choi re potential document request | 0.10 | $189.50 |
| 08/14/2023 | DMS | Review further edits to document list | 0.30 | $568.50 |

| 2483 | Amyris, Inc., et al. | | | | Page 6 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| | | Document Discovery and Document Review | | |
| 08/14/2023 | SMK | Analyze and revise document request list to Debtors | 0.40 | $518.00 |
| 08/15/2023 | DMS | Confer with T. Frei, N. Maoz and S. Kidder re investigation of corporate acts, directors and officers (focus on key documents) | 0.40 | $758.00 |
| 08/15/2023 | NM | Discussion re corporate transactions, directors and officers with D. Stern, S. Kidder, and T. Frei | 0.40 | $350.00 |
| 08/15/2023 | SMK | Call with D. Stern, T. Frei, and N. Maoz re investigation of Debtors' transactions, officers, and directors | 0.40 | $518.00 |
| 08/15/2023 | SMK | Analyze data room documents, including insurance policies and board materials | 1.80 | $2,331.00 |
| 08/15/2023 | TF | Discussion re corporate transactions, directors and officers with D. Stern, S. Kidder, and N. Maoz | 0.40 | $440.00 |
| 08/16/2023 | DMS | Initial review of VDR | 1.20 | $2,274.00 |
| 08/16/2023 | DMS | Email team re organized review of VDR | 0.20 | No Charge |
| 08/16/2023 | NM | Preliminary review of securities filings | 1.30 | $1,137.50 |
| 08/16/2023 | SMK | Analyze data room and prepare notes re same | 2.20 | $2,849.00 |
| 08/16/2023 | TF | Review organizational documents in data room and draft summary with list of open items | 4.00 | $4,400.00 |
| 08/16/2023 | TF | Review board materials in data room and draft summary with list of open items | 2.90 | $3,190.00 |
| 08/16/2023 | TF | Review loan documents in data room and draft summary with list of open items | 4.60 | $5,060.00 |
| 08/17/2023 | SMK | Emails with D. Choi re additional document requests | 0.20 | $259.00 |
| 08/17/2023 | SMK | Analyze T. Frei memorandum re corporate governance, board, and loan documents | 0.40 | $518.00 |
| 08/17/2023 | SMK | Analyze litigation-related documents in data room | 0.40 | $518.00 |
| 08/17/2023 | TF | Draft summary of data room review | 1.00 | $1,100.00 |
| 08/18/2023 | DMS | Exchange emails with D. Choi re additional documents for VDR and communication to board re application | 0.20 | $379.00 |
| 08/18/2023 | MLT | Exchange e-mail correspondence with D. Stern re investigation issues | 0.10 | No Charge |
| 08/20/2023 | DMS | Review and annotate PWC May 2023 draft stress test and cost analysis | 1.20 | $2,274.00 |

| 2483 | Amyris, Inc., et al. | | | Page 7 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| <td colspan="5">Document Discovery and Document Review</td> | | | | |
| 08/20/2023 | DMS | Review T. Frei analysis of organizational documents, Delaware law, and PWC report and try to align for inquiry into potentially problematic abdication by Board | 0.60 | $1,137.00 |
| 08/20/2023 | SMK | Analyze board presentation in connection with investigation | 0.40 | $518.00 |
| 08/20/2023 | SMK | Emails with D. Stern, T. Frei, N. Maoz re board presentations and potential issues/follow-up re same | 0.30 | $388.50 |
| 08/20/2023 | TF | Review PwC presentation | 1.10 | $1,210.00 |
| 08/21/2023 | DMS | Further review of corporate documents | 0.40 | $758.00 |
| 08/21/2023 | DMS | Confer with S. Kidder re deep dive into documents as precursor to interviews | 0.40 | No Charge |
| 08/21/2023 | MLT | Analyze initial summary of data room documents | 0.10 | $189.50 |
| 08/21/2023 | NM | Analysis of key transactions and review of transacton documents | 2.70 | $2,362.50 |
| 08/21/2023 | SMK | Analyze documents and correspondence re company's projected vs. actual results, including emails with T. Frei re same | 1.30 | $1,683.50 |
| 08/21/2023 | SMK | Analyze documents and correspondence re company's material transactions, including emails with N. Maoz re same | 1.50 | $1,942.50 |
| 08/21/2023 | SMK | Draft detailed email to D. Stern, T. Frei, and N. Maoz re strategy and next steps in connection with document discovery/review | 0.30 | $388.50 |
| 08/21/2023 | SMK | Detailed review and analysis of 2023 board presentation materials | 1.80 | $2,331.00 |
| 08/21/2023 | TF | Review board materials related to officer authority | 1.00 | $1,100.00 |
| 08/21/2023 | TF | Evaluate board materials and earnings guidance compared against audited financials | 3.40 | $3,740.00 |
| 08/21/2023 | TF | Draft correspondence re financial projections | 0.70 | $770.00 |
| 08/22/2023 | DMS | Review T. Frei analysis of projections and outline how to frame issues in connection with examining directors' discharge of their duty of care | 0.50 | $947.50 |
| 08/22/2023 | DMS | Review and raise questions concerning key transactions and follow up (includes review of memo by N. Maoz) | 1.10 | $2,084.50 |
| 08/22/2023 | NM | Analysis of material transactions; draft summary re same | 4.20 | $3,675.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 8 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Document Discovery and Document Review | | |
| 08/22/2023 | SMK | Emails with D. Stern and T. Frei re review and analysis of corporate/organizational documents | 0.20 | $259.00 |
| 08/22/2023 | SMK | Emails with D. Stern and T. Frei re review and analysis of historical financials and accounting issues | 0.20 | $259.00 |
| 08/22/2023 | SMK | Draft supplemental document request list based on review of data room and call with S. Fleming | 2.40 | $3,108.00 |
| 08/22/2023 | SMK | Analyze securities filings in connection with investigation | 1.30 | $1,683.50 |
| 08/22/2023 | TF | Review summary of key transactions | 0.30 | $330.00 |
| 08/22/2023 | TF | Review board materials and meeting minutes comparing projected to actual financial results | 0.80 | $880.00 |
| 08/23/2023 | DMS | Review memos and materials to bring F. Reiss up to speed | 1.00 | $1,895.00 |
| 08/23/2023 | NM | Review analysis from T. Frei re projections | 0.30 | $262.50 |
| 08/23/2023 | SMK | Further drafting of supplemental document requests, including revisions based on N. Maoz transaction analysis | 0.50 | $647.50 |
| 08/23/2023 | SMK | Emails with D. Stern, T. Frei, and N. Maoz re corporate documents and requests to company re same | 0.20 | $259.00 |
| 08/23/2023 | SMK | Analyze historical litigation-related documents and materials in connection with investigation | 1.20 | $1,554.00 |
| 08/23/2023 | SMK | Analyze and revise N. Maoz memorandum re material transactions | 0.40 | $518.00 |
| 08/23/2023 | TF | Review board materials and meeting minutes comparing projected vs actual financial results; prepare spreadsheet and email summarizing findings | 5.90 | $6,490.00 |
| 08/23/2023 | TF | Review outstanding document requests; revise document request list | 1.20 | $1,320.00 |
| 08/24/2023 | DMS | Review spreadsheet analysis by T. Frei of projected vs. actual results as presented to the Board by J. Melo | 0.40 | $758.00 |
| 08/24/2023 | DMS | Email analysis of spreadsheet on projected vs. actual results | 0.20 | $379.00 |
| 08/24/2023 | MLT | Analyze summary of key transactions | 0.30 | $568.50 |
| 08/24/2023 | SMK | Analyze Debtors' additions to data room in response to supplemental requests | 0.20 | $259.00 |
| 08/24/2023 | SMK | Analyze historical and pending state and federal litigation vs Debtors and directors/officers | 2.30 | $2,978.50 |
| 08/24/2023 | SMK | Analyze board-related materials in data room | 1.50 | $1,942.50 |

| 2483 | Amyris, Inc., et al. | | | Page 9 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| Document Discovery and Document Review | | | | |
| 08/24/2023 | TF | Review additional organizational documents uploaded to data room | 0.20 | $220.00 |
| 08/25/2023 | SMK | Emails with N. Maoz and T. Frei re Debtors' additions to data room | 0.10 | No Charge |
| 08/25/2023 | SMK | Analyze financial/accounting-related documents in data room | 0.80 | $1,036.00 |
| 08/28/2023 | DMS | Review data room contents and missing charters | 0.20 | $379.00 |
| 08/28/2023 | DMS | Review related party transaction with DSM (complement to review by T. Frei) | 0.60 | $1,137.00 |
| 08/28/2023 | SMK | Emails with T. Frei and D. Stern re supplemental requests for corporate/organizational documents | 0.30 | $388.50 |
| 08/28/2023 | SMK | Emails with D. Choi and S. Tan re supplemental requests for corporate/organizational documents | 0.10 | $129.50 |
| 08/28/2023 | TF | Email correspondence re document request list | 0.50 | $550.00 |
| 08/29/2023 | DMS | Review problematic transactions in advance of Zoom call with S. Fleming | 1.40 | $2,653.00 |
| 08/29/2023 | SMK | Exchange emails with T. Frei re requests for supplemental corporate documents | 0.10 | $129.50 |
| 08/29/2023 | SMK | Analyze Bonner litigation allegations and documents related to same | 1.40 | $1,813.00 |
| 08/29/2023 | TF | Review organizational documents for additional debtors and update document request list and corporate governance chart | 1.50 | $1,650.00 |
| 08/30/2023 | NM | Analysis of Givaudan presentation documents | 0.40 | $350.00 |
| 08/30/2023 | SMK | Draft detailed email to D. Stern, T. Frei, and N. Maoz re Bonner derivative action and documents re same | 0.30 | No Charge |
| 08/30/2023 | SMK | Analyze documents provided by S. Fleming as follow-up to our discussion | 0.30 | $388.50 |
| 08/30/2023 | SMK | Analyze documents and board materials re: pertinent prepetition transactions and agreements | 0.70 | $906.50 |
| 08/30/2023 | TF | Review derivative complaint | 0.90 | $990.00 |
| 08/31/2023 | DMS | Review PowerPoint materials used in connection with Givuadan transaction | 0.50 | $947.50 |
| 08/31/2023 | NM | Review derivative action complaint and related order | 0.90 | $787.50 |
| 08/31/2023 | SMK | Analyze documents re pre-bankruptcy transactions | 0.60 | $777.00 |

| 2483 | Amyris, Inc., et al. | | | | Page 10 |
|---|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| | | | Document Discovery and Document Review | 80.90 | $100,989.00 |
|---|---|---|---|---|---|
| | | | Drafting of Report/Summary of Investigation (Includes Legal Research) | | |
| 08/20/2023 | | TF | Draft correspondence re disclosure of inside information and breaches of fiduciary duties and related research | 1.80 | $1,980.00 |
| 08/22/2023 | | TF | Research re exculpatory provisions under DGCL; email correspondence re the same | 0.60 | $660.00 |
| 08/23/2023 | | TF | Research officer fiduciary duty standards and Caremark claims | 1.90 | $2,090.00 |
| 08/24/2023 | | TF | Prepare summary of fiduciary duties and financial matters findings for informational call | 1.60 | $1,760.00 |
| 08/28/2023 | | DMS | Review new decision (In re TransCare - Second Circuit) re fiduciary duty under Delaware law | 0.40 | $758.00 |
| 08/28/2023 | | TF | Research re interested party transactions fiduciary duty standards and review of related board materials; email correspondence re the same | 2.60 | $2,860.00 |
| 08/29/2023 | | SMK | Analyze issues re potential Caremark claims | 1.80 | $2,331.00 |
| | | | Drafting of Report/Summary of Investigation (Includes Legal Research) | 10.70 | $12,439.00 |
| | | | Review of Pleadings Filed in Case | | |
| 08/11/2023 | | SMK | Analyze first-day declaration and first-day motions | 2.30 | $2,978.50 |
| 08/12/2023 | | DAF | Analyze DIP motion and order, other first-day pleadings re matters bearing on investigation | 1.50 | $2,475.00 |
| 08/12/2023 | | MLT | Analyze first-day motions and orders | 1.30 | $2,463.50 |
| 08/14/2023 | | MLT | Analyze notices of hearing | 0.10 | No Charge |
| 08/15/2023 | | TF | Review first day declarations | 1.00 | $1,100.00 |
| 08/21/2023 | | SMK | Analyze petitions filed by affiliated Debtors and first-day declaration, notice of agenda re same | 0.30 | $388.50 |
| 08/23/2023 | | SMK | Analyze order re joint administration of new Debtor cases and first-day orders | 0.10 | $129.50 |
| 08/25/2023 | | SMK | Analyze notice re 341 meeting | 0.10 | No Charge |
| 08/25/2023 | | SMK | Analyze emergency motion to reimburse ad hoc group professionals and request to shorten notice re same | 0.20 | $259.00 |
| 08/27/2023 | | DMS | Review appointment of Creditors' Committee | 0.10 | $189.50 |
| 08/27/2023 | | MLT | Analyze notice of appointment of committee of unsecured creditors; analyze correspondence from S. Kidder and F. Reiss re same | 0.10 | No Charge |

| 2483 | Amyris, Inc., et al. | | | Page 11 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Review of Pleadings Filed in Case** | | |
| 08/31/2023 | DMS | Review stockholder derivative suit and order/opinion sustaining demurrer | 1.60 | $3,032.00 |
| 08/31/2023 | SMK | Analyze Lavvan pleadings re DIP loan and motion for stay relief | 0.30 | $388.50 |
| | | **Review of Pleadings Filed in Case** | 9.00 | $13,404.00 |
| | | **Preparation for Court Hearings** | | |
| 08/17/2023 | MLT | Analyze Debtors' first day hearing presentation | 0.30 | $568.50 |
| 08/18/2023 | MLT | Analyze first day hearing presentation | 0.30 | No Charge |
| | | **Preparation for Court Hearings** | 0.60 | $568.50 |
| | | **Court Attendance** | | |
| 08/11/2023 | DMS | Attend first day hearing via Zoom | 1.50 | $2,842.50 |
| 08/11/2023 | SMK | Attend (via Zoom) first-day hearing | 1.50 | $1,942.50 |
| 08/23/2023 | DMS | Attend first day hearing via Zoom for additional Debtors | 0.20 | $379.00 |
| 08/23/2023 | SMK | Attend (via Zoom) first-day hearing re second wave of Debtors | 0.20 | $259.00 |
| | | **Court Attendance** | 3.40 | $5,423.00 |
| | | **Fee/Employment Applications** | | |
| 08/11/2023 | DMS | Review and edit engagement letter; email to Client | 0.50 | No Charge |
| 08/11/2023 | MLT | Analyze draft retention agreement | 0.30 | No Charge |
| 08/11/2023 | NM | Review conflicts check | 0.70 | No Charge |
| 08/14/2023 | NM | Send correspondence re billing codes | 0.20 | No Charge |
| 08/14/2023 | SDP | Exchange e-mail correspondence with S. Kidder and N. Maoz re billing categories | 0.20 | No Charge |
| 08/14/2023 | SMK | Emails with D. Grassgreen and A. Kornfeld re employment application, conflict parties | 0.20 | No Charge |
| 08/14/2023 | SMK | Prepare KTBS employment application | 0.40 | $518.00 |
| 08/15/2023 | DAF | Confer with M. Tuchin re KTBS employment application | 0.20 | $330.00 |
| 08/15/2023 | MLT | Confer with D. Fidler re KTBS employment application | 0.20 | $379.00 |
| 08/15/2023 | NM | Draft and revise employment application | 1.80 | $1,575.00 |
| 08/15/2023 | SDP | Prepare KTBS employment application and related documents | 2.30 | $1,368.50 |
| 08/15/2023 | SDP | Perform supplemental conflicts check | 0.80 | No Charge |
| 08/15/2023 | SMK | Draft and revise KTBS employment application | 2.40 | $3,108.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 12 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Fee/Employment Applications | | |
| 08/15/2023 | SMK | Exchange emails with J O'Neill (PSZJ) re KTBS employment application | 0.20 | $259.00 |
| 08/16/2023 | DAF | Analyze and prepare comments to KTBS employment application pleadings | 0.90 | $1,485.00 |
| 08/16/2023 | DMS | Review and suggest edits to employment application | 0.80 | $1,516.00 |
| 08/16/2023 | SDP | Revise KTBS employment application | 0.20 | $119.00 |
| 08/16/2023 | SMK | Further revisions to employment application, including incorporation of comments from D. Fidler and D. Stern | 0.40 | $518.00 |
| 08/16/2023 | SMK | Exchange emails with S. Golden and J. O'Neill re finalization and filing of KTBS employment application | 0.20 | $259.00 |
| 08/17/2023 | DMS | Revise disclosures in employment application | 0.20 | $379.00 |
| 08/17/2023 | NM | Exchange correspondence with S. Kidder re employment application | 0.30 | $262.50 |
| 08/17/2023 | SMK | Further revisions to employment application and declaration re same, including emails with M. Tuchin and D. Fidler re conflict parties | 0.30 | $388.50 |
| 08/18/2023 | NM | Exchange correspondence with S. Kidder and S. Pearson re employment application | 0.20 | $175.00 |
| 08/18/2023 | SDP | Exchange correspondence with S. Kidder and N. Maoz re employment application | 0.20 | $119.00 |
| 08/18/2023 | SMK | Finalize KTBS employment application (including incorporation of conflict party edits from J. O'Neill) | 0.70 | $906.50 |
| 08/18/2023 | SMK | Exchange emails with D. Grassgreen, J. O'Neill, and S. Golden re KTBS employment application | 0.30 | $388.50 |
| 08/18/2023 | SMK | Analyze and revise pro hacs and notice of appearance for KTBS attorneys | 0.20 | No Charge |
| 08/24/2023 | NM | Analyze interim compensation motion | 0.20 | $175.00 |
| 08/24/2023 | NM | Confer with J. O'Neil re retention application | 0.10 | $87.50 |
| 08/24/2023 | SDP | Update conflict search list; email with S. Kidder and N. Maoz re same | 0.10 | No Charge |
| 08/24/2023 | SMK | Analyze ad hoc noteholders' Rule 2019 statement in connection with supplemental KTBS employment declaration | 0.10 | $129.50 |
| 08/24/2023 | SMK | Brief review of interim comp procedures motion and email N. Maoz re same | 0.10 | $129.50 |

| 2483 | Amyris, Inc., et al. | | | | Page 13 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | *Fee/Employment Applications* | | |
| 08/24/2023 | SMK | Emails with J. O'Neill re notice and service of KTBS employment application and amended notice re same | 0.30 | $388.50 |
| 08/25/2023 | SMK | Draft supplemental Kidder declaration re KTBS employment application | 0.30 | $388.50 |
| 08/28/2023 | SDP | Revise S. Kidder supplemental declaration in support of KTBS employment | 0.10 | $59.50 |
| 08/28/2023 | SDP | Revise conflicts list | 0.10 | No Charge |
| 08/29/2023 | SMK | Update supplemental Kidder declaration based on additional potentially interested parties | 0.20 | $259.00 |
| 08/30/2023 | SMK | Further revisions to supplemental declaration in support of KTBS employment application | 0.20 | $259.00 |
| 08/31/2023 | DMS | Review and revise first supplemental declaration re employment application | 0.20 | $379.00 |
| 08/31/2023 | SMK | Emails with J O'Neill re supplement to KTBS employment application and Committee comments re employment order | 0.20 | $259.00 |
| | | *Fee/Employment Applications* | 17.50 | $16,567.50 |
| **Professional Services Rendered** | | | 157.70 | $199,390.00 |

**Costs and Disbursements**

*Online research*

| | Pacer - August 2023 | $3.80 |
|---|---|---|
| | | $3.80 |

*Other*

| | Delaware Secretary of State Document Search (Upland1 LLC) | $20.00 |
|---|---|---|
| | Delaware Secretary of State Document Search (Aprinnova, LLC) | $20.00 |
| | Delaware Secretary of State Document Search (Amyris-Olika, LLC) | $20.00 |
| | Delaware Secretary of State Document Search (Onda Beauty, Inc.) | $20.00 |
| | Delaware Secretary of State Document Search (Clean Beauty Collaborative, Inc.) | $20.00 |
| | Delaware Secretary of State Document Search (Clean Beauty 4U Holdings, LLC) | $20.00 |
| | Delaware Secretary of State Document Search (Clean Beauty 4U LLC) | $20.00 |
| | | $140.00 |

**Total Costs and Disbursements**   $143.80

| Total fees and expenses incurred | $199,533.80 |
|---|---|
| Balance Now Due | $199,533.80 |

Case 23-11131-TMH    Doc 467-2    Filed 10/04/23    Page 15 of 16

2483   Amyris, Inc., et al.                                                    Page 14
0000   Amyris, Inc., et al.                                                    Bill #. 20848

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Fidler, David A. | 3.50 | $1,650.00 | $5,775.00 |
| Frei, Tanner | 43.40 | $1,100.00 | $47,740.00 |
| Kidder, Samuel M | 1.10 | $0 | No Charge |
| Kidder, Samuel M | 49.00 | $1,295.00 | $63,455.00 |
| Maoz, Nir | 0.90 | $0 | No Charge |
| Maoz, Nir | 19.90 | $875.00 | $17,412.50 |
| Pearson, Shanda D. | 1.20 | $0 | No Charge |
| Pearson, Shanda D. | 3.20 | $595.00 | $1,904.00 |
| Stern, David M. | 1.10 | $0 | No Charge |
| Stern, David M. | 28.30 | $1,895.00 | $53,628.50 |
| Tuchin, Michael L. | 1.10 | $0 | No Charge |
| Tuchin, Michael L. | 5.00 | $1,895.00 | $9,475.00 |
| | 157.70 | | $199,390.00 |

## Wire Instructions for Payment of Invoice

| | |
|---|---|
| Bank Name: | First Republic Bank |
| Bank Address: | 1888 Century Park East<br>Los Angeles, California 90067<br>Phone: (800) 392-1407 |
| ABA Routing No.: | 321081669 |
| Account No.: | 997-00044763 |
| Account Name: | KTBS Law LLP General Operating Account |

## Remittance To:

KTBS Law LLP
Attention: Accounting Department
1801 Century Park East, 26th Floor
Los Angeles, CA 90067