## Schedule 1

## Potential Parties-in-Interest List

| |
|---|
| 3700 Highway 421 Owner LLC |
| AB Technologies LLC |
| Accell Global Risk Solutions, Inc. |
| Accenture LLP |
| Accessbio LLC |
| ACE American Insurance Company |
| ACI FLORIDA POWER & LIGHT |
| ADL Biopharma |
| Advanced Chemical Transport Inc |
| Agilent Technologies Inc |
| Alabama Department of Revenue |
| Alexander MS, Ralph C. |
| Allog Participacoes, Ltda Attn: Rodrigo Portes, Rua Doutor Pedro Ferreira |
| Allog Transportes Internaciona |
| Allure Labs, Inc. |
| Alvarez, Eduardo |
| AMF Low Carbon, LLC |
| Amyris Bio Products Portugal, Unipessoal, Lda |
| Amyris Biotecnologia do Brasil Ltda |
| Amyris Clean Beauty Latam |
| Amyris Clean Beauty, Inc. |
| Amyris Eco-Fab LLC |
| Amyris Europe Trading B.V. |
| Amyris Fermentacao de Performance Ltda |
| Amyris Fuels, LLC |
| Amyris Purificacao de Performance do Brasil Ltda |
| Amyris Realsweet, LLC |
| Amyris UK Trading Limited |
| Amyris, Inc. |
| Amyris-Olika, LLC |
| Ana Dutra |
| Anesma Group, LLC |
| Anjo Ventures, LLC |
| Ankura |
| AO Representative Expense Fund, LLC |
| Aprinnova, LLC |
| Arnold Ph.D., Frances Hamilton |
| AT&T |
| AT&T Mobility LLC |
| AT&T U-verse(SM) |
| Austrade Inc. |

| |
|---|
| Avalara, Inc. |
| BaM Productions, Inc. v. Amyris Clean Beauty, Inc. |
| Bank of the West |
| Barclays |
| Beauty Labs International Limited |
| Benjamin Hackman |
| Berma LLC DBA NoGood |
| bin Khalifa Al Thani, Sheikh Abdullah |
| Bio Base Europe Pilot Plant |
| Blanch Ph.D., Harvey W. |
| Blank Rome LLP |
| Bohlmann Ph.D., Jorg |
| Boisseau, Philippe |
| Braidwell Partners Master Fund LP |
| Brunswick County Public Utilities |
| Brunswick County Revenue Dept. |
| California Department of Tax |
| Caliope Realty Associateees LLC |
| Capsum Inc. |
| CFGI Holdings, LLC |
| Chief Judge Laurie Selber Silverstein |
| Chodosh Realty Services, Inc |
| Christine Green |
| Chua Ph.D., Nam-Hai |
| Cigna HealthCare |
| City of Emeryville |
| Clark & Elbing LLP |
| Clean Beauty 4U Holdings, LLC |
| Clean Beauty 4U LLC |
| Clean Beauty Collaborative, Inc. |
| CloudWyze |
| Colliers International |
| Colorado Quality Products, LLC |
| ConEdison |
| Context Capital Management, LLC |
| Continental Real Estate Companies |
| Cosan U.S. Inc. Attn: Lineu Paulo Moran Filho |
| Cosan US LLC |
| Cosmetix West |
| Cowen & Company LLC |
| CPCneutek |
| CPI Hospitality LLC |
| Crown Properties |
| D. E. Shaw Valence Portfolios, L.L.C. |
| DB Ventures Limited |

| |
|---|
| DB Ventures Ltd. |
| DC Treasurer |
| de Castro Reinach Ph.D., Fernando |
| de Oliveira Diniz, Paulo Sergio |
| DEA |
| Delaware Secretary of State |
| Deloitte Consulting, LLP |
| Deloitte Tax LLP |
| Department of Agriculture |
| Design District Development Pa |
| Design District Development Partners LLC |
| Design District ERFR LLC & RFR Holding LLC |
| Diane Giordano |
| Dion Wynn |
| DIPA Co., LLC |
| Disruptional Ltd. and Vest Beauty Labs LP v. Amyris, Inc. |
| DLD Asset Management |
| DLD Asset Management |
| Dreyer CPA, Elizabeth E. |
| DSM Finance B.V. |
| DSM Nutritional Products Ltd |
| DSM USA |
| Duane Ventures |
| Duff & Phelps LLC |
| Duke Energy |
| East Bay Municipal Utility District |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. |
| Ecofab, LLC |
| ECS Axcess Point LLC |
| Edith A. Serrano |
| Emerystation Triangle, LLC |
| EPA |
| Epic W12 LLC |
| Epic W12 LLC |
| ES East, LLC |
| ES East, LLC |
| Everest Indemnity Insurance Company |
| Evonik Corporation |
| Facebook, Inc. |
| FDA |
| Federal Insurance Company |
| Fenical, William H. |
| Fenwick & West LLP |
| First Digital Communications, LLC |
| Fish & Richardson P.C. |

| |
|---|
| Flowing Water Creek, LLC |
| Folio3 Software Inc |
| Foris Ventures, LLC |
| Frank Kung |
| Fusion Packaging, LLC |
| Garratt-Callahan Company |
| Geoffrey Duyk |
| Georgiadis, Mary Margaret-Hastings |
| GFL Environmental - Company |
| Gibson, Dunn & Crutcher LLP |
| Global Retirement Partners, LLC |
| Global4PL Supply Chain Services |
| Goodwin Procter LLP |
| Goppelsroeder, Christoph G. |
| Hanft Ideas LLC |
| Hannah M. McCollum |
| Hanson Bridgett LLP |
| Hearst Magazine Media |
| Hearst Magazine Media, Inc., Attn: Nathaniel Boyer, The Hearst Corporation |
| Heathcock Ph.D., Clayton H. |
| Hiscox |
| HMRC Birmingham Stamp Office |
| Hollis R&D Associates |
| Holly Dice |
| HSBC |
| Hughes, Anthony |
| Hulst & Handler LLP |
| IN RE AMYRIS, INC. Stockholder Derivative Litigation (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) |
| Interfaces Industria e Comercio de Cosmeticos Ltda |
| Internal Revenue Service Center |
| J.P. Morgan SE |
| James R. O'Malley |
| Jane Leamy |
| Jasmina Samardzic v. Amyris, Inc. |
| Jim McCann |
| John Doerr |
| Joseph Cudia |
| Joseph McMahon |
| JPMorgan Chase Bank, N.A. |
| Judge Ashely M. Chan |
| Judge Brendan L. Shannon |
| Judge Craig T. Goldblatt |
| Judge J. Kate Stickles |
| Judge John T. Dorsey |

| |
|---|
| Judge Karen B. Owens |
| Judge Mary F. Walrath |
| Judge Thomas M. Horan |
| Julie Washington |
| Juliet Sarkessian |
| JVN Entertainment INC |
| Kaufman Friedman Plotnicki & Grun, LLP |
| Keasling Ph.D., Jay D. |
| Keith Jordan Bronsdon v. Amyris, Inc. |
| Kelsey, Nicole |
| Kieftenbeld, Hermanus |
| Klee Tuchin Bogdanoff & Stern LLP |
| Lachtman Cohen P.C |
| Larringa Sisters LLC |
| Latham & Watkins |
| Lauren Attix |
| Lavvan Inc. v. Amyris, Inc. |
| Lavvan, Inc. |
| Lazard Asset Management LLC |
| Levinson, Arthur D. |
| Linda Casey |
| Linda Richenderfer |
| Linde Gas & Equipment Inc. |
| Linden Advisors LP |
| Lisa Qi |
| Little Bear Studios |
| Little Bear Studios v. Amyris Clean Beauty et al. |
| M Freddie Reiss |
| M&M Sanitation Corporation |
| Macias Gini & O'Connell LLP |
| Martin Ph.D., Vincent |
| Mass Construction Corporation |
| McDermott Will & Emery LLP |
| Melo, John G. |
| MG Empower Limited |
| Michael Herrinton |
| Microsoft Corporation |
| Muirisc, LLC |
| MuteSix, LLC |
| NB Ventures, Inc. |
| NC Division of Waste Management |
| NCDOR |
| Nest-Filler USA |
| New York State Corporation Tax |
| Newman, Jack D. |

| |
|---|
| Nikko Chemicals Co Ltd |
| Nippon Surfactant Industries Co., Ltd (Nissa) |
| North Carolina Dept of Revenue |
| North Carolina Secretary of State |
| Northwest Comsmetics Labs |
| Novvi LLC |
| Nyanquoi Jones |
| NYC Department of Finance |
| Oak Plaza Associates (DEL), LLC |
| Oklahoma Tax Commission - Franchise |
| Olshan Frome Wolosky LLP |
| Onda Beauty Inc. |
| Oppenheimer & Co. Inc. |
| Ostrach J.D., Michael S. |
| Outfront Media |
| Pachulski Stang Ziehl & Jones LLP |
| Pacific Gas and Electric Company |
| Palm Beach Holdings 3940, LLC |
| Park Wynwood, LLC |
| Park Wynwood, LLC v. Amyris, Inc. |
| Park Wynwood, LLC., c/o Brick & Timber, LLC Attn: Glenn Gilmore |
| Patrick Yang |
| Paul Hastings |
| Paxio Inc |
| PerkinElmer Informatics Inc. |
| Perpetua Labs, Inc. |
| Perrara Ventures, LLC |
| Petty Cash Inc |
| Phil Gund, Chief Restructuring Officer |
| Philip Eykerman |
| Pichette, Patrick |
| Piedmont Natural Gas |
| Pinheironeto Advogados |
| Pinterest, Inc |
| Piwnica LLM, Carole Callebaut |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc |
| PMG Worldwide, LLC |
| Potter Anderson & Corroon LLP |
| Potter Anderson & Corroon LLP, Attn: Christopher M. Samis, Katelin A. Morales, Sameen Rizvi |
| PwC |
| Quiet Logistics, Inc. |
| Rakuten Advertising |
| Reid Architecture PLLC v. Amyris, Inc. |
| Reiling, Kinkead Kinkead |

| |
|---|
| Renfield Manufacturing LLC |
| Renninger Ph.D., Neil |
| Richard Schepacarter |
| Rosa Sierra-Fox |
| Roth v. Foris Ventures, LLC et al. |
| RR Donnelley & Sons Company |
| Ryan Panchadsaram |
| Sartorius Stedim North America |
| Sartorius Stedim North America, Inc., Attn: Matthew Lessler |
| Schottenfeld Management Corp. |
| Shakima L. Dortch |
| Shartsis Friese LLP |
| Shearman & Sterling LLP |
| Shipman & Goodwin LLP |
| Silverback Asset Management, LLC |
| Soares Portela, Mario Neutel |
| Squire Patton Boggs |
| State of California Franchise Tax Board |
| State of New Jersey |
| Steven Mills |
| Stewart Ward & Josephson LLP |
| Stretto |
| Strukmyer, LLC v. Amyris Clean Beauty, Inc. |
| TargetCW |
| TDC National Assurance Company |
| Texas Comptroller of Public Accts |
| The Commonwealth of Massachusetts |
| Timothy J. Fox, Jr. |
| Todd Shemarya Artists, Inc. |
| Total Amyris Biosolutions BV |
| Travelers |
| TriStar Capital LLC |
| Troutman Pepper Hamilton Sanders LLP |
| U.S. Bank National Association, as Trustee for Convertible Notes |
| U.S. Bank National Association, as Trustee for Convertible Notes |
| U.S. Bank Trust Company, National Association as Trustee, Attn: Justin Shearer |
| Underwriters at Lloyd's London |
| United States Small Business Admin |
| United States Treasury |
| Upland 1 LLC |
| US Bank |
| US Environmental Protection Agency |
| US Waste Industries, Inc. |
| Valiasek, Kathleen |
| Velem LLC v. Amyris Clean Beauty, Inc. |

| |
|---|
| Verizon Wireless |
| Walmart Inc |
| Waste Management of Alameda County |
| Weisman, Brodie, Starr & Margolies, P.A. |
| White & Case LLP |
| Wiley Companies |
| Wiley Companies Attn: Joshua Willey |
| Wilkins Media, LLC v. Amyris, Inc. |
| Williams, R. Neil |
| Winters Bros Waste Systems |
| Wisconsin BioProducts |
| Wolverine Flagship Fund Trading Limited |
| Workday, Inc. |
| World Wide Technology, LLC |
| Wyoming Department of Revenue |
| Ziegelman et al. v. Amyris, Inc. |