## Schedule 2

## Potential Parties-in-Interest with Connections

Potential parties-in-interest or their affiliates for whom Deloitte Tax LLP or its affiliates, or certain non-U.S. member firms of Deloitte Touche Tohmatsu Limited, has provided or is currently providing services in matters unrelated to these Chapter 11 Cases, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| AB Technologies LLC |
| Accenture LLP |
| Accessbio LLC |
| ACE American Insurance Company |
| ACI FLORIDA POWER & LIGHT |
| ADL Biopharma |
| Agilent Technologies Inc |
| Alabama Department of Revenue |
| AMF Low Carbon, LLC |
| Amyris Bio Products Portugal, Unipessoal, Lda |
| Amyris Biotecnologia do Brasil Ltda |
| Amyris Clean Beauty Latam |
| Amyris Clean Beauty, Inc. |
| Amyris Eco-Fab LLC |
| Amyris Europe Trading B.V. |
| Amyris Fermentacao de Performance Ltda |
| Amyris Fuels, LLC |
| Amyris Purificacao de Performance do Brasil Ltda |
| Amyris Realsweet, LLC |
| Amyris UK Trading Limited |
| Amyris, Inc. |
| Amyris-Olika, LLC |
| Ankura |
| AT&T |
| AT&T Mobility LLC |
| AT&T U-verse(SM) |
| Avalara, Inc. |
| Bank of the West |
| Barclays |
| bin Khalifa Al Thani, Sheikh Abdullah |
| Blank Rome LLP |
| California Department of Tax |
| CFGI Holdings, LLC |
| Cigna HealthCare |

| |
|---|
| Clean Beauty 4U Holdings, LLC |
| Clean Beauty 4U LLC |
| Clean Beauty Collaborative, Inc. |
| Colliers International |
| Colorado Quality Products, LLC |
| ConEdison |
| Continental Real Estate Companies |
| Cosan U.S. Inc. Attn: Lineu Paulo Moran Filho |
| Cowen & Company LLC |
| D. E. Shaw Valence Portfolios, L.L.C. |
| DB Ventures Ltd. |
| DC Treasurer |
| DEA |
| Delaware Secretary of State |
| Deloitte Consulting, LLP |
| Deloitte Tax LLP |
| Department of Agriculture |
| Design District ERFR LLC & RFR Holding LLC |
| DIPA Co., LLC |
| Dreyer CPA, Elizabeth E. |
| DSM Finance B.V. |
| DSM Nutritional Products Ltd |
| DSM USA |
| Duff & Phelps LLC |
| Duke Energy |
| Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. |
| Ecofab, LLC |
| Everest Indemnity Insurance Company |
| Evonik Corporation |
| Facebook, Inc. |
| FDA |
| Federal Insurance Company |
| Fenwick & West LLP |
| Fish & Richardson P.C. |
| Foris Ventures, LLC |
| GFL Environmental - Company |
| Gibson, Dunn & Crutcher LLP |
| Global Retirement Partners, LLC |
| Goodwin Procter LLP |
| Hearst Magazine Media |
| Hearst Magazine Media, Inc., Attn: Nathaniel Boyer, The Hearst Corporation |
| Hiscox |
| HMRC Birmingham Stamp Office |

| |
|---|
| HSBC |
| Interfaces Industria e Comercio de Cosmeticos Ltda |
| Internal Revenue Service Center |
| J.P. Morgan SE |
| JPMorgan Chase Bank, N.A. |
| Keasling Ph.D., Jay D. |
| Latham & Watkins |
| Lazard Asset Management LLC |
| Linde Gas & Equipment Inc. |
| Linden Advisors LP |
| McDermott Will & Emery LLP |
| MG Empower Limited |
| Microsoft Corporation |
| MuteSix, LLC |
| NB Ventures, Inc. |
| NC Division of Waste Management |
| New York State Corporation Tax |
| North Carolina Dept of Revenue |
| North Carolina Secretary of State |
| Northwest Comsmetics Labs |
| Novvi LLC |
| NYC Department of Finance |
| Oklahoma Tax Commission - Franchise |
| Olshan Frome Wolosky LLP |
| Onda Beauty Inc. |
| Oppenheimer & Co. Inc. |
| Outfront Media |
| Pachulski Stang Ziehl & Jones LLP |
| Pacific Gas and Electric Company |
| Patrick Yang |
| Paul Hastings |
| PerkinElmer Informatics Inc. |
| Piedmont Natural Gas |
| Pinterest, Inc |
| PMG Worldwide LLC v. Amyris Clean Beauty, Inc |
| PMG Worldwide, LLC |
| Potter Anderson & Corroon LLP |
| Potter Anderson & Corroon LLP, Attn: Christopher M. Samis, Katelin A. Morales, Sameen Rizvi |
| PwC |
| Quiet Logistics, Inc. |
| Rakuten Advertising |
| RR Donnelley & Sons Company |

| |
|---|
| Sartorius Stedim North America |
| Sartorius Stedim North America, Inc., Attn: Matthew Lessler |
| Shartsis Friese LLP |
| Shearman & Sterling LLP |
| Shipman & Goodwin LLP |
| Squire Patton Boggs |
| State of California Franchise Tax Board |
| State of New Jersey |
| Stretto |
| TargetCW |
| Texas Comptroller of Public Accts |
| The Commonwealth of Massachusetts |
| Total Amyris Biosolutions BV |
| Travelers |
| Troutman Pepper Hamilton Sanders LLP |
| U.S. Bank National Association, as Trustee for Convertible Notes |
| U.S. Bank Trust Company, National Association as Trustee, Attn: Justin Shearer |
| Underwriters at Lloyd's London |
| United States Treasury |
| Upland 1 LLC |
| US Bank |
| US Environmental Protection Agency |
| Verizon Wireless |
| Walmart Inc |
| Waste Management of Alameda County |
| White & Case LLP |
| Wolverine Flagship Fund Trading Limited |
| Workday, Inc. |
| World Wide Technology, LLC |
| Wyoming Department of Revenue |
| Ziegelman et al. v. Amyris, Inc. |