## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | ) ) ) | Case No. 23-11131 (TMH) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) | **Ref. Docket No. 465 & 466** |

### CERTIFICATE OF SERVICE

I, Jorge L. Martinez, hereby certify that, on October 4, 2023, I caused a copy of the *(Sealed) Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [D.I. 465] to be served via electronic mail upon the parties listed on **Exhibit A** attached hereto.

I further certify that, on October 5, 2023, I caused a copy of the *(Redacted) Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [D.I. 466] to be served via first-class mail upon the parties listed on **Exhibit B** attached hereto.

Dated: October 5, 2023         YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Jorge L. Martinez*
Jorge L. Martinez, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of the Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

30100946.1

# **Exhibit A**

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Richard M. Pachulski, Esq.<br>Debra I. Grassgreen, Esq.<br>James E. O'Neill, Esq.<br>Jason H. Rosell, Esq.<br>Steven W. Golden, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>        dgrassgreen@pszjlaw.com<br>        joneill@pszjlaw.com<br>        jrosell@pszjlaw.com<br>        sgolden@pszjlaw.com | **WHITE & CASE LLP**<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>111 South Wacker Drive,<br>Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email: gpesce@whitecase.com<br>        aoneill@whitecase.com<br>-and-<br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>Stephen Ludovici, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: john.ramirez@whitecase.com<br>        andrea.kropp@whitecase.com<br>        stephen.ludovici@whitecase.com |
| **OFFICE OF THE UNITED STATES TRUSTEE**<br><br>John Schanne, Esq.<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>john.schanne@usdoj.gov | **POTTER ANDERSON & CORROON LLP**<br><br>Christopher M. Samis, Esq.<br>Katelin A. Morales, Esq.<br>Sameen Rizvi, Esq.<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>        kmorales@potteranderson.com<br>        srizvi@potteranderson.com |

# **Exhibit B**

30100946.1

| | | |
|---|---|---|
| Ad Hoc Cross-Holder Group<br>c/o Arentfox Schiff LLP<br>Attn: Andrew I. Silfen, Beth M. Brownstein 1300 Avenue of the Americas 42nd Floor<br>New York NY 10000 | Ad Hoc Cross-Holder Group<br>c/o Womble Bond Dickinson (US) LLP<br>Attn: Matthew P. Ward, Ericka F. Johnson 1313 North Market Street Suite 1200<br>Wilmington DE 19801 | Ad Hoc Cross-Holder Group<br>c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>Attn: Eric J. Silver 150 West Flagler Street Suite 2200<br>Miami FL 33130 |
| Ad Hoc Noteholder Group<br>c/o Paul Hastings LLP<br>Attn: Frank Merola 1999 Avenue of the Stars<br>Los Angeles CA 90067 | Ad Hoc Noteholder Group<br>c/o Paul Hastings LLP<br>Attn: John Storz, Matthew D. Friedric and Caroline Diaz<br>200 Park Avenue<br>New York NY 10166 | AD Hoc Noteholder Group<br>c/o Blank Rome LLP<br>Attn: Stanley B. Tarr and Lawrence R. Thomas III 1201 N. Market Street Suite 800<br>Wilmington DE 19801 |
| Allog Participacoes, Ltda<br>Attn: Rodrigo Portes<br>Rua Doutor Pedro Ferreira 333 A5 SL503<br>CItajal SC 88301<br>Brazil | Andrew E. Roth<br>c/o deLeeuw Law LLC<br>Attn: P. Bradford deLeeuw 1301 Walnut Green Road<br>Wilmington DE 19807 | Anesma Group, LLC<br>1180 San Carlos Avenue, #717<br>San Carlos CA 94070 |
| Anesma Group, LLC<br>c/o Goodwin Procter LLP<br>3 Embarcadero Center 28th floor<br>San Francisco CA 94111 | Anjo Ventures, LLC<br>c/o Goodwin Procter LLP<br>3 Embarcadero Center 28th floor<br>San Francisco CA 94111 | Anjo Ventures, LLC<br>1180 San Carlos Avenue #717<br>San Carlos CA 94070 |
| ANVISA<br>5402 Sia Trecho 5 Área Especial 57<br>Brasilia Federal District 70000-000<br>Brazil | BEIJING JIANXUN MEDICAL SCIENCE & TECHNOLOGY<br>Bei Jing Shi<br>Tong Zhou Qu  101100<br>China | BIORIUS<br>Shelton Street<br>London  71WC2H 9JQ<br>United Kingdom |
| BIORIUS<br>Avenue Leonard de Vinci 14<br>Wavre  1300<br>Belgium | C T Corporation System, as Representative<br>Attn: SPRS 330 N Brand Blvd, Suite 700<br>Glendale CA 91203 | Cosan U.S. Inc.<br>Attn: Lineu Paulo Moran Filho<br>2711 Centerville Road Ste 400<br>New Castle DE 19808 |
| Crestmark Equipment Finance, Inc.<br>40950 Woodward Avenue, Suite 201<br>Bloomfield Hills MI 48304 | Crestmark Equipment Finance, Inc.<br>5480 Corporate Drive Ste 350<br>Troy MI 48098 | CTNBIO<br>South Police Sector - SPO, Area 5, Block 3 Block B, Ground Floor. Room T-08<br>Brasilia Federal District 70610-200<br>Brazil |
| Data Sales Co., Inc.<br>3450 W. Burnsville Parkway<br>Burnsville MN 55337 | DE Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne PA 19087 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover DE 19904 |
| Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington DC 20250 | Drug Enforcement Administration<br>8701 Morrissette Drive<br>Springfield VA 22152 | DSM Finance B.V.<br>Attn: Michael Wahl and Vivian Huang<br>HET Overloon 1<br>Heerlen NL 6411TE<br>Netherlands |
| DSM Finance B.V.<br>c/o Latham & Watkins LLP<br>330 North Wabash Avenue Suite 3800<br>Chicago IL 60611 | DSM-Firmenich AG<br>c/o Latham & Watkins LLP<br>Attn: James Ktsanes 330 North Wabash Avenue, Suite 2800<br>Chicago IL 60611 | DSM-Firmenich AG<br>c/o Latham & Watkins LLP<br>Attn: Jonathan J. Weichselbaum 1271 Avenue of the Americas<br>New York NY 10020 |

| | | |
|---|---|---|
| DSM-Firmenich AG<br>c/o Young Conaway Stargatt & Taylor, LLP<br>Attn: Andrew L. Magaziner 1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | DTS<br>U 5 2 Pittwin Rd<br>North Capalaba Queensland 4157<br>Australia | ECHA<br>P.O. Box 400<br>Helsinki FI-00121<br>Finland |
| EFSA<br>Via Carlo Magno 1A<br>Parma 43126<br>Italy | Employment Development Department<br>PO Box 826880<br>Sacramento CA 94280 | Environment Canada<br>105 Mcgill St 4th Fl<br>Montreal QC H2Y 2E7<br>Canada |
| Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington DC 20460 | Eplus Technology, Inc.<br>13595 Dulles Technology Drive<br>Herndon VA 20171 | Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring MD 20993 |
| Food Science Solutions<br>28 Geneva Ave<br>Toronto ON M5A 2J8<br>Canada | Foris Prepetition Secured Lenders and the DIP Secured Parties<br>c/o Goodwin Procter LLP<br>Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky<br>620 Eighth Avenue The New York Times Building<br>New York NY 10018 | Foris Prepetition Secured Lenders and the DIP Secured Parties<br>c/o Troutman Pepper Hamilton Sanders LLP<br>Attn: David M. Fournier and Kenneth A. Listwalk<br>Hercules Plaza, Suite 5100 1313 N. Market Street, PO Box 1709<br>Wilmington DE 19899-1709 |
| Foris Ventures, LLC<br>1180 San Carlos Avenue #717<br>San Carlos CA 94070 | Foris Ventures, LLC<br>c/o Goodwin Procter LLP<br>3 Embarcadero Center 28th floor<br>San Francisco CA 94111 | Foris Ventures, Llc, as Agent<br>751 Laurel Street, #717<br>San Carlos CA 94070 |
| Francisco Costa and FCIP HoldCo LLC<br>c/o Lewis Brisbois Bisgaard & Smith LLP<br>Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz<br>500 Delaware Avenue Suite 700<br>Wilmington DE 19801 | GACP Finance Co., LLC, as Agent<br>11100 Santa Monica Blvd. Suite 800<br>Los Angeles CA 90025 | Harris County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 |
| Health Canada<br>Address Locator 1801B<br>Ottawa ON K1A 0K9<br>Canada | Hearst Magazine Media, Inc.<br>Attn: Nathaniel Boyer<br>300 W. 57th Street<br>New York NY 10019 | Hilldun Corporation<br>36 E. 31st Street – 12th Floor<br>New York NY 10016 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | INTERTEK<br>Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St No 4012<br>Shenzhen Guangdong 518100<br>China | INTERTEK<br>33 Cavendish Sq<br>London Essex W1G 0PS<br>UK |
| INTERTEK<br>200 Westlake Park Blvd Ste 400<br>Houston TX 77079 | Klein LLC<br>Attn: Julia B. Klein<br>225 West 14th Street Suite 100<br>Wilmington DE 19801 | Knoell Shanghai<br>No. 567 Langao Road Room 805, Tower B, Central Towers<br>Putuo Shanghai 200333<br>China |
| Lavvan, Inc.<br>434 West 33rd Street<br>New York NY 10001 | Lavvan, Inc.<br>c/o Cyrulnik Fattaruso LLP<br>Attn: Jason Cyrulnik and Paul Fattaruso<br>55 Broadway, Third Floor<br>New York NY 10006 | Lavvan, Inc.<br>c/o Richards, Layton & Finger, P.A<br>Attn: Russell C. Silberglied<br>920 North King Street<br>Wilmington DE 19801 |

| | | |
|---|---|---|
| M. Freddie Reiss<br>c/o KTBS Law LLP<br>Attn: David M. Stern and Samuel M. Kidder<br>1801 Century Park East 26th Floor<br>Los Angeles CA 90067 | Muirisc, LLC<br>1180 San Carlos Avenue #717<br>San Carlos CA 94070 | Muirisc, LLC<br>c/o Goodwin Procter LLP<br>3 Embarcadero Center 28th floor<br>San Francisco CA 94111 |
| NAXYRIS S.A.<br>40 BOULEVARD JOSEPH II<br>LUXEMBOURG LU L1840<br>Luxembourg | Nikko Chemicals Co., Ltd.<br>1-4-8, Nihonbashi-bakurocho, Chuo-Ku<br>Tokyo  1030002<br>Japan | NTT Data Americas, Inc.<br>c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway Suite 320<br>Austin TX 78746 |
| OBELIS<br>Sandford Gate, East Point Business Park<br>Oxford  OX4 6LB<br>UK | OBELIS<br>Boulevard Brand Whitlock 30<br>Brussels  1200<br>Belgium | Office of the United States Attorney for the District of Delaware<br>c/o U.S. Attorney's Office<br>Hercules Building 1313 N Market Street<br>Wilmington DE 19801 |
| Office of the United States Trustee for the District of Delaware<br>U. S. Department of Justice<br>Attn: John Henry Schanne, II<br>844 King Street, Suite 2207 Lockbox #35<br>Wilmington DE 19801 | Official Committee of Unsecured Creditors<br>c/o White and Case LLP<br>Attn: Gregory F. Pesce<br>111 South Wacker Drive Suite 5100<br>Chicago IL 60606 | Official Committee of Unsecured Creditors<br>c/o Potter Anderson & Corroon LLP<br>Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi<br>1313 North Market Street 6th Floor<br>Wilmington DE 19801 |
| Official Committee of Unsecured Creditors<br>c/o White & Case LLP<br>Attn: John Ramirez,  Stephen E. Ludovici and Andrea Kropp<br>1221 Avenue of the Americas<br>New York NY 10020 | Oracle America, Inc.<br>c/o Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>425 Market Street Suite 2900<br>San Francisco CA 94105-3493 | Palm Beach Holdings 3940 LLC<br>c/o Charles E. Boulbol, P.C.<br>Attn: Charles E. Boulbol<br>26 Broadway 17th Floor<br>New York NY 10004 |
| PEAK, LLC, AS REPRESENTATIVE<br>170 WEST SHIRLEY AVENUE, SUITE 207<br>WARRENTON VA 20186 | PENMAN CONSULTING BVBA<br>Avenue des Arts 10<br>Brussels  1210<br>Belgium | PENMAN CONSULTING LIMITED<br>Grove Business Park, Aspect House, Wayland Avenue<br>Wantage   OX12 9FF<br>UK |
| PERRARA VENTURES, LLC<br>Attn: Barbara Hager<br>1180 SAN CARLOS AVE., #717<br>SAN CARLOS CA 94070 | Perrara Ventures, LLC<br>Attention: Jon Novotny<br>Goodwin Procter LLP<br>3 Embarcadero Center 28th floor<br>San Francisco CA 94111 | REGULATORY CONCEPTS<br>9-7 Anella Ave<br>Castle Hill New South Wales 2154<br>Australia |
| Sartorius Stedim North America, Inc.<br>Attn: Matthew Lessler<br>565 Johnson Ave<br>Bohemia NY 11746 | SCHOTTENFELD OPPORTUNITIES FUND II, L.P.<br>600 3rd Ave Fl 10<br>New York NY 10016-1923 | Secretary of State<br>Division of Corporations<br>Franchise Tax P.O. Box 898<br>Dover DE 19903 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington DC 20549 | Securities and Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director Brookfield Place<br>200 Vesey Street,<br>Suite 400<br>New York NY 10281-1022 | Securities and Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director 100 Pearl Street<br>Ste 20-100<br>New York NY 10004-2616 |
| Sephora USA, Inc.<br>c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>Attn: Nathan Q. Rugg, Alexander F. Berk 200 West Madison Street Suite 3900<br>Chicago IL 60606 | THE ROBERTS CONTAINER CORPORATION<br>9131 OAKDALE AVE, SUITE 110<br>CHATSWORTH CA 91311 | Thermo Fisher Scientific Inc.<br>c/o Tucker Arensberg, P.C.<br>Attn: Beverly Weiss Manne and Maribeth Thomas<br>1500 One PPG Place<br>Pittsburgh PA 15222 |

| | | |
|---|---|---|
| Thermo Fisher Scientific Inc.<br>Attn: Adam Hiller<br>300 Delaware Avenue Suite 210, #227<br>Wilmington DE 19801 | TSG<br>175 Nugget Court, Unit 6-8<br>Brampton ON L6T 5H4<br>Canada | U.S. Bank National Association, as Trustee for Convertible Notes<br>Attn: B. Scarbrough (Amyris Convertible Senior Notes due 2026)<br>633 West Fifth Street, 24th Floor<br>Los Angeles CA 90071 |
| U.S. Bank National Association, as Trustee for Convertible Notes<br>Attn: Justin L. Shearer<br>100 Wall St Ste 600<br>New York NY 10005 | U.S. Bank National Association, as Trustee for Convertible Notes<br>Attn: Jennifer Wall<br>190 S La Salle St<br>Chicago IL 60603 | U.S. Bank Trust Company, National Association, as Trustee<br>c/o Greenberg Traurig, LLP<br>Attn: Anthony W. Clark and Dennis A. Meloro<br>222 Delaware Avenue Suite 1600<br>Wilmington DE 19801 |
| U.S. Bank Trust Company, National Association, as Trustee<br>c/o Greenberg Traurig, LLP<br>Attn: Michael B. Fisco and Eric J. Howe<br>90 South 7th Street Ste 3500<br>Minneapolis MN 55402 | United States Attorney's Office for the District of Delaware<br>Attn: David C. Weiss<br>c/o/ Ellen Slights<br>1007 Orange Street, Suite 700 P.O. Box 2046<br>Wilmington DE 19899-2046 | Universidade Católica Portuguesa<br>c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>Attn: Wayne H. Davis, Haylie Gordon<br>900 Third Avenue<br>New York NY 10022 |
| Varilease Finance, Inc.<br>6340 South 3000 East, Suite 400<br>Salt Lake City UT 84121 | VFI KR SPE I LLC<br>2800 EAST COTTONWOOD PARKWAY, 2ND FLR<br>SALT LAKE CITY UT 84121 | Waste Management<br>c/o Monzack Mersky and Browder, P.A.<br>Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 |
| Wells Fargo Bank, N.A.<br>800 Walnut Street, F0005-044<br>Des Moines IA 50309 | Wiley Companies<br>Attn: Joshua Wiley<br>545 Walnut Steet PO Box 640<br>Coshocton OH 43812 | Wiley Companies<br>c/o Morris James LLP<br>Attn: Carl N. Kunz, III<br>500 Delaware Avenue Suite 1500<br>Wilmington DE 19801 |
| Pahculski Stang Ziehl & Jones LLP<br>Attn: James E. O'Neill, Jason H. Howell and Steven W. Golden<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | | |