IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Oct. 11, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: Oct. 18, 2023 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that DSM Nutritional Products Ltd. and its affiliates (including Firmenich S.A.) (collectively, "DSM-Firmenich"), by and through their undersigned counsel, have filed the attached *Motion of DSM-Firmenich for Entry of an Order Authorizing DSM-Firmenich to File Under Seal Certain Information Contained in the Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **October 11, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to DSM-Firmenich so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **OCTOBER 18, 2023 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

30835492.1

Dated: October 6, 2023
Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

 /s/ *Andrew L. Magaziner*
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  amagaziner@ycst.com

- and -

**LATHAM & WATKINS LLP**

James Ktsanes (admitted *pro hac vice*)
Joseph C. Celentino[2] (admitted *pro hac vice*)
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel:    (312) 876-7700
Email: james.ktsanes@lw.com
          joe.celentino@lw.com

-and-

Jonathan J. Weichselbaum (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Tel:    (212) 906-1200
Email: jon.weichselbaum@lw.com

*Counsel to DSM-Firmenich AG, DSM Nutritional Products Ltd., and Firmenich SA*

---

[2]    Not admitted in Illinois.  Admitted in New York.

30835492.1