## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 18, 2023 at 2:00 p.m. (ET)**<br>**Corrected Objection Deadline: At the Hearing**<br><br>**Ref. D.I. 479** |

## RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on October 6, 2023, DSM Nutritional Products Ltd. and its affiliates (including Firmenich S.A.) (collectively, "DSM-Firmenich"), by and through their undersigned counsel, filed the *Motion of DSM-Firmenich for Entry of an Order Authorizing DSM-Firmenich to File Under Seal Certain Information Contained in the Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [D.I. 479] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **OCTOBER 18, 2023 AT 2:00 P.M. (ET)** (THE "HEARING") BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion must be raised at or prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, are Pegasus Home Fashions, Inc. (0867); Pegasus Home Fashions Intermediate Inc. (3275); Pegasus Home Fashions Purchaser Inc. (2857); and Weatherford Cushion Co. (1078). The Debtors' mailing address for the purposes of these chapter 11 cases is P.O. Box 2019, Ocean, NJ 07712.

| | |
|---|---|
| Dated: October 6, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br> */s/ Andrew L. Magaziner* <br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  amagaziner@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>James Ktsanes (admitted *pro hac vice*)<br>Joseph C. Celentino[2] (admitted *pro hac vice*)<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, Illinois 60611<br>Tel:    (312) 876-7700<br>Email: james.ktsanes@lw.com<br>            joe.celentino@lw.com<br><br>-and-<br><br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel:    (212) 906-1200<br>Email: jon.weichselbaum@lw.com<br><br>*Counsel to DSM-Firmenich AG, DSM Nutritional Products Ltd., and Firmenich SA* |

---

[2]   Not admitted in Illinois.  Admitted in New York.

30843805.2