**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 479 & 488** |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Jorge L. Martinez, hereby certify that on October 6, 2023, I caused a copy of the *Motion of DSM-Firmenich for Entry of an Order Authorizing DSM-Firmenich to File Under Seal Certain Information Contained in the Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [D.I. 479] to be served via first-class mail upon the parties listed on **Exhibit A** attached hereto.

I further certify that, on October 6, 2023, I caused a copy of the *Re-Notice of Motion of DSM-Firmenich for Entry of an Order Authorizing DSM-Firmenich to File Under Seal Certain Information Contained in the Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [D.I. 488] to be served via first-class mail upon the parties listed on **Exhibit A** attached hereto.

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris.  The location of the Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

30100946.1

Dated: October 6, 2023                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          */s/ Jorge L. Martinez*
                                          Jorge L. Martinez, Paralegal
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

30100946.1

# **Exhibit A**

Ad Hoc Cross-Holder Group
c/o Arentfox Schiff LLP
Attn: Andrew I. Silfen, Beth M. Brownstein 1300 Avenue
of the Americas 42nd Floor
New York NY 10000

Ad Hoc Cross-Holder Group
c/o Womble Bond Dickinson (US) LLP
Attn: Matthew P. Ward, Ericka F. Johnson 1313 North
Market Street Suite 1200
Wilmington DE 19801

Ad Hoc Cross-Holder Group
c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson,
P.A.
Attn: Eric J. Silver 150 West Flagler Street Suite 2200
Miami FL 33130

Ad Hoc Noteholder Group
c/o Paul Hastings LLP
Attn: Frank Merola 1999 Avenue of the Stars
Los Angeles CA 90067

Ad Hoc Noteholder Group
c/o Paul Hastings LLP
Attn: John Storz, Matthew D. Friedric and Caroline Diaz
200 Park Avenue
New York NY 10166

AD Hoc Noteholder Group
c/o Blank Rome LLP
Attn: Stanley B. Tarr and Lawrence R. Thomas III 1201
N. Market Street Suite 800
Wilmington DE 19801

Allog Participacoes, Ltda
Attn: Rodrigo Portes
Rua Doutor Pedro Ferreira 333 A5 SL503
CItajal SC 88301
Brazil

Andrew E. Roth
c/o deLeeuw Law LLC
Attn: P. Bradford deLeeuw 1301 Walnut Green Road
Wilmington DE 19807

Anesma Group, LLC
1180 San Carlos Avenue, #717
San Carlos CA 94070

Anesma Group, LLC
c/o Goodwin Procter LLP
3 Embarcadero Center 28th floor
San Francisco CA 94111

Anjo Ventures, LLC
c/o Goodwin Procter LLP
3 Embarcadero Center 28th floor
San Francisco CA 94111

Anjo Ventures, LLC
1180 San Carlos Avenue #717
San Carlos CA 94070

ANVISA
5402 Sia Trecho 5 Área Especial 57
Brasilia Federal District 70000-000
Brazil

BEIJING JIANXUN MEDICAL SCIENCE &
TECHNOLOGY
Bei Jing Shi
Tong Zhou Qu  101100
China

BIORIUS
Shelton Street
London  71WC2H 9JQ
United Kingdom

BIORIUS
Avenue Leonard de Vinci 14
Wavre  1300
Belgium

C T Corporation System, as Representative
Attn: SPRS 330 N Brand Blvd, Suite 700
Glendale CA 91203

Cosan U.S. Inc.
Attn: Lineu Paulo Moran Filho
2711 Centerville Road Ste 400
New Castle DE 19808

Crestmark Equipment Finance, Inc.
40950 Woodward Avenue, Suite 201
Bloomfield Hills MI 48304

Crestmark Equipment Finance, Inc.
5480 Corporate Drive Ste 350
Troy MI 48098

CTNBIO
South Police Sector - SPO, Area 5, Block 3 Block B,
Ground Floor. Room T-08
Brasilia Federal District 70610-200
Brazil

Data Sales Co., Inc.
3450 W. Burnsville Parkway
Burnsville MN 55337

DE Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne PA 19087

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover DE 19904

Department of Agriculture
1400 Independence Ave., S.W.
Washington DC 20250

Drug Enforcement Administration
8701 Morrissette Drive
Springfield VA 22152

DSM Finance B.V.
Attn: Michael Wahl and Vivian Huang
HET Overloon 1
Heerlen NL 6411TE
Netherlands

DSM Finance B.V.
c/o Latham & Watkins LLP
330 North Wabash Avenue Suite 3800
Chicago IL 60611

DSM-Firmenich AG
c/o Latham & Watkins LLP
Attn: James Ktsanes 330 North Wabash Avenue, Suite
2800
Chicago IL 60611

DSM-Firmenich AG
c/o Latham & Watkins LLP
Attn: Jonathan J. Weichselbaum 1271 Avenue of the
Americas
New York NY 10020

DSM-Firmenich AG
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Andrew L. Magaziner 1000 North King Street
Rodney Square
Wilmington DE 19801

DTS
U 5 2 Pittwin Rd
North Capalaba Queensland 4157
Australia

ECHA
P.O. Box 400
Helsinki FI-00121
Finland

EFSA
Via Carlo Magno 1A
Parma 43126
Italy

Employment Development Department
PO Box 826880
Sacramento CA 94280

Environment Canada
105 Mcgill St 4th Fl
Montreal QC H2Y 2E7
Canada

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington DC 20460

Eplus Technology, Inc.
13595 Dulles Technology Drive
Herndon VA 20171

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring MD 20993

Food Science Solutions
28 Geneva Ave
Toronto ON M5A 2J8
Canada

Foris Prepetition Secured Lenders and the DIP Secured
Parties
c/o Goodwin Procter LLP
Attn: Michael H. Goldstein, Alexander J. Nicas, Artem
Skorostensky
620 Eighth Avenue The New York Times Building
New York NY 10018

Foris Prepetition Secured Lenders and the DIP Secured
Parties
c/o Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier and Kenneth A. Listwalk
Hercules Plaza, Suite 5100 1313 N. Market Street, PO
Box 1709
Wilmington DE 19899-1709

Foris Ventures, LLC
1180 San Carlos Avenue #717
San Carlos CA 94070

Foris Ventures, LLC
c/o Goodwin Procter LLP
3 Embarcadero Center 28th floor
San Francisco CA 94111

Foris Ventures, Llc, as Agent
751 Laurel Street, #717
San Carlos CA 94070

Francisco Costa and FCIP HoldCo LLC
c/o Lewis Brisbois Bisgaard & Smith LLP
Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III,
Rolando A. Diaz
500 Delaware Avenue Suite 700
Wilmington DE 19801

GACP Finance Co., LLC, as Agent
11100 Santa Monica Blvd. Suite 800
Los Angeles CA 90025

Harris County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston TX 77253-3064

Health Canada
Address Locator 1801B
Ottawa ON K1A 0K9
Canada

Hearst Magazine Media, Inc.
Attn: Nathaniel Boyer
300 W. 57th Street
New York NY 10019

Hilldun Corporation
36 E. 31st Street – 12th Floor
New York NY 10016

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

INTERTEK
Longang District No 3 Building Yuanzheng Science &
Technology Park Wuhe Ave North Bantian St No 4012
Shenzhen Guangdong 518100
China

INTERTEK
33 Cavendish Sq
London Essex W1G 0PS
UK

INTERTEK
200 Westlake Park Blvd Ste 400
Houston TX 77079

Klein LLC
Attn: Julia B. Klein
225 West 14th Street Suite 100
Wilmington DE 19801

Knoell Shanghai
No. 567 Langao Road Room 805, Tower B, Central
Towers
Putuo Shanghai 200333
China

Lavvan, Inc.
434 West 33rd Street
New York NY 10001

Lavvan, Inc.
c/o Cyrulnik Fattaruso LLP
Attn: Jason Cyrulnik and Paul Fattaruso
55 Broadway, Third Floor
New York NY 10006

Lavvan, Inc.
c/o Richards, Layton & Finger, P.A
Attn: Russell C. Silberglied
920 North King Street
Wilmington DE 19801

M. Freddie Reiss
c/o KTBS Law LLP
Attn: David M. Stern and Samuel M. Kidder
1801 Century Park East 26th Floor
Los Angeles CA 90067

Muirisc, LLC
1180 San Carlos Avenue #717
San Carlos CA 94070

Muirisc, LLC
c/o Goodwin Procter LLP
3 Embarcadero Center 28th floor
San Francisco CA 94111

NAXYRIS S.A.
40 BOULEVARD JOSEPH II
LUXEMBOURG LU L1840
Luxembourg

Nikko Chemicals Co., Ltd.
1-4-8, Nihonbashi-bakurocho, Chuo-Ku
Tokyo  1030002
Japan

NTT Data Americas, Inc.
c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway Suite 320
Austin TX 78746

OBELIS
Sandford Gate, East Point Business Park
Oxford  OX4 6LB
UK

OBELIS
Boulevard Brand Whitlock 30
Brussels  1200
Belgium

Office of the United States Attorney for the District of
Delaware
c/o U.S. Attorney's Office
Hercules Building 1313 N Market Street
Wilmington DE 19801

Office of the United States Trustee for the District of
Delaware
U. S. Department of Justice
Attn: John Henry Schanne, II
844 King Street, Suite 2207 Lockbox #35
Wilmington DE 19801

Official Committee of Unsecured Creditors
c/o White and Case LLP
Attn: Gregory F. Pesce
111 South Wacker Drive Suite 5100
Chicago IL 60606

Official Committee of Unsecured Creditors
c/o Potter Anderson & Corroon LLP
Attn: Christopher M. Samis, Katelin A. Morales and
Sameen Rizvi
1313 North Market Street 6th Floor
Wilmington DE 19801

Official Committee of Unsecured Creditors
c/o White & Case LLP
Attn: John Ramirez,  Stephen E. Ludovici and Andrea
Kropp
1221 Avenue of the Americas
New York NY 10020

Oracle America, Inc.
c/o Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street Suite 2900
San Francisco CA 94105-3493

Palm Beach Holdings 3940 LLC
c/o Charles E. Boulbol, P.C.
Attn: Charles E. Boulbol
26 Broadway 17th Floor
New York NY 10004

PEAK, LLC, AS REPRESENTATIVE
170 WEST SHIRLEY AVENUE, SUITE 207
WARRENTON VA 20186

PENMAN CONSULTING BVBA
Avenue des Arts 10
Brussels  1210
Belgium

PENMAN CONSULTING LIMITED
Grove Business Park, Aspect House, Wayland Avenue
Wantage   OX12 9FF
UK

PERRARA VENTURES, LLC
Attn: Barbara Hager
1180 SAN CARLOS AVE., #717
SAN CARLOS CA 94070

Perrara Ventures, LLC
Attention: Jon Novotny
Goodwin Procter LLP
3 Embarcadero Center 28th floor
San Francisco CA 94111

REGULATORY CONCEPTS
9-7 Anella Ave
Castle Hill New South Wales 2154
Australia

Sartorius Stedim North America, Inc.
Attn: Matthew Lessler
565 Johnson Ave
Bohemia NY 11746

SCHOTTENFELD OPPORTUNITIES FUND II, L.P.
600 3rd Ave Fl 10
New York NY 10016-1923

Secretary of State
Division of Corporations
Franchise Tax P.O. Box 898
Dover DE 19903

Securities & Exchange Commission
100 F Street, NE
Washington DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director Brookfield Place
200 Vesey Street,
Suite 400
New York NY 10281-1022

Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director 100 Pearl Street
Ste 20-100
New York NY 10004-2616

Sephora USA, Inc.
c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP
Attn: Nathan Q. Rugg, Alexander F. Berk 200 West
Madison Street Suite 3900
Chicago IL 60606

THE ROBERTS CONTAINER CORPORATION
9131 OAKDALE AVE, SUITE 110
CHATSWORTH CA 91311

Thermo Fisher Scientific Inc.
c/o Tucker Arensberg, P.C.
Attn: Beverly Weiss Manne and Maribeth Thomas
1500 One PPG Place
Pittsburgh PA 15222

Thermo Fisher Scientific Inc.
Attn: Adam Hiller
300 Delaware Avenue Suite 210, #227
Wilmington DE 19801

TSG
175 Nugget Court, Unit 6-8
Brampton ON L6T 5H4
Canada

U.S. Bank National Association, as Trustee for
Convertible Notes
Attn: B. Scarbrough (Amyris Convertible Senior Notes
due 2026)
633 West Fifth Street, 24th Floor
Los Angeles CA 90071

U.S. Bank National Association, as Trustee for
Convertible Notes
Attn: Justin L. Shearer
100 Wall St Ste 600
New York NY 10005

U.S. Bank National Association, as Trustee for
Convertible Notes
Attn: Jennifer Wall
190 S La Salle St
Chicago IL 60603

U.S. Bank Trust Company, National Association, as
Trustee
c/o Greenberg Traurig, LLP
Attn: Anthony W. Clark and Dennis A. Meloro
222 Delaware Avenue Suite 1600
Wilmington DE 19801

U.S. Bank Trust Company, National Association, as
Trustee
c/o Greenberg Traurig, LLP
Attn: Michael B. Fisco and Eric J. Howe
90 South 7th Street Ste 3500
Minneapolis MN 55402

United States Attorney's Office for the District of
Delaware
Attn: David C. Weiss
c/o/ Ellen Slights
1007 Orange Street, Suite 700 P.O. Box 2046
Wilmington DE 19899-2046

Universidade Católica Portuguesa
c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP
Attn: Wayne H. Davis, Haylie Gordon
900 Third Avenue
New York NY 10022

Varilease Finance, Inc.
6340 South 3000 East, Suite 400
Salt Lake City UT 84121

VFI KR SPE I LLC
2800 EAST COTTONWOOD PARKWAY, 2ND FLR
SALT LAKE CITY UT 84121

Waste Management
c/o Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington DE 19801

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines IA 50309

Wiley Companies
Attn: Joshua Wiley
545 Walnut Steet PO Box 640
Coshocton OH 43812

Wiley Companies
c/o Morris James LLP
Attn: Carl N. Kunz, III
500 Delaware Avenue Suite 1500
Wilmington DE 19801

Pahculski Stang Ziehl & Jones LLP
Attn: James E. O'Neill, Jason H. Howell and
Steven W. Golden
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899