**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Re Docket No. 205, 291** |

**CERTIFICATION OF COUNSEL REGARDING SALE OF NON-OPERATING BRAND (ONDA BEAUTY)**

The undersigned hereby certifies that:

1. On September 8, 2023, this Court entered an *Order (I) Establishing Procedures Governing the Sale or Transfer of Certain De Minimis Assets and Non-Operating Brands and (II) Granting Related Relief* [Docket No. 205] the ("Non-Operating Brands Order"), whereby the Bankruptcy Court authorized the Debtors to sell certain of the Debtors' Non-Operating Brands subject to the procedures set forth therein.

2. On September 14, 2023, pursuant to the Non-Operating Brands Order, the Debtors filed the *Notice of Non-Operating Brand Sale (Onda Beauty)* [Docket No. 291] (the "Onda Notice").[2]

3. In accordance with the Non-Operating Brands Order and the Onda Notice, the Debtors received a Competing Bid prior to September 28, 2023 and, accordingly, held an auction (the "Onda Auction") with respect to the sale of Onda's assets (the "Onda Assets") on October 6, 2023. The Debtors have determined that the highest or otherwise best bid for the Onda Assets

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Onda Notice.

after the Onda Auction was submitted by Larissa Thomson LLC (the "Purchaser") pursuant to the *Bill of Sale, Assignment and Agreement* attached to the Proposed Order (as defined below) as Exhibit A. The following summarizes the terms of the proposed sale of the Onda Assets to the Purchaser:

| **Non-Operating Brand** | ONDA Beauty |
|---|---|
| **Debtor Parties** | Amyris, Inc.; Onda Beauty, Inc. |
| **Proposed Purchaser** | Larissa Thompson LLC |
| **Proposed Purchase Price** | $220,000.00 *plus* Cure Costs (as set forth in the Bill of Sale) |
| **Commissions/Fees** | None |

4. Pursuant to paragraph 2(iii)(h) of the Non-Operating Brands Order, the Debtors "will seek an order of this Court approving the sale of the applicable Non-Operating Brand(s) to the successful bidder" in the event of an auction. Accordingly, the Debtors respectfully request that the Court enter the order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), approving the Onda Sale to the Purchaser pursuant to the Bill of Sale.

5. The Debtors provided the Proposed Order and Bill of Sale to the DIP Lenders, the Official Committee of Unsecured Creditors, the Ad Hoc Noteholder Group, and the Office of the United States Trustee, all of whom consent to the Proposed Order's entry.

6. Accordingly, the Debtors request that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: October 10, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jrosell@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*