# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 496** |

**NOTICE OF FILING OF AMENDED SECOND SUPPLEMENTAL DECLARATION OF LEON SZLEZINGER IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103(A), EFFECTIVE AS OF SEPTEMBER 1, 2023 AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS**

**PLEASE TAKE NOTICE** that on October 10, 2023, the Official Committee of Unsecured Creditors filed the *Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1, 2023 and (II) Waiving Certain Time-Keeping Requirements* (the "Second Supplemental Declaration") [Docket No. 496] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the amended version of the Second Supplemental Declaration.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated: October 10, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  csamis@potteranderson.com<br>         kmorales@potteranderson.com<br>         srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email:  gpesce@whitecase.com<br>         aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email:  john.ramirez@whitecase.com<br>         andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |