Amyris, Inc.
23-11131 (TMH)
10.11.2023 Ruling on DIP Motion

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Michael | Magzamen | Ad Hoc Convertible Noteholder Committee | Paul Hastings LLP |
| Frank | Merola | Ad Hoc Convertible Notes Committee | Paul Hastings LLP |
| John | Storz | Ad Hoc Convertible Notes Committee | Paul Hastings LLP |
| Beth | Brownstein | Ad Hoc Cross-Holder Group | ArentFox Schiff LLP |
| James | Britton | Ad Hoc Cross-Holder Group | ArentFox Schiff LLP |
| Matthew | Ward | Ad Hoc Group of Cross-Holders | Womble Bond Dickinson (US) LLP |
| Lawrence | Thomas | Ad hoc group of holders of the 1.5% Convertible Senior Notes due 2026 | Blank Rome LLP |
| Han | Kieftenbeld | Amyris | |
| Oksana | Wright | Amyris | |
| Philip | Gund | Amyris | |
| Steven | Fleming | Amyris | |
| Alejandro | Gusis | Amyris | |
| Collette | Lee | Amyris | |
| Angela | Jekal | Amyris | |
| Michael | Thompson | Amyris | |
| Christine | Ofori | Amyris | |
| Jill | Gierach | Amyris employee | Amyris |
| Jayne | Laiprasert | BioMADE | n/a General Counsel |
| Blayne | Turner | Clerk's office | |
| William | Brennan | Corvus | |
| Elizabeth | Abdelmasieh | DEB staff | |
| Jason | Rosell | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Lorie | Beers | Debtor | Intrepid Investment Bankers |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Debra | Grassgreen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Alan | Kornfeld | Debtors | Pachulski Stang Ziehl & Jones LLP |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Colin | Robinson | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Doris | Choi | Debtors | Amyris, Inc. |
| Patricia | Jeffries | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Edward | Corma | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Michael | Leavell | Debtors | Amyris, Inc. |
| Sherry | Tan | Debtors | Amyris, Inc. |
| Beth | Levine | Debtors | Pachulski Stang |

Amyris, Inc.
23-11131 (TMH)
10.11.2023 Ruling on DIP Motion

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Ana | Alvarenga | Debtors | Intrepid Investment Bankers |
| Lisa | Petras | Debtors | Pachulski Stang Ziehl & Jones |
| Lucy | Yang | Debtors | Intrepid Investment Bankers |
| Nir | Maoz | Debtors | KTBS Law LLP |
| Rod | Bourgeois | DeepDive Equity Research | DeepDive Equity Research |
| Artem | Skorostensky | DIP Secured Parties | Goodwin Procter LLP |
| Andrew | Magaziner | DMS-Firmenich AG | Young Conaway Stargatt & Taylor, LLP |
| Joseph | Celentino | DSM-Firmenich AG. | |
| Morton | Branzburg | Elevation Labs | Klehr Harrison Harvvey Branzburg, LLP |
| Ciro | Poppiti | F. Costa | Lewis Brisbois |
| Quinn | Marvin | Foris | JEMA Management, LLC |
| Ken | Listwak | Foris Parties | Troutman Pepper Hamilton Sanders LLP |
| Debora | Hoehne | Foris Preparation Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Meghan | Spillane | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Meredith | Mitnick | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Hayes | Hyde | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Michael | Goldstein | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Sari | Rosenfeld | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Kimberly | Pageau | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Alexander | Nicas | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| James | Lathrop | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| David | Fournier | Foris Secured Parties | Troutman Pepper Hamilton Sanders LLP |
| David | Stern | Independent Director M. Freddie Reiss | KTBS Law LLP |
| Michael | Davis | Interested Observer | |
| Scott | McCabe | Interested Party | Seaport Global |
| Domenic | Pacitti | Interested Party | Klehr Harrison Harvey Branzburg LLP |
| Alan | Kikuchi | Interested Party | |
| Harry | Gail | Interested party | |
| Ashley | Waco | Intrepid | Intrepid |
| Dennis | O'Donnell | Jefferies | DLA Piper |
| Sarah | Silveira | Lavaan | Richards, Layton & Finger, P.A. |
| Jason | Cyrulnik | Lavvan | Cyrulnik Fattaruso LLP |
| Neil | Closner | Lavvan | Lavvan |
| Emily | Mathews | Lavvan | RLF |
| Daniel | Goldberg | LAVVAN | |
| Ashly | Riches | Lavvan | RLF |

Amyris, Inc.
23-11131 (TMH)
10.11.2023 Ruling on DIP Motion

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Gabriela | Monasterio | Lavvan | Richards, Layton & Finger |
| Mark | Collins | Lavvan | Richards Layton & Finger |
| Paul | Fattaruso | Lavvan Inc. | Cyrulnik Fattaruso LLP |
| Russell | Silberglied | Lavvan, Inc. | Richards, Layton & Finger, P.A. |
| Vince | Sullivan | Law360 | |
| Heather | Williams | Lender | CR3 Partners LLC |
| Alicia | Moosally | Lender | CR3 Partners |
| Gaitana | Jaramillo | listen only | Reorg Research |
| Joshua | Cohen | Mana Products | Day Pitney LLP |
| Jennifer | Lappe | Media | LevFin Insights |
| Alex | Wolf | Media | |
| Jonas | Rudloff | myself | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Rob | Barron | NA | SB |
| Colin | Schatz | none | |
| Zach | Javorsky | Observing | |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case |
| Gregory | Pesce | Official Committee of Unsecured Creditors | White & Case |
| John | Ramirez | Official Committee of Unsecured Creditors | White & Case |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Sameen | Rizvi | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Randy | Baron | Pinnacle associates | Pinnacle associates |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Karen | Novotny | self | |
| John | Abdo | self | |
| Thomas | Milnes | Self | |
| Samuel | Kidder | Special Counsel to Debtors | KTBS Law LLP |
| Timothy | Chandler (Spectator) | Spectator | |
| Taylor | Stanton | Taylor Stanton | |
| Gabe | Sutherland | The Official Committee of Unsecured Creditors | White & Case LLP |
| Anais | Mitra | The Official Committee of Unsecured Creditors | White & Case LLP |
| gregory | donner | The Rockridge Ridge Group | The Rockridge Group LLC |
| Monica | Healy | UCC | |
| John | Schanne (USTP) | United States Trustee | DOJ |

Amyris, Inc.
23-11131 (TMH)
10.11.2023 Ruling on DIP Motion

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Carl | Kunz | Wiley Companies | Morris James LLP |