IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*, | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF EMPLOYMENT OF DELOITTE TAX LLP AS PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Matt Walton, under penalty of perjury, declare as follows:

1. I am a partner of the firm of Deloitte Tax LLP ("**Deloitte Tax**"), which has an office at 225 West Santa Clara Street, Suite 600, San Jose, CA 95113. I am duly authorized to make and submit this supplemental declaration (the "**Declaration**") on behalf of Deloitte Tax to further supplement the disclosures contained in my initial declaration (the "**Initial Declaration**") filed with the Court on October 4, 2023 (*see* Docket No. 468).

2. The statements set forth in this Declaration are based upon my personal knowledge, information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte Tax or its affiliates. The disclosures set forth below are subject to the statements and qualifications made in the Initial Declaration, which are incorporated herein by reference.

3. By this Declaration, it is my understanding that Deloitte Tax will not seek a recovery on any outstanding prepetition amounts owed to it by the Debtors.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 6, 2023

                                                                          ___*/s/ Matt Walton*_____
                                                                          Matt Walton
                                                                          Partner
                                                                          Deloitte Tax LLP