## SCHEDULE 1

## Rejected Contracts

| Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|
| Environmental Working Group | 1250 Eye St. NW Suite 1000<br>Washington, DC 20005<br>Attn: Scott Mallan | Amyris, Inc. | EWG Verified License Agreement | August 9, 2023 |
| Evonik Corporation | 2 Turner Place<br>Piscataway, New Jersey 08854 | Amyris, Inc. | Master Services Agreement | August 9, 2023 |
| Ilegra Corporation | 299 Alhambra Cir. Suite 403<br>Coral Gables, Florida 33134, US | Amyris, Inc. | Master Services Agreement | August 9, 2023 |
| Ilegra Corporation | 299 Alhambra Cir. Suite 403<br>Coral Gables, Florida 33134, US | Amyris, Inc. | Statement of Work #2 | August 9, 2023 |
| Ladybird, Inc. | 11444 W. Olympic Blvd., 11th Floor<br>Los Angeles, CA 90064 | Amyris Clean Beauty, Inc. | Brand Ambassador Agreement | August 9, 2023 |
| Little Blonde Birdie, Inc. | 11444 W. Olympic Blvd., 11th Floor<br>Los Angeles, CA 90064 | Amyris Clean Beauty, Inc. | Influencer Agreement | August 9, 2023 |
| Mint Collective, LLC | 1104 Lundvall Ave.<br>Rockford, IL 61107 | Amyris, Inc. | Master Services Agreement | August 9, 2023 |
| Red Antler, LLC | 20 Jay St. Suite 420<br>Brooklyn, NY, 11201 | Amyris, Inc. | Scope of Work No. 1 | August 9, 2023 |
| Red Antler, LLC | 20 Jay St. Suite 420<br>Brooklyn, NY, 11201 | Amyris, Inc. | Scope of Work No. 2 | August 9, 2023 |
| Red Antler, LLC | 20 Jay St. Suite 420<br>Brooklyn, NY, 11201 | Amyris Clean Beauty, Inc. | Amendment to Agreement | August 9, 2023 |
| Reese's Book Club, LLC | 11444 W. Olympic Blvd., 11th Floor<br>Los Angeles, CA 90064 | Amyris Clean Beauty, Inc. | Brand Partnership Agreement | August 9, 2023 |
| Todd Shemarya Artists, Inc. | 2550 Outpost<br>Los Angeles, CA 90068 | Amyris Clean Beauty, Inc. | Consulting Services Agreement | August 9, 2023 |

---

[1] For the avoidance of doubt, the listed Contracts, includes any amendments, restatements, supplements, and associated statements of work associated therewith, whether or not such amendments, restatements, supplements, and associated statements of work are listed in the schedule.