**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF CORBIN JOHNSON**
**IN SUPPORT OF THE DEBTORS' OBJECTION**
**TO MOTION OF DSM-FIRMENICH TO COMPEL DEBTORS'**
**COMPLIANCE WITH SECTION 365(n)(4) OF THE BANKRUPTCY CODE**

I, Corbin Johnson, declare under penalty of perjury as follows:

1.      I am the Senior Director of Strategic Partnerships of the above-captioned debtors and debtors in possession (collectively, the "Debtors" or "Amyris").  I have been employed by the Debtors since April 2015.  During my tenure at the Debtors, I have held the following titles: (a) Market Research Analyst (April 2015 – September 2016); (b) Business Development Manager (October 2016 – May 2019); (c) Associate Director of Flavor, Fragrance & Cosmetic Ingredients (June 2019 – March 2021); (d) Director of Strategic Partnerships (April 2019 – February 2023); (e) Senior Director of Strategic Partnerships (February 2023 – Present).

2.      I submit this declaration in support of the *Debtors' Objection to Motion of DSM-Firmenich to Compel Debtors' Compliance With Section 365(n)(4) of the Bankruptcy Code* (the "Objection"),[2] filed contemporaneously herewith.

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Objection.

3.      Except as otherwise indicated, the statements in this declaration are based on: (a) my personal knowledge of the Debtors' business operations; (b) my review of relevant documents; (c) information provided to me by, or discussions with, members of the Debtors' management team, other employees, or the Debtors' other advisors; and/or (d) my general experience and knowledge. I am authorized to submit this declaration on behalf of the Debtors. If called upon to testify, I can and will testify competently as to the facts set forth herein.

**PARAGRAPHS 4-12 REDACTED.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 13, 2023                      */s/ Corbin Johnson*
                                              Corbin Johnson

2

## EXHIBIT 1

**REDACTED**