# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**November 21, 2023 at 11:00 a.m. (ET)**
**Objection Deadline: November 14, 2023 at 5:00 p.m. (ET)**

### NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF AMYRIS, INC. AND ITS DEBTOR AFFILIATES:**

**PLEASE TAKE NOTICE** that on October 12, 2023, the above-captioned debtors (collectively, the "Debtors"), filed the (i) *Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and its Affiliated Debtors* [Docket No. 523] (as it may be amended, the "Plan"), and (ii) the Disclosure Statement With Respect to *Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and its Affiliated Debtors* [Docket No. 524] (the "Disclosure Statement"), pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that:

1. A hearing (the "Hearing") will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, on **November 21, 2023 at 11:00 a.m. (Prevailing Eastern Time)** in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, or as soon thereafter as counsel may be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2. The Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court (the "Clerk") and may be examined by interested parties on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which can be found at http://deb.uscourts.gov (a PACER login and password are required to access documents on the Bankruptcy Court's website and can be obtained through the PACER Service Center at

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

www.pacer.psc.uscourts.gov) or the Debtors' case website maintained by the Debtors' voting agent, Stretto, at https://cases.stretto.com/Amyris/.

3. Copies of the Disclosure Statement and the Plan may be examined by interested parties during normal business hours at the office of the Clerk. Copies of the Disclosure Statement and the Plan may also be obtained, free of charge, by written request to Stretto at the address set forth below:

Amyris, Inc.
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602
Email: TeamAmyris@stretto.com
Website: https://cases.stretto.com/Amyris/

**STRETTO IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.**

4. Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with approval of the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the claim of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response, (d) conform to the Bankruptcy Rules and the Local Rules, (e) be filed with the Bankruptcy Court (contemporaneously with a proof of service) and served upon the following parties: (1) counsel for the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw.com); and (b) Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104, Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com) and Maxim B. Litvak (mlitvak@pszjlaw.com); (2) counsel to the DIP Lenders and the DIP Agent (collectively, the "DIP Secured Parties") and the Foris Prepetition Secured Lenders (together with the DIP Secured Parties, the "Secured Parties"), (a) Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein, Esq. (mgoldstein@goodwinlaw.com), Alexander J. Nicas, Esq. (anicas@goodwinlaw.com), and Debora Hoehne, Esq. (dhoehne@goodwinlaw.com); and (b) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899; Attn: David M. Fournier, Esq. (david.fournier@troutman.com); (3) counsel to the Committee, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095; Attn: Gregory Pesce, Esq. (gregory.pesce@whitecase.com), Andrew O'Neill, Esq. (aoneill@whitecase.com), and John Ramirez, Esq. (john.ramirez@whitecase.com); and local counsel to the Committee, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801; Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com), Katelin A. Morales, Esq. (kmorales@potteranderson.com), Sameen Rizvi, Esq. (srizvi@potteranderson.com); and (4) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: John Schanne (John.Schanne@usdoj.gov) (collectively, the "Notice Parties").

(collectively, the "Notice Parties"), so they are actually received on or before **5:00 p.m. (Prevailing Eastern Time) on November 14, 2023.**

5. IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

6. Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

7. The Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

.

Dated: October 15, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
     dgrassgreen@pszjlaw.com
     joneill@pszjlaw.com
     jrosell@pszjlaw.com
     sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors-in-Possession*