# **Exhibit C**


7:57
LTE
2
SF
Steve
Ok
Actually 4 will work. Just updated invite
Mon, Jul 24 at 6:40 PM
Any response to request to work with creditors?
Tue, Jul 25 at 8:47 AM
Yes. Let's talk later today. Short answer is no issues post petition
Tue, Aug 22 at 10:29 AM
Do you have time to speak? Would love to catch up


Later today. Say 3pm est
Text Message