# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*, | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Morgan L. Patterson, do hereby certify that on October 13, 2023, I caused a copy of the *Statement of Ad Hoc Cross-Holder Group in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC As Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective As of September 1, 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 531] to be served on the parties listed on the attached 2002 Service List via First Class Mail and Electronic Mail (where available).

Dated: October 16, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com

*Counsel to the Ad Hoc Cross-Holder Group*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

WBD (US) 4886-7671-3095v1

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | 1300 Avenue of the Americas | 42nd Floor | New York | NY | 10000 | | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | 150 West Flagler Street | Suite 2200 | Miami | FL | 33130 | | esilver@stearnsweaver.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | 200 Park Avenue | | New York | NY | 10166 | | johnstorz@paulhastings.com; matthewfriedrick@paulhastings.com; carolinediaz@paulhastings.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | Rua Doutor Pedro Ferreira | 333 A5 SL503 | | CItajal | SC | 88301 | Brazil | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | 1301 Walnut Green Road | | Wilmington | DE | 19807 | | brad@deleeuwlaw.com |
| Anesma Group, LLC | | 1180 San Carlos Avenue, #717 | | | San Carlos | CA | 94070 | | |
| Anesma Group, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | | |
| Anjo Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | | |
| Anjo Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | | |
| ANVISA | | 5402 Sia Trecho 5 Área Especial 57 | | | Brasilia | Federal District | 70000-000 | Brazil | |
| MEDICAL SCIENCE & TECHNOLOGY | | Bei Jing Shi | | | Tong Zhou Qu | | 101100 | China | |
| BIORIUS | | Shelton Street | | | London | | 71WC2H 9JQ | United Kingdom | |
| BIORIUS | | Avenue Leonard de Vinci 14 | | | Wavre | | 1300 | Belgium | |
| C T Corporation System, as Representative | | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | | New Castle | DE | 19808 | | Lineu.Moran@moovelub.com |
| Crestmark Equipment Finance, Inc. | | 40950 Woodward Avenue, Suite 201 | | | Bloomfield Hills | MI | 48304 | | |
| Crestmark Equipment Finance, Inc. | | 5480 Corporate Drive | Ste 350 | | Troy | MI | 48098 | | |
| CTNBIO | | South Police Sector - SPO, Area 5, Block 3 | Block B, Ground Floor. Room T-08 | | Brasilia | Federal District | 70610-200 | Brazil | |
| Data Sales Co., Inc. | | 3450 W. Burnsville Parkway | | | Burnsville | MN | 55337 | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| DE Lage Landen Financial Services, Inc. | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | |
| Department of Agriculture | | 1400 Independence Ave., S.W. | | | Washington | DC | 20250 | | |
| Drug Enforcement Administration | | 8701 Morrissette Drive | | | Springfield | VA | 22152 | | |
| DSM Finance B.V. | Attn: Michael Wahl and Vivian Huang | HET Overloon 1 | | | Heerlen | NL | 6411TE | Netherlands | |
| DSM Finance B.V. | c/o Latham & Watkins LLP | 330 North Wabash Avenue | Suite 3800 | | Chicago | IL | 60611 | | |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | 330 North Wabash Avenue, Suite 2800 | | Chicago | IL | 60611 | | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | 1271 Avenue of the Americas | | New York | NY | 10020 | | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | 1000 North King Street | Rodney Square | Wilmington | DE | 19801 | | amagaziner@ycst.com; bankfilings@ycst.com |
| DTS | | U 5 2 Pittwin Rd | | | North Capalaba | Queensland | 4157 | Australia | |
| ECHA | | P.O. Box 400 | | | Helsinki | | FI-00121 | Finland | |
| EFSA | | Via Carlo Magno 1A | | | Parma | | 43126 | Italy | |
| Employment Development Department | | PO Box 826880 | | | Sacramento | CA | 94280 | | |
| Canada | | 105 Mcgill St | 4th Fl | | Montreal | QC | H2Y 2E7 | Canada | |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | | Washington | DC | 20460 | | |
| Eplus Technology, Inc. | | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | | |
| Food and Drug Administration | | 10903 New Hampshire Avenue | | | Silver Spring | MD | 20993 | | |
| Food Science Solutions | | 28 Geneva Ave | | | Toronto | ON | M5A 2J8 | Canada | |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky andz Sari Rosenfeld | 620 Eighth Avenue | The New York Times Building | New York | NY | 10018 | | mgoldstein@goodwinlaw.com; anicas@goodwinlaw.com; askorostensky@goodwinlaw.com; srosenfeld@goodwinlaw.com |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier and Kenneth A. Listwalk | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | | david.fournier@troutman.com; ken.listwak@troutman.com |
| Foris Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | | |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | | |
| Foris Ventures, Llc, as Agent | | 751 Laurel Street, #717 | | | San Carlos | CA | 94070 | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | 500 Delaware Avenue | Suite 700 | Wilmington | DE | 19801 | | Rafael.Zahralddin@lewisbrisbois.com; Ciro.Poppitti@lewisbrisbois.com; Ron.Diaz@lewisbrisbois.com |
| GACP Finance Co., LLC, as Agent | | 11100 Santa Monica Blvd. | Suite 800 | | Los Angeles | CA | 90025 | | |
| Ginkgo Bioworks, Inc. | Attn: Euripides Dalmanieras | 155 Seaport Boulevard | | | Boston | MA | 02210 | | edalmani@foleyhoag.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | 1285 Avenue of the Americas | | New York | NY | 10019 | | asynnott@paulweiss.com; jweber@paulweiss.com; lluo@paulweiss.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | csimon@crosslaw.com; kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | 53 State Street | | Boston | MA | 02109 | | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | Tower 46, 55 West 46th Street | | New York | NY | 10036-4120 | | cfong@nixonpeabody.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@lgbs.com |
| Health Canada | | Address Locator 1801B | | | Ottawa | ON | K1A 0K9 | Canada | |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | | Nathaniel.Boyer@Hearst.com |
| Hilldun Corporation | | 36 E. 31st Street – 12th Floor | | | New York | NY | 10016 | | dn@hilldun.com |
| Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | |
| INTERTEK | | Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St | No 4012 | | Shenzhen | Guangdong | 518100 | China | |
| INTERTEK | | 33 Cavendish Sq | | | London | Essex | W1G 0PS | UK | |
| INTERTEK | | 200 Westlake Park Blvd | Ste 400 | | Houston | TX | 77079 | | |
| Jonathan Van Ness [JVN Entertainment, Inc.] | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | josef.mintz@blankrome.com; nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | 225 West 14th Street | Suite 100 | | Wilmington | DE | 19801 | | klein@kleinllc.com |
| Knoell Shanghai | | No. 567 Langao Road | Room 805, Tower B, Central Towers | | Putuo | Shanghai | 200333 | China | |
| Lavvan, Inc. | | 434 West 33rd Street | | | New York | NY | 10001 | | |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | 55 Broadway, Third Floor | | New York | NY | 10006 | | llp.com; pfattaruso@cf-llp.com |

In re: Amyris, Inc. et al.
Case No. 23-11131 (TMH)

Page 3 of 6

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | 920 North King Street | | Wilmington | DE | 19801 | | silberglied@rlf.com; mathews@rlf.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | 1801 Century Park East | 26th Floor | Los Angeles | CA | 90067 | | dstern@ktbslaw.com; skidder@ktbslaw.com; nmaoz@ktbslaw.com |
| Muirisc, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | | |
| Muirisc, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | | |
| NAXYRIS S.A. | | 40 BOULEVARD JOSEPH II | | | LUXEMBOURG | LU | L1840 | Luxembourg | |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | One Gateway Center | | Newark | NJ | 07102 | | mconlan@gibbonslaw.com; sportnoy@gibbonslaw.com |
| Nikko Chemicals Co., Ltd. | | 1-4-8, Nihonbashi-bakurocho, Chuo-Ku | | | Tokyo | | 1030002 | Japan | |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway | Suite 320 | Austin | TX | 78746 | | streusand@slollp.com |
| OBELIS | | Sandford Gate, East Point Business Park | | | Oxford | | OX4 6LB | UK | |
| OBELIS | | Boulevard Brand Whitlock 30 | | | Brussels | | 1200 | Belgium | |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 | | |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | 111 South Wacker Drive | Suite 5100 | Chicago | IL | 60606 | | gregory.pesce@whitecase.com; aoneill@whitecase.com |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | 1313 North Market Street | 6th Floor | Wilmington | DE | 19801 | | csamis@potteranderson.com; kmorales@potteranderson.com; srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White & Case LLP | Attn: John Ramirez, Stephen E. Ludovici and Andrea Kropp | 1221 Avenue of the Americas | | New York | NY | 10020 | | john.ramirez@whitecase.com; stephen.ludovici@whitecase.com; andrea.kropp@whitecase.com |

In re: Amyris, Inc. et al.
Case No. 23-11131 (TMH)

Page 4 of 6

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | 26 Broadway | 17th Floor | New York | NY | 10004 | | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | 1313 North Market Street | Suite 1201 | Wilmington | DE | 19801-6101 | | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| PEAK, LLC, AS REPRESENTATIVE | | 170 WEST SHIRLEY AVENUE, SUITE 207 | | | WARRENTON | VA | 20186 | | |
| PENMAN CONSULTING BVBA | | Avenue des Arts 10 | | | Brussels | | 1210 | Belgium | |
| PENMAN CONSULTING LIMITED | | Grove Business Park, Aspect House, Wayland Avenue | | | Wantage | | OX12 9FF | UK | |
| PERRARA VENTURES, LLC | Attn: Barbara Hager | 1180 SAN CARLOS AVE., #717 | | | SAN CARLOS | CA | 94070 | | |
| Perrara Ventures, LLC | Attention: Jon Novotny | Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | San Francisco | CA | 94111 | | |
| REGULATORY CONCEPTS | | 9-7 Anella Ave | | | Castle Hill | New South Wales | 2154 | Australia | |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | | Bohemia | NY | 11746 | | Matthew.Lessler@Sartorius.com |
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P. | | 600 3RD AVE | Fl 10 | | NEW YORK | NY | 10016-1923 | | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | |
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | 100 Pearl Street | Ste 20-100 | New York | NY | 10004-2616 | | |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | 200 West Madison Street | Suite 3900 | Chicago | IL | 60606 | | nathan.rugg@bfkn.com; alexander.berk@bfkn.com |
| THE ROBERTS CONTAINER CORPORATION | | 9131 OAKDALE AVE, SUITE 110 | | | CHATSWORTH | CA | 91311 | | |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | 1500 One PPG Place | | Pittsburgh | PA | 15222 | | bmanne@tuckerlaw.com; mthomas@tuckerlaw.com |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | 300 Delaware Avenue | Suite 210, #227 | | Wilmington | DE | 19801 | | ahiller@adamhillerlaw.com |
| TSG | | 175 Nugget Court, Unit 6-8 | | | Brampton | ON | L6T 5H4 | Canada | |

In re: Amyris, Inc. et al.
Case No. 23-11131 (TMH)

Page 5 of 6

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Trustee of the Convertible Notes | 633 West Fifth Street, 24th Floor | | | Los Angeles | CA | 90071 | | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | | New York | NY | 10005 | | Justin.Shearer@usbank.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Jennifer Wall | 190 S La Salle St | | | Chicago | IL | 60603 | | |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Michael B. Fisco, Eric J. Howe & Whitney A. Mark | 90 South 7th Street | Ste 3500 | Minneapolis | MN | 55402 | | FiscoM@gtlaw.com; HoweE@gtlaw.com; Whitney.Mark@gtlaw.com |
| United States Attorney's Office for the District of Delaware | Attn: David C. Weiss | c/o/ Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | | |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | 900 Third Avenue | | New York | NY | 10022 | | davis@thsh.com; gordon@thsh.com |
| Varilease Finance, Inc. | | 6340 South 3000 East, Suite 400 | | | Salt Lake City | UT | 84121 | | |
| VFI KR SPE I LLC | | 2800 EAST COTTONWOOD PARKWAY, 2ND FLR | | | SALT LAKE CITY | UT | 84121 | | |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | rmersky@monlaw.com |
| Wells Fargo Bank, N.A. | | 800 Walnut Street, F0005-044 | | | Des Moines | IA | 50309 | | |
| Wiley Companies | Attn: Joshua Wiley | 545 Walnut Steet | PO Box 640 | | Coshocton | OH | 43812 | | jacketheridge@organictech.com; Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | ckunz@morrisjames.com |

In re: Amyris, Inc. et al.
Case No. 23-11131 (TMH)

Page 6 of 6