**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al*., | Case No. 23-11131 (TMH) |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
ZOOM HEARING ON OCTOBER 16, 2023 AT 2:00 P.M. (EASTERN TIME[2])**

> **This hearing will be conducted via zoom only before the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5.**
>
> **All participants over Zoom must register in advance. Please register by October 16, 2023, at 12:00 p.m. (EST) at the link below.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscO2grTwtG92H-4oT6k5JEHTqGWxziB0

**MATTER GOING FORWARD**

1. Debtor's Motion to Continue Hearing the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) [Filed October 13, 2023] (Docket No. 534).

   **Response Deadline:**  At the hearing.

   **Responses Filed:**

   a.    [SEALED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 541).

   b.    [REDACTED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]    All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

        Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 542).

**Related Documents:**

a. Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 20, 2023] (Docket No. 334).

b. First Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 30, 2023] (Docket No. 405).

c. Notice of Filing of Revised Order Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 30, 2023] (Docket No. 406).

d. Debtor's Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 4, 2023] (Docket No. 446).

e. Joinder of Euagore, LLC and the Foris Prepetition Secured Lenders to the Debtor's Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 4, 2023] (Docket No. 450).

f. Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 10, 2023] (Docket No. 496).

g. Notice of Filing of Amended Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 10, 2023] (Docket No. 503).

h. Ad Hoc Noteholder Group's Statement in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) [Filed October 13, 2023] (Docket No. 529).

i. Statement of Ad Hoc Cross-Holder Group in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1, 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 13, 2023] (Docket No. 531).

j. Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B) Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 13, 2023] (Docket No. 533).

**Status:** This matter is going forward via zoom only.

Dated: October 16, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*