IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re:  October 18, 2023 at 2:00 p.m. (ET) |

**WITNESS AND EXHIBIT LISTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SUBMITTED IN CONNECTION WITH OCTOBER 18, 2023 HEARING**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") submits the following lists of witnesses and exhibits in connection with the evidentiary hearing scheduled for October 18, 2023 at 2:00 p.m. (ET) (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

**WITNESS LIST**

A.    Joshua Wiley:  Testimony by declaration of Joshua Wiley, related to all topics included in the *Declaration of Joshua Wiley in Support of the Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B) Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker* [Docket No. 533-1] or any additional declarations made by him that may be filed in connection with the *Application of the Official Committee of Unsecured Creditors for Entry of sn Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

11112788v.3

*Banker Pursuant to 11 U.S.C. §§ 328(A) and 1103(A), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 334] (the "Application").

B.  Leon Szlezinger. Testimony by declaration of Leon Szlezinger, related to all topics included in the *Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of sn Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(A) and 1103(A), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 334-3], *First Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 405], *Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 496], *Amended Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 503-1], *Declaration of Leon Szlezinger in Support of the Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B) Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker* [Docket No. 533-2] or any

11112788v.3

additional declarations made by him that may be filed in connection with the Application.

      C.      Any other declarant of any party filed in connection with the Application.

      D.      Any witness listed by any party at any point in connection with the Application.

      E.      Any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

      F.      The Committee also cross designates all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal or impeachment witnesses.

**EXHIBIT LIST**

| Ex. No. | Description |
|---|---|
| UCC-A | Jefferies Engagement Letter dated September 1, 2023 [Docket No. 334-2] |
| UCC-B | *Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of sn Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(A) and 1103(A), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 334-3] |
| UCC-C | *First Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 405] |
| UCC-D | *Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 496] |
| UCC-E | *Amended Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 503-1] |
| UCC-E | *Declaration of Joshua Wiley in Support of the Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B)* |

| Ex. No. | Description |
|---|---|
|  | *Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker* [Docket No. 533-1] |
| UCC-F | *Declaration of Leon Szlezinger in Support of the Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B) Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker* [Docket No. 533-2] |
| UCC-G | *Joinder of Euagore, LLC and The Foris Prepetition Secured Lenders to the Debtors' Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a)* [Docket No. 450] |
| UCC-H | *Ad Hoc Noteholder Group's Statement in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a)* [Docket No. 529] |
| UCC-I | *Statement of Ad Hoc Cross-Holder Group in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1, 2023 and (II) Waiving certain Time-Keeping Requirements* [Docket No. 531] |
| UCC-J | Any other document filed on the docket in connection with the Application. |

The Committee also cross designates all exhibits designated by any other party in connection with the Hearing, and reserve the right to use additional exhibits for rebuttal or impeachment purpose.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves its rights to amend, supplement, withdraw, and in any other way modify the witness or exhibit list prior to the conclusion of the hearing on the Motions, including, but not limited to, in light of ongoing discovery. The Committee also reserves its rights to introduce any exhibit listed by any other party and to introduce witnesses or exhibits not identified above for rebuttal or impeachment purposes.

| | |
|---|---|
| Dated: October 16, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email: gpesce@whitecase.com<br>aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: john.ramirez@whitecase.com<br>andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

11112788v.3