# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMYRIS, INC., *et al.,* [1] | ) ) | Case No. 23-11131 (TMH) |
| Debtors | ) ) ) | (Jointly Administered) |

## NOTICE OF ANNUAL RATE INCREASE BY FTI CONSULTING, INC.

1. On October 6, 2023, this Court entered an order authorizing the Official Committee of Unsecured Creditors (the "**Committee**") to employ and retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("**FTI**"), as financial advisor to the Committee (the "**Retention Order**") [D.I. 487], for the specific purposes detailed in FTI's retention application filed on September 20, 2023 (the "**Application**") [D.I. 333].

2. As set forth in paragraph 16 of the Application, FTI bills the Debtors based on its standard hourly rates, which are subject to periodic adjustments. Those hourly rates as of the time thereof were $1,045 – $1,495 for senior managing directors, $785 – $1,055 for directors, senior directors, and managing directors, $435 – $750 for consultants and senior consultants, and $175 – $325 for administrative and paraprofessionals.

3. As of October 1, 2023, FTI is increasing its standard rates. Accordingly, its new hourly rates will be $1,095 – $1,495 for senior managing directors, $825 – $1,110 for directors, senior directors, and managing directors, $450 – $790 for consultants and senior consultants, and $185 – $370 for administrative and paraprofessionals.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated: October 16, 2023  
New York, NY

Respectfully submitted,

By: */s/ Clifford Zucker*  
    Clifford Zucker  
    1166 Avenue of the Americas  
    New York, NY 10036  
    Telephone: 212-841-9355  
    E-mail: cliff.zucker@fticonsulting.com

*Financial Advisor for the*  
*Official Committee of Unsecured Creditors*