# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.* | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## THE DEBTORS' NOTICE OF 30(b)(6) DEPOSITION OF JEFFERIES LLP

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) Federal Rule of Civil Procedure 30(b)(6), made applicable herein pursuant to Federal Rules of Bankruptcy Procedure 7030 and 9014, Amyris, Inc., et al, the above-captioned debtors and debtors in possession (the "Debtors" or "Amyris") will take the deposition upon oral examination of Jefferies LLP ("Jefferies") by the person(s) most qualified to testify on the Jefferies' behalf with respect to the topics described in **Exhibit A** attached hereto in connection with the *Application Of The Official Committee Of Unsecured Creditors For Entry Of An Order (I) Authorizing The Retention And Employment Of Jefferies LLC As Investment Banker Pursuant To 11 U.S.C. Sections 328(a) and 1103(a), Effective As Of September 1, 2023 And (II) Waiving Certain Time-Keeping Requirements* [D.I. 334].

The deposition will take place on **October 20, 2023, at 3:00 p.m.** (**Eastern Time**), or at such other date and time as the parties may agree. The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

1

3. Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4. All exhibits will be provided simultaneously and electronically to the witness and all participants;

5. The court reporter will record the testimony;

6. The deposition may be videotaped; and

7. The deposition may be recorded electronically through the use of Realtime or a similar application.

Dated: October 16, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/   James E. O'Neill
---
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

1. The purchase and sale transaction as set forth in the Asset Purchase Agreement between Amyris and Givaudan SA, a *Société Anonyme* organized and existing under the laws of Switzerland dated February 21, 2023 (the "Givaudan Transaction"), including without limitation in connection with any valuation or analysis undertaken by Jefferies concerning the Givaudan Transaction.

2. The Amyris Discussion Materials dated May 2023 prepared by Jefferies, including any projections, analyses, data or information obtained by Jefferies in connection therewith.

3. The Confidentiality Agreement between Amyris and Jefferies dated May 11, 2023.