## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | Jointly Administered |

### AMENDED NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the ad hoc group of holders of the 1.50% Convertible Senior Notes due 2026 (the "Ad Hoc Noteholder Group") hereby enters its amended appearance in the above-captioned cases by and through its counsel, Paul Hastings LLP, MoloLamken LLP, and Blank Rome LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

**MOLOLAMKEN LLP**
Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Sara E. Margolis, Esq.
Mark W. Kelley, Esq.
Catherine Martinez, Esq.
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Email: smolo@mololamken.com
  jellis@mololamken.com
  smargolis@mololamken.com
  mkelley@mololamken.com
  cmartinez@mololamken.com

**PAUL HASTINGS LLP**
John Storz, Esq.
Matthew D. Friedrick, Esq.
Caroline Diaz, Esq.
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: johnstorz@paulhastings.com
  matthewfriedrick@paulhastings.com
  carolinediaz@paulhastings.com

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**MOLOLAMKEN LLP**
Eugene A. Sokoloff, Esq.
300 North LaSalle Street
Chicago, IL  60654
Telephone:  (312) 450-6718
Email: esokoloff@mololamken.com

**PAUL HASTINGS LLP**
Frank Merola, Esq.
1999 Avenue of the Stars
Los Angeles, CA  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899
Email: frankmerola@paulhastings.com

**BLANK ROME LLP**
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464
Email: stanley.tarr@blankrome.com
         lorenzo.thomas@blankrome.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in the above-referenced cases and proceedings therein, which affects the above-captioned Debtors, or property of the Debtors, or the Ad Hoc Noteholder Group.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed or construed as a waiver of: (i) any rights of the Ad Hoc Noteholder Group to (a) have final orders in any non-core matters entered only after *de novo* review by a district court judge, (b) trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (c) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights, claims, actions, defenses, setoffs, or recoupments of the Ad

Hoc Noteholder Group, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 17, 2023
       Wilmington, Delaware

**BLANK ROME LLP**

/s/ *Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: stanley.tarr@blankrome.com
       lorenzo.thomas@blankrome.com

- and -

**PAUL HASTINGS LLP**
Frank Merola
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: frankmerola@paulhastings.com

- and -

**PAUL HASTINGS LLP**
John Storz
Matthew D. Friedrick
Caroline Diaz
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: johnstorz@paulhastings.com
       matthewfriedrick@paulhastings.com
       carolinediaz@paulhastings.com

- and -

**MOLOLAMKEN LLP**
Steven F. Molo
Justin M. Ellis
Sara E. Margolis
Mark W. Kelley
Catherine Martinez
430 Park Avenue

New York, NY 10022
Telephone: (212) 607-8160
Email: smolo@mololamken.com
       jellis@mololamken.com
       smargolis@mololamken.com
       mkelley@mololamken.com
       cmartinez@mololamken.com

- and -

**MOLOLAMKEN LLP**
Eugene A. Sokoloff, Esq.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6718
Email: esokoloff@mololamken.com

*Counsel to the Ad Hoc Noteholder Group*