## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC, *et al.*,[1] | Case No. 23-11131 (TMH) |
|          Debtors. | (Jointly Administered) |
| | Ref. Docket No. 479 |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 479

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of DSM-Firmenich for Entry of an Order Authorizing DSM-Firmenich to File Under Seal Certain Information Contained in the Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 365(n)(4) of the Bankruptcy Code* [Docket No. 479] (the "**Motion**")[2] filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on October 6, 2023.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be raised at or prior to the hearing on the Motion. However, given that the hearing scheduled for October 18, 2023, would otherwise be cancelled, counsel to DSM-Firmenich has confirmed that the Debtors, the Office of the United States Trustee (the "**UST**"), Givaudan SA, and Givaudan International SA (together, "**Givaudan**"), respectively have no objection to the relief requested in the Motion.

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of the Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]   Capitalized terms used but not otherwise defined herein shall have their meanings given to them in the Motion.

As no responses to the Motion have been received, and the undersigned counsel has confirmed that neither the Debtors, the UST nor Givaudan have any objection to the relief sought in the Motion and the hearing on the Motion would otherwise be cancelled, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated:   October 17, 2023
          Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

 _/s/ Andrew L. Magaziner_
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  amagaziner@ycst.com

- and -

**LATHAM & WATKINS LLP**
James Ktsanes (admitted _pro hac vice_)
Joseph C. Celentino[3] (admitted _pro hac vice_)
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel:     (312) 876-7700
Email: james.ktsanes@lw.com
          joe.celentino@lw.com

-and-

Jonathan J. Weichselbaum (admitted _pro hac vice_)
1271 Avenue of the Americas
New York, New York 10020
Tel:     (212) 906-1200
Email: jon.weichselbaum@lw.com

_Counsel to DSM-Firmenich AG, DSM Nutritional Products Ltd., and Firmenich SA_

---

[3]     Not admitted in Illinois.  Admitted in New York.