# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF THE DEBTORS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND JEFFERIES LLC IN CONNECTION WITH APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103(A), ETC.**

PLEASE TAKE NOTICE that on the 16th day of October, 2023, a true and correct copy of *The Debtors' Requests for Production of Documents to the Official Committee of Unsecured Creditors and Jefferies LLC in Connection with Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Etc.* was served on the individual(s) listed below as and in the manner indicated:

*[Remainder of Page Intentionally Left Blank]*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**Email**
(Counsel to the Official Committee of Unsecured Creditors)
Samuel P. Hershey, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Email: sam.hershey@whitecase.com

**Email**
(Counsel to Jefferies LLC)
Dennis O'Donnell, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Email: dennis.odonnell@us.dlapiper.com

Dated: October 17, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jrosell@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*