**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

AMYRIS, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-11131 (TMH)

(Jointly Administered)

**Re Docket No. 537**

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL
CERTAIN INFORMATION RELATED TO DEBTORS' OBJECTION TO
MOTION OF DSM-FIRMENICH TO COMPEL DEBTORS COMPLIANCE
WITH SECTION 365(N)(4) OF THE BANKRUPTCY CODE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Objection to Motion of DSM-Firmenich to Compel Debtors Compliance With Section 365(n)(4) of the Bankruptcy Code* [Docket No. 537] (the "Motion") filed on October 13, 2023. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be raised at or prior to the hearing on the Motion. However, given that the hearing scheduled for October 18, 2023, would otherwise be cancelled, counsel for the Debtors has confirmed that the DSM-Firmenich ("DSM") the Office of the United States Trustee (the "UST"), Givaudan SA, and Givaudan International SA (together, "Givaudan"), respectively have no objection to the relief requested in the Motion.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

As no responses to the Motion have been received, and the undersigned counsel has confirmed that neither DSM, the UST nor Givaudan have any objection to the relief sought in the Motion and the hearing on the Motion would otherwise be cancelled, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: October 17, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         joneill@pszjlaw.com
         jrosell@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*