**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*, | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SERVICE OF DEBTORS' RESPONSES AND
OBJECTIONS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' INTERROGATORIES TO THE DEBTORS**

PLEASE TAKE NOTICE that on the 17th day of October, 2023, a true and correct copy of the *Debtors' Responses and Objections to the Official Committee of Unsecured Creditors' Interrogatories to the Debtors* was served on the individual(s) listed below as and in the manner indicated:

> **Email**
> (Counsel to the Official Committee of Unsecured Creditors)
> Samuel P. Hershey, Esq.
> Andrea Kropp, Esq.
> White & Case LLP
> 1221 Avenue of the Americas
> New York, NY  10020
> Email:  sam.hershey@whitecase.com; andrea.kropp@whitecase.com
>
> **Email**
> (Counsel to the Official Committee of Unsecured Creditors)
> Gregory F. Pesce, Esq.
> Andrew F. O'Neill, Esq.
> White & Case LLP
> 111 S. Wacker Drive, Suite 5100
> Chicago, IL  60606
> Email:  gpesce@whitecase.com; aoneill@whitecase.com

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**Email**
(Counsel to the Official Committee of Unsecured Creditors)
Christopher M. Samis, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: csamis@potteranderson.com

Dated: October 18, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
 dgrassgreen@pszjlaw.com
 joneill@pszjlaw.com
 jrosell@pszjlaw.com
 sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*