IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[5] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 465 & 536 |

**ORDER APPROVING STIPULATION RESOLVING MOTION OF
DSM-FIRMENICH TO COMPEL DEBTORS' COMPLIANCE
WITH SECTION 365(n)(4) OF THE BANKRUPTCY CODE**

This Court having considered the *Stipulation Resolving Motion of DSM-Firmenich to Compel Debtors' Compliance with Section 364(n)(4) of the Bankruptcy Code*, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"), and this Court having determined that good cause exists for approval of the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved in its entirety.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order shall be effective immediately upon its entry.

---

[5] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of the Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

-2-

3. This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

*Thomas M. Horan* (signature)

**Dated: October 18th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**