**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATED
CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

The undersigned hereby certifies that:

1. On October 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") entered into the *Stipulated Confidentiality Agreement and Protective Order* attached as Exhibit 1 to the proposed order attached hereto as **Exhibit A** (the "Proposed Order") with (a) the Official Committee of Unsecured Creditors (the "Committee"); (b) (i) Foris Ventures, LLC, Perrara Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC (collectively, the "Foris Prepetition Secured Lenders"), and (ii) Euagore, LLC (the "DIP Agent" and "DIP Lender," together the "DIP Secured Parties"); and (c) the Ad Hoc Noteholder Group[2] (the Debtors, the Committee, the Foris Prepetition Secured Lenders, the DIP Secured Parties, and the Ad Hoc Noteholder Group collectively, the "Parties") to govern the production of documents and information between and among the Parties in connection with the above-captioned chapter 11 cases.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] As used herein, the "Ad Hoc Noteholder Group" shall have the meaning ascribed to it in the *Amended Verified Statement of the Ad Hoc Noteholder Group Pursuant to Bankruptcy Rule 2019* [Docket No. 579].

2. Accordingly, the Parties request that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 18, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         joneill@pszjlaw.com
         jrosell@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*