# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, Lawrence R. Thomas, do hereby certify that on October 18, 2023 copies of (i) *The Ad Hoc Noteholder Group's Rule 2004 Requests for the Production of Documents to the Debtors* and (ii) *The Ad Hoc Noteholder Group's Rule 2004 Requests for the Production of Documents to the Foris Prepetition Secured Lenders* were served upon respective counsel listed below via electronic mail.

| | |
|---|---|
| David M. Fournier<br>Kenneth A. Listwak<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street,<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>david.fournier@troutman.com<br>ken.listwak@troutman.com<br><br>Michael H. Goldstein<br>Alexander J. Nicas<br>Debora A. Hoehne<br>Artem Skorostensky<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>askorostensky@goodwinlaw.com | Richard M. Pachulski<br>Debra I. Grassgreen<br>Alan J. Kornfeld<br>James E. O'Neill<br>Steven W. Golden<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>akornfeld@pszjlaw.com<br>joneill@pszjlaw.com<br>sgolden@pszjlaw.com |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated:  October 19, 2023<br>　　　　Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Lawrence R. Thomas III*　　　　　<br>Stanley B. Tarr (DE No. 5535)<br>Lawrence R. Thomas III (DE No. 6935)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware  19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: stanley.tarr@blankrome.com<br>　　　　lorenzo.thomas@blankrome.com<br><br>- and -<br><br>**PAUL HASTINGS LLP**<br>Frank Merola<br>1999 Avenue of the Stars<br>Los Angeles, CA  90067<br>Telephone:  (310) 620-5700<br>Facsimile:  (310) 620-5899<br>Email: frankmerola@paulhastings.com<br><br>- and -<br><br>**PAUL HASTINGS LLP**<br>John Storz<br>Matthew D. Friedrick<br>Caroline Diaz<br>200 Park Avenue<br>New York, NY  10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: johnstorz@paulhastings.com<br>　　　　matthewfriedrick@paulhastings.com<br>　　　　carolinediaz@paulhastings.com<br><br>- and -<br><br>**MOLOLAMKEN LLP**<br>Steven F. Molo<br>Justin M. Ellis<br>Sara E. Margolis<br>Mark W. Kelley<br>Catherine Martinez<br>430 Park Avenue<br>New York, NY  10022<br>Telephone:  (212) 607-8160<br>Email: smolo@mololamken.com<br>　　　　jellis@mololamken.com<br>　　　　smargolis@mololamken.com |

2

mkelley@mololamken.com
cmartinez@mololamken.com

- and -

**MOLOLAMKEN LLP**
Eugene A. Sokoloff, Esq.
300 North LaSalle Street
Chicago, IL  60654
Telephone:  (312) 450-6718
Email: esokoloff@mololamken.com

*Counsel to the Ad Hoc Noteholder Group*