# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket 136 |

**SUPPLEMENTAL DECLARATION OF DEBRA I. GRASSGREEN IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Debra I. Grassgreen, Esquire, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), with an office address of 150 California Street, 15th Floor, San Francisco, CA 94111-4500. I am duly admitted to practice law in the State of California and have been admitted *pro hac vice* in theses. This supplemental declaration (the "Supplemental Declaration") is submitted in support of the *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date* (the "Application"), filed on August 24, 2023 at Docket No. 136.[2] Except as set forth herein, the statements contained in my original declaration submitted with the Application remain true and correct.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

2. PSZ&J received payments from the Debtors during the year prior to the Petition Date in the amount of $1,874,692.00[3] (the "Retainer") in connection with the preparation of initial documents and the prepetition representation of the Debtors. After application of the Retainer to pay prepetition amounts owed to PSZ&J, no balance of the Retainer remains and PSZ&J waived any remaining balance due to it from the Debtors.

3. Accordingly, I believe the Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2023

*/s/ Debra I. Grassgreen*
Debra I. Grassgreen

---

[3] One payment from the Debtors to PSZ&J was double counted. This amount has been revised to correct the inadvertent accounting error.