# EXHIBIT A

## Proposed Order

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered)<br>**Ref. Docket No. ___** |

**ORDER (A) AUTHORIZING REJECTION**
**OF EXECUTORY CONTRACTS EFFECTIVE AS OF THE**
**APPLICABLE REJECTION DATE; AND (B) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) authorizing the Debtors to reject the Contracts effective as of the Rejection Effective Date listed on **Schedule 1** annexed hereto; and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under

---

[1]     A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Contracts, including any amendments, restatements, supplements, and associated statements of work associated with the Contracts, shall each be deemed rejected as of the Rejection Effective Date.

3.      Within three (3) calendar days after entry of this Order, the Debtors will serve this Order on the counterparty to each Contract.

4.      Counterparties to Contracts that are rejected pursuant to this Order must file a proof of claim relating to the rejection of such Contracts, if any, by the later of:  (a) any applicable claims bar date established in these Chapter 11 Cases; or (b) 30 days after entry of this Order.  The Debtors reserve all rights to contest any such claim and to contest the characterization of each Contract as executory or not, and to contest whether such Contract may have terminated prior to the Petition Date or otherwise, or may not have been effective prior to the Petition Date or otherwise.

5.      The Debtors reserve their rights to assume, assign, or reject other executory contracts or unexpired leases, and nothing herein shall be deemed to affect such rights.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission by the Debtors or the Committee

as to the validity of any claim against a Debtor entity; (b) a waiver of the Debtors' or the Committee's right to dispute any claim on any grounds; (c) a promise or requirement by the Debtors or the Committee to pay any claim; (d) an implication or admission by the Debtors or the Committee that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization by any Debtor to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver or limitation of the Debtors' or the Committee's rights under the Bankruptcy Code or any other applicable law.

7. Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# SCHEDULE 1

## Rejected Contracts

| | Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|---|
| 1. | 24 Seven, Inc. | P.O. Box 71305, Philadelphia, PA 19176 | Amyris, Inc. | Staffing Services Agreement | 8/9/2023 |
| 2. | AccessBio LLC. & ImmunityBio Inc. | 65 Clyde Rd. Ste A, Somerset, NJ 08873-3485 | Amyris, Inc. | Limited Liability Company Agreement | 8/9/2023 |
| 3. | Access to Advance Health Institute (fka Infectious Disease Research Institute) | 1616 Eastlake Ave E Suite 400, Seattle, Wa 98102 | Amyris, Inc. | Omnibus License Agreement | 8/9/2023 |
| 4. | Access to Advance Health Institute (fka Infectious Disease Research Institute) | 1616 Eastlake Ave E Suite 400, Seattle, Wa 98102 | Amyris, Inc. | Collaboration Agreement | 8/9/2023 |
| 5. | Alation, Inc | 3 Lagoon Drive #300, Redwood City CA 94065 USA | Amyris, Inc. | Master Cloud Software License and Services Agreement | 8/9/2023 |
| 6. | ALISON BROD MARKETING + COMMUNICATIONS, INC. | 400 Park Ave S., New York, NY 10016 | Amyris Clean Beauty, Inc. | Letter | 8/9/2023 |
| 7. | Arch Salon & Suites | 90 2nd Avenue North, Minneapolis, Minnesota 55401 | Amyris Clean Beauty, Inc. | Product Sales Services Agreement | 8/9/2023 |
| 8. | Aryaka Networks | 1850 Gateway Drive, Suite 500, San Mateo | Amyris, Inc. | Services Agreement | 8/9/2023 |
| 9. | Ascential Inc. (Formerly WGSN Inc.) | 1801 Porter Street, Suite 300 Baltimore, MD 21230 | Amyris, Inc. | Webinars and Advisory Services | 8/9/2023 |
| 10. | AUTUMN COMMUNICATIONS, LLC | 8322 Beverly Blvd #201, Los Angeles, CA 90048 | Amyris Clean Beauty, Inc. | Statement of Work No. 4 | 8/9/2023 |
| 11. | AUTUMN COMMUNICATIONS, LLC | 8322 Beverly Blvd #201, Los Angeles, CA 90048 | Amyris Clean Beauty, Inc. | Statement of Work No. 3 | 8/9/2023 |

---

[1] For the avoidance of doubt, the listed Contracts, includes any amendments, restatements, supplements, and associated statements of work associated therewith, whether or not such amendments, restatements, supplements, and associated statements of work are listed in the schedule.

| | Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|---|
| 12. | Baby Center LLC | 114 Fifth Ave., 15th Floor New York, NY 10011 | Amyris Clean Beauty, Inc. | Order Form | 8/9/2023 |
| 13. | BabyCenter, L.L.C. | 114 Fifth Ave., 15th Floor New York, NY 10011 | Amyris Clean Beauty, Inc. | Addendum to Insertion Order | 8/9/2023 |
| 14. | Be Sunshine Digital, LLC | 10635 Santa Monica Blvd. Suite 350 Los Angeles, 90025 | Amyris Clean Beauty, Inc. | Master Services Agreement | 8/9/2023 |
| 15. | Berma LLC | 524 Broadway, 9th FL, New York, NY 10012 | Amyris Clean Beauty, Inc. | Master Services Agreement | 8/9/2023 |
| 16. | Betts Recruiting, Inc. | 270 Lafayette St #208, New York, NY 10012 | Amyris, Inc. | Professional Search Agreement | 8/9/2023 |
| 17. | Brilliant Formulations | Suite C 20630 S. Leapwood Avenue, Carson, CA 90746 | Aprinnova, LLC | Services Agreement | 8/9/2023 |
| 18. | Bureau Veritas Certification | 16800 Greenspoint Park Drive, Houston, TX 77060 | Amyris, Inc. | Proposal for Services | 8/9/2023 |
| 19. | CONTRACTSAFE LLC | 23823 Malibu Road Suite 50-197, Malibu CA 90265 | Amyris, Inc. | Customer Agreement | 8/9/2023 |
| 20. | Creative Circle, LLC | PO Box 74008799, Chicago IL, 60674 | Amyris, Inc. | Letter Agreement | 8/9/2023 |
| 21. | Cristina Genovese; Paula Connelly | 101 S Ridgewood Rd, Greenbrae, CA 94904 | Amyris, Inc. | Master Services Agreement | 8/9/2023 |
| 22. | Dash Hudson Inc. | 1668 Barrington Street Ste. 600, Halifax, NS B3J 2A2 | Clean Beauty Collaborative, Inc. | Amyris - MSA & New Social Set | 8/9/2023 |
| 23. | E*TRADE Financial Corporate Services, Inc. | PO Box 3512, Arlington, VA 22203 | Amyris, Inc. | Statement of Work | 8/9/2023 |
| 24. | E*TRADE Financial Corporate Services, Inc. | PO Box 3512, Arlington, VA 22203 | Amyris, Inc. | Statement of Work for API Project Management Services | 8/9/2023 |
| 25. | EVALULAB Inc. | 5475 rue Pare, suite 206, Montreal (QC), H4P 1P7, Canada | Aprinnova, LLC | Service Contract | 8/9/2023 |
| 26. | Helix Recruiting, Inc. | 2383 Bear Hill Drive, Draper, UT 84020 | Amyris, Inc. | Hourly Recruiting Agreement | 8/9/2023 |
| 27. | HrQ-San Francisco, LLC | 2859 Umatilla Street, Denver, CO 80211 | Amyris, Inc. | Agreement for Services | 8/9/2023 |

| | Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|---|
| 28. | Kelly Services Inc. | 999 West Big Beaver Road, Troy, Michigan, DE 48084 | Amyris, Inc. | Staffing Services Agreement | 8/9/2023 |
| 29. | Kirk Palmer & Associates, Inc. | 500 Fifth Avenue, New York, NY, 10110 | Amyris, Inc. | Letter of Agreement | 8/9/2023 |
| 30. | Labosphere | 5 Rue de Setubal, 60000 Beauvais, France | Aprinnova, LLC | Amendment No. 1 to Services Agreement | 8/9/2023 |
| 31. | Love Social Media, LLC | 14 Turtle Walk, Key Biscay, FL 33149 | Amyris, Inc. | Consulting Agreement | 8/9/2023 |
| 32. | LoveSocial | 45 Broadway, #2230, New York, NY 10006 | Amyris, Inc. | Services Agreement | 8/9/2023 |
| 33. | Mariposa Leadership Inc. | 37 Mars St., San Francisco CA, 94114 | Amyris, Inc. | Proposal for Group Learning | 8/9/2023 |
| 34. | Motherly, Inc. | PO Box 7734, Menlo Park, CA 94026 | Amyris Clean Beauty, Inc. | Sponsored Content Agreement | 8/9/2023 |
| 35. | MyMicrobiome AG | Alte Churerstrasse 45, FL-9496 Balzers, Liechtenstein | Aprinnova, LLC | Testing and Seal of Quality License Agreement | 8/9/2023 |
| 36. | Nant Africa LLC | 2040 E Mariposa Ave, El Segundo, CA 90245 | Amyris, Inc. | License Agreement | 8/9/2023 |
| 37. | On Assignment Staffing Services, Inc. | 26745 Malibu Hills Road, Calabasas, CA 91301 | Amyris, Inc. | Employee Direct Hire Agreement | 8/9/2023 |
| 38. | On Assignment Staffing Services, Inc. | 26745 Malibu Hills Road, Calabasas, CA 91301 | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 39. | OUTFRONT Media | 2640 NW 17th Ln, Pompano, FL 33064 | Amyris, Inc. | Advertiser Agreement | 8/9/2023 |
| 40. | Outfront Media LLC | 2640 NW 17th Ln, Pompano, FL 33064 | Amyris, Inc. | Outfront Media Terms and Conditions of Advertising Service | 8/9/2023 |
| 41. | Panavation | 824 E Haley St. Santa Barbara, CA 93103 | Aprinnova, LLC | Consulting Agreement | 8/9/2023 |
| 42. | Panavation | 824 E Haley St. Santa Barbara, CA 93103 | Aprinnova, LLC | Statement of Work No. 17 | 8/9/2023 |
| 43. | Panavation | 824 E Haley St. Santa Barbara, CA 93103 | Aprinnova, LLC | Statement of Work No. 18 | 8/9/2023 |

| | Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|---|
| 44. | Panavation | 824 E Haley St. Santa Barbara, CA 93103 | Aprinnova, LLC | Statement of Work No. 19 | 8/9/2023 |
| 45. | Panaya LTD | Haharash 6, Hod Hasharon, 4524079, Israel | Amyris, Inc. | Invoice Agreement | 10/10/2023 |
| 46. | Panaya LTD | Haharash 6, Hod Hasharon, 4524079, Israel | Amyris, Inc. | Quote #: Q18052 | 10/10/2023 |
| 47. | Panaya LTD | Haharash 6, Hod Hasharon, 4524079, Israel | Amyris, Inc. | Purchase Order #10018668 | 10/10/2023 |
| 48. | Platinum Resources Group | 17310 Red Hill Ave Ste 105, Irvine, California, 92614 | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 49. | Poosh, LLC | 21731 Ventura Blvd STE 300, Woodland Hills, CA 91364-1851 | Amyris Clean Beauty, Inc. | Services Agreement | 8/9/2023 |
| 50. | Poosh, LLC | 21731 Ventura Blvd STE 300, Woodland Hills, CA 91364-1851 | Amyris, Inc. | Services Agreement | 8/9/2023 |
| 51. | Presidio Search Partner | 5471 Tara Drive, Clayton, CA 94517 | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 52. | PTS Staffing Solutions | 50 California St 15th Floor, San Francisco, CA 94111 | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 53. | QDiligence LLC | 1600 Golf Road, Rolling Meadows, IL 60004 | Amyris, Inc. | Questionnaire Service Subscription Agreement | 8/9/2023 |
| 54. | Rakuten Marketing LLC | 215 Park Ave S. FL9 New York, NY 10003 | Amyris Clean Beauty, Inc. | Amendment to Order Form and Pricing Schedule | 8/9/2023 |
| 55. | Rakuten Marketing LLC | 215 Park Ave S. FL9 New York, NY 10003 | Amyris Clean Beauty, Inc. | Advertising Amendment to the Order Form and Pricing Schedule | 8/9/2023 |
| 56. | Rakuten Marketing LLC | 215 Park Ave S. FL9 New York, NY 10003 | Amyris Clean Beauty, Inc. | Advertising Affiliate Order Form and Pricing Schedule | 8/9/2023 |
| 57. | Resource Options International, Inc. | Suite 1470 1187 Coast Village Road | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 58. | Right Management | 100 Manpower Place, Milwaukee, WI 53212 | Amyris, Inc. | Services Agreement | 8/9/2023 |
| 59. | Sage Consulting Associates Inc. | 49 Geary Street, Suite 402, San Francisco, CA 94108 | Amyris, Inc. | Client Master Agreement | 8/9/2023 |
| 60. | SKINNER LLC | 20 W 22nd St., Suite 614, New York, NY 10010 | Amyris Clean Beauty, Inc. | Amendment No. 1 to Statement of Work No. 2 | 8/9/2023 |

| | Counterparty | Counterparty Address | Debtor Entity | Contract[1] Description | Rejection Effective Date |
|---|---|---|---|---|---|
| 61. | The Prego Expo | 1 Purlieu Pl Ste 292 Winter Park, FL, 32792 | Amyris Clean Beauty, Inc. | Exhibitor Agreement | 8/9/2023 |
| 62. | The Talener Group, Inc. | 11 East 44th St Ste 1200, New York, NY 10017 | Amyris, Inc. | Search Agent Agreement | 8/9/2023 |
| 63. | TRI Princeton | 601 Prospect Ave, Princeton, NJ 08540 | Aprinnova, LLC | Master Services Agreement | 8/9/2023 |
| 64. | Wodika Devine | 25625 Southfield Rd. Suite 100, Southfield, MI 48075 | Amyris Clean Beauty, Inc. | Sales Representation Agreement | 8/9/2023 |
| 65. | Wodika Devine | 25625 Southfield Rd. Suite 100, Southfield, MI 48075 | Amyris, Inc. | Sales Representative Agreement | 8/9/2023 |
| 66. | WPROMOTE LLC | 2100 E. Grand Avenue, 1st Floor, El Segundo, CA 90245 | Amyris, Inc. | Amendment No. 1 to the Master Service Agreement | 8/9/2023 |
| 67. | Wpromote LLC | 2100 E. Grand Avenue, 1st Floor, El Segundo, CA 90245 | Amyris Clean Beauty, Inc. | Master Service Agreement | 8/9/2023 |
| 68. | Wpromote LLC | 2100 E. Grand Avenue, 1st Floor, El Segundo, CA 90245 | Amyris, Inc. | Statement of Work #1 | 8/9/2023 |
| 69. | YOH Services, LLC | 1500 Spring Garden St. Philadelphia, PA 19130 | Amyris, Inc. | Staffing Agreement | 8/9/2023 |
| 70. | Zulily, LLC | 2601 Elliott Avenue, Suite 200, Seattle, WA 98121 | Amyris Clean Beauty, Inc. | Supplemental Letter Agreement | 8/9/2023 |
| 71. | Zulily, LLC | 2601 Elliott Avenue, Suite 200, Seattle, WA 98121 | Amyris, Inc. | Vendor Terms and Conditions | 8/9/2023 |