# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA CANCELLING HEARING ON OCTOBER 25, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME[2]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**RESOLVED MATTERS**

1. Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 20, 2023] (Docket No. 334).

    **Response Deadline:** October 4, 2023.

    **Responses Received:**

    a. Debtor's Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 4, 2023] (Docket No. 446).

    b. Joinder of Euagore, LLC and the Foris Prepetition Secured Lenders to the Debtor's Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 4, 2023] (Docket No. 450).

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

    c.    Ad Hoc Noteholder Group's Statement in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) [Filed October 13, 2023] (Docket No. 529).

    d.    Statement of Ad Hoc Cross-Holder Group in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1, 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 13, 2023] (Docket No. 531).

**Reply:**

    a.    Omnibus Reply of the Official Committee of Unsecured Creditors to (A) Objection of the Debtors and (B) Objection of the DIP Lender and Foris Prepetition Lenders to the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 13, 2023] (Docket No. 533).

**Related Documents:**

    a.    First Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 30, 2023] (Docket No. 405).

    b.    Notice of Filing of Revised Order Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed September 30, 2023] (Docket No. 406).

    c.    Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 10, 2023] (Docket No. 496).

    d.    Notice of Filing of Amended Second Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of September 1. 2023 and (II) Waiving Certain Time-Keeping Requirements [Filed October 10, 2023] (Docket No. 503).

    e.    Debtor's Motion to Continue Hearing the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker

        Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) [Filed October 13, 2023] (Docket No. 534).

    f.   [SIGNED] Order Shortening Notice Period and Scheduling Zoom Hearing with Respect to the Debtors' Motion to Continue Hearing on the Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) [Filed October 13, 2023] (Docket No. 538).

    g.   [SEALED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 541).

    h.   [REDACTED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 542).

    i.   Witness and Exhibit Lists of the Official Committee of Unsecured Creditors Submitted in Connection with October 18, 2023 Hearing [Filed October 16, 2023] (Docket No. 554).

**Status:** This matter is resolved and an order will be submitted under certification of counsel.

2. Debtors' Motion for Entry of an Order Authorizing Exhibit A to the Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker to be Maintained Under Seal [Filed October 18, 2023] (Docket No. 597).

**Response Deadline:** October 25, 2023 at 10:00 a.m. (ET).

**Responses Received:** None.

**Related Documents:**

    a.   [SEALED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 541).

    b.   [REDACTED] Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Continue the Hearing on the Committee's Application to Retain Jefferies LLC as Investment Banker [Filed October 15, 2023] (Docket No. 542).

**Status:** This matter is is resolved and an order will be submitted under certification of counsel.

| | |
|---|---|
| Dated: October 23, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |            dgrassgreen@pszjlaw.com |
| |            joneill@pszjlaw.com |
| |            jrosell@pszjlaw.com |
| |            sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |