# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION FOR LARNYCE TABRON
## OF THE NEW YORK TIMES

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

October 19, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

10/19/2023, NY & NATL, pg B3

*Larnyce Tabron*



Digitally signed by John McGill
Date: 2023.10.19 10:09:26 -04'00'

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

# A Fan's Journey to Watch a Favorite Childhood DVD in 2023

**By MELINA DELKIC**

If you were a child of the early 2000s, there's a good chance your Britney Spears fandom reached a fever pitch around 2002, when she was basking in the success of her third studio album, "Britney," and, months after that VMA python moment, she starred in her first feature film: "Crossroads."

The film, written by Shonda Rhimes, follows Spears's character and two friends, played by Zoe Saldaña and Taryn Manning, as they take a cross-country journey to find friendship, rock 'n' roll and a maternal relationship. There is singing on the open road. There are giggly convenience store trips. There is a boy.

I, turning 7 that year in Boise, Idaho, knew exactly what I wanted for my birthday: "Crossroads" on DVD, so I could watch it about 300 times.

Twenty years later, ahead of the release next week of Spears's memoir, "The Woman in Me," I wanted to rewatch my favorite childhood movie. But doing so turned out to be nearly impossible: "Crossroads" was not streaming on Netflix. Nor was it on Hulu, Amazon Prime Video, Paramount+ or any of the other streaming services I searched.

Finally, I tracked down my original "Crossroads" DVD, but was confronted with a new problem: All of the devices I had once used to watch DVDs — computers, TVs, gaming systems — no longer supported them. I was stuck.

Top producers such as Sony, Samsung and LG once sold tens of millions of DVD players a year. In 2009, 88 percent of American households owned a DVD player, according to Nielsen. By early 2021 that number was just 56 percent, and lower for young people.

Gaming systems used to market themselves as all-in-one entertainment hubs, where families could play games and watch mov-



A scene from "Crossroads," the 2002 Britney Spears movie, above. Actions by Best Buy and Netflix are signaling the decline of DVDs. But plenty of consumers still prefer to have physical copies of their favorite movies.

COLUMBIA/EVERETT COLLECTION, VIA ALAMY

ies. But by 2020, the Xbox Series S was designed for "disc-free gaming." This year, a version of the PlayStation 5 excluded the disc drive. The last Apple MacBook that contained a disc drive was released in 2012.

That mirrors a decline in the disc market, which last week was dealt another blow when Best Buy confirmed that it would stop selling DVDs and Blu-ray discs after the holiday season. Netflix ended its DVD delivery service at the end of September.

DVDs, which entered the market in 1996 in Japan as a more compact and durable replacement for VHS tapes, reached their peak popularity in the mid-2000s, when movie studios began to report better sales numbers in the first week of DVD release than at the box office. Domestic sales began their

DVD'S $3.00

ROBERT ALEXANDER/GETTY IMAGES

decline just a few years later, during the Great Recession.

"To state the obvious, the way we watch movies and TV shows is much different today than it was decades ago," a spokesman for Best Buy wrote in an email to The New York Times.

In 2021, physical media ac-

### From sales to playback, it's getting harder to view discs.

counted for just 8 percent of the U.S. entertainment market, or $2.8 billion, according to the Motion Picture Association. That's a fraction of the tens of billions of dollars consumers spent on DVDs in 2005 and 2006, around the market's peak.

That DVDs have largely fallen out of use is "a function of the march of time in connection with technology," said Jason E. Squire, professor emeritus at the University of Southern California School of Cinematic Arts and host of "The Movie Business Podcast."

"The entertainment industry is filled with these kinds of landmarks in the map of history — radio, television, home entertainment," he said.

Even with so many streaming services out there, some movies and television series still fall through the cracks, either because the services don't think there's an audience for them, or because licensing them would be too costly.

Streaming services often buy temporary rights to a film or show, leaving some titles unavailable for gaps of time while they are without a streaming home.

For example, "Friends," which had been on Netflix for five years and was estimated to be one of its most watched shows, was unavailable on streaming for about five months in between the time that Netflix's deal ended and the show's next platform, HBO Max, got up and running.

That's why, say, if you try to continue your journey through millennial nostalgia and look for the "Spice World" movie, you'll find it's not streamable in the United States — but it is available on DVD. Which is great news, if you still have a DVD player.

For now, there are still plenty of customers who prefer to have their favorite movies reliably available as physical objects.

"We do get customers basically every single day still buying physical media," said Diana Hernandez, the deputy store manager at the Midtown Manhattan location of Bookoff, a secondhand store that sells DVDs. Some are nostalgia buyers; others are older and more comfortable with the format; and some don't have access to the internet.

"Looking back, people in the future will be saying, 'Yeah, well, this is another typical transition for the entertainment industry because of new technology,'" Mr. Squire said.

But we're not fully there yet. For those who want a backup of their favorite series or movie, other big retailers still carry them, and the secondhand market is strong in many cities: Bookoff, for example, is expanding to Long Island soon, Ms. Hernandez said.

As for my "Crossroads" journey, I managed to play my old copy on a DVD player I borrowed from a friend. (Spoiler alert: It holds up.)

And if you want a nostalgia trip of your own but don't have time to get your hands on a DVD player, good news: The movie is back in theaters for just two days next week to celebrate the release of Spears's memoir.

---

## Tesla Profit Plunges 44% As Musk Cites Challenges

**By JACK EWING**

Tesla's profit slumped in the third quarter, disappointing Wall Street expectations, after the carmaker cut prices to maintain its dominance of the market for electric vehicles.

Elon Musk, Tesla's chief executive, also dashed hopes that a new model called the Cybertruck would quickly revive earnings, warning that the pickup truck would take at least 18 months to become profitable after it goes on sale at the end of November.

The company reported a net profit of $1.9 billion from July through September, a 44 percent drop from the $3.3 billion Tesla made in the same three-month period a year earlier.

Saying he wanted to "temper expectations," Mr. Musk warned on Wednesday during a conference call with financial analysts and investors that "there will be enormous challenges in reaching volume production with Cybertruck and making the Cybertruck cash flow positive."

He added, "The blood, sweat and tears that will be required to achieve that is just staggering."

The company has slashed car prices by around 25 percent in the United States during the last year, putting the priority on sales rather than profit. The least expensive version of Tesla's best selling car, the Model Y sport-utility vehicle, now starts at $44,000 before government incentives, or roughly as much as the comparable Toyota RAV4 Prime plug-in hybrid, which has an electric motor and a gasoline engine.

"We continue to believe that an industry leader needs to be a cost leader," Tesla said in a statement.

Despite the cuts, Tesla's share of the electric vehicle market in the United States slumped to 50 percent in the third quarter from 60 percent in the first quarter, according to Kelley Blue Book. BMW, Mercedes, Hyundai, General Motors and other automakers have been introducing new electric vehicles at a rapid clip, eroding Tesla's dominance.

Tesla is also facing stiffer competition in China and Europe, two large markets for battery-powered cars, from local automakers.

Analysts had expected a decline in profit after Tesla said earlier this month that sales fell in the third quarter because of temporary factory shutdowns to retool assembly lines at factories in Austin, Texas, and Shanghai. But the slump was greater than expected.

At least until recently, Tesla was more profitable than established U.S. automakers, allowing it to cut prices. "I view it as a way to defend market share at the expense of margin," said Kevin Roberts, director of industry insights and analytics at CarGurus, an online auto sales site.

The company may not be able to continue cutting prices indefinitely. Its net profit margin in the third quarter was 8 percent, in line with that of traditional carmakers.

Investors had been hoping that the Cybertruck pickup would revive sales. The company said Wednesday that it expected to begin deliveries of the vehicle on Nov. 30, two years behind schedule.

Mr. Musk acknowledged that Tesla was facing severe challenges mass producing the vehicle, which has an unusual stainless-steel body. The material resists rust and does not need to be painted, but is much more difficult to shape and weld.

"We dug our own grave with Cybertruck," Mr. Musk said.

Ford Motor, Rivian and General Motors have reported lackluster

### The C.E.O. tempers expectations for the new Cybertruck.

## $1.9B

Tesla's profit in the third quarter, down from $3.3 billion a year earlier, after big price cuts.

sales of electric pickup trucks after an initial surge in customer interest, suggesting that the market for such vehicles may not be quite as big as industry executives and analysts had once thought. This week, G.M. said it would delay by a year plans to start producing electric pickups at a factory in Michigan, and Ford said it was slowing production of its F-150 Lightning truck.

Mr. Musk insisted that demand for the Cybertruck was "off the charts" and that more than one million people have placed orders. But he noted that higher interest rates have led to higher monthly loan payments, reducing consumers' ability to buy new cars.

"We have to make it at a price that people can afford," he said.

Tesla could benefit if the United Automobile Workers strike against Ford, G.M. and Stellantis expands to more factories. So far, workers at six plants owned by the three companies have walked off the job. Tesla workers do not belong to a union.

Tesla's stock price, which fell nearly 5 percent in regular trading on Wednesday, was down another 3 percent in extended trading after Mr. Musk's conference call.

"I'm not saying things will be bad," he said of the economy, "but I'm saying they might be."

---

## Netflix Adds 9 Million Subscribers in Third Quarter

**By NICOLE SPERLING**

Netflix added nine million subscribers in the third quarter and saw a year-over-year increase in revenue despite strikes by Hollywood writers and actors that brought the entertainment industry largely to a standstill.

Netflix's revenue hit $8.5 billion in the quarter, the streaming company said in an earnings announcement on Wednesday, up 8 percent from a year earlier. The increase was credited to better-than-expected growth in subscribers to 247 million worldwide.

The company's net income was $1.6 billion, up nearly 20 percent from a year earlier. Netflix is expected to spend some $13 billion on content this year, down from $17 billion, because of the writers' strike, which recently concluded, and the actors' strike, which continues after talks recently broke off.

Ted Sarandos, co-chairman of Netflix, said in the conference call that Netflix was "incredibly and totally committed to ending this strike," pointing to how it has hurt the industry and the economy at large. But he added that a new demand last week from the actors' guild — what he called "a subscriber levy that is unrelated to viewing or success" — "really broke our momentum."

Netflix also said it was raising the monthly price for its premium ad-free service in the United States, to $22.99 from $19.99, and for its basic plan, which is available only to existing subscribers. It will also raise prices in Britain and France.

The premium service can be used on four devices at a time. The monthly price for the standard ad-free service, which can be used on



Despite the Hollywood strikes, Netflix's revenue rose from a year ago.

PHILIP CHEUNG FOR THE NEW YORK TIMES

two devices at once, will stay at $15.49. The basic plan — Netflix's lowest without advertising — will increase to $11.99 from $9.99.

Analysts attributed the increase to an effort to lure more people to Netflix's $6.99 service, which includes advertisements and generates additional revenue.

"Yes, raising prices will boost revenue for streaming services in the short term, but overusing this marketing lever isn't sustainable, as consumers expect value: great content at a fair price," Mike Proulx, a vice president and research director at Forrester Research, wrote in a report. "Not only are consumers getting no additional value with recent and planned price hikes, they're, arguably, getting less value."

Still, with the overall television business contracting because of the rising cost of production and a soft ad market, Netflix may find itself in a strong competitive position. For instance, the original series "One Piece," an adaptation of a best-selling manga series, was a success in the United States and Japan. And the service found another hit in "Suits," which aired on the USA Network before ending four years ago.

"We may have increased opportunities to license more hit titles to complement our original programming," the company said in a letter to shareholders. It is a practice that benefits "our members, as well as rights holders," the company said, referring to "the new life that success on Netflix can drive."

Mr. Sarandos added that its deal with HBO, shows that debuted on Netflix, such as "Insecure" and "Ballers," also "popped into the Top 10 on their streaming service for the first time," in what he called "the Netflix Effect" because of the size of its subscriber base and its recommendation system.

Netflix said it expected net income to decline in the fourth quarter because of an increase in marketing costs associated with more movies and series being released, including the final season of "The Crown" and Zack Snyder's big-budget sci-fi fantasy, "Rebel Moon." Mr. Sarandos called the coming quarter "one of its strongest ever" for the film side, highlighting new movies from filmmakers including Mr. Snyder, David Fincher, Todd Haynes and Bradley Cooper.

The company recently initiated cuts to its animation department and shut down two animation films in preproduction, according to a Variety report. Now it is clear why: The company announced on Wednesday that it had signed a new multiyear agreement with Skydance Animation, currently being run by the former Pixar chief John Lasseter. Skydance, formerly at Apple, will now develop and produce animated movies directly for Netflix beginning in 2024.

"We're thrilled with our success of animated features, but it's a very long cycle of development and production," said Mr. Sarandos, adding that no single company has ever really successfully launched more than two animated features in a single year. "This deal helps us to complement the work we are doing."

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: IRONNET, INC., et al.,[1] Debtors.

Chapter 11
Case No. 23-11710 (BLS)
(Jointly Administered)

**NOTICE OF (A) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK OR OPTIONS, (B) DISCLOSURE PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK, AND (C) FINAL HEARING ON THE APPLICATION THEREOF**

TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF COMMON STOCK OF IRONNET, INC. (THE "COMMON STOCK"):

PLEASE TAKE NOTICE that on October 12, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed petitions with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on the Petition Date, the Debtors filed the Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of IronNet, Inc. and Claims Against Debtors and (B) Granting Related Relief [Docket No. 8] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on October 13, 2023, the Court entered the Interim Order (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of IronNet, Inc. and Claims Against Debtors and (B) Granting Related Relief [Docket No. 36] (the "Order")[2] approving procedures for certain transfers of, and declarations of worthlessness with respect to, Common Stock, set forth in Exhibit 1 attached to the Order (the "Procedures").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a Substantial Shareholder or person that may become a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such transaction in violation of the Procedures shall be null and void ab initio, and certain remedial actions may be required to restore the status quo ante.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a 50% Shareholder may not claim a worthless stock deduction in respect of the Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such deduction in violation of the Procedures is null and void ab initio, and the 50% Shareholder shall be required to file an amended tax return revoking such proposed deduction.

Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Order, as applicable.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

PLEASE TAKE FURTHER NOTICE that upon the request of any entity, the proposed notice, solicitation, and claims agent for the Debtors, Stretto, Inc., will provide a copy of the Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. The Order and such declarations are also available via PACER on the Court's website at https://ecf.deb.uscourts.gov/ for a fee, or at no charge by accessing the Debtors' restructuring website at: https://cases.stretto.com/ironnet.

PLEASE TAKE FURTHER NOTICE that the final hearing (the "Final Hearing") on the Motion shall be held on November 14, 2023, at 1:00 p.m., prevailing Eastern Time. Any objections or responses to entry of a final order on the Motion are timely received, the Court may enter such final order without need for the final hearing.

PLEASE TAKE FURTHER NOTICE THAT PARTIES TO FOLLOW THE PROCEDURES SET FORTH IN THE ORDER SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE.

PLEASE TAKE FURTHER NOTICE THAT ANY PROHIBITED PURCHASE, SALE, OTHER TRANSFER OF, OR DECLARATION OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK OR BENEFICIAL OWNERSHIP THEREIN IN VIOLATION OF THE ORDER IS PROHIBITED AND SHALL BE NULL AND VOID AB INITIO AND MAY BE SUBJECT TO ADDITIONAL SANCTIONS AS THIS COURT MAY DETERMINE.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in the Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: October 16, 2023, Wilmington, Delaware, YOUNG CONAWAY STARGATT & TAYLOR, LLP, /s/ Timothy R. Powell, Sean M. Beach (No. 4070), Kenneth J. Enos (No. 4544), Elizabeth S. Justison (No. 5911), Timothy R. Powell (No. 6894), Kristin L. McElroy (No. 6871), Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Telephone: (302) 571-6600, Email: sbeach@ycst.com, kenos@ycst.com, ejustison@ycst.com, tpowell@ycst.com, kmcelroy@ycst.com, Proposed Counsel for the Debtors and Debtors in Possession

The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9426), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: AMYRIS, INC., et al.,[1] Debtors.

Chapter 11, Case No. 23-11131 (TMH) (Jointly Administered)

**NOTICE OF DEADLINES FOR THE FILING OF (I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE, AND (II) REJECTION DAMAGES CLAIMS**

**THE CLAIMS BAR DATE IS NOVEMBER 15, 2023**

**THE GOVERNMENTAL CLAIMS BAR DATE IS FEBRUARY 5, 2024**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On October 13, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 528] (the "Bar Date Order") establishing certain dates by which parties holding prepetition claims against the above-captioned Debtors must file proofs of claim ("Proofs of Claim"), including claims by governmental units, claims arising under section 503(b)(9) of the Bankruptcy Code, and Rejection Damages Claims, in the Chapter 11 Cases of the following debtors and debtors in possession (collectively, the "Debtors"): Amyris, Inc.; AB Technologies LLC; Amyris-Olika, LLC; Amyris Clean Beauty, Inc.; Amyris Fuels, LLC; Aprinnova, LLC; Onda Beauty Inc.; and Upland 1 LLC.

**The Bar Dates.** Pursuant to the Bar Date Order, all entities (except governmental units), including individuals, partnerships, corporations, joint ventures, and trusts who have a claim or potential claim against the Debtors, that arose prior to August 9, 2023, no matter how remote or contingent such right to payment or equitable remedy may be, including requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **November 15, 2023, at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date"). Governmental units who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **February 5, 2024, at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**Amended Schedules Bar Date.** All parties asserting claims against the Debtors' estates that are affected by a previously unfiled Schedule or an amendment or supplement to the Schedules are required to file Proofs of Claim by **the later of (a) the Claims Bar Date or the Governmental Bar Date, as applicable, or (b) 5:00 p.m., prevailing Eastern Time on the date that is thirty days following entry of an order approving such amendment** (the "Amended Schedules Bar Date").

**Rejection Damages Bar Date.** All parties asserting claims against the Debtors' estates arising from the Debtors' rejection of an executory contract or unexpired lease must file the applicable Proof of Claim by **the later of (a) the Claims Bar Date or the Governmental Bar Date, as applicable, or (b) 5:00 p.m., prevailing Eastern Time on the date that is thirty days following entry of an order approving such rejection** (the "Rejection Damages Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, IN EACH CASE ON OR BEFORE THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, so as to be actually received by the Debtors' notice and claims agent, Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto"), on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date set forth herein) either (1) electronically through the interface available at https://cases.stretto.com/amyris/file-a-claim/ or (2) by first class mail, hand deliver or overnight mail to Amyris, Inc., et al. Claims Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**Contents of Proofs of Claim.** Each Proof of Claim must: (i) be written in English; (ii) include a legible signature and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant.

**Additional Information.** If you require additional information regarding the filing of a proof of claim, you may contact the Debtors' claims agent, Stretto, directly by writing to: Amyris, Inc., et al. Claims Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602 (email: TeamAmyris@stretto.com). **Please note** that Stretto cannot offer legal advice or advise whether you should file a proof of claim.

**Claim Against Multiple Debtor Entities.** Unless otherwise ordered by the Court, each Proof of Claim must state a claim against only one Debtor and (ii), if, however, such documentation is voluminous, such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available; provided that any creditor that includes such a summary or explanation shall be required to transmit such writings to Debtors' counsel upon request no later than ten days from the Receipt of such request.

**Receipt of Service.** Claimants wishing to receive acknowledgement that their Proofs of Claim were received by Stretto must submit (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim) and (ii) a self-addressed, stamped envelope.

Dated: October 13, 2023, PACHULSKI STANG ZIEHL & JONES LLP, /s/ James E. O'Neill, Richard M. Pachulski (admitted pro hac vice), Debra I. Grassgreen (admitted pro hac vice), James E. O'Neill (DE Bar No. 4042), Jason H. Rosell (admitted pro hac vice), Steven W. Golden (DE Bar No. 6807), 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Telephone: (302) 652-4100, Facsimile: (302) 652-4400, rpachulski@pszjlaw.com, dgrassgreen@pszjlaw.com, joneill@pszjlaw.com, jrosell@pszjlaw.com, sgolden@pszjlaw.com, Counsel to the Debtors and Debtors in Possession

A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/amyris. The Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.