**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>AMYRIS, INC., *et al.*<br>                 Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**ORDER GRANTING THE AD HOC NOTEHOLDER GROUP'S MOTION FOR AN ORDER SHORTENING THE NOTICE PERIOD FOR ITS RULE 2004 MOTION DIRECTING THE PRODUCTION OF DOCUMENTS BY THE FORIS LENDERS**

Upon consideration of the motion (the "Motion for Shortened Notice") of the Ad Hoc Noteholder Group (the "Ad Hoc Group"), for entry of an order shortening and limiting the notice with respect to the Ad Hoc Group's Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Foris Lenders (the "Rule 2004 Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that venue of this proceeding and this Motion for Shortened Notice in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and pursuant to Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion for Shortened Notice is appropriate; and it appearing that due and adequate notice of the Motion for Shortened Notice has been given under the circumstances, and

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Shortened Notice is **GRANTED** with respect to the Rule 2004 Motion;

2. The Rule 2004 Motion shall be heard via Zoom on **October 31, 2023**, at _____ (ET) (the "Hearing");

3. Objections to the relief requested in the Rule 2004 Motion, if any, shall be filed on or before **12:00 p.m.** (ET) on **October 30, 2023**;

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order;

5. The Ad Hoc Group shall promptly file and serve notice of the Hearing and a notice of agenda.