# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Relates to Docket Nos. 615, 619** |

**ORDER DENYING AD HOC NOTEHOLDER GROUP'S MOTION FOR AN ORDER SHORTENING THE NOTICE PERIOD FOR ITS RULE 2004 MOTION DIRECTING THE PRODUCTION OF DOCUMENTS BY THE FORIS LENDERS**

Upon consideration of the *Ad Hoc Noteholder Group's Motion for an Order Shortening the Notice Period for its Rule 2004 Motion Directing the Production of Documents by the Foris Lenders* [Docket No. 615] (the "Motion to Shorten")[2] filed by the Ad Hoc Group seeking entry of an order shortening time for notice on the Rule 2004 Motion, scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Rule 2004 Motion; and upon the objection to the Motion to Shorten filed by the Foris Lenders; and the Court finding that is has jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334, that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and that the Motion to Shorten is a core proceeding under 28 U.S.C. § 157 (b)(2); **IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is DENIED.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion to Shorten.

2. The Court will schedule the 2004 Motion for the omnibus hearing on November 6, 2023 with an objection deadline of November 2, 2023 at 12:00 p.m. (prevailing Eastern Time).

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: October 26th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**