IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                 Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Relates to Docket No. 619** |

## AMENDED CERTIFICATE OF SERVICE

I, Kenneth A. Listwak, hereby certify that on the 25th day of October, 2023, I caused the *Objection of the Foris Prepetition Secured Lenders to the Ad Hoc Noteholder Group's Motion for an Order Shortening the Notice Period for Its Rule 2004 Motion* [Docket No. 619] (the "Objection") to be served by email upon the parties set forth on the attached service list; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

I further certify that on the 26th day of October, 2023, I caused the Objection to be served by first class mail upon the parties set forth on the attached service list.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.

164446774v1

Dated: October 27, 2023
Wilmington, Delaware

/s/ Kenneth A. Listwak
David M. Fournier (DE No. 2812)
Kenneth A. Listwak (DE No. 6300)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com
ken.listwak@troutman.com

-and-

Michael H. Goldstein (admitted *pro hac vice*)
Alexander J. Nicas (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Email: mgoldstein@goodwinlaw.com
anicas@goodwinlaw.com
dhoehne@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel to the Foris Prepetition Secured Lenders and the DIP Secured Parties*

164446774v1

## SERVICE LIST

(Counsel to the Debtors)
PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski , Debra I. Grassgreen
James E. O'Neill, Steven W. Golden, and
Jason H. Rosell
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
rpachulski@pszjlaw.com; dgrassgreen@pszjlaw.com;
joneill@pszjlaw.com; jrosell@pszjlaw.com;
sgolden@pszjlaw.com

(Counsel to the Official Committee of Unsecured Creditors)
Christopher M. Samis, Katelin A. Morales, and Sameen Rizvi
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
csamis@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

(Counsel to the Official Committee of Unsecured Creditors)
Gregory F. Pesce and Andrew F. O'Neill
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
gregory.pesce@whitecase.com
aoneill@whitecase.com

(Counsel to the Official Committee of Unsecured Creditors)
John Ramirez and Andrea Kropp
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
john.ramirez@whitecase.com
andrea.kropp@whitecase.com

John Schanne
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
john.schanne@usdoj.gov

(Counsel to the Ad Hoc Noteholder Group)
Stanley B. Tarr and Lawrence R. Thomas III
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
stanley.tarr@blankrome.com;
lorenzo.thomas@blankrome.com

(Counsel to the Ad Hoc Noteholder Group)
Steven F. Molo, Justin M. Ellis,
Sara E. Margolis, Mark W. Kelley, and
Catherine Martinez
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com; jellis@mololamken.com;
smargolis@mololamken.com; mkelley@mololamken.com;
cmartinez@mololamken.com

(Counsel to the Ad Hoc Noteholder Group)
John Storz, Matthew D. Friedrick, and
Caroline Diaz
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
johnstorz@paulhastings.com
matthewfriedrick@paulhastings.com
carolinediaz@paulhastings.com

(Counsel to the Ad Hoc Noteholder Group)
Frank Merola
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
frankmerola@paulhastings.com