IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>Hearing: November 6, 2023 at 10:00 a.m. (ET)<br>Obj. Deadline: November 2, 2023 at 12:00 p.m. (ET)<br><br>Re: Docket Nos. 614, 621 |

**NOTICE OF MOTION OF THE AD HOC
NOTEHOLDER GROUP FOR AN ORDER PURSUANT
TO BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1
DIRECTING THE PRODUCTION OF DOCUMENTS BY THE FORIS LENDERS**

      **PLEASE TAKE NOTICE** that, on October 24, 2023, the Ad Hoc Group of Holders of 1.50% Convertible Senior Notes due 2026 (the "Ad Hoc Group" of holders of the "Convertible Notes") filed the *Motion of the Ad Hoc Noteholder Group for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Foris Lenders* [Docket No. 614] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  You were previously served with a copy of the Motion. The Motion is also available on the website maintained by Stretto, the Debtors' claims agent – https://cases.stretto.com/amyris.

      **PLEASE TAKE FURTHER NOTICE** that, on October 26, 2023, upon motion of the Ad Hoc Group, the Bankruptcy Court approved the *Order Denying Ad Hoc Noteholder Group's Motion for an Order Shortening the Notice Period for its Rule 2004 Motion Directing the Production of Documents by the Foris Lenders* [Docket No. 621] (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, objections or responses to the relief requested in the Motion must be filed on or before **November 2, 2023 at 12:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to the Ad Hoc Group so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, a hearing on the Motion (the "Hearing") has been scheduled for **November 6, 2023 at 10:00 a.m. (Prevailing**

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, in the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 30, 2023
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, DE  19801
Tel.: (302) 425-6400
Fax: (302) 425-6464
stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

**MOLOLAMKEN LLP**
Steven F. Molo
Justin M. Ellis
Sara E. Margolis
Mark W. Kelley
Catherine Martinez
430 Park Avenue
New York, NY  10022
Tel.:  (212) 607-8160
smolo@mololamken.com
jellis@mololamken.com
smargolis@mololamken.com
mkelley@mololamken.com
cmartinez@mololamken.com

*Counsel to the Ad Hoc Noteholder Group*