# Amanda Hrycak

| | |
|---|---|
| **From:** | Klaus Haist-Vidovnik <Klaus-Haist-Vidovnik@kabsi.at> |
| **Sent:** | Monday, October 30, 2023 8:13 AM |
| **To:** | Amanda Hrycak |
| **Subject:** | Amyris |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

to Mr. Thomas M. Horan

Dear Mr. Judge,

I hope and ask you not to forget about the small investors.
We still believe in this green environmental technology technology and don't want to lose our shares. I invested my entire fortune because I wanted to support environmentally friendly technology. Personally, I invested my entire fortune and pension in this company because I wanted to invest in a clean environment and believed in the company's promises.
Now I'm bankrupt.
Please don't support the big rich money-oriented managers and hedge funds that get rich at the expense of small investors.
The patents and molecule production will be very valuable in the future.

Klaus Haist-Vidovnik
Alexander Groß Gasse 38/4
2345 Brunn am Gebirge
AUSTRIA

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.