# Amanda Hrycak

| | |
|---|---|
| **From:** | Nick <nchavez120@gmail.com> |
| **Sent:** | Monday, October 23, 2023 9:06 PM |
| **To:** | Amanda Hrycak |
| **Subject:** | Amyris Cannot Be Allowed To Leave Shareholders With No Value. We Have Been Wiped Out Due To Their Incompetence or Intentionally Corrupt Maneuvering |

**CAUTION - EXTERNAL:**

Dear Ms Hrycak,

Please make sure that His Honor Judge Thomas M. Horan receives this message. I wanted to write the court to plead with his Honor to not allow Amyris/multi-billionaire John Doerr (Net worth at least $10.2 Billion) to leave shareholders with no claim to any money, asset value or shares after they have lied and, perhaps, even deliberately drove Amyris into the ground in order to get a stronger position in the company and make it go private while they evaporated our life savings.

I'm a middle-class guy who is currently only making about $40K a year due to my industry contracting (usually only around $80K/year), and I am almost 40 years old and about to start a family and want to buy my first home, and I have been completely wiped out with Amyris losing **-$81,532.86** as it currently stands (See proof below; and my brother lost his life savings investing in Amyris as well), and I am still a shareholder hoping the company would seek to get out of this, or at least reward shareholders, but it seems Amyris/John Doerr are trying to declare bankruptcy and give us nothing while I am left in financial ruin.



Amyris has made several promises over the last 2-3 years about becoming profitable and creating value for shareholders. These promises have been made (but not kept) in various forms, including company presentations, press releases, and investor calls. Here are some examples of their promises/stated goals:

- 
- 
- Achieving profitability: In 2021, Amyris projected that it would reach EBITDA profitability by the

1

- end of 2023. The company has reiterated this goal on several occasions, emphasizing its commitment to financial discipline and operational efficiency.
- 
- 
- 
- Expanding margins: Amyris has also consistently highlighted its focus on expanding margins across
- its business segments. This includes efforts to reduce production costs, optimize supply chain management, and increase pricing power.
- 
- 
- 
- Delivering sustainable growth: Amyris has emphasized its commitment to delivering sustainable, long-term
- growth for shareholders. This includes targeting revenue growth of 50% or more annually and expanding its product portfolio to address new market opportunities
- 
- 
- 
- Creating shareholder value: Amyris has expressed its dedication to creating value for shareholders through various means, such as share buybacks, dividend payments,
- and strategic partnerships.
- 

What Amyris did instead is go from $20.65 per share from March 2021 to **$.0035 per share** as of today (10/23/2023). How is this possible and allowed? We believed in this company, in billionaire John Doerr, and this is what they do with our investment?


As a secured creditor, John Doerr's interests were not harmed. He took advantage of the plan proposed by the board of directors, which was a restructuring plan that was extremely beneficial to him. This is a serious ethical crisis and breach of fiduciary duty. As another shareholder said:
 "When it comes to overseas assets, factories and patented technologies, before the asset valuation has been included in the asset valuation, DIP obtained 100% of the new AMRS equity when it exited the loan. It is obvious that the overseas subsidiary has no business relationship with the company. In the case of bankruptcy and reorganization, the new AMRS will obtain the assets free of charge, and the assets will be obtained at a price far lower than the market price. In the case of open market bidding, it will obviously be much higher than this number. The DIP loan is an insider's board of directors. Doesn't this need to avoid suspicion? It seems to involve self-dealing, illegal behavior.
The board of directors and management are all under his influence. **They will first clear out the small shareholders (us), and then clean up the creditors, leaving a large amount of assets. If they withdraw from the DIP loan with US$100 million, they can obtain 100% of the equity of the new AMRS. No matter what you think, It's unreasonable. I feel like everyone has been robbed. The plan formulated in this way obviously loses fairness and rationality and does not take into account the interests of small shareholders at all."**
Your Honor, please don't let honest, working class shareholders like me get completely wiped out because of gross, incompetent mismanagement and empty promises, or worse, clever corporate maneuvering by multi-billionaire John Doerr to run the company into the ground and declare bankruptcy in order to wrest control of the company and wipe out so many of the little guys' life savings in the process.

Please don't let them get away with this, Your Honor. You are the last line of defense from predatory corporate maneuvering that preys on the little guy like me, and I pray and believe you will see to it that we are not used as pawns to further engorge John Doerr's already obscene, $10 Billion Dollar Bank Account.


Thank You,
Nick Chavez P.S. Please make sure His Honor Judge Thomas M. Horan receives this message, Ms. Hrycak. Or please give me an email address or method to send this to him directly if there is a better way. Thank you for your time.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.