# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket Nos. 543 & 558** |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) and Rules 8002(a) and 8003 of the Federal Rules of Bankruptcy Procedure, Lavvan, Inc. hereby appeals to the United States District Court for the District of Delaware from the *Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 558] (the "**Order**"), entered on October 16, 2023, and the accompanying bench ruling, dated October 11, 2023 [D.I. 543] (the "**Bench Ruling**") of the United States Bankruptcy Court for the District of Delaware, and all underlying orders and rulings collateral thereto.

Copies of the Order and Bench Ruling are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

The names of all parties to the Order and Bench Ruling appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEY |
|---|---|
| **Appellant**<br><br>Lavvan, Inc. | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>collins@rlf.com<br>silberglied@rlf.com<br>mathews@rlf.com<br><br>-and-<br><br>**CYRULNIK FATTARUSO LLP**<br><br>Jason Cyrulnik<br>Paul Fattaruso (admitted *pro hac vice*)<br>55 Broadway, Third Floor<br>New York, New York  10006<br>Telephone:  (646) 844-2466<br>cyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |
| **Appellees**<br><br>Amyris, Inc. and its debtor affiliates in the above-captioned chapter 11 cases | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400 |

| PARTY | ATTORNEY |
|---|---|
| | rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>joneill@pszjlaw.com<br>jrosell@pszjlaw.com<br>sgolden@pszjlaw.com |
| **Appellees**<br><br>Euagore, LLC, Foris Ventures, LLC, Perrara Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>David M. Fournier (DE No. 2812)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>david.fournier@troutman.com<br>ken.listwak@troutman.com<br><br>-and-<br><br>**GOODWIN PROCTER LLP**<br><br>Michael H. Goldstein (admitted pro hac vice)<br>Alexander J. Nicas (admitted pro hac vice)<br>Debora A. Hoehne (admitted pro hac vice)<br>Artem Skorostensky (admitted pro hac vice)<br>The New York Times Building<br>620 Eighth Avenue New York, NY 10018<br>Telephone: (212) 813-8800<br>mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>askorostensky@goodwinlaw.com |

Dated: October 30, 2023

                                            Respectfully submitted,

*/s/  Russell C. Silberglied*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:    collins@rlf.com
             silberglied@rlf.com
             mathews@rlf.com

                -and-

Jason Cyrulnik
Paul Fattaruso (admitted *pro hac vice*)
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, New York 10006
Telephone: (646) 844-2466
Email:    cyrulnik@cf-llp.com
             pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*