## Amanda Hrycak

**From:** Refik ISK <isrefik@senatvm.com>
**Sent:** Monday, October 23, 2023 11:53 AM
**To:** Amanda Hrycak
**Subject:** Request for Consideration of Retail Investors Interests in AMYRIS Chapter 11 Bankruptcy Case

**CAUTION - EXTERNAL:**

Dear Honorable Judge Thomas M. Horan

I am writing as a concerned foreign investor in the U.S. equity market to respectfully express my deep interest in the ongoing AMYRIS Chapter 11 bankruptcy case. As a person who has invested in the U.S. financial markets, I believe in the importance of upholding the principles of justice and ensuring that the interests of all stakeholders, including retail investors, are duly considered.

I understand that the decisions you make in the AMYRIS case will have far-reaching consequences, and I kindly request that you take into account the interests of retail investors like myself. The American financial markets have earned a reputation for their transparency, fairness, and protection of investors' rights. This reputation not only benefits U.S. investors but also has a global impact on investor confidence and trust in U.S. financial markets.

Foreign investors, such as myself, have chosen to invest in the U.S. equity market because of the high standards and legal protections it offers. Our investments contribute to the overall health and success of U.S. businesses and the economy. Therefore, it is essential that the principles of justice and fairness are upheld, and retail investors' interests are considered during the proceedings of the AMYRIS bankruptcy case.

I kindly urge you to consider the significance of foreign retail investors in the U.S. equity market and recognize that preserving their interests is not only in the best interest of foreign investors but is also essential to maintain the reputation and integrity of U.S. financial markets.

I have the utmost respect for the judicial system and the role it plays in ensuring a fair and equitable resolution to complex matters such as this bankruptcy case. I trust that your wisdom and judgment will be exercised with fairness, and I have faith in your dedication to upholding the principles of justice.

Thank you for your time and consideration. I appreciate your service and the important decisions you make on behalf of investors and the broader financial community.

Sincerely,
**Refik ISIK**

█████████████████████

E-mail: isrefik@senatvm.com

**Attention :**
This e-mail and all files transmitted with it as attachments are confidential and intended solely for the usage of the authorized individual or entity, who are addressed. This mail and its ingredients should not be shared with third parties. If you are not the intended recipient, you are hereby notified that any dissemination, forwarding or copying of this e-mail

and attached files, or usage of any of the information contained in this message is strictly prohibited. In that case, the e-mail and attached files should immediately be deleted.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.