IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                   Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 608** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FOURTH OMNIBUS MOTION FOR THE ENTRY OF AN ORDER (A) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS EFFECTIVE AS OF THE APPLICABLE REJECTION DATE; AND (B) GRANTING RELATED RELIEF**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Fourth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief* [Docket No. 608] (the "Motion") filed on October 20, 2023. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

      As no response to the Motion has been received and the hearing on the Motion would otherwise be cancelled, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

DOCS_LA:352068.1 03703/004

<table>
<tr><td>Dated: October 30, 2023</td><td><b>PACHULSKI STANG ZIEHL & JONES LLP</b><br><br><i>/s/ James E. O'Neill</i><br>Richard M. Pachulski (admitted <i>pro hac vice</i>)<br>Debra I. Grassgreen (admitted <i>pro hac vice</i>)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted <i>pro hac vice</i>)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>       dgrassgreen@pszjlaw.com<br>       joneill@pszjlaw.com<br>       jrosell@pszjlaw.com<br>       sgolden@pszjlaw.com<br><br><i>Counsel to the Debtors and Debtors in Possession</i></td></tr>
</table>