**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | ) Case No. 23-11131 (TMH) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Obj. Deadline: November 13, 2023, at 4:00 p.m.** |

**SUMMARY OF FIRST MONTHLY APPLICATION
OF SHEARMAN & STERLING LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM AUGUST 9, 2023, THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Shearman & Sterling LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 26, 2023 (*Effective as of* August 9, 2023) |
| Period for which compensation and reimbursement is sought: | August 9, 2023, through September 30, 2023[2] |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $72,653.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $23.79 |

This is a:  __X__ monthly   ___ final application

This application does not include any hours or fees in connection with the preparation of fee applications.

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**Prior applications:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A |
|  | **Total** | N/A | N/A | N/A | N/A |

## MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Title and Year/State of Admission | Hourly Billing Rate (including changes) | Expertise | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan E. Cheng | Counsel at firm. Member of the NY Bar since 2012. | $1,555.00 | Antitrust | 3.6 | $5,598.00 |
| Joel Dizon | Legal Assistant | $480.00 | Legal Assistant | 1.1 | $528.00 |
| Michael S. Dorf | Partner at firm. Member of the CA Bar since 1992. | $2,130.00 | Mergers & Acquisition | 15.5 | $33,015.00 |
| Christine Horsley | Legal Assistant | $525.00 | Legal Assistant | 0.3 | $157.50 |
| J. Kyle Jaksa | Associate at firm. Member of the TX Bar since 2020. | $1,215.00 | Bankruptcy | 5.0 | $6,075.00 |
| Daniel A. Kahn | Associate at firm. Member of the NY Bar since 2010. | $1,415.00 | Litigation | 4.0 | $5,660.00 |
| Daniel H. R. Laguardia | Partner at firm. Member of NY Bar since 2000. Member of the CA Bar since 2017. | $2,130.00 | Litigation | 0.7 | $1,491.00 |
| C. Luckey McDowell | Partner at firm. Member of the Texas Bar since 2002. | $2,130.00 | Bankruptcy | 7.3 | $15,549.00 |

| Name of Professional Person | Title and Year/State of Admission | Hourly Billing Rate (including changes) | Expertise | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| David Moura | Administration | $225.00 | Administration | 0.4 | $90.00 |
| Djordje Petkoski | Partner at firm. Member of District of Columbia Bar since 2007. | $1,975.00 | Antitrust | 1.0 | $1,975.00 |
| Ruth Sheopaul | Administration | $225.00 | Administration | 1.1 | $247.50 |
| Rachelle Tercero | Legal Assistant | $480.00 | Legal Assistant | 1.7 | $816.00 |
| Eva Wang | Associate at firm. Member of the California Bar since 2022. | $995.00 | Intellectual Property | 1.3 | $1,293.50 |
| Matthew Woods | Administration | $225.00 | Administration | 0.7 | $157.50 |
| **Total** | | | | **43.7** | **$72,653.00** |
| **Blended Rate:** | | **$1,662.54** | | | |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Beauty Labs Litigation | 10.0 | $9,147.50 |
| Retention and Fee Applications | 16.8 | $31,209.00 |
| Antitrust and Privacy Advice | 7.5 | $12,274.50 |
| Legacy Transactions Advice | 9.4 | $20,022.00 |
| **TOTAL** | **43.7** | **$72,653.00** |

5

## **MONTHLY EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---:|
| Other Outside Services | $23.79 |
| **TOTAL** | **$23.79** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: November 13, 2023, at 4:00 p.m.** |
| | ) | |

**SUMMARY OF FIRST MONTHLY APPLICATION
OF SHEARMAN & STERLING LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM AUGUST 9, 2023, THROUGH SEPTEMBER 30, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Under 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Shearman & Sterling LLP as Special Counsel for the Debtors Effective as of the Petition Date* [Docket No. 361] (the "***Retention Order***") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 279] (the "***Interim Compensation Order***"), the law firm of Shearman & Sterling LLP ("***Shearman***") hereby applies (the "***Application***") to the Court for reasonable compensation for professional legal services rendered as special counsel to the above-captioned debtors and debtors in possession (the "***Debtors***"), in the amount of $72,653.00, together with reimbursement for actual and necessary expenses incurred in the amount of $23.79, for the period commencing August 9, 2023 through

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

and including September 30, 2023 (the "**Fee Period**").  In support of this Application, Shearman respectfully represents as follows:

## BACKGROUND

1. On August 9, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Shearman was retained to represent the Debtors as special counsel in connection with these chapter 11 cases, effective as of the Petition Date.  The Retention Order authorizes Shearman to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. All services for which compensation is requested herein by Shearman were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as Exhibit "A" is a detailed statement of fees incurred during the Fee Period, showing the amount of $72,653.00 due for fees.

5. The services rendered by Shearman during the Fee Period are grouped into the categories set forth in Exhibit "A."  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6. Exhibit "B" attached hereto is a detailed statement of expenses paid by Shearman during the Fee Period, showing the amount of $23.79 due for reimbursement of expenses.  A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as Exhibit "B."

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of Shearman have expended a total of 43.7 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each person providing services to the Debtors for the Fee Period is fully set forth in the invoices attached hereto as Exhibit "A." The rates reflected are Shearman's standard hourly rates of compensation for work of this character. The reasonable value of the services rendered by Shearman for the Fee Period as special counsel for the Debtors in these cases is $72,653.00.

9. Shearman believes that the time entries included in Exhibit "A" attached hereto and the expense breakdown set forth in Exhibit "B" attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

11. This Application covers the period from August 9, 2023, through and including September 30, 2023. Shearman has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Fee Period, for which Shearman will file subsequent fee applications.

## CONCLUSION

WHEREFORE, Shearman requests that allowance be made to it in the sum of $72,653.00 for compensation for necessary professional services rendered to the Debtors for the Fee Period,

and $23.79 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

*[Signature Page to Follow]*

Dated: October 30, 2023
      Menlo Park, California

_____
**SHEARMAN & STERLING LLP**

Michael S. Dorf
1460 El Camino Real, Floor 2
Menlo Park, CA 94025
Phone: (650) 838-3600
Email: mdorf@shearman.com

C. Luckey McDowell
J. Kyle Jaksa
2601 Olive St, Floor 17th
Dallas, TX 75201
Phone: (214) 271-5777
Email: luckey.mcdowell@shearman.com
       kyle.jaksa@shearman.com

*Special Counsel to the Debtors and
Debtors in Possession*

5

## VERIFICATION

STATE OF CALIFORNIA )
                    )
MENLO PARK          )

I, Michael Dorf, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a Partner in the applicant firm, Shearman & Sterling LLP ("**Shearman**"), and have been admitted to the bar of the state of California since 1992.

2. I have personally performed many of the legal services rendered by Shearman to Amyris Inc. in connection with these chapter 11 cases and am familiar with all other work performed by the lawyers and paraprofessionals at Shearman.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
MICHAEL DORF