**EXHIBIT A**

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

October 26, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00049

Invoice Number: 7221524

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through September 5, 2023 in connection with Beauty Lab Litigation.

**FEES**......................................................................................................... $9,147.50

**COSTS** related thereto................................................................................ $23.79

**TOTAL**...................................................................................................... $9,171.29

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

October 26, 2023

AMYRIS, INC.  
Page Number: 2

Account Number: 36714-00049  
Invoice Number: 7221524

## **TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/10/2023 | Kahn, Daniel Aaron | Revise and file notice re: bankruptcy stay. | 0.50 |
| 08/10/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket entries in Court Alert. | 0.20 |
| 08/10/2023 | Woods, Matthew | Electronically filed a Notice of Pendency for D. Kahn regarding Amyris. | 0.70 |
| 08/11/2023 | Kahn, Daniel Aaron | Analyze recent filings (.2); client correspondence re: same (.1). | 0.30 |
| 08/11/2023 | Horsley, Christine | Update files with order staying case and prepare Outlook event for quarterly status reports. | 0.30 |
| 08/11/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket and calendar entries in Court Alert. | 0.40 |
| 08/24/2023 | Laguardia, Daniel H.R. | Respond to employment issues. | 0.70 |
| 08/24/2023 | Kahn, Daniel Aaron | Analyze document production in connection with client request. | 0.30 |
| 08/25/2023 | Kahn, Daniel Aaron | Analyze document production in connection with client request. | 0.40 |
| 08/25/2023 | Dizon, Joel | Correspondence with case team regarding chronology of documents to export and send to counsel (.3); compile documents requested by case team and prepare secure sharefile link for service (.5). | 0.80 |
| 08/25/2023 | Tercero, Rachelle | Create a saved search of all documents listed in chronology chart (.9); run keyword searches based on chronology summary for entries without a document ID listed per D. Kahn's request (.4). | 1.30 |
| 08/28/2023 | Kahn, Daniel Aaron | Analyze document production in connection with client request. | 0.60 |
| 08/29/2023 | Kahn, Daniel Aaron | Draft joint update to the Court; analyze filings for same. | 0.80 |
| 08/29/2023 | Dizon, Joel | Compiled and export documents from updated chronology and prepare secure sharefile link for service. | 0.30 |
| 08/29/2023 | Tercero, Rachelle | Update saved search of chronology documents in Relativity per D. Kahn's instructions. | 0.40 |
| 08/30/2023 | Kahn, Daniel Aaron | Revise draft joint update to the Court (.3); confer with client and plaintiffs' counsel re: same (.2). | 0.50 |
| 08/31/2023 | Kahn, Daniel Aaron | Revise joint update to the Court (.2); confer with plaintiffs' counsel re: same (.3). | 0.20 |
| 09/01/2023 | Kahn, Daniel Aaron | Coordinate filing of joint update to the Court. | 0.40 |
| 09/01/2023 | Moura, David | Electronically filed in USDC - SDNY Case: 23cv2245, Joint Letter concerning Status Report for Daniel Kahn/Daniel Laguardia. | 0.40 |
| 09/01/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket entries in Court Alert. | 0.20 |
| 09/05/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket entries | 0.30 |

October 26, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00049  
Invoice Number: 7221524

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
|      |            | in Court Alert. |   |

**TOTAL HOURS**     10.00

**FEES**.................................................................................................................... $9,147.50

October 26, 2023

AMYRIS, INC.  
Page Number:  5

Account Number:  36714-00049  
Invoice Number:  7221524

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Laguardia, Daniel H.R. | 0.70 | 2,130.00 | 1,491.00 |
| Kahn, Daniel Aaron | 4.00 | 1,415.00 | 5,660.00 |
| Dizon, Joel | 1.10 | 480.00 | 528.00 |
| Horsley, Christine | 0.30 | 525.00 | 157.50 |
| Moura, David | 0.40 | 225.00 | 90.00 |
| Sheopaul, Ruth | 1.10 | 225.00 | 247.50 |
| Tercero, Rachelle | 1.70 | 480.00 | 816.00 |
| Woods, Matthew | 0.70 | 225.00 | 157.50 |
| **TOTALS** | 10.00 | | $9,147.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

October 26, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00051

Invoice Number: 7221525

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through September 28, 2023 in connection with Retention and Fee Applications.

| | |
|---|---|
| **FEES**............................................................................................................... | $31,209.00 |
| **COSTS** related thereto............................................................................... | $0.00 |
| **TOTAL** ............................................................................................................ | $31,209.00 |

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

October 26, 2023

AMYRIS, INC.                                               Account Number: 36714-00051
Page Number: 3                                             Invoice Number: 7221525

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/04/2023 | Dorf, Michael S. | Telephone call with Pachulski regarding S&S retention. | 0.30 |
| 09/04/2023 | McDowell, Luckey | Email exchange with Pachulski regarding 327(e) retention issues (.2); work on retention disclosures for interested parties list (.9). | 1.10 |
| 09/05/2023 | McDowell, Luckey | Review and draft bankruptcy-required disclosures for retention application. | 0.50 |
| 09/07/2023 | Dorf, Michael S. | Review and comment on retention application. | 2.00 |
| 09/07/2023 | McDowell, Luckey | Emails with Pachulski regarding status of 327(e) retention filing and related matters (.3); review and revise draft retention application (.4); review and revise draft declaration (.8); review and revise draft order (.3). | 1.80 |
| 09/08/2023 | Dorf, Michael S. | Revise retention application (2.8). | 2.80 |
| 09/08/2023 | McDowell, Luckey | Review and comment on revised draft of retention application and supporting declaration (.6); multiple email exchanges with Pachulski regarding revisions to retention application and supporting declarations (.5). | 1.10 |
| 09/21/2023 | Dorf, Michael S. | Review and attend to White & Case comments/questions on engagement application/order. | 0.30 |
| 09/21/2023 | McDowell, Luckey | Review comments from UCC to retention order (.2); compare UCC's requests to language approved in this case for other professionals (.3); propose revisions (.2). | 0.70 |
| 09/22/2023 | Dorf, Michael S. | Emails and call with L. McDowell regarding White & Case comments/questions on engagement application/order and response to PSZJ. | 0.40 |
| 09/22/2023 | McDowell, Luckey | Exchange emails with debtor counsel regarding requested changes from UCC to retention order. | 0.20 |
| 09/22/2023 | Jaksa, Kyle | Review the retention applications of the debtors and unsecured creditors and circulate and review the schedules filed on the Amyris docket. | 2.60 |
| 09/24/2023 | Jaksa, Kyle | Review the local rules for the Delaware Bankruptcy Court and confirm the objection deadline for the application filed in the Amyris bankruptcy case. | 0.60 |
| 09/25/2023 | McDowell, Luckey | Exchange emails with UCC counsel regarding retention order (.2); revise order and resolve objection to same (.3). | 0.50 |
| 09/25/2023 | Jaksa, Kyle | Review and revise the retention application order to incorporate comments from the UCC. | 0.50 |
| 09/27/2023 | Jaksa, Kyle | Review the compensation order and application order for Shearman on the Amyris docket. | 1.30 |
| 09/28/2023 | Dorf, Michael S. | Introduce Harris Computer and Intrepid (0.1). | 0.10 |

**TOTAL HOURS**                                                                       16.80
**FEES**..........................................................................................   $31,209.00

Case 23-11131-TMH    Doc 639-2    Filed 10/30/23    Page 8 of 15

October 26, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00051  
Invoice Number: 7221525

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Dorf, Michael S. | 5.90 | 2,130.00 | 12,567.00 |
| McDowell, Luckey | 5.90 | 2,130.00 | 12,567.00 |
| Jaksa, Kyle | 5.00 | 1,215.00 | 6,075.00 |
| **TOTALS** | 16.80 | | $31,209.00 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

October 26, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00052

Invoice Number: 7221526

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through September 13, 2023 in connection with Antitrust and Privacy Advice.

**FEES**................................................................................................................... $12,274.50

**COSTS** related thereto.......................................................................................... $0.00

**TOTAL** ................................................................................................................. $12,274.50

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/08/2023 | Dorf, Michael S. | Emails with D. Choi and J. Cheng regarding Amyris antitrust inquiry (0.1) | 0.10 |
| 09/11/2023 | Dorf, Michael S. | Emails with J. Cheng regarding Amyris antitrust questions (0.4). | 0.40 |
| 09/11/2023 | Cheng, Jonathan E. | Call with client to discuss background of supply agreement with DSM and Givaudan and potential antitrust issues (.5); correspondence with M. Dorf and D. Petkoski regarding discussion with client and next steps (.2). | 0.70 |
| 09/12/2023 | Dorf, Michael S. | Emails to D. Choi and E. Wang regarding privacy questions. | 0.10 |
| 09/12/2023 | Dorf, Michael S. | Antitrust call with S&S antitrust and Amyris (0.5); antitrust precall with J. Cheng (0.3); follow up items from antitrust call (0.2); emails with D. Choi and E. Wang regarding privacy questions (0.1). | 1.00 |
| 09/12/2023 | Petkoski, Djordje | Conference with Amyris team regarding potential antitrust levers (.5); related conference and correspondence with J. Cheng and M. Dorf (.3); follow up regarding same (.2). | 1.00 |
| 09/12/2023 | Cheng, Jonathan E. | Calls with client regarding potential antitrust claims in connection with retinol supply negotiations and information sharing protocols regarding squalane and hemisqualane discussions with Givaudan (2.2); call with D. Petkoski and M. Dorf regarding summary of information received from client and requests from client (.7). | 2.90 |
| 09/13/2023 | Wang, Eva | Review/analyze privacy questions and respond to Company's bankruptcy counsel. | 1.30 |

**TOTAL HOURS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　7.50

**FEES**..........................................................................................................  $12,274.50

October 26, 2023

AMYRIS, INC.            Account Number:  36714-00052
Page Number:  4            Invoice Number:  7221526

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 1.60 | 2,130.00 | 3,408.00 |
| Petkoski, Djordje | 1.00 | 1,975.00 | 1,975.00 |
| Cheng, Jonathan E. | 3.60 | 1,555.00 | 5,598.00 |
| Wang, Eva | 1.30 | 995.00 | 1,293.50 |
| **TOTALS** | 7.50 | | $12,274.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

October 29, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting,
please reference:

36714-00053

Invoice Number: 7221596

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through September 20, 2023 in connection with Legacy Transaction Advice.

**FEES**........................................................................................................... $20,022.00

**COSTS** related thereto................................................................................ $0.00

**TOTAL** ........................................................................................................ $20,022.00

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

October 29, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00053  
Invoice Number: 7221596

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/26/2023 | Dorf, Michael S. | Emails with K. Novotny and legal assistant regarding terminating Prospect data room. | 0.30 |
| 09/04/2023 | McDowell, Luckey | Prepare for (.2) and participate in interview with debtor's counsel regarding mgmt. and board member actions in connection with pre-filing transactions (.3). | 0.50 |
| 09/11/2023 | Dorf, Michael S. | Discuss independent director investigation with D. Choi and L. McDowell (0.4); review file and provide D. Choi with materials for independent director investigation (0.5). | 0.90 |
| 09/11/2023 | McDowell, Luckey | Follow up regarding call with GC for Amyris and investigations into acquisitions and related transactions. | 0.40 |
| 09/12/2023 | Dorf, Michael S. | Emails with D. Choi and L. McDowell regarding independent director investigation (0.2). | 0.20 |
| 09/13/2023 | Dorf, Michael S. | Call with Amyris and L. McDowell regarding independent director investigation. | 0.70 |
| 09/13/2023 | McDowell, Luckey | Participate in call with D. Choi and K. Novotny regarding transaction investigations and related matters. | 0.50 |
| 09/14/2023 | Dorf, Michael S. | Review materials and prepare for KTBS call (0.3); call with KTBS regarding independent director investigation (0.5); review file and Amyris press releases and provide requested documentation of premature transaction announcements by J. Melo to KTBS (0.5); follow up with D. Choi regarding KTBS call and director counsel for interviews (0.4); follow up with L. McDowell regarding KTBS call and director counsel for interviews (0.2). | 1.90 |
| 09/18/2023 | Dorf, Michael S. | Review file and provide requested closing documents from Project Denver (Lavvan) to O. Wright and Pachulski and discuss scope of request with O. Wright (1.2); coordinate document production with litigation support team (0.2); refer potential buyer of assets to Intrepid (0.1); follow up with D. Choi regarding Harris inquiry (0.1). | 1.60 |
| 09/19/2023 | Dorf, Michael S. | Review materials and prepare for KTBS call (0.3); call with S. Kidder (KTBS) to discuss independent director investigation (0.4); review file and provide requested materials to S. Kidder (0.2); review file and provide requested closing documents from Project Denver (Lavvan) to O. Wright and Pachulski (0.8); coordinate document production with P. Gill (0.1). | 1.80 |
| 09/20/2023 | Dorf, Michael S. | Review file and provide requested closing documents from Project Denver (Lavvan) to O. Wright and Pachulski and discuss request with B. Levine (Pachulski) (0.4); attend to Pachulski request for Lavvan emails regarding subordination agreement and security agreement (0.2). | 0.60 |

October 29, 2023

| AMYRIS, INC. | Account Number: 36714-00053 |
|---|---|
| Page Number: 4 | Invoice Number: 7221596 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|

**TOTAL HOURS**  9.40

**FEES**.................................................................................................................  $20,022.00

Case 23-11131-TMH    Doc 639-2    Filed 10/30/23    Page 15 of 15

October 29, 2023

AMYRIS, INC.  
Page Number: 5

Account Number: 36714-00053  
Invoice Number: 7221596

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 8.00 | 2,130.00 | 17,040.00 |
| McDowell, Luckey | 1.40 | 2,130.00 | 2,982.00 |
| **TOTALS** | 9.40 | | $20,022.00 |