## EXHIBIT B

**Form of Unanimous Written Consent**

**(Exhibit B Filed Under Seal)**