# EXHIBIT C

**Kraft Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**DECLARATION OF CHARLES KRAFT IN SUPPORT OF DEBTORS' MOTION
FOR THE ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO
EXECUTE WRITTEN CONSENT OF THE BOARD OF MANAGERS
OF NOVVI LLC AND (II) GRANTING RELATED RELIEF**

I, Charles Kraft, hereby declare under penalty of perjury:

1. I am the Senior Vice President of Manufacturing at Amyris, Inc. and a member of the board of managers of Novvi LLC ("Novvi").

2. I am generally familiar with the operations and affairs of the Debtors. I make this declaration (the "Declaration") in support of the *Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief* (the "Motion").[2]

3. Except as otherwise indicated herein, all facts set forth in this declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, information supplied to me by members of the Debtors' management, other personnel, and professional advisors, or my opinion based on my experience, knowledge, and information concerning the Debtors' operations and financial condition. To the extent that the Debtors learn that any information provided herein is materially inaccurate, the Debtors will act promptly to notify the Court and other parties. However, I believe that all of the

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]  A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

DOCS_DE:245566.3

information contained herein is true to the best of my knowledge, information, and belief. I am authorized to submit this Declaration on behalf of the Debtors and, if called upon to testify, I could and would testify competently to the facts set forth herein.

4. Novvi is in the process of obtaining additional funding to, among other things, support its operations. In connection with these activities, Novvi is preparing to undertake several actions, including entry into a senior secured loan being funded by certain of Novvi's existing members (the "Member Loan"). These actions are memorialized in the Consent. Although Amyris, Inc. does not have an interest in any existing loans to Novvi, it does have the right to participate, up to its percentage membership interest, in any approved member funding pursuant to Article 5 of the *Fourth Amended and Restated Operating Agreement of Novvi LLC*, dated as of March 12, 2018. Pursuant to the Consent, Amyris, Inc. will waive its right to participate in the Member Loan.

5. I believe that it is in the best interests of the Debtors to execute the Consent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 30, 2023

*/s/ Charles Kraft*
Charles Kraft