IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 642, 643, 644** |

**ORDER SHORTENING NOTICE PERIOD AND SCHEULING HEARING WITH
RESPECT TO THE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER
(I) AUTHORIZING DEBTORS TO EXECUTE WRITTEN CONSENT OF THE
BOARD OF MANAGERS OF NOVVI LLC AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for the entry of an order (this "Order") shortening notice with respect to: (a) the *Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief* (the "Motion to Authorize"); and (b) the Debtors' motion to file the Motion to Authorize under seal (the "Motion to Seal," and collectively, the "Motions") and setting a hearing on the Motions, all as more fully set forth in the Motion to Shorten; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten.

Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion to Authorize and the Motion to Seal will be considered by the Court on **November 6, 2023 at 10:00 a.m. (Eastern Time)** (the "Hearing").

3. Any response or objection to the Motions shall be filed no later than **November 3, 2023 at 12:00 p.m. (Eastern Time)**.

4. The Debtors are authorized to file a Certification of No Objection on or after **November 3, 2023 at 4:00 p.m. (Eastern Time)** in the event that no objections are filed to the Motions.

5. The Debtors' declarant, Charles Kraft, is authorized to appear at the Hearing via Zoom.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: October 31, 2023
Wilmington, Delaware

Thomas M. Horan
United States Bankruptcy Judge