IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ASSUMPTION OF EXECUTORY CONTRACTS WITH JUDY CASEY, INC. AND SETTLEMENT OF CLAIMS WITH HEATHER MOORE**

The undersigned hereby certifies as follows:

1. On August 9 and August 21, 2023 (as applicable, the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") commenced these jointly administered Chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Debtor Amyris Clean Beauty, Inc. ("ACB") and Judy Casey, Inc. ("JCI") are party to a *Master Services Agreement* (the "MSA"), dated as of June 7, 2023 and an associated *Statement of Work #1* (the "SOW" and, together with the MSA, the "Agreements"), dated as of June 15, 2023. Pursuant to the Agreements, JCI referred Heather Moore ("Mrs. Moore" and, together with ACB and JCI, the "Parties") to provide photography services to ACB, as set forth more fully in the Agreements.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3. Amyris, JCI, and Mrs. Moore have negotiated and entered into the *Stipulation Assuming the Executory Contracts with Judy Casey, Inc. and Settlement of Claims with Heather Moore* (the "<u>Stipulation</u>").

4. Counsel for Amyris has shared a copy of the Stipulation with counsel for the DIP Secured Parties, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee. Each has confirmed that they do not object to the entry of an order approving the Stipulation.

5. Attached as <u>Exhibit 1</u> hereto is a proposed form of Order Approving the Stipulation (the "<u>Order</u>"). The Stipulation is attached as <u>Exhibit A</u> to the Order.

6. Based on the foregoing, the Parties respectfully request entry of the Order at the Court's earliest convenience.

Dated: October 31, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
 dgrassgreen@pszjlaw.com
 joneill@pszjlaw.com
 jrosell@pszjlaw.com
 sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*