**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMYRIS, INC., et al., | ) ) ) | Case No. 23-11131 (TMH) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Hearing Date: November 21, 2023 at 11:00 a.m. (ET)**<br>**Objection Deadline: November 14, 2023 at 4:00 p.m. (ET)** |

### *AMENDED*[2] NOTICE OF MOTION OF AD HOC CROSS-HOLDER GROUP FOR APPOINTMENT OF EXAMINER PURSUANT TO 11 U.S.C. § 1104(C)

**PLEASE TAKE NOTICE** that, on November 1, 2023, the ad hoc group (as further defined in the Motion, the "Ad Hoc Cross-Holder Group"), by and through its undersigned counsel, filed the *Motion of the Ad Hoc Cross-Holder Group for Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c)* [Docket No. 651] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 14, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The hearing was originally noticed for November 17, 2023 at 11:00 a.m. Please note the new hearing date of November 21, 2023 at 11:00 a.m.

Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **November 21, 2023 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 1, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (DE Bar No. 4471)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>Email: morgan.patterson@wbd-us.com<br><br>-and-<br><br>**ARENTFOX SCHIFF LLP**<br>Andrew I. Silfen<br>Beth N. Brownstein<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Email: andrew.silfen@afslaw.com<br>Email: beth.brownstein@afslaw.com<br><br>-and-<br><br>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>Eric J. Silver<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 789-4175<br>Facsimile: (305) 789-2688<br>Email: esilver@stearnsweaver.com<br><br>*Counsel to the Ad Hoc Cross-Holder Group* |