IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                  Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 580** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF ORDER (I) FURTHER EXTENDING THE DEADLINE BY WHICH THE DEBTORS MAY REMOVE CERTAIN ACTIONS AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On October 17, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Order (I) Further Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief* [Docket No. 580] (the "Motion").[2]

2. Pursuant to the Motion, objections to entry of an order granting the Motion were due no later than October 31, 2023, at 4:00 p.m. Eastern Time (the "Objection Deadline").

3. The Debtors received an informal response from the Official Committee of Unsecured Creditors (the "Committee"). No party filed an answer or objection to the Motion on the Court's docket.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion which incorporates the comments of the Committee (the "Proposed Order"). The Debtors have consulted with the Committee it consents to the entry of the Proposed Order.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes from the Order submitted with the Motion.

6. Accordingly, the Debtors request that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: November 1, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           joneill@pszjlaw.com
           jrosell@pszjlaw.com
           sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*