# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMYRIS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-11131 (TMH) <br><br> (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON NOVEMBER 6, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME[2]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**This hearing will be conducted in-person before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #7. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Horan.**
**All participants over Zoom must register at the link below.**
**https://debuscourts.zoomgov.com/meeting/register/vJItceqgrD4oEz_AmUXQC7fidR4dr5Ai_2Y**

### RESOLVED MATTER

1. Fourth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed October 20, 2023] (Docket No. 608).

    **Response Deadline:** October 27, 2023 at 4:00 p.m. (ET).

    **Responses Received:** None.

    **Related Documents:**

    a. Certificate of No Objection Regarding Debtors' Fourth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed October 30, 2023] (Docket No. 638).

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

      b.      [Signed] Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed November 1, 2023] (Docket No. 652).

**Status:** The order has been entered. No hearing will be necessary.

### CONTINUED MATTER

2. Motion of Givaudan SA Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [Filed October 4, 2023] (Docket No. 448).

   **Response Deadline:** October 11, 2023 at 4:00 p.m. (ET).

   **Responses Received:**

         a.      Statement in Connection with the Motion of Givaudan SA for an Order Directing the Production of Documents [Filed October 11, 2023] (Docket No. 515).

   **Related Documents:** None.

   **Status:** This matter has been continued to the hearing scheduled on November 21, 2023 at 11:00 a.m. Eastern Time.

### MATTERS RESOLVED BY CNO/COC

3. Request of DSM-Firmenich for Adequate Protection [Filed October 4, 2023] (Docket No. 463).

   **Response Deadline:** November 1, 2023 at 4:00 p.m. (ET).

   **Responses Received:** Informal response by Debtors.

   **Related Documents:**

         a.      Notice of Filing of Proposed Order Approving Stipulation Granting Adequate Protection Relief to DSM-Firmenich AG [Filed October 25, 2023] (Docket No. 617).

         b.      Certification of Counsel Regarding Proposed Order Approving Stipulation Granting Adequate Protection Relief to DSM-Firmenich AG [Filed November 1, 2023] (Docket No. TBF).

   **Status:** The movant will request entry of a revised proposed order attached to a certification of counsel. No hearing will be necessary unless the Court has any questions.

4. Debtors' Motion for Entry of an Order: (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed October 17, 2023] (Docket No. 578).

   **Response Deadline:** October 31, 2023 at 4:00 p.m. (ET).

   **Responses Received:** Informal response by Committee.

**Related Documents:**

    a.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order: (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed November 1, 2023] (Docket No. 661).

**Status:**  A revised proposed order has been filed under certification of counsel. The Debtors request entry of the revised proposed order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

5. Debtors' Motion for Entry of Order (I) Further Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed October 17, 2023] (Docket No. 580).

    **Response Deadline:**  October 31, 2023 at 4:00 p.m. (ET).

    **Responses Received:**  Informal response by Committee.

    **Related Documents:**

        a.    Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Further Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed November 1, 2023] (Docket No. 662).

    **Status:**  A revised proposed order has been filed under certification of counsel. The Debtors request entry of the revised proposed order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

**MATTERS GOING FORWARD**

6. Motion of the Ad Hoc Noteholder Group for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Foris Lenders [Filed October 24, 2023] (Docket No. 614).

    **Response Deadline:**  November 2, 2023 at 12:00 p.m. (ET).

    **Responses Received:**

        a.    Objection of the Foris Lenders to the Motion of the Ad Hoc Noteholder Group for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Foris Lenders [Filed November 2, 2023] (Docket No. 664).

    **Related Documents:**

        a.    The Ad Hoc Noteholder Group's Motion for an Order Shortening the Notice Period for its Rule 2004 Motion Directing the Production of Documents by the Foris Lenders [Filed October 24, 2023] (Docket No. 615).

    b.    [SIGNED] Order Denying Ad Hoc Noteholder Group's Motion for an Order Shortening the Notice Period for its Rule 2004 Motion Directing the Production of Documents by the Foris Lenders [Filed October 26, 2023] (Docket No. 621).

    c.    Notice of Motion of the Ad Hoc Noteholder Group for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Foris Lenders [Filed October 30, 2023] (Docket No. 631).

**Status:** This matter will go forward.

7. [REDACTED] Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 641).

   **Response Deadline:** November 3, 2023 at 12:00 p.m. (ET).

   **Responses Received:** None as of the date hereof.

   **Related Documents:**

   a. [SEALED] Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 642).

   b. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to the Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 643).

   c. Motion to Shorten Notice Period and Schedule Hearing with Respect to the Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 644).

   d. [SIGNED] Order Shortening Notice Period and Scheduling Hearing with Respect to the Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 646).

   e. Notice of Hearing Regarding (A) Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief and (B) Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to the Debtors' Motion for the Entry of an Order (I) Authorizing Debtors to Execute Written Consent of the Board of Managers of Novvi LLC and (II) Granting Related Relief [Filed October 31, 2023] (Docket No. 648).

   **Status:** This matter will go forward.

| | |
|---|---|
| Dated: November 2, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jrosell@pszjlaw.com<br>           sgolden@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |