## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                          Debtors. [1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 580** |

### ORDER (I) FURTHER EXTENDING THE DEADLINE BY WHICH THE DEBTORS MAY REMOVE CERTAIN ACTIONS AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (a) further extending by 120 days the deadline by which the Debtors may file notices of removal (the "Removal Deadline") from November 7, 2023 through and including March 6, 2024, without prejudice to the Debtors' ability to request additional extensions to the Removal Deadline should it become necessary to do so, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

notice of the Motion has been given and that no other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and this Court having determined that there is

good and sufficient cause for the relief granted in this Order, therefore,

**IT IS HEREBY ORDERED:**

1.      The Motion is granted to the extent set forth herein.

2.      All objections to entry of this Order, to the extent not withdrawn or settled, are

overruled.

3.      The Removal Deadline is further extended by 120 days through and including

March 6, 2024.

4.      This Order is without prejudice to (a) any position the Debtors may take on whether

section 362 of the Bankruptcy Code stays any litigation pending against the Debtors and (b) the

Debtors' rights to seek further extensions of the Removal Deadline.

5.      Nothing in the Motion or this Order, nor any actions or payments made by the

Debtors pursuant to this Order, shall be construed as: (a) an admission by the Debtors or the

Committee as to the validity of any claim against the Debtors or the existence of any lien against

the Debtors' properties; (b) a waiver of the Debtors' or the Committee's respective rights to dispute

any claim or lien on any grounds; (c) a promise by the Debtors or the Committee to pay any claim;

or (d) an implication or admission by the Debtors or the Committee that any particular claim would

constitute an allowed claim. Nothing contained in this Order shall be deemed to increase,

reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent

it is not paid.

6.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order

shall be immediately effective and enforceable upon its entry.

DOCS_SF:109606.4 03703/004

7.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

*Thomas M. Horan*

Dated: November 2nd, 2023          THOMAS M. HORAN
Wilmington, Delaware                    UNITED STATES BANKRUPTCY JUDGE

3

DOCS_SF:109606.4 03703/004