# Amanda Hrycak

**From:** Stephanie S <simonsstephaniem@gmail.com>
**Sent:** Sunday, October 29, 2023 8:52 PM
**To:** Amanda Hrycak
**Subject:** Amyris: Honorable Judge Horan

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

CAUTION - EXTERNAL:

Dear Judge Horan,

I write to you as a contracted freelancer of Amyris who went unpaid while celebrity spokespersons were paid a fortune. I am also an investor who has suffered a tremendous loss after being repeatedly lied to on earnings calls. John Melo has left and there are repercussions to be paid by all. My father's passing has left my family struggling. I ask that you please have mercy on small investors who were duped.

Stephanie Simons

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.