# SIGN-IN SHEET

**CASE NAME:** Amyris  
**CASE NO:** 23-11131  
**COURTROOM LOCATION:** 7  
**DATE:** 11/6/2023 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Golden | BES | Debtors |
| Chris Samis | Potter Anderson Corroon | Committee |
| David Fournier | Troutman Pepper | Fair Lenders |
| Alex Vicari | Goodwin Procter | " |
| Stanley Tarr | Blank Rome | AD Hoc Noteholders |
| Justin Ellis | Molo Lamken | " |
| Steven Molo | " | " |
| John Schonz | DOJ | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Eduardo | Alvarez | Debtors | Amyris, Inc. |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Kate | Thomas | Reorg | |
| Joe | Celentino | Creditor | Latham & Watkins LLP |
| Carl | Comstock | Amyris | Intrepid |
| Russell | Silberglied | Lavvan, Inc. | RICHARDS, LAYTON & FINGER, P.A. |
| Scott | McCabe | Interested Party | Seaport Global |
| Mitchell | Sussman | Cowen and Company, LLC | |
| John | Storz | Ad Hoc Convertible Noteholder Group | Paul Hastings LLP |
| Frank | Merola | Ad Hoc Convertible Noteholder Group | Paul Hastings LLP |
| Anais | Mitra | Official Committee of Unsecured Creditors | White & Case LLP |
| Meredith | Mitnick | Foris Lenders | Goodwin Procter LLP |
| Michael | Goldstein | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Sari | Rosenfeld | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Artem | Skorostensky | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP |
| Michael | Magzamen | Ad Hoc Convertible Noteholder Committee | Paul Hastings LLP |
| Lisa | Petras | Debtors | Pachulski Stang Ziehl & Jones |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Debora | Hoehne | Foris Prepetition Lenders and DIP Secured Parties | Goodwin Procter LLP |
| Matthew | Ward | Ad Hoc Cross-Holder Group | Womble Bond Dickinson (US) LLP |
| Nathan | Rugg | Sephora | Barack Ferrazzano |
| Beth | Brownstein | Ad Hoc Cross-Holder Group | ArentFox Schiff LLP |
| Taylor | Harrison | Debtwire | |
| Richard | Schottenfeld | Schottenfeld Opportunities fund | Schottenfeld Management Corp |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case LLP |
| Samuel | Hershey | Official Committee of Unsecured Creditors | White & Case LLP |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case LLP |
| Gregory | Pesce | Official Committee of Unsecured Creditors | White & Case LLP |
| John | Ramirez | Official Committee of Unsecured Creditors | White & Case LLP |
| Debra | Grassgreen | Debtor | |
| Alan | Kornfeld | Dewbtors | Pachulski Stang Ziehl & Jones LLP |
| Han | Kieftenbeld | Debtors | Amyris, Inc. |
| Jason | Rosell | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Randy | Baron | Pinnacle associates | Pinnacle associates |
| Gabe | Sutherland | Official Committee of Unsecured Creditors | White & Case LLP |
| Carl | Kunz | Wiley Companies | Morris James LLP |
| Jennifer | Lappe | Interested Party | |