## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing on November 6, 2023 at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable Thomas M. Horan in the U.S. Bankruptcy Court for the District of Delaware** (Docket No. 666)

Furthermore, on November 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C** and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order (I) Further Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief** (Docket No. 668)

{SPACE LEFT INTENTIONALLY BLANK}

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

- **Debtors' Motion for Entry of an Order (I) Authorizing the Abandonment of Inventory and (II) Granting Related Relief** (Docket No. 672)

  In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 9, 2023

*Dylan Dickerson*
Dylan P. Dickerson

State of Colorado )
       ) SS.
County of Denver )

Subscribed and sworn before me this 9th day of November 2023 by Dylan P. Dickerson.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

# **<u>Exhibit A</u>**



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allog Participacoes Ltda | Attn: Rodrigo Portes | 333 A5 SL503 | Rua Doutor Pedro Ferreira | CItajal | SC | 88301 | Brazil |
| ANESMA GROUP LLC | ATTN: LEGAL DEPT. | 1180 SAN CARLOS AVENUE #717 | | SAN CARLOS | CA | 94070 | |
| Anesma Group LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | Attn: Legal Department | 5402 Sia Trecho 5 Área Especial 57 | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCI & TECH | Attn: Legal Department | Bei Jing Shi | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | Attn: Legal Department | Avenue Leonard de Vinci 14 | | Wavre | | 1300 | Belgium |
| BIORIUS | Attn: Legal Department | Shelton Street | | London | | 71WC2H 9JQ | UK |
| C T CORPORATION SYSTEM | AS REPRESENTATIVE | 330 N BRAND BLVD SUITE 700 | ATTN: SPRS | GLENDALE | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | New Castle | DE | 19808 | |
| Crestmark Equipment Finance Inc. | Attn: Legal Department | 5480 Corporate Drive | Ste 350 | Troy | MI | 48098 | |
| Crestmark Equipment Finance Inc | Attn: Legal Dept. | 40950 Woodward Avenue Suite 201 | | Bloomfield Hills | MI | 48304 | |
| CTNBIO | Attn: Legal Department | South Police Sector Area 5 Block 3 | Block B Ground Floor. Room T-08 | Brasilia | FD | 70610-200 | Brazil |
| DATA SALES CO. INC. | ATTN: LEGAL DEPT. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 | |
| DE LAGE LANDEN FINANCIAL SERVICES | ATTN: LEGAL DEPT. | 1111 OLD EAGLE SCHOOL ROAD | | WAYNE | PA | 19087 | |
| DEA | Attn: Legal Department | 8701 Morrissette Drive | | Springfield | VA | 22152 | |
| Delaware State Treasury | ATTN: LEGAL DEPT. | 820 Silver Lake Blvd. Suite 100 | | Dover | DE | 19904 | |
| Department of Agriculture | Attn: Legal Department | 1400 Independence Ave. S.W. | | Washington | DC | 20250 | |
| DSM FINANCE B.V. | Attn: Michael Wahl and Vivian Huang | HET OVERLOON 1 | | HEERLEN | NL | 6411TE | Netherlands |
| DSM Finance B.V. | Latham & Watkins LLP | 330 North Wabash Avenue Suite 3800 | | Chicago | IL | 60611 | |
| DTS | Attn: Legal Department | U 5 2 Pittwin Rd | | North Capalaba | | 4157 | Australia |
| ECHA | Attn: Legal Department | PO Box 400 | | Helsinki | | FI-00121 | Finland |
| EFSA | Attn: Legal Department | Via Carlo Magno 1A | | Parma | | 43126 | Italy |
| Employment Development Dept | Attn: Legal Dept | PO Box 826880 | | Sacramento | CA | 94280 | |
| Environment Canada | Attn: Legal Department | 105 Mcgill St | 4th Fl | Montreal | QC | H2Y 2E7 | Canada |
| EPA | Attn: Legal Department | 1200 Pennsylvania Avenue N.W. | | Washington | DC | 20460 | |
| Eplus Technology Inc | Attn: Legal Dept. | 13595 Dulles Technology Drive | | Herndon | VA | 20171 | |
| FDA | Attn: Legal Department | 10903 New Hampshire Avenue | | Silver Spring | MD | 20993 | |
| Food Science Solutions | Attn: Legal Dept. | 28 Geneva Ave | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition and DIP Parties | c/o Goodwin Procter LLP | 620 Eighth Avenue | Goldstein Nicas Skorostensky Rosenf | New York | NY | 10018 | |
| Foris Prepetition and DIP Parties | Troutman Pepper Hamilton Sanders | PO Box 1709 | Attn: D Fournier K Listwalk | Wilmington | DE | 19899-1709 | |
| Foris Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Foris Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| FORIS VENTURES LLC AS AGENT | ATTN: LEGAL DEPT. | 751 LAUREL STREET #717 | | SAN CARLOS | CA | 94070 | |
| GACP FINANCE CO. LLC AS AGENT | ATTN: LEGAL DEPT. | 11100 SANTA MONICA BLVD. SUITE 800 | | LOS ANGELES | CA | 90025 | |
| Health Canada | Attn: Legal Department | Address Locator 1801B | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | New York | NY | 10019 | |
| HILLDUN CORPORATION | ATTN: LEGAL DEPT. | 36 E. 31st St 12th Floor | | NEW YORK | NY | 10016 | |
| Internal Revenue Service | ATTN: LEGAL DEPT. | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | Attn: Legal Department | 200 Westlake Park Blvd | Ste 400 | Houston | TX | 77079 | |
| INTERTEK | Attn: Legal Department | 33 Cavendish Sq | | London | | W1G 0PS | UK |
| INTERTEK | Attn: Legal Department | Longang District No 3 Building Yua | No 4012 | Shenzhen | GD | 518100 | China |
| KNOELL SHANGHAI | Attn: Legal Department | No. 567 Langao Road | Room 805 Tower B Central Towers | Putuo | SH | 200333 | China |
| LAVVAN INC. | ATTN: LEGAL DEPT. | 434 WEST 33RD STREET | | NEW YORK | NY | 10001 | |
| Muirisc LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Muirisc LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | ATTN: LEGAL DEPT. | 40 BOULEVARD JOSEPH II | | LUXEMBOURG | LU | L1840 | Luxembourg |
| NIKKO CHEMICALS CO. LTD. | ATTN: LEGAL DEPT. | 1-4-8 NIHONBASHI-BAKUROCHO CHUO-KU | | TOKYO | | 1030002 | JP |
| OBELIS | Attn: Legal Department | Boulevard Brand Whitlock 30 | | Brussels | | 1200 | Belgium |
| OBELIS | Attn: Legal Department | Sandford Gate E Point Business Park | | Oxford | | OX4 6LB | UK |
| Official Committee Unsec Creditors | c/o White & Case LLP | 1221 Avenue of the Americas | Attn: John Ramirez & Andrea Kropp | New York | NY | 10020 | |
| PEAK LLC AS REPRESENTATIVE | ATTN: LEGAL DEPT. | 170 WEST SHIRLEY AVENUE SUITE 207 | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | Attn: Legal Department | Avenue des Arts 10 | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | Attn: Legal Department | Grove Business Park Aspect House | Wayland Ave | Wantage | | OX12 9FF | UK |
| PERRARA VENTURES LLC | ATTN: Barbara Hager | 1180 SAN CARLOS AVE. #717 | | SAN CARLOS | CA | 94070 | |
| Perrara Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center28th floor | Attention: Jon Novotny | San Francisco | CA | 94111 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| REGULATORY CONCEPTS | Attn: Legal Department | 9-7 Anella Ave | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | Bohemia | NY | 11716 | |
| SCHOTTENFELD OPPORTUNITIES FUND II | ATTN: LEGAL DEPT. | 600 3rd Ave Fl 10 | | New York | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | P.O. Box 898 | Franchise Tax | Dover | DE | 19903 | |
| Securities & Exchange Commission | ATTN: LEGAL DEPT. | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | 100 Pearl Street | Attn: Mark Berger Regional Director | New York | NY | 10004-2616 | |
| Securities and Exchange Commission | New York Regional Office | 200 Vesey Street Suite 400 | Attn: Mark Berger Regional Director | New York | NY | 10281-1022 | |
| THE ROBERTS CONTAINER CORPORATION | ATTN: LEGAL DEPT. | 9131 OAKDALE AVE SUITE 110 | | CHATSWORTH | CA | 91311 | |
| TSG | Attn: Legal Department | 175 Nugget Court | Unit 6-8 | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank NA | Trustee of the Convertible Notes | 633 West Fifth Street 24th Floor | | Los Angeles | CA | 90071 | |
| US Attorney for the District of DE | Attn: Legal Dept. | 1313 N Market Street, Hercules Bldg | | Wilmington | DE | 19801 | |
| US Attorney's Office for DE | Attn: David C. Weiss | 1007 Orange Street Suite 700 | c/o/ Ellen Slights | Wilmington | DE | 19899-2046 | |
| US Bank NA as Trustee for Convert. | Attn: Jennifer Wall | 190 S La Salle St | | Chicago | IL | 60603 | |
| US Bank NA as Trustee for Convert. | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | New York | NY | 10005 | |
| UST of Delaware | Attn: John Henry Schanne II | 844 King Street Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| VARILEASE FINANCE INC. | ATTN: LEGAL DEPT. | 6340 SOUTH 3000 EAST SUITE 400 | | SALT LAKE CITY | UT | 84121 | |
| WELLS FARGO BANK N.A. | ATTN: LEGAL DEPT. | 800 WALNUT STREET F0005-044 | | DES MOINES | IA | 50309 | |
| Wiley Companies | Attn: Legal Department | 545 Walnut Steet | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

# **<u>Exhibit B</u>**



Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ciro.Poppitti@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Michael B. Fisco, Eric J. Howe & Whitney A. Mark | FiscoM@gtlaw.com<br>HoweE@gtlaw.com<br>Whitney.Mark@gtlaw.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com<br>gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com<br>Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 2

Document Ref: PDKYP-HAZDL-JVYEJ-L8QEV

Page 8 of 14

# Exhibit C



### Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | Rua Doutor Pedro Ferreira | 333 A5 SL503 | | CItajal | SC | 88301 | Brazil |
| Anesma Group, LLC | | 1180 San Carlos Avenue, #717 | | | San Carlos | CA | 94070 | |
| Anesma Group, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | | 5402 Sia Trecho 5 Area Especial 57 | | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCIENCE & TECHNOLOGY | | Bei Jing Shi | | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | | Avenue Leonard de Vinci 14 | | | Wavre | | 1300 | Belgium |
| BIORIUS | | Shelton Street | | | London | | 71WC2H 9JQ | United Kingdom |
| C T Corporation System, as Representative | | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | | New Castle | DE | 19808 | |
| Crestmark Equipment Finance, Inc. | | 40950 Woodward Avenue, Suite 201 | | | Bloomfield Hills | MI | 48304 | |
| Crestmark Equipment Finance, Inc. | | 5480 Corporate Drive | Ste 350 | | Troy | MI | 48098 | |
| CTNBIO | | South Police Sector - SPO, Area 5, Block 3 | Block B, Ground Floor. Room T-08 | | Brasilia | FD | 70610-200 | Brazil |
| Data Sales Co., Inc. | | 3450 W. Burnsville Parkway | | | Burnsville | MN | 55337 | |
| DE Lage Landen Financial Services, Inc. | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Department of Agriculture | | 1400 Independence Ave., S.W. | | | Washington | DC | 20250 | |
| Drug Enforcement Administration | | 8701 Morrissette Drive | | | Springfield | VA | 22152 | |
| DSM Finance B.V. | Attn: Michael Wahl and Vivian Huang | HET Overloon 1 | | | Heerlen | NL | 6411TE | Netherlands |
| DSM Finance B.V. | c/o Latham & Watkins LLP | 330 North Wabash Avenue | Suite 3800 | | Chicago | IL | 60611 | |
| DTS | | U 5 2 Pittwin Rd | | | North Capalaba | QS | 4157 | Australia |
| ECHA | | P.O. Box 400 | | | Helsinki | | FI-00121 | Finland |
| EFSA | | Via Carlo Magno 1A | | | Parma | | 43126 | Italy |
| Employment Development Department | | PO Box 826880 | | | Sacramento | CA | 94280 | |
| Environment Canada | | 105 Mcgill St | 4th Fl | | Montreal | QC | H2Y 2E7 | Canada |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | | Washington | DC | 20460 | |
| Eplus Technology, Inc. | | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | |
| Food and Drug Administration | | 10903 New Hampshire Avenue | | | Silver Spring | MD | 20993 | |
| Food Science Solutions | | 28 Geneva Ave | | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky andz Sari Rosenfeld | 620 Eighth Avenue | The New York Times Building | New York | NY | 10018 | |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier and Kenneth A. Listwalk | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | |
| Foris Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Foris Ventures, Llc, as Agent | | 751 Laurel Street, #717 | | | San Carlos | CA | 94070 | |
| GACP Finance Co., LLC, as Agent | | 11100 Santa Monica Blvd. | Suite 800 | | Los Angeles | CA | 90025 | |
| Health Canada | | Address Locator 1801B | | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | |
| Hilldun Corporation | | 36 E. 31st Street – 12th Floor | | | New York | NY | 10016 | |
| Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | | 200 Westlake Park Blvd | Ste 400 | | Houston | TX | 77079 | |
| INTERTEK | | 33 Cavendish Sq | | | London | ES | W1G 0PS | United Kingdom |
| INTERTEK | | Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St | No 4012 | | Shenzhen | GD | 518100 | China |
| Knoell Shanghai | | No. 567 Langao Road | Room 805, Tower B, Central Towers | | Putuo | SH | 200333 | China |
| Lavvan, Inc. | | 5021 Iselin Ave | | | Bronx | NY | 10471-2914 | |
| Muirisc, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Muirisc, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | | 40 BOULEVARD JOSEPH II | | | LUXEMBOURG | LU | L1840 | Luxembourg |
| Nikko Chemicals Co., Ltd. | | 1-4-8, Nihonbashi-bakurocho, Chuo-Ku | | | Tokyo | | 1030002 | Japan |
| OBELIS | | Boulevard Brand Whitlock 30 | | | Brussels | | 1200 | Belgium |
| OBELIS | | Sandford Gate, East Point Business Park | | | Oxford | | OX4 6LB | United Kingdom |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| Official Committee of Unsecured Creditors | c/o White & Case LLP | Attn: John Ramirez, Stephen E. Ludovici and Andrea Kropp | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| PEAK, LLC, AS REPRESENTATIVE | | 170 WEST SHIRLEY AVENUE, SUITE 207 | | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | | Avenue des Arts 10 | | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | | Grove Business Park, Aspect House, Wayland Avenue | | | Wantage | | OX12 9FF | United Kingdom |
| Perrara Ventures, LLC | Attention: Jon Novotny | Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | San Francisco | CA | 94111 | |
| PERRARA VENTURES, LLC | Attn: Barbara Hager | 1180 SAN CARLOS AVE., #717 | | | SAN CARLOS | CA | 94070 | |
| REGULATORY CONCEPTS | | 9-7 Anella Ave | | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | | Bohemia | NY | 11746 | |
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P. | | 600 3RD AVE | Fl 10 | | NEW YORK | NY | 10016-1923 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | |
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | 100 Pearl Street | Ste 20-100 | New York | NY | 10004-2616 | |
| THE ROBERTS CONTAINER CORPORATION | | 9131 OAKDALE AVE, SUITE 110 | | | CHATSWORTH | CA | 91311 | |
| TSG | | 175 Nugget Court, Unit 6-8 | | | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Jennifer Wall | 190 S La Salle St | | | Chicago | IL | 60603 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | | New York | NY | 10005 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Trustee of the Convertible Notes | 633 West Fifth Street, 24th Floor | | | Los Angeles | CA | 90071 | |
| United States Attorney's Office for the District of Delaware | Attn: David C. Weiss | c/o/ Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | |
| Varilease Finance, Inc. | | 6340 South 3000 East, Suite 400 | | | Salt Lake City | UT | 84121 | |
| Wells Fargo Bank, N.A. | | 800 Walnut Street, F0005-044 | | | Des Moines | IA | 50309 | |
| Wiley Companies | Attn: Joshua Wiley | 545 Walnut Steet | PO Box 640 | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

# Exhibit D



## Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ciro.Poppitti@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 2

Document Ref: PDKYP-HAZDL-JVYEJ-L8QEV

Page 13 of 14



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Michael B. Fisco, Eric J. Howe & Whitney A. Mark | FiscoM@gtlaw.com<br>HoweE@gtlaw.com<br>Whitney.Mark@gtlaw.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com<br>gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com<br>Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 2

Document Ref: PDKYP-HAZDL-JVYEJ-L8QEV

Page 14 of 14