# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF JOHN MELO

**PLEASE TAKE NOTICE** that pursuant to rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable in these bankruptcy cases pursuant to rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, seek oral deposition testimony from John Melo. The deposition will commence on **Saturday, November 11, 2023 at 9:00 a.m. (Pacific Time)**, or at some other time mutually agreed upon by the parties, at The Ritz-Carlton Hotel, 600 Stockton Street, San Francisco, California 94108.

**PLEASE TAKE FURTHER NOTICE THAT**:

1. The deposition will proceed before an officer authorized by law to administer oaths;

2. The deposition will be recorded stenographically;

3. The deposition will be taken for all purposes permitted by the Federal Rules, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware;

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

11158021v.1

4.      The deposition is being taken for discovery, or use at any evidentiary hearing or trial, or for any purposes that are permitted by law or under the rules of this Court; and

5.      The Committee reserves the right to record the testimony by audio or video means.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: November 10, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>Aaron H. Stulman (No. 5807)<br>Katelin A. Morales (No. 6683)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>astulman@potteranderson.com<br>kmorales@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email: gpesce@whitecase.com<br>aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: john.ramirez@whitecase.com<br>andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |