# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., et al., | ) | Case No. 23-11131-TMH |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Comptroller of Public Accounts, Revenue Accounting Division, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Callan C. Searcy*
**CALLAN C. SEARCY**
Assistant Attorney General
Texas State Bar No. 24075523
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4562
Facsimile: (512) 936-1409
bk-csearcy@texasattorneygeneral.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

   I certify that on November 13, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Amyris, Inc.
5885 Hollis, Street
Suite 100
Emeryville, CA 94608

By Electronic Means as listed on the Court's ECF Noticing System:

- **Aaron S. Applebaum** aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com
- **Charles E. Boulbol** rtrack@msn.com, rtrack@verizon.net
- **Joshua S Broitman** jbroitman@ocfblaw.com
- **Kevin M. Capuzzi** kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Joseph C. Celentino** joe.celentino@lw.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Mark B. Conlan** mconlan@gibbonslaw.com, nmitchell@gibbonslaw.com
- **Hillary Bridgers Crabtree** hillarycrabtree@mvalaw.com
- **Euripides D. Dalmanieras** edalmanieras@foleyhoag.com, bctnotices@foleyhoag.com;aweaver@foleyhoag.com;cnigro@foleyhoag.com;hallis@foleyhoag.com
- **Wayne H. Davis** davis@thsh.com, gordon@thsh.com;litpara@thsh.com
- **Peter Bradford Deleeuw** brad@deleeuwlaw.com
- **Rolando A Diaz** Ron.Diaz@lewisbrisbois.com
- **Amish R. Doshi** amish@doshilegal.com
- **Justin M Ellis** jellis@mololamken.com
- **Christopher Fong** cfong@nixonpeabody.com
- **David M. Fournier** David.Fournier@troutman.com, wlbank@troutman.com,Monica.Molitor@troutman.com
- **David M. Fournier** david.fournier@troutman.com, wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Steven W Golden** sgolden@pszjlaw.com
- **Michael H Goldstein** mgoldstein@goodwinlaw.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Samuel Paul Hershey** sam.hershey@whitecase.com
- **Adam Hiller** ahiller@adamhillerlaw.com
- **James E. Huggett** jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

- **Ericka Fredricks Johnson** ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **David M. Klauder** dklauder@bk-legal.com, DE17@ecfcbis.com
- **Julia Bettina Klein** klein@kleinllc.com
- **Carl N. Kunz** ckunz@morrisjames.com, rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Beth E. Levine** blevine@pszjlaw.com
- **Kenneth Listwak** kenneth.listwak@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Andrew L Magaziner** bankfilings@ycst.com
- **Kevin Scott Mann** kmann@crosslaw.com, smacdonald@crosslaw.com
- **Beverly Weiss Manne** bmanne@tuckerlaw.com, bewmanne@gmail.com
- **Nir Maoz** nmaoz@ktbslaw.com
- **Emily Rae Mathews** mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Christine McCabe** cmccabe@rosenpc.com, dehney.christinem.r81087@notify.bestcase.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Josef W. Mintz** mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
- **Katelin Ann Morales** kmorales@potteranderson.com, lhuber@potteranderson.com;mdero@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **James E O'Neill** joneill@pszjlaw.com, efile1@pszjlaw.com
- **Glenn F Ostrager** gostrager@ocfblaw.com
- **Morgan L. Patterson** morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com
- **Gregory Pesce** gregory.pesce@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
- **Amy Christine Quartarolo** amy.quartarolo@lw.com, colleen.rico@lw.com;amy-quartarolo-2972@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Sameen Rizvi** srizvi@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com;tmistretta@potteranderson.com
- **Nathan Quinn Rugg** nathan.rugg@bfkn.com, james.tucker@bfkn.com
- **Christopher M. Samis** lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com;tmistretta@potteranderson.com
- **John Henry Schanne** john.schanne@usdoj.gov
- **Russell C. Silberglied** silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew I. Silfen** silfen.andrew@arentfox.com, beth.brownstein@afslaw.com;jackson.toof@afslaw.com;lisa.indelicato@afslaw.com
- **Christopher Page Simon** csimon@crosslaw.com, smacdonald@crosslaw.com

- **Sabrina L. Streusand** streusand@slollp.com, prentice@slollp.com
- **Stanley B. Tarr** stanley.tarr@blankrome.com
- **Lawrence Raymond Thomas** lorenzo.thomas@blankrome.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Christopher Viceconte** cviceconte@gibbonslaw.com, dseward@gibbonslaw.com
- **Steven Walsh** SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Matthew P. Ward** matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com
- **Stephanie Slater Ward** sslater@foxrothschild.com
- **Morris D. Weiss** morris.weiss@hklaw.com
- **Rafael Xavier Zahralddin-Aravena** Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.
- **Sara Zeimer** zeimer@khlaw.com

*/s/ Sherri K. Simpson*
**SHERRI K. SIMPSON**
