**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 607** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING
FIRST MONTHLY FEE STATEMENT OF INTREPID INVESTMENT BANKERS LLC
FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 9, 2023 THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies that:

1. On October 27, 2023, Intrepid Investment Bankers LLC ("Intrepid"), investment banker for the Debtors, filed and served its *First Monthly Fee Statement of Intrepid Investment Bankers LLC for Payment of Compensation and Reimbursement of Expenses for the period August 9, 2023 to September 30, 2023* [Docket No. 626] (the "Application").

2. Objections to the Application were to be filed and served no later than November 10, 2023 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order (I) Authorizing the Retention and Employment of Intrepid Investment Bankers LLC as Investment Banker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Nunc Pro Tunc to the Petition Date; (II) Waiving*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

*Certain Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief* [Docket No. 280] the Debtors were authorized to pay Intrepid $300,000.00, representing Monthly Fees of $150,000.00 for the months of August 2023 and September 2023, without the need for entry of a Bankruptcy Court order approving the Application.

| | |
|---|---|
| Dated: November 13, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |             dgrassgreen@pszjlaw.com |
| |             joneill@pszjlaw.com |
| |             jrosell@pszjlaw.com |
| |             sgolden@pszjlaw.com |
| | *Counsel to the Debtors and Debtors in Possession* |