# EXHIBIT A

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0050 Exp. 05/31/2017

**CUSTOMS BOND**
19 CFR Part 113

| CBP USE ONLY | BOND NUMBER (Assigned by CBP) |
|---|---|
| | **22C001EFQ** |

Broker Filer Code: **9EQ**   Surety Reference Number: **32615109**

| In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below name principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below. | Execution Date **08/16/2022** |
|---|---|

**SECTION I -** Select Single Transaction **OR** Continuous Bond (not both) and fill in the applicable blank spaces.

| ☐ SINGLE BOND | Identification of transaction secured by this bond (e.g., entry number, | Transaction Date | Port Code |
|---|---|---|---|
| | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |

| ☒ CONTINUOUS BOND | Effective Date **09/05/2022** | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the CBP Regulations. |
|---|---|---|

**SECTION II -** This bond includes the following agreements.  Check one box only.  (Except 3a may be checked independently _or with_ 3.)

| Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker .........................§113.62 | **$400,000.00** | ☐ 8 | Detention of Copyrighted Material ................................................§113.70 -Single Transaction Only- | |
| ☐ 1a | Drawback Payments Refunds .........§113.65 | | ☐ 9 | Neutrality ........................................§113.71 -Single Transaction Only- | |
| ☐ 2 | Custodian of Bonded Merchandise §113.63 (Includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouse, container station operators) -Continuous Bond Only- | | ☐ 10 | Court Costs for Condemned Goods ................................................§113.72 -Single Transaction Only- | |
| ☐ 3 | International Carrier............................§113.64 | | ☐ 11 | Airport Security Bond.........Part 113 App A | |
| ☐ 3a | Instruments of International Traffic... §113.66 -Continuous Bond Only- | | ☐ 12 | International Trade Commission (ITC) Exclusion Bond................Part 113 App B | |
| ☐ 4 | Foreign Trade Zone...........................§113.73 -Continuous Bond Only- | | ☐ 14 | In-Bond Export Consolidation Bond | |
| ☐ 5 | Public Gauger.....................................§113.67 | | ☐ 15 | Intellectual Property Rights (IPR) | |
| ☐ 6 | Wool & Fur Products.........................§113.68 Labeling Acts Importation -Single Transaction Only- | | ☐ 16 | Importer Security Filing (ISF) ................................................Part 113 App D | |
| ☐ 7 | Bill of Lading......................................§113.69 -Single Transaction Only- | | ☐ 17 | Marine Terminal Operator -Continuous Bond Only- | |

| **PRINCIPAL** | By checking the box you agree that you have a seal in accordance with 19 CFR 113.25 ▶ | **AFFIX SEAL or Check Box** |
|---|---|---|
| Name and Physical Address *(including legal description and state of incorporation)* **AMYRIS CLEAN BEAUTY (CBB1)** **5885 HOLLIS ST** **SUITE 100** **EMERYVILLE   CA   946082405   United States** | CBP Identification Number: **85-389219100** Signature **GLOBAL 4PL SUPPLY CHAIN SERVICES** | ☒ Check Box |

| Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s). Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the CBP regulations into this bond. If the surety fails to appoint an agent under Title 31, United States Code, Section 9306, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at: ▶ | Mailing Address Requested by the Surety **Lexon Insurance Company** **C/O International Bond & Marine Brokerage, Ltd.** **2 Hudson Place 4th Floor** **Hoboken, NJ 07030** |
|---|---|

**SURETY**

| Name and Physical Address *(including legal description and state of incorporation)* **Lexon Insurance Company** **12890 Lebanon Road** **Mt. Juliet, TN 37122** **(A TN Corporation)** | Surety Number **856** | Agent ID Number | |
|---|---|---|---|
| | Signature   Attorney-In-Fact | | ☒ Check Box |

CBP Form 301 (06/12)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0050 Exp. 05/31/2017

**CUSTOMS BOND**
19 CFR Part 113

| CBP USE ONLY | BOND NUMBER (Assigned by CBP) |
|---|---|
| | **22C000K8W** |

Broker Filer Code: **9EQ**     Surety Reference Number: **32481687**

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below name principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date **04/12/2022**

**SECTION I -** Select Single Transaction **OR** Continuous Bond (not both) and fill in the applicable blank spaces.

| ☐ SINGLE BOND | Identification of transaction secured by this bond (e.g., entry number, | Transaction Date | Port Code |
|---|---|---|---|
| | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXX | XXXXXXXXXXX |

| ☒ CONTINUOUS BOND | Effective Date **04/13/2022** | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the CBP Regulations. |
|---|---|---|

**SECTION II -** This bond includes the following agreements.  Check one box only.  (Except 3a may be checked independently _or with_ 3.)

| Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker .........................§113.62 | **$400,000.00** | ☐ 8 | Detention of Copyrighted Material ......................................................§113.70 -Single Transaction Only- | |
| ☐ 1a | Drawback Payments Refunds ...........§113.65 | | ☐ 9 | Neutrality .........................................§113.71 -Single Transaction Only- | |
| ☐ 2 | Custodian of Bonded Merchandise §113.63 (Includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouse, container station operators) -Continuous Bond Only- | | ☐ 10 | Court Costs for Condemned Goods ......................................................§113.72 -Single Transaction Only- | |
| ☐ 3 | International Carrier............................§113.64 | | ☐ 11 | Airport Security Bond.........Part 113 App A | |
| ☐ 3a | Instruments of International Traffic... §113.66 -Continuous Bond Only- | | ☐ 12 | International Trade Commission (ITC) Exclusion Bond.................Part 113 App B | |
| ☐ 4 | Foreign Trade Zone............................§113.73 -Continuous Bond Only- | | ☐ 14 | In-Bond Export Consolidation Bond | |
| ☐ 5 | Public Gauger....................................§113.67 | | ☐ 15 | Intellectual Property Rights (IPR) | |
| ☐ 6 | Wool & Fur Products.......................§113.68 Labeling Acts Importation -Single Transaction Only- | | ☐ 16 | Importer Security Filing (ISF) ......................................................Part 113 App D | |
| ☐ 7 | Bill of Lading.....................................§113.69 -Single Transaction Only- | | ☐ 17 | Marine Terminal Operator -Continuous Bond Only- | |

**PRINCIPAL**

By checking the box you agree that you have a seal in accordance with 19 CFR 113.25 ▶

**AFFIX SEAL or Check Box**

Name and Physical Address (including legal description and state of incorporation)

**AMYRIS, INC.**
**5885 HOLLIS ST**
**STE 100**
**EMERYVILLE    CA    946082405    United States**

CBP Identification Number:
**55-085615100**

Signature

**GLOBAL 4PL SUPPLY CHAIN SERVICES**

☒ Check Box

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s). Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference into this bond. If the surety fails to appoint an agent under Title 31, United States Code, Section 9306, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at: ▶

Mailing Address Requested by the Surety

**Lexon Insurance Company**
**C/O International Bond & Marine Brokerage, Ltd.**
**2 Hudson Place 4th Floor**
**Hoboken, NJ 07030**

**SURETY**

| Name and Physical Address (including legal description and state of incorporation) | Surety Number | Agent ID Number |
|---|---|---|
| **Lexon Insurance Company** **12890 Lebanon Road** **Mt. Juliet, TN 37122** **(A TN Corporation)** | **856** | |
| | Signature     Attorney-In-Fact | ☒ Check Box |

CBP Form 301 (06/12)