# EXHIBIT B

| Case Number | Importer Name | Bond Number | Bond Term | Date of Demand | Demand Amount | Option 1 | Amount Paid |
|---|---|---|---|---|---|---|---|
| 20232704203000101 | Amyris Clean Beaty | UCX1216610 | 1 | 10/4/2023 | $37,531.01 | $360.00 | |
| 20232704203740001 | Amyris Clean Beatuy | UCX1216610 | 1 | 10/19/2023 | $9,726.74 | $4,863.37 | |
| 20232704203473001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/19/2023 | $43,229.34 | $9,580.34 | |
| 20232704203471001 | Amyris Clean Beaty | UCX1216610 | 1 | 8/24/2023 | $21,442.03 | $4,762.03 | |
| 20234601202404001 | Amyris Clean Beaty | UCX1216610 | 1 | 11/1/2023 | $400,000.00 | $131.00 | |
| 20234701201008001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/16/2023 | $1,000.00 | $32.66 | |
| 20232720200420101 | Amyris Clean Beaty | UCX1216610 | 1 | 9/28/2023 | $19,482.90 | $188.00 | |
| 20234601202177001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/5/2023 | $40,694.34 | $392.00 | |
| 20234601202244001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/16/2023 | $52,165.90 | $1,635.00 | |
| 20232704202492001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/4/2023 | $160,302.58 | $2,375.00 | |
| 20232704202620001 | Amyris Clean Beaty | UCX1216610 | 1 | 10/4/2023 | $113,636.55 | $408.00 | |
| 20234601202554001 | Amyris Clean Beaty | UCX1300857 | 1 | 10/19/2023 | $15,373.63 | $443.63 | |
| 20231101200452001 | Amyris Inc | UCX1300857 | 2 | 9/12/2023 | $1,832.62 | $916.31 | |
| 20234601202616001 | Amyris Inc | UCX1300857 | 2 | 9/12/2023 | $1,857.36 | $928.68 | |
| 20231101200451001 | Amyris Inc | UCX1300857 | 2 | 9/12/2023 | $2,007.22 | $1,003.61 | |
| 20234601202583001 | Amyris Inc | UCX1300857 | 2 | 9/1/2023 | $2,609.84 | $1,304.92 | |
| 20234601202582001 | Amyris Inc | UCX1300857 | 2 | 9/1/2023 | $1,881.32 | $940.66 | |
| 20231101200449001 | Amyris Inc | UCX1300857 | 2 | 9/1/2023 | $1,903.96 | $951.98 | |
| 20234601202548001 | Amyris Inc | UCX1300857 | 2 | 8/25/2023 | $1,744.90 | $872.45 | |
| 20234601202256001 | Amyris Inc | UCX1300857 | 2 | 10/5/2023 | $2,791.34 | $213.00 | |
| 20234601202555001 | Amyris Inc | UCX1300857 | 2 | 10/24/2023 | $1,000.00 | $140.97 | |
| 20234601202549001 | Amyris Inc | UCX1300857 | 2 | 10/24/2023 | $1,883.06 | $941.53 | |
| 20231101200278001 | Amyris Inc | UCX1300857 | 2 | 10/20/2023 | $1,849.10 | $215.00 | |
| 20232720200464001 | Amyris Inc | UCX1300857 | 2 | 10/19/2023 | $3,647.68 | $1,823.84 | |