**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*, | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re Docket No. 639** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION OF SHEARMAN & STERLING LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM AUGUST 9, 2023, THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies that:

1. On October 30, 2023, Shearman & Sterling LLP ("Shearman"), special counsel for the Debtors, filed and served its *First Monthly Application of Shearman & Sterling for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors for the Period from August 9, 2023, through September 30, 2023* [Docket No. 639] (the "Application").

2. Objections to the Application were to be filed and served no later than November 13, 2023, by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279], the Debtors are authorized to pay Shearman $58,122.40, which represents 80% of the fees ($72,653.00) and $23.79 which represents the expenses requested in the Application, for a total payment of $58,146.19 for the period from August 9, 2023, through September 30, 2023, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: November 14, 2023　　**PACHULSKI STANG ZIEHL & JONES LLP**
　　　　Wilmington, Delaware

*/s/ James E. O'Neill*
_____
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com
　　　　rpachulski@pszjlaw.com
　　　　dgrassgreen@pszjlaw.com
　　　　jrosell@pszjlaw.com
　　　　sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*