Case Number: 23-11131- Amyris, Inc., et al.

From: Kevin Trepanier (kt27ice@yahoo.com)
To: amanda_hrycak@deb.uscourts.gov
Date: Tuesday, October 31, 2023 at 10:38 AM EDT


RECEIVED
2023 NOV 14  AM 11:45

Honorable Judge Thomas M. Horan,

Since 2016, I have been investing in Amyris. On August 10, 2023 I had 54,500 (now worthless) shares of common stock and now approximately $156,000 of unrealized loses. My heart sank when I read that the company was filing for Chapter 11 bankruptcy and my heart sank again when I found out the common shares would be considered worthlessness. I am rooting for the restructured company to succeed, however I don't want to be excluded from the potential opportunity it has in the future. Many of us individual investor took a risk on Amyris with both time and money. For this opportunity to be striped from us is disappointing to say the least.

I continue to believe that this company can do great things and have a positive impact on the world. If there is anything that can be done for the little guy, please provide a ruling in our favor.

Thank you for your time and consideration.

Kevin Trepanier
5946 NW Culebra Avenue
Port St. Lucie, Florida 34986
kt27ice@yahoo.com

**UF** Kevin Trepanier
5946 N.W. Culebra Avenue
Port Saint Lucie, FL 34986

WEST PALM BCH FL 334

6 NOV 2023  PM 1  L



FOREVER / USA

Delaware Bankruptcy Court - Clerk's Office
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

19801-302499