To the honorable judge Thomas M. Horan,

I am writing to express my formal objection to the restructuring plan proposed by Mr. John Doerr in collaboration with Amyris. As a member of the board of directors, it is apparent that Mr. Doerr allowed the former CEO, Mr. John Melo, to guide the company into bankruptcy without intervening until it was too late. Unfortunately, it seems that Mr. Doerr did not hesitate to inject capital to further his own interests and advance his plan to privatize the company. It is evident that he is leveraging his significant influence within the company to accomplish this goal, as seen through the coordinated actions of Amyris and entities under Mr. Doerr's ownership. This apparent influence over the board of directors violates their fiduciary duty, and Mr. Doerr is utilizing his dual role as the major shareholder and insider to the detriment of small shareholders like me.

I urge you to consider the substantial value that Mr. Doerr may be taking from current shareholders as he acquires the company and its intellectual property. The current plan aims to alleviate the loan burden by divesting the company's beauty brands, a reasonable step. However, these brands do not represent Amyris's most valuable assets; they have always been a testament to the company's potential. By demonstrating how Amyris can harness its clean and cruelty-free molecules to create beauty products, the company has showcased the true worth of these molecules, as exemplified by the $200 million upfront Givaudan deal. Amyris's intellectual property encompasses numerous such molecules and the tools for further development. Amyris's technology can be aptly described as modern alchemy, transforming sugar into valuable molecules. Additionally, Amyris has established the most advanced fermentation facility in Barra Bonita, Brazil, which, although not included in this bankruptcy, embodies real value and intellectual property.

In light of these considerations, I respectfully request that you thoroughly evaluate the implications of the proposed restructuring plan and its potential consequences for shareholders. The future of Amyris, as well as the investments made by individuals like me who believe in a greener future, hangs in the balance. The decision in this matter will have profound and far-reaching consequences. Thank you for your time and careful consideration.

Respectfully,
Dr. Maximlian Nagel
8300 Wisconsin Ave, 505
Bethesda, MD, 20814, USA
Owner of 140,057 shares of Amyris Inc

Bethesda, 10.31.2023

M. Nagel

Maximilian Nagel
8300 Wisconsin Ave. 505
Bethesda, MD 20814

Delaware Bankruptcy Court - Clerk's Office
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

U.S.M.S
X-RAY