

RECEIVED

2023 NOV 15  AM 10: 03

CLERK
US BANKRUPTCY-COURT
DISTRICT OF DELAWARE

November 8, 2023

Judge Thomas M. Horan

RE: Case No.23 - 11131(TMH)
    Amyris - Appointment of Examiner

   Please consider a significant need exists for the Appointment of an Examiner as requested by the Ad Hoc Cross-Holder Group. Clearly, a thorough investigation of the Pre-Petition activities of AMYRIS officers, senior management and Board of Directors should be commenced.
   As a shareholder and on behalf of all interested parties impacted in this Chapter 11 proceeding the proposed Order submitted by Counsel for the Ad Hoc Cross-HolderGroup is warranted prior to any decision concerning a final Plan Approval.

Frank Commers, J.D. (Ret.)

Commers
1710 N. Douglas Drive
Ste. 226 N
Golden Valley, MN 55422

ATTN:
Judge Thomas M. Horan

J.S.M.S.
X-RAY

MINNEAPOLIS MN 553
9 NOV 2023 PM 3 L

Delaware Bankruptcy Court - Clerks Office
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

19801-302499



FRANK COMMERS, J.D. (RET.)

Advisor & Consultant

1710 North Douglas Drive, Ste 226N
Golden Valley, Minnesota 55422

www.linkedin.com/in/frankcommers        (763) 546-9121
Email: fcommers@gmail.com               (763) 545-5887 (Fax)