**Fill in this information to identify the case:**

Debtor Name ___Amyris, Inc.___

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11131

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of  9/30/2023  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Amyris, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| *See Page 3 for entity listing* | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name    Amyris, Inc._____    Case number___23-11131_____

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✘ ___/s/ Han Kieftenbeld_____<br>Signature of Authorized Individual<br>___Han Kieftenbeld_____<br>Printed name of Authorized Individual<br>Date __11/15/2023_____<br>       MM / DD / YYYY |

| | | | |
|---|---|---|---|
| **For individual Debtors:** | ✘ _____<br>Signature of Debtor 1<br>_____<br>Printed name of Debtor 1<br>Date _____<br>     MM / DD / YYYY | | ✘ _____<br>Signature of Debtor 2<br>_____<br>Printed name of Debtor 2<br>Date _____<br>     MM / DD / YYYY |

Official Form 426    Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability    page **2**

In re: Amyris, Inc. et al.　　　　　　　　　　　　　　　Case Number:　　　　23-11131 (TMH)

| Non-Debtor Entities | | |
|---|---|---|
| **Name of Non-Debtor Entity** | **Interest of the Estate on 9/30** | |
| Amyris Bio Products Portugal, Unipessoal, Lda | 100% | |
| Amyris Biotecnologia do Brasil Ltda | 100% | |
| Amyris Clean Beauty Latam | 100% | |
| Amyris Europe Trading B.V. | 100% | |
| Amyris Fermentacao de Performance Ltda | 69% | |
| Amyris Purificacao de Performance do Brasil Ltda | 100% | See Note 1 |
| Amyris Realsweet, LLC | 69% | |
| Amyris UK Trading Limited | 100% | |
| Beauty Labs International Limited | 100% | |
| Ecofab, LLC | 70% | |
| MG Empower Limited | 100% | |
| Accessbio LLC | 50% | See Note 1 |
| AMF Low Carbon, LLC | 40% | See Note 1 |
| Amyris Eco-Fab LLC | 100% | See Note 1 |
| DIPA Co., LLC | 100% | See Note 1 |
| Interfaces Industria e Comercio de Cosméticos Ltda | 100% | |
| Total Amyris Biosolutions BV | 25% | See Note 1 |

Note 1 - This Periodic Report does not include information on certain holding companies or pass through entities.

In re: Amyris, Inc. et al.    Case Number:    23-11131 (TMH)

**Entity Organization Chart**



In re: Amyris, Inc et al.

Case Number: 23-11131 (TMH)
Reporting Period: 1/1/2023 - 9/30/2023

### Exhibit A-1: Balance Sheet Sep-23

| $ in actuals | Amyris Biotecnologia do Brasil Ltda | Amyris Bio Products Portugal, Unipessoal, Lda | Amyris Fermentacao de Performance Ltda | Amyris Realsweet, LLC | Amyris Clean Beauty Latam | MG Empower Limited | Beauty Labs International Limited | Ecofab, LLC | Interfaces Industria e Comercio de Cosméticos Ltda | Amyris UK Trading Limited | Amyris Europe Trading B.V. |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash and cash equivalents | 805,571 | 412,499 | 1,137,309 | - | 826,197 | - | 512,489 | - | (58,682) | 320,997 | 10,885 |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - |
| Short-term investments | 613,674 | - | 1,991,766 | - | 1,126 | - | - | - | - | - | - |
| Accounts receivable, net | 2,215,610 | 220,422 | 750,068 | - | 891,483 | - | 7,714,277 | - | 831,354 | 1,009,567 | - |
| Contract assets | - | - | 6,720,079 | - | - | - | - | - | - | 705,093 | - |
| Inventories | 791,729 | 723,915 | 22,637,895 | - | 824,929 | - | - | - | 5,289,267 | 1,051,006 | 170,491 |
| Deferred cost of revenue | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current asset | 2,345,071 | 2,915,548 | 17,177,577 | - | 4,301,666 | - | (64,179) | - | 2,066,092 | 889,437 | - |
| **Total current assets** | **6,771,655** | **4,272,384** | **50,414,693** | **-** | **6,845,400** | **-** | **8,162,588** | **-** | **8,128,031** | **3,976,100** | **181,376** |
| Property, plant and equipment, net | 10,753,087 | 921,127 | 143,275,774 | - | 569,065 | - | 16,204 | - | 1,704,489 | - | - |
| Restricted cash, non-current | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 11,318,244 | (4,363,929) | (21,106,612) | (105,581,662) | (11,677,975) | - | (89,046,817) | - | (13,077,292) | (3,049,313) | (181,376) |
| Equity and loans in affiliates | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, non-current | 16,159,868 | - | 13,287,383 | - | 2,032 | - | - | - | 46,371 | - | - |
| Investment in Subsidiaries | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill, Intangible assets,net | 455,401 | - | - | - | 4,191,629 | - | 15,973,724 | - | 5,458,839 | - | - |
| **Total assets** | **45,458,255** | **829,582** | **185,871,238** | **(105,581,662)** | **(69,849)** | **-** | **(64,894,300)** | **-** | **2,260,439** | **926,788** | **-** |
| Trade AP | (711,078) | 542 | (14,351,174) | - | (5,806,590) | - | - | - | (1,094,847) | (19,445) | - |
| Accrued AP | (69,994) | (956,919) | (497,546) | - | (368,598) | - | (417,519) | - | (2,943) | (612,872) | - |
| Other AP | (108) | - | 43,373 | - | (2,840) | - | - | - | (276) | - | - |
| Accounts payable | (781,180) | (956,377) | (14,805,347) | - | (6,178,029) | - | (417,519) | - | (1,098,066) | (632,317) | - |
| Accrued and other current liabilities | (6,626,272) | (418,659) | (1,623,116) | - | (55,579) | - | (1,206,183) | - | (122,799) | (517,956) | - |
| Capital lease obligation current portion | (109,219) | (77,126) | - | - | - | - | - | - | (36,792) | - | - |
| Contract liability, current portion | - | 37,749 | - | - | - | - | - | - | - | - | - |
| Debt, current portion | (960) | (1,009,654) | 2,585 | - | (2,425,411) | - | (1,989,712) | - | 1,503 | - | - |
| Accrued taxes | - | - | - | - | - | - | - | - | - | - | - |
| **Total current liabilities** | **(7,517,631)** | **(2,424,068)** | **(16,425,878)** | **-** | **(8,659,019)** | **-** | **(3,613,413)** | **-** | **(1,256,155)** | **(1,150,273)** | **-** |
| Deferred revenue long-term | - | - | - | - | - | - | - | - | - | - | - |
| Capital lease obligation, net of current | (21,834) | (26) | (918,354) | - | - | - | 3 | - | (52,045) | - | - |
| Long-term debt, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Derivative liabilities, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Deferred rent, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, non current | (28,698) | 28,047 | - | - | - | - | (265,805) | - | - | - | - |
| **Total liabilities** | **(7,568,164)** | **(2,396,047)** | **(17,344,232)** | **-** | **(8,659,019)** | **-** | **(3,879,216)** | **-** | **(1,308,200)** | **(1,150,273)** | **-** |
| Common stock | (100,038,981) | (5,841) | (146,950,734) | (63,740,000) | (4,250,271) | (43) | - | - | (4,168,818) | - | - |
| Additional paid-in capital, common stock | - | (11,554,119) | (22,774,861) | 169,200,537 | - | (584,356) | - | - | - | - | - |
| Accumulated other comprehensive income | 23,263,131 | 300,648 | (3,609,734) | - | 88,063 | - | 10,553,494 | - | 512,558 | 730,523 | - |
| Previous year retained earnings | 36,975,030 | 9,231,182 | 1,821,607 | 121,125 | 8,081,091 | 9,273,549 | (2,375,788) | 7,515,949 | 901,349 | 863,814 | - |
| Current year earnings | 1,910,728 | 3,594,595 | 2,986,716 | - | 4,809,985 | (8,689,151) | 60,595,810 | (7,515,949) | 1,802,673 | (1,370,852) | - |
| Non controlling interest | - | - | - | - | - | - | - | - | - | - | - |
| **Total stockholders' deficit** | **(37,890,092)** | **1,566,465** | **(168,527,006)** | **105,581,662** | **8,728,868** | **-** | **68,773,516** | **0** | **(952,239)** | **223,486** | **-** |
| **Total liab., min. interest, conv. pref.** | **(45,458,255)** | **(829,582)** | **(185,871,238)** | **105,581,662** | **69,849** | **-** | **64,894,300** | **0** | **(2,260,439)** | **(926,788)** | **-** |

In re: Amyris, Inc et al.

Case Number: 23-11131 (TMH)
Reporting Period: 1/1/2023 - 9/30/2023

### Exhibit A-1: Balance Sheet Dec-22

| $ in actuals | Amyris Biotecnologia do Brasil Ltda | Amyris Bio Products Portugal, Unipessoal, Lda | Amyris Fermentacao de Performance Ltda | Amyris Realsweet, LLC | Amyris Clean Beauty Latam | MG Empower Limited | Beauty Labs International Limited | Ecofab, LLC | Interfaces Industria e Comercio de Cosméticos Ltda | Amyris UK Trading Limited | Amyris Europe Trading B.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 275,219 | 378,383 | 325,094 | 7,415 | 50,021 | 80,731 | 792,710 | (175,010) | 69,787 | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - |
| Short-term investments | 209,887 | - | 4,865 | - | - | - | - | - | - | - | - |
| Accounts receivable, net | 516,398 | 326,707 | (72,431) | - | 2,524,940 | 4,996,087 | 5,642,441 | 20 | 508,496 | 8,802 | - |
| Contract assets | - | - | - | - | - | - | - | 21,252 | - | 164,519 | - |
| Inventories | 736,398 | 131,891 | 9,143,640 | - | 445,713 | - | - | 4,921,594 | 850,363 | 1,423,513 | - |
| Deferred cost of revenue | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current asset | 1,198,756 | 2,842,429 | 1,940,682 | - | 938,978 | 6,784,827 | 238,655 | 571,949 | 583,065 | 3,093 | - |
| **Total current assets** | **2,936,658** | **3,679,410** | **11,341,850** | **7,415** | **3,959,652** | **11,861,645** | **6,673,805** | **5,339,806** | **2,011,711** | **1,599,927** | **-** |
| Property, plant and equipment, net | 11,324,851 | 1,027,712 | 134,577,377 | - | 744,118 | 2,197,301 | 51,478 | - | 1,461,768 | - | - |
| Restricted cash, non-current | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 17,013,544 | (59,396) | 20,999,108 | (58,003,000) | 471,351 | (25,262,478) | (83,066,964) | (18,519,071) | (9,571,991) | (2,142,416) | - |
| Equity and loans in affiliates | - | - | - | - | - | - | - | - | - | - | - |
| Other assets, non-current | 16,489,713 | - | 13,017,589 | - | - | 1,112,638 | - | - | 32,488 | - | - |
| Investment in Subsidiaries | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill, Intangible assets,net | 465,776 | - | - | - | - | 13,610,109 | 101,338,161 | 9,330,557 | 5,239,029 | - | - |
| **Total assets** | **48,230,543** | **4,647,726** | **179,935,924** | **(57,995,585)** | **5,175,121** | **3,519,216** | **24,996,481** | **(3,848,707)** | **(826,995)** | **(542,489)** | **-** |
| Trade AP | (2,814,312) | (56,861) | (34,851,909) | - | (4,017,708) | - | - | - | (591,518) | - | - |
| Accrued AP | (185,054) | (1,144,957) | (646,210) | - | (494,095) | (4,195,101) | (926,340) | (3,663,069) | (3,662) | (252,114) | - |
| Other AP | 682 | - | (43,409) | - | (1,515) | - | - | - | - | - | - |
| Accounts payable | (2,998,683) | (1,201,818) | (35,541,527) | - | (4,513,317) | (4,195,101) | (926,340) | (3,663,069) | (595,180) | (252,114) | - |
| Accrued and other current liabilities | (5,857,195) | (368,594) | (552,640) | - | (365,232) | 77,755 | (650,098) | (2,460) | (88,316) | (27,121) | - |
| Capital lease obligation current portion | (83,610) | (357,951) | - | - | (11,596) | - | (26,502) | - | (29,150) | - | - |
| Contract liability, current portion | - | 38,210 | - | - | - | - | - | - | - | - | - |
| Debt, current portion | (958,211) | (707,528) | - | - | (2,465,697) | (487,330) | (4,729,154) | - | (280) | - | - |
| Accrued taxes | - | - | - | - | - | - | - | (1,713) | - | - | - |
| **Total current liabilities** | **(9,897,700)** | **(2,597,682)** | **(36,094,167)** | **-** | **(7,355,842)** | **(4,604,676)** | **(6,332,094)** | **(3,667,242)** | **(712,925)** | **(279,235)** | **-** |
| Deferred revenue long-term | - | - | - | - | - | - | - | - | - | - | - |
| Capital lease obligation, net of current | (102,028) | (39,742) | (832,820) | - | - | (6,049,762) | 3 | - | (77,260) | - | - |
| Long-term debt, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Derivative liabilities, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Deferred rent, net of current | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities, non current | (114,523) | 28,389 | - | - | (1,232,836) | (4,070,932) | (29,719,199) | - | - | - | - |
| **Total liabilities** | **(10,114,250)** | **(2,609,035)** | **(36,926,986)** | **-** | **(8,588,678)** | **(14,725,371)** | **(36,051,290)** | **(3,667,242)** | **(790,186)** | **(279,235)** | **-** |
| Common stock | (100,038,981) | (5,841) | (80,930,318) | (63,740,000) | (4,250,271) | - | - | - | - | - | - |
| Additional paid-in capital, common stock | - | (11,554,119) | (65,275,278) | 121,614,460 | - | - | - | - | - | - | - |
| Accumulated other comprehensive income | 24,947,658 | 290,087 | 1,375,051 | - | (417,263) | 1,932,606 | 13,430,597 | - | 715,831 | (42,090) | - |
| Previous year retained earnings | 32,047,281 | 4,485,931 | 486,646 | (52,747) | 3,451,726 | 195,301 | 1,386,202 | 127,349 | - | - | - |
| Current year earnings | 4,927,749 | 4,745,251 | 1,334,961 | 173,873 | 4,629,364 | 9,078,248 | (3,761,990) | 7,388,599 | 901,349 | 863,814 | - |
| Non controlling interest | - | - | - | - | - | - | - | - | - | - | - |
| **Total stockholders' deficit** | **(38,116,292)** | **(2,038,691)** | **(143,008,938)** | **57,995,585** | **3,413,557** | **11,206,155** | **11,054,809** | **7,515,949** | **1,617,180** | **821,724** | **-** |
| **Total liab., min. interest, conv. pref.** | **(48,230,543)** | **(4,647,726)** | **(179,935,924)** | **57,995,585** | **(5,175,121)** | **(3,519,216)** | **(24,996,481)** | **3,848,707** | **826,995** | **542,489** | **-** |

| In re: Amyris, Inc et al. | | | | | | | | | | | Case Number: | 23-11131 (TMH) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | Reporting Period: | 1/1/2023 - 9/30/2023 |

| | Exhibit A-2: Statement of Operations YTD Sep-23 | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Amyris Biotecnologia do Brasil Ltda | Amyris Bio Products Portugal, Unipessoal, Lda | Amyris Fermentacao de Performance Ltda | Amyris Realsweet, LLC | Amyris Clean Beauty Latam | MG Empower Limited[1] | Beauty Labs International Limited | Ecofab, LLC[2] | Interfaces Industria e Comercio de Cosméticos Ltda | Amyris UK Trading Limited | Amyris Europe Trading B.V. |
| $ in actuals | | | | | | | | | | | |
| Total revenue | 248 | 1,316,145 | 57,377,252 | - | 23,067 | 2,812,547 | 2,031,291 | 40,560 | 1,802,148 | 2,417,160 | - |
| Cost of products sold | 500,683 | 587,709 | 56,456,752 | - | 568,734 | 4,036,256 | - | 6,698,740 | 3,289,829 | 1,367,386 | - |
| Research and development | 549,332 | 2,445,773 | 132 | - | - | 513,154 | 963,296 | - | 68,131 | - | - |
| Sales, general and administrative | 397,077 | 1,745,431 | 962,752 | - | 3,909,283 | 3,187,665 | 63,565,638 | 11,795,949 | 148,434 | 2,560,616 | - |
| Restructuring costs | - | - | - | - | - | 179,593 | - | 741,274 | - | - | - |
| **Total operating expenses** | **946,409** | **4,191,203** | **962,884** | **-** | **3,909,283** | **3,880,412** | **64,528,934** | **12,537,222** | **216,565** | **2,560,616** | **-** |
| **Total costs and expenses** | **1,447,092** | **4,778,913** | **57,419,636** | **-** | **4,478,017** | **7,916,668** | **64,528,934** | **19,235,962** | **3,506,395** | **3,928,002** | **-** |
| Loss from operations | (1,446,843) | (3,462,767) | (42,384) | - | (4,454,950) | (5,104,121) | (62,497,643) | (19,195,402) | (1,704,246) | (1,510,842) | - |
| Other (income) expense | 463,884 | 129,537 | 2,943,723 | - | 355,035 | (13,793,272) | (414,203) | (26,711,351) | 98,427 | (2,881,694) | - |
| Loss before inc taxes & min interest | (1,910,728) | (3,592,304) | (2,986,107) | - | (4,809,985) | 8,689,151 | (62,083,440) | 7,515,949 | (1,802,673) | 1,370,852 | - |
| Income taxes | - | 2,291 | - | - | - | - | (1,487,631) | - | - | - | - |
| Minority interest | - | - | - | - | - | - | - | - | - | - | - |
| **Net gain/(loss)** | **(1,910,728)** | **(3,594,595)** | **(2,986,107)** | **-** | **(4,809,985)** | **8,689,151** | **(60,595,810)** | **7,515,949** | **(1,802,673)** | **1,370,852** | **-** |

[1] Ecofab, LLC entity reflects a positive amount relating to restructuring expense due to the net impact of intercompany elimination as a result of the entity sale during the period.
[2] MG Empower Limited entity reflects a positive amount relating to restructuring expense due to the net impact of intercompany elimination as a result of the entity dissolution during the period.

In re: Amyris, Inc et al.  
Case Number: 23-11131 (TMH)  
Reporting Period: 1/1/2023 - 9/30/2023

Exhibit A-2: Statement of Operations for the year ended December 31, 2022

| $ in actuals | Amyris Biotecnologia do Brasil Ltda | Amyris Bio Products Portugal, Unipessoal, Lda | Amyris Fermentacao de Performance Ltda | Amyris Realsweet, LLC | Amyris Clean Beauty Latam | MG Empower Limited | Beauty Labs International Limited | Ecofab, LLC | Interfaces Industria e Comercio de Cosméticos Ltda | Amyris UK Trading Limited |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | **19,685,666** | **902,712** | **37,148,401** | **-** | **2,578,557** | **8,560,432** | **5,757,249** | **22,005** | **577,435** | **135,535** |
| **Cost of products sold** | **15,309,786** | **262,942** | **36,775,125** | **-** | **2,420,249** | **8,321,508** | **3,046** | **(1,117,599)** | **1,127,673** | **156,281** |
| Research and development | 2,742,699 | 2,694,908 | (7,806) | - | - | - | 3,474,804 | - | 20,077 | - |
| Sales, general and administrative | 5,225,200 | 2,586,964 | 482,182 | 1,054 | 4,784,632 | 9,938,582 | 25,298 | 8,528,203 | - | 843,069 |
| Restructuring costs | - | - | - | - | - | - | - | - | - | - |
| **Total operating expenses** | **7,967,898** | **5,281,873** | **474,376** | **1,054** | **4,784,632** | **9,938,582** | **3,500,102** | **8,528,203** | **20,077** | **843,069** |
| **Total costs and expenses** | **23,277,684** | **5,544,814** | **37,249,502** | **1,054** | **7,204,881** | **18,260,090** | **3,503,148** | **7,410,604** | **1,147,750** | **999,350** |
| **Loss from operations** | **(3,592,018)** | **(4,642,102)** | **(101,101)** | **(1,054)** | **(4,626,325)** | **(9,699,658)** | **2,254,101** | **(7,388,599)** | **(570,315)** | **(863,814)** |
| Other (income) expense | 1,335,731 | 103,149 | 1,233,815 | 172,818 | 3,040 | 69,394 | 17,878 | - | 326,938 | - |
| **Loss before inc taxes & min interest** | **(4,927,749)** | **(4,745,251)** | **(1,334,916)** | **(173,873)** | **(4,629,364)** | **(9,769,052)** | **2,236,223** | **(7,388,599)** | **(897,253)** | **(863,814)** |
| Income taxes | - | - | 46 | - | - | (690,804) | (1,525,766) | - | 4,096 | - |
| Minority interest | - | - | - | - | - | - | - | - | - | - |
| **Net gain/(loss)** | **(4,927,749)** | **(4,745,251)** | **(1,334,961)** | **(173,873)** | **(4,629,364)** | **(9,078,248)** | **3,761,990** | **(7,388,599)** | **(901,349)** | **(863,814)** |

In re: Amyris, Inc. et al.                                                     Case Number:                 23-11131 (TMH)

**Exhibit A-3: Statement of Cash Flows**

Statements of cash flows are not prepared for each Controlled Non-Debtor Entity but rather only at the Amyris, Inc. consolidated level. It would be unduly burdensome and costly for the Debtors to prepare these statements for each Controlled Non-Debtor Entity; therefore, these statements have been excluded from this filing.

| In re: Amyris, Inc. et al. | Case Number: | 23-11131 (TMH) |
|---|---|---|

**Exhibit A-4: Statement of Changes in Shareholders' Equity (Deficit)**

Statements of changes in shareholders' equity are not prepared for each Controlled Non-Debtor Entity but rather only at the Amyris, Inc. consolidated level. It would be unduly burdensome and costly for the Debtors to prepare these statements for each Controlled Non-Debtor Entity; therefore, these statements have been excluded from this filing.

| In re: Amyris, Inc. et al. | Case Number: | 23-11131 (TMH) |
|---|---|---|

| Exhibit B: Description of Operations ||
|---|---|
| **Name of Non-Debtor Entity** | **Description** |
| Amyris Bio Products Portugal, Unipessoal, Lda | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Biotecnologia do Brasil Ltda | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Clean Beauty Latam | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Europe Trading B.V. | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Fermentacao de Performance Ltda | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Purificacao de Performance do Brasil Ltda | Operates as an international subsidiary of Amyris, Inc. |
| Amyris Realsweet, LLC | Operates as an international subsidiary of Amyris, Inc., Joint venture entity |
| Amyris UK Trading Limited | Operates as an international subsidiary of Amyris, Inc. |
| Beauty Labs International Limited | Operates as an international subsidiary of Amyris, Inc. |
| Ecofab, LLC[1] | Manufactures and sells eco-friendly makeup products., Joint venture entity |
| MG Empower Limited[2] | Digital influencer marketing service provider. |
| Accessbio LLC | Joint venture between Amyris, Inc. and ImmunityBio, Inc. |
| AMF Low Carbon, LLC | Operates as a domestic subsidiary of Amyris, Inc., Joint venture entity |
| Amyris Eco-Fab LLC | Holding company for Ecofab, LLC |
| DIPA Co., LLC | Operates as a domestic subsidiary of Amyris, Inc., Joint venture entity |
| Interfaces Industria e Comercio de Cosméticos Ltda | Operates as an international subsidiary of Amyris, Inc. |
| Total Amyris Biosolutions BV | Operates as an international subsidiary of Amyris, Inc. |

[1] Ecofab, LLC entity was dissolved during September 2023

[2] MG Empower Limited was transacted for a limited asset sale in August of 2023

In re: Amyris, Inc. et al.  Case Number: 23-11131 (TMH)

**Exhibit C: Description of Intercompany Claims**

Debtor and Non-Debor entites engage in a variety of intercompany transactions as a part of normal operations. The debtors track all funds transfers through their accounting system and can ascertain, trace and account for all intercompany transactions.

The table below provides the intercompany balances between the Non-Debtor entities as of September 30, 2023.

| Due from Party | Due to Party | As of Sep'23 | Balance Type | Contingent | Unliquidated | Disputed |
|---|---|---:|---|---|---|---|
| Amyris Clean Beauty Latam | Interfaces Industria e Comercio de Cosméticos Ltda | 7,413,489 | Intercompany Loan | | | |
| Interfaces Industria e Comercio de Cosméticos Ltda | Amyris Clean Beauty Latam | (7,413,489) | Intercompany Loan | | | |
| Amyris Clean Beauty Latam | Interfaces Industria e Comercio de Cosméticos Ltda | 4,522,492 | Intercompany Sales | | | |
| Interfaces Industria e Comercio de Cosméticos Ltda | Amyris Clean Beauty Latam | (4,569,976) | Intercompany Sales | | | |
| Interfaces Industria e Comercio de Cosméticos Ltda | Amyris Clean Beauty Latam | 1,153,584 | Intercompany Sales | | | |
| Amyris Clean Beauty Latam | Interfaces Industria e Comercio de Cosméticos Ltda | (1,153,584) | Intercompany Sales | | | |
| Amyris Biotecnologia do Brasil Ltda | Amyris Fermentacao de Performance Ltda | 6,467,144 | Intercompany Sales | | | |
| Amyris Fermentacao de Performance Ltda | Amyris Biotecnologia do Brasil Ltda | (6,467,144) | Intercompany Sales | | | |
| Amyris Fermentacao de Performance Ltda | Amyris Biotecnologia do Brasil Ltda | - | Intercompany Sales | | | |
| Amyris Biotecnologia do Brasil Ltda | Amyris Fermentacao de Performance Ltda | (134,705) | Intercompany Sales | | | |
| Interfaces Industria e Comercio de Cosméticos Ltda | Amyris Bio Products Portugal, Unipessoal, Lda | 170,491 | Intercompany Sales | | | |
| Amyris Bio Products Portugal, Unipessoal, Lda | Interfaces Industria e Comercio de Cosméticos Ltda | - | Intercompany Sales | | | |
| Beauty Labs International Limited | Amyris UK Trading Limited | 3,646,915 | Intercompany Sales | | | |
| Amyris UK Trading Limited | Beauty Labs International Limited | (3,626,342) | Intercompany Sales | | | |
| Amyris Bio Products Portugal, Unipessoal, Lda | Amyris Europe Trading B.V. | - | Intercompany Sales | | | |
| Amyris Europe Trading B.V. | Amyris Bio Products Portugal, Unipessoal, Lda | (170,491) | Intercompany Sales | | | |
| Amyris Biotecnologia do Brasil Ltda | Interfaces Industria e Comercio de Cosméticos Ltda | 279,766 | Intercompany Sales | | | |
| Interfaces Industria e Comercio de Cosméticos Ltda | Amyris Biotecnologia do Brasil Ltda | (279,766) | Intercompany Sales | | | |
| Amyris Bio Products Portugal, Unipessoal, Lda | Amyris UK Trading Limited | 81,732 | Intercompany Sales | | | |
| Amyris UK Trading Limited | Amyris Bio Products Portugal, Unipessoal, Lda | (60,674) | Intercompany Sales | | | |

**In re: Amyris, Inc. et al.**                                           **Case Number:**           **23-11131 (TMH)**

| Exhibit D: Allocation of Tax Liabilities and Assets |
|:---:|

No tax payments, refunds or attributes have been allocated to the Controlled Non-Debtor entities. The tax accounts included in the financial statements of the Controlled Non-Debtor entities represent each individual entity's results without allocations.

There are currently no tax sharing or tax allocation agreements to which any Controlled Non-Debtor entity is a party.

| | | |
|---|---|---|
| In re: Amyris, Inc. et al. | Case Number: | 23-11131 (TMH) |

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

As of the balance sheet date of the financials presented in Exhibit A, no payment of administrative expenses, professional fees, or otherwise were paid by the Controlled Non-Debtor Entities that would have otherwise been payable by a Debtor Entity. From time to time, a Controlled Non-Debtor will pay for services that may benefit both Debtor and Non-Debtor entities, however, those services are obligations of the Controlled Non-Debtor.