# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF FORIS VENTURES, LLC, ANESMA GROUP, LLC, ANJO VENTURES, LLC, AND MUIRISC, LLC'S RESPONSES AND OBJECTIONS TO THE AD HOC NOTEHOLDER GROUP'S REQUESTS FOR THE PRODUCTION OF DOCUMENTS

I, David M. Fournier, hereby certify that on the 20th day of November, 2023, copies of *Foris Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC's Responses and Objections to the Ad Hoc Noteholder Group's Requests for the Production of Documents* were served by email upon the parties set forth on the attached list.

Dated: November 20, 2023
Wilmington, Delaware

　　　　　　　　　　　*/s/ David M. Fournier*
　　　　　　　　　　　David M. Fournier (DE No. 2812)
　　　　　　　　　　　Kenneth A. Listwak (DE No. 6300)
　　　　　　　　　　　**TROUTMAN PEPPER HAMILTON SANDERS LLP**
　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　1313 N. Market Street, P.O. Box 1709
　　　　　　　　　　　Wilmington, DE 19899-1709
　　　　　　　　　　　Telephone: (302) 777-6500
　　　　　　　　　　　Facsimile: (302) 421-8390
　　　　　　　　　　　E-mail:  david.fournier@troutman.com
　　　　　　　　　　　　　　　　ken.listwak@troutman.com
　　　　　　　　　　　-and-

---

[1]　A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.

165296317v2

Michael H. Goldstein (admitted *pro hac vice*)
Alexander J. Nicas (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Email:  mgoldstein@goodwinlaw.com
           anicas@goodwinlaw.com
           dhoehne@goodwinlaw.com
           askorostensky@goodwinlaw.com

*Counsel to the Foris Lenders*

| | |
|---|---|
| *(Counsel to the Debtors)*<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski , Debra I. Grassgreen<br>James E. O'Neill, Steven W. Golden, and<br>Jason H. Rosell<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>rpachulski@pszjlaw.com; dgrassgreen@pszjlaw.com;<br>joneill@pszjlaw.com; jrosell@pszjlaw.com;<br>sgolden@pszjlaw.com | *(Counsel to the Ad Hoc Noteholder Group)*<br>Steven F. Molo, Justin M. Ellis,<br>Sara E. Margolis, Mark W. Kelley, and<br>Catherine Martinez<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>smolo@mololamken.com; jellis@mololamken.com;<br>smargolis@mololamken.com; mkelley@mololamken.com;<br>cmartinez@mololamken.com |
| *(Counsel to the Official Committee of Unsecured Creditors)*<br>Sam Hershey and Andrea Kropp<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>sam.hershey@whitecase.com;<br>andrea.kropp@whitecase.com | *(Counsel to the Official Committee of Unsecured Creditors)*<br>Gregory F. Pesce and Andrew F. O'Neill<br>WHITE & CASE LLP<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| *(Counsel to the Official Committee of Unsecured Creditors)*<br>Christopher M. Samis<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>csamis@potteranderson.com | *(Counsel to the Ad Hoc Noteholder Group)*<br>John Storz, Matthew D. Friedrick, and<br>Caroline Diaz<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| *(Counsel to the Ad Hoc Noteholder Group)*<br>Stanley B. Tarr and Lawrence R. Thomas III<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com | *(Counsel to the Ad Hoc Noteholder Group)*<br>Frank Merola<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>frankmerola@paulhastings.com |

165296317v2