# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (I) Authorizing the Abandonment of Inventory and (II) Granting Related Relief** (Docket No. 747)

- **Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Back Bay Management Corporation and Its Division, the Michel-Shaked Group, as Expert Consultant Effective as of October 31, 2023** (Docket No. 749)

{SPACE LEFT INTENTIONALLY BLANK}

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Status Hearing on November 21, 2023 at 11:00 A.M. (Prevailing Eastern Time) Before the Honorable Thomas M. Horan in the U.S. Bankruptcy Court for the District of Delaware** (Docket No. 748)

Dated: November 21, 2023

_____
Dylan P. Dickerson

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 2023 by Dylan P. Dickerson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | Rua Doutor Pedro Ferreira | 333 A5 SL503 | | CItajal | SC | 88301 | Brazil |
| Anesma Group, LLC | | 1180 San Carlos Avenue, #717 | | | San Carlos | CA | 94070 | |
| Anesma Group, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | | 5402 Sia Trecho 5 Área Especial 57 | | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCIENCE & TECHNOLOGY | | Bei Jing Shi | | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | | Avenue Leonard de Vinci 14 | | | Wavre | | 1300 | Belgium |
| BIORIUS | | Shelton Street | | | London | | 71WC2H 9JQ | United Kingdom |
| C T Corporation System, as Representative | | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | | New Castle | DE | 19808 | |
| Crestmark Equipment Finance, Inc. | | 40950 Woodward Avenue, Suite 201 | | | Bloomfield Hills | MI | 48304 | |
| Crestmark Equipment Finance, Inc. | | 5480 Corporate Drive | Ste 350 | | Troy | MI | 48098 | |
| CTNBIO | | South Police Sector - SPO, Area 5, Block 3 | Block B, Ground Floor. Room T-08 | | Brasilia | FD | 70610-200 | Brazil |
| Data Sales Co., Inc. | | 3450 W. Burnsville Parkway | | | Burnsville | MN | 55337 | |
| DE Lage Landen Financial Services, Inc. | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Department of Agriculture | | 1400 Independence Ave., S.W. | | | Washington | DC | 20250 | |
| Drug Enforcement Administration | | 8701 Morrissette Drive | | | Springfield | VA | 22152 | |
| DSM Finance B.V. | Attn: Michael Wahl and Vivian Huang | HET Overloon 1 | | | Heerlen | NL | 6411TE | Netherlands |
| DSM Finance B.V. | c/o Latham & Watkins LLP | 330 North Wabash Avenue | Suite 3800 | | Chicago | IL | 60611 | |
| DTS | | U 5 2 Pittwin Rd | | | North Capalaba | QS | 4157 | Australia |
| ECHA | | P.O. Box 400 | | | Helsinki | | FI-00121 | Finland |
| EFSA | | Via Carlo Magno 1A | | | Parma | | 43126 | Italy |
| Employment Development Department | | PO Box 826880 | | | Sacramento | CA | 94280 | |
| Environment Canada | | 105 Mcgill St | 4th Fl | | Montreal | QC | H2Y 2E7 | Canada |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | | Washington | DC | 20460 | |
| Eplus Technology, Inc. | | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | |
| Food and Drug Administration | | 10903 New Hampshire Avenue | | | Silver Spring | MD | 20993 | |
| Food Science Solutions | | 28 Geneva Ave | | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky andz Sari Rosenfeld | 620 Eighth Avenue | The New York Times Building | New York | NY | 10018 | |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier and Kenneth A. Listwalk | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | |
| Foris Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Foris Ventures, Llc, as Agent | | 751 Laurel Street, #717 | | | San Carlos | CA | 94070 | |
| GACP Finance Co., LLC, as Agent | | 11100 Santa Monica Blvd. | Suite 800 | | Los Angeles | CA | 90025 | |
| Health Canada | | Address Locator 1801B | | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | |
| Hilldun Corporation | | 36 E. 31st Street – 12th Floor | | | New York | NY | 10016 | |
| Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | | 200 Westlake Park Blvd | Ste 400 | | Houston | TX | 77079 | |
| INTERTEK | | 33 Cavendish Sq | | | London | ES | W1G 0PS | United Kingdom |
| INTERTEK | | Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St | No 4012 | | Shenzhen | GD | 518100 | China |
| Knoell Shanghai | | No. 567 Langao Road | Room 805, Tower B, Central Towers | | Putuo | SH | 200333 | China |
| Lavvan, Inc. | | 5021 Iselin Ave | | | Bronx | NY | 10471-2914 | |
| Muirisc, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Muirisc, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | | 40 BOULEVARD JOSEPH II | | | LUXEMBOURG | LU | L1840 | Luxembourg |
| Nikko Chemicals Co., Ltd. | | 1-4-8, Nihonbashi-bakurocho, Chuo-Ku | | | Tokyo | | 1030002 | Japan |
| OBELIS | | Boulevard Brand Whitlock 30 | | | Brussels | | 1200 | Belgium |
| OBELIS | | Sandford Gate, East Point Business Park | | | Oxford | | OX4 6LB | United Kingdom |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| Official Committee of Unsecured Creditors | c/o White & Case LLP | Attn: John Ramirez, Stephen E. Ludovici and Andrea Kropp | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| PEAK, LLC, AS REPRESENTATIVE | | 170 WEST SHIRLEY AVENUE, SUITE 207 | | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | | Avenue des Arts 10 | | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | | Grove Business Park, Aspect House, Wayland Avenue | | | Wantage | | OX12 9FF | United Kingdom |
| Perrara Ventures, LLC | Attention: Jon Novotny | Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | San Francisco | CA | 94111 | |
| PERRARA VENTURES, LLC | Attn: Barbara Hager | 1180 SAN CARLOS AVE., #717 | | | SAN CARLOS | CA | 94070 | |
| REGULATORY CONCEPTS | | 9-7 Anella Ave | | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | | Bohemia | NY | 11746 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P. | | 600 3RD AVE | Fl 10 | | NEW YORK | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | |
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | 100 Pearl Street | Ste 20-100 | New York | NY | 10004-2616 | |
| THE ROBERTS CONTAINER CORPORATION | | 9131 OAKDALE AVE, SUITE 110 | | | CHATSWORTH | CA | 91311 | |
| TSG | | 175 Nugget Court, Unit 6-8 | | | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Jennifer Wall | 190 S La Salle St | | | Chicago | IL | 60603 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | | New York | NY | 10005 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Trustee of the Convertible Notes | 633 West Fifth Street, 24th Floor | | | Los Angeles | CA | 90071 | |
| United States Attorney's Office for the District of Delaware | Attn: David C. Weiss | c/o/ Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | |
| Varilease Finance, Inc. | | 6340 South 3000 East, Suite 400 | | | Salt Lake City | UT | 84121 | |
| Wells Fargo Bank, N.A. | | 800 Walnut Street, F0005-044 | | | Des Moines | IA | 50309 | |
| Wiley Companies | Attn: Joshua Wiley | 545 Walnut Steet | PO Box 640 | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 2 of 2

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com<br>ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>mspillane@goodwinlaw.com<br>askorostensky@goodwinlaw.com<br>MBrumer@goodwinlaw.com<br>jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 2



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com<br>mathews@rlf.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov<br>sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com<br>gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com<br>Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 2