**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| AMYRIS, INC., *et al.*, | ) | Case No. 23-11131 (TMH) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) | **Obj. Deadline: December 6, 2023, at 4:00 p.m.** |

## NOTICE OF MONTHLY FEE APPLICATION

**PLEASE TAKE NOTICE** that the *Second Monthly Application of Shearman & Sterling LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors for the Period from October 1, 2023, through October 31, 2023* (the "***Application***") has been filed with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). The Application seeks allowance of monthly fees in the amount of $40,147.50 and monthly expenses in the amount of $32.29.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **December 6, 2023, at 4:00 p.m. (ET)** (the "***Objection Deadline***") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) the counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: James E. O'Neill and Jason H. Rosell (joneill@pszjlaw.com and jrosell@pszjlaw.com); (ii) the special counsel to the Debtors, Shearman & Sterling LLP, (x) 2601 Olive St 17th Floor, Dallas, Texas 75201 (Attn: C. Luckey McDowell and J. Kyle Jaksa (emails: luckey.mcdowell@shearman.com and kyle.jaksa@shearman.com)) and (y) 599 Lexington Avenue, New York, New York 10022 (Attn: Michael Dorf (email: mdorf@shearman.com)); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: John Schanne (john.schanne@usdoj.gov)); (iv) counsel to the Official Committee of Unsecured Creditors White & Case LLP (Attn: John Ramirez and Stephen E. Ludovici (john.ramirez@whitecase.com and stephen.ludovici@whitecase.com)); (v) counsel for the DIP Agent, DIP Lender, and Prepetition Agent, (a) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, Delaware 19899 (Attn: David M. Fournier (david.fournier@troutman.com)), and (b) Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018 (Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky, and Sari Rosenfeld (mgoldstein@goodwinlaw.com, anicas@goodwinlaw.com, askorostensky@goodwinlaw.com,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

and srosenfeld@goodwinlaw.com)); and (vi) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT FOR PROFESSIONALS* [DOCKET NO. 279], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES, WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES AND CANNOT BE CONSENSUALLY RESOLVED WILL A HEARING BE HELD ON THE APPLICATION.

Dated: November 22, 2023  **PACHULSKI STANG ZIEHL & JONES LLP**
Wilmington, Delaware

James E. O'Neill (DE Bar No. 4042)
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  joneill@pszjlaw.com
            rpachulski@pszjlaw.com
            dgrassgreen@pszjlaw.com
            jrosell@pszjlaw.com
            sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*