# **EXHIBIT A**

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

November 22, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00051

Invoice Number: 7223306

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through October 31, 2023 in connection with Retention and Fee Applications.

**FEES**............................................................................................................................. $24,486.00

**COSTS** related thereto.................................................................................................... $0.00

**TOTAL** ........................................................................................................................... $24,486.00

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

November 22, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00051  
Invoice Number: 7223306

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/10/2023 | Jaksa, Kyle | Draft and revise the monthly fee application (2.8). Review and analyze the monthly fee application requirements and deadlines (.6). | 3.40 |
| 10/11/2023 | Jaksa, Kyle | Draft the monthly fee application. | 2.10 |
| 10/12/2023 | Jaksa, Kyle | Draft the monthly fee application. | 2.40 |
| 10/13/2023 | Jaksa, Kyle | Draft/revise the monthly fee application and work with administration regarding same. | 2.90 |
| 10/18/2023 | Jaksa, Kyle | Review and revise the monthly fee application incorporating internal comments. | 1.80 |
| 10/19/2023 | Dorf, Michael S. | Attend to fee application. | 0.20 |
| 10/19/2023 | Jaksa, Kyle | Revise the monthly fee application to incorporate internal comments. | 1.10 |
| 10/23/2023 | Dorf, Michael S. | Review materials for fee application and send to K. Jaska. | 0.20 |
| 10/24/2023 | Jaksa, Kyle | Draft the monthly fee application and revise to incorporate internal comments. | 1.20 |
| 10/25/2023 | Dorf, Michael S. | Review fee application; emails with K. Jaksa regarding fee application. | 0.20 |
| 10/25/2023 | Jaksa, Kyle | Internal correspondence regarding the monthly fee application. | 0.20 |
| 10/26/2023 | Dorf, Michael S. | Attend to fee application. | 0.20 |
| 10/26/2023 | Jaksa, Kyle | Draft/revise the monthly fee application. | 0.40 |
| 10/27/2023 | Jaksa, Kyle | Draft/revise the monthly fee application to incorporate internal comments (.4); correspondence with Debtor's counsel regarding the monthly fee application (.4). | 0.80 |
| 10/30/2023 | Dorf, Michael S. | Attend to fee application. | 0.20 |
| 10/30/2023 | Jaksa, Kyle | Finalize the monthly fee application and work with the debtor's counsel to file the monthly fee application. | 1.90 |
| 10/31/2023 | Jaksa, Kyle | Correspondence with client regarding monthly fee application. | 0.20 |

**TOTAL HOURS** 19.40

**FEES**............................................................................................................... $24,486.00

November 22, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00051  
Invoice Number: 7223306

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 1.00 | 2,130.00 | 2,130.00 |
| Jaksa, Kyle | 18.40 | 1,215.00 | 22,356.00 |
| **TOTALS** | 19.40 | | $24,486.00 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

November 22, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00053

Invoice Number: 7223307

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through October 31, 2023 in connection with Legacy Transaction Advice.

**FEES**......................................................................................................................... $15,235.50

**COSTS** related thereto.................................................................................................. $0.00

**TOTAL** ....................................................................................................................... $15,235.50

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

November 22, 2023

AMYRIS, INC.  Account Number: 36714-00053
Page Number: 3  Invoice Number: 7223307

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/18/2023 | Dorf, Michael S. | Emails with D. Choi and team regarding timeline and action items. | 0.10 |
| 10/24/2023 | Dorf, Michael S. | Emails with Pachulski regarding Lavvan negotiating history request; review emails regarding Pachulski request. | 0.20 |
| 10/26/2023 | Dorf, Michael S. | Review emails from Lavvan transaction to prepare for Pachulski call (0.8); call with Pachulski and O. Wright regarding negotiation history with Lavvan (0.5); review emails and draft agreements in response to Pachulski inquiry (1.2); coordinate with M. Stavropoulos and IT support regarding email folder search and summary of negotiation history with Lavvan in response to Pachulski request (0.3). | 2.80 |
| 10/27/2023 | Dorf, Michael S. | Coordinate with M. Stavropoulos and IT support regarding email folder search and summary of negotiation history with Lavvan in response to Pachulski request. | 0.40 |
| 10/27/2023 | Stavropoulos, Melina | Begin drafting negotiating history for sections 5.12.1, 5.12,2, and 5.15 per M. Dorf. | 4.50 |
| 10/28/2023 | Stavropoulos, Melina | Draft negotiating history for sections 5.12.1, 5.12.2, 5.15, and review emails per M. Dorf. | 6.50 |
| 10/30/2023 | Dorf, Michael S. | Review summaries of Lavvan negotiating history and send to Pachulski (0.4); review Lavvan email folders and coordinate with M. Stavropoulos to share folder with Pachulski for negotiating history (0.7). | 1.10 |
| 10/30/2023 | Stavropoulos, Melina | Coordinated email folders with M. Dorf (0.4), assisted with coordinating file upload to Sharefile with P. Gil (1.6). | 2.00 |
| 10/31/2023 | Stavropoulos, Melina | Coordinate with technology center and P. Gil to upload and share Lavvan Search 2 via Sharefile. | 1.50 |

**TOTAL HOURS** 19.10

**FEES**..................................................................................................................... $15,235.50

November 22, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00053  
Invoice Number: 7223307

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Dorf, Michael S. | 4.60 | 2,130.00 | 9,798.00 |
| Stavropoulos, Melina | 14.50 | 375.00 | 5,437.50 |
| **TOTALS** | 19.10 | | $15,235.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

November 22, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00054

Invoice Number: 7223308

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through October 31, 2023 in connection with Chapter 11 Auction Process.

**FEES**.................................................................................................................... $426.00

**COSTS** related thereto............................................................................................ $0.00

**TOTAL** ................................................................................................................. $426.00

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

November 22, 2023

AMYRIS, INC.  
Page Number:  3

Account Number:  36714-00054  
Invoice Number:  7223308

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/30/2023 | Dorf, Michael S. | Review alert regarding auction timeline; emails regarding timing with D. Choi. | 0.20 |

**TOTAL HOURS** 0.20

**FEES**................................................................................................................ $426.00

November 22, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00054  
Invoice Number: 7223308

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 0.20 | 2,130.00 | 426.00 |
| **TOTALS** | 0.20 | | $426.00 |