**<u>EXHIBIT B</u>**

# S H E A R M A N   &   S T E R L I N G   LLP

535 MISSION STREET, 25TH FLOOR  |  SAN FRANCISCO  |  CA  |  94105-2997

WWW.SHEARMAN.COM  |  T +1.415.616.1100  |  F +1.415.616.1199

November 22, 2023

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                    36714-00049
Emeryville, CA 94608

Invoice Number:  7223305

---

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through October 31, 2023 in connection with Beauty Lab Litigation.

**COSTS** related thereto.......................................................................................................... <u>$32.29</u>

**TOTAL** ............................................................................................................................. <u>$32.29</u>

---

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.                    Shearman & Sterling LLP
153 East 53rd Street            General 1 Account
New York, NY 10022              Account #9280096
ABA #021000089                  SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

AMYRIS, INC.                                     Account Number:  36714-00049
Page Number:  2                                  Invoice Number:  7223305

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 10/04/23 | OSD | Other Outside Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITINYDD Check Number: 293188 | 11.60 |
| 10/25/23 | OSD | Other Outside Services - - VENDOR: COURTALERT.COM, INC. Bank ID: CITINYDD Check Number: 292878 | 20.69 |

## COST SUMMARY

OSD     Other Outside Services          32.29

**COSTS related thereto** ...................................................................................................... $32.29

**TOTAL** ...................................................................................................... <u>$32.29</u>