**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                              Debtors.¹ | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |
| LAVVAN, Inc.,<br><br>                              Appellant,<br><br>         v.<br><br>AMYRIS, INC., *et al.*,<br><br>                              Appellees. | Civil Action No. 23-cv-01239-MN<br>Bankruptcy BAP No. 23-00062 |

**APPELLEES' JOINT DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a)(2) and Del. Bankr. L. R. 8009-1, the above-captioned debtors and debtors in possession (the "Debtors"), Foris Ventures, LLC, Perrara Ventures, LLC, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC (collectively, the "Foris Prepetition Secured Lenders"), and (ii) Euagore, LLC (the "DIP Agent" and "DIP Lender," together the "DIP Secured Parties") (the Debtors, the Foris Prepetition Secured Lenders, and the DIP Secured Parties are referred to collectively herein as the "Appellees") hereby jointly submit their counter-designation of items to be included in the record on appeal. This list supplements the list designated in *Appellants' (I) Statement of the Issues to be Presented on Appeal and (II) Designation of Items to be Included in the Record on Appeal*, filed on November 13, 2023 [Docket No. 727].

---

¹ A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

SF 4884-7798-1842.2 03703.004

## DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD

Appellees designate the following additional items[2] to be included in the record on appeal. Each designated item includes any exhibits thereto.

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| N/A | 1 | 45 | 2018.06.29 Loan and Security Agreement | |
| N/A | 2 | | 2018.06.29 Promissory Note | |
| N/A | 3 | | 2018.06.29 GACP UCC-1 No. 2018 4480998 | |
| N/A | 4 | | 2018.08.24 Amendment No 1 to Loan Agreement | |
| N/A | 5 | | 2018.11.14 Amendment No. 2 to Loan Agreement | |
| N/A | 6 | | 2018.12.14 Amendment No 3 to Loan Agreement | |
| N/A | 7 | | 2019.04.04 Amendment No 4 to Loan Agreement | |
| N/A | 8 | 34 | 2019.04.08 Amyris-Foris Credit Agreement | |
| N/A | 9 | 35 | 2019.04.08 Amyris-Foris Note | |
| N/A | 10 | | 2019.04.15 Assignment | |
| N/A | 11 | 12 | 2019.04.15 GACP-Amyris Loan Purchase Agreement | |
| N/A | 12 | 13 | 2019.04.17 UCC Amendment No. 2019 2678519 | |
| N/A | 13 | 38 | 2019.06.11 Amyris-Foris Note | |
| N/A | 14 | 41 | 2019.07.10 Foris Promissory Note | |
| N/A | 15 | 42 | 2019.07.26 Foris Promissory Note | |
| N/A | 16 | | 2019.08.14 Foris Amended Note | |
| N/A | 17 | 15 | 2019.08.14 Foris LSA Amendment No 5 | |
| N/A | 18 | 48 | 2019.08.28 Amyris-Foris Credit Agreement | |
| N/A | 19 | 49 | 2019.08.28 Amyris-Foris Promissory Note | |
| N/A | 20 | 17 | 2019.10.10 LSA Amendment No 6 | |
| N/A | 21 | | 2019.10.11 Foris Note | |
| N/A | 22 | 56 | 2019.10.11 Common Stock Warrant | |
| N/A | 23 | 18 | 2019.10.29 Foris AR LSA | |

---

[2] Items already designated in Appellant's Designation of the Record are denoted with an asterisk in the table below.

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| N/A | 24 |  | 2019.11.21 DE UCC Amendment No. 2019 6821769 |  |
| N/A | 25 | 19 | 2019.11.21 UCC Amendment No. 2019 8268067 |  |
| N/A | 26 | 54 | 2019.11.27 Secured Term Promissory Note |  |
| N/A | 27 | 50 | 2019.11.27 Common Stock Warrant |  |
| N/A | 28 |  | 2019.12.20 Forbearance Agreement (December 2019) |  |
| N/A | 29 | 20 | 2020.01.31 Foris Warrant Exercise and Debt Equitization Agreement |  |
| N/A | 30 |  | 2020.02.27 Foris Forbearance Agreement (February 2020) |  |
| N/A | 31 |  | 2020.03.11 Amyris Foris Waiver (March 2020) |  |
| N/A | 32 |  | 2020.05.06 Amyris Foris Waiver (April 2020) |  |
| N/A | 33 |  | 2020.05.06 Amyris Foris Waiver (May 2020) |  |
| N/A | 34 | 23 | 2020.06.01 Amendment N.1 to AR Foris LSA |  |
| N/A | 35 |  | 2020.08.08 Amyris Foris Waiver |  |
| N/A | 36 |  | 2020.11.05 Amyris Foris Waiver (November 2020) |  |
| N/A | 37 |  | 2020.12.31 Exercise Notices |  |
| N/A | 38 |  | 2021.03.04 Amyris Foris Waiver and Consent |  |
| N/A | 39 |  | 2021.04.30 Amyris Foris Waiver and Consent |  |
| N/A | 40 |  | 2021.11.06 Amyris Foris Waiver Consent and Notice |  |
| N/A | 41 | 22 | 2021.11.09 Foris LSA Amendment |  |
| N/A | 42 |  | 2022.09.27 Amyris Foris Waiver and Consent |  |
| N/A | 43 | 24 | 2022.06.29 Foris LSA Amendment |  |
| N/A | 44 |  | 2023.03.10 Amyris Foris Waiver and Consent |  |
| N/A | 45 |  | FAS Update Dated June 30, 2009 |  |

3

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 171-A | 46 | 1 | 2019.03.18 Research Collaboration and License Agreement | |
| 171-B | 47 | 2 | 2019.05.02 Lavvan - Security Agreement | |
| N/A | 48 | | 2019.05.02 Assignment Agreement | |
| 171-C | 49 | 3 | 2019.05.09 Lavvan UCC-1 No. 2019 3209363 | |
| 211-A | 50 | 5 | 2019.05.02 Lavvan - Subordination Agreement | |
| N/A | 51 | 55 | 2019.05.02 Officer's Certificate dated May 2, 2019 | |
| N/A | 52 | | 2023.05.25 UCC Amendment No. 2023 2411693 | |
| 402-A | 53 | 7 | 2019.05.02 Consent and Waiver | |
| N/A | 54 | 31 / 44 | 8-K filed on August 20, 2019 | |
| N/A | 55 | | 8-K filed on October 16, 2019 | |
| N/A | 56 | | 8-K filed on November 1, 2019 | |
| N/A | 57 | 55 | 8-K filed on December 2, 2019 | |
| N/A | 58 | 57 | 8-K filed on February 06, 2020 | |
| N/A | 59 | | 8-K filed on June 4, 2020 | |
| N/A | 60 | | 8-K filed on July 1, 2022 | |
| N/A | 61 | | 10-Q filed on August 10, 2020 | |
| N/A | 62 | | 8-K filed on November 20, 2019 | |
| N/A | 63 | 6 | 10-K FYE 12.31.20 filed on March 5, 2021 | |
| N/A | 64 | | 10-K FYE 12.31.22 filed on March 16, 2023 | |
| N/A | 65 | | 10-K FYE 12.31.21 filed on March 9, 2022 | |
| N/A | 66 | 32 | January 31, 2019 Accounting File Memorandum | |
| N/A | 67 | | 2019.10.10 Amyris, Inc. Valuation of Foris LSA as of October 19, 2019 Summary USD in Actual | |
| N/A | 68 | 58 | April 2020 Accounting File Memorandum | |
| 171-D | | 4 | That certain email sent by the International Chamber of Commerce International Court of Arbitration, dated August 11, 2023 | |
| 402-B | | 8 | That certain Model Form Intercreditor Agreement prepared by the Intercreditor Agreement Task Force. | |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 402-C | | 9 | That certain Amendment No 1 to Amended and Restated Loan and Security Agreement, dated June 1, 2022. | |
| 402-D | | 10 | That certain Loan and Security Agreement, dated June 29, 2018. | |
| 402-E | | 11 | That certain Amended and Restated Loan and Security Agreement, dated October 28, 2019. | |
| N/A | | 14 | That certain UCC Financing Statement Amendment, dated June 5, 2019 | |
| N/A | | 16 | That certain UCC Financing Statement Amendment, dated September 17, 2019 | |
| | | 21 | That certain UCC Financing Statement Amendment, dated April 1, 2021 | |
| N/A | | 25 | That certain UCC Financing Statement Amendment, dated December 13, 2022 | |
| N/A | | 26 | That certain UCC Financing Statement Amendment, dated May 25, 2023 | |
| N/A | | 27 | That certain Form 8-K filed by Amyris, Inc. on April 5, 2021 | |
| N/A | | 28 | That certain Schedule 14(a) Proxy Statement filed by Amyris, Inc. on July 6, 2020. | |
| N/A | | 30 | That certain Form 8-K filed by Amyris, Inc. on September 4, 2019 | |
| N/A | | 33 | Those certain Minutes of a Regular Meeting of the Audit Committee of Amyris, Inc. dated October 22, 2019 | |
| N/A | | 36 | That certain Form 8-K filed by Amyris, Inc. on April 11, 2019 | |
| N/A | | 37 | That certain Form 8-K filed by Amyris, Inc. on April 17, 2019 | |
| N/A | | 39 | That certain Form 8-K filed by Amyris, Inc. on June 17, 2019 | |
| N/A | | 40 | That certain Form 8-K filed by Amyris, Inc. on July 15, 2019 | |
| N/A | | 43 | That certain Form 8-K filed by Amyris, Inc. on August 1, 2019 | |

SF 4884-7798-1842.2 03703.004

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| N/A | | 44 | That certain Form 8-K filed by Amyris, Inc. on August 20, 2019 | |
| N/A | | 46 | That certain Form 8-K filed by Amyris, Inc. on July 2, 2018 | |
| N/A | | 47 | That certain Form 8-K filed by Amyris, Inc. on April 10, 2019 | |
| N/A | | 51 | That certain Form 8-K filed by Amyris, Inc. on October 16, 2019 | |
| N/A | | 52 | That certain Accounting File Memorandum, dated November, 2019 | |
| N/A | | 53 | That certain Excel file titled After Expensing Fees to Lenders created on January 28, 2020 | |
| N/A | | 59 | Meeting Minutes | |
| N/A | | 60 | 2019 10-K | |
| N/A | | 61 | Schedule 14-A | |
| 1 | | | Voluntary Petition of Amyris, Inc. | |
| 17 | | | Declaration of Steven Fleming in Support of Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 18 | | | Declaration of Han Kieftenbeld in Support of the Debtors Chapter 11 Petitions and First Day Relief | * |
| 19 | | | Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 20 | | | Declaration of Lorie Beers in Support of Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 30 | | | Notice of Hearing on First Day Motions | |
| 40 | | | Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | |
| 41 | | | Affidavit/Declaration of Service | |
| 42 | | | Amended Notice of Agenda of Matters Scheduled for Hearing | |
| 50 | | | Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only | |
| 54 | | | Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 75 | | | Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 98 | | | Debtors' First Day Hearing Presentation | * |
| 104 | | | Affidavit/Declaration of Service | |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 120 | | | Declaration of Han Kieftenbeld in Support of Joint Motion of the Debtors for Order (A) Directing Joint Administration of Related Chapter 11 Cases For Procedural Purposes Only, and (B) Applying Certain Orders in the Chapter 11 Cases of Amyris, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Clean Beauty Collaborative, Inc., Clean Beauty 4U Holdings, LLC, and Clean Beauty 4U LLC | |
| 121 | | | Notice of Hearing on First Day Motions | |
| 125 | | | Order (A) Directing Joint Administration of Related Chapter 11 Cases For Procedural Purposes Only, and (B) Applying Certain Orders in the Chapter 11 Cases of Amyris, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Clean Beauty Collaborative, Inc., Clean Beauty 4U Holdings, LLC, and Clean Beauty 4U LLC | |
| 126 | | | Transcript regarding First Day Hearing held 08.24.23 | |
| 138 | | | Amended Notice of Hearing | |
| 171 | | | [SEALED] Objection (Limited Objection of Lavvan, Inc. to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 172 | | | (REDACTED) Limited Objection of Lavvan, Inc. to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 174 | | | [SEALED] Lavvan, Inc.'s Motion for Limited Modification of Automatic Stay to Permit Issuance of an Arbitration Award | * |
| 175 | | | (REDACTED) Lavvan, Inc.'s Motion for Limited Modification of Automatic Stay to Permit Issuance of an Arbitration Award | * |
| 176 | | | Motion for Entry of an Order Authorizing Lavvan, Inc. to File Under Seal Its (I) Limited DIP Objection to DIP Motion and (II) Motion for Modification of Automatic Stay | * |
| 211 | | | Supplemental Objection of Lavvan, Inc. to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 213 | | | Statement of the Debtors with Respect to Lavvan, Inc.'s Motion for Limited Modification of Stay to Permit Issuance of an Arbitration Award | * |
| 218 | | | Certificate of No Objection Regarding Motion for Entry of an Order Authorizing Lavvan, Inc. to File Under Seal Its (I) Limited DIP Objection to DIP Motion and (II) Motion for Modification of Automatic Stay | |
| 226 | | | Certification of Counsel Regarding Order Granting Limited Modification of Automatic Stay to Permit Issuance of an Arbitration Award | |
| 230 | | | Order Granting Limited Modification of Automatic Stay to Permit Issuance of an Arbitration Award | * |
| 231 | | | Order Authorizing Lavvan, Inc. to File Under Seal Its (I) Limited DIP Objection to DIP Motion and (II) Motion for Modification of Automatic Stay | * |

9

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 235 | | | Reply Of Euagore, LLC And The Foris Prepetition Secured Lenders To Objection Of Lavvan, Inc., And Joinder To Reply Of The Debtors In Support Of Final Order (I) Authorizing Debtors To (A) Obtain Postpetition Financing And (B) To Utilize Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Parties, (III) Modifying The Automatic Stay, And (IV) Granting Related Relief | * |
| 236 | | | [SEALED] Reply of the Debtors in Support of Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 237 | | | Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Reply of the Debtors in Support of Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | * |
| 238 | | | Redacted Reply of the Debtors in Support of Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 245 | | | Debtors' Witness and Exhibit List for Hearing on September 14, 2023 at 2:00 p.m. (ET) | |
| 248 | | | The Foris Lenders' Witness and Exhibit List for Hearing Scheduled for September 14, 2023 at 2:00 p.m. (ET) | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 253 | | | Certificate of Service | |
| 263 | | | Notice of Amendment No. 1 to the Senior Secured Super Priority Debtor in Possession Loan Agreement | |
| 267 | | | Statement of the Official Committee of Unsecured Creditors Regarding the Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | |
| 269 | | | Preliminary Statement of Ad Hoc Cross-Holder Group to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | |
| 272 | | | Lavvan Inc.'s Witness and Exhibit List for Hearing Scheduled for September 14, 2023 at 2:00 p.m. (ET) | * |
| 273 | | | Reply of the Debtors in Support of Final Order on Motion (A) To Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | * |
| 287 | | | Affidavit/Declaration of Service | |

SF 4884-7798-1842.2 03703.004

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 298 | | | Notice of Zoom Status Conference on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 308 | | | Transcript regarding hearing held 09.14.23 | * |
| 315 | | | Certification of Counsel Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 318 | | | Certification of Counsel Regarding Debtors' Proposed Scheduling Order with Respect to Continued Hearing on the Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 320 | | | Certification of Counsel Regarding Proposed Order Approving Briefing Schedule | * |
| 322 | | | Second Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 323 | | | Scheduling Order with Respect to Continued Hearing on the Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 384 | | | Affidavit/Declaration of Service | |
| 385 | | | Affidavit/Declaration of Service | |
| 387 | | | Notice of Deposition of Han Kieftenbeld | * |
| 388 | | | Notice of Deposition of Theodore Martens | * |
| 396 | | | Notice of Deposition of Michael Gaul | * |
| 398 | | | Notice of Amendment No. 2 to the Senior Secured Super Priority Debtor in Possession Loan Agreement | |
| 402 | | | Opening Brief of Lavvan, Inc. in Opposition to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 403 | | | Supplemental Brief of Euagore, LLC and the Foris Prepetition Secured Lenders with respect to Continued Hearing on the Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | * |

SF 4884-7798-1842.2 03703.004

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 404 | | | Opening Supplemental Brief of the Debtors in Support of Entry of Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay and (IV) Granting Related Relief | * |
| 407 | | | The Foris Lenders' Witness and Exhibit List for Hearing Scheduled October 4, 2023 at 10:00 a.m. (ET) | * |
| 408 | | | Debtors' Witness and Exhibit List for Hearing on October 4, 2023 at 10:00 A.M. | * |
| 415 | | | Lavaan Inc.'s Witness and Exhibit List for Hearing Scheduled for October 4, 2023 at 10:00 a.m. (ET) | * |
| 417 | | | Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr | * |
| 418 | | | Joinder to Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr | * |
| 420 | | | Notice of Hearing on Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr (to be conducted via Zoom) ( | * |
| 429 | | | Order Granting Motion to Quash Lavvan Inc.'s Notice of Deposition of John Doerr | * |
| 433 | | | Joint Reply of the Debtors, Euagore, LLC, and the Foris Prepetition Secured Lenders to Opening Brief of Lavvan, Inc. in Opposition to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 435 | | | Reply Brief of Lavvan, Inc. in Opposition to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 439 | | | Certificate of Service | |
| 440 | | | Affidavit/Declaration of Service | |
| 443 | | | Notice of Filing (I) Revised Proposed Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief; and (II) Notice of Amendment No. 3 to the Senior Secured Super Priority Debtor in Possession Loan Agreement | |
| 444 | | | Debtors (1) Further Opposition to Lavvan, Inc.'s Request for Imposition of an Adverse Inference and (2) Opposition to Lavvan, Inc.'s Cross-Motion to Exclude Testimony of Oksana Wright | * |
| 457 | | | Affidavit/Declaration of Service | |
| 476 | | | Affidavit/Declaration of Service | |
| 491 | | | Transcript regarding hearing held 10.04.23 | * |
| 493 | | | Certificate of Service | |
| 494 | | | Certificate of Service | |
| 497 | | | Notice of Hearing Regarding Ruling on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 508 | | | Notice of Filing (I) Revised Proposed Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | |
| 509 | | | Ad Hoc Noteholder Group's Limited Objection to Debtors' Proposed Form of Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | |
| 517 | | | Notice of Amendment No. 4 to the Senior Secured Super Priority Debtor in Possession Loan Agreement | |
| 522 | | | Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Proposed Form of Final Order Authorizing DIP Financing and Extending the Committee's Investigation Challenge Period | |
| 543 | | | Transcript regarding hearing held 10.11.23 | * |
| 549 | | | Reply of Euagore, LLC and the Foris Prepetition Secured Lenders to the Ad Hoc Noteholder Group's Limited Objection to the Debtors' Proposed Final DIP Order | |
| 551 | | | Debtors' Response to the Ad Hoc Noteholder Group's Limited Objection to the Debtors Proposed Form of Final DIP Order | |
| 558 | | | Final Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | * |
| 577 | | | Affidavit/Declaration of Service | |
| 588 | | | Transcript regarding hearing held 10.16.23 | |

| Docket No. | Debtors' Admitted Exhibit No. | Lavvan's Admitted Exhibit No. | Description | * Listed in Appellant's Designation of Record |
|---|---|---|---|---|
| 620 | | | Challenge-Period Adversary Complaint to Challenge Enforceability, Priority, and Extent of Security Interests and Liens, and Other Relief | * |
| 634 | | | Notice of Appeal | * |
| N/A | | | Expert Report of Theodore F. Martens | |
| N/A | | | Expert Rebuttal Report of Michael Gaul, CTP, CFE | |

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: November 27, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 / Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |      dgrassgreen@pszjlaw.com |
| |      joneill@pszjlaw.com |
| |      jrosell@pszjlaw.com |
| |      sgolden@pszjlaw.com |
| | *Counsel to the Debtors and Debtors in Possession, Appellees* |
| | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| | */s/ David M. Fournier* |
| | David M. Fournier (DE No. 2812) |
| | Kenneth A. Listwak (DE No. 6300) |
| | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | Hercules Plaza, Suite 5100 |
| | 1313 N. Market Street |
| | P.O. Box 1709 |
| | Wilmington, DE 19899-1709 |
| | Telephone: (302) 777-6500 / Facsimile: (302) 421-8390 |
| | E-mail: david.fournier@troutman.com |
| |      ken.listwak@troutman.com |
| | -and- |
| | GOODWIN PROCTER LLP |
| | Michael H. Goldstein (admitted *pro hac vice*) |
| | Alexander J. Nicas (admitted *pro hac vice*) |
| | Debora Hoehne (admitted *pro hac vice*) |
| | Artem Skorostensky (admitted *pro hac vice*) |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | Telephone: (212) 813-8800 |
| | Email:  mgoldstein@goodwinlaw.com |
| |      anicas@goodwinlaw.com |
| |      dhoehne@goodwinlaw.com |
| |      askorostensky@goodwinlaw.com |
| | *Counsel to the Foris Prepetition Secured Lenders and the DIP Secured Parties, Appellees* |

SF 4884-7798-1842.2 03703.004