IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**Hearing Date: December 12, 2023 at 11:00 a.m. (ET)**
**Objection Deadline: December 5, 2023 at 4:00 p.m. (ET)**

**NOTICE OF HEARING ON DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT BETWEEN THE DEBTORS AND THE JVN PARTIES**

**PLEASE TAKE NOTICE** that on November 27, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the attached *Motion for Approval of Settlement Between the Debtors and the JVN Parties* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to entry of the relief requested in the Motion are due on or before **December 5, 2023 at 4:00 p.m. (prevailing Eastern Time)** and must be filed with the Court and served on the below proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **December 12, 2023 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated: November 28, 2023　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:　rpachulski@pszjlaw.com
　　　　dgrassgreen@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　jrosell@pszjlaw.com
　　　　sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors-in-Possession*