# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re Docket No. __** |

### ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT BETWEEN THE DEBTORS AND THE JVN PARTIES

Upon consideration of the *Motion for Approval of Settlement Between the Debtors and the JVN Parties* (the "Motion")[2] filed by the Debtors; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors consent to entry of a final order by this Court under Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Rule 9019 and sections 363 and 105(a) of the Bankruptcy Code, the Settlement Agreement, in the form attached to the Motion as **Exhibit B**, is approved in its entirety and is incorporated herein by reference.

3. The Parties are hereby authorized to take any and all actions necessary to effectuate the terms of this Order and the Settlement Agreement. These actions include, without limitation, the IP Transfer.

4. The stay of this Order provided by any Bankruptcy Rule (including, without limitation, Bankruptcy Rule 6004), whether for fourteen (14) days or otherwise, is hereby waived, and this Order shall be effective and enforceable immediately upon its entry by the Court.

5. This Court shall retain jurisdiction with respect to all disputes and matters arising from or related to the implementation or interpretation of this Order and the Settlement Agreement.