IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

Sale Hearing Date: December 12, 2023 at 11:00 a.m. (ET)

**NOTICE OF FILING OF SUCCESSFUL BIDDERS AND
AUCTION RESULTS FOR SALE OF CERTAIN BRAND ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 316] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking, among other relief, entry of (a) an order approving Bid Procedures for the sale (the "Sale") of certain of the Debtors' assets (collectively, the "Brand Assets") associated with their Operating Consumer Brands, and (b) granting certain related relief.

2. On October 16, 2023, the Bankruptcy Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections In Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief* [Docket No. 553] (the "Bid Procedures Order").[2]

3. Pursuant to the Bid Procedures Order, the Debtors conducted an auction for the Biossance Brand Assets on November 30, 2023 via Zoom videoconference (the "Biossance Auction"). At the conclusion of the Biossance Auction, the Debtors declared (a) THG Beauty USA LLC ("THG Beauty" or the "Biossance Successful Bidder") as the Successful Bidder for the Biossance Brand Assets with the highest or otherwise best Bid for the purchase price of $20,000,000, and (b) Ayala Cove Bidco LLC is the Backup Bidder, as described more fully on the record of the Auction.

4. Pursuant to the Bid Procedures Order, the Debtors conducted auctions on December 1, 2023 via Zoom videoconference for each of the MenoLabs Brand Assets (the "MenoLabs Auction"), the Pipette Brand Assets (the "Pipette Auction"), and the 4U Brand Assets (the "4U

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Order or the applicable Bid Procedures.

Auction" and, together with the MenoLabs Auction and the Pipette Auction, the "December 1 Auction").  At the conclusion of the December 1 Auction:

a) Meno Labs Auction.  The Debtors declared Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's" or the "MenoLabs Successful Bidder") as the Successful Bidder for the MenoLabs Brand Assets with the highest or otherwise best Bid for the purchase price of $3,000,000, as described more fully on the record of the MenoLabs Auction;

b) Pipette Auction.  The Debtors declared (a) HRB Brands, LLC ("HRB" or the "Pipette Successful Bidder") as the Successful Bidder for the Pipette Brand Assets with the highest or otherwise best Bid for the purchase price of $1,750,000, as described more fully on the record of the Pipette Auction and (b) AA Investments (HK) Limited as the Backup Bidder for the Pipette Brand Assets with a Backup Bid of $1,725,000, as described more fully on the record of the Pipette Auction; and

c) 4U Auction.  The Debtors declared Scent Theory Products, LLC ("Scent Theory" or the "4U Successful Bidder" and together with the Biossance Successful Bidder, the MenoLabs Successful Bidder, and the Pipette Successful Bidder, the "Successful Bidders") as the Successful Bidder for the 4U Brand Assets with the highest or otherwise best Bid for the purchase price of $600,000, as described more fully on the record of the 4U Auction.

5. In accordance with the terms of the Bid Procedures Order, the Debtors and the Successful Bidders will finalize and, as applicable, file, the definitive documentation to implement the Successful Bids prior to the Sale Hearing, which hearing will be conducted on **December 12, 2023 at 11:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.  The Sale Hearing may be adjourned by announcement in open Court or on the Court's calendar without any further notice.

| | |
|---|---|
| Dated: December 1, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |