# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket Nos.: 525**<br>Hearing Date:  December 4, 2023 at 11:00 a.m.  (ET) |

## NOTICE OF ZOOM STATUS CONFERENCE[2] REGARDING DEBTORS' MOTION TO APPROVE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on October 12, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief* [Docket No. 525] (the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The hearing will be conducted entirely via Zoom videoconference.  You may register to monitor or appear at the hearing by following this link:
https://debuscourts.zoomgov.com/meeting/register/vJItfumrqDIqEjurhtgEtxo-3uBggxTb7vQ

"<u>Disclosure Statement Motion</u>").  A hearing on the Disclosure Statement Motion is currently scheduled for December 7, 2023 at 10:00 a.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a status conference on the Disclosure Statement Motion will be held by Zoom on **December 4, 2023 at 11:00 a.m. (Eastern Time)**.  A copy of the Disclosure State Motion may be obtained for a fee through the Court's website at <u>www.deb.uscourts.gov</u>, referencing Case No. 23-11131 (TMH), or a copy may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/Amyris.

| | |
|---|---|
| Dated: December 1, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (*pro hac vice* forthcoming) |
| | Debra I. Grassgreen (*pro hac vice* forthcoming) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (*pro hac vice* forthcoming) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | *Counsel to the Debtors and Debtors in Possession* |