IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER EXTENDING CERTAIN DEADLINES AS TO THE BIOSSANCE, MENOLABS, PIPETTE, AND 4U SALES**

IT IS HEREBY ORDERED, that:

1. The deadline to file a Notice of Successful Bidder, together with the Notice Attachments, with respect to the Biossance, MenoLabs, Pipette, and 4U sales, which shall include, as exhibits, (a) a copy of the Purchase Agreement; (b) a copy of the proposed Sale Order; and (c) identification of the Transferred Contracts for such Sale Transaction (which may be in the form of an exhibit or schedule to the Purchase Agreement)[2] is hereby extended to December 6, 2023.

2. The Adequate Assurance Objection Deadline is hereby extended to December 11, 2023 at 12:00 p.m. (Eastern Time).

3. The Sale Objection Deadline is hereby extended to December 11, 2023 at 12:00 p.m. (Eastern Time).

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The Debtors may, in their discretion, serve a Notice of Successful Bidder by U.S. Mail without attached copies of a Purchase Agreement and/or proposed Sale Order; provided, however, that any such Notice of Successful Bidder must identify where parties receiving such notice may access such documents free of charge.

SF 4858-2565-8517.1 03703.004