# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR STATUS HEARING ON DECEMBER 7, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME[2]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **This status hearing will be conducted via Zoom before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5. All parties are expected to attend via Zoom.**
> **All participants must register at the Zoom link below.**
> **https://debuscourts.zoomgov.com/meeting/register/vJItdO2hpzotHt4u1EfrSUXdR7PP2SYcv4g**

## STATUS CONFERENCE

1. The Debtors will advise the Court on case status and pending matters.

## ADJOURNED MATTERS:

2. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief [Filed October 13, 2023] (Docket No. 525).

    **Response Deadline:** November 14, 2023 at 5:00 p.m. (ET). The response deadline has been extended to December 8, 2023. Replies are due by 12:00 p.m. (ET) on December 11, 2023.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

1

**Responses Received:**

    a.     Objection and Reservation of Rights of Lexon Insurance Company to the Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief [Filed November 14, 2023] (Docket No. 728).

    b.     Lavvan, Inc.'s Objection to Disclosure Statement [Filed November 14, 2023] (Docket No. 730).

    c.     United States Trustee's Objection to Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief [Filed November 16, 2023] (Docket No. 742).

**Related Documents:**

    a.     Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and its Affiliated Debtors [Filed October 12, 2023] (Docket No. 523).

    b.     Disclosure Statement with Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and its Affiliated Debtors [Filed October 12, 2023] (Docket No. 524).

    c.     Affidavit of Service [Filed October 26, 2023] (Docket No. 624).

    d.     First Supplemental Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases [Filed December 1, 2023] (Docket No. 807).

    e.     Notice of Filing Revised Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting

Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief [Filed December 1, 2023] (Docket No. 808).

f. Notice of Service Notice of Filing of Clean and Blackline Versions of: (A) First Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors; and (B) First Amended Disclosure Statement With Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors [Filed December 1, 2023] (Docket No. 809).

</blockquote>

**Status:** This matter is continued to December 12, 2023 at 11:00 a.m. (ET).

3. Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) [Filed November 11, 2023] (Docket No. 651).

   **Response Deadline:** November 10, 2023 at 4:00 p.m. (ET). The response deadline has been extended to December 6, 2023.

   **Responses Received:** None.

   **Related Documents:**

   a. Amended Notice of Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) [Filed November 1, 2023] (Docket No. 657).

   **Status:** This matter is continued to December 12, 2023 at 11:00 a.m. (ET).

4. Debtors' Motion for Entry of an Order Establishing Confirmation Discovery Schedule and Protocols [Filed November 6, 2023] (Docket No. 688).

   **Response Deadline:** November 14, 2023 at 4:00 p.m. (ET). The response deadline has been extended to December 8, 2023. Replies are due by 12:00 p.m. (ET) on December 11, 2023.

   **Responses Received:**

   a. Lavvan, Inc.'s Objection to Debtors' Motion to Establish Discovery Schedule and Protocols [Filed November 14, 2023] (Docket No. 731).

   **Related Documents:**

   a. Affidavit of Service [Filed November 10, 2023] (Docket No. 719).

   **Status:** This matter is continued to December 12, 2023 at 11:00 a.m. (ET).

3

| | |
|---|---|
| Dated: December 5, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |