Judge Horan Delaware Bankruptcy Court – Clerk's Office 824 N. Market St. 3rd Fl Wilmington DE 19801

Dear Judge Horan,

Please consider the actions of the Board and the Company's Officers when reviewing your decisions for Chapter 11 of Amyris Biotechnologies' bankruptcy. Part of the planned remedy for the distressed company would be to zero out the value of the current shareholders.

This action would be very detrimental to the company and the plan of effort put forth by the primary advocates to utilize biotechnology to fight climate change.

Due to the ardent call by the author of Speed and Scale, I invested heavily in Amyris.

The company's senior director, John Doerr, authored a Book called "Speed and Scale, "which outlined the absolute necessity to take action now to protect the planet and provide a safe environment for the progeny of the human race.

As you read the Book, it is notable that the first description is that the Book's contents are an ACTION PLAN. It details a collaboration to get to net zero carbons by 2050. The Book outlines it as a solution.

Many who invested in the efforts of Amyris Biotechnologies considered the call to arms urgent.

Many collaborated on the Book: Jeff Bezos, Bill Gates, and Al Gore, to name a few.

While it may seem like this should not have influenced someone to invest, may I ask you a simple question? If the future of humanity is at risk, what better reason to follow the outline for a solution?

If you dissolve shareholder interest, you may discover it will harm future investment.

The Book describes a methodology called OKRs. I enrolled to receive an email update on the status of these OKR's red alerts status. What that means is that we are seriously off-target.

I know you have received many letters about the misinformation in earnings reports. I am not attempting to revisit this information. Each letter has a correct outline of how management provided investors with information. Earnings reports promised endless rosy forecasts about the company's financial position and prospects. I, however, considered the words of John Doerr, who authored the Book "Speed and Scale "to highlight the necessity of following through with the action plan.

Please add a review of Speed and Scale to your consideration when you deliberate on the outcome of the Restructuring Plan. The plan must consider the shareholders and place them in a critical position. The history of this company should not be one of Wall Street's dismissiveness of shareholders

considering a company's financial outlook. You may have many unintended consequences that lead you to undermine actions crucial to addressing the problems of Climate Change.

There is much discussion about wind farms, electric vehicles, and a guideline for lowering emissions. These things will only allow for a negligible impact on the future. Biotechnology, while nascent in its effect at present, will have a consequential impact on clean water/clean air and has a perfect chance of impacting our dependence on petrochemicals. Many investors considered the opportunity for Amyris to manufacture fuels as a lead into our investment. As you know, electricity is not created in a vacuum and depends on petrol chemicals. I wish to make this something other than a science lesson.

I want to consider it a lesson about human nature. Please consider the impact on future investors with any decisions that negate investor contribution. It will affect prospective investors. We see everywhere we look resignation from humanity. I would like you to consider your impact.

In particular, please read the prologue by John Doerr. He has asked to lead and has requested an army of small investors to follow. That is why I put my dollars to work with this company. It would be miserable for you not recognizing the shareholders who have contributed to the company's potential. Shareholders had little influence on the decisions, nor did we ask to be misled.

In summary, I cannot become an expert on how to run a company, especially with incomplete and incorrect data. However, I feel compelled to hold accountable those who claim they want to provide a solution that does not exacerbate the problem. I consider it to be very imprudent to proceed with an outline that eradicates the shareholder base and does not consider their fierce advocacy in addressing the issues of Climate Change as has been considered in the many proposals in the Book penned by John Doerr, who Chairs on the Board of Directors of Amyris Biotechnologies. It would be very detrimental to intimidate the small investor in this manner, and it may cause a critical delay in developing future investors. Ignoring the shareholder interest is a short-sighted approach. Privatizing Amyris Biotechnologies in Chapter 11 restructuring may take years to rebuild to best suit the company's goals. The outline for the necessity to meet the OKRs in the Book would be very unwise for the future of everything. Please consider a plan to reconstitute the shareholder funds because the company will attract more investment from a cooperative collection of Debtors and the restructuring of debt repayment, allowing for shareholder continuity.

Gina Fredericks

126 Cedar Ridge Terrace

Glastonbury, CT 06033

12/01/2023

Reference: https://static.fnac-static.com/multimedia/PT/pdf/9780241537770.pdf

https://www.foxnews.com/media/william-shatner-impassioned-climate-change-plea-ahead-cop28-summit-all-going-die

Enclosures (1) Prologue by John Doerr from "Speed and Scale."

# Prologue

**"I'm scared, and I'm angry."**

In 2006, I hosted a dinner after a screening of *An Inconvenient Truth*, former vice president Al Gore's seminal documentary on the climate crisis. We went around the table for everyone's reaction to the film's urgent message. When it came to my fifteen-year-old daughter, Mary, she declared with her typical candor: "I'm scared, and I'm angry." Then she added, **"Dad, your generation created this problem. You better fix it."**

The conversation stopped cold. All eyes turned to me. I didn't know what to say.

As a venture capitalist, my job is to find big opportunities, target big challenges, and invest in big solutions. I was best known for backing companies like Google and Amazon early on. But the environmental crisis dwarfed any challenge I'd ever seen. Eugene Kleiner, the late cofounder of Kleiner Perkins, the Silicon Valley firm I've been with for forty years, left behind a set of twelve laws that have stood the test of time. The first goes as follows: *No matter how groundbreaking a new technology may seem, make sure customers actually want it.* But this problem led me to invoke a lesser-known Kleiner law: *There is a time when panic is the appropriate response.*

That time had come. We could no longer afford to underestimate our climate emergency. To avert irreversible, catastrophic consequences, we needed to act urgently and decisively. For me, that evening changed everything.

Copyrighted Material

## Prologue

My partners and I made climate a top priority. We got serious about investing in clean and sustainable technologies—or "cleantech," as they're known in Silicon Valley. We even brought in Al Gore as the firm's newest partner. But despite Al's excellent company, my journey into the world of zero-emissions investing was pretty lonely at first. After the iPhone debuted in 2007, Steve Jobs invited us to launch our iFund for mobile apps from Apple's headquarters. We were hearing great pitches from mobile app startups; I could see opportunities left and right.

So why commit a chunk of capital to the uncharted territory of solar panels, electric car batteries, and meatless proteins? Because it seemed like the right thing to do, for the firm and for the planet. I thought the cleantech market was a monster in the making. I believed we could do well by doing good.

We pursued mobile apps and climate ventures at the same time, despite doubters on both fronts. Our mobile app investments gave us a burst of quick wins. Our climate investments were slower out of the gate, and many of them failed. It's hard to build a durable company under any circumstances, and doubly hard to build one to take on the climate crisis.

Kleiner Perkins got beaten up in the press. But with patience and persistence, we stood by our founders. By 2019, our surviving cleantech investments began to hit one home run after the next. Our $1 billion in green venture investments is now worth $3 billion.

But we have no time for a victory lap. As the years roll by, the climate clock keeps ticking. Atmospheric carbon already exceeds the upper limit for climate stability. At our current pace, we will blow past 1.5 degrees Celsius (or 2.7 degrees Fahrenheit) over the Earth's preindustrial mean temperatures—the threshold, scientists say, for severe planetary damage. The effects of runaway global warming are already plain to see: devastating hurricanes, biblical flooding, uncontrollable wildfires, killer heat waves, and extreme droughts.

I must warn you up front: we're not cutting our emissions fast enough to outrun the damage on our doorstep. I said this in 2007, and I say it today: **what we're doing is not nearly enough.** Unless we course correct with urgent speed and at massive scale, we'll be staring at a doomsday scenario. The melting polar ice caps will drown coastal cities. Failed crops will lead to widespread famine. By midcentury, a billion souls worldwide could be climate refugees.

Copyrighted Material

Case 23-11131-TMH    Doc 819    Filed 12/05/23    Page 5 of 8

Fortunately, we have a powerful ally in this fight: innovation. Over the past fifteen years, prices for solar and wind power have plunged 90 percent. Clean energy sources are growing faster than anyone expected. Batteries are expanding the range of electrified vehicles at an ever lower cost. Greater energy efficiency has sharply reduced greenhouse gas emissions.

While a good many solutions are in hand, their deployment is nowhere near where it needs to be. We'll need massive investment and robust policy to make these innovations more affordable. We need to scale the ones we have—immediately—and invent the ones we still need. In short, **we need both the now and the new.**

So where's the plan for getting the job done? Frankly, that's what's been missing: *an actionable plan*. Sure, there are lots of ways on paper to get to net-zero carbon emissions, the point where we add no more greenhouse gas into the atmosphere than we can remove. But lists of goals are not plans. A long menu of options, however excellent they might be, is not a plan. Anger and despair aren't plans; neither are hopes and dreams.

More than anything, we need a clear course of action. That's why I've written this book. With help from some of the world's foremost experts in climate and cleantech, I created *Speed & Scale* to show precisely how we can drive greenhouse emissions to net zero by 2050. My hope is to build on the hard-earned triumphs and lessons of our climate pioneers and heroes, many of them hailed in these pages. They're the ones who blaze new trails by executing better and smarter.

A plan is only as good as its implementation. To achieve this monumental mission, we'll need to hold ourselves accountable every step of the way. That's the great lesson I learned from my mentor, Andy Grove, the legendary CEO of Intel. It's a mantra I've seen proven over and again: *Ideas are easy. Execution is everything.*

To execute a plan, we need the right tools. In my previous book, *Measure What Matters*, I outlined a simple but powerful goal-setting protocol that Andy Grove invented at Intel. Known as OKRs, or Objectives and Key Results, they guide organizations to focus on a few essential targets, to align at every level, to stretch for ambitious results, and to track their progress as they go—to measure what matters.

Copyrighted Material

**Prologue**

Now I'm proposing we apply OKRs to solve the climate crisis, the greatest challenge of our lifetimes. But before going all in (and this is an all-or-nothing proposition), we must answer three basic questions.

### Do we have enough time?

We hope so, but we're fast running out of it.

### Do we have much margin for error?

No, we don't. Not anymore.

### Do we have enough money?

Not yet. Investors and governments are stepping up. But we'll need a lot more funding, from both public and private sectors, to develop and scale technologies for a clean economy. Most of all, we'll need to divert the trillions spent on dirty energy over to clean energy options, and use that energy more efficiently.

---

The data is clear. The moment is now. I am committed to using my time, my resources, and whatever knowledge I have to work with you to build a net-zero future. I invite you to join our effort at speedandscale.com. To put our plan into action, we need all hands on deck. Above all, we'll need to execute our plan with unprecedented speed and unprecedented scale. That's what matters most.

I've written this book for leaders of all kinds, for anyone anywhere who can move others to act with them. It's for entrepreneurs and business leaders who can mobilize the power of markets. For political and policy leaders willing to fight for our planet. For citizens and community leaders who can press their elected officials. And, not least, for leaders from the rising generation, like Greta Thunberg and Varshini Prakash, who will be showing the way to 2050 and beyond.

**Speed & Scale is written for the leader inside you.** I'm not here to prod consumers to change their behavior. Individual actions are both needed and expected, but they won't be nearly enough to reach this huge goal. Only concerted, collective, *global* action can get us past the finish line in time.

I might seem an unlikely advocate for this call to action. I'm an American, a citizen of the biggest historic polluter on Earth. I am an affluent white man, born in St. Louis, Missouri, from a generation whose negligence helped create this problem in the first place.

Copyrighted Material

Yet from the home office where I wrote this book, not far from San Francisco, I've looked out over the hills and seen the bright orange skies of the wildfires, the signposts of drought and devastation. They've devoured millions of acres of forests each year in California alone, spitting back more carbon dioxide into the atmosphere than all the state's emissions from fossil fuels. It is the most vicious of circles, and I cannot stand idly by. Whatever my flaws as a messenger, I am impelled to act.

In my fifteen years on this path, I've collected my share of scar tissue. Cleantech ventures demand more money, more guts, more time, and more perseverance than just about anything else. Their horizons stretch longer than most investors can stomach. The washouts are acutely painful. But the success stories—however few and far between—are worth all the setbacks and then some. These companies are more than turning a profit. They are helping to heal the Earth.

In large part, this book is a collection of stories from my own trek through these minefields and those of dozens of other climate leaders, many of whom I've been proud to back as an investor. Their behind-the-scenes narratives illustrate the potential of our plan to reach net zero by 2050, and the hurdles we'll need to overcome. My hope is that they'll offer the reader some respite from the more technical, data-drenched sections. In making this journey, I've been inspired by both the problem and the people. I hope you will be, too.

Entrepreneurs are those hardy individuals who do more with less than anyone thinks possible—and do it faster than anyone thinks possible. Today, bold risk-takers are innovating like mad as they rewrite the rules to avert a climate apocalypse. We need to bottle their entrepreneurial energy and distribute it as widely as we can—to governments, companies, and communities worldwide.

A plan is not a guarantee. A timely transition to a net-zero future is no sure thing. But though I may be less optimistic than some, **consider me hopeful—and impatient.** With the right tools and technology, with precision-honed policies, and most of all with science on our side, we still have a fighting chance.

But the time is *now*.

—John Doerr
July 2021

Copyrighted Material

Copyrighted Material

# What's the Plan?