IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 523, 524, 809** |

**NOTICE OF FILING OF CLEAN AND BLACKLINE VERSIONS OF: (A) SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS; AND (B) SECOND AMENDED DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that, on October 12, 2023, Amyris, Inc. and its debtor affiliates (collectively, the "Debtors") filed the (i) *Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 523] (the "Original Plan") and (ii) *Disclosure Statement with Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 524] (the "Original Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE NOTICE** that, on December 1, 2023, Amyris, Inc. and its debtor affiliates (collectively, the "Debtors") filed the (i) *First Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 809-1] (the "First Amended Plan") and (ii) *First Amended Disclosure Statement with Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 809-2] (the "First Amended Disclosure Statement") with the Bankruptcy Court.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** and **Exhibit B**, respectively, are the (a) *Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* (the "Second Amended Plan"); and (b) *Second Amended Disclosure Statement with Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* (the "Second Amended Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the Bankruptcy Court, a blackline comparison of the Second Amended Plan marked against the First Amended Plan is attached hereto as **Exhibit C** and a blackline comparison of the Second Amended Disclosure Statement marked against the First Amended Disclosure Statement is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Second Amended Disclosure Statement will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801, on December 12, 2023, at 11:00 a.m., Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to make additional changes to the Second Amended Plan and the Second Amended Disclosure Statement.

| | |
|---|---|
| Dated: December 6, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |           dgrassgreen@pszjlaw.com |
| |           joneill@pszjlaw.com |
| |           jrosell@pszjlaw.com |
| |           sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |