## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMYRIS, INC., *et al.*,[1] | ) | Case No. 23-11131 (TMH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 651 & 827** |
| | ) | |

### JOINDER OF THE AD HOC NOTEHOLDER GROUP TO DEBTORS' OBJECTION TO THE MOTION OF AD HOC CROSS-HOLDER GROUP FOR APPOINTMENT OF EXAMINER PURSUANT TO 11 U.S.C. § 1104(C)

The ad hoc group of holders of the 1.5% Convertible Senior Notes due 2026 (the "Ad Hoc Noteholder Group") hereby submit this joinder (the "Joinder") to the Debtors' objection [D.I. 827] (the "Objection") to the *Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner Pursuant to 11 U.S.C. § 1104(C)* [D.I. 651] (the "Motion")[2]. In support of the Debtors' Objection, the Ad Hoc Noteholder Group respectfully states as follows:

The Ad Hoc Noteholder Group joins in the Debtors' arguments as set forth in the Objection and respectfully requests that the Court sustain the Objection, deny the Motion, and grant the Ad Hoc Noteholder Group and the Debtors such other and further relief as the Court may deem just, proper and equitable

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]   Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

-2-

**<u>Reservation of Rights</u>**

The Ad Hoc Noteholder Group reserves the right to amend, modify, or supplement this Joinder. The Ad Hoc Noteholder Group further reserves the right to respond, as appropriate, to any filings related to the Motion that are filed in the future and to make arguments with regard to that motion, and any other related filings.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: December 6, 2023<br>Wilmington, Delaware | BLANK ROME LLP<br><br>/s/ *Stanley B. Tarr*<br>Stanley B. Tarr (DE No. 5535)<br>Lawrence R. Thomas III (DE No. 6935)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email:  stanley.tarr@blankrome.com<br>          lorenzo.thomas@blankrome.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Frank Merola, Esq.*<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-5899<br>Email: frankmerola@paulhastings.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>John Storz, Esq.*<br>Matthew D. Friedrick, Esq.*<br>Caroline Diaz, Esq.*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: johnstorz@paulhastings.com<br>          matthewfriedrick@paulhastings.com<br>          carolinediaz@paulhastings.com<br><br>*Counsel to the Ad Hoc Noteholder Group*<br>*Admitted *pro hac vice* |