| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Sandy | Mayerson | 10-11 Clerkenwell Green Limited | Mayerson & Hartheimer, PLLC |
| Vincent | Grebelius | 10-11 Clerkenwell Green Limited | 10-11 Clerkenwell Green Limited |
| David | Hartheimer | 10-11 Clerkenwell Green Limited | Nayerson & Hartheimer, PLLC |
| Morgan | Patterson | Ad Hoc Cross Holder Group | Womble Bond Dickinson (US) LLP |
| Matthew | Ward | Ad Hoc Cross-Holder Group | Womble Bond Dickinson (US) LLP |
| Beth | Brownsteien | Ad Hoc Cross-Holder Group | ArentFox Schiff LLP |
| Mathew | Laskowski | Ad Hoc Noteholder Group | Paul Hastings LLP |
| John | Storz | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Frank | Merola | Ad Hoc Noteholder Group | Paul Hastings LLP |
| Carl | Comstock | Amyris | Intrepid |
| Jeffrey | Wisler | Cigna Health and Life Insurance Company | Connolly Gallagher LLP |
| Steve | Fleming | Debtors | PwC |
| Jason | Rosell | Debtors | Pachulski Stang Ziehl & Jones LLp |
| Patricia | Jeffries | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Debra | Grassgreen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Stee | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Judy | Elkin | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Malhar | Pagay | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jamie | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Lorie | Beers | Debtors | Intrepid Investment Bankers |
| Han | Kieftenbeld | Debtors | Amyris, Inc. |
| Doris | Choi | Debtors | Amyris, Inc. |
| Philip | Gund | Debtors | Ankura Consulting Group, LLC |
| Oksana | Wright | Debtors | Amyris Inc. |
| Alan | Kornfeld | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Taylor | Harrison | Debtwire | |
| Joseph | Celentino | DSM-Firmenich AG | Latham & Watkins LLP |
| Andrew | Magaziner | DSM-Firmenich AG | Young Conaway Stargatt & Taylor, LLP |
| Michael | Goldstein | Foris Prepetition Lenders and DIP Secured | Goodwin Procter LLP |
| Debora | Hoehne | Foris Prepetition Lenders and DIP Secured | Goodwin Procter LLP |
| Alexander | Nicas | Foris Prepetition Lenders and DIP Secured | Goodwin Procter LLP |
| Artem | Skorostensky | Foris Prepetition Lenders and DIP Secured | Goodwin Procter LLP |
| Lara | Luo | Givaudan | Paul Weiss |
| Meredith | Mitnick | Goodwin Procter LLP | Goodwin Procter LLP |
| Scott | McCabe | Interested Party | Seaport Global |
| Neil | Closner | Lavvan | |
| Russell | Silberglied | Lavvan, Inc. | Richards, Layton & Finger |
| Cory | Kandestin | Lavvan, Inc. | Richards, Layton & Finger, P.A. |
| Thomas | Reichert | Lexon Insurance Company | The Powell Firm, LLC |
| Brian | Roy | Lexon Insurance Company | Harris Beach PLLC |
| Christine | McCabe | Naomi Watts | Rosen & Associates, P.C. |
| Howard | W | Observer | |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Katelin | Moralis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Katelin | Morales | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Anais | Mitra | Official Committee of Unsecured Creditors | White & Case LLP |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case LLP |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case LLP |
| Samuel | Hershey | Official Committee of Unsecured Creditors | White & Case LLP |
| John | Ramirez | Official Committee of Unsecured Creditors | White & Case LLP |
| Gregory | Pesce | Official Committee of Unsecured Creditors | White & Case LLP |
| Jason | De Beer | Sakana, LLC | |
| Phillip | Schaeffer | Scott's Cove Management LLC | Scott's Cove Management LLC |
| Thomas | Milnes | Self | |
| John | Schanne | United States Trustee | DOJ |