IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. 782** |

# CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF WHITE & CASE LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

The undersigned hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Second Monthly Fee Application of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2023 Through October 31, 2023* [Docket No. 782] (the "Application").  The undersigned further certifies that they have reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 279] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]  Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

11191581v.2

hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: December 7, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
Katelin A. Morales (No. 6683)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:   csamis@potteranderson.com
        kmorales@potteranderson.com
        srizvi@potteranderson.com

-and-

Gregory F. Pesce, Esq.
Andrew F. O'Neill, Esq.
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:   gpesce@whitecase.com
        aoneill@whitecase.com

-and-

John Ramirez, Esq.
Andrea Kropp, Esq.
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:   john.ramirez@whitecase.com
        andrea.kropp@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*

11191581v.2

# EXHIBIT A

## Amyris, Inc., *et al*.
## Case No. 23-11131 (TMH)

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| White & Case LLP [Docket No. 782] | 10/1/2023 - 10/31/2023 | $1,800,285.00 (Fees) $14,920.74 (Expenses) | $1,440,228.00 (Fees at 80%) $14,920.74 (Expenses at 100%) | 11/22/2023 | 12/06/2023 |