**EXHIBIT B**

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

October 26, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting,
please reference:

36714-00049

Invoice Number: 7221524

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through September 5, 2023 in connection with Beauty Lab Litigation.

**FEES**............................................................................................................................ $9,147.50

**COSTS** related thereto.................................................................................................. $23.79

**TOTAL** ......................................................................................................................... $9,171.29

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

October 26, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00049  
Invoice Number: 7221524

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 08/31/23 | INF | Other Information Services - - VENDOR: COURTALERT.COM, INC. AUGUST 2023 ALERT/COURTALERT PACER SERVICES Bank ID: CITINYDD Check Number: 291716 | 23.79 |

## COST SUMMARY

| | | |
|---|---|---|
| INF | Other Information Services | 23.79 |

**COSTS related thereto** ................................................................................................... $23.79

**TOTAL** ................................................................................................... $9,171.29

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

November 22, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00049

Invoice Number: 7223305

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through October 31, 2023 in connection with Beauty Lab Litigation.

**COSTS** related thereto............................................................................................................... $32.29

**TOTAL** ................................................................................................................................... $32.29

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

November 22, 2023

AMYRIS, INC.  Account Number: 36714-00049
Page Number: 2  Invoice Number: 7223305

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/04/23 | OSD | Other Outside Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITINYDD Check Number: 293188 | 11.60 |
| 10/25/23 | OSD | Other Outside Services - - VENDOR: COURTALERT.COM, INC. Bank ID: CITINYDD Check Number: 292878 | 20.69 |

## COST SUMMARY

| OSD | Other Outside Services | 32.29 |
|---|---|---|

**COSTS related thereto** ................................................................................................... $32.29

**TOTAL** ........................................................................................................................... $32.29