## EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Shearman's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Shearman's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. The blended hourly rates billed in 2023 in offices where timekeepers accounted for more than ten percent of Shearman's fees in the above captioned bankruptcy case are set forth below.

|  | **Shearman Rates** | |
| --- | --- | --- |
|  | **Blended Rates Billed NYC, Menlo Park, Dallas** | **Blended Rate Billed This Application** |
| Partner | $1,501.38-$1,550.92 | $2,124.88 |
| Non-Partner | $874.48-$1,046.44 | $929.30 |
| All Timekeepers | $1,060.45-$1,232.59 | $1,368.94 |