**EXHIBIT B**

| Case Number | Importer Name | Lexon Bond Number | Lexon Claim Number | Bond Term | Date of Demand by CBP | Demand Amount by CBP | Option 1 |
|---|---|---|---|---|---|---|---|
| 2023270420300101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $37,531.01 | $360.00 |
| 2023270420374001 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/19/2023 | $9,726.74 | $4,863.37 |
| 2023270420347301 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/19/2023 | $43,229.34 | $9,580.34 |
| 2023270420347101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 8/24/2023 | $21,442.03 | $4,762.03 |
| 2023460120240401 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 11/1/2023 | $400,000.00 | $131.00 |
| 2023470120100801 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/16/2023 | $1,000.00 | $32.66 |
| 2023272020042101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 9/28/2023 | $19,482.90 | $188.00 |
| 2023460120217701 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/5/2023 | $40,694.34 | $392.00 |
| 2023460120224401 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/16/2023 | $52,165.90 | $1,635.00 |
| 2023270420249201 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $160,302.58 | $2,375.00 |
| 2023270420262001 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $113,636.55 | $408.00 |
|  |  |  |  |  |  | $899,211.39 | $24,727.40 |
| 2023460120254001 | Amyris Clean Beatuy | LICX1300857 | 10715787 | 1 | 10/19/2023 | $15,373.63 | $443.63 |
| 2023110120045201 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $1,832.62 | $916.31 |
| 2023460120261601 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $1,857.36 | $928.68 |
| 2023110120045101 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $2,007.22 | $1,003.61 |
| 2023460120258301 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $2,609.84 | $1,304.92 |
| 2023460120258201 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $1,881.32 | $940.66 |
| 2023110120044901 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $1,903.96 | $951.98 |
| 2023460120254801 | Amyris Inc | LICX1300857 | 10715787 | 2 | 8/25/2023 | $1,744.90 | $872.45 |
| 2023460120225601 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/5/2023 | $2,791.34 | $213.00 |
| 2023460120255001 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/24/2023 | $1,000.00 | $140.97 |
| 2023460120254901 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/24/2023 | $1,883.06 | $941.53 |
| 2023110120027801 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/20/2023 | $1,849.10 | $215.00 |
| 2023272020046401 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/19/2023 | $3,647.68 | $1,823.84 |
|  |  |  |  |  |  | $40,382.03 | $10,696.58 |
| 2023110120045001 | Amyris Inc | LICX1216699 | 10720012 | 1 | 9/1/2023 | $1,832.62 | $916.31 |
| 2023270420347001 | CLEAN BEAUTY COLLABORATIVE | LICX1216610 | 10720244 | 1 | 10/19/2023 | $50,000.00 | $3,826.44 |
| 2023270420373301 | CLEAN BEAUTY COLLABORATIVE | LICX1295730 |  | 1 | 10/19/2023 | $33,061.72 | $6,711.72 |

| Case Number | Importer Name | Bond Number | Claim Number | Bond Term | Date of Demand | Demand Amount | Option 1 | IB&M Recommendation | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| 2023270420300101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $37,531.01 | $360.00 | $360.00 | |
| 2023270420374001 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/19/2023 | $9,726.74 | $4,863.37 | $4,863.37 | |
| 2023270420347301 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/19/2023 | $43,229.34 | $9,580.34 | $9,580.34 | |
| 2023270420347101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 8/24/2023 | $21,442.03 | $4,762.03 | $4,762.03 | |
| 2023460120240401 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 11/1/2023 | $400,000.00 | $131.00 | $131.00 | |
| 2023470120100801 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/16/2023 | $1,000.00 | $32.66 | $32.66 | |
| 2023272020042101 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 9/28/2023 | $19,482.90 | $188.00 | $188.00 | |
| 2023460120217701 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/5/2023 | $40,694.34 | $392.00 | $392.00 | |
| 2023460120224401 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/16/2023 | $52,165.90 | $1,635.00 | $1,635.00 | |
| 2023270420249201 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $160,302.58 | $2,375.00 | $2,375.00 | |
| 2023270420262601 | Amyris Clean Beatuy | LICX1216610 | 10715680 | 1 | 10/4/2023 | $113,636.55 | $408.00 | $408.00 | |
| | | | | | | $899,211.39 | $24,727.40 | | |
| 2023460120254001 | Amyris Clean Beatuy | LICX1300857 | 10715787 | 1 | 10/19/2023 | $15,373.63 | $443.63 | $443.63 | |
| 2023110120045201 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $1,832.62 | $916.31 | $916.31 | |
| 2023460120261601 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $1,857.36 | $928.68 | $928.68 | |
| 2023110120045101 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/12/2023 | $2,007.22 | $1,003.61 | $1,003.61 | |
| 2023460120258301 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $2,609.84 | $1,304.92 | $1,304.92 | |
| 2023460120258201 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $1,881.32 | $940.66 | $940.66 | |
| 2023110120044901 | Amyris Inc | LICX1300857 | 10715787 | 2 | 9/1/2023 | $1,903.96 | $951.98 | $951.98 | |
| 2023460120254801 | Amyris Inc | LICX1300857 | 10715787 | 2 | 8/25/2023 | $1,744.90 | $872.45 | $872.45 | |
| 2023460120225601 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/5/2023 | $2,791.34 | $213.00 | $213.00 | |
| 2023460120255001 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/24/2023 | $1,000.00 | $140.97 | $140.97 | |
| 2023460120254901 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/24/2023 | $1,883.06 | $941.53 | $941.53 | |
| 2023110120027801 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/20/2023 | $1,849.10 | $215.00 | $215.00 | |
| 2023272020046401 | Amyris Inc | LICX1300857 | 10715787 | 2 | 10/19/2023 | $3,647.68 | $1,823.84 | $1,823.84 | |
| | | | | | | $40,382.03 | $10,696.58 | | |
| 2023110120045001 | Amyris Inc | LICX1216699 | 10720012 | 1 | 9/1/2023 | $1,832.62 | $916.31 | $916.31 | |
| 2023270420347001 | CLEAN BEAUTY COLLABORATIVE | LICX1216610 | | | 10/19/2023 | $50,000.00 | $3,826.44 | | |
| 2023270420373301 | CLEAN BEAUTY COLLABORATIVE | LICX1295730 | | 1 | 10/19/2023 | $33,061.72 | $6,711.72 | | |