IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON DECEMBER 12, 2023 AT 10:00 A.M. (ET)**

The above captioned debtors and debtors in possession (the "Debtors") submit this witness and exhibit list for the hearing scheduled for **December 12, 2023 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

**WITNESSES**

The Debtors designate the following persons as witnesses who may be called at the Hearing.

    1.    Lorie Beers, Intrepid Investment Bankers

The Debtors also cross-designate all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Notice of Successful Bidders and Auction Results for Sale of Certain Assets | 803 |
| 2. | Notice of Filing of Successful Bidder and Auction Results for Sale of MenoLabs Brand Assets | 823 |
| 3. | Notice of Filing of Successful Bidder and Auction Results for Sale of 4U Brand Assets | 824 |
| 4. | Notice of Filing of Successful Bidder and Auction Results for Sale of Biossance Brand Assets | 832 |
| 5. | Declaration of Lorie Beers in Support of Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors' Brand Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases | 862 |

The Debtors also cross-designate all exhibits designated by any other party in connection with the Hearing, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: December 11, 2023          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*