## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>          Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 524** |

## NOTICE OF FILING REVISED AMENDED AND
## RESTATED PLAN SUPPORT AGREEMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On October 12, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Disclosure Statement With Respect to Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 524] (the "Disclosure Statement"), which included as Exhibit C, the Plan Support Agreement (the "**Original PSA**").

2.      Attached hereto as **Exhibit A** is a further revised version of the PSA which reflects the comments of and agreements with the Committee (the "**Revised PSA**").

3.      Attached hereto as **Exhibit B** is a redline of the Revised PSA reflecting changes against the Original PSA.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated: December 11, 2023                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel to the Debtors and o*
*Debtors-in-Possession*