# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 809 & 869** |

## JOINDER OF THE AD HOC NOTEHOLDER GROUP TO DEBTORS' OMNIBUS REPLY IN SUPPORT OF THE DISCLOSURE STATEMENT MOTION

The ad hoc group of holders of the 1.5% Convertible Senior Notes due 2026 (the "Ad Hoc Noteholder Group") hereby submit this joinder (the "Joinder") to the Debtors' omnibus reply [D.I. 869] (the "Reply") to objections to the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Materials; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Materials; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Approving Form and Manner of Notice of Plan Releases; (VI) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 525] (the "Disclosure Statement Motion"). In support of the Reply and the Disclosure Statement Motion, the Ad Hoc Noteholder Group respectfully states as follows:

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

-2-

The Ad Hoc Noteholder Group joins in the Debtors' arguments as set forth in the Reply and respectfully requests that the Court deny the objections and approve the Disclosure Statement Motion.

### **Reservation of Rights**

The Ad Hoc Noteholder Group reserves the right to amend, modify, or supplement this Joinder. The Ad Hoc Noteholder Group further reserves the right to respond, as appropriate, to any filings related to the Disclosure Statement Motion that are filed in the future and to make arguments with regard to that motion, and any other related filings.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: December 11, 2023<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>/s/ *Stanley B. Tarr*<br>Stanley B. Tarr (DE No. 5535)<br>Lawrence R. Thomas III (DE No. 6935)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email:  stanley.tarr@blankrome.com<br>            lorenzo.thomas@blankrome.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Frank Merola, Esq.*<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-5899<br>Email: frankmerola@paulhastings.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>John Storz, Esq.*<br>Matthew D. Friedrick, Esq.*<br>Caroline Diaz, Esq.*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: johnstorz@paulhastings.com<br>            matthewfriedrick@paulhastings.com<br>            carolinediaz@paulhastings.com<br><br>*Counsel to the Ad Hoc Noteholder Group*<br>*Admitted *pro hac vice* |