# EXHIBIT "B"

# (CORPORATE ORGANIZATIONAL CHART)

**Joint Ventures w/ ≥50% Ownership**

**ACCESSBIO LLC (DE)**
- 50% AMYRIS, INC.
- 50% IMMUNITYBIO

**ECOFAB, LLC (DE)**
- 70% AMYRIS ECO-FAB, LLC
- 30% NO PLANET B INVESTMENTS LLC

**AMYRIS REALSWEET, LLC (DE)**
- 69% AMYRIS, INC.
- 31% INGREDION INCORPORATED

**CLEAN BEAUTY COLLABORATIVE, INC. (DE)**
- 56.5% AMYRIS CLEAN BEAUTY, INC.
- 34.8% ROSIE HUNTINGTON-WHITELY
- 5.9% CAROLINE HADFIELD
- 2.8% LADY ROSE, LLC

**DIPA CO., LLC (DE)**
- 99.9% AMYRIS, INC.
- 0.1% LAVVAN, INC.

**APRINNOVA, LLC (DE)**
- 99% AMYRIS, INC.
- 1% NIKKO CHEMICALS

**Joint Ventures w/ <50% Ownership**

**NOVVI LLC (DE)**
- 16.1% AMYRIS, INC.
- 6.1% AMERICAN REFINING GROUP, INC.
- 11.3% H&R GROUP US, INC.
- 66.5% CHEVRON U.S.A. INC.

**CLEAN BEAUTY 4U LLC (DE)**
- 49% AMYRIS, INC.
- 51% TIA MOWRY (INDIVIDUAL)

**AMF LOW CARBON, LLC (DE)**
- 40% AMYRIS, INC.
- 60% MF92 VENTURES LLC

**TOTAL AMYRIS BIOSOLUTIONS B.V. (NETHERLANDS)**
- 25% AMYRIS, INC.
- 75% TOTAL RAFFINAGE CHIMIE S.A.

*** Senior Secured Debt Lenders**
- Foris & its affiliates
  - Foris Ventures, LLC (2019 & 2022)
  - Perrara Ventures, LLC (March 2023)
  - Anesma Group, LLC (June 2023)
  - Anjo Ventures, LLC (June 2023)
- DSM Finance B.V. (October 2022)

**^ Senior Unsecured Debt**
- 1.50% Convertible Senior Notes Due 2026

