**EXHIBIT E**

**FINANCIAL PROJECTIONS**

**INTRODUCTION**

The Debtors believe that the Plan meets the feasibility requirement set forth in section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Company or any successor thereto under the Plan. In connection with the planning and development of the Plan, and for the purposes of determining whether the Plan would satisfy this feasibility standard, the Debtors analyzed the Company's ability to satisfy its post-Effective Date financial obligations while maintaining sufficient liquidity and capital resources.

In connection with the Disclosure Statement, the Company prepared the following financial projections for the period from January 2024 through December 2028 (the "Financial Projections"). The Financial Projections were prepared by the Company and are based on several assumptions made by the Company with respect to the potential future performance of the Company's operations assuming the Plan is Consummated.

The Company does not, as a matter of course, publish its business plans or strategies, projections, or anticipated financial position. Accordingly, the Company does not anticipate that it will, and disclaims any obligation to furnish updated business plans or the Financial Projections to Holders of Claims or Interests or other parties in interest going forward or to include such information in documents required to be filed with the SEC or otherwise make such information public unless required to do so by the SEC or other regulatory bodies pursuant to the provisions of the Plan.

The Company prepared the Financial Projections based on information available to it. No representations or warranties, expressed or implied, are provided in relation to fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

**ACCOUNTING POLICIES AND DISCLAIMER**

THESE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH PUBLISHED GUIDELINES OF THE SEC OR GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS FOR PREPARATION AND PRESENTATION OF PROSPECTIVE FINANCIAL INFORMATION.

ALTHOUGH THE COMPANY HAS PREPARED THE FINANCIAL PROJECTIONS IN GOOD FAITH AND BELIEVES THE UNDERLYING ASSUMPTIONS TO BE REASONABLE, IT IS IMPORTANT TO NOTE THAT THE COMPANY CANNOT PROVIDE ANY ASSURANCE THAT SUCH ASSUMPTIONS WILL BE REALIZED. AS DESCRIBED IN DETAIL IN THE DISCLOSURE STATEMENT, A VARIETY OF RISK FACTORS COULD AFFECT THE COMPANY'S FINANCIAL RESULTS AND MUST BE CONSIDERED. ACCORDINGLY, THE FINANCIAL PROJECTIONS SHOULD BE REVIEWED IN CONJUNCTION WITH A REVIEW OF THE DISCLOSURE STATEMENT, THE RISK FACTORS SET FORTH THEREIN, AND THE ASSUMPTIONS DESCRIBED HEREIN, INCLUDING ALL RELEVANT QUALIFICATIONS AND FOOTNOTES.

THE FINANCIAL PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY A REGISTERED INDEPENDENT ACCOUNTING FIRM.

**PRINCIPAL ASSUMPTIONS**

The Financial Projections have been prepared using accounting policies that are consistent with those applied in the Debtors' historical financial statements.

The Financial Projections are based upon and assume the successful implementation of the Plan. The Financial Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of the Company, industry performance, general business and economic conditions, and other matters, many of which are beyond the control of the Company or its advisors. In addition, the assumptions do not consider the uncertainty and disruption of business that may accompany a restructuring pursuant to the Bankruptcy Code. Therefore, although the Financial Projections are necessarily presented with numerical specificity, the actual results achieved during the projection period will likely vary from the projected results. These variations may be material. Accordingly, no definitive representation can be or is being made with respect to the accuracy of the Financial Projections or the ability of the Company to achieve the projected results of operations. In deciding whether to vote to accept or reject the Plan, Holders of Claims entitled to vote to accept or reject the Plan must make their own determinations as to the reasonableness of such assumptions and the reliability of the Financial Projections.

Upon emergence from chapter 11, the Company anticipates that it will implement "fresh start" reporting pursuant to Accounting Standards Codification ("ASC") Topic 852, "Reorganizations." The main principles of fresh start reporting require that the reorganization value of the emerging entity be assigned to the entity's assets and liabilities in accordance with the guidance in ASC Topic 805, "Business Combinations." Any portion of the reorganization value not attributable to specific tangible or identifiable intangible assets or liabilities of the emerging entity is required to be reported as goodwill. The Financial Projections do not reflect all of the adjustments necessary to implement "fresh start" accounting.

The Financial Projections were prepared using multiple sources of detailed information on the Company's operations. Key personnel from the Company's operating areas and across various functions provided input in the development of the Financial Projections. In preparing the Financial Projections, the Company considered the current competitive and market environment as well as historical operating and financial performance. The Financial Projections should be read in conjunction with the significant assumptions, qualifications, and notes set forth herein. The Financial Projections may not be comparable to the historical financials found in the Company's public disclosures.

**NON-GAAP FINANCIAL PROJECTIONS**

The following table provides a summary of Financial Projections for the Company, which should be reviewed in conjunction with the associated notes:

# FINANCIAL PROJECTIONS

**Financial Projections - Non-GAAP P&L and Cash Flow**

| $ millions | Notes | FY24 | FY25 | FY26 | FY27 | FY28 |
|---|---|---|---|---|---|---|
| Ingredients Revenue | (1) | 116 | 175 | 224 | 234 | 243 |
| COGS | (2) | (107) | (137) | (149) | (148) | (152) |
| **Ingredients Gross Profit** | | **9** | **38** | **76** | **86** | **91** |
| R&D and Technology Revenue | (3) | 47 | 72 | 75 | 82 | 89 |
| *Other Costs* | | | | | | |
| R&D and Product Development Expenses | (4) | (75) | (77) | (79) | (82) | (84) |
| G&A and Other Overhead | (5) | (47) | (43) | (44) | (45) | (46) |
| **EBITDA** | | **(66)** | **(10)** | **28** | **42** | **51** |
| Change in Working Capital | (6) | 7 | 2 | (2) | 5 | (0) |
| Capital Expenditures | (7) | (42) | (24) | (27) | (24) | (19) |
| Other | (8) | 13 | 5 | 3 | (0) | (2) |
| **Cash Flow Available for Debt Service** | | **(88)** | **(27)** | **2** | **23** | **30** |

# NOTES TO NON-GAAP FINANCIAL PROJECTIONS

*Note 1 – Ingredients Revenue*

Represents revenue derived from the sale of ingredients from leveraging large go-to-market footprint, commercial relationships, and formulation capabilities. Primarily comprised of revenue from the sale of various ingredients used primarily in cosmetics / beauty / health applications. Ingredients Revenue includes revenue from both i) existing ingredients and ii) new ingredients which are a product of the research and development segment of the business. These revenues are based on assumed volumes and average selling prices ("ASP") for each ingredient. Volumes are based on the Company's view of the expected market size / share and are further capacity constrained based on expected available production capacity. ASP's are based on i) contractual pricing with commercial partners with respect to existing ingredients and ii) ASPs based on the Company's expectations of what the market will bear for new ingredients.

Also included in Ingredients Revenue are contractual milestone payments with certain commercial partners, which are expected to be achieved based on the criteria for achieving the milestones.

*Note 2 – COGS*

Represents the production costs of ingredients products underpinning Ingredients Revenue (see Note 1) and includes the cost of raw materials, manufacturing labor and overhead, amounts paid to contract

manufacturers, inbound shipping costs.  While contract manufacturers are used for select processes, the majority of these costs are incurred at the Barra Bonita facility located in Brazil. These costs are based on assumed volumes and expected unit costs (see Note 1 for notes on volumes). Unit costs are based on the Company's view of the cost to produce each ingredient, which include assumptions on achieving certain levels of cost savings throughout the forecast.

### Note 3 – R&D and Technology Revenue

Includes revenue related to the R&D collaboration, technology license, and consumer formulation services segments of the business. R&D collaboration revenue is from projects which are collaborations with various commercial partners to identify new opportunities and/or meet their needs. Technology License revenue is a licensing revenue stream from the licensing of the business' intellectual property. Consumer formulation services revenue relates to royalties expected to be received for assisting with the development of formulations of consumer products for consumer product group customers. Assumed revenue is based on the Company's view of current opportunities in the market / pipeline and the size of a pipeline, which can reasonably be sustained.

### Note 4 – R&D and Product Development Expenses

Consists of the costs of the research and development platform and process / product development efforts of the business. These include but are not limited to the cost of payroll, rent and operating costs of the pilot plants, lab supplies, equipment, and subcontractors. A certain level of cost savings were assumed, which are based upon reverting to a cost base directionally in line with previous years where the Company deemed the cost base to be appropriate relative to the level of R&D output experienced. While less material, also included in this line item are selling, marketing and supply chain costs.

### Note 5 – G&A and Other Overhead

Consists of a variety of costs including but not limited to payroll (excl. R&D related payroll), legal / litigation, finance, human resources, information technology, communications, regulatory, Brazil overhead, and environmental health and safety. A certain level of cost savings were assumed, which are primarily driven by reduction in size of the business (exit of Consumer business),  elimination of public company reporting and other requirements (assumed Amyris will be a private company on emergence) lower expected litigation costs, a reduction in headcount, and other expected cost savings. Additional cost were included in 2024 for expected restructuring / non-recurring costs and other contingencies.

### Note 6 – Change in Working Capital

Includes changes in accounts receivable, inventory, other current assets, accounts payable, and accrued expenses. Overall, working capital assumes an improvement from existing payment terms throughout the forecast period as customer / vendor relationships and financial stability are strengthened as a result of the Chapter 11 reorganization process. These expected improvements in working capital efficiencies are partially offset by the forecast growth of the business.

*Note 7 – Capital Expenditures*

Capital expenditures ("Capex") include both maintenance and certain growth capex. Maintenance capex relates to the estimated annual run-rate maintenance costs of the Barra Bonita manufacturing facility, Emeryville pilot plant, and Leland manufacturing facility. Growth capex relates to investments to realize ingredient production cost savings included in the COGS line (see Note 2), as well as enabling capacity for certain ingredients. Joint venture partner(s) are expected to contribute their proportional share of forecast capex pursuant to the applicable joint venture agreement(s) (see Note 8).

*Note 8 – Other*

Represents the net cash economics in accordance with the joint venture agreement(s) whereby the joint venture partner i) are required to fund their proportional share of qualifying capex in the form of a capital call and ii) is entitled to a profit distribution based on the profits of the joint venture legal entity.