IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF AMENDMENT NO. 5 TO THE SENIOR SECURED
SUPER PRIORITY DEBTOR IN POSSESSION LOAN AGREEMENT**

**PLEASE TAKE NOTICE** that on August 10, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 19] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a copy of the *Senior Secured Super Priority Debtor in Possession Loan Agreement dated as of August 9, 2023* (the "DIP Credit Agreement") was filed with the Bankruptcy Court on August 10, 2023 at Docket No. 40-1.[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered *Amendment No. 5 to Senior Secured Super Priority Debtor in Possession Loan Agreement* (the "Amendment No. 5"), attached hereto as **Exhibit A**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the DIP Credit Agreement.

DOCS_DE:244770.4

|  |  |
|---|---|
| Dated: December 13, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jrosell@pszjlaw.com<br>           sgolden@pszjlaw.com<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |