IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF FILING EXECUTED REVISED AMENDED
AND RESTATED PLAN SUPPORT AGREEMENT AND JOINDERS OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE
AD HOC NOTEHOLDER GROUP**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On December 12, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Disclosure Statement with Respect to Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and its Affiliated Debtors, as Modified* [Docket No. 893] (the "Disclosure Statement"), which included as Exhibit C, the Amended and Restated Plan Support Agreement (the "PSA").

2. Attached hereto as Exhibit A is an executed PSA and the executed joinders thereto of the Official Committee of Unsecured Creditors and the Ad Hoc Noteholder Group.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated: December 14, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** <br><br> */s/ James E. O'Neill* <br> Richard M. Pachulski (admitted *pro hac vice*) <br> Debra I. Grassgreen (admitted *pro hac vice*) <br> James E. O'Neill (DE Bar No. 4042) <br> Jason H. Rosell (admitted *pro hac vice*) <br> Steven W. Golden (DE Bar No. 6807) <br> 919 N. Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br> Email:  rpachulski@pszjlaw.com <br>  dgrassgreen@pszjlaw.com <br>  joneill@pszjlaw.com <br>  jrosell@pszjlaw.com <br>  sgolden@pszjlaw.com <br><br> *Counsel to the Debtors and* <br> *Debtors-in-Possession* |