IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**Objections Due: December 28, 2023 at 4:00 P.M. (ET)**
**Hearing Date: To be scheduled if necessary**

**FIRST MONTHLY FEE APPLICATION OF BACK BAY MANAGEMENT CORPORATION AND ITS DIVISION, THE MICHEL-SHAKED GROUP, FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 31, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Back Bay Management Corporation and its Division, the Michel-Shaked Group |
| Authorized to Provide Professional Services to: | Expert Valuation Consultant |
| Date of Retention: | Effective October 31, 2023 pursuant to Order dated December 7, 2023 [Docket No. 844] |
| Period for which Compensation and Reimbursement is Sought: | October 31, 2023 – November 30, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $231,783.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $11,162.00 |

This is a: ☒ monthly ☐ interim ☐ final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $1,400.00.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The applicant reserves the right to include any time expended in the time period indicted above in future application(s) if it is not included therein.

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and this *Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 14, 2023 (the "Administrative Order"), Back Bay Management Corporation and its Division, the Michel-Shaked Group ("MSG" or the "Firm"), expert consultant for the above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Fee Statement") for the period from October 31, 2023 through November 30, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on September 14, 2023 [Docket No. 279] (the "Administrative Order"). MSG requests: (a) interim allowance and payment of compensation in the amount of $185,426.80 (80% of $231,783.50) for fees on account of reasonable and necessary professional services rendered to the Debtors by MSG; and (b) reimbursement of actual and necessary costs and expenses in the amount of $11,162.00 incurred by MSG during the Compensation Period.

**Services Rendered and Disbursements Incurred During the Compensation Period**

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates, and aggregate hours spent by each MSG professional that provided services to the Debtors during the Compensation Period. The rates charged by MSG for services rendered to the Debtors are the same rates that MSG charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a summary by task that includes the aggregate hours per task spent by MSG professionals in rendering services to the Debtors during the Compensation Period.

3. **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by MSG in connection with services rendered to the Debtors during the Compensation Period.

4. **Exhibit D** sets forth a complete itemization of all time records and expenses for MSG professionals for the Compensation Period.

Dated:  December 14, 2023                     */s/ Brad Orelowitz*
                                              Brad Orelowitz
                                              Managing Director
                                              Back Bay Management Corporation
                                              and its division, The Michel-Shaked Group

## **DECLARATION**

STATE OF MASSACHUSETTS :
                                               :
COUNTY OF SUFFOLK         :

Brad Orelowitz, after being duly sworn according to law, deposes and says:

a) I am a Managing Director with the applicant firm Back Bay Management Corporation and its division, The Michel-Shaked Group.

b) I am familiar with the professional services rendered by MSG as expert consultant to the Debtors.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about September 14, 2023 and submit that the Application substantially complies with such rule and orders.

                                                                */s/ Brad Orelowitz*
                                                                Brad Orelowitz