# Exhibit A

## Summary of Hours by Professional

For the period October 31, 2023 – November 30, 2023

**Exhibit A**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Professional**
For the Period October 31, 2023 - November 30, 2023

| Name | Position | Hourly Rate | Hours |
|---|---|---|---|
| Brad Orelowitz | Managing Director | $ 900 | 84.8 |
| Paul Dionne | Director | 700 | 99.5 |
| Luka Miladinovic | Senior Analyst | 550 | 69.8 |
| Jordan Murray | Senior Analyst | 550 | 1.2 |
| Aman Agrawal | Analyst | 395 | 34.3 |
| Charles Korn | Analyst | 325 | 102.2 |
| **Total** | | | **391.8** |