# Exhibit B

## Summary of Hours by Category

For the period October 31, 2023 – November 30, 2023

**Exhibit B**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Category**
For the Period October 31, 2023 - November 30, 2023

| Task | Hours |
|---|---:|
| Valuation Analysis of Debtors | 391.8 |
| **Total** | **391.8** |