# Exhibit C

## Summary and Details of Expenses by Category

For the period October 31, 2023 – November 30, 2023

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period October 31, 2023 - November 30, 2023

| Category | Expense |
|---|---:|
| Data Charges | 11,162.0 |
| **Total Expenses** | **11,162.0** |

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period October 31, 2023 - November 30, 2023

| Category | Description | Expense |
|---|---|---:|
| Data Charges | Refinitiv | 2,162.0 |
| Data Charges | Markables | 5,000.0 |
| Data Charges | ktMine | 4,000.0 |
| **Total Expenses** | | **11,162.0** |