# Exhibit D

# Professional Services by Project Category, Professional, and Date

For the period October 31, 2023 – November 30, 2023

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 11/1/2023 | Valuation Analysis of Debtors | Telephone call with A. Kornfeld re: valuation issues. | 0.2 | 900 | 180.00 |
| Brad Orelowitz | 11/1/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 0.5 | 900 | 450.00 |
| Paul Dionne | 11/1/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy docket filings. | 0.8 | 700 | 560.00 |
| Paul Dionne | 11/1/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 0.4 | 700 | 280.00 |
| Brad Orelowitz | 11/2/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), D. Grassgreen (PSZJ) and P. Dionne (MSG) re: overview of assignment and Amyris bankruptcy filing. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 11/2/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: documents received and initial steps of the analysis. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 2.7 | 900 | 2,430.00 |
| Brad Orelowitz | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy docket filings. | 1.5 | 900 | 1,350.00 |
| Charles Korn | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy docket filings. | 1.7 | 325 | 552.50 |
| Luka Miladinovic | 11/2/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: documents received and initial steps of the analysis. | 0.4 | 550 | 220.00 |
| Paul Dionne | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris business plan materials. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/2/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), D. Grassgreen (PSZJ) and B. Orelowitz (MSG) re: overview of assignment and Amyris bankruptcy filing. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 11/2/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: documents received and initial steps of the analysis. | 0.4 | 700 | 280.00 |
| Paul Dionne | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 1.8 | 700 | 1,260.00 |
| Paul Dionne | 11/2/2023 | Valuation Analysis of Debtors | Reviewed Amyris disclosure statement. | 1.9 | 700 | 1,330.00 |
| Brad Orelowitz | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), A. Kornfeld (PSZJ), D. Grassgreen (PSZJ), S. Fleming (PWC) re: Amyris financial model. | 0.9 | 900 | 810.00 |
| Brad Orelowitz | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: follow up discussion on the Amyris financial model. | 1.2 | 900 | 1,080.00 |
| Brad Orelowitz | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris financial model and materials. | 1.0 | 900 | 900.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Continued to review the Amyris bankruptcy docket filings. | 1.3 | 325 | 422.50 |
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris business plan materials. | 1.3 | 325 | 422.50 |
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Obtained Amyris analyst reports. | 0.6 | 325 | 195.00 |
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris analyst reports. | 2.9 | 325 | 942.50 |
| Charles Korn | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: Amyris valuation issues. | 0.3 | 325 | 97.50 |
| Paul Dionne | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris financial model and materials. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 11/3/2023 | Valuation Analysis of Debtors | Reviewed Amyris public filings and bankruptcy docket filings. | 1.8 | 700 | 1,260.00 |
| Paul Dionne | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), A. Kornfeld (PSZJ), D. Grassgreen (PSZJ), S. Fleming (PWC) re: Amyris financial model. | 0.9 | 700 | 630.00 |
| Paul Dionne | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: follow up discussion on the Amyris financial model. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/3/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: Amyris valuation issues. | 0.3 | 700 | 210.00 |
| Brad Orelowitz | 11/5/2023 | Valuation Analysis of Debtors | Continued review of Amyris financial model and materials. | 2.0 | 900 | 1,800.00 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Reviewed Amyris financial model. | 1.9 | 325 | 617.50 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Reviewed initiating coverage reports on Amyris. | 1.0 | 325 | 325.00 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Performed preliminary valuation screening. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Reviewed analyst reports. | 0.9 | 325 | 292.50 |
| Charles Korn | 11/5/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 1.2 | 325 | 390.00 |
| Paul Dionne | 11/5/2023 | Valuation Analysis of Debtors | Reviewed the Amyris financial model. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 11/5/2023 | Valuation Analysis of Debtors | Reviewed the Amyris IP materials. | 0.9 | 700 | 630.00 |
| Brad Orelowitz | 11/6/2023 | Valuation Analysis of Debtors | Continued review of Amyris financial model | 1.8 | 900 | 1,620.00 |
| Brad Orelowitz | 11/6/2023 | Valuation Analysis of Debtors | Reviewed the Amyris business plan materials. | 2.3 | 900 | 2,070.00 |
| Brad Orelowitz | 11/6/2023 | Valuation Analysis of Debtors | Continued review of Amyris SEC filings. | 1.7 | 900 | 1,530.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 11/6/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: workplan for Amyris valuation. | 0.3 | 900 | 270.00 |
| Charles Korn | 11/6/2023 | Valuation Analysis of Debtors | Performed preliminary valuation. | 1.0 | 325 | 325.00 |
| Charles Korn | 11/6/2023 | Valuation Analysis of Debtors | Performed preliminary calculations. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/6/2023 | Valuation Analysis of Debtors | Continued to review and analyze the Amyris financial model. | 1.3 | 325 | 422.50 |
| Charles Korn | 11/6/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis. | 1.2 | 325 | 390.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Began review of Amyris agreements. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: workplan for Amyris enterprise valuation. | 0.3 | 700 | 210.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 2.7 | 700 | 1,890.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Reviewed Amyris analyst reports. | 1.7 | 700 | 1,190.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Continued to review documents related to Amyris' agreements. | 1.4 | 700 | 980.00 |
| Paul Dionne | 11/6/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy docket filings. | 0.4 | 700 | 280.00 |
| Brad Orelowitz | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: documents for valuation. | 0.5 | 900 | 450.00 |
| Brad Orelowitz | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: additional documents received and analyses to perform. | 0.8 | 900 | 720.00 |
| Brad Orelowitz | 11/7/2023 | Valuation Analysis of Debtors | Reviewed various agreements. | 2.0 | 900 | 1,800.00 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 1.6 | 325 | 520.00 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Reviewed valuation methodology materials. | 1.1 | 325 | 357.50 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 0.7 | 325 | 227.50 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Reviewed and analyzed preliminary valuation data. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: preliminary valuation analyses. | 0.9 | 325 | 292.50 |
| Charles Korn | 11/7/2023 | Valuation Analysis of Debtors | Reviewed and edited the valuation analyses. | 1.3 | 325 | 422.50 |
| Paul Dionne | 11/7/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.3 | 700 | 1,610.00 |
| Paul Dionne | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: documents for valuation. | 0.5 | 700 | 350.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Paul Dionne | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: preliminary valuation analyses. | 0.9 | 700 | 630.00 |
| Paul Dionne | 11/7/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: additional documents received and analyses to perform. | 0.8 | 700 | 560.00 |
| Brad Orelowitz | 11/8/2023 | Valuation Analysis of Debtors | Reviewed documents re: consumer business. | 2.5 | 900 | 2,250.00 |
| Brad Orelowitz | 11/8/2023 | Valuation Analysis of Debtors | Reviewed historical financial information re: consumer business. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 11/8/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 11/8/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 11/8/2023 | Valuation Analysis of Debtors | Reviewed valuation methodology. | 1.0 | 900 | 900.00 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Reviewed and analyzed preliminary valuation data. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 1.0 | 325 | 325.00 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Performed analysis on the Amyris financial projections. | 1.3 | 325 | 422.50 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Reviewed Amyris analyst reports. | 0.8 | 325 | 260.00 |
| Charles Korn | 11/8/2023 | Valuation Analysis of Debtors | Continued to conduct preliminary analysis. | 1.8 | 325 | 585.00 |
| Paul Dionne | 11/8/2023 | Valuation Analysis of Debtors | Reviewed documents re: consumer brands. | 1.7 | 700 | 1,190.00 |
| Paul Dionne | 11/8/2023 | Valuation Analysis of Debtors | Continued to review documents re: consumer brands. | 2.6 | 700 | 1,820.00 |
| Paul Dionne | 11/8/2023 | Valuation Analysis of Debtors | Reviewed the historical and projected financials for the consumer brands businesses. | 2.9 | 700 | 2,030.00 |
| Paul Dionne | 11/8/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analysis. | 1.1 | 700 | 770.00 |
| Paul Dionne | 11/8/2023 | Valuation Analysis of Debtors | Reviewed preliminary Amyris valuation analysis. | 0.8 | 700 | 560.00 |
| Brad Orelowitz | 11/9/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: update on preliminary Amyris valuation analyses. | 1.1 | 900 | 990.00 |
| Brad Orelowitz | 11/9/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and C. Korn (MSG) re: preliminary valuation of Amyris. | 1.2 | 900 | 1,080.00 |
| Brad Orelowitz | 11/9/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis and assumptions. | 2.3 | 900 | 2,070.00 |
| Brad Orelowitz | 11/9/2023 | Valuation Analysis of Debtors | Reviewed documents re: consumer business. | 1.7 | 900 | 1,530.00 |
| Brad Orelowitz | 11/9/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris financial model. | 1.8 | 900 | 1,620.00 |
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis of Amyris. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analysis of Amyris. | 1.0 | 325 | 325.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: preliminary valuation of Amyris. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation of Amyris. | 1.6 | 325 | 520.00 |
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Reviewed and analyzed inputs in the preliminary valuation analysis. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/9/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis. | 1.8 | 325 | 585.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Reviewed additional documents re: consumer brands. | 0.5 | 700 | 350.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: update on preliminary Amyris valuation analyses. | 1.1 | 700 | 770.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and C. Korn (MSG) re: preliminary valuation of Amyris. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris agreements. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris agreements. | 2.3 | 700 | 1,610.00 |
| Paul Dionne | 11/9/2023 | Valuation Analysis of Debtors | Analyzed and summarized Amyris agreements. | 1.0 | 700 | 700.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: overview of the valuation of the Amyris IP. | 0.9 | 900 | 810.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Meeting w/ G. Brown (PSZJ) and P. Dionne (MSG) re: documents request. | 0.2 | 900 | 180.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) and P. Dionne (MSG) re: preliminary valuation of Amyris. | 0.6 | 900 | 540.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Team meeting with L. Miladinovic (MSG) re: overview of Amyris' business and documents received. | 0.9 | 900 | 810.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Continued review of Amyris financial model. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Reviewed SEC filings. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 11/10/2023 | Valuation Analysis of Debtors | Reviewed valuation data. | 1.9 | 900 | 1,710.00 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Reviewed and analyze projected revenue in the Amyris financial model. | 0.8 | 325 | 260.00 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Analyzed Amyris' projected changes in working capital. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis of Amyris. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Conducted industry research. | 1.0 | 325 | 325.00 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Reviewed and edited preliminary calculations. | 0.8 | 325 | 260.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and B. Orelowitz (MSG) re: preliminary valuation of Amyris. | 0.6 | 325 | 195.00 |
| Charles Korn | 11/10/2023 | Valuation Analysis of Debtors | Following team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG), reviewed and updated preliminary analysis. | 2.1 | 325 | 682.50 |
| Luka Miladinovic | 11/10/2023 | Valuation Analysis of Debtors | Team meeting with B. Orelowitz (MSG) re: overview of Amyris' business and documents received. | 0.9 | 550 | 495.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris agreements. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: overview of the valuation of the Amyris IP. | 0.9 | 700 | 630.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the Amyris financial model. | 0.6 | 700 | 420.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Meeting w/ G. Brown (PSZJ) and B. Orelowitz (MSG) re: documents request. | 0.2 | 700 | 140.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) and B. Orelowitz (MSG) re: preliminary valuation of Amyris. | 0.6 | 700 | 420.00 |
| Paul Dionne | 11/10/2023 | Valuation Analysis of Debtors | Continued to review documents and materials. | 1.3 | 700 | 910.00 |
| Paul Dionne | 11/11/2023 | Valuation Analysis of Debtors | Summarized information from the Amyris agreements. | 3.1 | 700 | 2,170.00 |
| Brad Orelowitz | 11/12/2023 | Valuation Analysis of Debtors | Reviewed various agreements | 2.5 | 900 | 2,250.00 |
| Brad Orelowitz | 11/13/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation of the Amyris IP. | 1.6 | 900 | 1,440.00 |
| Brad Orelowitz | 11/13/2023 | Valuation Analysis of Debtors | Continued review of financial model. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 11/13/2023 | Valuation Analysis of Debtors | Reviewed valuation and assumptions. | 2.3 | 900 | 2,070.00 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Continued to review company materials. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation. | 0.8 | 325 | 260.00 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Drafted exhibits and analyses for the preliminary valuation. | 1.6 | 325 | 520.00 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Continued to review Amyris analyst reports. | 1.1 | 325 | 357.50 |
| Charles Korn | 11/13/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 1.0 | 325 | 325.00 |
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris' business segments. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Reviewed Amyris business plan and materials. | 1.4 | 550 | 770.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the Amyris financial model. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Reviewed materials on Amyris' go-forward business plan. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Conducted research on Amyris' industry. | 2.0 | 550 | 1,100.00 |
| Luka Miladinovic | 11/13/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 1.7 | 550 | 935.00 |
| Paul Dionne | 11/13/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: valuation of the Amyris IP. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 11/13/2023 | Valuation Analysis of Debtors | Reviewed presentation overviewing the Amyris IP. | 0.2 | 700 | 140.00 |
| Charles Korn | 11/14/2023 | Valuation Analysis of Debtors | Continued to review and edit Amyris enterprise valuation analyses. | 1.0 | 325 | 325.00 |
| Charles Korn | 11/14/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: update on the analyses performed for the Amyris enterprise valuation. | 0.4 | 325 | 130.00 |
| Charles Korn | 11/14/2023 | Valuation Analysis of Debtors | Continued to review Amyris public filings. | 1.8 | 325 | 585.00 |
| Charles Korn | 11/14/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.6 | 325 | 520.00 |
| Charles Korn | 11/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 3.9 | 325 | 1,267.50 |
| Luka Miladinovic | 11/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 2.5 | 550 | 1,375.00 |
| Luka Miladinovic | 11/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris analyst reports. | 2.6 | 550 | 1,430.00 |
| Luka Miladinovic | 11/14/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation of Amyris IP valuation. | 1.2 | 550 | 660.00 |
| Paul Dionne | 11/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 11/14/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: update on the analyses performed for the Amyris enterprise valuation. | 0.4 | 700 | 280.00 |
| Paul Dionne | 11/14/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 2.1 | 700 | 1,470.00 |
| Paul Dionne | 11/14/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation of Amyris IP valuation. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/14/2023 | Valuation Analysis of Debtors | Reviewed additional agreements related to Amyris. | 2.9 | 700 | 2,030.00 |
| Brad Orelowitz | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: preliminary valuation of Amyris IP. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and P. Dionne (MSG) re: overview of the Amyris enterprise valuation and Amyris IP valuation. | 1.3 | 900 | 1,170.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: overview of the valuation of the Amyris IP. | 0.5 | 900 | 450.00 |
| Brad Orelowitz | 11/15/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 1.5 | 900 | 1,350.00 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Summarized contents of Amyris materials. | 2.0 | 325 | 650.00 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Reviewed and updated analysis. | 1.4 | 325 | 455.00 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: preliminary valuation. | 0.3 | 325 | 97.50 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Conducted preliminary data screening. | 1.6 | 325 | 520.00 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation. | 1.4 | 325 | 455.00 |
| Charles Korn | 11/15/2023 | Valuation Analysis of Debtors | Downloaded and reviewed financial information. | 1.9 | 325 | 617.50 |
| Luka Miladinovic | 11/15/2023 | Valuation Analysis of Debtors | Continued to review company documents. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 11/15/2023 | Valuation Analysis of Debtors | Reviewed databases re: valuation analysis. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: overview of the valuation of the Amyris IP. | 0.5 | 550 | 275.00 |
| Luka Miladinovic | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: overview of the Amyris enterprise valuation and Amyris IP valuation. | 1.3 | 550 | 715.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: preliminary valuation. | 0.3 | 700 | 210.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris materials. | 1.1 | 700 | 770.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: preliminary valuation of Amyris IP. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation. | 1.7 | 700 | 1,190.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Reviewed new documents re: consumer brands. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 11/15/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and B. Orelowitz (MSG) re: overview of the Amyris enterprise valuation and Amyris IP valuation. | 1.3 | 700 | 910.00 |
| Aman Agrawal | 11/16/2023 | Valuation Analysis of Debtors | Conducted preliminary IP valuation. | 1.6 | 395 | 632.00 |
| Aman Agrawal | 11/16/2023 | Valuation Analysis of Debtors | Conducted preliminary Amyris IP valuation. | 1.7 | 395 | 671.50 |
| Aman Agrawal | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: the valuation of the Amyris IP and consumer brands IP. | 0.9 | 395 | 355.50 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 11/16/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 2.5 | 900 | 2,250.00 |
| Brad Orelowitz | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: updates to the preliminary Amyris IP valuation. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: IP valuation. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/16/2023 | Valuation Analysis of Debtors | Continued review of valuation analyses. | 1.8 | 900 | 1,620.00 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis. | 2.5 | 325 | 812.50 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Reviewed analyst reports re: valuation. | 0.8 | 325 | 260.00 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Drafted exhibits and analyses for the valuation. | 1.1 | 325 | 357.50 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: follow up discussion on the preliminary valuation of Amyris. | 0.5 | 325 | 162.50 |
| Charles Korn | 11/16/2023 | Valuation Analysis of Debtors | Following team meeting w/ P. Dionne (MSG), reviewed and edited valuations. | 1.5 | 325 | 487.50 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Continued to review Amyris financial model. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: IP valuation. | 0.4 | 550 | 220.00 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: the valuation of the Amyris IP and consumer brands IP. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Reviewed and analyzed data for IP valuation. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 11/16/2023 | Valuation Analysis of Debtors | Reviewed and analyzed initial results of IP valuation data. | 2.7 | 550 | 1,485.00 |
| Paul Dionne | 11/16/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: updates to the preliminary Amyris IP valuation. | 0.4 | 700 | 280.00 |
| Paul Dionne | 11/16/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: follow up discussion on the preliminary valuation of Amyris. | 0.5 | 700 | 350.00 |
| Aman Agrawal | 11/17/2023 | Valuation Analysis of Debtors | Continued to conduct preliminary comparable royalty rate screen for the consumer brands IP. | 1.6 | 395 | 632.00 |
| Aman Agrawal | 11/17/2023 | Valuation Analysis of Debtors | Continued to conduct preliminary IP valuation. | 2.0 | 395 | 790.00 |
| Aman Agrawal | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the financial projections for the consumer brands business. | 2.1 | 395 | 829.50 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: the preliminary valuation of the Amyris IP. | 0.6 | 395 | 237.00 |
| Aman Agrawal | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), C. Korn (MSG), and L. Miladinovic (MSG) re: valuations of consumer brands IP and Amyris IP. | 0.4 | 395 | 158.00 |
| Brad Orelowitz | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: discussion of the Amyris IP valuation. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: valuation of the Amyris IP. | 0.8 | 900 | 720.00 |
| Brad Orelowitz | 11/17/2023 | Valuation Analysis of Debtors | Reviewed valuation analyses of Amyris IP. | 2.3 | 900 | 2,070.00 |
| Brad Orelowitz | 11/17/2023 | Valuation Analysis of Debtors | Reviewed financial model. | 2.0 | 900 | 1,800.00 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and analyzed projections in the Amyris financial model. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation. | 2.3 | 325 | 747.50 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: analysis of the previous valuations of Amyris IP. | 0.6 | 325 | 195.00 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation of Amyris IP. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation of Amyris IP. | 2.1 | 325 | 682.50 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), A. Agrawal (MSG), and L. Miladinovic (MSG) re: valuations of consumer brands IP and Amyris IP. | 0.4 | 325 | 130.00 |
| Charles Korn | 11/17/2023 | Valuation Analysis of Debtors | Continued to review and analyze valuation of Amyris IP. | 1.8 | 325 | 585.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: the preliminary valuation of the Amyris IP. | 0.6 | 550 | 330.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation methodologies re: Amyris IP. | 0.3 | 550 | 165.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: analysis of the valuation of Amyris IP | 0.6 | 550 | 330.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the valuation of certain Amyris IP. | 2.3 | 550 | 1,265.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis of the Amyris IP. | 1.1 | 550 | 605.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: valuation of the Amyris IP. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), A. Agrawal (MSG), and C. Korn (MSG) re: valuations of consumer brands IP and Amyris IP. | 0.4 | 550 | 220.00 |
| Luka Miladinovic | 11/17/2023 | Valuation Analysis of Debtors | Reviewed the Amyris financial model. | 1.9 | 550 | 1,045.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Reviewed IP related documents. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Reviewed Amyris financial model. | 1.3 | 700 | 910.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Continued to review additional documents re: consumer brands. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: discussion of the Amyris IP valuation. | 0.4 | 700 | 280.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation methodology re: Amyris IP. | 0.3 | 700 | 210.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: valuation of the Amyris IP. | 0.8 | 700 | 560.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG), A. Agrawal (MSG), and C. Korn (MSG) re: valuations of consumer brands IP and Amyris IP. | 0.4 | 700 | 280.00 |
| Paul Dionne | 11/17/2023 | Valuation Analysis of Debtors | Reviewed additional documents re: the consumer brands. | 1.1 | 700 | 770.00 |
| Aman Agrawal | 11/18/2023 | Valuation Analysis of Debtors | Reviewed documents re: consumer brands. | 3.4 | 395 | 1,343.00 |
| Charles Korn | 11/18/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the Amyris IP. | 1.5 | 325 | 487.50 |
| Charles Korn | 11/18/2023 | Valuation Analysis of Debtors | Continued to review and analyze valuations of the Amyris IP. | 0.7 | 325 | 227.50 |
| Charles Korn | 11/18/2023 | Valuation Analysis of Debtors | Analyzed and reviewed the financial projections for Amyris' business segments. | 1.2 | 325 | 390.00 |
| Charles Korn | 11/18/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris projected revenue. | 1.3 | 325 | 422.50 |
| Aman Agrawal | 11/19/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the historical and financial projections for the consumer brands business. | 2.1 | 395 | 829.50 |
| Aman Agrawal | 11/20/2023 | Valuation Analysis of Debtors | Reviewed and analyzed preliminary agreements identified in screen. | 2.6 | 395 | 1,027.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 11/20/2023 | Valuation Analysis of Debtors | Conducted research re: IP agreements. | 1.8 | 395 | 711.00 |
| Aman Agrawal | 11/20/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the IP data. | 2.0 | 395 | 790.00 |
| Aman Agrawal | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: preliminary valuation of Amyris IP. | 0.9 | 395 | 355.50 |
| Brad Orelowitz | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: update on the preliminary valuation of Amyris IP. | 1.2 | 900 | 1,080.00 |
| Brad Orelowitz | 11/20/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), G. Glazer (PSZJ), H. Kevane (PSZJ), L. Miladinovic (MSG), and P. Dionne (MSG) re: overview of the Amyris IP and valuation matters. | 1.4 | 900 | 1,260.00 |
| Brad Orelowitz | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: documents received, preliminary enterprise valuation of Amyris, and next steps for valuation of IP. | 1.4 | 900 | 1,260.00 |
| Charles Korn | 11/20/2023 | Valuation Analysis of Debtors | Updated valuations. | 1.0 | 325 | 325.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and B. Orelowitz (MSG) re: documents received, preliminary enterprise valuation of Amyris, and next steps for valuation of IP. | 1.4 | 550 | 770.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), G. Glazer (PSZJ), H. Kevane (PSZJ), B. Orelowitz (MSG), and P. Dionne (MSG) re: overview of the Amyris IP and valuation matters. | 1.4 | 550 | 770.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: update on the preliminary valuation of Amyris IP. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Reviewed financial projections for the consumer brands business. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Analyzed projected revenue streams in the Amyris financial model. | 1.9 | 550 | 1,045.00 |
| Luka Miladinovic | 11/20/2023 | Valuation Analysis of Debtors | Analyzed the costs associated with each of the projected revenue streams in the Amyris financial model. | 1.5 | 550 | 825.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Paul Dionne | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: update on the preliminary valuation of Amyris IP. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: preliminary valuation of Amyris IP. | 0.9 | 700 | 630.00 |
| Paul Dionne | 11/20/2023 | Valuation Analysis of Debtors | Reviewed preliminary IP valuation. | 0.8 | 700 | 560.00 |
| Paul Dionne | 11/20/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), G. Glazer (PSZJ), H. Kevane (PSZJ), L. Miladinovic (MSG), and B. Orelowitz (MSG) re: overview of the Amyris IP and valuation matters. | 1.4 | 700 | 980.00 |
| Paul Dionne | 11/20/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: documents received, preliminary enterprise valuation of Amyris, and next steps for valuation of IP. | 1.4 | 700 | 980.00 |
| Aman Agrawal | 11/21/2023 | Valuation Analysis of Debtors | Continued to perform research for valuation of consumer brands IP. | 1.3 | 395 | 513.50 |
| Aman Agrawal | 11/21/2023 | Valuation Analysis of Debtors | Reviewed and analyzed preliminary results from consumer brands IP data. | 1.7 | 395 | 671.50 |
| Aman Agrawal | 11/21/2023 | Valuation Analysis of Debtors | Conducted additional research re: IP valuation. | 1.9 | 395 | 750.50 |
| Aman Agrawal | 11/21/2023 | Valuation Analysis of Debtors | Summarized preliminary valuation data results. | 2.2 | 395 | 869.00 |
| Aman Agrawal | 11/21/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: IP valuation. | 0.9 | 395 | 355.50 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), S. Fleming (PWC), D. Ihn (PWC), P. Dionne (MSG) and L. Miladinovic (MSG) re: the Amyris financial model. | 0.6 | 900 | 540.00 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and P. Dionne (MSG) re: the preliminary valuation of Amyris. | 0.5 | 900 | 450.00 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation of Amyris. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Reviewed IP agreements. | 2.1 | 900 | 1,890.00 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Reviewed IP screening. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 11/21/2023 | Valuation Analysis of Debtors | Reviewed board materials. | 1.0 | 900 | 900.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), S. Fleming (PWC), D. Ihn (PWC), P. Dionne (MSG) and B. Orelowitz (MSG) re: the Amyris financial model. | 0.6 | 550 | 330.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: the preliminary valuation of Amyris. | 0.5 | 550 | 275.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis of the Amyris IP. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Continued to review the projected revenue streams in the Amyris financial model. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis of the Amyris IP. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 11/21/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis of the Amyris IP. | 1.4 | 550 | 770.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Continued to review and analyze the Amyris financial model. | 0.7 | 700 | 490.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: IP valuation. | 0.9 | 700 | 630.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), S. Fleming (PWC), D. Ihn (PWC), B. Orelowitz (MSG) and L. Miladinovic (MSG) re: the Amyris financial model. | 0.6 | 700 | 420.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and B. Orelowitz (MSG) re: the preliminary valuation of Amyris. | 0.5 | 700 | 350.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Reviewed additional preliminary results for the royalty rate screening for consumer brands IP. | 1.0 | 700 | 700.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation of Amyris. | 1.9 | 700 | 1,330.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation. | 3.1 | 700 | 2,170.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Reviewed preliminary calculations for the valuation of Amyris. | 0.8 | 700 | 560.00 |
| Paul Dionne | 11/21/2023 | Valuation Analysis of Debtors | Continued to review preliminary valuation of Amyris. | 0.9 | 700 | 630.00 |
| Aman Agrawal | 11/22/2023 | Valuation Analysis of Debtors | Continued to preform IP valuation. | 1.0 | 395 | 395.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 11/22/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), L. Miladinovic (MSG), and B. Orelowitz (MSG) re: preliminary Amyris valuation. | 0.3 | 395 | 118.50 |
| Brad Orelowitz | 11/22/2023 | Valuation Analysis of Debtors | Telephone call with A. Kornfeld re: valuation. | 0.3 | 900 | 270.00 |
| Brad Orelowitz | 11/22/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), L. Miladinovic (MSG), and A. Agrawal (MSG) re: preliminary Amyris valuation. | 0.3 | 900 | 270.00 |
| Brad Orelowitz | 11/28/2023 | Valuation Analysis of Debtors | Telephone call with A. Kornfeld re: valuation. | 0.2 | 900 | 180.00 |
| Jordan Murray | 11/22/2023 | Valuation Analysis of Debtors | Reviewed preliminary analysis. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 11/22/2023 | Valuation Analysis of Debtors | Reviewed the preliminary valuation analysis of the Amyris IP. | 1.1 | 550 | 605.00 |
| Luka Miladinovic | 11/22/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), B. Orelowitz (MSG), and A. Agrawal (MSG) re: preliminary Amyris valuation. | 0.3 | 550 | 165.00 |
| Paul Dionne | 11/22/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation of Amyris. | 1.2 | 700 | 840.00 |
| Paul Dionne | 11/22/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), and A. Agrawal (MSG) re: preliminary Amyris valuation. | 0.3 | 700 | 210.00 |
| Brad Orelowitz | 11/29/2023 | Valuation Analysis of Debtors | Team meeting with P. Dionne (MSG) and L. Miladinovic (MSG) re: update and IP valuation. | 0.4 | 900 | 360.00 |
| Brad Orelowitz | 11/29/2023 | Valuation Analysis of Debtors | Reviewed IP agreements. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 11/29/2023 | Valuation Analysis of Debtors | Reviewed preliminary IP valuation. | 1.5 | 900 | 1,350.00 |
| Luka Miladinovic | 11/29/2023 | Valuation Analysis of Debtors | Team meeting with B. Orelowitz (MSG) and P. Dionne (MSG) re: update and IP valuation. | 0.4 | 550 | 220.00 |
| Luka Miladinovic | 11/29/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analysis of the Amyris IP. | 1.6 | 550 | 880.00 |
| Luka Miladinovic | 11/29/2023 | Valuation Analysis of Debtors | Reviewed the financial projections in the preliminary IP valuation. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 11/29/2023 | Valuation Analysis of Debtors | Reviewed and analyzed Amyris IP agreements. | 2.6 | 550 | 1,430.00 |
| Luka Miladinovic | 11/29/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.6 | 550 | 880.00 |
| Paul Dionne | 11/29/2023 | Valuation Analysis of Debtors | Team meeting with B. Orelowitz (MSG) and L. Miladinovic (MSG) re: update and IP valuation. | 0.4 | 700 | 280.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period October 31, 2023 - November 30, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 11/30/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: preliminary IP valuation. | 1.3 | 395 | 513.50 |
| Brad Orelowitz | 11/30/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: projected revenue streams for the Amyris IP. | 0.5 | 900 | 450.00 |
| Brad Orelowitz | 11/30/2023 | Valuation Analysis of Debtors | Reviewed and analyzed various IP agreements. | 2.3 | 900 | 2,070.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: preliminary IP valuation. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: projected revenue streams for the Amyris IP. | 0.5 | 550 | 275.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Reviewed preliminary analysis of the consumer brands IP. | 1.9 | 550 | 1,045.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Continued to model and perform preliminary valuation analysis of the Amyris IP. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Reviewed the valuation inputs for Amyris. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 11/30/2023 | Valuation Analysis of Debtors | Reviewed and analyzed the Amyris financial model. | 2.1 | 550 | 1,155.00 |
| Paul Dionne | 11/30/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: projected revenue streams for the Amyris IP. | 0.5 | 700 | 350.00 |

# THE MICHEL-SHAKED GROUP
A DIVISION OF BACK BAY MANAGEMENT CORPORATION                              FEDERAL I.D. NUMBER: 04-2879357

December 12, 2023

Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**PROFESSIONAL FEES & EXPENSES**
**October 31, 2023 - November 30, 2023**
*Re: Amyris, Inc. et al., 23-11131 (TMH)*

**PROFESSIONAL FEES**

| NAME | LEVEL | HOURLY RATE | HOURS BILLED | TOTAL FEES |
|---|---|---|---|---|
| Brad Orelowitz | Managing Director | 900 | 84.8 | $ 76,320.00 |
| Paul Dionne | Director | 700 | 99.5 | 69,650.00 |
| Luka Miladinovic | Senior Analyst | 550 | 69.8 | 38,390.00 |
| Jordan Murray | Senior Analyst | 550 | 1.2 | 660.00 |
| Aman Agrawal | Analyst | 395 | 34.3 | 13,548.50 |
| Charles Korn | Analyst | 325 | 102.2 | 33,215.00 |
| | **TOTAL PROFESSIONAL FEES** | | | **231,783.50** |

**EXPENSES**

| | | |
|---|---|---|
| Data charges | | 11,162.00 |
| **TOTAL EXPENSES** | | **11,162.00** |

| **TOTAL PROFESSIONAL FEES & EXPENSES DUE** | $ | **242,945.50** |
|---|---|---|