# **EXHIBIT A**

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

December 8, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00051

Invoice Number: 7224856

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through November 30, 2023 in connection with Retention and Fee Applications.

**FEES**................................................................................................................ $22,999.50

**COSTS** related thereto............................................................................................ $0.00

**TOTAL** ................................................................................................................ $22,999.50

**PAYMENT INSTRUCTIONS**
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

*Please reference the client matter and invoice numbers on the electronic fund transfer.*
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

December 8, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00051  
Invoice Number: 7224856

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/2023 | Jaksa, Kyle | Correspondence with client regarding the monthly fee application. | 0.20 |
| 11/10/2023 | Jaksa, Kyle | Draft the CNO for the Monthly Fee Application. | 0.80 |
| 11/13/2023 | Dorf, Michael S. | Review Certificate of No Objection and email regarding same with K. Jaksa. | 0.10 |
| 11/13/2023 | Jaksa, Kyle | Revise and finalize the CNO for the monthly fee application. | 0.30 |
| 11/14/2023 | Jaksa, Kyle | Correspondence with Debtor's counsel to finalize and file the CNO. | 0.20 |
| 11/16/2023 | Dorf, Michael S. | Coordinate with L. McDowell and K. Jaksa regarding monthly fee applications. | 0.20 |
| 11/16/2023 | Jaksa, Kyle | Correspondence with M. Dorf regarding monthly fee application. | 0.40 |
| 11/17/2023 | Dorf, Michael S. | Attend to October fee application. | 0.20 |
| 11/17/2023 | Jaksa, Kyle | Draft and revise the monthly fee application for October. | 1.80 |
| 11/20/2023 | Jaksa, Kyle | Draft the interim fee application for the first interim fee period. | 5.10 |
| 11/21/2023 | Dorf, Michael S. | Emails with K. Jaksa and L. McDowell regarding fee applications. | 0.20 |
| 11/21/2023 | McDowell, Luckey | Review interim comp order and give guidance regarding compliance for quarterly fee application. | 0.40 |
| 11/21/2023 | Jaksa, Kyle | Draft/revise the Interim Fee Application. | 3.20 |
| 11/22/2023 | Jaksa, Kyle | Draft/revise the Monthly fee application to finalize the document for filing (.7); correspondence with debtor's counsel regarding same (.2). | 0.90 |
| 11/27/2023 | Jaksa, Kyle | Draft and revise the interim fee application. | 2.20 |
| 11/29/2023 | Dorf, Michael S. | Review/revise Interim Compensation Application. | 0.40 |
| 11/29/2023 | Jaksa, Kyle | Draft and revise the interim fee application (.4); correspondence with internal team regarding comments to the interim fee application (.5). | 0.90 |
| 11/30/2023 | Jaksa, Kyle | Internal correspondence regarding drafting the interim compensation application. | 0.30 |

**TOTAL HOURS** 17.80

**FEES**.................................................................................................................... $22,999.50

December 8, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00051  
Invoice Number: 7224856

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 1.10 | 2,130.00 | 2,343.00 |
| McDowell, Luckey | 0.40 | 2,130.00 | 852.00 |
| Jaksa, Kyle | 16.30 | 1,215.00 | 19,804.50 |
| **TOTALS** | 17.80 | | $22,999.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

December 8, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00053

Invoice Number: 7224855

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through November 30, 2023 in connection with Legacy Transaction Advice.

**FEES**.................................................................................................................... $57,824.50

**COSTS** related thereto............................................................................................ $0.00

**TOTAL** .................................................................................................................... $57,824.50

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

Case 23-11131-TMH   Doc 915-2   Filed 12/14/23   Page 6 of 15

December 8, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00053  
Invoice Number: 7224855

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/02/2023 | Dorf, Michael S. | Telephone call with O. Wright and D. Choi regarding interpretation of Lavvan security interest provisions (0.3); provide file materials to S&S IP and bank finance teams to prepare for call regarding Lavvan (0.4); follow up emails with O. Wright and D. Choi (0.1); emails with G. Glazer (Pachulski) regarding Lavvan email production (0.2) | 1.00 |
| 11/02/2023 | Stavropoulos, Melina | Assist with Sharefile access. | 0.30 |
| 11/03/2023 | Dorf, Michael S. | Review Lavvan agreements to prepare for call with S&S IP team (0.2); telephone call with S&S IP team regarding Pachulski questions regarding negotiating history of Lavvan transaction (0.5); emails with Pachulski regarding negotiating history and interpretation of Lavvan agreements (0.3); discuss email and document review with M. Stavropoulos (0.2); emails with N. Wood regarding security agreement scope (0.2) | 1.40 |
| 11/03/2023 | Betker, Corey | Communicate (in firm) regarding Lavaan agreements, including security interest granted to IP under the same (0.8); review/analyze Lavaan agreements for scope of IP included in security interest (0.7). | 1.50 |
| 11/03/2023 | Grossfeld, Austin | Communicate (in firm) regarding Lavvan collaboration agreement and security agreement (1); review/analyze collaboration agreement and security agreement (0.4). | 1.40 |
| 11/03/2023 | Stavropoulos, Melina | Draft negotiation histories for Amyris IP, Control, and Secured Obligations per M. Dorf. | 5.00 |
| 11/04/2023 | Stavropoulos, Melina | Complete negotiation histories of Amyris Background IP, Amyris Foreground IP, Amyris IP, Control, and compile drafts of Security Agreement per M. Dorf. | 1.70 |
| 11/05/2023 | Dorf, Michael S. | Review negotiating history of Lavvan RCLA definitions from M. Stavropoulos and send to Pachulski | 0.40 |
| 11/06/2023 | Betker, Corey | Review/analyze initial summary of analysis and arguments related to scope of security interest related to IP in Lavvan agreements (1.1); review/analyze agreements related to the same, including negotiation history (1.2); communicate (in firm) regarding the same (.1) | 2.40 |
| 11/06/2023 | Grossfeld, Austin | Review/analyze Lavvan collaboration agreement and security agreement. | 5.20 |
| 11/07/2023 | Dorf, Michael S. | Telephone call with IP team regarding interpretation of Lavvan agreement. | 0.40 |
| 11/07/2023 | Betker, Corey | Review/analyze updated summary of arguments regarding interpretation scope of security interest granted to Lavvan (0.4); review/analyze agreements related to the same (0.4); communicate (in firm) regarding the same (0.5). | 1.30 |

December 8, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00053  
Invoice Number: 7224855

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/07/2023 | Grossfeld, Austin | Review/analyze Lavvan collaboration agreement and security agreement (0.8); communicate (in firm) regarding collaboration agreement and security agreement (0.5). | 1.30 |
| 11/08/2023 | Dorf, Michael S. | Revise and send summary interpretation of Lavvan security agreement to Pachulski. | 0.50 |
| 11/08/2023 | Betker, Corey | Review/analyze bullet point summary of analysis and arguments related to Lavvan security interest scope with respect to IP, as updated based on internal discussions (0.3); communicate (in firm) regarding the same (0.1). | 0.40 |
| 11/08/2023 | Zander, Sophie | Review/analyze security agreement (0.3); review/analyze Lavvan collaboration agreement (0.3); communicate (in firm) with A. Grossfeld (0.1) | 0.70 |
| 11/08/2023 | Grossfeld, Austin | Draft/revise analysis of scope of Lavvan security interest. | 1.60 |
| 11/15/2023 | Dorf, Michael S. | Attend to DSM term sheet and pulling DSM agreements to prepare for potential DSM renegotiation. | 0.30 |
| 11/16/2023 | Grossfeld, Austin | Review/analyze current DSM governing agreements. | 2.20 |
| 11/28/2023 | Dorf, Michael S. | Review Lavvan arbitration ruling and email from Lavaan's counsel (0.5); discuss O. Wright request for analysis with JB Betker (0.2). | 0.70 |
| 11/28/2023 | Betker, Corey | Review/analyze arbitration award related to Lavvan agreement (0.5); review/analyze relevant provisions of Lavvan agreement to discuss internally implications of the same (0.4); communicate (in firm) regarding the same (0.3). | 1.20 |
| 11/29/2023 | Betker, Corey | Communicate (in firm) regarding initial issues flagged in review of arbitration award related to Lavvan (0.2); review/analyze arbitration award related to Lavvan (0.7); review/analyze Lavvan agreements for purposes of the same (0.6); communicate (in firm) regarding interpretation of the same, including responding to client questions (0.7). | 2.20 |
| 11/29/2023 | Grossfeld, Austin | Review/analyze arbitration award and Lavvan collaboration agreement. | 4.10 |
| 11/30/2023 | Dorf, Michael S. | Review arbitration order and Lavvan license (1.5); discuss analysis with JB Betker (0.4); call with Amyris regarding Lavvan award (1.0). | 2.90 |
| 11/30/2023 | Betker, Corey | Review/analyze follow-up client queries regarding Lavvan arbitration outcome to prepare for call (0.4); review/analyze underlying documents for purposes of the same (0.8); communicate (in firm) regarding the same to prepare for call with client to discuss (0.4); communicate (with client) regarding the same (1.0). | 2.60 |
| 11/30/2023 | Grossfeld, Austin | Communicate (with client and in firm) regarding arbitration award and Lavvan collaboration agreement. | 1.60 |
| | | | 44.30 |

AMYRIS, INC.                            Account Number: 36714-00053
Page Number: 5                            Invoice Number: 7224855

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| **TOTAL HOURS** | | | |

**FEES**..................................................................................................... $57,824.50

December 8, 2023

AMYRIS, INC.  
Page Number: 6

Account Number: 36714-00053  
Invoice Number: 7224855

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Betker, Corey | 11.60 | 1,460.00 | 16,936.00 |
| Dorf, Michael S. | 7.60 | 2,130.00 | 16,188.00 |
| Grossfeld, Austin | 17.40 | 1,215.00 | 21,141.00 |
| Zander, Sophie | 0.70 | 1,335.00 | 934.50 |
| Stavropoulos, Melina | 7.00 | 375.00 | 2,625.00 |
| **TOTALS** | 44.30 | | $57,824.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

December 8, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00054

Invoice Number: 7224857

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through November 30, 2023 in connection with Chapter 11 Auction Process.

**FEES**......................................................................................................................... $3,108.50

**COSTS** related thereto............................................................................................. $0.00

**TOTAL** ..................................................................................................................... $3,108.50

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

*Please reference the client matter and invoice numbers on the electronic fund transfer.*
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

December 8, 2023

AMYRIS, INC.  
Page Number: 3

Account Number: 36714-00054  
Invoice Number: 7224857

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 11/07/2023 | Dorf, Michael S. | Emails with D. Choi and S&S team regarding auction status/timing. | 0.10 |
| 11/16/2023 | Dorf, Michael S. | Attend to preliminary matters regarding asset sales to prepare for anticipated bids, including asset agreement and bidding instructions. | 0.80 |
| 11/16/2023 | Wright, Cody L. | Emails with M. Dorf regarding background of asset sales (.1); correspondence with K. Jaksa regarding background and status of matter and form of asset purchase agreement (.3). | 0.40 |
| 11/16/2023 | Jaksa, Kyle | Correspondence with C. Wright regarding the overview of the Amyris case (.1); review the docket and provide bidding instructions and other material documents to C. Wright (.4). | 0.50 |

**TOTAL HOURS** 1.80

**FEES**............................................................................................................. $3,108.50

December 8, 2023

AMYRIS, INC.  Account Number: 36714-00054
Page Number: 4  Invoice Number: 7224857

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 0.90 | 2,130.00 | 1,917.00 |
| Wright, Cody L. | 0.40 | 1,460.00 | 584.00 |
| Jaksa, Kyle | 0.50 | 1,215.00 | 607.50 |
| **TOTALS** | 1.80 | | $3,108.50 |

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

December 11, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting,
please reference:

36714-00056

Invoice Number: 7225008

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through November 30, 2023 in connection with DSM-Firmenich Restructuring.

**FEES**..................................................................................................................... $9,241.50

**COSTS** related thereto............................................................................................ $0.00

**TOTAL** ................................................................................................................... $9,241.50

**PAYMENT INSTRUCTIONS**

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

December 11, 2023

AMYRIS, INC.                               Account Number: 36714-00056
Page Number: 3                         Invoice Number: 7225008

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/13/2023 | Dorf, Michael S. | Emails regarding DSM transaction. | 0.10 |
| 11/14/2023 | Dorf, Michael S. | Attend to preliminary matters regarding DSM transaction. | 0.30 |
| 11/15/2023 | Betker, Corey | Review/analyze current draft of term sheet with DSM (1.3); review/analyze current agreements with DSM related to the same, including IP provisions and license proposed to be amended (1.5). | 2.80 |
| 11/15/2023 | Grossfeld, Austin | Review/analyze DSM term sheet and related documents in data room. | 3.30 |
| 11/16/2023 | Betker, Corey | Communicate (in firm) regarding DSM term sheet and background on the same, including underlying agreements. | 0.20 |

**TOTAL HOURS**                                        6.70

**FEES**.................................................................................................................... $9,241.50

Case 23-11131-TMH    Doc 915-2    Filed 12/14/23    Page 15 of 15

December 11, 2023

AMYRIS, INC.  
Page Number: 4

Account Number: 36714-00056  
Invoice Number: 7225008

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Betker, Corey | 3.00 | 1,460.00 | 4,380.00 |
| Dorf, Michael S. | 0.40 | 2,130.00 | 852.00 |
| Grossfeld, Austin | 3.30 | 1,215.00 | 4,009.50 |
| **TOTALS** | 6.70 | | $9,241.50 |