**EXHIBIT B**

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

December 11, 2023

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100
Emeryville, CA 94608

When remitting, please reference:

36714-00049

Invoice Number: 7225010

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through November 30, 2023, 2023 in connection with Beauty Lab Litigation.

**COSTS** related thereto............................................................................................. $22.75

**TOTAL** ..................................................................................................................... $22.75

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

*Please reference the client matter and invoice numbers on the electronic fund transfer.*
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

December 11, 2023

AMYRIS, INC.     Account Number: 36714-00049
Page Number: 2     Invoice Number: 7225010

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/31/23 | INF | Other Information Services - - VENDOR: COURTALERT.COM, INC. OCTOBER 2023 ALERT SERVICES/COURTALERT FOR PACER Bank ID: CITINYDD Check Number: 293548 | 22.75 |

## COST SUMMARY

| INF | Other Information Services | 22.75 | |
|---|---|---|---|
| **COSTS related thereto** | | | $22.75 |
| **TOTAL** | | | $22.75 |