IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br>**Ref. Docket No. 917 and 918** |

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING HEARING
WITH RESPECT TO THE MOTION FOR (I) AN ORDER (A) APPROVING
BID PROCEDURES FOR THE SALE OF THE DEBTORS' LAB-TO-MARKET™
ASSETS; (B) SETTING MINIMUM RESERVE PRICE; (C) SCHEDULING
THE AUCTION AND SALE HEARING; (D) APPROVING THE FORM AND
MANNER OF NOTICE THEREOF; AND (E) GRANTING RELATED RELIEF; AND
(II) AN ORDER OR ORDERS (A) APPROVING THE SALE OF THE DEBTORS'
LAB-TO-MARKET™ ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES;
AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT
<u>OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

Upon consideration of the motion (the "<u>Motion to Shorten</u>")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for the entry of an order (this "<u>Order</u>"): (a) shortening notice with respect to the *Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-To-Market™ Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-To-Market™ Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* (the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten.

"Motion"); (b) setting a hearing on the Motion before this Court on December 20, 2023 at 3:00 p.m. (prevailing Eastern Time) (the "Hearing"); and (c) granting related relief, all as more fully set forth in the Motion to Shorten; and upon consideration of the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion will be considered by the Court on **December 20, 2023 at 3:00 p.m. (prevailing Eastern Time)** (the "Hearing").

3. Any response or objection to the Motion must be filed in advance of the Hearing no later than December 19, 2023, at 5:00 p.m.

4. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

*Thomas M. Horan*

**Dated: December 15th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**