## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

Sale Hearing Date: **December 20, 2023 at 3:00 p.m. (Eastern)**
Objection Deadline: **December 18, 2023 at 4:00 p.m. (Eastern)**

### NOTICE OF FILING OF SUCCESSFUL BIDDER AND
### AUCTION RESULTS FOR SALE OF ROSE BRAND ASSETS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 316] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking, among other relief, entry of (a) an order approving Bid Procedures for the sale (the "Sale") of certain of the Debtors' assets (collectively, the "Brand Assets") associated with their Operating Consumer Brands, and (b) granting certain related relief.

2. On October 16, 2023, the Bankruptcy Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections In Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief* [Docket No. 553] (the "Bid Procedures Order").[2]

3. Pursuant to the Bid Procedures Order, the Debtors conducted an auction for the Rose Brand Assets on December 13, 2023 via Zoom videoconference (the "Rose Auction"). At the conclusion of the Rose Auction, the Debtors declared AA Investments (HK) Limited (the "Rose Successful Bidder") as the Successful Bidder for the Rose Brand Assets with the highest or otherwise best Bid for the purchase price of $2,500,000 in aggregate consideration plus the assumption of certain Assumed Liabilities.

4. A proposed form of Sale Order approving the Sale of the Rose Brand Assets to the Rose Successful Bidder is attached hereto as **Exhibit 1** (the "Rose Sale Order") and a copy of the proposed form of Purchase Agreement is attached hereto as **Exhibit 2** (the "Rose APA"), which

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Order or the applicable Bid Procedures.

DE:4863-7984-5271.3 03703.004

remains subject to further revision and approval by the Debtors.  **The Rose Successful Bidder does not presently intend to designate any executory contracts or unexpired leases as Transferred Contracts.**

5. In accordance with the terms of the Bid Procedures Order, the Debtors and the Successful Bidders will finalize and, as applicable, file, the definitive documentation to implement the Successful Bids prior to the Sale Hearing, which hearing will be conducted on **December 20, 2023 at 3:00 p.m. (Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.  The Sale Hearing may be adjourned by announcement in open Court or on the Court's calendar without any further notice.

6. The deadline to object to the Debtors' request to approve the Sale of the Rose Brand Assets to the Rose Successful Bidder is **December 18, 2023 at 4:00 p.m. (Eastern Time)** (the "Sale Objection Deadline").  To the extent any Contract Counterparty objects to adequate assurance of future performance provided by the Rose Successful Bidder, any such objection must be filed and served on or prior to the Sale Objection Deadline.

| | |
|---|---|
| Dated: December 15, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | *Counsel to the Debtors and Debtors in Possession* |