IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF ORAL DEPOSITION OF AMYRIS, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Lavvan Inc. ("**Lavvan**"), by and through its undersigned attorneys, will take the deposition upon oral examination of debtor Amyris, Inc. ("**Amyris**") on a date and time to be determined, and thereafter as necessary until completed, in connection with *Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [D.I. 892] in the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted remotely by via Zoom or other remote platform or at a location as may be agreed to by the parties, before a person authorized by law to administer oaths.  The deposition will be recorded by stenographic means.  If the deposition is not completed, it will continue from day to day, excluding Sundays and holidays, until completed.  Lavvan reserves the right to leave the deposition(s) open and continue the questioning upon receipt of additional material relevant to the witness(s)' testimony.  The

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 30316653v.3

deposition may be used for discovery purposes and introduced as evidence in proceedings before the Court.

PLEASE TAKE FURTHER NOTICE that the deponent is a corporation or other business entity.  Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Amyris is required to designate a person or persons most qualified to testify on its behalf regarding the matters listed in **Schedule A**.  Lavvan requests that Amyris identify in writing, at least five (5) business days prior to the deposition date, the names and titles of each designated person who will testify on its behalf and set forth, for each person designated, the topics described below on which each person will testify.

Lavvan reserves the right to seek relief from the Court in the event that the designated deponent is not properly prepared to testify on behalf of Amyris with respect to each of the topics identified in Schedule A.

- 3 -

Dated: December 18, 2023

          Respectfully submitted,

*/s/ Russell C. Silberglied*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: collins@rlf.com
      silberglied@rlf.com
      kandestin@rlf.com
      mathews@rlf.com

          **-and-**

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone:  (646) 844-2466
Email:     jcyrulnik@cf-llp.com
         pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*