# SCHEDULE A

## DEFINITIONS

1. The term "Debtors" or "You" means the above-captioned debtors, their predecessors and successors-in-interest, any affiliate, division, subsidiary or business unit that has any involvement with the issues raised in this contested matter, and all persons acting on their behalf.

2. The term "Exit First Lien Facility" has the same meaning as set forth in the Plan.

3. The term "Lavvan Claims" has the same meaning as set forth in the Plan.

4. The term "New Common Stock" has the same meaning as set forth in the Plan.

5. The term "Plan" means *Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* filed by the Debtors, as it may be amended.

6. The term "Plan Projections" means the projections attached as Exhibit A to the disclosure statement [D.I. 524], including any future amendments thereto, or any other financial projections that the Debtors will rely upon in support of their Plan.

## TOPICS FOR EXAMINATION

1. The Plan's classification or treatment of the Lavvan Claims.

2. Subordination of the Lavvan Claims in connection with the Plan and the projected timing of any payment on account of the Lavvan claims.

3. The terms of the Exit First Lien Facility.

4. The Plan Projections, including the underlying support and data for the Plan Projections.

5. The value of the Debtors and their business, including any marketing and sale process.

6. The collateral subject to Lavvan's liens.

7. The Plan's release provisions and the payments on account of Direct Claims.

8. Feasibility of the Plan.

9. The Plan's satisfaction of the absolute priority rule.

10. How the subordination of the Lavvan Claims would operate with respect to the Exit First Lien Facility and the New Common Stock.

11. Any profits or losses relating to the sale of "Collaboration Cannabinoids" as defined in the Award issued by the International Chamber of Commerce International Court of Arbitration dated November 21, 2023.