# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF DEPOSITION OF JOHN DOERR

PLEASE TAKE NOTICE THAT, Lavvan Inc., pursuant to Federal Rule of Civil Procedure 30, made applicable by Fed. R. Bankr. Proc. 7030 and 9014, will take the deposition by oral examination of John Doerr in connection with the hearing regarding confirmation of the Debtors' *Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* (Dkt. 892) (the "**Plan**"). The Deposition will take place on a date and time to be determined and will either be conducted via Zoom or other remote platform, or at a location as may be agreed to by Mr. Doerr and the undersigned counsel, and will continue from day to day until completed. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths and will be recorded by stenographic, video, and audio means. The scope of the examination will be issues related to confirmation of the Plan. This deposition may be used for all purposes to the extent authorized by applicable law.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 30318482v.1

Dated: December 18, 2023

                Respectfully submitted,

*/s/ Russell C. Silberglied*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: collins@rlf.com
       silberglied@rlf.com
       kandestin@rlf.com
       mathews@rlf.com

        **-and-**

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone:  (646) 844-2466
Email:    jcyrulnik@cf-llp.com
           pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*

RLF1 30318482v.1