UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF DEPOSITION OF STEVEN FLEMING

PLEASE TAKE NOTICE THAT, Lavvan Inc., pursuant to Federal Rule of Civil Procedure 30, made applicable by Fed. R. Bankr. Proc. 7030 and 9014, will take the deposition by oral examination of Steven Fleming in connection with the hearing regarding confirmation of the Debtors' *Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* (Dkt. 892) (the "**Plan**"). The Deposition will take place on a date and time to be determined and will either be conducted via Zoom or other remote platform, or at a location as may be agreed to by Mr. Fleming and the undersigned counsel, and will continue from day to day until completed. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths and will be recorded by stenographic, video, and audio means. The scope of the examination will be issues related to confirmation of the Plan. This deposition may be used for all purposes to the extent authorized by applicable law.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 30318491v.1

Dated: December 18, 2023

                        Respectfully submitted,

                        */s/ Russell C. Silberglied*
                        Mark D. Collins (No. 2981)
                        Russell C. Silberglied (No. 3462)
                        Cory D. Kandestin (No. 5025)
                        Emily R. Mathews (No. 6866)
                        **RICHARDS, LAYTON & FINGER, P.A.**
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 651-7700
                        Facsimile: (302) 651-7701
                        Email: collins@rlf.com
                                 silberglied@rlf.com
                                 kandestin@rlf.com
                                 mathews@rlf.com

                                **-and-**

                        Jason Cyrulnik
                        Paul Fattaruso
                        **CYRULNIK FATTARUSO LLP**
                        55 Broadway, Third Floor
                        New York, NY 10006
                        Telephone: (646) 844-2466
                        Email:    jcyrulnik@cf-llp.com
                                     pfattaruso@cf-llp.com

                        *Counsel for Lavvan, Inc.*