**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 23-11131 (TMH) ) |
| AMYRIS, INC. et al, | ) (Jointly Administered) ) |
| Debtors.[1] | )  ) ) Re: Docket No. 917 ) ) |

**AD HOC CROSS-HOLDER GROUP'S
NOTICE OF DEPOSITION TO M. FREDDIE REISS**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), made applicable to these proceedings by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the ad hoc group (the "Ad Hoc Cross-Holder Group") of certain unaffiliated (a) holders of notes or other indebtedness issued under that certain Indenture, dated as of November 15, 2021 pursuant to which Amyris, Inc. issued certain 1.50% Convertible Senior Notes Due 2026 and/or (b) shareholders of Amyris, Inc., as identified on that certain Verified Statement of Ad Hoc Cross-Holder Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 397], as the same may be amended or supplemented from time to time, by and through its undersigned counsel, will take the oral deposition of M. Freddie Reiss, an adult individual, on **January [   ], 2024 at 10:00 a.m.** (Eastern Time) remotely via Microsoft Teams or a similar remote video platform, in connection with the contested matter concerning the Debtors' *Second Amended Joint Chapter 11 Plan of*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

*Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 892] filed in the above-captioned cases jointly administered under Case No. 23-11131 (the "Chapter 11 Cases").

The deposition will be conducted pursuant to the Federal Rules of Civil Procedure for the purpose of discovery, for use at any contested hearing, or both. The deposition will take place before an officer authorized and certified to administer oaths and will be recorded by video and/or stenographic means, consistent with Fed. R. Civ. P. 30(b)(3). You are invited to attend and cross examine.

Dated:  December 18, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON LLP**

By: */s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com

**ARENTFOX SCHIFF LLP**

By: */s/ Andrew I. Silfen*
Andrew I. Silfen (*Pro Hac Vice*)
Beth M. Brownstein (*Pro Hac Vice*)
1301 Avenue of the Americas
42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Andrew.Silfen@afslaw.com
Beth.Brownstein@afslaw.com

and

        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON P.A.**

By:   */s/ Eric J. Silver*
      Eric J. Silver (*Pro Hac Vice*)
      150 W. Flagler St, Suite 2200
      Miami, FL 33130
      Telephone: (302) 789-3200
      Facsimile: (305) 789-2688
      esilver@stearnsweaver.com

AFDOCS:199239757.1
WBD (US) 4868-3450-1783v1