# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 23-11131 (TMH) |
| AMYRIS, INC. et al, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2023, the Ad Hoc Group of Cross-Holders comprised of holders of (i) 1.50% Convertible Senior Notes due 2026 issued by Amyris, Inc. ("Amyris") and (ii) shares in Amyris (the "Ad Hoc Cross-Holder Group") by and through its undersigned counsel, caused a copy of 1) *Ad Hoc Cross-Holder Group's First Set of Interrogatories to the Debtors in Connection with the Plan Contested Matter*; and 2) *Ad Hoc Cross-Holder Group's First Set of Requests for Production of Documents to the Debtors in Connection with the Plan Contested Matter* to be served upon the parties identified below via email.

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Richard M. Pachulski | Maxim B. Litvak |
| Debra I. Grassgreen | One Sansome Street, Suite 3430 |
| James E. O'Neill | San Francisco, California 94104 |
| Jason H. Rosell | Email: mlitvak@pszjlaw.com |
| Steven W. Golden | |
| 919 N. Market Street, 17th Floor | |
| P.O. Box 8705 | |
| Wilmington, Delaware 19899 | |
| Email: rpachulski@pszjlaw.com | |
|     dgrassgreen@pszjlaw.com | |
|     joneill@pszjlaw.com | |
|     jrosell@pszjlaw.com | |
|     sgolden@pszjlaw.com | |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| **Counsel to the Debtors**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Alan J. Kornfeld<br>Tavi C. Flanagan<br>Gillian N. Brown<br>10100 Santa Monica Blvd. 13th Floor<br>Los Angeles, California 90067-4003<br>Email: akornfeld@pszjlaw.com<br>          tflanagan@pszjlaw.com<br>          gbrown@pszjlaw.com | |

Dated: December 18, 2023
       Wilmington, Delaware

**WOMBLE BOND DICKINSON LLP**

By:   /s/ *Matthew P. Ward*
     Matthew P. Ward (DE Bar No. 4471)
     Morgan L. Patterson (DE Bar No. 5388)
     1313 North Market Street, Suite 1200
     Wilmington, Delaware 19801
     Telephone: (302) 252-4320
     Facsimile: (302) 252-4330
     Email: matthew.ward@wbd-us.com
     Email: morgan.patterson@wbd-us.com

**ARENTFOX SCHIFF LLP**

By:   /s/ *Andrew I. Silfen*
     Andrew I. Silfen (*Pro Hac Vice*)
     Beth M. Brownstein (*Pro Hac Vice*)
     1301 Avenue of the Americas
     42nd Floor
     New York, New York 10019
     Telephone: (212) 484-3900
     Facsimile: (212) 484-3990
     Andrew.Silfen@afslaw.com
     Beth.Brownstein@afslaw.com

and

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON P.A.**

By:   /s/ *Eric J. Silver*
     Eric J. Silver (*Pro Hac Vice*)
     150 W. Flagler St, Suite 2200
     Miami, FL 33130
     Telephone: (302) 789-3200
     Facsimile: (305) 789-2688
     esilver@stearnsweaver.com

*Counsel to the Ad Hoc Cross-Holder Group*