**EXHIBIT A**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

December 7, 2023
Bill Number    299767
File Number    23406.00001

For legal services rendered as more fully set forth in the attached statement.

|  |  |
|---|---:|
| Legal Services | $72,344.00 |
| Disbursements | $20.00 |
| Bill Total | $72,364.00 |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 23406-00001 |

CMS



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

December 7, 2023
Bill Number    299767
File Number    23406.00001

Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

RE: Amyris, Inc.

Through November 30, 2023

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Asset analysis and Recovery** | | | | | |
| 11/22/23 | CMS | Review Axcess Point notice of abandonment. | 0.10 Hrs | 1,035/hr | $103.50 |
| | | **Total AA Asset analysis and Recovery** | **0.10** | | **$103.50** |
| **Litigation/Adversary Proceedings** | | | | | |
| 11/01/23 | CMS | Review ad hoc motion to appoint examiner. | 1.30 Hrs | 1,035/hr | $1,345.50 |
| 11/01/23 | CMS | E-mail to J. Alberto re: Amryis examiner. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/02/23 | CMS | Review ad hoc motion to file late reply in support of 2004. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/02/23 | CMS | Review Doerr deposition notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/02/23 | CMS | Review Panchadsaram deposition notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/02/23 | CMS | E-mail to S. Hershey re: DE preferences on deposition notices. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/02/23 | CMS | Call from S. Hershey re: deposition dispute with J. Klein. | 0.30 Hrs | 1,035/hr | $310.50 |
| 11/02/23 | CMS | E-mails to S. Hershey and others re: deposition notices. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/02/23 | AHSA | Review recent filings, including examiner motion (.7), and foris objection to 2004 motion (.8); correspondence with co-counsel and PAC team re: depo notices | 1.70 Hrs | 815/hr | $1,385.50 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | (.2); | | | |
| 11/02/23 | CMS | Review Foris objection to Ad Hoc 2004. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 11/03/23 | CMS | Review confirmation discovery protocol motion. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 11/03/23 | AHSA | Correspondence with co-counsel and PAC team re: depo notices (.1); review same (.2); correspondence with L. Huber re: service of same (.1); | 0.40 Hrs | 815/hr | $326.00 |
| 11/03/23 | LCH | Review/format/prepare J. Doerr deposition notice (.2); prepare and draft COS re same (.1); e-file same and prepare docs for service (.2); e-serve same (.1); emails with K. Morales re same (.1) | 0.70 Hrs | 345/hr | $241.50 |
| 11/03/23 | LCH | Review/format/prepare R. Panchadsaram notice of deposition (.1); prepare and draft COS re same (.1); e-file same and prepare docs for service (.2); e-serve same (.1) | 0.50 Hrs | 345/hr | $172.50 |
| 11/03/23 | KAMA | Draft and file notices of deposition | 1.30 Hrs | 600/hr | $780.00 |
| 11/08/23 | AHSA | Correspondence with PAC team re: challenge research issues; | 0.10 Hrs | 815/hr | $81.50 |
| 11/09/23 | AHSA | Review recent filings, including ad hoc noteholder motion for late reply; | 0.10 Hrs | 815/hr | $81.50 |
| 11/10/23 | AHSA | Correspondence with co-counsel and PAC team re: challenge/standing motion (.2); review/analyze legal research re: same (.8); correspondence with co-counsel and PAC team re: depo notice (.2); review same for filing (.1); | 1.30 Hrs | 815/hr | $1,059.50 |
| 11/10/23 | KAMA | Draft notice of deposition and file | 0.70 Hrs | 600/hr | $420.00 |
| 11/10/23 | KAMC | Emails to/from counsel regarding Notice of Deposition of J. Leno (.1); draft COS to same (.1); finalize, file and serve Notice of Deposition (.4) | 0.60 Hrs | 370/hr | $222.00 |
| 11/12/23 | AHSA | Correspondence with PAC team re: DIP/reconsider research (.2); review/analyze same (.5); correspondence with PAC team and co-counsel re: same (.1); review/analyze legal research re: examiner motion (.3); review/analyze examiner motion (.2); | 1.30 Hrs | 815/hr | $1,059.50 |
| 11/14/23 | AHSA | Correspondence with co-counsel and PAC team re: objection deadline extension to examiner motion; | 0.10 Hrs | 815/hr | $81.50 |
| 11/27/23 | AHSA | Correspondence with PAC team and co-counsel re: standing motion and motion to seal; | 0.20 Hrs | 815/hr | $163.00 |
| | | **Total AP Litigation/Adversary Proceedings** | **14.00** | | **$11,249.00** |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|

**Business Operations**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/17/23 | CMS | Review 9/30/23 2015.3 reporting. | 0.80 Hrs | 1,035/hr | $828.00 |
| 11/24/23 | CMS | Briefly review 10/31/23 period MORs. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| | | **Total BO Business Operations** | **2.00** | | **$2,070.00** |

**Case Administration**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/05/23 | KAMC | Draft critical dates and update calendar | 0.50 Hrs | 370/hr | $185.00 |
| 11/13/23 | KAMC | Update critical dates and calendar | 0.30 Hrs | 370/hr | $111.00 |
| 11/14/23 | KAMA | Emails with W&C re: objection deadlines | 0.20 Hrs | 600/hr | $120.00 |
| 11/14/23 | KAMC | Emails to/from counsel regarding objections to various motions (.2); update calendar regarding same (.1) | 0.30 Hrs | 370/hr | $111.00 |
| 11/20/23 | KAMC | Update critical dates and calendar | 0.30 Hrs | 370/hr | $111.00 |
| 11/27/23 | SR | Review critical dates calendar (.2); emails with PAC team re same (.1). | 0.30 Hrs | 490/hr | $147.00 |
| 11/27/23 | KAMC | Update critical dates and calendar | 0.30 Hrs | 370/hr | $111.00 |
| 11/27/23 | KAMA | Emails with co-counsel re: motion to seal | 0.10 Hrs | 600/hr | $60.00 |
| | | **Total CA Case Administration** | **2.30** | | **$956.00** |

**Court Appearances/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/02/23 | AHSA | Correspondence with C. Samis re: hearing (.1); review hearing agenda (.1); correspondence with co-counsel re: same (.1); | 0.30 Hrs | 815/hr | $244.50 |
| 11/02/23 | KAMC | Review Notice of Agenda and email to counsel regarding attendance and preparation | 0.20 Hrs | 370/hr | $74.00 |
| 11/03/23 | AHSA | Correspondence with K. McCloskey re: hearing/prep (.1); review amended agenda (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 11/03/23 | KAMC | Emails to/from A. Stulman regarding 11/6 hearing (.1); schedule zoom (.1); prepare e-binder (.3) | 0.50 Hrs | 370/hr | $185.00 |
| 11/03/23 | CMS | E-mails to A. Kropp and others re: preparation for 11/6/23 hearing. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/05/23 | AHSA | Correspondence with co-counsel and C. Samis re: hearing/prep; | 0.20 Hrs | 815/hr | $163.00 |
| 11/05/23 | KAMC | Emails to/from counsel regarding 11/6 hearing preparation (.3); schedule counsel for zoom (.2) | 0.50 Hrs | 370/hr | $185.00 |
| 11/06/23 | AHSA | Attend hearing (.6); confer with C. Samis re: same (.1); | 0.70 Hrs | 815/hr | $570.50 |
| 11/06/23 | KAMC | Prepare hearing binder for C. Samis | 0.30 Hrs | 370/hr | $111.00 |
| 11/06/23 | CMS | Prepare for 11/6/21 hearing. | 1.60 Hrs | 1,035/hr | $1,656.00 |
| 11/06/23 | CMS | Participate in 11/6/23 hearing. | 0.80 Hrs | 1,035/hr | $828.00 |
| 11/06/23 | CMS | Call w/ MoloLamken litigators and A. | 0.30 Hrs | 1,035/hr | $310.50 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/13/23 | KAMC | Kropp re: strategy for 11/6/23 hearing. Emails to/from S. Rizvi regarding November 17 hearing | 0.20 Hrs | 370/hr | $74.00 |
| 11/13/23 | CMS | Call w/ S. Hershey, F. Merola and others re: preparation for 11/17/23 hearing. | 0.60 Hrs | 1,035/hr | $621.00 |
| 11/13/23 | SR | Confer with K McKloskey re 11/17 hearing. | 0.20 Hrs | 490/hr | $98.00 |
| 11/17/23 | AHSA | Review hearing agenda (.1); correspondence and call with C. Samis re: hearing prep (.2); correspondence with PAC team re: same (.1); | 0.40 Hrs | 815/hr | $326.00 |
| 11/17/23 | SR | Review/analyze agenda re 11/21 hearing; emails with PAC team re same. | 0.30 Hrs | 490/hr | $147.00 |
| 11/17/23 | CMS | E-mails to K. Good and A. Stulman re: preparation for and coverage of Thanksgiving week hearings. | 0.30 Hrs | 1,035/hr | $310.50 |
| 11/21/23 | AHSA | Correspondence with C. Samis re: hearing (.1); review hearing agenda (.1); review hearing audio (.3); | 0.50 Hrs | 815/hr | $407.50 |
| 11/21/23 | CMS | Prepare for 11/21/23 hearing. | 0.60 Hrs | 1,035/hr | $621.00 |
| 11/21/23 | KAMA | Emails with co-counsel re: 11/21 status conference | 0.30 Hrs | 600/hr | $180.00 |
| 11/21/23 | CMS | Participate in 11/23/23 hearing. | 0.40 Hrs | 1,035/hr | $414.00 |
| 11/21/23 | CMS | Calls to K. McCloskey re: preparation for 11/21/23 hearing. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/21/23 | CMS | E-mail to A. O'Neill re: preparation for 11/21/23 hearing. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/21/23 | KAMC | Emails to/from counsel regarding hearing attendance and schedule zoom appearances | 0.20 Hrs | 370/hr | $74.00 |
| 11/21/23 | KAMC | Telephone call with C. Samis regarding status conference and schedule zoom appearance | 0.20 Hrs | 370/hr | $74.00 |
| | | **Total CH Court Appearances/Hearings** | **10.30** | | **$8,355.00** |

**Creditor Inquiries**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/15/23 | CMS | Review incoming shareholder correspondence. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total CI Creditor Inquiries** | **0.20** | | **$207.00** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/07/23 | SR | Conduct research re lien issue (2.6); emails with White & Case team re same (.1). | 2.70 Hrs | 490/hr | $1,323.00 |
| 11/08/23 | SR | Conduct research re lien issue (1.5); emails with PAC team re same (.1); emails with White & Case team re same (.1). | 1.70 Hrs | 490/hr | $833.00 |
| 11/10/23 | CMS | Research recharacterization/subordination | 2.10 Hrs | 1,035/hr | $2,173.50 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | of postpetition secured debt and related issues. | | | |
| 11/10/23 | CMS | E-mails to K. Morales and others re: recharacterization/subordination of postpetition secured debt and related issues. | 0.40 Hrs | 1,035/hr | $414.00 |
| 11/10/23 | SR | Conduct research re motion to reconsider DIP (4.5); multiple emails with White & Case re same (.4); emails with PAC team re same (.2) | 5.10 Hrs | 490/hr | $2,499.00 |
| 11/10/23 | KAMA | Emails with PAC team and co-counsel re: DIP order | 0.20 Hrs | 600/hr | $120.00 |
| 11/11/23 | CMS | E-mails to S. Rizvi and others re: Examiner/DIP research. | 0.60 Hrs | 1,035/hr | $621.00 |
| 11/11/23 | SR | Conduct research re appointment of 1104 examiner (x2)(5.5); multiple emails with PAC team re same (.2) | 5.70 Hrs | 490/hr | $2,793.00 |
| 11/12/23 | KAMA | Complete research re: fee examiner and DIP motion | 1.70 Hrs | 600/hr | $1,020.00 |
| | | **Total CR Financing/Cash Collateral/DIP** | **20.20** | | **$11,796.50** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/01/23 | CMS | Review CFGI OCP declaration. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/17/23 | CMS | Review motion to retain Backbay. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 11/21/23 | AHSA | Review recent filings, including Gordon Rees retention application (.4), Back bay retention application (.4); | 0.80 Hrs | 815/hr | $652.00 |
| 11/21/23 | CMS | Review application to retain Gordon Rees. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| | | **Total EA Employment Applications/Objections** | **3.20** | | **$3,136.00** |

**Executory Contract and Leases**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/07/23 | CMS | Review Microsoft cure objection. | 0.30 Hrs | 1,035/hr | $310.50 |
| 11/07/23 | CMS | Review Naomi Watts cure response. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/07/23 | CMS | Review Quantum Workplace cure response. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/22/23 | AHSA | Review recent filings, including gavidian cure objection and google cure objection; | 0.20 Hrs | 815/hr | $163.00 |
| 11/22/23 | CMS | Review Givaudan cure objection. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total EC Executory Contract and Leases** | **1.00** | | **$991.00** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/05/23 | KAMC | Draft CNO to White & Case First Monthly Fee Application | 0.30 Hrs | 370/hr | $111.00 |
| 11/05/23 | KAMC | Draft CNO to Cleary Second Monthly Fee Application | 0.20 Hrs | 370/hr | $74.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/06/23 | CMS | E-mails to S. Golden and others re: CNOs on first committee professional fee applications. | 0.20 Hrs | 1,035/hr | $207.00 |
| 11/06/23 | KAMC | Emails to/from counsel regarding CNO to White & Case Second Monthly Fee Application and draft same | 0.30 Hrs | 370/hr | $111.00 |
| 11/07/23 | AHSA | Correspondence with co-counsel and PAC team re: CNO for fee apps for cocounsel; | 0.10 Hrs | 815/hr | $81.50 |
| 11/15/23 | CMS | E-mail to M. Prestera re: CNOs on first round of committee professional fee applications. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/16/23 | AHSA | Correspondence with S. Rizvi and co-counsel re: fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 11/20/23 | CMS | E-mail to S. Rizvi re: review/filing/service of committee's first fee application. | 0.10 Hrs | 1,035/hr | $103.50 |
| 11/22/23 | AHSA | Correspondence with co-counsel and PAC team re: W&C fee app (.1); review same (.2); | 0.30 Hrs | 815/hr | $244.50 |
| 11/22/23 | SR | Review/revise W&C monthly fee application (.6); emails with W&C re same (.1); emails with PAC team re same (.2); finalize same for filing (.3). | 1.20 Hrs | 490/hr | $588.00 |
| 11/22/23 | SR | Review/revise FTI monthly fee application (.5); emails with FTI re same (.1); emails with PAC team re same (.2); finalize same for filing (.3). | 1.10 Hrs | 490/hr | $539.00 |
| 11/22/23 | KAMC | Emails to/from S. Rizvi regarding White & Case Second Monthly Fee Application (.2); draft Notice/COS (.1); edit/finalize same (.4); file and serve same (.4) | 1.10 Hrs | 370/hr | $407.00 |
| 11/22/23 | KAMC | Emails to/from S. Rizvi regarding FTI First Monthly Fee Application (.2); revise Notice/COS to same (.2); prepare exhibits to same (.2); finalize, file and serve same (.5) | 1.10 Hrs | 370/hr | $407.00 |
| 11/27/23 | AHSA | Correspondence with co-counsel and S. Rizvi re: interim fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 11/27/23 | SR | Review interim comp order (.2); emails with W&C re first interim fee application for Committee professionals (.2); emails with PAC team re same (.1). | 0.50 Hrs | 490/hr | $245.00 |
| 11/28/23 | AHSA | Correspondence with co-counsel and PAC team re: interim fee apps (.1); review W&C interim fee app (.2); | 0.30 Hrs | 815/hr | $244.50 |
| 11/28/23 | SR | Review/revise W&C first interim fee app (1.2); emails with W&C team re same (.2). | 1.40 Hrs | 490/hr | $686.00 |
| 11/28/23 | SR | Review/revise PAC first interim fee app (.7); emails with PAC team re same (.2). | 0.90 Hrs | 490/hr | $441.00 |
| 11/28/23 | CMS | Review W&C first interim fee application. | 0.30 Hrs | 1,035/hr | $310.50 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/29/23 | SR | Review/revise PAC first interim fee app (1.4); emails with PAC team re same (.3); finalize same for filing (.3). | 2.00 Hrs | 490/hr | $980.00 |
| 11/29/23 | AHSA | Correspondence with co-counsel and PAC team re: first interim fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 11/29/23 | KAMC | Draft Notice and COS to White & Case First Interim Fee Application (.2); draft Notice and COS to FTI First Interim Fee Application (.2) | 0.40 Hrs | 370/hr | $148.00 |
| 11/29/23 | KAMC | Finalize White & Case First Interim Fee Application (.3); file and serve same (.4) | 0.70 Hrs | 370/hr | $259.00 |
| 11/29/23 | KAMC | Emails to/from S. Rizvi regarding White & Case First Interim Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 11/29/23 | CMS | E-mail to K. Morales re: interim fee applications. | 0.10 Hrs | 1,035/hr | $103.50 |
| | | **Total FA Fee Applications/Objections** | **13.20** | | **$6,713.00** |

**Fee Applications (Potter Anderson & corroon's)**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/05/23 | KAMC | Begin drafting PAC Second Monthly Fee Application | 0.30 Hrs | 370/hr | $111.00 |
| 11/05/23 | KAMC | Draft CNO to PAC First Monthly Fee Application | 0.30 Hrs | 370/hr | $111.00 |
| 11/06/23 | KAMC | Emails to/from counsel regarding CNO to PAC First Monthly Fee Application (.2); file same and forward docketed copy to C. Samis (.2) | 0.40 Hrs | 370/hr | $148.00 |
| 11/07/23 | AHSA | Review/revise October fee detail for compliance with local rules; | 0.80 Hrs | 815/hr | $652.00 |
| 11/15/23 | KAMC | Draft PAC Second Monthly Fee Application and email to S. Rizvi regarding same | 0.90 Hrs | 370/hr | $333.00 |
| 11/16/23 | SR | Review/revise PAC second monthly fee application (.5); review notice re same (.1); emails with PAC team re same (.1). | 0.70 Hrs | 490/hr | $343.00 |
| 11/16/23 | SR | Emails with PAC and W&C teams re Committee's second monthly fee application. | 0.10 Hrs | 490/hr | $49.00 |
| 11/20/23 | KAMC | Finalize, file and serve PAC Second Monthly Fee Application | 0.70 Hrs | 370/hr | $259.00 |
| 11/20/23 | SR | Review/revise PAC second monthly fee application (.3); emails with PAC team re same (.1); finalize same for filing (.2). | 0.60 Hrs | 490/hr | $294.00 |
| 11/20/23 | AHSA | Correspondence with PAC team re: monthly fee app (.1); review/analyze same (.3); | 0.40 Hrs | 815/hr | $326.00 |
| 11/27/23 | KAMC | Emails to/from S. Rizvi regarding preparation of interim fee application | 0.20 Hrs | 370/hr | $74.00 |
| 11/28/23 | KAMC | Draft PAC First Interim Fee Application | 2.10 Hrs | 370/hr | $777.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | (1.9); emails to/from S. Rizvi regarding status of filing of interim fee applications (.2) | | | |
| 11/29/23 | KAMC | File and serve PAC First Interim Fee Application | 0.40 Hrs | 370/hr | $148.00 |
| 11/29/23 | KAMA | Emails with PAC re: interim fee application | 0.20 Hrs | 600/hr | $120.00 |
| 11/29/23 | KAMC | Emails to/from S. Rizvi regarding PAC First Interim Fee Application (.3); update PAC First Interim Fee Application (.6) | 0.90 Hrs | 370/hr | $333.00 |
| | | **Total FP Fee Applications (Potter Anderson & corroon's)** | **9.00** | | **$4,078.00** |

**Claims Administration and Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/20/23 | CMS | Review Foris Ventures, LL, Anesma Group, LLC, Anjo Ventures, LLC, and Muirisc, LLC's Responses and Objections to the Ad Hoc Noteholder Group's Requests for the Production of Documents. | 0.80 Hrs | 1,035/hr | $828.00 |
| | | **Total PC Claims Administration and Objections** | **0.80** | | **$828.00** |

**Plan & Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/09/23 | AHSA | Review recent filings, including motion for discovery protocol; | 0.40 Hrs | 815/hr | $326.00 |
| 11/11/23 | CMS | Review revised confirmation discovery scheduling order. | 0.60 Hrs | 1,035/hr | $621.00 |
| 11/15/23 | AHSA | Review recent filings, including Lenox disclosure statement objection (.2), lavvan disclosure statement objection (.5), lavvan discovery schedule objection (.4), and shareholder letters x4 (.2); | 1.30 Hrs | 815/hr | $1,059.50 |
| 11/15/23 | CMS | Review Lavvan DS objection. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 11/15/23 | CMS | Review Lavvan confirmation discovery schedule objection. | 0.70 Hrs | 1,035/hr | $724.50 |
| 11/21/23 | AHSA | Review recent filings, including UST's disclosure statement objection; | 0.70 Hrs | 815/hr | $570.50 |
| | | **Total PL Plan & Disclosure Statement** | **4.70** | | **$4,336.50** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/02/23 | CMS | Review motion to abandon inventory. | 0.70 Hrs | 1,035/hr | $724.50 |
| 11/09/23 | AHSA | Review recent filings, including abandonment moiton; | 0.30 Hrs | 815/hr | $244.50 |
| 11/21/23 | AHSA | Correspondence with PAC team re: auction/prep (.1); correspondence and call with C. Samis re: same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 11/21/23 | KAMC | Emails to/from counsel regarding auction | 0.20 Hrs | 370/hr | $74.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/21/23 | CMS | E-mails to K. Morales and others re: preparations for auction. | 0.40 Hrs | 1,035/hr | $414.00 |
| 11/21/23 | CMS | Call w/ J. Ramirez re: preparation for auction. | 0.30 Hrs | 1,035/hr | $310.50 |
| 11/21/23 | KAMA | Emails with PAC re: auction | 0.10 Hrs | 600/hr | $60.00 |
| 11/27/23 | CMS | E-mails to K. Morales re: auction logistics. | 0.30 Hrs | 1,035/hr | $310.50 |
| 11/27/23 | KAMC | Emails to/from counsel regarding auction logistics, preparation | 0.30 Hrs | 370/hr | $111.00 |
| 11/27/23 | AHSA | Correspondence with PAC team re: auction (.1); call with C. Samis re: same (.2); correspondence with co-counsel and PAC team re: same (.1); review auction notice (.1); correspondence with PAC team and bidder re: auction (.1); | 0.60 Hrs | 815/hr | $489.00 |
| 11/27/23 | SR | Emails with PAC team re auction (.2); emails with Debtors' professionals re same (.1). | 0.30 Hrs | 490/hr | $147.00 |
| 11/27/23 | KAMA | Emails with PAC team, debtors and co-counsel re: auction | 0.50 Hrs | 600/hr | $300.00 |
| 11/28/23 | KAMA | Emails with co-counsel re: auction (.2); emails with Intrepid re: same (.3) | 0.50 Hrs | 600/hr | $300.00 |
| 11/28/23 | AHSA | Correspondence with co-counsel and PAC team re: auction; | 0.10 Hrs | 815/hr | $81.50 |
| 11/29/23 | SR | Prepare for 11/30 auction. | 1.00 Hrs | 490/hr | $490.00 |
| 11/30/23 | SR | Participate in 11/30 auction. | 5.40 Hrs | 490/hr | $2,646.00 |
| 11/30/23 | KAMA | Participate in auction | 5.80 Hrs | 600/hr | $3,480.00 |
| 11/30/23 | AHSA | Correspondence with PAC team re: auction (.1); call with C. Samis re: same (.2); | 0.30 Hrs | 815/hr | $244.50 |
| 11/30/23 | CMS | Participate in 11/30/23 auction. | 6.00 Hrs | 1,035/hr | $6,210.00 |
| 11/30/23 | CMS | E-mails to K. Morales and others re: auction preparation. | 0.70 Hrs | 1,035/hr | $724.50 |
| | | **Total SA Asset Disposition/Use, Sale** | **24.00** | | **$17,524.50** |
| | | **Total** | | | **$72,344.00** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Christopher M. Samis | 31.00 Hrs | 1,035.00/hr | $32,085.00 |
| Aaron H. Stulman | 14.60 Hrs | 815.00/hr | $11,899.00 |
| Katelin A. Morales | 11.60 Hrs | 600.00/hr | $6,960.00 |
| Sameen Rizvi | 31.20 Hrs | 490.00/hr | $15,288.00 |
| Lauren C. Huber | 1.20 Hrs | 345.00/hr | $414.00 |
| Kristin A. McCloskey | 15.40 Hrs | 370.00/hr | $5,698.00 |
| | 105.00 Hrs | | $72,344.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Project Category | Hours | Amount |
|---|---:|---:|
| Asset analysis and Recovery (AA) | 0.10 | $103.50 |
| Asset Disposition/Use, Sale (SA) | 24.00 | $17,524.50 |
| Business Operations (BO) | 2.00 | $2,070.00 |
| Case Administration (CA) | 2.30 | $956.00 |
| Claims Administration and Objections (PC) | 0.80 | $828.00 |
| Court Appearances/Hearings (CH) | 10.30 | $8,355.00 |
| Creditor Inquiries (CI) | 0.20 | $207.00 |
| Employment Applications/Objections (EA) | 3.20 | $3,136.00 |
| Executory Contract and Leases (EC) | 1.00 | $991.00 |
| Fee Applications (Potter Anderson & corroon's) (FP) | 9.00 | $4,078.00 |
| Fee Applications/Objections (FA) | 13.20 | $6,713.00 |
| Financing/Cash Collateral/DIP (CR) | 20.20 | $11,796.50 |
| Litigation/Adversary Proceedings (AP) | 14.00 | $11,249.00 |
| Plan & Disclosure Statement (PL) | 4.70 | $4,336.50 |
| **Total** | **105.00** | **$72,344.00** |

CMS