**EXHIBIT B**

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

DISBURSEMENTS

Through November 30, 2023

| | | | |
|---|---|---|---:|
| 1487 | Courtlink Efile Alerts October 2023 | | 20.00 |
| | **Total Court E-Filing** | | **$20.00** |
| | | Total Disbursements | $20.00 |

CMS