# EXHIBIT A

# KTBS Law LLP

1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Telephone:
Facsimile: (310) 407-9090

Taxpayer I.D. No. 95-4744518

November 1, 2023
Bill No. 20910

Amyris, Inc., et al.
Attn:  M. Freddie Reiss
5885 Hollis Street, Suite 100
Emeryville, CA  94608

For Services Rendered Through 10/31/2023

In Reference To:  Amyris, Inc., et al.
File No.:          2483 - 0000

Professional Services

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Case Administration** | | |
| 10/02/2023 | SMK | Emails with D. Stern, D. Fidler, M. Tuchin, N. Maoz re scope of investigation | 0.10 | $129.50 |
| 10/06/2023 | SMG | Attend continued section 341(a) meeting of creditors and prepare brief memo re same | 1.00 | $1,100.00 |
| 10/11/2023 | SMK | Analyze emails from D. Stern and N. Maoz re ruling on Lavvan DIP objection | 0.10 | No Charge |
| | | Case Administration | 1.20 | $1,229.50 |
| | | **Meetings of and Communications with Debtors' Professionals** | | |
| 10/02/2023 | DAF | Confer with R. Pachulski, M. Tuchin re investigation | 0.30 | $495.00 |
| 10/02/2023 | MLT | Telephone conference with R. Pachulski and D. Fidler re investigation | 0.30 | $568.50 |
| 10/08/2023 | NM | Confer with S. Golden re investigation status | 0.30 | $262.50 |
| 10/10/2023 | DMS | Call with D. Choi re E. Alvarez | 0.10 | $189.50 |
| 10/11/2023 | SMK | Analyze and respond to email from G. Brown re common interest agreement | 0.20 | $259.00 |
| 10/12/2023 | DMS | Email Pachulski lawyers re allegations involving independent director in Committee statement re DIP financing order | 0.30 | $568.50 |
| 10/12/2023 | DMS | Review response from R. Pachulski re allegations involving independent director in Committee statement re DIP financing order | 0.30 | $568.50 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page  2 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20910 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Meetings of and Communications with Debtors' Professionals** | | |
| 10/12/2023 | DMS | Review additional responses from S. Golden re allegations involving independent director in Committee statement re DIP financing order | 0.30 | $568.50 |
| 10/12/2023 | SMK | Emails with D. Stern and R. Pachulski re response to UCC filing | 0.20 | $259.00 |
| 10/13/2023 | DMS | Exchange emails between and among R. Pachulski, D. Grassgreen and S. Golden re contentions made by White & Case | 0.30 | $568.50 |
| 10/13/2023 | DMS | Email Pachulski team re allegations by White & Case | 0.20 | $379.00 |
| 10/13/2023 | SMK | Exchange emails with R. Pachulski and S. Golden re committee's filing regarding status of investigation | 0.20 | $259.00 |
| 10/16/2023 | DMS | Call with M. Dicke and F. Lee re revenue recognition issues portion of Independent Director's Report | 0.10 | $189.50 |
| 10/16/2023 | NM | Videoconference with Fenwick team re report | 0.10 | $87.50 |
| 10/16/2023 | SMK | Call with M. Dicke and F. Lee of Fenwick re report | 0.10 | $129.50 |
| 10/17/2023 | DMS | Email D. Choi re Independent Director's Report and board meeting | 0.20 | $379.00 |
| 10/19/2023 | DMS | Call with A. Kornfeld re Common Interest Agreement | 0.20 | $379.00 |
| 10/19/2023 | DMS | Exchange emails with S. Golden re discovery dispute | 0.20 | $379.00 |
| 10/19/2023 | DMS | Email to D. Choi re logistics of delivering Independent Director's Report | 0.20 | No Charge |
| 10/20/2023 | MLT | Telephone conference with R. Pachulski re report | 0.30 | $568.50 |
| 10/20/2023 | MLT | Conference call with F. Reiss, R. Pachulski, D. Grassgreen, A. Kornfeld, and D. Choi re report | 0.80 | $1,516.00 |
| 10/20/2023 | MLT | Exchange e-mail correspondence re delivery of report, board meeting, and privilege issues (R. Pachulski, F. Reiss, D. Choi, and D. Stern) | 0.10 | $189.50 |
| 10/20/2023 | NM | Exchange correspondence re Board presentation | 0.30 | $262.50 |
| 10/23/2023 | MLT | Telephone conference with R. Pachulski re report issues | 0.20 | $379.00 |
| 10/24/2023 | DMS | Review email from A. Kornfeld regarding deposition of F. Reiss | 0.10 | $189.50 |
| 10/24/2023 | SMK | Emails with R. Pachulski and S. Golden re W&C email re Reiss deposition | 0.20 | $259.00 |
| | | Meetings of and Communications with Debtors' Professionals | 6.10 | $9,853.00 |
| | | **Meetings of and Communications with Independent Director** | | |

| 2483 | Amyris, Inc., et al. | | | | Page 3 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20910 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Independent Director** | | |
| 10/02/2023 | DAF | Call with F. Reiss, M. Tuchin, D. Stern re investigation | 0.50 | $825.00 |
| 10/02/2023 | DMS | Email F. Reiss re DIP order waivers | 0.20 | No Charge |
| 10/02/2023 | DMS | Call with F. Reiss re financing issues | 0.50 | No Charge |
| 10/02/2023 | MLT | Videoconference with F. Reiss, D. Stern, S. Kidder and N. Maoz re investigation update | 0.50 | $947.50 |
| 10/02/2023 | NM | Conference with F. Reiss re investigation status | 0.50 | $437.50 |
| 10/02/2023 | NM | Draft and revise memo to F, Reiss re E. Dreyer interview | 0.50 | $437.50 |
| 10/02/2023 | SMK | Call with F. Reiss re investigation update and next steps | 0.50 | $647.50 |
| 10/02/2023 | SMK | Analyze and revise memo to F. Reiss re Dreyer interview | 0.50 | $647.50 |
| 10/02/2023 | TF | Review memo to F. Reiss re interview of E. Dreyer | 0.20 | No Charge |
| 10/04/2023 | NM | Draft memo to F. Reiss re interview of N. Kelsey | 0.70 | $612.50 |
| 10/04/2023 | SMG | Review memo to F. Reiss re N. Kelsey interview | 0.20 | $220.00 |
| 10/04/2023 | SMK | Analyze and revise memo to F. Reiss re N. Kelsey interview | 0.40 | $518.00 |
| 10/04/2023 | TF | Review memo to F. Reiss re interview of N. Kelsey | 0.20 | No Charge |
| 10/05/2023 | DMS | Review and approve agenda for meeting with F. Reiss | 0.20 | $379.00 |
| 10/05/2023 | MLT | Analyze draft agenda for F. Reiss meeting; prepare for meeting | 0.40 | $758.00 |
| 10/05/2023 | NM | Revise agenda for update call; correspondence re same | 0.10 | $87.50 |
| 10/05/2023 | NM | Draft memo to F. Reiss re interview of J. McCann | 1.20 | $1,050.00 |
| 10/05/2023 | SMK | Analyze and revise memo to F. Reiss re McCann interview | 0.70 | $906.50 |
| 10/05/2023 | SMK | Draft agenda re 10/6 update call with F. Reiss | 0.30 | $388.50 |
| 10/05/2023 | TF | Review memo to F. Reiss re interview of J. McCann | 0.20 | $220.00 |
| 10/06/2023 | DMS | Weekly call with F. Reiss re investigation | 0.70 | $1,326.50 |
| 10/06/2023 | MLT | Weekly update videoconference with F. Reiss | 0.70 | $1,326.50 |
| 10/06/2023 | MLT | Confer with F. Reiss re investigation | 0.80 | $1,516.00 |
| 10/06/2023 | NM | Draft memo to F. Reiss re interview of R. Panchadsaram | 1.30 | $1,137.50 |
| 10/06/2023 | NM | Update call with F. Reiss | 0.70 | $612.50 |
| 10/06/2023 | SMK | Teleconference with F. Reiss, M. Tuchin, D. Stern, T. Frei, N. Maoz re update on investigation | 0.70 | $906.50 |
| 10/06/2023 | TF | Review memo to F. Reiss re interview of J. McCann | 0.20 | $220.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Independent Director** | | |
| 10/06/2023 | TF | Zoom meeting with F. Reiss, D. Stern, M. Tuchin, S. Kidder and N. Maoz providing update on investigation | 0.70 | $770.00 |
| 10/07/2023 | NM | Draft memo to F. Reiss re interview of J. Doerr | 2.10 | $1,837.50 |
| 10/07/2023 | SMK | Analyze and revise memo to F. Reiss re Pandchasaram interview | 1.30 | $1,683.50 |
| 10/07/2023 | SMK | Analyze and revise memo to F. Reiss re Doerr interview | 0.60 | $777.00 |
| 10/07/2023 | TF | Review memo to F. Reiss re interview of R. Panchadsaram | 0.40 | $440.00 |
| 10/08/2023 | SMK | Emails with F. Reiss re Doerr interview and upcoming interviews | 0.10 | $129.50 |
| 10/09/2023 | NM | Draft memo to F. Reiss re interview of J. Melo | 2.90 | $2,537.50 |
| 10/09/2023 | SMK | Analyze and revise memo to F. Reiss re Melo interview | 1.10 | $1,424.50 |
| 10/10/2023 | DMS | Call with F. Reiss re H. Kieftenbeld, E. Alvarez | 0.30 | $568.50 |
| 10/10/2023 | MLT | Analyze correspondence from F. Reiss re recent developments and investigation | 0.10 | $189.50 |
| 10/10/2023 | NM | Draft memo to F. Reiss re interview of H. Kieftenbeld | 1.60 | $1,400.00 |
| 10/10/2023 | SMK | Analyze and revise memo to F. Reiss re Kieftenbeld interview | 1.00 | $1,295.00 |
| 10/12/2023 | DMS | Exchange emails with F. Reiss re Committee allegations and related issues | 0.30 | $568.50 |
| 10/12/2023 | MLT | Analyze agenda for F. Reiss update meeting and prepare for meeting | 0.30 | $568.50 |
| 10/12/2023 | SMK | Draft agenda for 10/13 call with F. Reiss | 0.20 | $259.00 |
| 10/13/2023 | DMS | Exchange emails with F. Reiss re contentions made by White & Case | 0.10 | $189.50 |
| 10/13/2023 | DMS | Confer with F. Reiss re investigation and update | 0.70 | $1,326.50 |
| 10/13/2023 | DMS | Email F. Reiss re Ad Hoc Group response re Jefferies (noting allegations against Independent Director) | 0.10 | $189.50 |
| 10/13/2023 | MLT | Videoconference with F. Reiss re update on investigation and report | 0.70 | $1,326.50 |
| 10/13/2023 | MLT | Confer with F. Reiss re investigation and report | 0.60 | $1,137.00 |
| 10/13/2023 | MLT | Confer with F. Reiss re committee's statement | 0.20 | $379.00 |
| 10/13/2023 | NM | Update call with F. Reiss | 0.70 | $612.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Independent Director** | | |
| 10/13/2023 | SMK | Teleconference with F. Reiss, M. Tuchin, D. Stern, N. Maoz, T. Frei re investigation update | 0.70 | $906.50 |
| 10/13/2023 | TF | Video conference with F. Reiss, D. Stern, M. Tuchin, S. Kidder and N. Maoz re investigation update | 0.70 | $770.00 |
| 10/16/2023 | DMS | Call with F. Reiss re delivery of interview memos to Committee and discussion re report protocol | 0.20 | $379.00 |
| 10/16/2023 | NM | Confer with F. Reiss re investigation | 0.10 | $87.50 |
| 10/17/2023 | DMS | Exchange emails with F. Reiss re timing of delivery of report and board presentation | 0.40 | $758.00 |
| 10/17/2023 | DMS | Call with F. Reiss re Independent Director's Report and appendices | 0.20 | $379.00 |
| 10/17/2023 | DMS | Confer with F. Reiss re executive summary inclusion in Report | 0.20 | $379.00 |
| 10/17/2023 | MLT | Exchange e-mail correspondence re finalization of report with F. Reiss and D. Stern | 0.20 | No Charge |
| 10/17/2023 | NM | Confer with F. Reiss re report | 0.20 | $175.00 |
| 10/18/2023 | DMS | Call with F. Reiss re overview insert to Report section | 0.20 | $379.00 |
| 10/18/2023 | DMS | Exchange emails with F. Reiss re overview insert and issues related thereto | 0.30 | $568.50 |
| 10/20/2023 | DMS | Call with F. Reiss re Independent Director's Report and board meeting re same | 0.60 | $1,137.00 |
| 10/20/2023 | DMS | Call with F. Reiss re delivery of Independent Director's Report | 0.20 | $379.00 |
| 10/20/2023 | NM | Update call with F. Reiss | 0.60 | $525.00 |
| 10/20/2023 | SMK | Weekly update call with F. Reiss re: investigation status and finalization of report | 0.60 | $777.00 |
| 10/20/2023 | TF | Zoom meeting with F. Reiss, D. Stern, S. Kidder and N. Maoz re independent director report and board meeting | 0.60 | $660.00 |
| 10/23/2023 | DMS | Call with F. Reiss re report, board meeting and future assignments | 0.20 | $379.00 |
| | | Meetings of and Communications with Independent Director | 35.90 | $44,375.50 |
| | | **Meetings of and Communications with Other Professionals** | | |
| 10/03/2023 | DMS | Review email from S. Hershey (Committee counsel) re discovery | 0.10 | $189.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Other Professionals** | | |
| 10/03/2023 | MLT | Analyze correspondence from S. Hershey re discovery issues | 0.10 | $189.50 |
| 10/03/2023 | NM | Review correspondence from S. Hershey re discovery and investigation strategy | 0.10 | $87.50 |
| 10/05/2023 | DMS | Review and analyze multiple communications between White & Case and Pachulski firm re document requests and discovery generally (including meet and confer) | 0.50 | $947.50 |
| 10/05/2023 | DMS | Confer via email with M. Tuchin, N. Maoz and S. Kidder re privileges attaching to communications relating to White & Case document demand and meet and confer | 0.40 | $758.00 |
| 10/05/2023 | DMS | Review and suggest edits to response to White & Case | 0.20 | $379.00 |
| 10/05/2023 | MLT | Analyze correspondence from S. Golden and S. Hershey re discovery disputes and draft response | 0.60 | $1,137.00 |
| 10/05/2023 | NM | Review and exchange correspondence re committee discovery issues | 0.30 | $262.50 |
| 10/05/2023 | SMK | Emails with UCC to meet and confer re discovery and investigation | 0.20 | $259.00 |
| 10/08/2023 | NM | Review correspondence from J. Klein re J. Melo interview; correspondence re same | 0.10 | $87.50 |
| 10/11/2023 | MLT | Analyze draft common interest agreement and analyze correspondence re same (G. Brown and S. Kidder) | 0.30 | $568.50 |
| 10/12/2023 | DMS | Review email from J. Klein re Melo and Rytokoski | 0.20 | $379.00 |
| 10/12/2023 | DMS | Confer with S. Kidder re response to J. Klein | 0.20 | $379.00 |
| 10/12/2023 | DMS | Review and edit response to J. Klein re Melo and Rytokoski | 0.20 | $379.00 |
| 10/12/2023 | MLT | Analyze statement of committee and correspondence re same (F. Reiss, R. Pachulski and D. Stern) | 0.30 | $568.50 |
| 10/13/2023 | MLT | Analyze correspondence re committee statement (S. Golden, D. Grassgreen, R. Pachulski, F. Reiss and D. Stern) | 0.10 | $189.50 |
| 10/16/2023 | MLT | Analyze correspondence from S. Golden and S. Hershey re common interest agreement | 0.10 | No Charge |
| 10/23/2023 | DMS | Review email from J. Klein (J. Melo counsel) and edits to confidentiality agreement | 0.20 | $379.00 |
| 10/23/2023 | MLT | Analyze draft confidentiality agreement and correspondence re same | 0.30 | No Charge |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Other Professionals** | | |
| 10/24/2023 | DMS | Review emails between and among S. Kidder, A. Kornfeld, D. Choi and J. Klein re confidentiality agreement on Melo exhibits | 0.30 | $568.50 |
| 10/24/2023 | DMS | Review email from S. Hershey regarding deposition of F. Reiss | 0.10 | $189.50 |
| 10/24/2023 | MLT | Analyze correspondence re deposition of F. Reiss (S. Hershey, F. Reiss, and S. Golden) | 0.10 | $189.50 |
| 10/24/2023 | SMK | Analyze S. Hershey (W&C) email re deposition of F. Reiss | 0.10 | $129.50 |
| 10/25/2023 | DMS | Review Confidentiality Agreement as executed by J. Melo and J. Klein; execute | 0.20 | $379.00 |
| 10/25/2023 | DMS | Review exchange of emails between S. Kidder and S. Hershey re Reiss deposition | 0.20 | $379.00 |
| 10/25/2023 | MLT | Analyze correspondence re Melo confidentiality agreement | 0.10 | No Charge |
| 10/25/2023 | MLT | Analyze correspondence from S. Hershey and D. Stern re F. Reiss deposition | 0.10 | No Charge |
| 10/25/2023 | NM | Correspondence to J. Klein re interview documents; compile documents re same | 0.40 | $350.00 |
| 10/25/2023 | SMK | Exchange emails with S. Hershey (W&C) re request to depose F. Reiss | 0.10 | $129.50 |
| 10/30/2023 | SMK | Analyze email from PBGC and S. Golden response to same | 0.10 | $129.50 |
| 10/31/2023 | SMK | Emails with S. Golden and J. Ellis re ad hoc group's 2004 discovery | 0.20 | $259.00 |
| | | **Meetings of and Communications with Other Professionals** | 6.50 | $9,842.50 |
| | | **Document Discovery and Document Review** | | |
| 10/01/2023 | NM | Analysis of audit committee minutes | 0.40 | $350.00 |
| 10/02/2023 | MLT | Continue review of company documents re investigation of transactions | 2.60 | $4,927.00 |
| 10/02/2023 | NM | Analyze document production of email correspondence | 3.30 | $2,887.50 |
| 10/02/2023 | SMK | Analyze new supplemental document production | 1.30 | $1,683.50 |
| 10/02/2023 | TF | Prepare email summary of findings from review of audit committee minutes and meeting materials related to interested party transactions | 2.20 | $2,420.00 |
| 10/02/2023 | TF | Review N. Kelsey meeting notes for audit Committee meetings related to interested party transactions | 0.70 | $770.00 |
| 10/03/2023 | NM | Analysis of document production (executive emails) | 9.30 | $8,137.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Document Discovery and Document Review** | | |
| 10/03/2023 | SMK | Analyze company's supplemental production of emails and other materials | 3.20 | $4,144.00 |
| 10/04/2023 | DMS | Review materials shedding light on creation and circulation of financials to Givaudan | 1.80 | $3,411.00 |
| 10/04/2023 | NM | Analyze board feedback forms | 0.50 | $437.50 |
| 10/04/2023 | SMK | Continued review of Debtors' supplemental document production, including Alvarez and Kieftenbeld emails | 3.30 | $4,273.50 |
| 10/05/2023 | TF | Review materials and meeting minutes of special Committees related to insider transactions | 2.30 | $2,530.00 |
| 10/06/2023 | MLT | Confer with R. Pachulski re Jeffries' presentation and emails re same | 0.40 | $758.00 |
| 10/06/2023 | MLT | Analyze topics and documents re interview | 0.30 | No Charge |
| 10/06/2023 | NM | Analyze emails between J. Melo and Jefferies | 0.80 | $700.00 |
| 10/06/2023 | SMK | Analyze supplemental documents provided by R. Pandchasaram | 0.30 | $388.50 |
| 10/06/2023 | SMK | Emails with D. Choi and S. Tan re supplemental document requests | 0.20 | $259.00 |
| 10/06/2023 | SMK | Analyze additional Melo emails from in-house counsel and exchange emails with N. Maoz re same | 0.20 | $259.00 |
| 10/07/2023 | DMS | Review email with Jefferies communications to Amyris in 2022 and 2023 | 0.30 | $568.50 |
| 10/07/2023 | DMS | Review email with Jefferies communications to Amyris in 2022 and 2023 | 0.30 | $568.50 |
| 10/07/2023 | DMS | Review D. Choi email with backup on loans from Doerr | 0.30 | $568.50 |
| 10/07/2023 | NM | Anlyze correspondence re Doerr loans | 0.20 | $175.00 |
| 10/07/2023 | SMK | Emails with D. Choi re supplemental doc requests following Doerr interview and review of documents provided | 0.40 | $518.00 |
| 10/08/2023 | DMS | Review and revise draft Independent Director report (includes review of documents, cases, interview memos) | 6.00 | $11,370.00 |
| 10/08/2023 | NM | Analyze Givaudan transaction document drafts and related correspondence | 0.90 | $787.50 |
| 10/08/2023 | TF | Review additional board materials related to interested party transactions | 1.50 | $1,650.00 |
| 10/09/2023 | DMS | Review Doerr debt instruments | 0.50 | $947.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Document Discovery and Document Review** | | |
| 10/10/2023 | DMS | Review all corrected interview memos prior to transmission to company | 0.90 | $1,705.50 |
| 10/16/2023 | SMK | Draft confidentiality agreement for interviewee re documents displayed during interview | 1.60 | $2,072.00 |
| 10/18/2023 | NM | Review Ad Hoc Noteholder Group discovery request | 0.20 | $175.00 |
| 10/18/2023 | SMK | Analyze email and attachment from M. Kelley re ad hoc group's Rule 2004 document requests | 0.20 | $259.00 |
| 10/18/2023 | TF | Review board materials re interested party transactions | 1.00 | $1,100.00 |
| 10/19/2023 | DMS | Review Common Interest Agreement between Debtors and Committee | 0.30 | $568.50 |
| 10/19/2023 | DMS | Review and suggest edits to confidentiality agreement with J. Melo | 0.70 | $1,326.50 |
| 10/19/2023 | MLT | Analyze executed common interest agreement and correspondence re same | 0.10 | No Charge |
| 10/19/2023 | NM | Review confidentiality agreement for J. Melo | 0.20 | $175.00 |
| 10/19/2023 | SMK | Revise draft protective order concerning Melo request for documents and exchange emails with D. Stern re same | 0.40 | $518.00 |
| 10/20/2023 | SMK | Email J. Klein (Melo counsel) re draft confidentiality agreement related to interview documents | 0.10 | $129.50 |
| 10/24/2023 | SMK | Emails with A. Kornfeld and D. Choi re confidentiality order re Melo interview documents | 0.20 | $259.00 |
| 10/24/2023 | SMK | Finalize confidentiality order re Melo documents and produce same | 0.20 | $259.00 |
| 10/30/2023 | SMK | Analyze emails from S. Golden and J. Ellis re noteholder 2004 discovery | 0.10 | $129.50 |
| | | Document Discovery and Document Review | 49.70 | $64,166.00 |
| | | **Interviews and Depositions** | | |
| 10/01/2023 | NM | Revise interview outlines | 0.60 | $525.00 |
| 10/01/2023 | SMK | Prepare outlines and exhibits for upcoming interviews, including E. Dreyer and N. Kelsey | 3.60 | $4,662.00 |
| 10/02/2023 | DMS | Review email from J. Melo re prior interview and propose response | 0.20 | $379.00 |
| 10/02/2023 | DMS | Conference with S. Kidder and N. Maoz re upcoming interviews and problematic transactions | 0.30 | $568.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Interviews and Depositions** | | |
| 10/02/2023 | MLT | Analyze correspondence from J. Melo re interview; exchange e-mail correspondence with D. Stern re same; analyze correspondence from S. Kidder re same | 0.10 | $189.50 |
| 10/02/2023 | MLT | Analyze memo re Dreyer interview and prepare notes re same | 0.20 | $379.00 |
| 10/02/2023 | NM | Confer with D. Stern and S. Kidder re problematic transactions | 0.30 | $262.50 |
| 10/02/2023 | NM | Interview of E. Dreyer | 1.40 | $1,225.00 |
| 10/02/2023 | NM | Prepare for interview of E. Dreyer | 0.20 | $175.00 |
| 10/02/2023 | SMG | Review memo re M. Rytokoski and E. Dreyer interviews | 0.50 | No Charge |
| 10/02/2023 | SMK | Confer with D. Stern and N. Maoz re interviews and problematic transactions | 0.30 | $388.50 |
| 10/02/2023 | SMK | Interview (via Zoom) E. Dreyer | 1.40 | $1,813.00 |
| 10/02/2023 | SMK | Draft outline and compile exhibits re upcoming interviews, including N. Kelsey and J. McCann interviews | 3.50 | $4,532.50 |
| 10/02/2023 | SMK | Exchange emails with N. Kelsey counsel re interview | 0.20 | No Charge |
| 10/02/2023 | SMK | Exchange emails with J. Melo re interview | 0.20 | No Charge |
| 10/02/2023 | SMK | Emails with H. Keiftenbeld counsel re interview | 0.10 | No Charge |
| 10/03/2023 | DMS | Review E. Dreyer interview memo | 0.30 | $568.50 |
| 10/03/2023 | SMK | Draft outline for McCann interview | 2.20 | $2,849.00 |
| 10/03/2023 | SMK | Finalize outline for Kelsey interview | 1.20 | $1,554.00 |
| 10/03/2023 | SMK | Draft outline re Kieftenbeld interview | 1.70 | $2,201.50 |
| 10/04/2023 | DMS | Review and suggest edits to N. Kelsey interview memorandum | 0.30 | $568.50 |
| 10/04/2023 | MLT | Analyze memo re Kelsey interview and prepare notes re same | 0.30 | $568.50 |
| 10/04/2023 | NM | Interview of N. Kelsey | 2.20 | $1,925.00 |
| 10/04/2023 | SMK | Interview (via Zoom) of Nicole Kelsey | 2.20 | $2,849.00 |
| 10/04/2023 | SMK | Draft outlines and compile exhibits for upcoming interviews, including Doerr & Pandchasaram | 2.50 | $3,237.50 |
| 10/05/2023 | ATS | Emails with S. Kidder re draft 2004 motion | 0.20 | No Charge |
| 10/05/2023 | MLT | Analyze summary of McCann interview and Prepare notes re same | 0.30 | $568.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Interviews and Depositions** | | |
| 10/05/2023 | NM | Draft outline for Kieftenbeld interview; analyze documents re same | 3.80 | $3,325.00 |
| 10/05/2023 | NM | Interview of J. McCann | 2.50 | $2,187.50 |
| 10/05/2023 | SMK | Finalize interview outline for J. McCann | 0.40 | No Charge |
| 10/05/2023 | SMK | Interview (via Zoom) J. McCann | 2.50 | $3,237.50 |
| 10/05/2023 | SMK | Prepare outline and exhibits for remaining interviews, including R. Pandchasaram and Doerr | 3.40 | $4,403.00 |
| 10/05/2023 | SMK | Email A. Simonds re Rule 2004 examination re Melo | 0.20 | No Charge |
| 10/06/2023 | ATS | Revise Rule 2004 motion and related motion to shorten time | 4.30 | No Charge |
| 10/06/2023 | ATS | Emails with S. Kidder re revised Rule 2004 motion and related motion to shorten time | 0.10 | No Charge |
| 10/06/2023 | DMS | Review J. McCann interview memo | 0.40 | $758.00 |
| 10/06/2023 | NM | Interview R. Panchadsaram | 5.20 | $4,550.00 |
| 10/06/2023 | SMG | Review memo re J. McCann interview | 0.20 | No Charge |
| 10/06/2023 | SMK | Interview (via Zoom) R. Pandchasaram | 5.20 | $6,734.00 |
| 10/06/2023 | SMK | Draft outline and prepare exhibits re Doerr and Melo interviews | 3.40 | $4,403.00 |
| 10/06/2023 | SMK | Exchange emails with J. Melo re interview schedule and documents | 0.10 | $129.50 |
| 10/06/2023 | SMK | Analyze revised draft of 2004 motion re Melo | 0.40 | No Charge |
| 10/07/2023 | DMS | Attend interview of J. Doerr | 3.70 | $7,011.50 |
| 10/07/2023 | DMS | Review R. Panchadsaram interview memo | 0.60 | $1,137.00 |
| 10/07/2023 | DMS | Review J. Doerr interview memo | 0.30 | $568.50 |
| 10/07/2023 | MLT | Analyze memos re interviews of R. Panchadsaram and John Doerr and prepare notes re same | 0.70 | $1,326.50 |
| 10/07/2023 | NM | Interview of J. Doerr | 3.70 | $3,237.50 |
| 10/07/2023 | SMG | Review memo re R. Panchadsaram and J. Doerr interviews | 0.80 | $880.00 |
| 10/07/2023 | SMK | Interview (via Zoom) of J. Doerr | 3.70 | $4,791.50 |
| 10/07/2023 | SMK | Prepare for Melo interview | 0.50 | $647.50 |
| 10/07/2023 | SMK | Emails with H. Kieftenbeld and counsel re upcoming interview | 0.10 | $129.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Interviews and Depositions** | | |
| 10/07/2023 | SMK | Emails with J. Klein (Melo counsel) re upcoming interview, including correspondence with M. Tuchin and D. Stern re response to Klein | 0.30 | $388.50 |
| 10/08/2023 | DMS | Review and suggest edits to response to J. Klein re Melo interview | 0.20 | $379.00 |
| 10/08/2023 | DMS | Review email from J. Klein re Melo interview | 0.20 | $379.00 |
| 10/08/2023 | MLT | Review and revise Doerr interview follow-up (F. Reiss and N. Maoz) | 0.10 | No Charge |
| 10/08/2023 | MLT | Exchange e-mail correspondence re interview of J. Melo (J. Klein, F. Reiss, N. Maoz, and D. Stern) | 0.10 | $189.50 |
| 10/08/2023 | NM | Draft outline for H. Kieftenbeld interview | 4.70 | $4,112.50 |
| 10/08/2023 | NM | Review and revise J. Melo interview outline | 0.80 | $700.00 |
| 10/08/2023 | SMK | Prepare outline and exhibits for J. Melo interview | 7.80 | $10,101.00 |
| 10/08/2023 | SMK | Prepare outline for H. Kieftenbeld interview | 0.20 | $259.00 |
| 10/09/2023 | ATS | Emails with S. Kidder and N. Maoz re Melo interview | 0.10 | No Charge |
| 10/09/2023 | DMS | Confer with S. Kidder re interview of J. Melo | 0.80 | No Charge |
| 10/09/2023 | MLT | Analyze memo re J. Melo interview and prepare notes re same | 0.40 | $758.00 |
| 10/09/2023 | NM | Revise interview memos | 0.90 | $787.50 |
| 10/09/2023 | NM | Interview of J. Melo | 5.90 | $5,162.50 |
| 10/09/2023 | NM | Prepare for interview of J. Melo | 0.40 | $350.00 |
| 10/09/2023 | SMK | Interview (via Zoom) John Melo | 5.90 | $7,640.50 |
| 10/09/2023 | SMK | Draft outline and exhibits re Kieftenbeld interview | 2.30 | $2,978.50 |
| 10/09/2023 | TF | Email correspondence re interview memos | 0.80 | $880.00 |
| 10/10/2023 | DMS | Review J. Melo interview memo | 0.80 | $1,516.00 |
| 10/10/2023 | DMS | Review H. Kieftenbeld interview with S. Kidder | 0.30 | No Charge |
| 10/10/2023 | MLT | Analyze correspondence from J. Klein and S. Kidder re interview | 0.10 | No Charge |
| 10/10/2023 | MLT | Analyze memo re Han Kieftenbeld interview and prepare notes re same | 0.40 | $758.00 |
| 10/10/2023 | NM | Prepare for H. Kieftenbeld interview | 0.40 | $350.00 |
| 10/10/2023 | NM | Interview of H. Kieftenbeld | 5.70 | $4,987.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Interviews and Depositions** | | |
| 10/10/2023 | NM | Revise interview memos; send correspondence re same | 1.80 | $1,575.00 |
| 10/10/2023 | SMG | Review memo re J. Melo interview | 0.50 | $550.00 |
| 10/10/2023 | SMK | Interview (via Zoom) of H. Kieftenbeld | 5.70 | $7,381.50 |
| 10/10/2023 | SMK | Final preparation for interview of H. Kieftenbeld | 0.70 | $906.50 |
| 10/10/2023 | SMK | Exchange emails with J. Klein (Melo counsel) re interview follow-up | 0.20 | $259.00 |
| 10/10/2023 | SMK | Emails with D. Stern, N. Maoz, T. Frei re report and attachments | 0.30 | $388.50 |
| 10/10/2023 | TF | Email correspondence with S. Kidder and N. Maoz re revised interview memos | 0.90 | No Charge |
| 10/11/2023 | DMS | Review H. Kieftenbeld interview memo | 0.70 | $1,326.50 |
| 10/11/2023 | NM | Revise interview summary re H. Kieftenbeld interview | 0.20 | $175.00 |
| 10/11/2023 | SMG | Review memo re H. Kieftenbeld interview | 0.30 | $330.00 |
| 10/12/2023 | MLT | Analyze correspondence from J. Klein re interview exhibits and issues; exchange e-mail correspondence with S. Kidder and D. Stern re same | 0.10 | $189.50 |
| 10/12/2023 | SMK | Call with D. Choi re interview follow-up issues | 0.30 | $388.50 |
| 10/12/2023 | SMK | Correspondence with J. Klein (Melo counsel) re interview follow-up issues | 0.30 | $388.50 |
| 10/13/2023 | DMS | Review email from J. Klein re Melo documents and recording | 0.20 | $379.00 |
| 10/13/2023 | DMS | Review and suggest edits to response to J. Klein | 0.20 | $379.00 |
| 10/13/2023 | MLT | Exchange e-mail correspondence with S. Kidder and D. Stern re reply to J. Klein | 0.10 | No Charge |
| 10/13/2023 | SMK | Exchange emails with M. Tuchin and D. Stern re response to Melo's counsel's email re interview-related issues | 0.30 | $388.50 |
| 10/16/2023 | DMS | Communicate with team on revisions and follow-up | 0.50 | No Charge |
| 10/16/2023 | MLT | Analyze correspondence re J. Melo interview from S. Kidder | 0.10 | No Charge |
| 10/16/2023 | SMK | Email Melo's counsel, J. Klein, re interview-related matters | 0.10 | $129.50 |
| | | **Interviews and Depositions** | 125.80 | $139,258.00 |

**Drafting of Report/Summary of Investigation (Includes Legal Research)**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 10/02/2023 | DMS | Review legal research memo (draft insert to report) re fiduciary duties of officers and directors | 4.20 | $7,959.00 |
| 10/02/2023 | NM | Review and revise memo from S. Gurvitz re fiduciary duties | 1.20 | $1,050.00 |
| 10/02/2023 | SMG | Further develop report outline | 0.80 | No Charge |
| 10/02/2023 | SMG | Prepare report (scope) | 1.10 | $1,210.00 |
| 10/02/2023 | SMG | Prepare report (transactions considered) | 0.80 | $880.00 |
| 10/02/2023 | SMK | Emails with T. Frei and N. Maoz re related party transactions section of investigation report | 0.20 | $259.00 |
| 10/03/2023 | DMS | Review legal research memo (draft insert to report) re indemnification of officers and directors | 2.30 | $4,358.50 |
| 10/03/2023 | DMS | Draft summary of reports on director and officer liability, exculpation and indemnification | 2.10 | $3,979.50 |
| 10/03/2023 | DMS | Suggest revisions to memo on indemnification | 1.00 | $1,895.00 |
| 10/03/2023 | DMS | Suggest revisions to memo on liability and exculpation | 1.70 | $3,221.50 |
| 10/03/2023 | NM | Review memo from D. Stern re comments on fiduciary standard insert | 0.30 | $262.50 |
| 10/03/2023 | SMG | Review and respond to D. Stern comments to fiduciary duty and indemnification memos | 0.80 | $880.00 |
| 10/03/2023 | SMG | Follow up research re issues raised in D. Stern's comments to indemnification memo | 2.30 | $2,530.00 |
| 10/03/2023 | SMG | Follow up research re issues raised n DMS comments to fiduciary duty memo | 1.50 | $1,650.00 |
| 10/03/2023 | SMG | Prepare report (legal standard- indemnification and exculpation) | 5.20 | $5,720.00 |
| 10/03/2023 | SMK | Analyze D. Stern comments to draft report and exchange follow-up emails with S. Gurvitz and T. Frei re same | 0.40 | $518.00 |
| 10/03/2023 | TF | Draft summary of related party transactions by company | 0.80 | $880.00 |
| 10/03/2023 | TF | Research Delaware law applicable to related party transactions | 3.20 | $3,520.00 |
| 10/03/2023 | TF | Review comments to fiduciary duties and indemnification memos | 1.00 | $1,100.00 |
| 10/04/2023 | DMS | Discussion with M. Tuchin re preparation of investigative report | 0.30 | No Charge |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 10/04/2023 | MLT | Confer with D. Stern re investigation report | 0.30 | No Charge |
| 10/04/2023 | MLT | Work on memo re legal analysis | 0.80 | $1,516.00 |
| 10/04/2023 | SMG | Prepare report (witness examinations) | 0.90 | $990.00 |
| 10/04/2023 | SMG | Prepare report (legal standard- indemnification) | 6.40 | $7,040.00 |
| 10/04/2023 | SMG | Prepare report (legal standard- indemnification, exculpation, and good faith) | 6.60 | $7,260.00 |
| 10/04/2023 | SMG | Prepare report (executive summary) | 3.20 | $3,520.00 |
| 10/04/2023 | TF | Research Delaware law re interested party transaction safe harbor strategies | 1.40 | $1,540.00 |
| 10/04/2023 | TF | Draft interested party transactions insert | 2.70 | $2,970.00 |
| 10/05/2023 | SMG | Prepare report (legal standard - insurance, duty of care) | 5.40 | $5,940.00 |
| 10/05/2023 | SMG | Additional research re duty of care and duty of loyalty | 4.20 | $4,620.00 |
| 10/05/2023 | SMG | Additional research re business judgment rule | 1.70 | $1,870.00 |
| 10/05/2023 | TF | Draft legal issues summary of interested party transaction insert to report | 1.30 | $1,430.00 |
| 10/06/2023 | MLT | Analyze draft report | 1.80 | $3,411.00 |
| 10/06/2023 | SMG | Prepare report (executive summary, legal standard - duty of loyalty, witness examinations) | 7.30 | $8,030.00 |
| 10/06/2023 | SMG | Additional research on duty of loyalty issues | 1.00 | $1,100.00 |
| 10/06/2023 | SMK | Analyze S. Gurvitz draft of investigative report | 0.70 | $906.50 |
| 10/06/2023 | TF | Review draft independent director report | 4.00 | $4,400.00 |
| 10/07/2023 | SMG | Prepare outline of key facts for report based on witness interview memos | 1.90 | No Charge |
| 10/08/2023 | SMG | Review draft insert re insider transactions from T. Frei and correspondence re same | 0.80 | $880.00 |
| 10/08/2023 | SMG | Review revisions and issues list from D. Stern and correspondence re same | 1.30 | $1,430.00 |
| 10/08/2023 | TF | Update draft independent director report to incorporate related part transactions insert | 2.40 | $2,640.00 |
| 10/08/2023 | TF | Review revised draft of independent director report | 0.40 | $440.00 |
| 10/09/2023 | DMS | Confer with M. Tuchin re Independent Director's report | 0.30 | $568.50 |
| 10/09/2023 | DMS | Edit Independent Director's report | 0.50 | $947.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Drafting of Report/Summary of Investigation (Includes Legal Research) | | |
| 10/09/2023 | MLT | Revise report on investigation | 2.80 | $5,306.00 |
| 10/09/2023 | MLT | Confer with D. Stern re revisions to report | 0.30 | $568.50 |
| 10/09/2023 | SMG | Revise report in response to D. Stern comments | 4.90 | $5,390.00 |
| 10/09/2023 | SMG | Prepare report (Executive Summary) | 3.20 | $3,520.00 |
| 10/09/2023 | SMG | Prepare report (Appendix B) | 1.80 | $1,980.00 |
| 10/09/2023 | TF | Review and revise interview memos for inclusion in independent director report | 1.40 | $1,540.00 |
| 10/09/2023 | TF | Review comments to draft independent director report | 0.90 | $990.00 |
| 10/10/2023 | DMS | Confer with S. Gurvitz re draft report | 0.10 | $189.50 |
| 10/10/2023 | SMG | Research and analysis re entire fairness, employee misconduct, diligence, officer misconduct | 6.20 | $6,820.00 |
| 10/10/2023 | SMG | Prepare report (legal standards - entire fairness) | 3.00 | $3,300.00 |
| 10/10/2023 | SMG | Revise report (executive summary - legal principles) | 1.20 | $1,320.00 |
| 10/10/2023 | TF | Review and revise remainder of interview memos for inclusion in independent director report | 6.60 | $7,260.00 |
| 10/10/2023 | TF | Review and revise summary of related party transactions policy in independent director report | 0.50 | $550.00 |
| 10/11/2023 | DMS | Review and suggest edits to Independent Director's report | 4.00 | $7,580.00 |
| 10/11/2023 | NM | Review draft report | 2.20 | $1,925.00 |
| 10/11/2023 | SMG | Research and analysis re delegation, misrepresentations, and reliance on professionals | 2.30 | $2,530.00 |
| 10/11/2023 | SMG | Revise report following S. Kidder and D. Stern review | 6.50 | $7,150.00 |
| 10/11/2023 | SMK | Emails with D. Stern, S. Gurvitz, and N. Maoz re structure of report | 0.10 | $129.50 |
| 10/11/2023 | SMK | Draft report, including factual background re Givaudan and leases | 6.20 | $8,029.00 |
| 10/11/2023 | SMK | Analyze revised draft of legal analysis component of report | 1.50 | $1,942.50 |
| 10/11/2023 | TF | Review and revise interview memo for H. Kieftenbeld | 0.30 | $330.00 |
| 10/11/2023 | TF | Review and revise draft of legal summary for independent director report | 4.00 | $4,400.00 |
| 10/12/2023 | DMS | Review and suggest edits to independent director's report | 4.50 | $8,527.50 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Drafting of Report/Summary of Investigation (Includes Legal Research) | | |
| 10/12/2023 | DMS | Confer with S. Gurvitz and S. Kidder re drafting and revising independent director's report | 0.20 | $379.00 |
| 10/12/2023 | NM | Draft factual insert for report | 5.80 | $5,075.00 |
| 10/12/2023 | SMG | Additional research and analysis re fraud on the board, oversight liability, officer misconduct | 6.20 | $6,820.00 |
| 10/12/2023 | SMG | Revise report following T. Frei review | 0.90 | $990.00 |
| 10/12/2023 | SMG | Prepare report (legal application and conclusions) | 2.50 | $2,750.00 |
| 10/12/2023 | SMG | Confer with D. Stern and S. Kidder re drafting of report | 0.20 | $220.00 |
| 10/12/2023 | SMK | Confer with D. Stern and S. Gurvitz re report | 0.20 | $259.00 |
| 10/12/2023 | SMK | Draft report, including factual background section and scope of investigation and review of D. Stern and S. Gurvitz changes | 9.50 | $12,302.50 |
| 10/12/2023 | TF | Complete review and revision of draft independent director report | 1.60 | $1,760.00 |
| 10/12/2023 | TF | Review draft factual insert re Givuadan | 0.20 | $220.00 |
| 10/13/2023 | NM | Continue drafting fact insert for report | 6.20 | $5,425.00 |
| 10/13/2023 | SMG | Revise report | 3.40 | $3,740.00 |
| 10/13/2023 | SMG | Prepare report (summary of legal standard and in depth legal appendix) | 2.90 | $3,190.00 |
| 10/13/2023 | SMG | Research and analysis re particular fact patterns of officer breach of fiduciary duties | 3.00 | $3,300.00 |
| 10/13/2023 | SMK | Draft statement of facts for investigative report, including sections re Givaudan and retail leases | 7.40 | $9,583.00 |
| 10/13/2023 | TF | Research re fiduciary duties of officers under Delaware law | 0.40 | $440.00 |
| 10/14/2023 | NM | Review and revise factual insert for report | 1.30 | $1,137.50 |
| 10/14/2023 | SMG | Analysis of draft fact section prepared by S. Kidder, correspondence to S. Kidder re same | 1.00 | $1,100.00 |
| 10/14/2023 | SMK | Draft report on investigation, including factual sections re consumer businesses and other issues | 4.00 | $5,180.00 |
| 10/15/2023 | DMS | Review and revise Independent Director's Report | 6.00 | $11,370.00 |
| 10/15/2023 | NM | Revise factual insert in report | 0.80 | $700.00 |
| 10/15/2023 | SMG | Review revised draft of report with D. Stern edits | 1.10 | $1,210.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 10/15/2023 | SMK | Draft report on investigation, including factual sections re significant ingredient transactions | 3.60 | $4,662.00 |
| 10/16/2023 | DMS | Confer with S. Gurvitz re revisions to legal memo appendix in Independent Director's Report | 0.40 | $758.00 |
| 10/16/2023 | DMS | Review Independent Director insert re revenue recognition scheme investigated by Fenwick and PwC | 0.40 | $758.00 |
| 10/16/2023 | DMS | Review Fenwick corrections and edits to revenue recognition issues portion of Independent Director's Report | 0.30 | $568.50 |
| 10/16/2023 | DMS | Review and revise Independent Director's Report | 6.10 | $11,559.50 |
| 10/16/2023 | MLT | Work on report | 3.20 | $6,064.00 |
| 10/16/2023 | NM | Review and revise report | 6.10 | $5,337.50 |
| 10/16/2023 | SMG | Confer with D. Stern re revisions to legal memo appendix | 0.40 | $440.00 |
| 10/16/2023 | SMG | Revise report (legal summary) | 1.90 | $2,090.00 |
| 10/16/2023 | SMG | Revise report (legal appendix) | 7.30 | $8,030.00 |
| 10/16/2023 | SMG | Analysis of additional fraud on the board cases | 0.90 | $990.00 |
| 10/16/2023 | SMG | Review further revised turn of report from D. Stern | 0.40 | $440.00 |
| 10/16/2023 | SMK | Draft investigative report, including review and incorporation of D. Stern edits | 5.80 | $7,511.00 |
| 10/16/2023 | SMK | Research re investigative report | 0.70 | $906.50 |
| 10/16/2023 | SMK | Analyze and incorporate Fenwick comments re report | 0.30 | $388.50 |
| 10/16/2023 | TF | Review revised draft of independent direct report | 0.50 | $550.00 |
| 10/16/2023 | TF | Research re interested party transactions | 0.50 | $550.00 |
| 10/16/2023 | TF | Review and revise case citations in legal insert to independent director report | 2.70 | No Charge |
| 10/17/2023 | DMS | Review further edited version of Independent Director's Report | 0.70 | $1,326.50 |
| 10/17/2023 | DMS | Coordinate with N. Maoz re appendix to Report issues | 0.20 | $379.00 |
| 10/17/2023 | DMS | Review and revise legal memorandum appendix to Report | 3.80 | $7,201.00 |
| 10/17/2023 | DMS | Confer with M. Tuchin re timing and effects of adding executive summary | 0.30 | No Charge |
| 10/17/2023 | MLT | Work on report | 2.30 | $4,358.50 |
| 10/17/2023 | NM | Compile appendices for report | 0.70 | $612.50 |

| 2483 | Amyris, Inc., et al. | | | | Page  19 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20910 |

| Date | Init | Description | | Hours | Amount |
|------|------|-------------|---|-------|--------|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | | |
| 10/17/2023 | NM | Review and revise report | | 2.80 | $2,450.00 |
| 10/17/2023 | SMG | Initial review of Appendix A to report (key documents) | | 0.90 | $990.00 |
| 10/17/2023 | SMG | Revise report Appendix C (legal memo - multiple drafts) | | 4.90 | $5,390.00 |
| 10/17/2023 | SMG | Revise report (main body - two drafts) | | 1.70 | $1,870.00 |
| 10/17/2023 | SMG | Additional analysis of duty of care cases | | 1.80 | $1,980.00 |
| 10/17/2023 | SMG | Review markup of report from F. Reiss and correspondence re same | | 0.30 | $330.00 |
| 10/17/2023 | SMK | Further revisions to report, including review and incorporation of D. Stern and S. Gurvitz comments | | 5.30 | $6,863.50 |
| 10/17/2023 | TF | Review and revise draft independent director report | | 1.60 | $1,760.00 |
| 10/17/2023 | TF | Email correspondence to KTBS team re interested party transactions | | 0.30 | $330.00 |
| 10/18/2023 | DMS | Confer with N. Maoz re structure of executive summary/overview to Report | | 0.20 | $379.00 |
| 10/18/2023 | DMS | Review and revise overview insert to Report | | 1.10 | $2,084.50 |
| 10/18/2023 | DMS | Review and suggest edits to legal memorandum (Appendix C to Report) | | 0.40 | $758.00 |
| 10/18/2023 | DMS | Revise overview insert | | 0.80 | $1,516.00 |
| 10/18/2023 | DMS | Review Independent Director's Report and suggest edits and conforming changes in light of addition of Overview | | 1.00 | $1,895.00 |
| 10/18/2023 | DMS | Review and suggest edits to legal memorandum (Appendix C) | | 0.80 | $1,516.00 |
| 10/18/2023 | MLT | Work on report | | 2.60 | $4,927.00 |
| 10/18/2023 | NM | Research re fiduciary duty issues | | 5.20 | $4,550.00 |
| 10/18/2023 | NM | Draft executive summary/report outline | | 1.30 | $1,137.50 |
| 10/18/2023 | SMG | Review and revise executive summary to report (3 drafts) | | 0.90 | $990.00 |
| 10/18/2023 | SMG | Review and revise S. Kidder markup of Appendix C and comment on same | | 0.80 | $880.00 |
| 10/18/2023 | SMG | Further revise Appendix C | | 2.70 | $2,970.00 |
| 10/18/2023 | SMG | Further analysis re fraud on the board issues | | 1.80 | $1,980.00 |
| 10/18/2023 | SMG | Review and revise report (fact section) | | 2.50 | $2,750.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 10/18/2023 | SMK | Further drafting of investigative report and legal analysis, including extensive emails with D. Stern, T. Frei, S. Gurvitz and N. Maoz re same | 5.80 | $7,511.00 |
| 10/18/2023 | SMK | Legal research re duty to inform and other issues related to report | 1.80 | $2,331.00 |
| 10/18/2023 | TF | Review and revise interested party transactions portions of independent director report | 3.40 | $3,740.00 |
| 10/18/2023 | TF | Research re fraud on the board | 1.10 | $1,210.00 |
| 10/19/2023 | DMS | Review and suggest edits to Independent Director's Report | 3.10 | $5,874.50 |
| 10/19/2023 | DMS | Review and suggest edits to legal memorandum (Appendix C) | 2.80 | $5,306.00 |
| 10/19/2023 | MLT | Work on report | 3.10 | $5,874.50 |
| 10/19/2023 | NM | Revise report, including legal research for legal insert | 4.80 | $4,200.00 |
| 10/19/2023 | SMG | Further revise Appendix C (including review of T. Frei comments) | 1.70 | $1,870.00 |
| 10/19/2023 | SMG | Follow up research DGCL 144(a) safe harbor | 1.00 | $1,100.00 |
| 10/19/2023 | SMG | Review and revise report (fact section) | 3.90 | $4,290.00 |
| 10/19/2023 | SMG | Analysis of case law re fiduciary duties in insolvency and revise report re same | 1.60 | $1,760.00 |
| 10/19/2023 | SMK | Further review of and revisions to investigative report | 6.80 | $8,806.00 |
| 10/19/2023 | TF | Review and revise updated draft of Appendix C to independent director report | 2.40 | $2,640.00 |
| 10/19/2023 | TF | Research re delegation of authority to independent committees | 0.60 | $660.00 |
| 10/20/2023 | DMS | Final review of Independent Director's Report; suggest edits | 0.50 | $947.50 |
| 10/20/2023 | DMS | Prepare preliminary outline of presentation of Report | 1.20 | $2,274.00 |
| 10/20/2023 | DMS | Confer with M. Tuchin re Independent Director's Report | 0.20 | $379.00 |
| 10/20/2023 | MLT | Telephone conference with D. Stern re delivery of report, board meeting, and privilege issues | 0.20 | $379.00 |
| 10/20/2023 | NM | Review, revise and finalize report | 5.60 | $4,900.00 |
| 10/20/2023 | SMG | Final review and revisions to report | 2.40 | $2,640.00 |
| 10/20/2023 | SMG | Final review and revisions to Appendix C | 3.90 | $4,290.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 10/20/2023 | SMG | Final review and revisions to Appendix A | 0.20 | $220.00 |
| 10/20/2023 | SMG | Exchange e-mail correspondence with S. Kidder and N. Maoz re final report edits | 0.20 | $220.00 |
| 10/20/2023 | SMK | Final review of revisions to investigative report | 4.50 | $5,827.50 |
| 10/20/2023 | TF | Attention to finalizing report | 0.20 | $220.00 |
| 10/23/2023 | SMK | Emails with D. Stern and M. Tuchin re next steps re report | 0.10 | $129.50 |
| | | Drafting of Report/Summary of Investigation (Includes Legal Research) | 372.10 | $459,128.00 |
| | | **Review of Pleadings Filed in Case** | | |
| 10/02/2023 | DAF | Analyze DIP orders re investigation issues | 0.40 | $660.00 |
| 10/02/2023 | DMS | Review DIP order re validation of Foris obligations and liens | 0.40 | $758.00 |
| 10/04/2023 | MLT | Analyze Givaudan discovery motion | 0.10 | $189.50 |
| 10/04/2023 | NM | Review DSM motion for adequate protection | 0.20 | $175.00 |
| 10/04/2023 | NM | Review Givaudan 2004 motion | 0.20 | $175.00 |
| 10/12/2023 | DMS | Review Committee objection to DIP financing order (referring to the Independent Director) | 0.30 | $568.50 |
| 10/12/2023 | NM | Review Committee filing re DIP/investigation; exchange correspondence re same | 0.60 | $525.00 |
| 10/12/2023 | SMK | Analyze UCC's filing re statement concerning Reiss investigation | 0.20 | $259.00 |
| 10/12/2023 | SMK | Brief review of plan and disclosure statement for material pertinent to investigation | 0.40 | No Charge |
| 10/13/2023 | DMS | Review Ad Hoc Group response re Jefferies (with allegations against Independent Director) | 0.30 | $568.50 |
| 10/13/2023 | DMS | Review Committee response re Jefferies | 0.20 | $379.00 |
| 10/13/2023 | MLT | Analyze Ad Hoc Cross Holder statement; analyze correspondence re same from F. Reiss | 0.20 | $379.00 |
| 10/13/2023 | SMK | Analyze noteholder group's response re Jefferies application, with attention to statement re investigation | 0.20 | $259.00 |
| 10/13/2023 | TF | Review filing of unsecured creditors Committee and related email correspondence | 0.30 | $330.00 |
| 10/19/2023 | SMK | Analyze protective order between debtors/UCC/ad hoc group and email D. Stern re same | 0.20 | $259.00 |

| 2483 | Amyris, Inc., et al. | | | Page 22 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20910 |

| | | Review of Pleadings Filed in Case | 4.20 | $5,484.50 |
|---|---|---|---|---|
| | | **Court Attendance** | | |
| 10/04/2023 | NM | DIP hearing (partial attendance) | 5.10 | $4,462.50 |
| 10/11/2023 | NM | Hearing on DIP ruling | 0.30 | $262.50 |
| 10/16/2023 | NM | Hearing on motion to continue | 0.80 | $700.00 |
| | | Court Attendance | 6.20 | $5,425.00 |
| | | **Fee/Employment Applications** | | |
| 10/03/2023 | NM | Revise September bill | 1.80 | No Charge |
| 10/10/2023 | SDP | Prepare second monthly fee application | 1.30 | $773.50 |
| 10/10/2023 | SDP | Prepare notice of second monthly fee application | 0.10 | $59.50 |
| 10/16/2023 | NM | Revise monthly fee application | 0.50 | $437.50 |
| 10/16/2023 | SMK | Analyze and revise draft monthly fee statement for September | 0.30 | $388.50 |
| 10/17/2023 | SDP | Revise notice of second monthly fee application | 0.10 | $59.50 |
| 10/17/2023 | SMK | Correspondence with F. Reiss re second monthly fee statement | 0.20 | $259.00 |
| 10/19/2023 | SMK | Analyze and respond to J. O'Neill email re CNO for KTBS first monthly fee statement | 0.10 | $129.50 |
| 10/20/2023 | NM | Revise monthly fee application | 0.40 | $350.00 |
| 10/20/2023 | SMK | Emails with J. O'Neill and P. Jeffries re KTBS monthly fee statements | 0.10 | $129.50 |
| | | Fee/Employment Applications | 4.90 | $2,586.50 |
| Professional Services Rendered | | | 612.60 | $741,348.50 |

Costs and Disbursements
  Online research
    Westlaw - October 2023         $2,196.43
    Lexis - October 2023         $5,026.10
                                                          $7,222.53

Total Costs and Disbursements         $7,222.53

Total fees and expenses incurred       $748,571.03
Balance forward as of last invoice     $846,351.34

| | | |
|---|---|---|
| Payments applied since last invoice | ($159,655.80) | |
| Net balance forward | | $686,695.54 |
| Balance Now Due | | $1,435,266.57 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Fidler, David A. | 1.20 | $1,650.00 | $1,980.00 |
| Frei, Tanner | 4.00 | $0 | No Charge |
| Frei, Tanner | 55.30 | $1,100.00 | $60,830.00 |
| Gurvitz, Sasha M | 3.40 | $0 | No Charge |
| Gurvitz, Sasha M | 147.70 | $1,100.00 | $162,470.00 |
| Kidder, Samuel M | 2.00 | $0 | No Charge |
| Kidder, Samuel M | 150.20 | $1,295.00 | $194,509.00 |
| Maoz, Nir | 1.80 | $0 | No Charge |
| Maoz, Nir | 123.70 | $875.00 | $108,237.50 |
| Pearson, Shanda D. | 1.50 | $595.00 | $892.50 |
| Simonds, Ariella T. | 4.70 | $0 | No Charge |
| Stern, David M. | 3.10 | $0 | No Charge |
| Stern, David M. | 81.60 | $1,895.00 | $154,632.00 |
| Tuchin, Michael L. | 1.90 | $0 | No Charge |
| Tuchin, Michael L. | 30.50 | $1,895.00 | $57,797.50 |
| | 612.60 | | $741,348.50 |

## Wire Instructions for Payment of Invoice

Bank Name:          First Republic Bank

Bank Address:       1888 Century Park East
                    Los Angeles, California 90067
                    Phone: (800) 392-1407

ABA Routing No.:    321081669

Account No.:        997-00044763

Account Name:       KTBS Law LLP General Operating Account

## Remittance To:

KTBS Law LLP
Attention: Accounting Department
1801 Century Park East, 26th Floor
Los Angeles, CA 90067