IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 923** |

**NOTICE OF FILING OF REVISED
STRIPES SALE ORDER AND ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE** that, on December 15, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing of Successful Bidder and Auction Results for Sale of Stripes Brand Assets* [Docket No. 923] (the "Successful Bidder Notice"). Attached as Exhibit 1 to the Successful Bidder Notice was a proposed form of the *Order (A) Approving the Sale of Substantially All of the Debtors' Assets Relating to Sakana, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief* (the "Stripes Sale Order"). Attached as Exhibit 2 to the Successful Bidder Notice was a proposed form of the *Asset Purchase Agreement By and Among Amyris, Inc. and Amyris Clean Beauty Inc., as Seller and Sakana, LLC as Buyer Dated as of December [●], 2023* (the "Stripes APA").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised version of the Stripes Sale Order. Attached hereto as **Exhibit B** is a comparison of the revised

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Stripes Sale Order to the original form of the Stripes Sale Order.  Attached hereto as **Exhibit C** is a revised version of the Stripes APA.  Attached hereto as **Exhibit D** is a comparison of the revised Stripes APA to the original form of the Stripes APA.

| | |
|---|---|
| Dated:  December 19, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    joneill@pszjlaw.com
    jrosell@pszjlaw.com
    sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*