# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br>**Ref. Docket No. 924** |

### NOTICE OF FILING OF REVISED
### ROSE, INC. SALE ORDER AND ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on December 15, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing of Successful Bidder and Auction Results for Sale of Rose Brand Assets* [Docket No. 924] (the "Successful Bidder Notice"). Attached as Exhibit 1 to the Successful Bidder Notice was a proposed form of the *Order (A) Approving the Sale of Substantially All of the Debtors' Assets Relating to Rose, Inc. Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief* (the "Rose, Inc. Sale Order"). Attached as Exhibit 2 to the Successful Bidder Notice was a proposed form of the *Asset Purchase Agreement By and Among Amyris, Inc., Amyris Clean Beauty Inc., and Clean Beauty Collaborative, Inc. as Seller and AA Investments (HK) Limited as Buyer Dated as of December [●], 2023* (the "Rose, Inc. APA").

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a revised version of the Rose, Inc. Sale Order.  Attached hereto as **Exhibit B** is a redline of the revised Rose, Inc. Sale Order showing changes against the original form of the Rose, Inc. Sale Order.  Attached hereto as **Exhibit C** is a revised version of the Rose, Inc. APA.  Attached hereto as **Exhibit D** is a redline of the revised Rose, Inc. APA showing changes against the original form of the Rose, Inc. APA.

| | |
|---|---|
| Dated:  December 20, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |