IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                    Debtors.¹ | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 909 and 912** |

**CERTIFICATION OF NO OBJECTION
REGARDING NOTICE OF FILING OF SUCCESSFUL BIDDER
AND AUCTION RESULTS FOR SALE OF PIPETTE BRAND ASSETS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Notice of Filing of Successful Bidder and Auction Results for Sale of Pipette Brand Assets* (the "Notice") [Docket No. 909] filed on December 14, 2023. The undersigned further certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Amended Notice of Filing of Successful Bidder and Auction Results for Sale of Pipette Brand Assets* (the "Amended Notice") [Docket No. 912] filed on December 14, 2023. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Notice and Amended Notice appears thereon. Pursuant to the *Notice of Hearing on Sale of the Debtors' JVN, Pipette, Rose and Stripes Brand Assets* [Docket No. 926], objections to the Notice were to be filed and served no later than December 18, 2023 at 4:00 p.m. Eastern Time.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated: December 20, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |           dgrassgreen@pszjlaw.com |
| |           joneill@pszjlaw.com |
| |           jrosell@pszjlaw.com |
| |           sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |