**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Re Docket No. 917** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR (I) AN ORDER (A) APPROVING BID PROCEDURES FOR
THE SALE OF THE DEBTORS' LAB-TO-MARKET ASSETS; (B) SETTING
MINIMUM RESERVE PRICE; (C) SCHEDULING THE AUCTION AND SALE
HEARING; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF;
AND (E) GRANTING RELATED RELIEF; AND (II) AN ORDER OR ORDERS (A)
APPROVING THE SALE OF THE DEBTORS' LAB-TO-MARKET ASSETS FREE AND
CLEAR OF ALL ENCUMBRANCES; AND (B) APPROVING THE ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned hereby certifies that:

1.      On December 14, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 917] (the "Motion").[2]

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

LA:4877-9115-3816.1 03703.004

2.      Pursuant to the *Notice of Hearing re Debtors' Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 925], objections to the Motion were due on December 19, 2023 at 5:00 p.m. [ET].

3.      On December 18 2023, the Ad Hoc Cross-Holder Group (the "Cross-Holder Group") filed the *Limited Objection of Ad Hoc Cross-Holder Group to Debtors' Motion for an Order (I) Approving the Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 945].

4.      The Debtors and the Cross-Holder Group have conferred and agreed on the revised form of Proposed Order attached hereto as **Exhibit A.**

5.      A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes from the proposed order filed with the Motion.

6.      Accordingly, the Debtors request that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

7.      The Debtors are available should the Court have any questions regarding the Proposed Order.

LA:4877-9115-3816.1 03703.004

Dated:  December 20, 2023                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                            */s/ James E. O'Neill*
                                            Richard M. Pachulski (admitted *pro hac vice*)
                                            Debra I. Grassgreen (admitted *pro hac vice*)
                                            James E. O'Neill (DE Bar No. 4042)
                                            Jason H. Rosell (admitted *pro hac vice*)
                                            Steven W. Golden (DE Bar No. 6807)
                                            919 N. Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, DE 19899-8705 (Courier 19801)
                                            Telephone: (302) 652-4100
                                            Facsimile: (302) 652-4400
                                            Email:  rpachulski@pszjlaw.com
                                                    dgrassgreen@pszjlaw.com
                                                    joneill@pszjlaw.com
                                                    jrosell@pszjlaw.com
                                                    sgolden@pszjlaw.com

                                            *Counsel to the Debtors and Debtors in Possession*

LA:4877-9115-3816.1 03703.004