# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING ON DECEMBER 20, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME[3]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**This hearing will be conducted via Zoom only before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7. All parties are expected to attend via Zoom.**
**All participants must register at the Zoom link below.**

https://debuscourts.zoomgov.com/meeting/register/vJItcemvpjIsHOwdr1ouDQKa3PPgdrWX3J4

**MATTERS GOING FORWARD:**

1. Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors Brand Assets; (B) Approving Certain Bid Protections in Connection with the Debtors Entry into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and [E) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors Brand Assets Free and Clear Of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed September 18, 2023, Docket No. 316].

   **Response Deadline:** December 18, 2023 [Docket No. 926].

   **Responses Received:**

   a. Limited Objection and Reservation of Rights of Sakana, LLC as to Debtors Motion for (I) An Order (A) Approving Bid Procedures for The Sale of The Debtors Brand Assets; (B) Approving Certain Bid Protections in Connection with The Debtors Entry into Any Potential Stalking Horse

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

    Agreements; (C) Scheduling The Auction and Sale Hearing; (D) Approving The Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) An Order or Orders (A) Approving The Sale of The Debtors Brand Assets Free and Clear of All Encumbrances; and (B) Approving The Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 11, 2023, Docket No. 878].

 **b.** **Limited Objection to the Rose Inc. Sale, Demand for Adequate Assurance and Reservation of Rights of Quiet Logistics, Inc. [Filed December 18, 2023, Docket No. 929].**

 **c.** **Limited Objection and Reservation of Rights of JVN Entertainment, Inc. and Jonathan Van Ness Relating to the JVN Consumer Brand Sale [Filed December 18, 2023, Docket No. 931].**

**Related Documents:**

 a. [Signed] Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections In Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and [E) Granting Related Relief [Filed October 16, 023, Docket No. 553].

 b. Notice of Extension of Certain Sale-Related Deadlines [Filed October 29, 023, Docket No. 628].

 c. Notice of Auction for the Debtors' JVN, Stripes, and Rose, Inc. Brand Assets [Filed December 10, 2023, Docket No. 861].

 d. Notice of Filing of Successful Bidder and Auction Results for Sale of JVN Brand Assets [Filed December 14, 2023, Docket No. 908].

 e. Notice of Filing of Successful Bidder and Auction Results for Sale of Pipette Brand Assets [Filed December 12, 2023, Docket No. 909].

 f. Amended Notice of Filing of Successful Bidder and Auction Results for Sale of JVN Brand Assets [Filed December 12, 2023, Docket No. 911].

 g. Amended Notice of Filing of Successful Bidder and Auction Results for Sale of JVN Brand Assets [Filed December 14, 2023, Docket No. 912].

 h. Limited Objection to the JVN Consumer Brand Sale, Demand for Adequate Assurance and Reservation of Rights of Quiet Logistics, Inc. [Filed December 4, 2023, Docket No. 921].

 i. Notice of Filing of Successful Bidder and Auction Results for Sale of Stripes Brand Assets [Filed December 15, 2023, Docket No. 923].

j. Notice of Filing of Successful Bidder and Auction Results for Sale of Rose Brand Assets [Filed December 15, 2023, Docket No. 924].

k. Notice of Hearing on Sale of the Debtors' JVN, Pipette, Rose and Stripes Brand Assets [Filed December 15, 2023, Docket No. 926].

l. **Notice of Filing of Revised Stripes Sale Order and Asset Purchase Agreement [Filed: 12/19/23] (Docket No. 958).**

m. **Declaration of Lorie Beers in Support of Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections in Connection With the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Brand Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 12/20/23] (Docket No. 962).**

n. **Notice of Filing of Revised Rose, Inc. Sale Order and Asset Purchase Agreement [Filed: 12/20/23] (Docket No. 963).**

o. **Certification of No Objection Regarding Notice of Filing of Successful Bidder and Auction Results for Sale of Pipette Brand Assets [Filed: 12/20/23] (Docket No. 964).**

**Status:** This matter is going forward.

2. Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 14, 2023, Docket No. 917].

**Response Deadline:** December 19, 2023.

**Responses Received:**

a. **Limited Objection of Ad Hoc Cross-Holder Group to Debtors' Motion for an Order (I) Approving the Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B)**

**Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 18, 2023, Docket No. 945].**

**Related Documents:**

a. Motion to Shorten Notice Period and Schedule Hearing with Respect to the Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 12, 2023, Docket No. 918].

b. [Signed] Order Shortening Notice Period and Scheduling Hearing With Respect to the Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 15, 2023, Docket No. 920].

c. Notice of Hearing re Debtors' Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-to-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed December 15, 2023, Docket No. 925].

d. **Certification of Counsel Regarding Debtors' Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-To-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtors' Lab-To-Market Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 12/20/23] (Docket No. 965).**

**Status:** This matter is going forward. The Ad Hoc Cross-Holder Group's objection is resolved and the Debtors have submitted a Certification of Counsel with revised order which reflects the resolution. If the revised order is acceptable to the Court no hearing is needed on this matter.

Dated: December 20, 2023          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042]
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807]
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801]
Telephone: (302] 652-4100
Facsimile: (302] 652-4400
Email: rpachulski@pszjlaw.com
       dgrassgreen@pszjlaw.com
       joneill@pszjlaw.com
       jrosell@pszjlaw.com
       sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*