# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 791 and 796** |

## CERTIFICATION OF COUNSEL REGARDING
## OMNIBUS ORDER AWARDING INTERIM FEE APPLICATIONS

The undersigned counsel to the Official Committee of Unsecured Creditors of Amyris, Inc., *et al.* (the "Committee") hereby certifies as follows:

1. Potter Anderson & Corroon LLP and White & Case LLP (each an "Applicant" and collectively, the "Applicants") identified on the form of order attached hereto as **Exhibit A** (the "Proposed Omnibus Order") have filed and served interim fee applications (the "Interim Fee Applications") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] (the "Interim Compensation Order") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Interim Fee Applications, objections to each of the Interim Fee Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Interim Fee Applications in accordance with the Interim Compensation Order. No objections or responses to the Interim Fee Applications have been filed on the docket. A hearing to consider the Interim Fee Applications will be scheduled on a date to be determined.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3. A copy of the Proposed Omnibus Order has been circulated to and is acceptable to each of the Applicants. A copy of the Omnibus Order has also been circulated to the Office of the United States Trustee for the District of Delaware, who does not object to its entry.

**WHEREFORE**, unless the Court has any questions or concerns regarding the Interim Fee Applications, the Applicants respectfully request that the Court enter the Proposed Omnibus Order attached hereto as **Exhibit A**, approving the Interim Fee Applications at its earliest convenience.

*Remainder of page intentionally left blank.*

Dated: December 21, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
Katelin A. Morales (No. 6683)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

-and-

Gregory F. Pesce, Esq.
Andrew F. O'Neill, Esq.
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gpesce@whitecase.com
aoneill@whitecase.com

-and-

John Ramirez, Esq.
Andrea Kropp, Esq.
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: john.ramirez@whitecase.com
andrea.kropp@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*