# EXHIBIT E

**First Monthly Fee Application**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 18, 2023 at 4:00 p.m.**<br>**Hearing Date: To be scheduled if necessary** |

### SUMMARY OF FIRST MONTHLY APPLICATION OF KTBS LAW LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL COUNSEL FOR THE DEBTORS ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, FOR THE PERIOD FROM AUGUST 11, 2023 THROUGH AUGUST 31, 2023

| | |
|---|---|
| Name of Applicant: | KTBS Law LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of August 11, 2023 by order signed September 11, 2023 |
| Period for which Compensation and Reimbursement is Sought: | August 11, 2023 through August 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $199,390.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $143.80 |

This is a:    ☒ monthly    ☐ interim    ☐ final application.

The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

### PRIOR APPLICATIONS FILED

No prior fee applications have been filed.

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**KTBS PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael L. Tuchin | Partner 1999. Member of CA Bar since 1990. Corporate Restructuring. | $1,895.00 | 5.00 1.10 | $9,475.00 No Charge |
| David M. Stern | Partner 2000. Joined firm 2000. Member of CA Bar since 1975. Litigation. | $1,895.00 | 28.30 1.10 | $53,628.50 No Charge |
| David A. Fidler | Partner 2003. Joined firm 1999. Member of CA Bar since 1998. Corporate Restructuring. | $1,650.00 | 3.50 | $5,775.00 |
| Samuel M. Kidder | Partner 2020. Joined firm 2018. Member of CA Bar since 2012. Corporate Restructuring. | $1,295.00 | 49.00 1.10 | $63,455.00 No Charge |
| Tanner Frei | Partner 2023. Joined firm 2023. Member of UT Bar since 2014. Member of CO Bar since 2017. Corporate. | $1,100.00 | 43.40 | $47,740.00 |
| Nir Maoz | Associate 2019. Joined firm 2019. Member of CA Bar since 2019. Corporate Restructuring. | $875.00 | 19.90 0.90 | $17,412.50 No Charge |
| Shanda D. Pearson | Paralegal 2007. Corporate Restructuring. | $595.00 | 3.20 1.20 | $1,904.00 No Charge |

**Grand Total:**     $199,390.00
**Total Hours:**          157.70
**Blended Rate:**      $1,264.36

2

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.10 | $2,719.50 |
| Meetings of and Communications with Debtors' Professionals | 16.20 | $22,608.00 |
| Meetings of and Communications with Independent Director | 16.00 | $22,956.50 |
| Meetings of and Communications with Other Professionals | 1.30 | $1,715.00 |
| Document Discovery and Document Review | 80.90 | $100,989.00 |
| Interviews and Depositions | 0.00 | $0.00 |
| Contested Matters/Litigation (General) | 0.00 | $0.00 |
| Drafting of Report/Summary of Investigation (Includes Legal Research) | 10.70 | $12,439.00 |
| Review of Pleadings Filed in Case | 9.00 | $13,404.00 |
| Preparation for Court Hearings | 0.60 | $568.50 |
| Court Attendance | 3.40 | $5,423.00 |
| Fee/Employment Applications | 17.50 | $16,567.50 |
| Non-Working Travel @ 50% | 0.00 | $0.00 |
| **Total:** | **157.70** | **$199,390.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Online Research | PACER | $3.80 |
| Other | Delaware Secretary of State | $140.00 |
| **Total:** | | **$143.80** |

---

[3]  KTBS may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

3

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 18, 2023 at 4:00 p.m.** |
| | **Hearing Date: To be scheduled if necessary** |

**FIRST MONTHLY APPLICATION OF KTBS LAW LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL
COUNSEL FOR THE DEBTORS ON BEHALF OF AND AT THE SOLE
DIRECTION OF THE INDEPENDENT DIRECTOR, FOR THE PERIOD FROM
AUGUST 11, 2023 THROUGH AUGUST 31, 2023**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] entered on September 14, 2023 (the "Compensation Procedures Order"), KTBS Law LLP ("KTBS" or the "Firm"), special counsel for the debtors and debtors in possession (the "Debtors"), on behalf of and at the sole direction of M. Freddie Reiss (the "Independent Director"), hereby submits its *First Monthly Application of KTBS Law LLP for Compensation and Reimbursement of Expenses, as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, for the Period From August 11, 2023 Through August 31, 2023* (the "Application").

By this Application, KTBS seeks approval and payment of professional fees in the amount of $159,512.00 (80% of $199,390.00) and reimbursement of actual, necessary, and

---

[1]    The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

reasonable expenses incurred in the amount of $143.80 (100% of expenses) for a total payment

of $159,655.80 for the period August 11, 2023 through August 31, 2023 (the "Fee Period").

**Background**

1.    On August 9, 2023, the Debtors commenced these cases by filing voluntary

petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in possession

of their property and continue to operate and manage their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been

appointed in the Debtors' chapter 11 cases.  An official committee of unsecured creditors (the

"Committee") was appointed in these cases on August 27, 2023.  *See* Docket No. 152.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On September 14, 2023, the Court signed the Compensation Procedures Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Compensation Procedures Order provides, among other things, that a Professional may

submit monthly fee applications.  If no objections are made within fourteen (14) days after

service of the monthly fee application, the Debtors are authorized to pay the Professional eighty

percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

Beginning with the period ending October 31, 2023, and at three-month intervals or such other

intervals convenient to the Court, each of the Professionals may file and serve an interim fee

application for allowance of the amounts sought in its monthly fee applications for that period.

All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of KTBS, as special counsel for the Debtors on behalf of and at the sole direction of the Independent Director, was approved effective as of August 11, 2023 by this Court's *Order Authorizing Retention and Employment of KTBS Law LLP as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, Effective as of August 11, 2023* [Docket No. 228], entered on September 11, 2023 (the "Retention Order").  The Retention Order authorized KTBS to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### KTBS'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

5.      All services for which KTBS requests compensation were performed for the Debtors on behalf of and at the sole direction of the Independent Director.

6.      KTBS (and any partner, of counsel, or associate thereof) has received no payment and no promises of payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between KTBS and any other person other than among the partners, of counsel, or associates of KTBS for the sharing of compensation to be received for services rendered in these cases.  KTBS has not received a retainer from the Debtors.

7.      The professional services and related expenses for which KTBS requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of KTBS's professional responsibilities as attorneys for the Debtors in these chapter 11 cases.  KTBS's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

3

## Fee Statements

8.      The fee statement for the Fee Period is attached hereto as **Exhibit A**.  This

statement contain daily time logs describing the time spent by each attorney and paraprofessional

during the Fee Period.  To the best of KTBS's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.  The time reports are

organized on a daily basis.  KTBS is sensitive to issues of "lumping" and, unless time was spent

in one time frame on a variety of different matters for a particular client, separate time entries are

set forth in the time reports.  KTBS's charges for its professional services are based upon the

time, nature, extent and value of such services and the cost of comparable services other than in a

case under the Bankruptcy Code.

## Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by KTBS for the Fee

Period is attached hereto as part of **Exhibit A**.

10.     Consistent with KTBS's policy with respect to its other clients, KTBS will charge

for all services provided and for any charges and disbursements incurred in the rendition of

services.  These charges and disbursements include, but are not limited to, charges for messenger

services, air couriers, photocopying ($0.10 per page), court fees, travel expenses, postage for

large mailings, computerized legal research facilities, investigative searches, and other charges

customarily invoiced by law firms in addition to fees for legal services.  Third party expenses

incurred by KTBS are charged at their actual cost to KTBS without surcharge.  KTBS does not

charge its clients for word processing or secretarial overtime.

11.     With respect to providers of computerized legal research services (*e.g.*, Lexis,

WestLaw, and PACER), KTBS charges the standard usage rates these providers charge for

4

computerized legal research.  KTBS bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by KTBS is passed on to the client.

12.      KTBS believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, KTBS believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13.      As contemplated by the Retention Order, KTBS is conducting an investigation into the conduct of (and potential claims against) the Debtors' directors and officers and their related parties (the "Investigation").

14.      The names of the partners, associate, and paralegal of KTBS who have rendered professional services in these cases during the Fee Period are set forth in the attached **Exhibit A**.

15.      KTBS, by and through such persons, has advised the Independent Director on a regular basis with respect to various matters in connection with the Investigation, and performed all necessary professional services which are described and narrated in detail below.  KTBS's efforts have been extensive due to the size and complexity of the Debtors' business and the scope of the Investigation.

<u>**Summary of Services by Project Category**</u>

16.     The services rendered by KTBS during the Fee Period can be grouped into the

categories (each, a "<u>Project Category</u>") set forth below.  KTBS attempted to place the services

provided in the category that best relates to such services.  However, because certain services

may relate to one or more categories, services pertaining to one category may in fact be included

in another category.  The services performed, by category, are generally described below, with a

more detailed identification of the actual services provided set forth on the attached **Exhibit A**.

**Exhibit A** identifies the attorneys and paralegal who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each

category.

      **A.**      **Case Administration**

17.     This Project Category includes general case administration services,

communications with the U.S. Trustee not within the scope of other matter numbers,

maintenance of case docket and calendar, filing and circulation of papers, and preparation and

review of other reports, notices, and service lists.  During the Fee Period, work in this Project

Category was limited to matters concerning notices of appearance, pro hac vice motions, and

services concerning the background and scope of the Investigation.

         Fees:  $2,719.50;      Hours:  2.10

      **B.**      **Meetings of and Communications with Debtors' Professionals**

18.     This Project Category includes communications, conferences, and meetings with

the Debtors' professionals.  During the Fee Period, KTBS attorneys communicated with counsel

to the Debtors regarding the scope of the Investigation and interviewed certain of the Debtors'

Professionals, including PwC, regarding facts relating to the Investigation.

Fees: $22,608.00;    Hours: 16.20

**C.    Meetings of and Communications with Independent Director**

19.    This Project Category includes communications, conferences, and meetings with the Independent Director.  During the Fee Period, KTBS attorneys communicated with the Independent Director on weekly update calls and prepared written memoranda summarizing the status of the Investigation.

Fees: $22,956.50;    Hours: 16.00

**D.    Meetings of and Communications with Other Professionals**

20.    This Project Category includes communications, conferences, and meetings with the other professionals.  During the Fee Period, KTBS attorneys communicated with counsel to the Ad Hoc Noteholder Group.

Fees: $1,715.00;    Hours: 1.30

**E.    Document Discovery and Document Review**

21.    This Project Category includes all time related to document discovery and review of documents.  During the Fee Period, KTBS attorneys conducted an extensive review of documents produced by the Debtors that relate to the Investigation, including the preparation of memoranda summarizing certain findings related thereto.  KTBS attorneys also prepared document requests and corresponded with in-house and outside counsel to the Debtors regarding the same.

Fees: $100,989.00;    Hours: 80.90

**F.      Interviews and Depositions**

22.      This Project Category includes time spent preparing for, conducting, and attending interviews and depositions.  KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees:  $0.00;   Hours:  0.00

**G.      Contested Matters/Litigation (General)**

23.      This Project Category includes analysis and preparation of all motions, opposition to motions, reply memoranda, and other papers and pleadings that do not fit within a more specific topic category, as well as other general litigation matters.  KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees:  $0.00;   Hours:  0.00

**H.      Drafting of Report/Summary of Investigation (Includes Legal Research)**

24.      This Project Category includes the drafting of the report summarizing the Investigation, including legal research and analysis thereof relevant to the Investigation.  During the Fee Period, KTBS attorneys researched issues relating to the legal standards applicable to potential estate claims against directors and officers of the Debtors.

Fees:  $12,439.00;   Hours:  10.70

**I.      Review of Pleadings Filed in Case**

25.      This Project Category includes review and analysis of case filings.  During the Fee Period, KTBS attorneys reviewed pleadings filed in these cases, including the Debtors' first day motions and declarations, to aid in informing the Investigation.

Fees:  $13,404.00;      Hours:  9.00

8

**J.      Preparation for Court Hearings**

26.      This Project Category includes time spent preparing for court hearings.  During the Fee Period, KTBS attorneys reviewed the Debtors' first day hearing presentation.

Fees:  $568.50;      Hours:  0.60

**K.      Court Attendance**

27.      This Project Category includes appearing at and preparing for trials, court hearings, and court-mandated conferences, including pre-trial and other similar conferences. During the Fee Period, KTBS attorneys attended (via Zoom) the Debtors' first day hearing on August 11, 2023 and the hearing on August 23, 2023.

Fees:  $5,423.00;      Hours:  3.40

**L.      Fee/Employment Applications**

28.      This Project Category includes all matters related to the preparation of employment and fee applications for KTBS and interim compensation procedures.  During the Fee Period, KTBS attorneys drafted the employment application for KTBS and exchanged correspondence with other Debtors' professionals regarding the same.

Fees:  $16,567.50;      Hours:  17.50

**M.      Non-Working Travel**

29.      This Project Category includes non-working travel.  All time incurred by KTBS attorneys for non-working travel is billed at half the applicable hourly rate.  KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees:  $0.00;  Hours:  0.00

**Valuation of Services**

30.    KTBS attorneys and its paralegal expended a total 157.70 hours in connection

with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael L. Tuchin | Partner 1999.  Member of CA Bar since 1990.  Corporate Restructuring. | $1,895.00 | 5.00 1.10 | $9,475.00 No Charge |
| David M. Stern | Partner 2000.  Joined firm 2000.  Member of CA Bar since 1975.  Litigation. | $1,895.00 | 28.30 1.10 | $53,628.50 No Charge |
| David A. Fidler | Partner 2003.  Joined firm 1999.  Member of CA Bar since 1998.  Corporate Restructuring. | $1,650.00 | 3.50 | $5,775.00 |
| Samuel M. Kidder | Partner 2020.  Joined firm 2018.  Member of CA Bar since 2012.  Corporate Restructuring. | $1,295.00 | 49.00 1.10 | $63,455.00 No Charge |
| Tanner Frei | Partner 2023.  Joined firm 2023.  Member of UT Bar since 2014.  Member of CO Bar since 2017.  Corporate. | $1,100.00 | 43.40 | $47,740.00 |
| Nir Maoz | Associate 2019.  Joined firm 2019.  Member of CA Bar since 2019.  Corporate Restructuring. | $875.00 | 19.90 0.90 | $17,412.50 No Charge |
| Shanda D. Pearson | Paralegal 2007.  Corporate Restructuring. | $595.00 | 3.20 1.20 | $1,904.00 No Charge |

**Grand Total:    $199,390.00**
**Total Hours:        157.70**
**Blended Rate:    $1,264.36**

31.    The nature of work performed by these professional is fully set forth in **Exhibit A**

attached hereto.  These are KTBS's normal hourly rates for work of this character.  The

reasonable value of the services rendered by KTBS for the Debtors during the Fee Period is

$199,390.00.

32.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by KTBS is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, KTBS has reviewed the requirements of Local Bankruptcy Rule 2016-2 and the Compensation Procedures Order entered on September 14, 2023 and believes that this Application complies with such Rule and Order.

WHEREFORE, KTBS respectfully requests (i) monthly allowance and payment of compensation for professional services during the Fee Period in the amount of $159,512.00 (representing 80% of $199,390.00), and (ii) reimbursement of actual and necessary expenses in the amount of $143.80 (100% of expenses), for a total payment of $159,655.80.

Dated:  October 4, 2023              KTBS LAW LLP


                                     */s/ Samuel M. Kidder*
                                     David M. Stern
                                     Samuel M. Kidder
                                     Nir Maoz
                                     1801 Century Park East, 26th Floor
                                     Los Angeles, CA 90067
                                     Telephone: (310) 407-4000
                                     Facsimile:  (310) 407-9090
                                     Email: dstern@ktbslaw.com
                                             skidder@ktbslaw.com
                                             nmaoz@ktbslaw.com

                                     *Special Counsel to the Debtors*

### CERTIFICATION OF SAMUEL M. KIDDER

I, Samuel M. Kidder, under penalty of perjury, certify as follows:

a)      I am a partner with the applicant law firm KTBS Law LLP, and have been

admitted *pro hac vice* to appear before this Court.

b)      I am familiar with the work performed on behalf of the debtors and debtors in

possession by the lawyers and paraprofessionals of KTBS.

c)      I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed

Local Bankruptcy Rule 2016-2 and the Compensation Procedures Order entered on September

14, 2023 and submit that the Application substantially complies with such Rule and Order.


*/s/ Samuel M. Kidder*
Samuel M. Kidder

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 141**<br>**Objection Deadline: October 18, 2023 at 4:00 p.m.**<br>**Hearing Date:  To be scheduled if necessary** |

## <u>NOTICE OF FILING OF FEE APPLICATION</u>

**PLEASE TAKE NOTICE** that on October 3, 2023 KTBS Law LLP ("<u>KTBS</u>"), special counsel for the debtors and debtors in possession (the "<u>Debtors</u>"), on behalf of and at the sole direction of M. Freddie Reiss (the "<u>Independent Director</u>"), filed its *First Monthly Application of KTBS Law LLP for Compensation and Reimbursement of Expenses, as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, for the Period From August 11, 2023 Through August 31, 2023* (the "<u>Application</u>") seeking fees in the amount of $199,390.00 and reimbursement of actual and necessary expenses in the amount of $143.80 for the period from August 11, 2023 through August 31, 2023. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Cort</u>"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 17, 2023 at 4:00 p.m. prevailing Eastern Time**.

---

[1]    The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) special counsel to the Debtors, KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Samuel M. Kidder (skidder@ktbslaw.com) and Nir Maoz (nmaoz@ktbslaw.com); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill (joneill@pszjlaw.com) and Jason H. Rosell (jrosell@pszjlaw.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: John Schanne (john.schanne@usdoj.gov); (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, Attn: John Ramirez (john.ramirez@whitecase.com) and Stephen E. Ludovici (stephen.ludovici@whitecase.com); (v) counsel for the DIP Agent, DIP Lender, and Prepetition Agent, (a) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899, Attn: David M. Fournier (david.fournier@troutman.com) and Kenneth A. Listwak (ken.listwak@troutman.com), and (b) Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas (anicas@goodwinlaw.com), Artem Skorostensky (askorostensky@goodwinlaw.com), and Sari Rosenfeld (srosenfeld@goodwinlaw.com); and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 279]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the

Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the

professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses

without further notice or hearing.  All fees and expenses paid to the professionals are subject to

final approval by the Court.

      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 4, 2023          KTBS LAW LLP


          */s/ Samuel M. Kidder*
          David M. Stern
          Samuel M. Kidder
          Nir Maoz
          1801 Century Park East, 26th Floor
          Los Angeles, CA 90067
          Telephone: (310) 407-4000
          Facsimile:  (310) 407-9090
          Email: dstern@ktbslaw.com
          skidder@ktbslaw.com
          nmaoz@ktbslaw.com

          *Special Counsel for the Debtors*

# EXHIBIT A

# KTBS Law LLP

1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Telephone:
Facsimile: (310) 407-9090

Taxpayer I.D. No. 95-4744518

September 6, 2023
Bill No. 20848

Amyris, Inc., et al.
Attn:  M. Freddie Reiss
5885 Hollis Street, Suite 100
Emeryville, CA  94608

For Services Rendered Through 08/31/2023

---

In Reference To:  Amyris, Inc., et al.
File No.:          2483 - 0000

---

Professional Services

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | *Case Administration* | | |
| 08/11/2023 | DAF | Confer with M. Tuchin re case background and scope of investigation | 0.70 | $1,155.00 |
| 08/11/2023 | MLT | Confer with D. Fidler re case background and scope of investigation | 0.70 | $1,326.50 |
| 08/12/2023 | MLT | Exchange e-mail correspondence with D. Stern re investigation | 0.10 | No Charge |
| 08/14/2023 | SDP | Prepare pro hac vice motion for D. Stern | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare pro hac vice motion for S. Kidder | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare notice of appearance | 0.10 | $59.50 |
| 08/14/2023 | SDP | Prepare pro hac vice motion for N. Maoz | 0.10 | $59.50 |
| 08/14/2023 | SMK | Brief review and comment on pro hac vice motions and notice of appearance | 0.20 | No Charge |
| | | Case Administration | 2.10 | $2,719.50 |
| | | *Meetings of and Communications with Debtors' Professionals* | | |
| 08/14/2023 | DMS | Email S. Fleming re PWC investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Email exchanges with A. Kornfeld re areas for investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Call with A. Kornfeld re investigation and document hold | 0.70 | $1,326.50 |
| 08/14/2023 | DMS | Email D. Choi re data room | 0.10 | $189.50 |
| 08/14/2023 | DMS | Revise litigation hold letter | 0.20 | $379.00 |

| 2483 | Amyris, Inc., et al. | | | Page 2 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Debtors' Professionals** | | |
| 08/14/2023 | NM | Call with D. Stern, S. Kidder, and A. Kornfeld re background and scope of investigation | 0.70 | $612.50 |
| 08/14/2023 | SMK | Call with A. Kornfeld, D. Stern, and N. Maoz re background and scope of investigation | 0.70 | $906.50 |
| 08/14/2023 | SMK | Draft litigation hold letter to A. Kornfeld | 0.50 | $647.50 |
| 08/14/2023 | SMK | Email A. Kornfeld re access to data room | 0.10 | $129.50 |
| 08/15/2023 | DMS | Exchange emails with S. Fleming re investigation | 0.20 | $379.00 |
| 08/16/2023 | DMS | Email A. Kornfeld re completeness of data room | 0.20 | $379.00 |
| 08/17/2023 | DMS | Call with S. Fleming, S. Kidder and N. Maoz re board action and inaction | 1.30 | $2,463.50 |
| 08/17/2023 | DMS | Email A. Kornfeld re access to Boardvantage portal (board materials) | 0.20 | $379.00 |
| 08/17/2023 | DMS | Email D. Grassgreen re communication to board of litigation hold | 0.20 | $379.00 |
| 08/17/2023 | NM | Telephone conference with D. Stern, S. Kidder, S. Fleming re case background | 1.30 | $1,137.50 |
| 08/17/2023 | NM | Draft summary of conference call with S. Fleming | 0.80 | $700.00 |
| 08/17/2023 | SMK | Call with S. Fleming, D. Stern, and N. Maoz re investigation of Debtors | 1.30 | $1,683.50 |
| 08/23/2023 | SMK | Email S. Fleming re investigation questions and call re same | 0.20 | $259.00 |
| 08/23/2023 | SMK | Email D, Choi and A. Kornfeld re supplemental document request | 0.10 | $129.50 |
| 08/26/2023 | SMK | Exchange emails with S. Fleming re coordination of further calls concerning investigation of directors and officers | 0.20 | $259.00 |
| 08/26/2023 | SMK | Email M. Dicke of Fenwick re coordination of call regarding accounting irregularities | 0.10 | $129.50 |
| 08/26/2023 | SMK | Emails with D. Stern, T. Frei, and N. Maoz re coordination of calls with PwC and Fenwick concerning investigation | 0.10 | $129.50 |
| 08/29/2023 | SMK | Emails with D. Stern and N. Maoz re agenda for call with S. Fleming | 0.10 | $129.50 |
| 08/29/2023 | SMK | Exchange emails with S. Fleming re investigation | 0.10 | $129.50 |
| 08/29/2023 | SMK | Exchange emails with M. Dicke (Fenwick) re call to discuss investigation | 0.20 | $259.00 |

| 2483 | Amyris, Inc., et al. | | | | Page 3 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Debtors' Professionals** | | |
| 08/30/2023 | DMS | Zoom call with S. Fleming re problematic transactions | 1.00 | $1,895.00 |
| 08/30/2023 | DMS | Review email from D. Grassgreen re investigation | 0.10 | $189.50 |
| 08/30/2023 | DMS | Draft response to D. Grassgreen and circulate internally | 0.40 | $758.00 |
| 08/30/2023 | DMS | Revise response to D. Grassgreen and exchange emails to obtain client approval | 0.40 | $758.00 |
| 08/30/2023 | DMS | Revise response to D. Grassgreen re investigation and send | 0.30 | $568.50 |
| 08/30/2023 | NM | Videoconference with S. Fleming re transactions pertinent to investigation | 1.00 | $875.00 |
| 08/30/2023 | SMK | Call with S. Fleming, D. Stern, T. Frei, and N. Maoz re transactions pertinent to investigation | 1.00 | $1,295.00 |
| 08/30/2023 | SMK | Analyze and revise draft response to D. Grassgreen re investigation status and timing | 0.20 | $259.00 |
| 08/30/2023 | SMK | Prepare for call with S. Fleming, including review of pertinent transaction documents | 0.80 | $1,036.00 |
| 08/30/2023 | TF | Call with S. Fleming re transactions being reviewed | 1.00 | $1,100.00 |
| | | Meetings of and Communications with Debtors' Professionals | 16.20 | $22,608.00 |
| | | **Meetings of and Communications with Independent Director** | | |
| 08/11/2023 | DMS | Call with F. Reiss re PwC and follow up | 0.10 | $189.50 |
| 08/12/2023 | DAF | Emails with F. Reiss re KTBS engagement and investigation | 0.20 | $330.00 |
| 08/12/2023 | MLT | Exchange e-mail correspondence with F. Reiss and D. Stern re retention of KTBS | 0.10 | No Charge |
| 08/13/2023 | DMS | Call with F. Reiss and S. Kidder re irregularities and areas for examination | 0.60 | $1,137.00 |
| 08/13/2023 | SMK | Call with D. Stern and F. Reiss re background and scope of engagement | 0.60 | $777.00 |
| 08/16/2023 | SMK | Email F. Reiss re KTBS employment application | 0.10 | $129.50 |
| 08/18/2023 | DMS | Review and edit memo re Fleming call and follow up | 0.70 | $1,326.50 |
| 08/18/2023 | DMS | Final review and editing of memo to F. Reiss re issues to be examined | 0.40 | $758.00 |
| 08/18/2023 | DMS | Email F. Reiss re memo re issues | 0.10 | $189.50 |
| 08/18/2023 | MLT | Analyze memo re interview of Steve Fleming re investigation | 0.20 | $379.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 4 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Meetings of and Communications with Independent Director** | | |
| 08/18/2023 | NM | Review revised memo re S. Fleming call; correspondence re same | 0.30 | $262.50 |
| 08/18/2023 | SMK | Analyze and revise memorandum to F. Reiss re meeting with S. Fleming | 0.90 | $1,165.50 |
| 08/18/2023 | SMK | Analyze emails from F. Reiss re correspondence with board regarding retention of KTBS | 0.10 | $129.50 |
| 08/23/2023 | DMS | Confer with T. Frei, S. Kidder and N. Maoz re agenda for call with F. Reiss | 0.30 | $568.50 |
| 08/23/2023 | DMS | Email F. Reiss re update call | 0.10 | $189.50 |
| 08/23/2023 | DMS | Modify agenda for call with F. Reiss | 0.20 | $379.00 |
| 08/23/2023 | NM | Call with D. Stern, S. Kidder, and T. Frei re agenda outline for information update for F. Reiss | 0.30 | $262.50 |
| 08/23/2023 | NM | Review and revise agenda for information update for F. Reiss | 0.20 | $175.00 |
| 08/23/2023 | SMK | Call with D. Stern, T. Frei, and N. Maoz re agenda for call with F. Reiss | 0.30 | $388.50 |
| 08/23/2023 | SMK | Draft agenda/outline for August 24 call with F. Reiss and incorporate D. Stern and N. Maoz comments re same | 0.40 | $518.00 |
| 08/23/2023 | TF | Call re agenda outline for informational update to F. Reiss | 0.30 | $330.00 |
| 08/24/2023 | DMS | Prepare for meeting with F. Reiss (includes discussions with T. Frei, S. Kidder and N. Maoz) | 0.70 | $1,326.50 |
| 08/24/2023 | DMS | Videoconference with F. Reiss re update on investigations | 0.90 | $1,705.50 |
| 08/24/2023 | MLT | Prepare for meeting with F. Reiss | 0.30 | $568.50 |
| 08/24/2023 | MLT | Videoconference with F. Reiss re update on investigation | 0.90 | $1,705.50 |
| 08/24/2023 | NM | Videoconference with F. Reiss re investigation update | 0.90 | $787.50 |
| 08/24/2023 | NM | Prepare for videoconference with F. Reiss re investigation update | 0.20 | $175.00 |
| 08/24/2023 | SMK | Call with F. Reiss, M. Tuchin, D. Stern, T. Frei, N. Maoz re update on investigation | 0.90 | $1,165.50 |
| 08/24/2023 | SMK | Finalize agenda for call with F. Reiss and circulate to call participants | 0.10 | $129.50 |
| 08/24/2023 | TF | Informational update call with F. Reiss | 0.90 | $990.00 |
| 08/27/2023 | SMK | Email F. Reiss re notice of appointment of creditors' Committee and issues re same | 0.20 | $259.00 |

2483    Amyris, Inc., et al.                                                                                    Page 5
0000    Amyris, Inc., et al.                                                                             Bill #. 20848

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Meetings of and Communications with Independent Director** | | |
| 08/29/2023 | NM | Review correspondence re status update | 0.10 | $87.50 |
| 08/29/2023 | SMK | Email F. Reiss re Committee retention of professionals | 0.10 | $129.50 |
| 08/30/2023 | NM | Draft memo regarding informal interview of S. Fleming re transactions pertinent to investigation | 0.60 | $525.00 |
| 08/31/2023 | DMS | Review and revise memo re conference with S. Fleming | 0.40 | $758.00 |
| 08/31/2023 | DMS | Review and revise agenda for call with F. Reiss | 0.20 | $379.00 |
| 08/31/2023 | MLT | Analyze agenda and prepare for weekly meeting with F. Reiss | 0.20 | $379.00 |
| 08/31/2023 | MLT | Analyze memo re call with S. Fleming | 0.20 | $379.00 |
| 08/31/2023 | NM | Revise memo re call with S. Fleming | 0.20 | $175.00 |
| 08/31/2023 | SMK | Analyze and revise memorandum to F. Reiss re call with Fleming | 0.30 | $388.50 |
| 08/31/2023 | SMK | Draft agenda for 9/1 call with F. Reiss | 0.20 | $259.00 |
| 08/31/2023 | TF | Review and revise draft memo and agenda | 1.00 | $1,100.00 |
| | | Meetings of and Communications with Independent Director | 16.00 | $22,956.50 |
| | | **Meetings of and Communications with Other Professionals** | | |
| 08/20/2023 | DMS | Review and respond to email from public security-holder re improprieties | 0.20 | $379.00 |
| 08/20/2023 | NM | Review correspondence from concerned noteholder; correspondence with D. Stern and T. Frei re same | 0.20 | $175.00 |
| 08/30/2023 | MLT | Revise draft response to Paul Hastings re investigation timing | 0.30 | $568.50 |
| 08/30/2023 | NM | Review and revise proposed email correspondence to Paul Hastings | 0.30 | $262.50 |
| 08/30/2023 | TF | Review and revise proposed email correspondence to Paul Hastings | 0.30 | $330.00 |
| | | Meetings of and Communications with Other Professionals | 1.30 | $1,715.00 |
| | | **Document Discovery and Document Review** | | |
| 08/11/2023 | DMS | Further review background issues and material | 1.00 | $1,895.00 |
| 08/13/2023 | DMS | Draft potential list of documents for investigation | 1.20 | $2,274.00 |
| 08/14/2023 | DMS | Prepare preliminary list of areas for investigation | 0.20 | $379.00 |
| 08/14/2023 | DMS | Email D. Choi re potential document request | 0.10 | $189.50 |
| 08/14/2023 | DMS | Review further edits to document list | 0.30 | $568.50 |

| 2483 | Amyris, Inc., et al. | | | | Page 6 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Document Discovery and Document Review | | |
| 08/14/2023 | SMK | Analyze and revise document request list to Debtors | 0.40 | $518.00 |
| 08/15/2023 | DMS | Confer with T. Frei, N. Maoz and S. Kidder re investigation of corporate acts, directors and officers (focus on key documents) | 0.40 | $758.00 |
| 08/15/2023 | NM | Discussion re corporate transactions, directors and officers with D. Stern, S. Kidder, and T. Frei | 0.40 | $350.00 |
| 08/15/2023 | SMK | Call with D. Stern, T. Frei, and N. Maoz re investigation of Debtors' transactions, officers, and directors | 0.40 | $518.00 |
| 08/15/2023 | SMK | Analyze data room documents, including insurance policies and board materials | 1.80 | $2,331.00 |
| 08/15/2023 | TF | Discussion re corporate transactions, directors and officers with D. Stern, S. Kidder, and N. Maoz | 0.40 | $440.00 |
| 08/16/2023 | DMS | Initial review of VDR | 1.20 | $2,274.00 |
| 08/16/2023 | DMS | Email team re organized review of VDR | 0.20 | No Charge |
| 08/16/2023 | NM | Preliminary review of securities filings | 1.30 | $1,137.50 |
| 08/16/2023 | SMK | Analyze data room and prepare notes re same | 2.20 | $2,849.00 |
| 08/16/2023 | TF | Review organizational documents in data room and draft summary with list of open items | 4.00 | $4,400.00 |
| 08/16/2023 | TF | Review board materials in data room and draft summary with list of open items | 2.90 | $3,190.00 |
| 08/16/2023 | TF | Review loan documents in data room and draft summary with list of open items | 4.60 | $5,060.00 |
| 08/17/2023 | SMK | Emails with D. Choi re additional document requests | 0.20 | $259.00 |
| 08/17/2023 | SMK | Analyze T. Frei memorandum re corporate governance, board, and loan documents | 0.40 | $518.00 |
| 08/17/2023 | SMK | Analyze litigation-related documents in data room | 0.40 | $518.00 |
| 08/17/2023 | TF | Draft summary of data room review | 1.00 | $1,100.00 |
| 08/18/2023 | DMS | Exchange emails with D. Choi re additional documents for VDR and communication to board re application | 0.20 | $379.00 |
| 08/18/2023 | MLT | Exchange e-mail correspondence with D. Stern re investigation issues | 0.10 | No Charge |
| 08/20/2023 | DMS | Review and annotate PWC May 2023 draft stress test and cost analysis | 1.20 | $2,274.00 |

2483   Amyris, Inc., et al.                                                                       Page 7
0000   Amyris, Inc., et al.                                                                Bill #. 20848

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Document Discovery and Document Review** | | |
| 08/20/2023 | DMS | Review T. Frei analysis of organizational documents, Delaware law, and PWC report and try to align for inquiry into potentially problematic abdication by Board | 0.60 | $1,137.00 |
| 08/20/2023 | SMK | Analyze board presentation in connection with investigation | 0.40 | $518.00 |
| 08/20/2023 | SMK | Emails with D. Stern, T. Frei, N. Maoz re board presentations and potential issues/follow-up re same | 0.30 | $388.50 |
| 08/20/2023 | TF | Review PwC presentation | 1.10 | $1,210.00 |
| 08/21/2023 | DMS | Further review of corporate documents | 0.40 | $758.00 |
| 08/21/2023 | DMS | Confer with S. Kidder re deep dive into documents as precursor to interviews | 0.40 | No Charge |
| 08/21/2023 | MLT | Analyze initial summary of data room documents | 0.10 | $189.50 |
| 08/21/2023 | NM | Analysis of key transactions and review of transacton documents | 2.70 | $2,362.50 |
| 08/21/2023 | SMK | Analyze documents and correspondence re company's projected vs. actual results, including emails with T. Frei re same | 1.30 | $1,683.50 |
| 08/21/2023 | SMK | Analyze documents and correspondence re company's material transactions, including emails with N. Maoz re same | 1.50 | $1,942.50 |
| 08/21/2023 | SMK | Draft detailed email to D. Stern, T. Frei, and N. Maoz re strategy and next steps in connection with document discovery/review | 0.30 | $388.50 |
| 08/21/2023 | SMK | Detailed review and analysis of 2023 board presentation materials | 1.80 | $2,331.00 |
| 08/21/2023 | TF | Review board materials related to officer authority | 1.00 | $1,100.00 |
| 08/21/2023 | TF | Evaluate board materials and earnings guidance compared against audited financials | 3.40 | $3,740.00 |
| 08/21/2023 | TF | Draft correspondence re financial projections | 0.70 | $770.00 |
| 08/22/2023 | DMS | Review T. Frei analysis of projections and outline how to frame issues in connection with examining directors' discharge of their duty of care | 0.50 | $947.50 |
| 08/22/2023 | DMS | Review and raise questions concerning key transactions and follow up (includes review of memo by N. Maoz) | 1.10 | $2,084.50 |
| 08/22/2023 | NM | Analysis of material transactions; draft summary re same | 4.20 | $3,675.00 |

| 2483 | Amyris, Inc., et al. | | | | Page 8 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Document Discovery and Document Review** | | |
| 08/22/2023 | SMK | Emails with D. Stern and T. Frei re review and analysis of corporate/organizational documents | 0.20 | $259.00 |
| 08/22/2023 | SMK | Emails with D. Stern and T. Frei re review and analysis of historical financials and accounting issues | 0.20 | $259.00 |
| 08/22/2023 | SMK | Draft supplemental document request list based on review of data room and call with S. Fleming | 2.40 | $3,108.00 |
| 08/22/2023 | SMK | Analyze securities filings in connection with investigation | 1.30 | $1,683.50 |
| 08/22/2023 | TF | Review summary of key transactions | 0.30 | $330.00 |
| 08/22/2023 | TF | Review board materials and meeting minutes comparing projected to actual financial results | 0.80 | $880.00 |
| 08/23/2023 | DMS | Review memos and materials to bring F. Reiss up to speed | 1.00 | $1,895.00 |
| 08/23/2023 | NM | Review analysis from T. Frei re projections | 0.30 | $262.50 |
| 08/23/2023 | SMK | Further drafting of supplemental document requests, including revisions based on N. Maoz transaction analysis | 0.50 | $647.50 |
| 08/23/2023 | SMK | Emails with D. Stern, T. Frei, and N. Maoz re corporate documents and requests to company re same | 0.20 | $259.00 |
| 08/23/2023 | SMK | Analyze historical litigation-related documents and materials in connection with investigation | 1.20 | $1,554.00 |
| 08/23/2023 | SMK | Analyze and revise N. Maoz memorandum re material transactions | 0.40 | $518.00 |
| 08/23/2023 | TF | Review board materials and meeting minutes comparing projected vs actual financial results; prepare spreadsheet and email summarizing findings | 5.90 | $6,490.00 |
| 08/23/2023 | TF | Review outstanding document requests; revise document request list | 1.20 | $1,320.00 |
| 08/24/2023 | DMS | Review spreadsheet analysis by T. Frei of projected vs. actual results as presented to the Board by J. Melo | 0.40 | $758.00 |
| 08/24/2023 | DMS | Email analysis of spreadsheet on projected vs. actual results | 0.20 | $379.00 |
| 08/24/2023 | MLT | Analyze summary of key transactions | 0.30 | $568.50 |
| 08/24/2023 | SMK | Analyze Debtors' additions to data room in response to supplemental requests | 0.20 | $259.00 |
| 08/24/2023 | SMK | Analyze historical and pending state and federal litigation vs Debtors and directors/officers | 2.30 | $2,978.50 |
| 08/24/2023 | SMK | Analyze board-related materials in data room | 1.50 | $1,942.50 |

2483    Amyris, Inc., et al.                                                                    Page  9
0000    Amyris, Inc., et al.                                                           Bill #. 20848

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Document Discovery and Document Review | | |
| 08/24/2023 | TF | Review additional organizational documents uploaded to data room | 0.20 | $220.00 |
| 08/25/2023 | SMK | Emails with N. Maoz and T. Frei re Debtors' additions to data room | 0.10 | No Charge |
| 08/25/2023 | SMK | Analyze financial/accounting-related documents in data room | 0.80 | $1,036.00 |
| 08/28/2023 | DMS | Review data room contents and missing charters | 0.20 | $379.00 |
| 08/28/2023 | DMS | Review related party transaction with DSM (complement to review by T. Frei) | 0.60 | $1,137.00 |
| 08/28/2023 | SMK | Emails with T. Frei and D. Stern re supplemental requests for corporate/organizational documents | 0.30 | $388.50 |
| 08/28/2023 | SMK | Emails with D. Choi and S. Tan re supplemental requests for corporate/organizational documents | 0.10 | $129.50 |
| 08/28/2023 | TF | Email correspondence re document request list | 0.50 | $550.00 |
| 08/29/2023 | DMS | Review problematic transactions in advance of Zoom call with S. Fleming | 1.40 | $2,653.00 |
| 08/29/2023 | SMK | Exchange emails with T. Frei re requests for supplemental corporate documents | 0.10 | $129.50 |
| 08/29/2023 | SMK | Analyze Bonner litigation allegations and documents related to same | 1.40 | $1,813.00 |
| 08/29/2023 | TF | Review organizational documents for additional debtors and update document request list and corporate governance chart | 1.50 | $1,650.00 |
| 08/30/2023 | NM | Analysis of Givaudan presentation documents | 0.40 | $350.00 |
| 08/30/2023 | SMK | Draft detailed email to D. Stern, T. Frei, and N. Maoz re Bonner derivative action and documents re same | 0.30 | No Charge |
| 08/30/2023 | SMK | Analyze documents provided by S. Fleming as follow-up to our discussion | 0.30 | $388.50 |
| 08/30/2023 | SMK | Analyze documents and board materials re: pertinent prepetition transactions and agreements | 0.70 | $906.50 |
| 08/30/2023 | TF | Review derivative complaint | 0.90 | $990.00 |
| 08/31/2023 | DMS | Review PowerPoint materials used in connection with Givuadan transaction | 0.50 | $947.50 |
| 08/31/2023 | NM | Review derivative action complaint and related order | 0.90 | $787.50 |
| 08/31/2023 | SMK | Analyze documents re pre-bankruptcy transactions | 0.60 | $777.00 |

| 2483 | Amyris, Inc., et al. | | | | Page 10 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| | | Document Discovery and Document Review | 80.90 | $100,989.00 |
|---|---|---|---|---|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 08/20/2023 | TF | Draft correspondence re disclosure of inside information and breaches of fiduciary duties and related research | 1.80 | $1,980.00 |
| 08/22/2023 | TF | Research re exculpatory provisions under DGCL; email correspondence re the same | 0.60 | $660.00 |
| 08/23/2023 | TF | Research officer fiduciary duty standards and Caremark claims | 1.90 | $2,090.00 |
| 08/24/2023 | TF | Prepare summary of fiduciary duties and financial matters findings for informational call | 1.60 | $1,760.00 |
| 08/28/2023 | DMS | Review new decision (In re TransCare - Second Circuit) re fiduciary duty under Delaware law | 0.40 | $758.00 |
| 08/28/2023 | TF | Research re interested party transactions fiduciary duty standards and review of related board materials; email correspondence re the same | 2.60 | $2,860.00 |
| 08/29/2023 | SMK | Analyze issues re potential Caremark claims | 1.80 | $2,331.00 |
| | | Drafting of Report/Summary of Investigation (Includes Legal Research) | 10.70 | $12,439.00 |
| | | **Review of Pleadings Filed in Case** | | |
| 08/11/2023 | SMK | Analyze first-day declaration and first-day motions | 2.30 | $2,978.50 |
| 08/12/2023 | DAF | Analyze DIP motion and order, other first-day pleadings re matters bearing on investigation | 1.50 | $2,475.00 |
| 08/12/2023 | MLT | Analyze first-day motions and orders | 1.30 | $2,463.50 |
| 08/14/2023 | MLT | Analyze notices of hearing | 0.10 | No Charge |
| 08/15/2023 | TF | Review first day declarations | 1.00 | $1,100.00 |
| 08/21/2023 | SMK | Analyze petitions filed by affiliated Debtors and first-day declaration, notice of agenda re same | 0.30 | $388.50 |
| 08/23/2023 | SMK | Analyze order re joint administration of new Debtor cases and first-day orders | 0.10 | $129.50 |
| 08/25/2023 | SMK | Analyze notice re 341 meeting | 0.10 | No Charge |
| 08/25/2023 | SMK | Analyze emergency motion to reimburse ad hoc group professionals and request to shorten notice re same | 0.20 | $259.00 |
| 08/27/2023 | DMS | Review appointment of Creditors' Committee | 0.10 | $189.50 |
| 08/27/2023 | MLT | Analyze notice of appointment of committee of unsecured creditors; analyze correspondence from S. Kidder and F. Reiss re same | 0.10 | No Charge |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page  11 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Review of Pleadings Filed in Case** | | |
| 08/31/2023 | DMS | Review stockholder derivative suit and order/opinion sustaining demurrer | 1.60 | $3,032.00 |
| 08/31/2023 | SMK | Analyze Lavvan pleadings re DIP loan and motion for stay relief | 0.30 | $388.50 |
| | | Review of Pleadings Filed in Case | 9.00 | $13,404.00 |
| | | **Preparation for Court Hearings** | | |
| 08/17/2023 | MLT | Analyze Debtors' first day hearing presentation | 0.30 | $568.50 |
| 08/18/2023 | MLT | Analyze first day hearing presentation | 0.30 | No Charge |
| | | Preparation for Court Hearings | 0.60 | $568.50 |
| | | **Court Attendance** | | |
| 08/11/2023 | DMS | Attend first day hearing via Zoom | 1.50 | $2,842.50 |
| 08/11/2023 | SMK | Attend (via Zoom) first-day hearing | 1.50 | $1,942.50 |
| 08/23/2023 | DMS | Attend first day hearing via Zoom for additional Debtors | 0.20 | $379.00 |
| 08/23/2023 | SMK | Attend (via Zoom) first-day hearing re second wave of Debtors | 0.20 | $259.00 |
| | | Court Attendance | 3.40 | $5,423.00 |
| | | **Fee/Employment Applications** | | |
| 08/11/2023 | DMS | Review and edit engagement letter; email to Client | 0.50 | No Charge |
| 08/11/2023 | MLT | Analyze draft retention agreement | 0.30 | No Charge |
| 08/11/2023 | NM | Review conflicts check | 0.70 | No Charge |
| 08/14/2023 | NM | Send correspondence re billing codes | 0.20 | No Charge |
| 08/14/2023 | SDP | Exchange e-mail correspondence with S. Kidder and N. Maoz re billing categories | 0.20 | No Charge |
| 08/14/2023 | SMK | Emails with D. Grassgreen and A. Kornfeld re employment application, conflict parties | 0.20 | No Charge |
| 08/14/2023 | SMK | Prepare KTBS employment application | 0.40 | $518.00 |
| 08/15/2023 | DAF | Confer with M. Tuchin re KTBS employment application | 0.20 | $330.00 |
| 08/15/2023 | MLT | Confer with D. Fidler re KTBS employment application | 0.20 | $379.00 |
| 08/15/2023 | NM | Draft and revise employment application | 1.80 | $1,575.00 |
| 08/15/2023 | SDP | Prepare KTBS employment application and related documents | 2.30 | $1,368.50 |
| 08/15/2023 | SDP | Perform supplemental conflicts check | 0.80 | No Charge |
| 08/15/2023 | SMK | Draft and revise KTBS employment application | 2.40 | $3,108.00 |

| 2483 | Amyris, Inc., et al. | | | Page 12 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Fee/Employment Applications | | |
| 08/15/2023 | SMK | Exchange emails with J O'Neill (PSZJ) re KTBS employment application | 0.20 | $259.00 |
| 08/16/2023 | DAF | Analyze and prepare comments to KTBS employment application pleadings | 0.90 | $1,485.00 |
| 08/16/2023 | DMS | Review and suggest edits to employment application | 0.80 | $1,516.00 |
| 08/16/2023 | SDP | Revise KTBS employment application | 0.20 | $119.00 |
| 08/16/2023 | SMK | Further revisions to employment application, including incorporation of comments from D. Fidler and D. Stern | 0.40 | $518.00 |
| 08/16/2023 | SMK | Exchange emails with S. Golden and J. O'Neill re finalization and filing of KTBS employment application | 0.20 | $259.00 |
| 08/17/2023 | DMS | Revise disclosures in employment application | 0.20 | $379.00 |
| 08/17/2023 | NM | Exchange correspondence with S. Kidder re employment application | 0.30 | $262.50 |
| 08/17/2023 | SMK | Further revisions to employment application and declaration re same, including emails with M. Tuchin and D. Fidler re conflict parties | 0.30 | $388.50 |
| 08/18/2023 | NM | Exchange correspondence with S. Kidder and S. Pearson re employment application | 0.20 | $175.00 |
| 08/18/2023 | SDP | Exchange correspondence with S. Kidder and N. Maoz re employment application | 0.20 | $119.00 |
| 08/18/2023 | SMK | Finalize KTBS employment application (including incorporation of conflict party edits from J. O'Neill) | 0.70 | $906.50 |
| 08/18/2023 | SMK | Exchange emails with D. Grassgreen, J. O'Neill, and S. Golden re KTBS employment application | 0.30 | $388.50 |
| 08/18/2023 | SMK | Analyze and revise pro hacs and notice of appearance for KTBS attorneys | 0.20 | No Charge |
| 08/24/2023 | NM | Analyze interim compensation motion | 0.20 | $175.00 |
| 08/24/2023 | NM | Confer with J. O'Neil re retention application | 0.10 | $87.50 |
| 08/24/2023 | SDP | Update conflict search list; email with S. Kidder and N. Maoz re same | 0.10 | No Charge |
| 08/24/2023 | SMK | Analyze ad hoc noteholders' Rule 2019 statement in connection with supplemental KTBS employment declaration | 0.10 | $129.50 |
| 08/24/2023 | SMK | Brief review of interim comp procedures motion and email N. Maoz re same | 0.10 | $129.50 |

| 2483 | Amyris, Inc., et al. | | | | Page 13 |
| 0000 | Amyris, Inc., et al. | | | | Bill #. 20848 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Fee/Employment Applications** | | |
| 08/24/2023 | SMK | Emails with J. O'Neill re notice and service of KTBS employment application and amended notice re same | 0.30 | $388.50 |
| 08/25/2023 | SMK | Draft supplemental Kidder declaration re KTBS employment application | 0.30 | $388.50 |
| 08/28/2023 | SDP | Revise S. Kidder supplemental declaration in support of KTBS employment | 0.10 | $59.50 |
| 08/28/2023 | SDP | Revise conflicts list | 0.10 | No Charge |
| 08/29/2023 | SMK | Update supplemental Kidder declaration based on additional potentially interested parties | 0.20 | $259.00 |
| 08/30/2023 | SMK | Further revisions to supplemental declaration in support of KTBS employment application | 0.20 | $259.00 |
| 08/31/2023 | DMS | Review and revise first supplemental declaration re employment application | 0.20 | $379.00 |
| 08/31/2023 | SMK | Emails with J O'Neill re supplement to KTBS employment application and Committee comments re employment order | 0.20 | $259.00 |
| | | Fee/Employment Applications | 17.50 | $16,567.50 |
| | | **Professional Services Rendered** | 157.70 | $199,390.00 |

**Costs and Disbursements**

    Online research

        Pacer - August 2023      $3.80

         $3.80

    Other

        Delaware Secretary of State Document Search (Upland1 LLC)      $20.00

        Delaware Secretary of State Document Search (Aprinnova, LLC)      $20.00

        Delaware Secretary of State Document Search (Amyris-Olika, LLC)      $20.00

        Delaware Secretary of State Document Search (Onda Beauty, Inc.)      $20.00

        Delaware Secretary of State Document Search (Clean Beauty Collaborative, Inc.)      $20.00

        Delaware Secretary of State Document Search (Clean Beauty 4U Holdings, LLC)      $20.00

        Delaware Secretary of State Document Search (Clean Beauty 4U LLC)      $20.00

         $140.00

**Total Costs and Disbursements**      $143.80

        Total fees and expenses incurred      $199,533.80

        Balance Now Due      $199,533.80

| 2483 | Amyris, Inc., et al. | | | Page 14 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 20848 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Fidler, David A. | 3.50 | $1,650.00 | $5,775.00 |
| Frei, Tanner | 43.40 | $1,100.00 | $47,740.00 |
| Kidder, Samuel M | 1.10 | $0 | No Charge |
| Kidder, Samuel M | 49.00 | $1,295.00 | $63,455.00 |
| Maoz, Nir | 0.90 | $0 | No Charge |
| Maoz, Nir | 19.90 | $875.00 | $17,412.50 |
| Pearson, Shanda D. | 1.20 | $0 | No Charge |
| Pearson, Shanda D. | 3.20 | $595.00 | $1,904.00 |
| Stern, David M. | 1.10 | $0 | No Charge |
| Stern, David M. | 28.30 | $1,895.00 | $53,628.50 |
| Tuchin, Michael L. | 1.10 | $0 | No Charge |
| Tuchin, Michael L. | 5.00 | $1,895.00 | $9,475.00 |
| | 157.70 | | $199,390.00 |

2483    Amyris, Inc., et al.                                                        Page  15
0000    Amyris, Inc., et al.                                                        Bill #. 20848

**Wire Instructions for Payment of Invoice**

Bank Name:            First Republic Bank

Bank Address:         1888 Century Park East
                      Los Angeles, California 90067
                      Phone: (800) 392-1407

ABA Routing No.:      321081669

Account No.:          997-00044763

Account Name:         KTBS Law LLP General Operating Account

**Remittance To:**

KTBS Law LLP
Attention: Accounting Department
1801 Century Park East, 26th Floor
Los Angeles, CA 90067