## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors[1]. | (Jointly Administered.) |
| | **Related Docket No. 919** |

## 10-11 CLERKENWELL GREEN LIMITED'S NOTICE
## OF INTENT TO PARTICIPATE IN CONFIRMATION PROCEEDINGS

10-11 Clerkenwell Green Limited in accordance with the *Order Establishing Confirmation Discovery Schedule and Protocols* [D.I. 919] (the "**Confirmation Discovery Order**") hereby provides notice of its intent to participate in the Confirmation Proceedings, as that term is defined in the Confirmation Discovery Order.

Dated: December 22, 2023
    Wilmington, Delaware

**BALLARD SPAHR LLP**
*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
919 N. Market St., 11th Floor
Wilmington, DE 19801-3034
Telephone: 302.252.4465
E-mail: brannickn@ballardspahr.com

-and-

**MAYERSON & HARTHEIMER, PLLC**
Sandra E. Mayerson
David H. Hartheimer
845 3rd Ave., 11th floor
New York, NY 10022
Telephone: 646.778.4381
Fax: 646.778.4384
E-mail: sandy@mhlaw-ny.com
        david@mhlaw-ny.com
*Counsel for 10-11 Clerkenwell Green Limited*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

## **CERTIFICATE OF SERVICE**

Nicholas J. Brannick certifies that on this 22nd day of December 2023 he caused a true and correct copy of *10-11 Clerkenwell Green Limited's Notice of Intent to Participate in Conformation Proceedings* to be served on the by electronic notice upon all parties registered to receive notice via CM/ECF in these cases, and also upon the parties on the attached service list via first class mail and e-mail.

Dated: December 22, 2023
Wilmington, Delaware

/s/ Nicholas J. Brannick
Nicholas J. Brannick (DE No. 5721)
BALLARD SPAHR LLP

**SERVICE LIST**

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Debra I. Grassgreen
James E. O'Neill
Jason H. Rosell
Steven W. Golden
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jrosell@pszjlaw.com
sgolden@pszjlaw.com

POTTER ANDERSON & CORROON LLP
Christopher M. Samis
Katelin A. Morales
Sameen Rizvi
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

csamis@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

WHITE & CASE LLP
Gregory F. Pesce
Andrew F. O'Neill
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606

gpesce@whitecase.com
aoneill@whitecase.com

WHITE & CASE LLP
Samuel P. Hershey
John Ramirez
Andrea Kropp
1221 Avenue of the Americas
New York, New York 10020

john.ramirez@whitecase.com
andrea.kropp@whitecase.com

BLANK ROME LLP
Stanley B. Tarr
Lawrence R. Thomas III
1201 N. Market Street, Suite 800
Wilmington, DE 19801

stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

PAUL HASTINGS LLP
Frank Merola, Esq.
1999 Avenue of the Stars
Los Angeles, CA 90067

frankmerola@paulhastings.com

PAUL HASTINGS LLP
John Storz, Esq.
Matthew D. Friedrick, Esq.
Caroline Diaz, Esq.
200 Park Avenue
New York, NY 10166

johnstorz@paulhastings.com
matthewfriedrick@paulhastings.com
carolinediaz@paulhastings.com

UNITED STATES TRUSTEE
John Schanne
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

john.schanne@usdoj.gov

GOODWIN PROCTER LLP
Michael H. Goldstein
Alexander J. Nicas
620 Eighth Ave.
New York, NY 10018

mgoldstein@goodwinlaw.com
anicas@goodwinlaw.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
David M. Fournier
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899

david.fournier@troutman.com