## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B:**

- **Debtors' Motion for Entry of an Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief** (Docket No. 933)

- **Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 934)

{SPACE LEFT INTENTIOANLLY BLANK}

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Furthermore, on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C** and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 934)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 22, 2023

*Dylan Dickerson*
Dylan P. Dickerson

State of Colorado        )
                         ) SS.
County of Denver         )

Subscribed and sworn before me this 22nd day of December 2023 by Dylan P. Dickerson.

*Kerrie Lynne Darby*
(Notary's official signature)

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | Rua Doutor Pedro Ferreira | 333 A5 SL503 | | Citajaí | SC | 88301 | Brazil |
| Anesma Group, LLC | | 1180 San Carlos Avenue, #717 | | | San Carlos | CA | 94070 | |
| Anesma Group, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | | 5402 Sia Trecho 5 Área Especial 57 | | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCIENCE & TECHNOLOGY | | Bei Jing Shi | | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | | Avenue Leonard de Vinci 14 | | | Wavre | | 1300 | Belgium |
| BIORIUS | | Shelton Street | | | London | | 71WC2H 9JQ | United Kingdom |
| C T Corporation System, as Representative | | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | | New Castle | DE | 19808 | |
| Crestmark Equipment Finance, Inc. | | 40950 Woodward Avenue, Suite 201 | | | Bloomfield Hills | MI | 48304 | |
| Crestmark Equipment Finance, Inc. | | 5480 Corporate Drive | Ste 350 | | Troy | MI | 48098 | |
| CTNBIO | | South Police Sector - SPO, Area 5, Block 3 | Block B, Ground Floor. Room T-08 | | Brasilia | FD | 70610-200 | Brazil |
| Data Sales Co., Inc. | | 3450 W. Burnsville Parkway | | | Burnsville | MN | 55337 | |
| DE Lage Landen Financial Services, Inc. | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Department of Agriculture | | 1400 Independence Ave., S.W. | | | Washington | DC | 20250 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | | Washington | DC | 20001 | |
| Drug Enforcement Administration | | 8701 Morrissette Drive | | | Springfield | VA | 22152 | |
| DSM Finance B.V. | Attn: Michael Wahl and Vivian Huang | HET Overloon 1 | | | Heerlen | NL | 6411TE | Netherlands |
| DSM Finance B.V. | c/o Latham & Watkins LLP | 330 North Wabash Avenue | Suite 3800 | | Chicago | IL | 60611 | |
| DTS | | U 5 2 Pittwin Rd | | | North Capalaba | QS | 4157 | Australia |
| EFSA | | Via Carlo Magno 1A | | | Parma | | 43126 | Italy |
| Employment Development Department | | PO Box 826880 | | | Sacramento | CA | 94280 | |
| Environment Canada | | 105 Mcgill St | 4th Fl | | Montreal | QC | H2Y 2E7 | Canada |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | | Washington | DC | 20460 | |
| Eplus Technology, Inc. | | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | |
| Food and Drug Administration | | 10903 New Hampshire Avenue | | | Silver Spring | MD | 20993 | |
| Food Science Solutions | | 28 Geneva Ave | | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | | Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky andz Sari Rosenfeld | 620 Eighth Avenue | The New York Times Building | New York | NY | 10018 | |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier and Kenneth A. Listwalk | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | |
| Foris Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Foris Ventures, Llc, as Agent | | 751 Laurel Street, #717 | | | San Carlos | CA | 94070 | |
| GACP Finance Co., LLC, as Agent | | 11100 Santa Monica Blvd. | Suite 800 | | Los Angeles | CA | 90025 | |
| Health Canada | | Address Locator 1801B | | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | |
| Hildun Corporation | | 36 E. 31st Street – 12th Floor | | | New York | NY | 10016 | |
| Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | | 200 Westlake Park Blvd | Ste 400 | | Houston | TX | 77079 | |
| INTERTEK | | 33 Cavendish Sq | | | London | ES | W1G 0PS | United Kingdom |
| INTERTEK | | Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St | No 4012 | | Shenzhen | GD | 518100 | China |
| Knoell Shanghai | | No. 567 Langao Road | Room 805, Tower B, Central Towers | | Putuo | SH | 200333 | China |
| Lavvan, Inc. | | 5021 Iselin Ave | | | Bronx | NY | 10471-2914 | |
| Muirisc, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Muirisc, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | | 40 BOULEVARD JOSEPH II | | | LUXEMBOURG | LU | L1840 | Luxembourg |
| Nikko Chemicals Co., Ltd. | | 1-4-8, Nihonbashi-bakurocho, Chuo-Ku | | | Tokyo | | 1030002 | Japan |
| OBELIS | | Boulevard Brand Whitlock 30 | | | Brussels | | 1200 | Belgium |
| OBELIS | | Sandford Gate, East Point Business Park | | | Oxford | | OX4 6LB | United Kingdom |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| Official Committee of Unsecured Creditors | c/o White & Case LLP | Attn: John Ramirez, Stephen E. Ludovici and Andrea Kropp | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| PEAK, LLC, AS REPRESENTATIVE | | 170 WEST SHIRLEY AVENUE, SUITE 207 | | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | | Avenue des Arts 10 | | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | | Grove Business Park, Aspect House, Wayland Avenue | | | Wantage | | OX12 9FF | United Kingdom |
| Perrara Ventures, LLC | Attention: Jon Novotny | Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | San Francisco | CA | 94111 | |
| PERRARA VENTURES, LLC | Attn: Barbara Hager | 1180 SAN CARLOS AVE., #717 | | | SAN CARLOS | CA | 94070 | |
| REGULATORY CONCEPTS | | 9-7 Anella Ave | | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | | Bohemia | NY | 11746 | |
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P. | | 600 3RD AVE | FL 10 | | NEW YORK | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 1 of 2

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | 100 Pearl Street | Ste 20-100 | New York | NY | 10004-2616 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | P.O. Box 944255 | | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 165 Capitol Ave | | | Hartford | CT | 06106 | |
| State Of Delaware | Office Of The Attorney General | Department Of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | 33 Capitol St. | | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | State Capitol, Room 236 | | | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | | Olympia | WA | 98504-00 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |
| THE ROBERTS CONTAINER CORPORATION | | 9131 OAKDALE AVE, SUITE 110 | | | CHATSWORTH | CA | 91311 | |
| TSG | | 175 Nugget Court, Unit 6-8 | | | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Jennifer Wall | 190 S La Salle St | | | Chicago | IL | 60603 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | | New York | NY | 10005 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Trustee of the Convertible Notes | 633 West Fifth Street, 24th Floor | | | Los Angeles | CA | 90071 | |
| United States Attorney's Office for the District of Delaware | Attn: David C. Weiss | c/o/ Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | |
| Wells Fargo Bank, N.A. | | 800 Walnut Street, F0005-044 | | | Des Moines | IA | 50309 | |
| Wiley Companies | Attn: Joshua Wiley | 545 Walnut Street | PO Box 640 | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AA INVESTMENTS (HK) LIMITED | c/o Duane Morris LLP | Attn: Christopher M. Winter, Sommer L. Ross | cmwinter@duanemorris.com slross@duanemorris.com |
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com jellis@mololamken.com smargolis@mololamken.com mkelley@mololamken.com cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com matthewfriedrick@paulhastings.com carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Dr. Reddy's Laboratories, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| Dr. Reddy's Laboratories, Inc. | c/o Cole Schotz P.C. | Attn: Andrew J. Roth-Moore | aroth-moore@coleschotz.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor,  LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com anicas@goodwinlaw.com dhoehne@goodwinlaw.com mspillane@goodwinlaw.com askorostensky@goodwinlaw.com MBrumer@goodwinlaw.com jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: YGUUT-WQTUI-3MK9O-ZTLMT



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com<br>mathews@rlf.com |
| Lexon Insurance Company | c/o Harris Beach PLLC | Attn: Lee E. Woodard, Brian D. Roy | bkemail@harrisbeach.com<br>broy@harrisbeach.com |
| Lexon Insurance Company | c/o The Powell Firm, LLC | Attn: Jason C. Powell | jpowell@delawarefirm.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Scent Theory Products LLC | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@Alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | BCEIntake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Delaware | | | Attorney.General@state.DE.US |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | info@lisamadigan.org |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | | attorneygeneral@doj.nh.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com mthomas@tuckerlaw.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP | Attn: Jamila Justine Willis | jamila.willis@us.dlapiper.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown | stuart.brown@us.dlapiper.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 3 of 3

Document Ref: YGUUT-WQTUI-3MK9O-ZTLMT

Page 9 of 13

# **Exhibit C**

Document Ref: YGUUT-WQTUI-3MK9O-ZTLMT



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ada Support Inc. | | 371 Front St West | Suite 314 | Toronto | ON | M5V 3S8 | Canada |
| Bloomberg L.P. | | 731 Lexington Avenue | | New York | NY | 10022 | |
| Bureau Veritas Certification | | 16800 Greenspoint Park Drive | | Houston | TX | 77060 | |
| Cambrian Genomics | | Address Redacted | | | | | |
| Culture Biosciences, Inc. | | 269 E. Grand Ave | | South San Francisco | CA | 94080 | |
| GEN9, INC. | | 840 Memorial Drive | | Cambridge | MA | 02139 | |
| Gingko Bioworks, Inc. | | 27 Drydock Ave | | Boston | MA | 02210 | |
| GROUND FORCE LTD DBA GRUOND FORCE LOGISTICS | Attn: Brad Caracciola | 50 Park Pl | Suite 820 | Newark | NJ | 07102 | |
| Renmatix, Inc.; Total Energies Nouvelles Activites USA | | 660 Allendale Rd. | | King of Prussia | PA | 19406-1418 | |
| Salesforce, Inc. | | 415 Mission Street | 3rd Floor | San Francsisco | CA | 94105 | |
| Trifinity Partners Inc. | Attn: William Anthony Magna | 5312 104th ave | | Kenosha | WI | 53144 | |
| Washington, Inc. | Dept of Chemistry | Campus Box 1134 | | St Louis | | 63130 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Document Ref: YGUUT-WQTUI-3MK9O-ZTLMT

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Ada Support Inc. | | receivables@ada.support |
| Bloomberg L.P. | | cashteam1@bloomberg.net |
| Culture Biosciences, Inc. | | ar@culturebiosciences.com |
| GROUND FORCE LTD DBA GRUOND FORCE LOGISTICS | Attn: Brad Caracciola | bradc@groundforcelogistics.com |
| Trifinity Partners Inc. | Attn: William Anthony Magna | bill2@3finity.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: YGUUT-WQTUI-3MK9O-ZTLMT