**Exhibit A**

**Timekeeper Summary**

| Name | Title | Yr. Adm. | Areas of Expertise | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| **Ash, Nikita** | **Associate** | 2021 | Commercial Litigation Practice | 101.4 | $960.00 | $97,344.00 |
| **Branson, Ariell** | **Associate** | 2023 | Commercial Litigation Practice | 108.6 | $740.00 | $80,364.00 |
| **Cange, Gloria** | **Associate** | 2023 | Commercial Litigation Practice | 35.6 | $740.00 | $26,344.00 |
| **Chemborisov, Gleb** | **Litigation Specialist** | N/A | Timekeeper Pool | 18.5 | $380.00 | $7,030.00 |
| **Chen, Tony** | **Project Manager - Litigation Support** | N/A | Timekeeper Pool | 12.1 | $380.00 | $4,598.00 |
| **Cherkasova, Sofya** | **Associate** | N/A | Pool Associates - Litigation | 35.3 | $740.00 | $26,122.00 |
| **Curtis, Lucas** | **Associate** | 2020 | Commercial Litigation Practice | 123.4 | $960.00 | $118,464.00 |
| **Gorman, Sean** | **Partner** | 1988 | Commercial Litigation Practice | 108.5 | $1,370.00 | $148,645.00 |
| **Gorsich, Ronald** | **Partner** | 2001 | Financial Restructuring & Insolvency (FRI) Practice | 5.1 | $1,370.00 | $6,987.00 |
| **Gundersen, Kathryn** | **Associate** | 2022 | Commercial Litigation Practice | 49.2 | $830.00 | $40,836.00 |
| **Gusching, Stephanie** | **Associate** | N/A | Pool Associates - Litigation | 26.0 | $740.00 | $19,240.00 |
| **Hershey, Samuel** | **Partner** | 2013 | Commercial Litigation Practice | 105.8 | $1,460.00 | $154,468.00 |
| **Heywood, Taylor** | **Associate** | N/A | Pool Associates - Litigation | 52.1 | $740.00 | $38,554.00 |
| **Hong, Alice** | **Associate** | 2020 | Commercial Litigation Practice | 49.7 | $1,020.00 | $50,694.00 |
| **Hovsepian, Arev** | **Associate** | 2022 | Commercial Litigation Practice | 27.0 | $740.00 | $19,980.00 |
| **Jaoude, Michael** | **Associate** | 2018 | Commercial Litigation Practice | 15.4 | $1,180.00 | $18,172.00 |
| **Kates, Paula** | **Associate** | 2020 | Commercial Litigation Practice | 17.0 | $1,020.00 | $17,340.00 |
| **Kropp, Andrea** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 118.1 | $1,020.00 | $120,462.00 |
| **Levine, Esther** | **Associate** | 2022 | Commercial Litigation Practice | 108.5 | $830.00 | $90,055.00 |
| **Litz, Dominic** | **Associate** | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 40.0 | $1,060.00 | $42,400.00 |
| **Ludovici, Stephen** | **Associate** | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 9.5 | $1,240.00 | $11,780.00 |
| **Mederos, Rudy** | **Project Manager - Litigation Support** | 2001 | Timekeeper Pool | 14.1 | $640.00 | $9,024.00 |
| **Mezei, Livy** | **Associate** | 2017 | Financial Restructuring & Insolvency (FRI) Practice | 47.4 | $1,020.00 | $48,348.00 |
| **Mitra, Anais** | **Associate** | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 121.9 | $740.00 | $90,206.00 |
| **O'Neill, Andrew** | **Partner** | 2005 | Financial Restructuring & Insolvency (FRI) Practice | 153.4 | $1,590.00 | $243,906.00 |
| **Pesce, Gregory** | **Partner** | 2011 | Financial Restructuring & Insolvency (FRI) Practice | 70.9 | $1,460.00 | $103,514.00 |
| **Protic, Maria** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 62.8 | $830.00 | $52,124.00 |

| Ramirez, John | Associate | 2009 | Financial Restructuring & Insolvency (FRI) Practice | 46.9 | $1,270.00 | $59,563.00 |
|---|---|---|---|---|---|---|
| Rivero, Devin | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 4.7 | $960.00 | $4,512.00 |
| Rogan, Reed | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 9.4 | $960.00 | $9,024.00 |
| Saber, Leili | Associate | 2022 | Commercial Litigation Practice | 22.4 | $830.00 | $18,592.00 |
| Spencer, Paige | Project Manager - Litigation Support | 2014 | Practice Technology - Disputes | 21.0 | $640.00 | $13,440.00 |
| Sutherland, Gabe | Associate | 2023 | Financial Restructuring & Insolvency (FRI) Practice | 54.3 | $740.00 | $40,182.00 |
| Swingle, Adam | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 38.1 | $1,060.00 | $40,386.00 |
| Venes, Aileen | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | 14.3 | $380.00 | $5,434.00 |
| Warner, Blair | Associate | 2015 | Financial Restructuring & Insolvency (FRI) Practice | 9.0 | $1,220.00 | $10,980.00 |
| Waterfield, Amy | Project Manager - Litigation Support | 1997 | Practice Technology - Disputes | 18.5 | $640.00 | $11,840.00 |
| Zahiremami, Golshid | Associate | N/A | Financial Restructuring & Insolvency (FRI) Practice | 35.1 | $740.00 | $25,974.00 |
| **Grand Total** | | | | **1,911.0** | | **$1,926,928.00** |

11229352v.1