## Exhibit B

## Project Summary

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Sales | 40.8 | $54,574.00 |
| B02 | Automatic Stay Issues | 0.0 | $0.00 |
| B03 | Business Operations & Related Motions | 4.4 | $4,488.00 |
| B04 | Case Administration | 78.5 | $45,896.00 |
| B05 | Case Strategy | 94.5 | $138,661.00 |
| B06 | Cash Management & Intercompany Issues | 0.0 | $0.00 |
| B07 | Claims Administration & Objections | 5.6 | $7,466.00 |
| B08 | Committee Meetings & Communications | 59.7 | $67,971.00 |
| B09 | Corporate, Securities and Regulatory issues | 0.0 | $0.00 |
| B10 | Creditor Communications | 11.4 | $16,590.00 |
| B11 | DIP Financing | 26.7 | $20,168.00 |
| B12 | Exclusivity, Plan & Disclosure Statement | 208.3 | $239,791.00 |
| B13 | Executory Contracts & Unexpired Leases | 24.0 | $19,149.00 |
| B14 | Hearings | 7.5 | $7,433.00 |
| B15 | Investigations – Insiders | 1,071.0 | $1,037,368.00 |
| B16 | Investigations – Liens | 179.0 | $157,927.00 |
| B17 | Non-working Travel | 23.7 | $35,047.00 |
| B18 | Professional Retention & Fees – W&C | 38.6 | $36,198.00 |
| B19 | Professional Retention & Fees – Other | 2.8 | $2,564.00 |
| B20 | Reports, Schedules & Statements | 0.7 | $714.00 |
| B21 | Tax Issues | 0.0 | $0.00 |
| B22 | US Trustee Issues | 33.8 | $34,923.00 |
| | **Grand Total** | **1,911.0** | **$1,926,928.00** |