## Exhibit D

## Expense Summary & Detail

| Description | Bill Amount |
|---|---:|
| Airfare | $6,040.73 |
| Business Meals | $845.00 |
| Car Rental | $129.41 |
| Computer Services | $585.56 |
| Conference Expense | $5,218.76 |
| Conference Room Dining | $198.81 |
| Deposition Transcripts | $24,217.55 |
| E-Discovery Data Hosting / Storage | $990.86 |
| E-Discovery User Fees | $975.00 |
| External Document Production | $2,532.90 |
| Hotel Expense | $10,214.04 |
| Miscellaneous Other | $69.99 |
| Overtime Meals | $426.50 |
| Parking | $70.00 |
| Printing | $1,466.91 |
| Taxi - Business | $2,558.80 |
| Taxi - Overtime | $141.70 |
| Travel Meals | $869.57 |
| **Grand Total** | **$57,552.09** |

11229352v.1

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/16/2023 | Hershey, Samuel | Taxi - Taxi to hotel from dinner. - Travel to Los Angeles and San Francisco for depositions. - 06-Nov-2023 | Taxi - Business | $21.48 |
| 11/16/2023 | Hershey, Samuel | Internet - Travel to Los Angeles and San Francisco for depositions. - 07-Nov-2023 | Computer Services | $8.00 |
| 11/16/2023 | Hershey, Samuel | One Way, Economy airfare on Delta Airlines from Los Angeles to San Francisco for Samuel Hershey on 11/05/2023 | Airfare | $388.90 |
| 11/16/2023 | Hershey, Samuel | Car Rental - 04-Nov-23 to 05-Nov-23 - Travel to Los Angeles and San Francisco for depositions. - 05-Nov-2023 | Car Rental | $129.41 |
| 11/16/2023 | Hershey, Samuel | Taxi - Taxi home from Newark Airport. - Travel to Los Angeles and San Francisco for depositions. - 09-Nov-2023 | Taxi - Business | $159.79 |
| 11/16/2023 | Hershey, Samuel | Hotel stay by Samuel Hershey at The Ritz-Carlton in San Francisco, California for 3 nights. | Hotel Expense | $1,350.00 |
| 11/16/2023 | Hershey, Samuel | Dinner in San Francisco for Samuel Hershey on 11/07/2023. | Business Meals | $65.00 |
| 11/16/2023 | Hershey, Samuel | Dinner in Los Angeles for Samuel Hershey on 11/05/2023. | Business Meals | $65.00 |
| 11/16/2023 | Hershey, Samuel | Dinner in San Francisco for Samuel Hershey, Sean Gorman on 11/06/2023. | Business Meals | $130.00 |
| 11/16/2023 | Hershey, Samuel | Dinner in San Francisco for Samuel Hershey, Sean Gorman on 11/08/2023 | Business Meals | $130.00 |
| 11/19/2023 | Hershey, Samuel | Meeting Room – Conference room reservation for, and catering (breakfast, beverages, lunch) for, J. Melo deposition. - 11-Nov-2023 | Conference Expense | $5,218.76 |
| 11/19/2023 | Hershey, Samuel | Taxi - Taxi home to Newark Airport. - Travel to San Francisco for court hearing. - 10-Nov-2023 | Taxi - Business | $169.24 |
| 11/19/2023 | Hershey, Samuel | Internet - Travel to San Francisco for court hearing. - 08-Nov-2023 | Computer Services | $8.00 |
| 11/19/2023 | Hershey, Samuel | Taxi - San Francisco Airport to Hotel. - Travel to San Francisco for court hearing. - 10-Nov-2023 | Taxi - Business | $81.28 |
| 11/19/2023 | Hershey, Samuel | Dinner - Internal Guest S.Hershey/A.O'Neill/S.Gorman - Travel to San Francisco for court hearing. - 10-Nov-2023 | Business Meals | $195.00 |
| 11/19/2023 | Hershey, Samuel | Hotel - Internet - Room reservation for deposition. - 11-Nov-2023 | Computer Services | $500.71 |
| 11/19/2023 | Hershey, Samuel | Taxi - Taxi from hotel to San Francisco Airport. - Travel to San Francisco for court hearing. - 11-Nov-2023 | Taxi - Business | $96.50 |
| 11/19/2023 | Hershey, Samuel | Taxi - Taxi to dinner. - Travel to San Francisco for court hearing. - 10-Nov-2023 | Taxi - Business | $14.21 |
| 11/19/2023 | Hershey, Samuel | Taxi - Taxi from dinner. - Travel to San Francisco for court hearing. - 10-Nov-2023 | Taxi - Business | $16.39 |
| 11/19/2023 | Hershey, Samuel | Taxi - Newark Airport to house. - Travel to San Francisco for court hearing. - 12-Nov-2023 | Taxi - Business | $138.49 |
| 11/19/2023 | Hershey, Samuel | Internet - Travel to San Francisco for court hearing. - 09-Nov-2023 | Computer Services | $8.00 |
| 11/19/2023 | Hershey, Samuel | Hotel stay by Samuel Hershey at The Ritz-Carlton in San Francisco, CA for 2 nights | Hotel Expense | $1,018.31 |
| 11/19/2023 | Hershey, Samuel | Dinner - Internal Guest S.Hershey/A.O'Neill/S.Gorman - Travel to San Francisco for court hearing. - 11-Nov-2023 | Business Meals | $195.00 |
| 11/16/2023 | Hershey, Samuel | One Way, Business airfare on Delta Airlines from New York to Los Angeles for Samuel Hershey on 11/08/2023 to 11/09/2023 (billed at half rate). | Airfare | $1,286.96 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/16/2023 | Hershey, Samuel | One Way, Business airfare on Delta Airlines from New York to Los Angeles for Samuel Hershey on 11/04/2023 (billed at half rate). | Airfare | $724.45 |
| 11/19/2023 | Hershey, Samuel | One Way, Business class on United Airlines from San Francisco, CA to New York City, NY for Samuel Hershey on 11/11/2023 to 11/12/2023 (billed at half rate). | Airfare | $704.45 |
| 11/19/2023 | Hershey, Samuel | One Way, Business class on United Airlines from New York, NY to San Francisco, CA for Samuel Hershey on 11/10/2023 (billed at half rate). | Airfare | $1,061.95 |
| 11/3/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 23-Oct-23 | Taxi - Overtime | $14.45 |
| 11/3/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 24-Oct-23 | Taxi - Overtime | $19.09 |
| 11/8/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 31-Oct-23 | Taxi - Overtime | $18.68 |
| 11/23/2023 | Levine, Esther | 11/06/2023 Overtime meal while working on matter - Esther Kozakevich | Overtime Meals | $36.75 |
| 11/23/2023 | Levine, Esther | Warp 9. Invoice Date: 22 November 2023. Printing services with delivery in San Francisco where Sam Hershey and Sean Gorman deposed two key witnesses. | Printing | $556.86 |
| 11/24/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 15-Nov-23 | Taxi - Overtime | $19.93 |
| 11/23/2023 | Levine, Esther | 11/14/2023 Overtime meal while working on matter - Esther Kozakevich | Overtime Meals | $36.75 |
| 11/22/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 07-Nov-23 | Taxi - Overtime | $16.31 |
| 11/22/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 06-Nov-23 | Taxi - Overtime | $14.84 |
| 11/23/2023 | Levine, Esther | Warp 9. Invoice Date: 22 November 2023. Printing services with delivery in San Francisco where Sam Hershey and Sean Gorman deposed two key witnesses. | Printing | $806.85 |
| 11/24/2023 | Levine, Esther | Overtime Transportation - Taxi expense incurred for working late in the office for a matter. - 14-Nov-23 | Taxi - Overtime | $15.40 |
| 11/24/2023 | O'Neill, Andrew | Taxi - to home - Amyris deposition - 12-Nov-2023 | Taxi - Business | $80.00 |
| 11/24/2023 | O'Neill, Andrew | Hotel - Dinner - Internal Guest A.O'Neill - Amyris deposition - 09-Nov-2023 | Travel Meals | $38.33 |
| 11/24/2023 | O'Neill, Andrew | Dinner - Internal Guest A.O'Neill - Amyris deposition - 09-Nov-2023 | Business Meals | $65.00 |
| 11/24/2023 | O'Neill, Andrew | Hotel - Internet - Amyris deposition - 11-Nov-2023 | Computer Services | $16.95 |
| 11/24/2023 | O'Neill, Andrew | Taxi - from airport - Amyris deposition - 09-Nov-2023 | Taxi - Business | $90.48 |
| 11/24/2023 | O'Neill, Andrew | Hotel - Dinner - Internal Guest A.O'Neill - Amyris deposition - 11-Nov-2023 | Travel Meals | $60.00 |
| 11/24/2023 | O'Neill, Andrew | Hotel stay by Andrew O'Neill at The Ritz-Carlton in San Francisco, CA for 2 nights on November 9 & 10, 2023 | Hotel Expense | $1,362.76 |
| 11/24/2023 | O'Neill, Andrew | Taxi - to airport - Amyris deposition - 08-Nov-2023 | Taxi - Business | $80.00 |
| 11/24/2023 | O'Neill, Andrew | Internet - Amyris deposition - 06-Nov-2023 | Computer Services | $8.00 |
| 11/24/2023 | O'Neill, Andrew | Taxi - to airport - Amyris deposition - 12-Nov-2023 | Taxi - Business | $83.35 |

3

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/24/2023 | O'Neill, Andrew | Lunch - Internal Guest A.O'Neill - Amyris deposition - 09-Nov-2023 | Travel Meals | $45.00 |
| 11/24/2023 | O'Neill, Andrew | Hotel - Dinner - Internal Guest A.O'Neill - Amyris deposition - 10-Nov-2023 | Travel Meals | $65.00 |
| 11/24/2023 | O'Neill, Andrew | Roundtrip, First class and Economy class on United Airlines from Chicago, IL to San Francisco, CA for Andrew O'Neill on 11/09/2023 to 11/12/2023 (billed at half rate). | Airfare | $767.91 |
| 11/24/2023 | O'Neill, Andrew | Hotel stay by Andrew O'Neill at The Ritz-Carlton in San Francisco, CA for 1 night on November 11, 2023 | Hotel Expense | $569.21 |
| 11/7/2023 | Pesce, Gregory | One Way, Economy airfare on United Airlines from Chicago to New York for Gregory Pesce on 03/10/2024 | Airfare | $183.90 |
| 11/10/2023 | Pesce, Gregory | Warp 9. Invoice Date: 09 November 2023.|20231105_WEEKEND PRINTING | JOB ID# 1534539-01 | External Document Production | $1,337.33 |
| 11/10/2023 | Pesce, Gregory | Warp 9. Invoice Date: 09 November 2023.|20231105_ANOTHER PRINT REQUEST | JOB ID# 1534541-01 | External Document Production | $1,195.57 |
| 11/16/2023 | Pesce, Gregory | Taxi - Hotel/Meeting - Taxi - 02-Nov-2023 | Taxi - Business | $62.32 |
| 11/16/2023 | Pesce, Gregory | Taxi - Airport/Hotel - Taxi - 01-Nov-2023 | Taxi - Business | $29.09 |
| 11/30/2023 | Pesce, Gregory | Reliable Court Reporting. Invoice Date: 07 November 2023. Deposition Transcript; In re: Amyris, Inc., et. al. | Deposition Transcripts | $10,274.90 |
| 11/30/2023 | Pesce, Gregory | Reliable Court Reporting. Invoice Date: 12 November 2023. Deposition Transcript; In re: Amyris, Inc., et. al. - Job # 5908 | Deposition Transcripts | $7,446.65 |
| 11/30/2023 | Pesce, Gregory | Reliable Court Reporting. Invoice Date: 09 November 2023. Deposition Transcript; In re: Amyris, Inc., et. al. - Job # 5833 | Deposition Transcripts | $6,496.00 |
| 11/30/2023 | Pesce, Gregory | Catering services for meeting re: Amyris Auction in New York provided by FLIK on 11/30/2023 - All day beverages, Continental Breakfast, Sandwiches – Approximate headcount: 4 | Conference Room Dining | $198.81 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $0.20 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.40 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.10 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $10.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $4.40 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $1.20 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $16.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $4.40 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.20 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.10 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $26.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $6.00 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $2.80 |

11229352v.1

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $2.40 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $13.60 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $10.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File: Microsoft Word; Location Dialed: - | Printing | $0.80 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.40 |
| 11/29/2023 | Wick, Katie | Printing - User Name: Katie Wick; Processed File:; Location Dialed: | Printing | $0.20 |
| 11/19/2023 | Gorman, Sean | Hotel - Lunch - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 10-Nov-2023 | Travel Meals | $29.35 |
| 11/19/2023 | Gorman, Sean | Taxi - San Francisco - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 09-Nov-2023 | Taxi - Business | $28.61 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 10-Nov-2023 | Travel Meals | $56.71 |
| 11/19/2023 | Gorman, Sean | Hotel - Internet - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 10-Nov-2023 | Computer Services | $16.95 |
| 11/19/2023 | Gorman, Sean | Lunch - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 09-Nov-2023 | Travel Meals | $45.00 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at Rosewood in Menlo Park, CA for 1 night on November 7, 2023 | Hotel Expense | $1,189.64 |
| 11/19/2023 | Gorman, Sean | Round Trip, Economy class on United Airlines from Houston, TX to San Francisco, CA for Sean Gorman on 11/05/2023 to 11/12/2023 | Airfare | $872.21 |
| 11/19/2023 | Gorman, Sean | Taxi - airport to hotel - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 05-Nov-2023 | Taxi - Business | $117.40 |
| 11/19/2023 | Gorman, Sean | Taxi - San Francisco - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 09-Nov-2023 | Taxi - Business | $24.43 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 9, 2023 | Hotel Expense | $539.22 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 10, 2023 | Hotel Expense | $511.32 |
| 11/19/2023 | Gorman, Sean | Taxi - home to airport - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 05-Nov-2023 | Taxi - Business | $165.56 |
| 11/19/2023 | Gorman, Sean | Ticketing Fee, Economy Airfare on United Airline from Houston, TX to San Francisco, CA for Sean Gorman on 11/05/2023 to 11/12/2023 | Airfare | $50.00 |
| 11/19/2023 | Gorman, Sean | Taxi - Menlo Park, CA - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 08-Nov-2023 | Taxi - Business | $48.58 |
| 11/23/2023 | Gorman, Sean | Misc - Other - COVID testing required by John Doerr, deponent - 07-Nov-23 | Miscellaneous Other | $69.99 |

11229352v.1

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 08-Nov-2023 | Travel Meals | $65.00 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 5, 2023 | Hotel Expense | $572.87 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 07-Nov-2023 | Travel Meals | $64.83 |
| 11/19/2023 | Gorman, Sean | Taxi - San Francisco - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 09-Nov-2023 | Taxi - Business | $34.33 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 11, 2023 | Hotel Expense | $492.72 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 8, 2023 | Hotel Expense | $1,336.46 |
| 11/19/2023 | Gorman, Sean | Taxi - airport to home - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 12-Nov-2023 | Taxi - Business | $145.59 |
| 11/19/2023 | Gorman, Sean | Hotel stay by Sean Gorman at The Ritz-Carlton in San Francisco, CA for 1 night on November 6, 2023 | Hotel Expense | $941.32 |
| 11/19/2023 | Gorman, Sean | Taxi - San Francisco, CA to airport - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 12-Nov-2023 | Taxi - Business | $127.78 |
| 11/19/2023 | Gorman, Sean | Taxi - Palo Alto, CA to Menlo Park, CA - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 07-Nov-2023 | Taxi - Business | $75.39 |
| 11/21/2023 | Gorman, Sean | Drinks - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 05-Nov-2023 | Travel Meals | $6.15 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 07-Nov-2023 | Travel Meals | $65.00 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 05-Nov-2023 | Travel Meals | $65.00 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 06-Nov-2023 | Travel Meals | $65.00 |
| 11/19/2023 | Gorman, Sean | Hotel - Breakfast - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 08-Nov-2023 | Travel Meals | $30.00 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 12-Nov-2023 | Travel Meals | $65.00 |
| 11/19/2023 | Gorman, Sean | Hotel - Dinner - Internal Guest S.Gorman - Travel to California for J. Doerr, J. Melo, and R. Panchadsaram depositions. - 11-Nov-2023 | Travel Meals | $65.00 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/04/2023 | Overtime Meals | $35.00 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/29/2023 | Overtime Meals | $35.00 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/31/2023 | Overtime Meals | $35.00 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/30/2023 | Overtime Meals | $35.00 |

11229352v.1

| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/26/2023 | Overtime Meals | $34.99 |
| --- | --- | --- | --- | --- |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/10/2023 | Overtime Meals | $34.85 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/09/2023 | Overtime Meals | $35.00 |
| 11/15/2023 | Kropp, Andrea | Dinner in New York for Andrea Kropp on 10/24/2023 | Overtime Meals | $35.00 |

11229352v.1