**EXHIBIT A**
**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
                                                 :    Chapter 11
In re:                                           :
                                                 :    Case No. 23-11131 (THM)
         AMYRIS, INC., et al.,                   :
                                                 :    Jointly Administered
                              Debtors.           :
                                                 :
-------------------------------------------------x
```

## ORDER APPROVING STIPULATION WITH JPMORGAN CHASE BANK, N.A.

This matter coming before the Court upon the *Stipulation with JPMorgan Chase Bank, N.A., (I) Authorizing Debtor to (A) Submit Application and Agreement for Issuance of Letter of Credit, and (B) Obtain Credit Under Letter of Credit Agreement Secured By Assignment of Cash Security, and (II) Modifying The Automatic Stay to Allow Application of Assigned Cash Security Under Terms of Letter of Credit Agreement* entered into between Amyris, Inc. ("**Amyris**"), debtor and debtor in possession (Amyris and its affiliated debtors, collectively, the "**Debtors**"), and JPMorgan Chase Bank, N.A. ("**JPM**" and, together with Amyris, the "**Parties**") (this "**Stipulation**"), the Court having reviewed the Stipulation, IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as Exhibit A is approved.

2. The Parties are authorized to enter into, perform and consummate the transactions set forth in and contemplated under the Stipulation.

3. The automatic stay is modified in favor of JPM on the terms and conditions as set forth in the Stipulation.

4. Pursuant to Sections 362(a) and 364(c) and (d) of the Bankruptcy Code, the rights and relief accorded to JPM and further Amyris' obtaining of credit, grants of liens and payments of obligations as set forth in the Stipulation are hereby authorized and approved.

5. The Parties to the Stipulation are authorized to take all action necessary or appropriate to implement the Stipulation.

6. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to the Stipulation or this Order.

7. The Stipulation shall become effective immediately upon entry of this Order.