IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**OMNIBUS NOTICE OF WITHDRAWAL OF**
<u>**DEBTORS' NOTICES OF DEPOSITION**</u>

**PLEASE TAKE NOTICE** that Amyris, Inc., et al, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") hereby withdraws the following:

1. *Debtors' Notice of Deposition of Richard Zaden;*
2. *Debtors' Notice of Deposition of Kimberly Barbar;*
3. *Debtors' Notice of Deposition of Seth Wise;*
4. *Debtors' Notice of Deposition of Steven Coldren;*
5. *Debtors' Notice of Deposition of Stephen Lipton;*
6. *Debtors' Notice of Deposition of Benett R. Marshall;*
7. *Debtors' Notice of Deposition of Jarett S. Levan;*
8. *Debtors' Notice of Deposition of Bryan Abboud;*
9. *Debtors' Notice of Deposition of Ross Vigran;*
10. *Debtors' Notice of Deposition of Qiushi Fu;*
11. *The Debtors' Notice of 30(b)(6) Deposition of the Dara Levan 2023 Grat, Member of the Ad Hoc Cross-Holder Group;*
12. *The Debtors' Notice of 30(b)(6) Deposition of the Abboud Limited Partnership, Member of the Ad Hoc Cross-Holder Group;*
13. *The Debtors' Notice of 30(b)(6) Deposition of the Trustee of the BPA Trust, Member of the Ad Hoc Cross-Holder Group;*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

14. *The Debtors' Notice of 30(b)(6) Deposition of the Jarett Levan, Member of the Ad Hoc Cross-Holder Group;*

15. *The Debtors' Notice of 30(b)(6) Deposition of the Bennett R. Marshall, Member of the Ad Hoc Cross-Holder Group; and*

16. *The Debtors' Notice of 30(b)(6) Deposition of the Vigran Family and Related Accounts, Member of the Ad Hoc Cross-Holder Group.*

**PLEASE TAKE FURTHER NOTICE** that the following depositions **will** still proceed on a mutually agreeable date:

1. *Debtors' Notice of Deposition of John. E. Abdo*;

2. *The Debtors' Notice of 30(b)(6) Deposition of Scott's Cove Management, LLC, as Investment Advisor to Scott's Cove Special Credits Master Fund Inc., Member of the Ad Hoc Cross-Holder Group;*

3. *Debtors' Notice of Deposition of Thomas B. Milnes*;

4. *Debtors' Notice of Deposition of Robert Reynolds*; and

5. *The Debtors' Notice of 30(b)(6) Deposition of Alan B. Levan Revocable Trust Dated June 10, 1999 as Amended and Restated, Member of the Ad Hoc Cross-Holder Group.*

Dated: December 26, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          joneill@pszjlaw.com
          akornfeld@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*