# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF KTBS LAW LLP, SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR**

**PLEASE TAKE NOTICE** that KTBS Law LLP ("KTBS"), special counsel for the debtors and debtors in possession (the "Debtors"), on behalf of and at the sole direction of M. Freddie Reiss (the "Independent Director"), in the above-captioned chapter 11 cases (the "Cases"), has changed its hourly rates, effective January 1, 2024.  KTBS advised the Debtors and the Independent Director at the outset of its engagement and disclosed in its employment application [Docket No. 108] that its hourly rates increase annually, on or about January 1 of each year.  The 2024 hourly rates for the KTBS professionals are in the following ranges:

| Timekeeper | Billing Rate |
|---|---:|
| Partners | $995–$2,075 |
| Counsel | $1,195 |
| Paralegal | $595 |
| Case Clerk | $525 |

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

187345.1

Dated:  December 26, 2024         KTBS LAW LLP

*/s/ Samuel M. Kidder*
David M. Stern
Samuel M. Kidder
Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile:  (310) 407-9090
Email: dstern@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com

*Special Counsel for the Debtors*

187345.1