# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 10, 2024 at 4:00 p.m.**<br>**Hearing Date: To be scheduled if necessary** |

**SUMMARY OF FOURTH MONTHLY APPLICATION OF KTBS LAW LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL COUNSEL FOR THE DEBTORS ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Name of Applicant: | KTBS Law LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of August 11, 2023 by order signed September 11, 2023 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2023 through November 30, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $33,881.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    ☒ monthly    ☐ interim    ☐ final application.

The total time expended for fee application preparation is approximately 4.60 hours and the corresponding compensation requested is approximately $3,129.00.

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

187548.1

## PRIOR APPLICATIONS FILED

| Date Filed Docket No. | Period Covered | Requested | | CNO/COC Date & Docket No. | Approved | | Holdback (20%) |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Fees (80%) | Expenses | |
| 10/04/2023 Dkt. No. 467 | 08/11/2023- 08/31/2023 | $199,390.00 | $143.80 | 10/19/2023 Dkt. No. 604 | $159,512.00 | $143.80 | $39,878.00 |
| 10/20/2023 Dkt. No. 607 | 09/01/2023- 09/30/2023 | $638,371.00 | $8,446.54 | 11/09/2023 Dkt. No. 714 | $510,696.80 | $8,446.54 | $127,674.20 |
| 12/19/2023 Dkt. No. 957 | 10/01/2023- 10/31/2023 | $741,348.50 | $7,222.53 | Pending | Pending | Pending | Pending |

## KTBS PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Stern | Partner 2000. Joined firm 2000. Member of CA Bar since 1975. Litigation. | $1,895.00 | 0.40 | $758.00 |
| Michael L. Tuchin | Partner 1999. Member of CA Bar since 1990. Corporate Restructuring. | $1,895.00 | 5.50 0.60 | $10,422.50 No Charge |
| Samuel M. Kidder | Partner 2020. Joined firm 2018. Member of CA Bar since 2012. Litigation. | $1,295.00 | 9.50 0.20 | $12,302.50 No Charge |
| Nir Maoz | Associate 2019. Joined firm 2019. Member of CA Bar since 2019. Corporate Restructuring. | $875.00 | 9.30 1.10 | $8,137.50 No Charge |
| Shanda D. Pearson | Paralegal 2007. Corporate Restructuring. | $595.00 | 3.80 | $2,261.00 |

**Grand Total:** $33,881.50
**Total Hours:** 30.40
**Blended Rate:** $1,114.52

187548.1                                              2

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.00 | $0.00 |
| Meetings of and Communications with Debtors' Professionals | 1.50 | $2,842.50 |
| Meetings of and Communications with Independent Director | 0.70 | $840.50 |
| Meetings of and Communications with Other Professionals | 0.40 | $638.00 |
| Document Discovery and Document Review | 0.00 | $0.00 |
| Interviews and Depositions | 20.30 | $24,995.00 |
| Contested Matters/Litigation (General) | 0.00 | $0.00 |
| Drafting of Report/Summary of Investigation (Includes Legal Research) | 0.20 | $129.50 |
| Review of Pleadings Filed in Case | 1.40 | $1,307.00 |
| Preparation for Court Hearings | 0.00 | $0.00 |
| Court Attendance | 0.00 | $0.00 |
| Fee/Employment Applications | 5.90 | $3,129.00 |
| Non-Working Travel @ 50% | 0.00 | $0.00 |
| **Total:** | **30.40** | **$33,881.50** |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 10, 2024 at 4:00 p.m.**<br>**Hearing Date: To be scheduled if necessary** |

**FOURTH MONTHLY APPLICATION OF KTBS LAW LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL COUNSEL FOR THE DEBTORS ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] entered on September 14, 2023 (the "Compensation Procedures Order"), KTBS Law LLP ("KTBS" or the "Firm"), special counsel for the debtors and debtors in possession (the "Debtors"), on behalf of and at the sole direction of M. Freddie Reiss (the "Independent Director"), hereby submits its *Fourth Monthly Application of KTBS Law LLP for Compensation and Reimbursement of Expenses, as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, for the Period From November 1, 2023 through November 30, 2023* (the "Application").

By this Application, KTBS seeks approval and payment of professional fees in the amount of $27,105.20 (80% of $33,881.50) for the period November 1, 2023 through November

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

187548.1

30, 2023 (the "Fee Period"). KTBS did not incur – and thus does not seek reimbursement of – any expenses during the Fee Period.

**Background**

1. On August 9, 2023 and August 21, 2023, the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases. An official committee of unsecured creditors (the "Committee") was appointed in these cases on August 27, 2023. *See* Docket No. 152.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On September 14, 2023, the Court entered the Compensation Procedures Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Compensation Procedures Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending October 31, 2023, and at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim fee application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.     The retention of KTBS, as special counsel for the Debtors on behalf of and at the sole direction of the Independent Director, was approved effective as of August 11, 2023 by this Court's *Order Authorizing Retention and Employment of KTBS Law LLP as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, Effective as of August 11, 2023* [Docket No. 228], entered on September 11, 2023 (the "Retention Order").  The Retention Order authorized KTBS to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### KTBS'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.     All services for which KTBS requests compensation were performed for the Debtors on behalf of and at the sole direction of the Independent Director.

6.     KTBS (and any partner, of counsel, or associate thereof) has received no payment and no promises of payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between KTBS and any other person other than among the partners, of counsel, or associates of KTBS for the sharing of compensation to be received for services rendered in these cases.  KTBS has not received a retainer from the Debtors.

7.     The professional services and related expenses for which KTBS requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of KTBS's professional responsibilities as attorneys for the Debtors in these chapter 11 cases.  KTBS's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

**Fee Statements**

8. The fee statement for the Fee Period is attached hereto as **Exhibit A**. This statement contain daily time logs describing the time spent by each attorney and paraprofessional during the Fee Period. To the best of KTBS's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Compensation Procedures Order. The time reports are organized on a daily basis. KTBS is sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. KTBS's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

**Actual and Necessary Expenses**

9. KTBS did not incur, and therefore does not seek reimbursement of, any expenses during the Fee Period.

**Summary of Services Rendered**

10. As contemplated by the Retention Order, KTBS was retained to advise the Independent Director in connection with his investigation into the conduct of (and potential claims against) the Debtors' directors and officers and their related parties (the "Investigation").

11. The names of the partners, associates, and paralegals of KTBS who have rendered professional services in these cases during the Fee Period are set forth in the attached **Exhibit A**.

12. KTBS, by and through such persons, has advised the Independent Director on a regular basis with respect to various matters in connection with the Investigation, and performed all necessary professional services which are described and narrated in detail below. KTBS's

efforts have been extensive due to the size and complexity of the Debtors' business and the scope of the Investigation.

### Summary of Services by Project Category

13.     The services rendered by KTBS during the Fee Period can be grouped into the categories (each, a "Project Category") set forth below.  KTBS attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  The services performed, by category, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. **Exhibit A** identifies the attorneys and paralegal who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

      **A.**     **Case Administration**

14.     This Project Category includes general case administration services, communications with the U.S. Trustee not within the scope of other matter numbers, maintenance of case docket and calendar, filing and circulation of papers, and preparation and review of other reports, notices, and service lists.  KTBS attorneys billed no time to this Project Category during the Fee Period.

      Fees:  $0.00;   Hours:  0.00

      **B.**     **Meetings of and Communications with Debtors' Professionals**

15.     This Project Category includes communications, conferences, and meetings with the Debtors' professionals.  During the Fee Period, KTBS attorneys communicated with counsel

to the Debtors regarding the scope of the Investigation, the report summarizing the Investigation, and certain depositions related to the Investigation.

Fees: $2,842.50;    Hours: 1.50

### C.   Meetings of and Communications with Independent Director

16.   This Project Category includes communications, conferences, and meetings with the Independent Director.  During the Fee Period, KTBS attorneys communicated with the Independent Director regarding the Investigation.

Fees: $840.50;    Hours: 0.70

### D.   Meetings of and Communications with Other Professionals

17.   This Project Category includes communications, conferences, and meetings with other professionals in the cases.  During the Fee Period, KTBS attorneys exchanged correspondence regarding certain noteholder discovery requests.

Fees: $638.00;    Hours: 0.40

### E.   Document Discovery and Document Review

18.   This Project Category includes all time related to document discovery and review of documents.  KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees: $0.00;   Hours: 0.00

### F.   Interviews and Depositions

19.   This Project Category includes time spent preparing for, conducting, and attending interviews and depositions.  During the Fee Period, KTBS attorneys reviewed deposition transcripts and attended two depositions.

Fees: $24,995.00;    Hours: 20.30

### G. Contested Matters/Litigation (General)

20. This Project Category includes analysis and preparation of all motions, opposition to motions, reply memoranda, and other papers and pleadings that do not fit within a more specific topic category, as well as other general litigation matters. KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees: $0.00;   Hours: 0.00

### H. Drafting of Report/Summary of Investigation (Includes Legal Research)

21. This Project Category includes the drafting of the report summarizing the Investigation, including legal research and analysis relevant thereto. During the Fee Period, KTBS exchanged correspondence regarding the report summarizing the Investigation.

Fees: $129.50;   Hours: 0.20

### I. Review of Pleadings Filed in Case

22. This Project Category includes review and analysis of case filings. During the Fee Period, KTBS attorneys reviewed pleadings filed in these cases that are germane to the Investigation.

Fees: $1,307.00;   Hours: 1.40

### J. Preparation for Court Hearings

23. This Project Category includes time spent preparing for court hearings. KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees: $0.00;   Hours: 0.00

187548.1                                    7

### K. Court Attendance

24. This Project Category includes appearing at and preparing for trials, court hearings, and court-mandated conferences, including pre-trial and other similar conferences. KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees: $0.00;   Hours: 0.00

### L. Fee/Employment Applications

25. This Project Category includes all matters related to the preparation of employment and fee applications for KTBS and interim compensation procedures. During the Fee Period, KTBS attorneys drafted the third monthly compensation application and first interim compensation application for KTBS and exchanged correspondence with other Debtors' professionals regarding the same.

Fees: $3,129.00;   Hours: 5.90

### M. Non-Working Travel

26. This Project Category includes non-working travel. All time incurred by KTBS attorneys for non-working travel is billed at half the applicable hourly rate. KTBS attorneys billed no time to this Project Category during the Fee Period.

Fees: $0.00;   Hours: 0.00

### Valuation of Services

27. KTBS attorneys and its paralegal expended a total 30.40 hours in connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Stern | Partner 2000. Joined firm 2000. Member of CA Bar since 1975. Litigation. | $1,895.00 | 0.40 | $758.00 |
| Michael L. Tuchin | Partner 1999. Member of CA Bar since 1990. Corporate Restructuring. | $1,895.00 | 5.50<br>0.60 | $10,422.50<br>No Charge |
| Samuel M. Kidder | Partner 2020. Joined firm 2018. Member of CA Bar since 2012. Litigation. | $1,295.00 | 9.50<br>0.20 | $12,302.50<br>No Charge |
| Nir Maoz | Associate 2019. Joined firm 2019. Member of CA Bar since 2019. Corporate Restructuring. | $875.00 | 9.30<br>1.10 | $8,137.50<br>No Charge |
| Shanda D. Pearson | Paralegal 2007. Corporate Restructuring. | $595.00 | 3.80 | $2,261.00 |

**Grand Total:** $33,881.50
**Total Hours:** 30.40
**Blended Rate:** $1,114.52

28. The nature of work performed by these professional is fully set forth in **Exhibit A** attached hereto. These are KTBS's normal hourly rates for work of this character. The reasonable value of the services rendered by KTBS for the Debtors during the Fee Period is $33,881.50.

29. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by KTBS is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, KTBS has reviewed the requirements of Local Bankruptcy Rule 2016-2 and the Compensation Procedures Order entered on September 14, 2023 and believes that this Application complies with such Rule and Order.

WHEREFORE, KTBS respectfully requests monthly allowance and payment of compensation for professional services during the Fee Period in the amount of $27,105.20 (representing 80% of $33,881.50).

Dated:  December 27, 2023            KTBS LAW LLP

*/s/ Samuel M. Kidder*
David M. Stern
Samuel M. Kidder
Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile:  (310) 407-9090
Email: dstern@ktbslaw.com
          skidder@ktbslaw.com
          nmaoz@ktbslaw.com

*Special Counsel to the Debtors*

**CERTIFICATION OF SAMUEL M. KIDDER**

I, Samuel M. Kidder, under penalty of perjury, certify as follows:

a) I am a partner with the applicant law firm KTBS Law LLP, and have been admitted *pro hac vice* to appear before this Court.

b) I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessional of KTBS.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Bankruptcy Rule 2016-2 and the Compensation Procedures Order entered on September 14, 2023 and submit that the Application substantially complies with such Rule and Order.

*/s/ Samuel M. Kidder*
Samuel M. Kidder

187548.1