# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMYRIS, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.:  23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 10, 2024 at 4:00 p.m.**<br>**Hearing Date:  To be scheduled if necessary** |

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on December 27, 2023 KTBS Law LLP ("KTBS"), special counsel for the debtors and debtors in possession (the "Debtors"), on behalf of and at the sole direction of M. Freddie Reiss (the "Independent Director"), filed its *Fourth Monthly Application of KTBS Law LLP for Compensation and Reimbursement of Expenses, as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, for the Period From November 1, 2023 Through November 30, 2023* (the "Application") seeking fees in the amount of $33,881.50 for the period from November 1, 2023 through November 30, 2023. KTBS did not incur – and thus does not seek reimbursement of – any expenses during the such period.  A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 10, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

187553.1

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) special counsel to the Debtors, KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Samuel M. Kidder (skidder@ktbslaw.com) and Nir Maoz (nmaoz@ktbslaw.com); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill (joneill@pszjlaw.com) and Jason H. Rosell (jrosell@pszjlaw.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: John Schanne (john.schanne@usdoj.gov); (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, Attn: John Ramirez (john.ramirez@whitecase.com) and Stephen E. Ludovici (stephen.ludovici@whitecase.com); (v) counsel for the DIP Agent, DIP Lender, and Prepetition Agent, (a) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899, Attn: David M. Fournier (david.fournier@troutman.com) and Kenneth A. Listwak (ken.listwak@troutman.com), and (b) Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas (anicas@goodwinlaw.com), Artem Skorostensky (askorostensky@goodwinlaw.com), and Sari Rosenfeld (srosenfeld@goodwinlaw.com); and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 279]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of

187553.1

a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 27, 2023         KTBS LAW LLP

*/s/ Samuel M. Kidder*
David M. Stern
Samuel M. Kidder
Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: dstern@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com

*Special Counsel for the Debtors*