# EXHIBIT A

# KTBS Law LLP

1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Taxpayer I.D. No. 95-4744518

December 5, 2023
Bill No. 21034

Amyris, Inc., et al.
Attn:  M. Freddie Reiss
5885 Hollis Street, Suite 100
Emeryville, CA  94608

For Services Rendered Through 11/30/2023

In Reference To:  Amyris, Inc., et al.
File No.:          2483 - 0000

Professional Services

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Meetings of and Communications with Debtors' Professionals | | |
| 11/01/2023 | DMS | Call with A. Kornfeld re examiner motion and Independent Director Report | 0.20 | $379.00 |
| 11/05/2023 | MLT | Confer with R. Pachulski re scope of report and deposition | 0.40 | $758.00 |
| 11/06/2023 | MLT | Telephone conference with R. Pachulski re investigation scope and depositions | 0.20 | $379.00 |
| 11/06/2023 | MLT | Exchange e-mail correspondence with Pachulski firm (R. Pachulski, D. Grassgreen) re investigation scope and depositions | 0.10 | $189.50 |
| 11/07/2023 | MLT | Telephone conference with R. Pachulski re depositions | 0.10 | $189.50 |
| 11/17/2023 | MLT | Confer with R. Pachulski re investigation report | 0.50 | $947.50 |
| | | Meetings of and Communications with Debtors' Professionals | 1.50 | $2,842.50 |
| | | Meetings of and Communications with Independent Director | | |
| 11/08/2023 | MLT | Videoconference with F. Reiss and N. Maoz re depositions | 0.10 | $189.50 |
| 11/08/2023 | NM | Confer with M. Tuchin and F. Reiss re case status | 0.30 | $262.50 |
| 11/08/2023 | SMK | Email F. Reiss re summary of Doerr deposition | 0.30 | $388.50 |
| | | Meetings of and Communications with Independent Director | 0.70 | $840.50 |
| | | Meetings of and Communications with Other Professionals | | |
| 11/01/2023 | DMS | Email S. Kidder, M. Tuchin and D. Fidler re protocol for discussions with White & Case | 0.20 | $379.00 |

| 2483 | Amyris, Inc., et al. | | | Page 2 |
|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | Bill #. 21034 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | *Meetings of and Communications with Other Professionals* | | |
| 11/01/2023 | SMK | Emails with S. Golden and J. Ellis re Rule 2004 discovery of noteholder group | 0.10 | $129.50 |
| 11/02/2023 | SMK | Analyze S. Golden and J. Ellis emails re Rule 2004 discovery | 0.10 | $129.50 |
| | | Meetings of and Communications with Other Professionals | 0.40 | $638.00 |
| | | *Interviews and Depositions* | | |
| 11/03/2023 | SMK | Analyze Committee's notice of deposition re Doerr and confer via email with M. Tuchin, D. Stern, and N. Maoz re same | 0.10 | $129.50 |
| 11/06/2023 | MLT | Analyze Notice of Deposition of R. Panchadsaram | 0.10 | No Charge |
| 11/06/2023 | SMK | Exchange emails with M. Tuchin and F. Reiss re Committee depositions | 0.20 | $259.00 |
| 11/07/2023 | MLT | Analyze R. Panchadsaram deposition transcript | 1.30 | $2,463.50 |
| 11/07/2023 | NM | Analyze R. Panchadsaram deposition transacript | 1.20 | $1,050.00 |
| 11/07/2023 | SMK | Brief review of Panchadsaram depo transcript for consistency with interview | 0.40 | $518.00 |
| 11/07/2023 | SMK | Brief review of Doerr interview notes in preparation for Committee depo | 0.50 | $647.50 |
| 11/08/2023 | MLT | Analyze correspondence from S. Kidder re Doerr deposition | 0.10 | $189.50 |
| 11/08/2023 | SMK | Attend (via Zoom) deposition of J. Doerr (excludes lunch break) | 6.00 | $7,770.00 |
| 11/09/2023 | MLT | Analyze Doerr deposition transcript and day 2 transcript of Panchadsaram deposition | 1.10 | $2,084.50 |
| 11/10/2023 | SMK | Emails with S. Golden and N. Maoz re Committee's deposition of Melo | 0.10 | $129.50 |
| 11/10/2023 | SMK | Analyze Committee's notice of deposition re Melo | 0.10 | $129.50 |
| 11/11/2023 | MLT | Analyze correspondence from N. Maoz re Melo deposition | 0.10 | $189.50 |
| 11/11/2023 | NM | Deposition of J. Melo (excludes lunch break) | 7.00 | $6,125.00 |
| 11/11/2023 | SMK | Analyze N. Maoz email update re Melo deposition | 0.20 | $259.00 |
| 11/12/2023 | SMK | Brief review of Melo deposition transcript for consistency with interview | 0.60 | $777.00 |
| 11/13/2023 | MLT | Analyze J. Mello deposition transcript | 1.20 | $2,274.00 |
| | | Interviews and Depositions | 20.30 | $24,995.00 |

| | | | | |
|---|---|---|---|---|
| 2483 | Amyris, Inc., et al. | | | Page 3 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 21034 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | **Drafting of Report/Summary of Investigation (Includes Legal Research)** | | |
| 11/01/2023 | MLT | Analyze correspondence from D. Stern re Amyris report | 0.10 | No Charge |
| 11/01/2023 | SMK | Analyze email update from D. Stern re distribution of investigative report | 0.10 | $129.50 |
| | | Drafting of Report/Summary of Investigation (Includes Legal Research) | 0.20 | $129.50 |
| | | **Review of Pleadings Filed in Case** | | |
| 11/01/2023 | MLT | Analyze Motion of Ad Hoc Cross-Holder Group for Examiner | 0.30 | $568.50 |
| 11/01/2023 | SMK | Analyze cross-holder group's motion to appoint examiner, including portions related to Reiss investigation | 0.30 | $388.50 |
| 11/02/2023 | NM | Analyze motion for examiner | 0.40 | $350.00 |
| 11/06/2023 | MLT | Analyze pleadings re investigation issues | 0.40 | No Charge |
| | | Review of Pleadings Filed in Case | 1.40 | $1,307.00 |
| | | **Fee/Employment Applications** | | |
| 11/01/2023 | NM | Revise October invoice | 1.10 | No Charge |
| 11/06/2023 | SDP | Prepare third monthly fee application | 0.70 | $416.50 |
| 11/07/2023 | SDP | Prepare first interim fee application, notice, and exhibits | 2.60 | $1,547.00 |
| 11/07/2023 | SDP | Prepare notice of third monthly fee application | 0.10 | $59.50 |
| 11/09/2023 | SMK | Emails with N. Maoz and PSZJ re CNO for KTBS monthly fee statement | 0.10 | No Charge |
| 11/10/2023 | SMK | Coordinate with P. Jefferies of PSZJ re CNO and payment re KTBS monthly fee statement | 0.10 | No Charge |
| 11/13/2023 | NM | Revise second monthly fee application | 0.20 | $175.00 |
| 11/13/2023 | SMK | Emails with N. Maoz re third monthly fee statement | 0.10 | $129.50 |
| 11/14/2023 | SMK | Analyze and revise third monthly fee statement | 0.30 | $388.50 |
| 11/15/2023 | NM | Review and revise interim fee application | 0.20 | $175.00 |
| 11/29/2023 | SDP | Revise first interim fee application | 0.40 | $238.00 |
| | | Fee/Employment Applications | 5.90 | $3,129.00 |
| | | **Professional Services Rendered** | 30.40 | $33,881.50 |

| 2483 | Amyris, Inc., et al. | Page 4 |
| 0000 | Amyris, Inc., et al. | Bill #. 21034 |

|  |  |  |
|---|---:|---:|
| Total fees and expenses incurred |  | $33,881.50 |
| Balance forward as of last invoice | $916,123.23 |  |
| Net balance forward |  | <u>$916,123.23</u> |
| Balance Now Due |  | <u>$950,004.73</u> |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Kidder, Samuel M | 0.20 | $0 | No Charge |
| Kidder, Samuel M | 9.50 | $1,295.00 | $12,302.50 |
| Maoz, Nir | 1.10 | $0 | No Charge |
| Maoz, Nir | 9.30 | $875.00 | $8,137.50 |
| Pearson, Shanda D. | 3.80 | $595.00 | $2,261.00 |
| Stern, David M. | 0.40 | $1,895.00 | $758.00 |
| Tuchin, Michael L. | 0.60 | $0 | No Charge |
| Tuchin, Michael L. | 5.50 | $1,895.00 | $10,422.50 |
| | 30.40 | | $33,881.50 |

| 2483 | Amyris, Inc., et al. | Page 5 |
| 0000 | Amyris, Inc., et al. | Bill #. 21034 |

## Wire Instructions for Payment of Invoice

| | |
|---|---|
| Bank Name: | First Republic Bank |
| Bank Address: | 1888 Century Park East<br>Los Angeles, California 90067<br>Phone: (800) 392-1407 |
| ABA Routing No.: | 321081669 |
| Account No.: | 997-00044763 |
| Account Name: | KTBS Law LLP General Operating Account |

## Remittance To:

KTBS Law LLP
Attention: Accounting Department
1801 Century Park East, 26th Floor
Los Angeles, CA 90067