IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 977, 979, 981, 987**<br>**Objection Deadline: January 2, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: January 9, 2024 at *11:00* a.m. (ET)** |

*AMENDED*[2] **NOTICE OF HEARING REGARDING (A) DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE TO ENTER INTO A RELEASE PROTOCOLS AGREEMENT WITH DSM NUTRITIONAL PRODUCTS LTD. AND FIRMENICH S.A. AND (B) DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL CERTAIN INFORMATION RELATED TO DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE TO ENTER INTO A RELEASE PROTOCOLS AGREEMENT WITH DSM NUTRITIONAL PRODUCTS LTD. AND FIRMENICH S.A.**

**PLEASE TAKE NOTICE** that on December 20, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A.* (the "Motion to Authorize") [REDACTED Docket No. 977] [SEALED Docket No. 979] and *Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A.* (the "Motion to Seal," and collectively, the "Motions") [Docket No. 981] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Amended items have been *italicized*.

3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motions was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motions must be filed with the Bankruptcy Court on or before **January 2, 2024 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) the Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: John Schanne, Esq. (John.Schanne@usdoj.gov); (b) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com), Jason H. Rosell (jrosell@pszjlaw.com), and Steven W. Golden (sgolden@pszjlaw.com); (c) counsel to the Official Committee of Unsecured Creditors, (i) White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Gregory F. Pesce, Esq. (gregory.pesce@whitecase.com) and Andrew F. O'Neill, Esq. (aoneill@whitecase.com), and (ii) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John Ramirez, Esq. (john.ramirez@whitecase.com) and Andrea Kropp, Esq. (andrea.kropp@whitecase.com); (d) co-counsel to the Official Committee of Unsecured Creditors, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, Attn: Christopher M. Samis (csamis@potteranderson.com), Katelin A. Morales (kmorales@potteranderson.com), and Sameen Rizvi, Esq. (srizvi@potteranderson.com); (e) counsel to the DIP Lenders, DIP Agent, and the Foris Prepetition Secured Lenders, Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein, Esq. (mgoldstein@goodwinlaw.com) and

Alexander J. Nicas, Esq. (anicas@goodwinlaw.com); and (f) co-counsel to the DIP Lenders, the DIP Agent, and the Foris Prepetition Secured Lenders, Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899, Attn: David M. Fournier, Esq. (david.fournier@troutman.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **JANUARY 9, 2024 AT *11:00 A.M. PREVAILING EASTERN TIME VIA ZOOM ONLY***, BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.  *SEE COURT'S WEBSITE TO REGISTER FOR HEARING.*

| | |
|---|---|
| Dated:  December 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |