**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Stripes Sale Order and Asset Purchase Agreement** (Docket No. 958)

- **Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees** (Docket No. 959)

- **Motion for an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion to Approve Modified Key Employee Incentive Plan** (Docket No. 961)

Furthermore, on December 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C** and via electronic mail on the service list attached hereto as **Exhibit D** and on 296 confidential parties not included herein:

- **Notice of Filing of Revised Stripes Sale Order and Asset Purchase Agreement** (Docket No. 958)

{SPACE LEFT INTENTIOANLLY BLANK}

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Furthermore, on December 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit E** and via electronic mail on the service list attached hereto as **Exhibit F:**

- **Notice of Amended Agenda for Hearing on December 20, 2023 at 3:00 P.M. (Prevailing Eastern Time) Before the Honorable Thomas M. Horan in the U.S. Bankruptcy Court for the District of Delaware** (Docket No. 966)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 28, 2023

_Dylan Dickerson_
Dylan P. Dickerson

State of Colorado       )
                        )  SS.
County of Denver        )

Subscribed and sworn before me this 28th day of December 2023 by Dylan P. Dickerson.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allog Participacoes  Ltda | Attn: Rodrigo Portes | 333 A5 SL503 | Rua Doutor Pedro Ferreira | Citajal | SC | 88301 | Brazil |
| ANESMA GROUP LLC | ATTN: LEGAL DEPT. | 1180 SAN CARLOS AVENUE #717 | | SAN CARLOS | CA | 94070 | |
| Anesma Group LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | Attn: Legal Department | 5402 Sia Trecho 5 Área Especial 57 | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCI & TECH | Attn: Legal Department | Bei Jing Shi | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | Attn: Legal Department | Avenue Leonard de Vinci 14 | | Wavre | | 1300 | Belgium |
| BIORIUS | Attn: Legal Department | Shelton Street | | London | | 71WC2H 9JQ | UK |
| C T CORPORATION SYSTEM | AS REPRESENTATIVE | 330 N BRAND BLVD SUITE 700 | ATTN: SPRS | GLENDALE | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | New Castle | DE | 19808 | |
| Crestmark Equipment Finance  Inc. | Attn: Legal Department | 5480 Corporate Drive | Ste 350 | Troy | MI | 48098 | |
| Crestmark Equipment Finance Inc | Attn: Legal Dept. | 40960 Woodward Avenue Suite 201 | | Bloomfield Hills | MI | 48304 | |
| CTNBIO | Attn: Legal Department | South Police Sector Area 5  Block 3 | Block B  Ground Floor. Room T-08 | Brasilia | FD | 70610-200 | Brazil |
| DATA SALES CO. INC. | ATTN: LEGAL DEPT. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 | |
| DE LAGE LANDEN FINANCIAL SERVICES | ATTN: LEGAL DEPT. | 1111 OLD EAGLE SCHOOL ROAD | | WAYNE | PA | 19087 | |
| DEA | Attn: Legal Department | 8701 Morrissette Drive | | Springfield | VA | 22152 | |
| Delaware State Treasury | ATTN: LEGAL DEPT. | 820 Silver Lake Blvd. Suite 100 | | Dover | DE | 19904 | |
| Department of Agriculture | Attn: Legal Department | 1400 Independence Ave.  S.W. | | Washington | DC | 20250 | |
| DSM FINANCE B.V. | Attn: Michael Wahl and Vivian Huang | HET OVERLOON 1 | | HEERLEN | NL | 6411TE | Netherlands |
| DSM Finance B.V. | Latham & Watkins LLP | 330 North Wabash Avenue Suite 3800 | | Chicago | IL | 60611 | |
| DTS | Attn: Legal Department | U 5 2 Pittwin Rd | | North Capalaba | | 4157 | Australia |
| EFSA | Attn: Legal Department | Via Carlo Magno 1A | | Parma | | 43126 | Italy |
| Employment Development Dept | Attn: Legal Dept | PO Box 826880 | | Sacramento | CA | 94280 | |
| Environment Canada | Attn: Legal Department | 105 Mcgill St | 4th Fl | Montreal | QC | H2Y 2E7 | Canada |
| EPA | Attn: Legal Department | 1200 Pennsylvania Avenue  N.W. | | Washington | DC | 20460 | |
| Eplus Technology Inc | Attn: Legal Dept. | 13595 Dulles Technology Drive | | Herndon | VA | 20171 | |
| FDA | Attn: Legal Department | 10903 New Hampshire Avenue | | Silver Spring | MD | 20993 | |
| Food Science Solutions | Attn: Legal Dept. | 28 Geneva Ave | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition and DIP Parties | c/o Goodwin Procter LLP | 620 Eighth Avenue | Goldstein Nicas Skorostensky Rosenf | New York | NY | 10018 | |
| Foris Prepetition and DIP Parties | Troutman Pepper Hamilton Sanders | PO Box 1709 | Attn: D Fournier K Listwalk | Wilmington | DE | 19899-1709 | |
| Foris Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Foris Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| FORIS VENTURES LLC AS AGENT | ATTN: LEGAL DEPT. | 751 LAUREL STREET #717 | | SAN CARLOS | CA | 94070 | |
| GACP FINANCE CO. LLC AS AGENT | ATTN: LEGAL DEPT. | 11100 SANTA MONICA BLVD. SUITE 800 | | LOS ANGELES | CA | 90025 | |
| Health Canada | Attn: Legal Department | Address Locator 1801B | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media  Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | New York | NY | 10019 | |
| HILLDUN CORPORATION | ATTN: LEGAL DEPT. | 36 E. 31st St 12th Floor | | NEW YORK | NY | 10016 | |
| Internal Revenue Service | ATTN: LEGAL DEPT. | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | Attn: Legal Department | 200 Westlake Park Blvd | Ste 400 | Houston | TX | 77079 | |
| INTERTEK | Attn: Legal Department | 33 Cavendish Sq | | London | | W1G 0PS | UK |
| INTERTEK | Attn: Legal Department | Longang District No 3 Building Yua | No 4012 | Shenzhen | GD | 518100 | China |
| KNOELL SHANGHAI | Attn: Legal Department | No. 567 Langao Road | Room 805  Tower B  Central Towers | Putuo | SH | 200333 | China |
| LAVVAN INC. | ATTN: LEGAL DEPT. | 434 WEST 33RD STREET | | NEW YORK | NY | 10001 | |
| Muirisc LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Muirisc LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | ATTN: LEGAL DEPT. | 40 BOULEVARD JOSEPH II | | LUXEMBOURG | LU | 1840 | Luxembourg |
| NIKKO CHEMICALS CO. LTD. | ATTN: LEGAL DEPT. | 1-4-8 NIHONBASHI-BAKUROCHO CHUO-KU | | TOKYO | | 1030002 | JP |
| OBELIS | Attn: Legal Department | Boulevard Brand Whitlock 30 | | Brussels | | 1200 | Belgium |
| OBELIS | Attn: Legal Department | Sandford Gate E Point Business Park | | Oxford | | OX4 6LB | UK |
| Official Committee Unsec Creditors | c/o White & Case LLP | 1221 Avenue of the Americas | Attn: John Ramirez & Andrea Kropp | New York | NY | 10020 | |
| PEAK LLC AS REPRESENTATIVE | ATTN: LEGAL DEPT. | 170 WEST SHIRLEY AVENUE SUITE 207 | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | Attn: Legal Department | Avenue des Arts 10 | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | Attn: Legal Department | Grove Business Park Aspect House | Wayland Ave | Wantage | | OX12 9FF | UK |
| PERRARA VENTURES LLC | ATTN: Barbara Hager | 1180 SAN CARLOS AVE. #717 | | SAN CARLOS | CA | 94070 | |
| Perrara Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center28th floor | Attention: Jon Novotny | San Francisco | CA | 94111 | |
| REGULATORY CONCEPTS | Attn: Legal Department | 9-7 Anella Ave | | Castle Hill | | 2154 | Australia |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Sartorius Stedim North America Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | Bohemia | NY | 11746 | |
| SCHOTTENFELD OPPORTUNITIES FUND II | ATTN: LEGAL DEPT. | 600 3RD AVE | FL 10 | NEW YORK | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | P.O. Box 898 | Franchise Tax | Dover | DE | 19903 | |
| Securities & Exchange Commission | ATTN: LEGAL DEPT. | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | 100 Pearl Street | Attn: Mark Berger Regional Director | New York | NY | 10004-2616 | |
| Securities and Exchange Commission | New York Regional Office | 200 Vesey Street Suite 400 | Attn: Mark Berger Regional Director | New York | NY | 10281-1022 | |
| THE ROBERTS CONTAINER CORPORATION | ATTN: LEGAL DEPT. | 9131 OAKDALE AVE SUITE 110 | | CHATSWORTH | CA | 91311 | |
| TSG | Attn: Legal Department | 175 Nugget Court | Unit 6-8 | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank NA | Trustee of the Convertible Notes | 633 West Fifth Street  24th Floor | | Los Angeles | CA | 90071 | |
| US Attorney for the District of DE | Attn: Legal Dept. | 1313 N Market Street, Hercules Bldg | | Wilmington | DE | 19801 | |
| US Attorney's Office for DE | Attn: David C. Weiss | 1007 Orange Street Suite 700 | c/o/ Ellen Slights | Wilmington | DE | 19899-2046 | |
| US Bank NA as Trustee for Convert. | Attn: Jennifer Wall | 190 S La Salle St | | Chicago | IL | 60603 | |
| US Bank NA as Trustee for Convert. | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | New York | NY | 10005 | |
| UST of Delaware | Attn: John Henry Schanne II | 844 King Street Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| WELLS FARGO BANK N.A. | ATTN: LEGAL DEPT. | 800 WALNUT STREET F0005-044 | | DES MOINES | IA | 50309 | |
| Wiley Companies | Attn: Legal Department | 545 Walnut Steet | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 2 of 2

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M

Page 5 of 22

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AA INVESTMENTS (HK) LIMITED | c/o Duane Morris LLP | Attn: Christopher M. Winter, Sommer L. Ross | cmwinter@duanemorris.com<br>slross@duanemorris.com |
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| Dr. Reddy's Laboratories, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| Dr. Reddy's Laboratories, Inc. | c/o Cole Schotz P.C. | Attn: Andrew J. Roth-Moore | aroth-moore@coleschotz.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com<br>ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>mspillane@goodwinlaw.com<br>askorostensky@goodwinlaw.com<br>MBrumer@goodwinlaw.com<br>jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com<br>mathews@rlf.com |
| Lexon Insurance Company | c/o Harris Beach PLLC | Attn: Lee E. Woodard, Brian D. Roy | bkemail@harrisbeach.com<br>broy@harrisbeach.com |
| Lexon Insurance Company | c/o The Powell Firm, LLC | Attn: Jason C. Powell | jpowell@delawarefirm.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Scent Theory Products LLC | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com mthomas@tuckerlaw.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Jamila Justine Willis | jamila.willis@us.dlapiper.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Stuart M. Brown | stuart.brown@us.dlapiper.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 3 of 3

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M

Page 9 of 22

# Exhibit C

 STRETTO

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Corporation Service Company | Attn: Legal Department | P.O. Box 2576 | | Springfield | IL | 62708 |
| Delaware Department Of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw Ste 1100 | | Washington | DC | 20001 |
| General Electric Capital Corp | Attn: Legal Department | PO Box 35701 | | Billings | MT | 59107 |
| Muirisc  LLC | Attn: Legal Department | 5885 Hollis Street | Ste 100 Added 08 | San Carlos | CA | 94070 |
| Schottenfeld Opportunities Fund II | Attn: Legal Department | 600 3rd Ave | Fl 10 | New York | NY | 10016-1923 |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 |
| State Of Alaska | Office Of The Attorney General | 1031 W 4Th Ave Ste 200 | | Anchorage | AK | 99501 |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| State Of Arkansas | Office Of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| State Of California | Office of the Attorney General | 1300 "I" St | | Sacramento | CA | 95814-2919 |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway 10Th Fl | | Denver | CO | 80203 |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 |
| State Of Illinois | Office Of The Attorney General | 100 W. Randolph St | | Chicago | IL | 60601 |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | | Indianapolis | IN | 46204 |
| State Of Iowa | Office Of The Attorney General | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 |
| State Of Kansas | Office Of The Attorney General | 120 Sw 10Th Ave 2Nd Fl | | Topeka | KS | 66612 |
| State Of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MS | 02108 |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | | Lansing | MI | 48933 |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Of Missouri | Office Of The Attorney General | 207 W High St | | Jefferson City | MO | 65101 |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders Third Fl | Justice Building | Helena | MT | 59601 |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | | Concord | NH | 03301 |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl West Wing | | Trenton | NJ | 08611 |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State Of New York | Office Of The Attorney General | The Capitol | | Albany | NY | 12224 |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State Of North Dakota | Office Of The Attorney General | 600 E Boulevard Ave Dept. 125 | | Bismarck | ND | 58505 |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 1 of 2



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 2903 |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State Of Utah | Office Of The Attorney General | State Capitol Room 236 | Sean D. Reyes | Salt Lake City | UT | 84114 |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State Of West Virginia | Office Of The Attorney General | 1900 Kanawha Blvd E Bldg 1 Rm E-26 | | Charleston | WV | 25305 |
| State Of Wisconsin | Office Of The Attorney General | 114 E State Capitol | | Madison | WI | 53702 |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| Thermo Fisher Financial Services | Attn: Legal Department | 168 Third Ave | | Waltham | WA | 02451 |
| Wells Fargo Vendor Fin. Services | Attn: Legal Department | PO Box 35701 | | Billings | MT | 59107 |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Corporation Service Company, As Representative | | Uccsprep@Cscinfo.Com |
| District Of Columbia | Office Of The Attorney General | oag@dc.gov |
| State Of Alabama | Office Of The Attorney General | consumerinterest@Alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | BCEIntake@azag.gov |
| State Of California | Office Of The Attorney General | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | DOR_TAC_Bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | attorney.general@ct.gov |
| State Of Delaware | | Attorney.General@state.DE.US |
| State Of Hawaii | Office Of The Attorney General | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | info@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | KyOAGOR@ky.gov |
| State Of Louisiana | Office Of The Attorney General | ConstituentServices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | attorneygeneral@doj.nh.gov |
| State Of North Dakota | Office Of The Attorney General | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | consumer@wvago.gov |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**

Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allog Participacoes  Ltda | Attn: Rodrigo Portes | 333 A5 SL503 | Rua Doutor Pedro Ferreira | Cltajal | SC | 88301 | Brazil |
| ANESMA GROUP LLC | ATTN: LEGAL DEPT. | 1180 SAN CARLOS AVENUE #717 | | SAN CARLOS | CA | 94070 | |
| Anesma Group LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | Attn: Legal Department | 5402 Sia Trecho 5 Área Especial 57 | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCI & TECH | Attn: Legal Department | Bei Jing Shi | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | Attn: Legal Department | Avenue Leonard de Vinci 14 | | Wavre | | 1300 | Belgium |
| BIORIUS | Attn: Legal Department | Shelton Street | | London | | 71WC2H 9JQ | UK |
| C T CORPORATION SYSTEM | AS REPRESENTATIVE | 330 N BRAND BLVD SUITE 700 | ATTN: SPRS | GLENDALE | CA | 91203 | |
| Corporation Service Company | Attn: Legal Department | P.O. Box 2576 | | Springfield | IL | 62708 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | New Castle | DE | 19808 | |
| Crestmark Equipment Finance  Inc. | Attn: Legal Department | 5480 Corporate Drive | Ste 350 | Troy | MI | 48098 | |
| Crestmark Equipment Finance Inc | Attn: Legal Dept. | 40950 Woodward Avenue Suite 201 | | Bloomfield Hills | MI | 48304 | |
| CTNBIO | Attn: Legal Department | South Police Sector Area 5  Block 3 | Block B  Ground Floor. Room T-08 | Brasilia | FD | 70610-200 | Brazil |
| DATA SALES CO. INC. | ATTN: LEGAL DEPT. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 | |
| DE LAGE LANDEN FINANCIAL SERVICES | ATTN: LEGAL DEPT. | 1111 OLD EAGLE SCHOOL ROAD | | WAYNE | PA | 19087 | |
| DEA | Attn: Legal Department | 8701 Morrissette Drive | | Springfield | VA | 22152 | |
| Delaware Department Of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| Delaware State Treasury | ATTN: LEGAL DEPT. | 820 Silver Lake Blvd. Suite 100 | | Dover | DE | 19904 | |
| Department of Agriculture | Attn: Legal Department | 1400 Independence Ave.  S.W. | | Washington | DC | 20250 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw Ste 1100 | | Washington | DC | 20001 | |
| DSM FINANCE B.V. | Attn: Michael Wahl and Vivian Huang | HET OVERLOON 1 | | HEERLEN | NL | 6411TE | Netherlands |
| DSM Finance B.V. | Latham & Watkins LLP | 330 North Wabash Avenue Suite 3800 | | Chicago | IL | 60611 | |
| DTS | Attn: Legal Department | U 5 2 Pittwin Rd | | North Capalaba | | 4157 | Australia |
| EFSA | Attn: Legal Department | Via Carlo Magno 1A | | Parma | | 43126 | Italy |
| Employment Development Dept | Attn: Legal Dept | PO Box 826880 | | Sacramento | CA | 94280 | |
| Environment Canada | Attn: Legal Department | 105 Mcgill St | 4th Fl | Montreal | QC | H2Y 2E7 | Canada |
| EPA | Attn: Legal Department | 1200 Pennsylvania Avenue  N.W. | | Washington | DC | 20460 | |
| Eplus Technology Inc | Attn: Legal Dept. | 13595 Dulles Technology Drive | | Herndon | VA | 20171 | |
| FDA | Attn: Legal Department | 10903 New Hampshire Avenue | | Silver Spring | MD | 20993 | |
| Food Science Solutions | Attn: Legal Dept. | 28 Geneva Ave | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition and DIP Parties | c/o Goodwin Procter LLP | 620 Eighth Avenue | Goldstein Nicas Skorostensky Rosenf | New York | NY | 10018 | |
| Foris Prepetition and DIP Parties | Troutman Pepper Hamilton Sanders | PO Box 1709 | Attn: D Fournier K Listwalk | Wilmington | DE | 19899-1709 | |
| Foris Ventures LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Foris Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| FORIS VENTURES LLC AS AGENT | ATTN: LEGAL DEPT. | 751 LAUREL STREET #717 | | SAN CARLOS | CA | 94070 | |
| GACP FINANCE CO. LLC AS AGENT | ATTN: LEGAL DEPT. | 11100 SANTA MONICA BLVD. SUITE 800 | | LOS ANGELES | CA | 90025 | |
| General Electric Capital Corp | Attn: Legal Department | PO Box 35701 | | Billings | MT | 59107 | |
| Health Canada | Attn: Legal Department | Address Locator 1801B | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media  Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | New York | NY | 10019 | |
| HILLDUN CORPORATION | ATTN: LEGAL DEPT. | 36 E. 31st St 12th Floor | | NEW YORK | NY | 10016 | |
| Internal Revenue Service | ATTN: LEGAL DEPT. | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | Attn: Legal Department | 200 Westlake Park Blvd | Ste 400 | Houston | TX | 77079 | |
| INTERTEK | Attn: Legal Department | 33 Cavendish Sq | | London | | W1G 0PS | UK |
| INTERTEK | Attn: Legal Department | Longang District No 3 Building Yua | No 4012 | Shenzhen | GD | 518100 | China |
| JVN Entertainment  Inc. | Attn: Jonathan Van Ness | 16633 Ventura Blvd | Ste 815 | Encino | CA | 91436 | |
| KNOELL SHANGHAI | Attn: Legal Department | No. 567 Langao Road | Room 805  Tower B  Central Towers | Putuo | SH | 200333 | China |
| LAVVAN INC. | ATTN: LEGAL DEPT. | 434 WEST 33RD STREET | | NEW YORK | NY | 10001 | |
| Muirisc LLC | Attn: Legal Department | 5885 Hollis Street | Ste 100 Added 08 | San Carlos | CA | 94070 | |
| Muirisc LLC | Attn: Legal Dept | 1180 San Carlos Avenue #717 | | San Carlos | CA | 94070 | |
| Muirisc LLC | Goodwin Procter LLP | 3 Embarcadero Center 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | ATTN: LEGAL DEPT. | 40 BOULEVARD JOSEPH II | | LUXEMBOURG | LU | L1840 | Luxembourg |
| NIKKO CHEMICALS CO. LTD. | ATTN: LEGAL DEPT. | 1-4-8 NIHONBASHI-BAKUROCHO CHUO-KU | | TOKYO | | 1030002 | JP |
| OBELIS | Attn: Legal Department | Boulevard Brand Whitlock 30 | | Brussels | | 1200 | Belgium |
| OBELIS | Attn: Legal Department | Sandford Gate E Point Business Park | | Oxford | | OX4 6LB | UK |
| Official Committee Unsec Creditors | c/o White & Case LLP | 1221 Avenue of the Americas | Attn: John Ramirez & Andrea Kropp | New York | NY | 10020 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

 STRETTO

**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| PEAK LLC AS REPRESENTATIVE | ATTN: LEGAL DEPT. | 170 WEST SHIRLEY AVENUE SUITE 207 | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | Attn: Legal Department | Avenue des Arts 10 | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | Attn: Legal Department | Grove Business Park Aspect House | Wayland Ave | Wantage | | OX12 9FF | UK |
| PERRARA VENTURES LLC | ATTN: Barbara Hager | 1180 SAN CARLOS AVE. #717 | | SAN CARLOS | CA | 94070 | |
| Perrara Ventures LLC | Goodwin Procter LLP | 3 Embarcadero Center28th floor | Attention: Jon Novotny | San Francisco | CA | 94111 | |
| REGULATORY CONCEPTS | Attn: Legal Department | 9-7 Anella Ave | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | Bohemia | NY | 11746 | |
| Schottenfeld Opportunities Fund II | Attn: Legal Department | 600 3rd Ave | Fl 10 | New York | NY | 10016-1923 | |
| SCHOTTENFELD OPPORTUNITIES FUND II | ATTN: LEGAL DEPT. | 600 3RD AVE | FL 10 | NEW YORK | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | P.O. Box 898 | Franchise Tax | Dover | DE | 19903 | |
| Securities & Exchange Commission | ATTN: LEGAL DEPT. | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | 100 Pearl Street | Attn: Mark Berger Regional Director | New York | NY | 10004-2616 | |
| Securities and Exchange Commission | New York Regional Office | 200 Vesey Street Suite 400 | Attn: Mark Berger Regional Director | New York | NY | 10281-1022 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4Th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | 1300 "I" St | | Sacramento | CA | 95814-2919 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway 10Th Fl | | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | 100 W. Randolph St | | Chicago | IL | 60601 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 Sw 10Th Ave 2Nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MS | 02108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | | Lansing | MI | 48933 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders Third Fl | Justice Building | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl West Wing | | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | 600 E Boulevard Ave Dept. 125 | | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 2903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | State Capitol Room 236 | Sean D. Reyes | Salt Lake City | UT | 84114 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M



**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of West Virginia | Office Of The Attorney General | 1900 Kanawha Blvd E Bldg 1 Rm E-26 | | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 114 E State Capitol | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| THE ROBERTS CONTAINER CORPORATION | ATTN: LEGAL DEPT. | 9131 OAKDALE AVE SUITE 110 | | CHATSWORTH | CA | 91311 | |
| Thermo Fisher Financial Services | Attn: Legal Department | 168 Third Ave | | Waltham | MA | 02451 | |
| TSG | Attn: Legal Department | 175 Nugget Court | Unit 6-8 | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank NA | Trustee of the Convertible Notes | 633 West Fifth Street  24th Floor | | Los Angeles | CA | 90071 | |
| US Attorney for the District of DE | Attn: Legal Dept. | 1313 N Market Street, Hercules Bldg | | Wilmington | DE | 19801 | |
| US Attorney's Office for DE | Attn: David C. Weiss | 1007 Orange Street Suite 700 | c/o/ Ellen Slights | Wilmington | DE | 19899-2046 | |
| US Bank NA as Trustee for Convert. | Attn: Jennifer Wall | 190 S La Salle St | | Chicago | IL | 60603 | |
| US Bank NA as Trustee for Convert. | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | New York | NY | 10005 | |
| UST of Delaware | Attn: John Henry Schanne II | 844 King Street Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| WELLS FARGO BANK N.A. | ATTN: LEGAL DEPT. | 800 WALNUT STREET F0005-044 | | DES MOINES | IA | 50309 | |
| Wells Fargo Vendor Fin. Services | Attn: Legal Department | PO Box 35701 | | Billings | MT | 59107 | |
| Wiley Companies | Attn: Legal Department | 545 Walnut Steet | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 3 of 3

# **Exhibit F**

 STRETTO

**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AA INVESTMENTS (HK) LIMITED | c/o Duane Morris LLP | Attn: Christopher M. Winter, Sommer L. Ross | cmwinter@duanemorris.com slross@duanemorris.com |
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com jellis@mololamken.com smargolis@mololamken.com mkelley@mololamken.com cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com matthewfriedrick@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Corporation Service Company, As Representative | | | Uccsprep@Cscinfo.Com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Dr. Reddy's Laboratories, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| Dr. Reddy's Laboratories, Inc. | c/o Cole Schotz P.C. | Attn: Andrew J. Roth-Moore | aroth-moore@coleschotz.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com anicas@goodwinlaw.com dhoehne@goodwinlaw.com mspillane@goodwinlaw.com askorostensky@goodwinlaw.com MBrumer@goodwinlaw.com jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

 STRETTO

**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com |
| JVN Entertainment, Inc. | Attn: Jonathan Van Ness | | office@jonathanvanness.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com<br>pfattaruso@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com<br>mathews@rlf.com |
| Lexon Insurance Company | c/o Harris Beach PLLC | Attn: Lee E. Woodard, Brian D. Roy | bkemail@harrisbeach.com<br>broy@harrisbeach.com |
| Lexon Insurance Company | c/o The Powell Firm, LLC | Attn: Jason C. Powell | jpowell@delawarefirm.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Scent Theory Products LLC | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@Alabamaag.gov |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 3



**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | BCEIntake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Delaware | | | Attorney.General@state.DE.US |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | info@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | | attorneygeneral@doj.nh.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com mthomas@tuckerlaw.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Jamila Justine Willis | jamila.willis@us.dlapiper.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Stuart M. Brown | stuart.brown@us.dlapiper.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)