## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A.** (Docket No. 977)

- **Declaration of Han Kieftenbeld in Support of Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A.** (Docket No. 978)

{SPACE LEFT INTENTIOANLLY BLANK}

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.   The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

- **Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A.** (Docket No. 981)

- **Motion to Shorten Notice Period and Schedule Hearing with Respect to the (I) Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A. And (II) Related Motion to Seal** (Docket No. 982)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 28, 2023

*Dylan Dickerson*
Dylan P. Dickerson

State of Colorado       )
                        )  SS.
County of Denver        )

Subscribed and sworn before me this 28th day of December 2023 by Dylan P. Dickerson.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AA INVESTMENTS (HK) LIMITED | c/o Duane Morris LLP | Attn: Christopher M. Winter, Sommer L. Ross | cmwinter@duanemorris.com<br>slross@duanemorris.com |
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Ericka F. Johnson | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| Dr. Reddy's Laboratories, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| Dr. Reddy's Laboratories, Inc. | c/o Cole Schotz P.C. | Attn: Andrew J. Roth-Moore | aroth-moore@coleschotz.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com<br>ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>mspillane@goodwinlaw.com<br>askorostensky@goodwinlaw.com<br>MBrumer@goodwinlaw.com<br>jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | cfong@nixonpeabody.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

 STRETTO

**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com<br>jweber@paulweiss.com<br>lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com<br>nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com<br>mathews@rlf.com |
| Lexon Insurance Company | c/o Harris Beach PLLC | Attn: Lee E. Woodard, Brian D. Roy | bkemail@harrisbeach.com<br>broy@harrisbeach.com |
| Lexon Insurance Company | c/o The Powell Firm, LLC | Attn: Jason C. Powell | jpowell@delawarefirm.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com<br>sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com<br>aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Scent Theory Products LLC | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov<br>sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Jamila Justine Willis | jamila.willis@us.dlapiper.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Stuart M. Brown | stuart.brown@us.dlapiper.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com<br>gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com<br>Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: CLHXJ-PMTWK-WUHMJ-L7S3M