# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 29, 2023, Lavvan, Inc. ("**Lavvan**"), by and through its undersigned counsel, caused a copy of *Lavvan, Inc.'s First Set of Estimation and Claims Objection Discovery Requests Directed to Debtors* to be served upon the parties specified below in the manner specified:

| *Via Email* | *Via Email* |
|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>Richard M. Pachulski<br>Debra I. Grassgreen<br>James E. O'Neill<br>Jason H. Rosell<br>Steven W. Golden<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: rpachulski@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jrosell@pszjlaw.com<br>           sgolden@pszjlaw.com | **Pachulski Stang Ziehl & Jones LLP**<br>Maxim B. Litvak<br>One Sansome Street, Suite 3430<br>San Francisco, CA 94104<br>Email: mlitvak@pszjlaw.com<br><br>**Pachulski Stang Ziehl & Jones LLP**<br>Alan J. Kornfeld<br>Tavi C. Flanagan<br>Gillian N. Brown<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067-4003<br>Email: akornfeld@pszjlaw.com<br>           tflanagan@pszjlaw.com<br>           gbrown@pszjlaw.com |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated: December 29, 2023

/s/ Emily R. Mathews
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
silberglied@rlf.com
kandestin@rlf.com
mathews@rlf.com

-and-

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, New York 10006
Telephone: (646) 844-2466
Email: cyrulnik@cf-llp.com
pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*