**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SERVICE OF DEBTORS' OBJECTIONS AND RESPONSES TO 10-11 CLERKENWELL GREEN LIMITED'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that on December 28, 2023, a true and correct copy of the following documents were served on counsel to 10-11 Clerkenwell Green LImited via email, as set forth below :

1. Debtors' Response to 10-11 Clerkenwell Green Limited's First Request for Production of Documents

| | |
|---|---|
| **BALLARD SPAHR LLP** | **MAYERSON & HARTHEIMER, PLLC** |
| Nicholas J. Brannick (No. 5721) | Sandra E. Mayerson |
| E-mail: brannickn@ballardspahr.com | David H. Hartheimer |
| | E-mail: sandy@mhlaw-ny.com |
| | david@mhlaw-ny.com |

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated:  January 2, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*