# SCHEDULE 1

# Rejected Contracts

| | **Counterparty** | **Counterparty Address** | **Debtor Entity** | **Contract[1] Description** | **Rejection Effective Date** |
|---|---|---|---|---|---|
| 1. | Ada Support Inc. | 371 Front Street W. Suite 314 Toronto ON M5V 3S8 Canada | Amyris, Inc. | Pre-Petition - Platform Support Invoice | 8/9/2023 |
| 2. | Ada Support Inc. | 371 Front Street W. Suite 314 Toronto ON M5V 3S8 Canada | Amyris, Inc. | Post-Petition - Platform Support Invoice | 8/9/2023 |
| 3. | Ada Support Inc. | 371 Front Street W. Suite 314 Toronto ON M5V 3S8 Canada | Amyris, Inc. | Recurring Platform Communication Billing Summary | 8/9/2023 |
| 4. | Ada Support Inc. | 371 Front Street W. Suite 314 Toronto ON M5V 3S8 Canada | Amyris, Inc. | Master Services Agreement | 8/9/2023 |
| 5. | Bloomberg Finance L.P. | 731 Lexington Avenue New York, New York | Amyris, Inc. | Terminal Service Access Agreement | 8/9/2023 |
| 6. | Bloomberg Finance L.P. | 731 Lexington Avenue New York, New York | Amyris, Inc. | Terminal Service Equipment Agreement | 8/9/2023 |
| 7. | Bureau Veritas Certification | 16800 Greenspoint Park Drive Houston, TX 77060 | Amyris, Inc. | Proposal for Services | 8/9/2023 |
| 8. | Cambrian Genomics | 665 3rd St 425 San Francisco, CA 94107 | Amyris, Inc. | Services Agreement | 8/9/2023 |
| 9. | Culture Biosciences, Inc. | 269 E. Grand Ave South San Francisco, CA 94080 | Amyris, Inc. | Master Services Agreement | 8/9/2023 |
| 10. | Culture Biosciences, Inc. | 269 E. Grand Ave South San Francisco, CA 94080 | Amyris, Inc. | Statement of Work No. 3 | 8/9/2023 |
| 11. | Culture Biosciences, Inc. | 269 E. Grand Ave South San Francisco, CA 94080 | Amyris, Inc. | Statement of Work No. 2 | 8/9/2023 |

---

[1] For the avoidance of doubt, the listed Contracts, includes any amendments, restatements, supplements, and associated statements of work associated therewith, whether or not such amendments, restatements, supplements, and associated statements of work are listed in the schedule.

| | **Counterparty** | **Counterparty Address** | **Debtor Entity** | **Contract[1] Description** | **Rejection Effective Date** |
|---|---|---|---|---|---|
| 12. | GEN9, Inc. | 840 Memorial Drive Cambridge, MA 02139 | Amyris, Inc. | Service Agreement | 8/9/2023 |
| 13. | GroundForce Logistics | 50 Park Place, Suite 820 Newark, NJ 07102 | Amyris, Inc. | Storage and Shipment Pickup | 8/9/2023 |
| 14. | Renmatix Inc. | 660 Allendale Rd. King of Prussia, PA 19406-1418 | Amyris, Inc. | Master Subrecipient Agreement | 8/9/2023 |
| 15. | Renmatix, Inc. | 660 Allendale Rd. King of Prussia, PA 19406-1418 | Amyris, Inc. | Amendment No. 3 to Master Subrecipient Agreement | 8/9/2023 |
| 16. | Renmatix, Inc. | 660 Allendale Rd. King of Prussia, PA 19406-1418 | Amyris, Inc. | Amendment No. 2 to Master Subrecipient Agreement | 8/9/2023 |
| 17. | Salesforce, Inc. | 415 Mission Street, 3rd Floor San Francisco, CA 94105 | Amyris, Inc. | Tableau Services Agreement | 8/9/2023 |
| 18. | Trifinity Partners, Inc. | 5312 104th Ave Kenosha, WI 53144 | Amyris, Inc. | Logistics Services Agreement | 8/9/2023 |
| 19. | Washington, Inc. | Campus Box 1134 St. Louis, MO 63130 | Amyris, Inc. | Scope of Distribution Services | 8/9/2023 |

DE:4864-0416-2706.6 03703.004