**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 891** |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER AWARDING INTERIM FEE APPLICATION**

　　　　The undersigned counsel to the Official Committee of Unsecured Creditors of Amyris, Inc., *et al.* (the "Committee") hereby certifies as follows:

　　　　1.　　Jefferies LLC (the "Applicant") has filed and served its interim fee application (the "Interim Fee Application") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] (the "Interim Compensation Order") with the United States Bankruptcy Court for the District of Delaware (the "Court").

　　　　2.　　Pursuant to the Interim Fee Application, objections to the Interim Fee Application, if any, were to be filed and served no later than January 2, 2024 at 4:00 p.m. in accordance with the Interim Compensation Order. No objections or responses to the Interim Fee Application have been filed on the docket. A hearing to consider the Interim Fee Application will be scheduled on a date to be determined.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

3.      A proposed form of order (the "Proposed Order"), attached hereto as **Exhibit A**, has been circulated to the Office of the United States Trustee for the District of Delaware, who does not object to its entry.

**WHEREFORE**, unless the Court has any questions or concerns regarding the Interim Fee Application, the Applicant respectfully requests that the Court enter the Proposed Order attached approving the Interim Fee Application at its earliest convenience.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: January 4, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  csamis@potteranderson.com<br>         kmorales@potteranderson.com<br>         srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email:  gpesce@whitecase.com<br>         aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email:  john.ramirez@whitecase.com<br>         andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |