**Exhibit A[3]**

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Advantage Capital Management LLC | 109 Elk Avenue, New Rochelle, NY 10804 | • $33,500,000 in aggregate principal amount of the Convertible Notes |
| Braidwell Partners Master Fund LP | 2200 Atlantic St 4th Floor, Stamford, CT 06902 | • $137,850,000 in aggregate principal amount of the Convertible Notes |
| Camden Asset Management, L.P. | 11111 Santa Monica Boulevard, Suite 300, Los Angeles, California 90025 | • $35,650,000 in aggregate principal amount of the Convertible Notes |
| D. E. Shaw Valence Portfolios, L.L.C. | 1166 Avenue of the Americas New York, NY 10036 | • $25,000,000 in aggregate principal amount of the Convertible Notes |
| DLD Asset Management | 150 E 52nd St, New York, NY 10022 | • $21,025,000 in aggregate principal amount of the Convertible Notes<br>• Long call options exercisable into 27,100 shares of Amyris common stock |
| Lazard Asset Management LLC | 30 Rockefeller Plaza, New York, NY 10112 | • $75,277,000[4] in aggregate principal amount of the Convertible Notes |
| Silverback Asset Management, LLC | 1414 Raleigh Road, Suite 250 Chapel Hill, NC 27517 | • $87,395,000 in aggregate principal amount of the Convertible Notes |

---

[3] Amounts listed on this **Exhibit A** represent the aggregate principal amount of the relevant obligations held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates solely to the extent such entities are members of the Ad Hoc Noteholder Group. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, accrued and unpaid interest (including interest accruing after the commencement of the Chapter 11 Cases), fees, expenses, premiums, make-wholes, indemnification or other amounts that may be owing under any indenture, credit agreement or other instrument.

[4] Some amounts included herein reflect Convertible Notes exposure through total return swaps.

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Schottenfeld Management Corp. | 600 Third Avenue, 10th Floor, New York, NY 10016 | - $27,000,000 in aggregate principal amount of the Convertible Notes<br>- 3,050,000 shares of Amyris common stock<br>- Long call options exercisable into 273,900 shares of Amyris common stock |
| Wolverine Flagship Fund Trading Limited | 175 West Jackson Blvd., Suite 340 Chicago, IL 60604 | - $21,400,000 in aggregate principal amount of the Convertible Notes<br>- Short call options exercisable into 500 shares of Amyris common stock<br>- Long call options exercisable into 900 shares of Amyris common stock |