IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 933** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE
ABANDONMENT OF PROPERTY AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that:

1. On December 18, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion For Entry of an Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief* [Docket No. 933] (the "Motion").[2]

2. Pursuant to the *Notice of Debtors' Motion For Entry of an Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief* [Docket No. 933-1], objections to the Motion were due on January 2, 2024 at 4:00 p.m. [ET].

3. The Debtors received an informal response from counsel for Global4PL Supply Chain Management ("G4PL"). No party filed an answer or objection to the Motion on the Court's docket.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

4.  Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion which incorporates the comments of G4PL (the "Proposed Order").  The Debtors have consulted with G4PL, and it consents to the entry of the Proposed Order.

5.  A blacklined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes from the Order submitted with the Motion.

6.  Accordingly, the Debtors request that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: January 4, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

SF 4884-5190-2874.1 03703.004