IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 960** |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTORS' MOTION FOR AN ORDER APPROVING MODIFIED KEY
EMPLOYEE INCENTIVE PLAN FOR SENIOR LEADERSHIP EMPLOYEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees* [Docket No. 960] (the "Motion") filed on December 20, 2023.  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the *Notice of Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees* [Docket No. 960-1] objections to the Motion were to be filed and served no later than no later than January 2, 2024.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

SF 4884-4077-9418.1 03703.004

|  |  |
|---|---|
| Dated: January 4, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | */s/ Steven W. Golden* |
|  | Richard M. Pachulski (admitted *pro hac vice*) |
|  | Debra I. Grassgreen (admitted *pro hac vice*) |
|  | James E. O'Neill (DE Bar No. 4042) |
|  | Jason H. Rosell (admitted *pro hac vice*) |
|  | Steven W. Golden (DE Bar No. 6807) |
|  | 919 N. Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE 19899-8705 (Courier 19801) |
|  | Telephone: (302) 652-4100 |
|  | Facsimile: (302) 652-4400 |
|  | Email:  rpachulski@pszjlaw.com |
|  |            dgrassgreen@pszjlaw.com |
|  |            joneill@pszjlaw.com |
|  |            jrosell@pszjlaw.com |
|  |            sgolden@pszjlaw.com |
|  | *Counsel to the Debtors and Debtors in Possession* |