IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 961** |

**ORDER AUTHORIZING DEBTORS TO
FILE UNDER SEAL CERTAIN INFORMATION RELATED TO DEBTORS'
MOTION TO APPROVE MODIFIED KEY EMPLOYEE INCENTIVE PLAN**

Upon consideration of the motion (the "Motion to Seal")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for the entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Debtors to file under seal Exhibit 1 to the proposed order granting the *Debtors' Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees* (the "Modified KEIP Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Seal and opportunity for a hearing on the Motion to Seal

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] A capitalized term used but not defined herein have the meanings ascribed to it in the Motion to Seal.

LA:4863-3211-5352.4 03703.004

were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Seal and having heard the statements in support of the relief requested therein at an interim hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion to Seal and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is **GRANTED**, as set forth herein.

2. The Debtors are authorized to file Exhibit 1 to the proposed order on the Modified KEIP Motion under seal, and such seal shall be maintained pursuant to Local Rule 9018-1. The sealed portions shall remain strictly confidential and use of such information shall be subject to Local Rule 9018-1.

3. Unredacted versions of the Modified KEIP Motion shall not be disseminated to anyone other than: (a) the Court; (b) the Committee; (c) the U.S. Trustee; (d) the DIP Lender; and (e) the Prepetition Lenders, without either: (i) the express consent of the Debtors; or (ii) further order of the Court, which order shall not be granted without notice and an opportunity to object being provided to the Debtors. Such parties shall be bound by this Order and shall keep confidential all information in the sealed portions of the Modified KEIP Motion. Such parties shall not disclose the contents thereof to any party whatsoever.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

6. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**Dated: January 5th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**