**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Proposed Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)**<br>**Proposed Hr'g Date: January 17, 2024 at a time to be determined.** |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 5, 2024, Lavvan, Inc. ("**Lavvan**") filed the *Motion of Lavvan, Inc. Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, Lavvan also filed a motion to shorten with respect to the Motion (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that, if the Court grants the relief requested in the Motion to Shorten (i) a hearing to consider the Motion will be held on January 17, 2024 at a time to be determined before The Honorable Thomas M. Horan at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 30407660v.1

3rd Floor, Wilmington, Delaware 19801 on or before January 12, 2024 at 4:00 p.m. (**prevailing Eastern Time**).

      PLEASE TAKE FURTHER NOTICE that, if the Court approves or denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

Dated: January 5, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ Russell C. Silberglied*
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:    silberglied@rlf.com
           kandestin@rlf.com
           mathews@rlf.com

-and-

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone:  (646) 844-2466
Email:    jcyrulnik@cf-llp.com
           pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*