**Exhibit A**

**Proposed Order**

RLF1 30406551V.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | |
| | Re: Docket No. ____ |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO MOTION OF LAVVAN, INC. PURSUANT TO BANKRUPTCY RULE 3018(a) FOR ESTIMATION AND TEMPORARY ALLOWANCE OF CLAIMS FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN**

Upon the motion (the "**Motion to Shorten**")[2] of Lavvan, Inc. ("**Lavvan**"), for entry of an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1), and Local Rules 9006-1(c) and (e), shortening the notice and objection periods with respect to the 3018 Motion, all as set forth more fully in the Motion to Shorten; and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion to Shorten and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided under the circumstances; and such notice having been appropriate under the circumstances, and it appearing that no other or further notice need be

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion to Shorten.

RLF1 30406551V.1

2

provided; and this Court having reviewed the Motion to Shorten; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.	The Motion to Shorten is granted.

2.	The hearing to consider the relief requested in the 3018 Motion shall be held on **January 17, 2024, at a time to be determined.**

3.	Objections, if any, to the relief requested in the 3018 Motion shall be filed and served by **January 12, 2024 at 4:00 p.m. (Eastern Time)**.

4.	Lavvan is authorized to take all actions necessary to effectuate the relief granted in this Order.

5.	This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.