# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA FOR HEARING ON JANUARY 9, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME**[3]**) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **This hearing will be conducted via Zoom only before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. All parties are expected to attend via Zoom.**
> **All participants must register at the link below no later than January 8, 2024 at 4:00 p.m. (prevailing Eastern Time).**
> https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief [Filed December 18, 2023, Docket No. 933].

   **Response Deadline:** January 2, 2024 at 4:00 p.m. prevailing Eastern time.

   **Responses Received:** None.

   **Related Documents:**

   a. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief [Filed January 4, 2024, Docket No. 1081].

   b. **[Signed] Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief [Filed January 5, 2024, Docket No. 1088].**

   **Status:** This matter has been resolved.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Additions made to this Notice are in **BOLD**.

[3] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

SF 4877-2492-3546.3 03703.004

2. Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed December 18, 2023, Docket No. 934].

**Response Deadline:**  January 2, 2024 at 4:00 p.m. prevailing Eastern time.

**Responses Received:**

   a. Ginko Bioworks, Inc.'s (I) Objection to the Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief and (II) Notice of Conditional Election Pursuant to Section 365(n) of the Bankruptcy Code [Filed January 2, 2024, Docket No. 1050].

**Related Documents:**

   a. Certification of Counsel Regarding Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed January 3, 2024, Docket No. 1071].

   b. [Signed] Fifth Omnibus Motion for the Entry of an Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief [Filed January 4, 2024, Docket No. 1075].

**Status:**  This matter has been resolved.

**MATTERS RESOLVED BY CNO/COC:**

3. [REDACTED] Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees [Filed December 20, 2023, Docket No. 959].

**Response Deadline:**  January 2, 2024 at 4:00 p.m. prevailing Eastern Time.

**Responses Received:**  None.

**Related Documents:**

   a. Certificate of No Objection Regarding Motion for an Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees [Filed January 4, 2024, Docket No. 1082].

   b. **[Signed] Order Approving Modified Key Employee Incentive Plan for Senior Leadership Employees [Filed January 5, 2024, Docket No. 1086].**

**Status:**  **This matter has been resolved.**

4. Motion for an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion to Approve Modified Key Employee Incentive Plan [Filed December 20, 2023, Docket No. 961].

**Response Deadline:**  January 2, 2024 at 4:00 p.m. prevailing Eastern Time.

**Responses Received:**  None.

**Related Documents:**

- a. Certificate of No Objection Regarding Motion for an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion to Approve Modified Key Employee Incentive Plan [Filed January 4, 2024, Docket No. 1083].

- b. **[Signed] Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion to Approve Modified Key Employee Incentive Plan [Filed January 5, 2024, Docket No. 1089].**

**Status:**  This matter has been resolved.

5. Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 20, 2023, Docket No. 977].

**Response Deadline:**  January 2, 2024 at 4:00 p.m. prevailing Eastern Time.

**Responses Received:**  None.

**Related Documents:**

- a. Declaration in Support Declaration of Han Kieftenbeld in Support of Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 20, 2023, Docket No. 978].

- b. [Signed] Order Shortening Notice Period and Scheduling Hearing with Respect to the (I)Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products LTD. and Firmenich S.A. and (II) Motion to Seal[Filed December 20, 2023, Docket No. 987].

- c. Notice of Hearing Regarding (A) Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. and (B) Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 21, 2023, Docket No. 992].

- d. Amended Notice of Hearing Regarding (A) Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. and (B) Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement

      with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 28, 2023, Docket No. 1020].

    e.    Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed January 4, 2024, Docket No. 1084].

    **f.**    **[Signed] Order Granting Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A. [Filed January 5, 2024, Docket No. 1090].**

**Status:** This matter has been resolved.

6.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 20, 2023, Docket No. 981].

**Response Deadline:** January 2, 2024 at 4:00 p.m. prevailing Eastern Time.

**Responses Received:** None.

**Related Documents:**

    a.    [Signed] Order Shortening Notice Period and Scheduling Hearing with Respect to the (I)Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products LTD. and Firmenich S.A. and (II) Motion to Seal[Filed December 20, 2023, Docket No. 987].

    b.    Notice of Hearing Regarding (A) Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. and (B) Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 21, 2023, Docket No. 992].

    c.    Amended Notice of Hearing Regarding (A) Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. and (B) Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter Into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed December 28, 2023, Docket No. 1020].

    d.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter

       into a Release Protocols Agreement with DSM Nutritional Products Ltd. and Firmenich S.A. [Filed January 4, 2024, Docket No. 1085].

    e.    **[Signed] Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM Nutritional Products Ltd. And Firmenich S.A. [Filed January 4, 2024, Docket No. 1091].**

**Status:**  This matter has been resolved.

7. Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed December 7, 2023, Docket No. 853]

**Response Deadline:**  December 22, 2023 at 4:00 p.m. prevailing Eastern Time.

**Related Documents:**

    a.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed January 5, 2024, 2023, Docket No. 1087].

    b.    **[Signed] Order Extending Exclusive Periods to File and Solicit a Plan [Filed January 5, 2024, 2023, Docket No. 1094].**

**Status:**  This matter has been resolved.

**MATTERS GOING FORWARD:**

8. Motion to Approve Stipulation between Debtors and JPMorgan Chase Bank, N.A. (I) Authorizing Debtors to (A) Submit Application and Agreement for Issuance of Letter of Credit, and (B) Obtain Credit Under Letter of Credit Agreement Secured by Assignment of Cash Security, and (II) Modifying the Automatic Stay to Allow Application of Assigned Cash Security under Terms of Letter of Credit Agreement [Filed December 22, 2024, Docket No. 1002].

**Response Deadline:**  January 5, 2024 at 5:00 pm prevailing Eastern Time.

**Responses Received:**  None.

**Related Documents:**

    a.    [Signed] Order Shortening Notice Period and Scheduling Hearing With Respect to the Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and JPMorgan Chase Bank, N.A. (I) Authorizing Debtors to (A) Submit Credit, and (B) Obtain Credit Under Letter of Credit Agreement Secured By Assignment of Cash Security, and (II) Modifying the Automatic Stay to Allow Application of Assigned Cash Security Under Terms of Letter of Credit Agreement [Filed December 27, 2023, Docket No. 1008].

    b.    Notice of Hearing re Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and JPMorgan Chase Bank, N.A. (I) Authorizing Debtors to (A) Submit Application and Agreement for Issuance of Letter of Credit, and (B) Obtain Credit Under Letter of Credit Agreement Secured By Assignment of Cash Security, and (II) Modifying the Automatic Stay to Allow Application of Assigned Cash Security Under Terms of Letter of Credit Agreement [Filed December 27, 2023, Docket No. 1014].

    c.    **Certificate of No Objection Regarding Motion to Approve Stipulation between Debtors and JPMorgan Chase Bank, N.A. (I) Authorizing Debtors to (A) Submit Application and Agreement for Issuance of Letter of Credit, and (B) Obtain Credit Under Letter of Credit Agreement Secured by Assignment of Cash Security, and (II) Modifying the Automatic Stay to Allow Application of Assigned Cash Security under Terms of Letter of Credit Agreement [Filed TBF, Docket No. TBF].**

**Status:** This matter is going forward.

9. [SEALED] Debtors' Objection to Claim Nos. 663 and 666 Filed By Lavvan, Inc. [Filed December 7, 2023, Docket No. 839].

**Response Deadline:** December 27, 2023 at 4:00 p.m. prevailing Eastern Time.

**Related Documents:**

    a.    [SEALED] Response of Lavvan, Inc. to the Debtors' Claim Objection [Filed December 27, 2023, Docket No. 1012].

    b.    Order Establishing Schedule and Protocols In Connection With (1) Debtors' Objection to Claim Nos. 663 and 666 [Filed December 14, 2023, Docket No. 907].

**Reply:**

    a.    **Debtors' Reply in Support of Objection to Claim Nos. 663 and 666 Filed by Lavvan, Inc. [Filed January 5, 2024, Docket No. 1098].**

**Status:** This matter is going forward.

10. [SEALED] Motion to Estimate Lavvan Intellectual Property Claims [Filed December 7, 2023, Docket No. 840]

**Response Deadline:** December 27, 2023 at 4:00 p.m. prevailing Eastern Time.

**Related Documents:**

    a.    [SEALED] Lavvan, Inc.'s Preliminary Response to Debtors' Motion to Estimate Lavvan Intellectual Property Claims [Filed December 27, 2023, Docket No. 1013].

    b.    Order Establishing Schedule and Protocols In Connection With (1) Debtors'

Objection to Claim Nos. 663 and 666 [Filed December 14, 2023, Docket No. 907].

**Reply:**

    c.    **Reply in Support of Motion to Estimate Lavvan Intellectual Property Claims [Filed January 5, 2024, Docket No. 1097].**

**Status:**  This matter is going forward.

Dated: January 8, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*