## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)**<br>**Hr'g Date: January 17, 2024 at 2:00 p.m. (ET)**<br><br>**Re: Docket No. 1095** |

### RE-NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 5, 2024, Lavvan, Inc. ("**Lavvan**") filed the *Motion of Lavvan, Inc. Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan* [Docket No. 1095] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the original *Notice of Motion and Hearing* filed with the Motion, a hearing (the "**Hearing**") to consider the Motion was scheduled for January 17, 2024 at a time to be determined and the deadline for parties in interest to file objections, if any, to the Motion was set for January 12, 2024 at 4:00 p.m. (ET) (the "**Objection Deadline**"). The Court now has indicated that the Hearing will take place on **January 17, 2024 at 2:00 p.m. (ET)** before The Honorable Thomas M. Horan at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

RLF1 30409884v.1

Dated: January 8, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Emily R. Mathews*
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:     silberglied@rlf.com
           kandestin@rlf.com
           mathews@rlf.com

-and-

Jason Cyrulnik
Paul Fattaruso
**CYRULNIK FATTARUSO LLP**
55 Broadway, Third Floor
New York, NY 10006
Telephone:  (646) 844-2466
Email:     jcyrulnik@cf-llp.com
           pfattaruso@cf-llp.com

*Counsel for Lavvan, Inc.*