**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, Debtors.[1] | Case No. 23-11131 (TMH) |
| | (Jointly Administered) |

**NOTICE OF ABANDONMENT**

**PLEASE TAKE NOTICE** that, on August 9 and August 21, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101–1532.

**PLEASE TAKE FURTHER NOTICE** that, on January 5, 2024, the United States Bankruptcy Court for the District of Delaware entered an *Order (I) Authorizing the Abandonment of Property and (II) Granting Related Relief* [Docket No. 1088] (the "Abandonment Order"), whereby the Bankruptcy Court authorized the Debtors to abandon certain property held by Global4PL Supply Chain Management, Ground Force Logistics, and Expeditors International of Washington, Inc. (the "Property").

**PLEASE TAKE FURTHER NOTICE** that the Abandonment Date occurred on January 5, 2024. The Property is deemed abandoned to Global4PL Supply Chain Management, Ground Force Logistics, and Expeditors International of Washington, Inc., as applicable, as of that date.

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated: January 9, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jrosell@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*