# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                    Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 23-11131 (TMH]<br><br>(Jointly Administered)<br><br>**Re Docket No. 892** |

### NOTICE OF FILING PLAN SUPPLEMENT FOR THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS, AS MODIFIED

**PLEASE TAKE NOTICE** that on December 12, 2023, the Debtors filed the *Second Amended Joint Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 892] (the "Plan") and the *Disclosure Statement With Respect to Second Amended Joint Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 893] (the "Disclosure Statement") in the United States Bankruptcy Court for the District of Delaware (the "Court").[2] The Court entered an Order [Docket No. 897] (the "Disclosure Statement Order"), approving the Disclosure Statement as containing adequate information within the meaning of section 1125 of Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and the Disclosure Statement Order, the Debtors hereby file the Plan Supplement, which includes a draft of the following documents (and which continue to be negotiated between interested parties and the Debtors), as may be amended, supplemented, or modified from time to time:

| Exhibit | Description |
|---|---|
| A. | Creditor Trust Agreement |
| B. | Identification of Creditor Trustee |
| C. | Identification of Designated Preference Actions |
| D. | Identification of Specified Preference Actions |
| E. | Amended DSM Contracts |
| F. | DSM Plan Promissory Note |
| G. | DSM Plan Promissory Note Pledge Agreement |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and/or Disclosure Statement.

| Exhibit | Description |
|---|---|
| H. | Identification of Outstanding DIP Facility and/or Foris Prepetition Secured Loans that are amended and restated or rolled-over into indebtedness of Reorganized Amyris as part of the Exit First Lien Facility |
| I. | Exit First Lien Facility Documents |
| J. | Identification of Exit First Lien Facility Lenders |
| K. | Amended Givaudan Contracts |
| L. | Plan Administrator Agreement |
| M. | New Organizational Documents |
| N. | New Stockholders Agreement |
| O. | Identities of Members of New Board of Reorganized Amyris (to the extent known) |
| P. | Schedule of Assumed Executory Contracts and Unexpired Leases and Proposed Cure Amounts |
| Q. | Schedule of Retained Causes of Action |
| R. | Documentation of Third-Party Release Settlement |
| S. | Identification of Third-Party Release Settlement Amounts (i) Allocated to Holders of Allowed Unsecured Claims and (ii) Allocated to Holders of Amyris Equity Interests |

**PLEASE TAKE FURTHER NOTICE** that the documents, or portions thereof, contained in the Plan Supplement are not final and remain subject to ongoing review by the Debtors and interested parties. The Debtors reserve the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court. If any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Disclosure Statement, the Plan Supplement, as well as further information regarding these Chapter 11 Cases are available for inspection on the Court's website at https://www.deb.uscourts.gov, or free of charge on the Debtors' restructuring website at https://cases.stretto.com/amyris/.

Dated: January 9, 2024            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
-----
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042]
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807]
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801]
Telephone: (302] 652-4100
Facsimile: (302] 652-4400
Email:  rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         joneill@pszjlaw.com
         jrosell@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*