**EXHIBIT H**

**(IDENTIFICATION OF OUTSTANDING DIP FACILITY AND/OR FORIS PREPETITION SECURED LOANS THAT ARE AMENDED AND RESTATED OR ROLLED-OVER INTO INDEBTEDNESS OF REORGANIZED AMYRIS AS PART OF THE EXIT FIRST LIEN FACILITY)**

As of the date hereof, and subject to modification, the Debtors understand that the Exit Facility First Lien Facility Amount will: (i) be subordinated to the DIP Facility Claim as the DIP Facility will remain outstanding as of the Effective Date of the Plan; and (ii) will be comprised of: (x) a first out delayed draw term loan tranche in the amount up to $145,000,000 and (y) a second out term loan tranche comprised of the Foris Prepetition Secured Claims due and owing under the Foris 2018 Loan.