## **EXHIBIT J**

**(IDENTIFICATION OF EXIT FIRST LIEN FACILITY LENDERS)**

Foris Ventures, LLC