**EXHIBIT K**

**(AMENDED GIVAUDAN CONTRACTS)**

*(Form of Agreement – Subject to Amendment and Conforming Modifications)*

[TBD]