## **EXHIBIT N**

**(NEW STOCKHOLDERS AGREEMENT)**

None.