## EXHIBIT O

**(IDENTITIES OF MEMBERS OF NEW BOARD OF REORGANIZED AMYRIS (TO THE EXTENT KNOWN))**

John Doerr

Ryan Panchadsaram

Han Kieftenbeld