# APPENDIX A

**FIRST REQUEST FOR PRODUCTION:**

**REQUEST FOR PRODUCTION NO. 4:**

All documents and communications referred to in or reviewed or relied upon by the Debtors in connection with, the Plan Projections, including all underlying support and data for the Plan Projections.

- Board presentations and materials:

AMRS-OCUC051329; AMRS-OCUC051364; AMRS-OCUC051391; AMRS-OCUC051680; AMRS-OCUC051699; AMRS-OCUC051817; AMRS-OCUC051862; AMRS-OCUC052060; AMRS-OCUC052141; AMRS-OCUC052172; AMRS-OCUC052441; AMRS-OCUC052865; AMRS-OCUC053030; AMRS-OCUC053146; AMRS-OCUC053317; AMRS-OCUC053615; AMRS-OCUC053740; AMRS-OCUC053854; AMRS-OCUC054014; AMRS-OCUC138833; AMRS-OCUC138847; AMRS-OCUC138917; AMRS-OCUC138935; AMRS-OCUC139055; AMRS-OCUC139076; AMRS-OCUC139193; AMRS-OCUC139273; AMRS-OCUC139662; AMRS-OCUC139720; AMRS-OCUC140146; AMRS-OCUC140319; AMRS-OCUC140320; AMRS-OCUC140321; AMRS-OCUC140322; AMRS-OCUC144149; AMRS-OCUC166877; AMRS-OCUC166878; AMRS-OCUC174764; AMRS-OCUC184985; AMRS-OCUC185130; AMRS-OCUC185485; AMRS-OCUC023352; AMRS-OCUC023421; AMRS-OCUC023430; AMRS-OCUC023525; AMRS-OCUC023560; AMRS-OCUC023612; AMRS-OCUC023627; AMRS-OCUC023633; AMRS-OCUC023646; AMRS-OCUC023667; AMRS-OCUC023677; AMRS-OCUC023791; AMRS-OCUC024085; AMRS-OCUC024223; AMRS-OCUC024278; AMRS-OCUC024308; AMRS-OCUC024333; AMRS-OCUC024340; AMRS-OCUC024360; AMRS-OCUC024377; AMRS-OCUC024452; AMRS-OCUC024969; AMRS-OCUC025117; AMRS-OCUC025247; AMRS-OCUC025379; AMRS-OCUC025405; AMRS-OCUC025412; AMRS-OCUC025571; AMRS-OCUC025614; AMRS-OCUC025631; AMRS-OCUC026025; AMRS-OCUC027028; AMRS-OCUC027079; AMRS-OCUC027165; AMRS-OCUC027171; AMRS-OCUC027374; AMRS-OCUC027406; AMRS-OCUC027426; AMRS-OCUC027620; AMRS-OCUC027738; AMRS-OCUC027851; AMRS-OCUC027852; AMRS-OCUC027949; AMRS-OCUC028407; AMRS-OCUC028950; AMRS-OCUC028969; AMRS-OCUC029423; AMRS-OCUC030041; AMRS-OCUC030268; AMRS-OCUC030426; AMRS-OCUC030509; AMRS-OCUC030532; AMRS-OCUC030971; AMRS-OCUC030987; AMRS-OCUC031051; AMRS-OCUC031080; AMRS-OCUC031251; AMRS-OCUC031384; AMRS-OCUC031422; AMRS-OCUC031469; AMRS-OCUC031620; AMRS-OCUC031827; AMRS-OCUC031845; AMRS-OCUC032576; AMRS-OCUC033166; AMRS-OCUC033192; AMRS-OCUC033521; AMRS-OCUC033794; AMRS-OCUC034124; AMRS-OCUC034418; AMRS-OCUC034591; AMRS-OCUC034592; AMRS-OCUC034593; AMRS-OCUC034594; AMRS-OCUC034595; AMRS-OCUC034596; AMRS-OCUC034597; AMRS-OCUC034598; AMRS-OCUC034599; AMRS-OCUC034600; AMRS-OCUC034601; AMRS-OCUC034602; AMRS-OCUC034603; AMRS-OCUC034604; AMRS-OCUC034605; AMRS-OCUC034606; AMRS-OCUC050199; AMRS-OCUC050358; AMRS-OCUC050739

- AMRS-LAV000718, AMRS-LAV000731    Phoenix – BP Model 12.3.23
- AMRS-LAV000705   Phoenix – BP Model 10.10.23
- AMRS-LAV000744, AMRS-LAV000757    Phoenix – BP Model 8.24.23
- AMRS-LAV000770   Phoenix - Business Plan Update 8.19.23
- AMRS-LAV000805   Phoenix - Updated Five Year Plan Overview 100823
- AMRS-LAV000823   Phoenix Plan Scenario Analysis 082423
- AMRS-LAV000875   Project Phoenix - UCC Presentation 09.01.2023
- AMRS-LAV001026   Phoenix - Updated Five Year Plan Overview 101023

**REQUEST FOR PRODUCTION NO. 5:**

For the years 2021, 2022, and 2023 year-to-date, the following financial information of the Debtors:

**a. Renewable products revenue and gross margin by customer; (the below results are based upon a search of contents for Renewable products revenue)**

- AMRS-OCUC091740   Earnings Models (from analysts after Q4 2022 ER on 3.15.23)
- AMRS-OCUC101811   Earnings Models (from analysts after Q4 2022 ER on 3.15.23)
- AMRS-OCUC126772   Q421 Sell Side Estimates - 01.09.21
- AMRS-OCUC143963   Q2 Sell Side Estimates - 05.17.21 - 5 yr
- AMRS-OCUC146426   Q322 Sell Side Estimates - 11.06.22
- AMRS-OCUC148138   Q421 Sell Side Estimates - 11.19.21
- AMRS-OCUC152079   Q322 Sell Side Estimates - 08.30.22
- AMRS-OCUC152721   Q3 Sell Side Estimates - 09.15.21
- AMRS-OCUC158337   Q122 Sell Side Estimates - 05.14.22
- AMRS-OCUC177740   Copy of Q421 Sell Side Estimates - 11.19.21
- AMRS-OCUC183696   Q122 Sell Side Estimates - 05.2322
- AMRS-OCUC183724   Q122 Sell Side Estimates - 05.09.22
- AMRS-OCUC190637   Q222 Sell Side Estimates - 06.27.22
- AMRS-OCUC191052   Q3 Sell Side Estimates - 08.26.21
- AMRS-OCUC192041   Q2 Sell Side Estimates - 07.20.21
- AMRS-OCUC193077   Q2 Sell Side Estimates - 06.29.21
- AMRS-OCUC195587   Q122 Sell Side Estimates - 04.13.22
- AMRS-OCUC197062   Q122 Sell Side Estimates - 02.2322
- AMRS-OCUC197063   Q421 Sell Side Estimates - 02.2322
- AMRS-OCUC200999   Q421 Sell Side Estimates - 01.12.21

**b. License and royalty revenue by counterparty**

- AMRS-OCUC147224AS-JE01-REV-1022 Record Q3'22 Topside DSM earnout royalty Revenue
- AMRS-OCUC180726 Earnout & Royalty and other agreements dashboard 2.3.2022

**c. Detailed sales, general and administrative expense breakdown as internally reported to company management**

- AMRS-OCUC046461    Summary AR and AP Agings December 31 2021
- AMRS-OCUC046462    Summary AR and AP Agings June 30 2022
- AMRS-OCUC046463    Summary AR and AP Agings March 31 2022
- AMRS-OCUC046464    Summary AR and AP Agings September 30 2021
- AMRS-OCUC132491    Summary AR and AP Agings March 31 2022
- AMRS-OCUC132498    Summary AR and AP Agings June 30 2022
- AMRS-OCUC145592    Summary AR and AP Agings September 30 2021
- AMRS-OCUC145598    Summary AR and AP Agings December 31 2021
- AMRS-OCUC145599    Summary AR and AP Agings March 31 2022
- AMRS-OCUC145600    Summary AR and AP Agings June 30 2022
- AMRS-OCUC159848    Summary AR and AP Agings March 31 2022
- AMRS-OCUC159855    Summary AR and AP Agings June 30 2022
- AMRS-LAV001023    CBB - AR Aging as of 09.30.23
- AMRS-LAV000966    Amyris - Brands Pro Forma P&Ls
- AMRS-OCUC136229    Breakdown of Invoices for Raw Material and Finished Goods
- AMRS-OCUC145614    March capex
- AMRS-OCUC172388    Pipette NetSuite detail by item
- AMRS-OCUC177738    Prelim Gross Margin Q4
- AMRS-OCUC197471    Prelim Revenue v3
- AMRS-OCUC157623    Opex Data Jun 2022 7.29.22
- AMRS-OCUC151541    Opex Data Aug 2022 - 9.16.22

**d. Detailed research & development expense breakdown as internally report to company management**

- AMRS-LAV000929    R&D Lab to Market Business Plan 101223 UCC
- AMRS-OCUC141442    R&D - December YTD 2021 Plan vs. Actual - Preliminary
- AMRS-OCUC141443    R&D proposed budget 2022
- AMRS-OCUC144316, AMRS-OCUC148130 - R&D 2021 Cash OpEx Budget
- AMRS-OCUC146279    R&D Sep YTD 2022 Cash OpEx
- AMRS-OCUC146279    R&D Sep YTD 2022 Cash OpEx
- AMRS-OCUC152518    42600-R&D-Program-Management-2021-Cash-OpEx-Budget-Template
- AMRS-OCUC169101    Opex Deep Dive- R&D
- AMRS-OCUC174836    R&D payments

**e. Annual gross current and 2022 full year payroll broken down by executive, operations, research & development, sales, and general administrative departments.**

Payroll:
- AMRS-LAV000001
- AMRS-LAV000302
- AMRS-LAV000307
- AMRS-LAV000571
- AMRS-LAV000576
- AMRS-LAV000586
- AMRS-LAV000588
- AMRS-LAV000674

**REQUEST FOR PRODUCTION NO. 6:**

All business plans, financial projections and associated forecast assumptions created during the Time Period relating to the Debtors, including fully functional Microsoft Excel models and related support.

- Board presentations and materials identified in response to RFP No. 1 above
- AMRS-LAV000718, AMRS-LAV000731    Phoenix – BP Model 12.3.23
- AMRS-LAV000705    Phoenix – BP Model 10.10.23
- AMRS-LAV000744, AMRS-LAV000757    Phoenix – BP Model 8.24.23
- AMRS-LAV000770    Phoenix - Business Plan Update 8.19.23
- AMRS-LAV000805    Phoenix - Updated Five Year Plan Overview 100823
- AMRS-LAV000823    Phoenix Plan Scenario Analysis 082423
- AMRS-LAV000875    Project Phoenix - UCC Presentation 09.01.2023
- AMRS-LAV001026    Phoenix - Updated Five Year Plan Overview 101023
- AMRS-LAV001049    Project Cana - 4U by Tia Management Presentation
- AMRS-LAV001078    Project Cana - Biossance Management Presentation
- AMRS-LAV001105    Project Cana - JVN Management Presentation
- AMRS-LAV001121    Project Cana - MenoLabs Management Presentation
- AMRS-LAV001148    Project Cana - Pipette Management Presentation
- AMRS-LAV001185    Project Cana - Rose Inc Management Presentation
- AMRS-LAV001284    Project Cana - Stripes Management Presentation
- AMRS-LAV001311    Project Phoenix Intellectual Property Overview HIGHLY CONFIDENTIAL

**REQUEST FOR PRODUCTION NO. 7:**

All appraisals, valuations, solvency opinions, analyses, PowerPoints, presentations, or other materials created during the Time Period referring or relating to the Debtors' business plans, financial projections, or associated forecast assumptions.

- Duff & Phelps Reports AMRS-OCUC128861; AMRS-OCUC128873

- AMRS-LAV000993   Amyris - IP Valuation - As of 08302019 v09232019p2 Collateral
- AMRS-LAV001003   Amyris - Strategic IP Valuation - As of 08302019 v10172019 Market
- AMRS-LAV001349   Amyris IP List - PATENTS (as of March 5, 2019)
- AMRS-LAV001399   Amyris IP List - TRADEMARKS (as of March 5, 2019)
- AMRS-LAV001406   Domains as of 2023-11-0
- AMRS-LAV001407   Patents as of 2023-11-02

**REQUEST FOR PRODUCTION NO. 8:**

All documents and communications referring or relating to the value of the collateral subject to Lavvan's liens

- AMRS-LAV001049   Project Cana - 4U by Tia Management Presentation
- AMRS-LAV001078   Project Cana - Biossance Management Presentation
- AMRS-LAV001105   Project Cana - JVN Management Presentation
- AMRS-LAV001121   Project Cana - MenoLabs Management Presentation
- AMRS-LAV001148   Project Cana - Pipette Management Presentation
- AMRS-LAV001185   Project Cana - Rose Inc Management Presentation
- AMRS-LAV001284   Project Cana - Stripes Management Presentation
- AMRS-OCUC027171 Amyris Q1, 2023 CFO Memo, May 12, 2023,
- AMRSOCUC023560   Amyris, "Restructuring Committee Meeting," August 29, 2023
- AMRS-LAV000966   Amyris - Brands Pro Forma P&Ls
- AMRS-LAV000718, AMRS-LAV000731   Phoenix – BP Model_12.3.23
- AMRS-LAV001024   Consumer Brands Inventory Summary – September 2023 vDataroom
- AMRS-LAV000705   Phoenix – BP Model_10.10.23.
- AMRS-LAV001023   CBB - AR Aging as of 09.30.23
- AMRS-LAV000744, AMRS-LAV000757   Phoenix – BP Model_8.24.23

**SECOND REQUEST FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

The final (or, if not yet finalized, the most recent drafts of the) amended or modified agreements regarding the Debtors' commercial relationships with each of DSM and Givaudan.

- AMRS-LAV000967   Amyris - DSM-Firmenich Term Sheet (Fully Executed)