# **EXHIBIT 1**

Case 23-11131-TMH    Doc 1120-1    Filed 01/11/24    Page 1 of 2

| Applicant | Period | Interim Fees Requested to be Paid | Interim Expenses Requested to be Paid | Interim Fees and Expenses Authorized |
|---|---|---|---|---|
| **Jefferies LLC** *as Investment Banker to the Official Committee of Unsecured Creditors* [Docket No. 891] | September 1, 2023 – October 31, 2023 | $250,000.00 | $36,458.50 | $286,458.50 |
| **TOTALS** | | **$250,000.00** | **$36,458.50** | **$286,458.50** |