# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH] |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON JANUARY 17, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME[2]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **This hearing will be conducted via Zoom only before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. All parties are expected to attend via Zoom.**
> **All participants must register at the link below no later than January 16, 2024 at 4:00 p.m. (prevailing Eastern Time).**
> **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

### ADJOURNED MATTER:

1. Motion to Allow Lavvan, Inc. Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan [Filed January 5, 2024, Docket No. 1095].

**Response Deadline:** January 12, 2024 at 4:00 p.m. prevailing Eastern Time. The Objection deadline has been extended to January 17, 2024 at 4:00 p.m. prevailing Eastern Time.

**Responses Received:** None.

**Related Documents:**

   a. Re-Notice of Motion and Hearing Regarding Lavvan, Inc's Motion Pursuant to Bankruptcy Rule 3018(a) for Estimation and Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan [Filed January 8, 2024, Docket No. 1103].

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

**Status:**  This matter is adjourned to January 24, 2024 at 10:00 a.m. prevailing Eastern Time.

**PRE-TRIAL CONFERENCE**

1. [Signed] Order Establishing Confirmation Discovery Schedule and Protocols [Filed December 15, 2023, Docket No. 919].

**Related Documents:** None.

**Status:**  This matter is going forward.

| | |
|---|---|
| Dated: January 12, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice)* |
| | Debra I. Grassgreen (admitted *pro hac vice)* |
| | James E. O'Neill (DE Bar No. 4042] |
| | Jason H. Rosell (admitted *pro hac vice)* |
| | Steven W. Golden (DE Bar No. 6807] |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801] |
| | Telephone: (302] 652-4100 |
| | Facsimile: (302] 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |              dgrassgreen@pszjlaw.com |
| |              joneill@pszjlaw.com |
| |              jrosell@pszjlaw.com |
| |              sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |