## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF CLOSING OF THE SALE OF ROSE BRAND ASSETS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 316] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking, among other relief, entry of (a) an order approving Bid Procedures for the sale (the "Sale") of certain of the Debtors' assets (collectively, the "Brand Assets") associated with their Operating Consumer Brands, and (b) granting certain related relief.

2. On October 16, 2023, the Bankruptcy Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtors' Brand Assets; (B) Approving Certain Bid Protections In Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief* [Docket No. 553] (the "Bid Procedures Order").[2]

3. On December 15, 2023, the Debtors filed the *Notice of Filing of Successful Bidder and Auction Results for Sale of Rose Brand Assets* [Docket No. 924] in connection with the Sale of the Rose Brand Assets.

4. On December 21, 2023 the Court entered the *Order (A) Approving the Sale of Substantially All of the Debtors' Assets Relating to Rose, Inc. Free and Clear of Liens, Claims, Encumbrances, and other Interests; (B) Approving Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief* [Docket No. 985], approving the Sale of the Rose Brand Assets (the "Rose Sale") to AA Investments (HK) Limited.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Order or the applicable Bid Procedures.

5. The Rose Sale closed on January 11, 2024. Pursuant to paragraph 33 of the Rose Sale Order, attached hereto as **Exhibit A** is the final, executed Rose APA and associated schedules and exhibits.

| | |
|---|---|
| Dated: January 12, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| |             dgrassgreen@pszjlaw.com |
| |             joneill@pszjlaw.com |
| |             jrosell@pszjlaw.com |
| |             sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |