**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **AMYRIS, INC.,** *et al.*, | Case No. 23-11131 (THM) |
| Debtors.[1] | Jointly Administered |

**FIRST SUPPLEMENTAL DECLARATION OF STEVEN J. FLEMING IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PWC US BUSINESS ADVISORY LLP AS FINANCIAL ADVISOR TO THE DEBTORS, EFFECTIVE AS OF AUGUST 9, 2023**

Pursuant to Bankruptcy Rule 2014(a), I, Steven J. Fleming, under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1. I am a principal of PwC US Business Advisory LLP ("PwC US Business Advisory"). I am authorized to make this first supplemental declaration (this "First Supplemental Declaration") on behalf of PwC US Business Advisory in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC US Business Advisory as their financial advisor, filed with the Court on August 31, 2023 [Docket No. 173] (the "Application").[2]

2. Unless otherwise stated, all facts set forth in this First Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC US Business Advisory in the ordinary course of its business that have been reviewed by me and/or

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Capitalized terms used in this First Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application or my Initial Declaration (submitted with the Application).

by other employees of PwC US Business Advisory under my supervision and direction. To the extent any information disclosed herein requires amendment, modification or supplementation as additional information becomes available, a supplemental declaration will be submitted to this Court.

3. My Initial Declaration, submitted as Exhibit B in support of the Application, is incorporated herein by reference.

4. Following the filing of the Application and the Initial Declaration, PwC US Business Advisory learned of additional names to be included on Schedule 1 and to the extent of any additional relationships to be disclosed a supplemental declaration would be filed with the Court.

5. Schedule 1 and Schedule 2 that were previously attached to my Initial Declaration are amended and replaced by **Schedule 1** and **Schedule 2**, respectively, attached hereto. [3]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2024   */s/ Steven J. Fleming*  
　　　　　　　　　　　　　　Steven J. Fleming, Principal  
　　　　　　　　　　　　　　PwC US Business Advisory LLP

---

[3] Newly added names since the filing of my Initial Declaration are noted in bold.