# SCHEDULE 1

## Schedule 1

| | |
|---|---|
| **5% or More Equity Holders** | Amyris Bio Products Portugal, Unipessoal, Lda |
| FORIS VENTURES, LLC | Amyris Biotecnologia do Brasil Ltda |
| **Bankruptcy Judges and Staff** | Amyris Clean Beauty Latam |
| Chief Judge Laurie Selber Silverstein | Amyris Clean Beauty, Inc. |
| Judge Ashely M. Chan | Amyris Eco-Fab LLC |
| Judge Brendan L. Shannon | Amyris Europe Trading B.V. |
| Judge Craig T. Goldblatt | Amyris Fermentacao de Performance Ltda |
| Judge J. Kate Stickles | Amyris Fuels, LLC |
| Judge John T. Dorsey | Amyris Purificacao de Performance do Brasil Ltda |
| Judge Karen B. Owens | Amyris Realsweet, LLC |
| Judge Mary F. Walrath | Amyris UK Trading Limited |
| Judge Thomas M. Horan | Amyris, Inc. |
| Cacia Batts* | Amyris-Olika, LLC |
| Laura Haney* | Aprinnova, LLC |
| Demitra Yeager* | Beauty Labs International Limited |
| Amanda Hrycak* | Clean Beauty 4U LLC |
| Claire Brady* | Clean Beauty 4U Holdings LLC |
| Jill Walker* | Clean Beauty Collaborative, Inc. |
| Paula Subda* | DIPA Co., LLC |
| Catherine Farrell* | Ecofab, LLC |
| Joan Ranieri* | Interfaces Industria e Comercio de Cosméticos Ltda |
| **Bankruptcy Professionals** | MG Empower Limited |
| Fenwick & West LLP | Novvi LLC |
| Goodwin Procter LLP | Onda Beauty Inc. |
| Latham & Watkins | Total Amyris Bioslutions BV |
| Pachulski Stang Ziehl & Jones LLP | Upland 1 LLC |
| Paul Hastings | **Director (current)** |
| PwC | Ana Dutra |
| Stretto | Frank Kung |
| Klee Tuchin Bogdanoff & Stern LLP | Geoffrey Duyk |
| Ankura | Jim McCann |
| Phil Gund, Chief Restructuring Officer | John Doerr |
| **Banks** | Julie Washington |
| BANK OF THE WEST | Lisa Qi |
| Barclays | Ryan Panchadsaram |
| HSBC | Steven Mills |
| J.P. MORGAN SE | M Freddie Reiss |
| JPMORGAN CHASE BANK, N.A. | **Director (former)** |
| US Bank | Alexander MS, Ralph C. |
| **Bondholders - Indenture Trustee** | Arnold Ph.D., Frances Hamilton |
| U.S. Bank National Association, as Trustee for Convertible Notes | bin Khalifa Al Thani, Sheikh Abdullah |
| | Blanch Ph.D., Harvey W. |
| **Debtor or Debtor affiliate** | Bohlmann Ph.D., Jörg |
| AB Technologies LLC | Boisseau, Philippe |
| Accessbio LLC | Chua Ph.D., Nam-Hai |
| AMF Low Carbon, LLC | de Castro Reinach Ph.D., Fernando |

## Schedule 1

| | |
|---|---|
| de Oliveira Diniz, Paulo Sergio | Duane Ventures |
| Eykerman, Philip | Chodosh Realty Services, Inc |
| Fenical, William H. | Flowing Water Creek, LLC |
| Georgiadis, Mary Margaret-Hastings | CPI Hospitality LLC |
| Goppelsroeder, Christoph G. | Epic W12 LLC |
| Heathcock Ph.D., Clayton H. | Lachtman Cohen P.C |
| Keasling Ph.D., Jay D. | Kaufman Friedman Plotnicki & Grun, LLP |
| Levinson, Arthur D. | Crown Properties |
| Martin Ph.D., Vincent | Larringa Sisters LLC |
| Melo, John G. | Continental Real Estate Companies |
| Newman, Jack D. | **Lenders** |
| Ostrach J.D., Michael S. | Anesma Group, LLC |
| Pichette, Patrick | Anjo Ventures, LLC |
| Piwnica LLM, Carole Callebaut | DSM Finance B.V. |
| Reiling, Kinkead Kinkead | Foris Ventures, LLC |
| Renninger Ph.D., Neil | Perrara Ventures, LLC |
| Soares Portela, Mario Neutel | Muirisc, LLC |
| Williams, R. Neil | **Litigation - US** |
| Yang, Patrick | Amyris, Inc. v. Lavvan, Inc. |
| **Insurance** | AO Representative Expense Fund, LLC, |
| ACE American Insurance Company | Austrade Inc. |
| Everest Indemnity Insurance Company | BaM Productions, Inc. v. Amyris Clean Beauty, Inc. |
| Federal Insurance Company | Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. |
| Hiscox | Ebates Performance Marketing Inc. dba Rakuten Rewards et al. v. |
| TDC National Assurance Company | IN RE AMYRIS, INC. STOCKHOLDER DERIVATIVE LITIGATION (Other Defendants: Melo, Doerr, Kung, Duyk, Mills and former D&Os) |
| Travelers | |
| Underwriters at Lloyd's London | |
| **Landlords** | Jasmina Samardzic v. Amyris, Inc. |
| 3700 Highway 421 Owner LLC | Keith Jordan Bronsdon v. Amyris, Inc. |
| Design District Development Pa | Lavvan Inc. v. Amyris, Inc. |
| Emerystation Triangle, LLC | Little Bear Studios v. Amyris Clean Beauty et al. |
| ES East, LLC | Park Wynwood, LLC v. Amyris, Inc. |
| Holis R&D Associates | PMG Worldwide LLC v. Amyris Clean Beauty, Inc |
| Oak Plaza Associates (DEL), LLC | Reid Architecture PLLC v. Amyris, Inc. |
| Palm Beach Holdings 3940, LLC | Roth v. Foris Ventures, LLC et al. |
| Park Wynwood LLC | Strukmyer, LLC v. Amyris Clean Beauty, Inc. |
| Stewart Ward & Josephson LLP | Velem LLC v. Amyris Clean Beauty, Inc. |
| Shartsis Friese LLP | Wilkins Media, LLC, v. Amyris, Inc. |
| Design District ERFR LLC & RFR Holding LLC | Ziegelman et al. v. Amyris, Inc. |
| TriStar Capital LLC | **Officer (current)** |
| McDermott Will & Emery LLP | Alvarez, Eduardo |
| Weisman, Brodie, Starr & Margolies, P.A. | Dreyer CPA, Elizabeth E. |
| Olshan Frome Wolosky LLP | Kieftenbeld, Hermanus |
| Design District Development Partners LLC | **Officer (former)** |
| Colliers International | Hughes, Anthony |
| Caliope Realty Associatees LLC | |

## Schedule 1

| | |
|---|---|
| Kelsey, Nicole | NYC Department of Finance |
| Melo, John G. | Oklahoma Tax Commission - Franchise |
| Valiasek, Kathleen | Pinheironeto Advogados |
| **Ordinary Course Professionals** | State of California Franchise Tax Board |
| Accell Global Risk Solutions, Inc. | State of New Jersey |
| Accenture LLP | Texas Comptroller of Public Accts |
| CFGI Holdings, LLC | The Commonwealth of Massachusetts |
| Clark & Elbing LLP | United States Small Business Admin |
| Cowen & Company LLC | United States Treasury |
| Deloitte Tax LLP | Wyoming Department of Revenue |
| Duff & Phelps LLC | **Trade Vendors - US** |
| Global Retirement Partners, LLC | ADL BIOPHARMA |
| Hanson Bridgett LLP | Agilent Technologies Inc |
| Hulst & Handler LLP | Allure Labs, Inc. |
| Macias Gini & O'Connell LLP | Avalara, Inc. |
| Michael Herrinton | Berma LLC DBA NoGood |
| Oppenheimer & Co. Inc. | Bio Base Europe Pilot Plant |
| Shipman & Goodwin LLP | Capsum Inc. |
| Squire Patton Boggs | CFGI Holdings, LLC |
| Deloitte Consulting, LLP | Cigna HealthCare |
| Fish & Richardson P.C. | Colorado Quality Products, LLC |
| **Other Professionals** | Cosmetix West |
| Deloitte Consulting, LLP | CPCneutek |
| Fish & Richardson P.C. | DB Ventures Limited |
| Gibson, Dunn & Crutcher LLP | DSM Nutritional Products Ltd |
| Macias Gini & O'Connell LLP | ECS Axcess Point LLC |
| Shearman & Sterling LLP | Evonik Corporation |
| **Regulatory Agencies** | Facebook, Inc. |
| US Environmental Protection Agency | Folio3 Software Inc |
| DEA | Fusion Packaging, LLC |
| Department of Agriculture | Global4PL Supply Chain Services |
| EPA | Hanft Ideas LLC |
| FDA | Hearst Magazine Media |
| **Taxing Authorities** | JVN Entertainment INC |
| Alabama Department of Revenue | Little Bear Studios |
| Brunswick County Revenue Dept. | Mass Construction Corporation |
| California Department of Tax | MuteSix, LLC |
| City of Emeryville | NB Ventures, Inc. |
| DC Treasurer | Nest-Filler USA |
| Delaware Secretary of State | Outfront Media |
| HMRC Birmingham Stamp Office | PerkinElmer Informatics Inc. |
| Internal Revenue Service Center | Perpetua Labs, Inc. |
| NCDOR | Petty Cash Inc |
| New York State Corporation Tax | Pinterest, Inc |
| North Carolina Dept of Revenue | PMG Worldwide, LLC |
| North Carolina Secretary of State | Quiet Logistics, Inc. |

## Schedule 1

| | |
|---|---|
| Rakuten Advertising | AT&T Mobility LLC |
| Renfield Manufacturing LLC | AT&T U-verse(SM) |
| RR Donnelley & Sons Company | CloudWyze |
| Sartorius Stedim North America | First Digital Communications, LLC |
| TargetCW | Garratt-Callahan Company |
| Todd Shemarya Artists, Inc. | Linde Gas & Equipment Inc. |
| Walmart Inc | Paxio Inc |
| Wiley Companies | US Waste Industries, Inc. |
| Wisconsin BioProducts | Verizon Wireless |
| World Wide Technology, LLC | **Top 30 Creditors** |
| **U.S. Trustee Office** | U.S. Bank National Association, as Trustee for Convertible Notes |
| Benjamin Hackman | Palm beach Holdings 3940 LLC |
| Christine Green | Cosan US LLC |
| Diane Giordano | DB Ventures Ltd. |
| Dion Wynn | Epic W12 LLC |
| Edith A. Serrano | PMG Worldwide, LLC |
| Hannah M. McCollum | Nikko Chemicals Co Ltd |
| Holly Dice | Sartorius Stedim North America |
| James R. O'Malley | Hearst Magazine Media |
| Jane Leamy | Wiley Companies |
| Joseph Cudia | Park Wynwood, LLC |
| Joseph McMahon | Allog Transportes Internaciona |
| Juliet Sarkessian | Nest-Filler USA |
| Lauren Attix | ADL BIOPHARMA |
| Linda Casey | Cosmetix West |
| Linda Richenderfer | Evonik Corporation |
| Nyanquoi Jones | Todd Shemarya Artists, Inc. |
| Richard Schepacarter | Allure Labs, Inc. |
| Rosa Sierra-Fox | Shearman & Sterling LLP |
| Shakima L. Dortch | Rakuten Advertising |
| Timothy J. Fox, Jr. | ES East, LLC |
| **Utilities** | Workday, Inc. |
| ACI FLORIDA POWER & LIGHT | Nippon Surfactant Industries Co., Ltd (Nissa) |
| Advanced Chemical Transport Inc | Gibson, Dunn & Crutcher LLP |
| AT&T | Global4PL Supply Chain Services |
| Brunswick County Public Utilities | Outfront Media |
| ConEdison | Northwest Cosmetics Labs |
| Duke Energy | Microsoft Corporation |
| East Bay Municipal Utility District | Hollis R&D Associates |
| GFL ENVIRONMENTAL - COMPANY | DSM USA |
| M&M SANITATION CORPORATION | **Master Service List Parties** |
| NC DIVISION OF WASTE MANAGEMENT | A BETTER SOURCE, LLC* |
| Pacific Gas and Electric Company | Blank Rome LLP* |
| Piedmont Natural Gas | C T CORPORATION SYSTEM* |
| Waste Management of Alameda County | Continental Real Estate Companies* |
| WINTERS BROS WASTE SYSTEMS | |

## Schedule 1

| | |
|---|---|
| Caliope Realty Associatees LLC* | State Of Colorado* |
| CCA FINANCIAL, LLC* | State Of Connecticut* |
| Chodosh Realty Services, Inc* | State Of Delaware* |
| Colliers International* | State Of Florida* |
| CPI Hospitality LLC* | State Of Georgia* |
| CRESTMARK EQUIPMENT FINANCE, INC.* | State Of Hawaii* |
| Crown Properties* | State Of Idaho* |
| DATA SALES CO., INC.* | State Of Illinois* |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.* | State Of Indiana* |
| Delaware State Treasury* | State Of Iowa* |
| Design District Development Partners LLC* | State Of Kansas* |
| Design District ERFR LLC* | State Of Kentucky* |
| RFR Holding LLC* | State Of Louisiana* |
| District Of Columbia* | State Of Maine* |
| DSM USA* | State Of Maryland* |
| Duane Ventures* | State Of Massachusetts* |
| EMPLOYMENT DEVELOPMENT DEPARTMENT* | State Of Michigan* |
| EPLUS TECHNOLOGY, INC.* | State Of Minnesota* |
| Flowing Water Creek, LLC* | State Of Mississippi* |
| Foris* | State Of Missouri* |
| GACP FINANCE CO., LLC* | State Of Montana* |
| HILLDUN CORPORATION* | State Of Nebraska* |
| Hollis R & D Associates* | State Of Nevada* |
| Kaufman Friedman Plotnicki & Grun, LLP* | State Of New Hampshire* |
| Lachtman Cohen P.C* | State Of New Mexico* |
| Larringa Sisters LLC* | State Of New York* |
| McDermott Will & Emery LLP* | State Of North Carolina* |
| Microsoft Corporation* | State Of North Dakota* |
| NAXYRIS S.A.* | State Of Ohio* |
| Office of the United States Attorney for the District of Delaware* | State Of Oklahoma* |
| | State Of Oregon* |
| Office of the United States Trustee for the District of Delaware* | State Of Pennsylvania* |
| | State Of Rhode Island* |
| Olshan Frome Wolosky LLP* | State Of South Carolina* |
| PEAK, LLC* | State Of South Dakota* |
| Rakuten Marketing* | State Of Tennessee* |
| Sartorius Corporation* | State Of Texas* |
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P.* | State Of Utah* |
| Secretary of State* | State Of Vermont* |
| Securities and Exchange Commission* | State Of Virginia* |
| Shartsis Friese LLP* | State Of Washington* |
| State Of Alabama* | State Of West Virginia* |
| State Of Alaska* | State Of Wisconsin* |
| State Of Arizona* | State Of Wyoming* |
| State Of Arkansas* | Stewart Ward & Josephson LLP* |
| State Of California* | THE ROBERTS CONTAINER CORPORATION* |

**Schedule 1**

| | |
|---|---|
| TriStar Capital LLC* | **The Powell Firm, LLC*** |
| United States Attorney's Office for the District of Delaware* | **Rosen & Associates, P.C.*** |
| VARILEASE FINANCE, INC.* | **Gibbons P.C.*** |
| VFI KR SPE I LLC* | **STREUSAND, LANDON, OZBURN & LEMMON, LLP*** |
| Weisman, Brodie, Starr & Margolies, P.A.* | **Buchalter, A Professional Corporation*** |
| WELLS FARGO BANK, N.A.* | **Doshi Legal Group, P.C.*** |
| Wareham Property Group* | **Charles E. Boulbol, P.C.*** |
| Troutman Pepper Hamilton Sanders LLP* | **Benesch Friedlander Coplan & Aronoff LLP*** |
| **AA INVESTMENTS (HK) LIMITED*** | **Bielli & Klauder, LLC*** |
| **Clerkenwell Green Limited*** | **Moore & Van Allen, PLLC*** |
| **Dr. Reddy's Laboratories, Inc.*** | **Monzack Mersky and Browder, P.A.*** |
| **Francisco Costa and FCIP HoldCo LLC*** | **Barack Ferrazzano Kirschbaum & Nagelberg LLP*** |
| **Harris County*** | **Tucker Arensberg, P.C.*** |
| **Jonathan Van Ness and JVN Entertainment, Inc.*** | **DLA Piper LLP (US)*** |
| **Klein LLC*** | **Greenberg Traurig, LLP*** |
| **Lexon Insurance Company*** | **Tannenbaum Helpern Syracuse & Hirschtritt LLP*** |
| **NTT Data Americas, Inc.*** | **Morris James LLP*** |
| **Oracle America, Inc.*** | **Golenbock Eiseman Assor Bell & Peskoe LLP*** |
| **Panaya Ltd.*** | **Lenders' Professionals** |
| **Scent Theory Products LLC*** | Goodwin Procter LLP |
| **Thermo Fisher Scientific Inc.*** | Troutman Pepper Hamilton Sanders LLP |
| **THG Beauty USA, LLC*** | **Official Committee of Unsecured Creditors - Members and Professionals** |
| **Universidade Católica Portuguesa*** | Cosan U.S. Inc.* |
| **Windsong Global, LLC*** | U.S. Bank Trust Company, National Association as Trustee* |
| **Duane Morris LLP*** | Sartorius Stedim North America, Inc.* |
| **Arentfox Schiff LLP*** | Hearst Magazine Media, Inc.* |
| **Womble Bond Dickinson (US) LLP*** | Wiley Companies* |
| **Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.*** | Park Wynwood, LLC.* |
| **Mololamken LLP*** | Allog Participacoes, Ltda* |
| **deLeeuw Law LLC*** | Potter Anderson & Corroon LLP* |
| **Ballard Spahr LLP*** | White & Case LLP* |
| **Mayerson & Hartheimer PLLC*** | **Additional Interested Parties** |
| **Arnold & Porter Kaye Scholer LLP*** | **Ayala Cove Bidco LLC*** |
| **Cole Schotz P.C.*** | **Sakana, LLC*** |
| **Young Conaway Stargatt & Taylor, LLP*** | **Ted A. Martens*** |
| **Lewis Brisbois Bisgaard & Smith LLP*** | |
| **Foley Hoag LLP*** | |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP*** | |
| **Cross & Simon, LLC*** | |
| **Nixon Peabody LLP*** | |
| **Linebarger Goggan Blair & Sampson, LLP*** | |
| **Cyrulnik Fattaruso LLP*** | |
| **Richards, Layton & Finger, P.A*** | |
| **Harris Beach PLLC*** | |

*Name is not provided in the IPL but added by PwC as deemed necessary for disclosure purposes