# SCHEDULE 2

## Schedule 2

| | |
|---|---|
| **Bankruptcy Judges and Staff** | MG Empower Limited |
| Judge J. Kate Stickles | Novvi LLC |
| **Bankruptcy Professionals** | Onda Beauty Inc. |
| Fenwick & West LLP | Total Amyris Bioslutions BV |
| Goodwin Procter LLP | Upland 1 LLC |
| Latham & Watkins | **Director (former)** |
| Pachulski Stang Ziehl & Jones LLP | Williams, R. Neil |
| Paul Hastings | **Insurance** |
| PwC | ACE American Insurance Company |
| Stretto | Everest Indemnity Insurance Company |
| Ankura | Federal Insurance Company |
| **Banks** | Hiscox |
| BANK OF THE WEST | Travelers |
| Barclays | Underwriters at Lloyd's London |
| HSBC | **Landlords** |
| J.P. MORGAN SE | Emerystation Triangle, LLC |
| JPMORGAN CHASE BANK, N.A. | ES East, LLC |
| US Bank | Holis R&D Associates |
| **Bondholders - Indenture Trustee** | McDermott Will & Emery LLP |
| U.S. Bank National Association, as Trustee for Convertible Notes | Colliers International |
| **Debtor or Debtor affiliate** | Continental Real Estate Companies |
| AB Technologies LLC | **Lenders** |
| Accessbio LLC | DSM Finance B.V. |
| AMF Low Carbon, LLC | **Litigation - US** |
| Amyris Bio Products Portugal, Unipessoal, Lda | Amyris, Inc. v. Lavvan, Inc. |
| Amyris Biotecnologia do Brasil Ltda | BaM Productions, Inc. v. Amyris Clean Beauty, Inc. |
| Amyris Clean Beauty Latam | Disruptional Ltd. and &Vest Beauty Labs LP v. Amyris, Inc. |
| Amyris Clean Beauty, Inc. | Jasmina Samardzic v. Amyris, Inc. |
| Amyris Eco-Fab LLC | Keith Jordan Bronsdon v. Amyris, Inc. |
| Amyris Europe Trading B.V. | Lavvan Inc. v. Amyris, Inc. |
| Amyris Fermentacao de Performance Ltda | Little Bear Studios v. Amyris Clean Beauty et al. |
| Amyris Fuels, LLC | Park Wynwood, LLC v. Amyris, Inc. |
| Amyris Purificacao de Performance do Brasil Ltda | PMG Worldwide LLC v. Amyris Clean Beauty, Inc |
| Amyris Realsweet, LLC | Reid Architecture PLLC v. Amyris, Inc. |
| Amyris UK Trading Limited | Roth v. Foris Ventures, LLC et al. |
| Amyris, Inc. | Strukmyer, LLC v. Amyris Clean Beauty, Inc. |
| Amyris-Olika, LLC | Velem LLC v. Amyris Clean Beauty, Inc. |
| Aprinnova, LLC | Wilkins Media, LLC, v. Amyris, Inc. |
| Beauty Labs International Limited | Ziegelman et al. v. Amyris, Inc. |
| Clean Beauty 4U LLC | **Officer (current)** |
| Clean Beauty 4U Holdings LLC | Alvarez, Eduardo |
| Clean Beauty Collaborative, Inc. | Kieftenbeld, Hermanus |
| DIPA Co., LLC | **Ordinary Course Professionals** |
| Ecofab, LLC | Accenture LLP |
| Interfaces Industria e Comercio de Cosméticos Ltda | CFGI Holdings, LLC |

Page 1

## Schedule 2

| | |
|---|---|
| **Cowen & Company LLC** | MuteSix, LLC |
| Deloitte Tax LLP | **NB Ventures, Inc.** |
| Duff & Phelps LLC | Outfront Media |
| Global Retirement Partners, LLC | PerkinElmer Informatics Inc. |
| Hanson Bridgett LLP | Perpetua Labs, Inc. |
| Macias Gini & O'Connell LLP | Pinterest, Inc |
| Oppenheimer & Co. Inc. | PMG Worldwide, LLC |
| Shipman & Goodwin LLP | RR Donnelley & Sons Company |
| Squire Patton Boggs | Sartorius Stedim North America |
| Deloitte Consulting, LLP | Walmart Inc |
| Fish & Richardson P.C. | World Wide Technology, LLC |
| **Other Professionals** | **Utilities** |
| Deloitte Consulting, LLP | AT&T |
| Fish & Richardson P.C. | ConEdison |
| Gibson, Dunn & Crutcher LLP | Duke Energy |
| Macias Gini & O'Connell LLP | East Bay Municipal Utility District |
| Shearman & Sterling LLP | GFL ENVIRONMENTAL - COMPANY |
| **Regulatory Agencies** | Pacific Gas and Electric Company |
| FDA | Piedmont Natural Gas |
| **Taxing Authorities** | **Waste Management of Alameda County** |
| Alabama Department of Revenue | AT&T Mobility LLC |
| DC Treasurer | AT&T U-verse(SM) |
| Delaware Secretary of State | Linde Gas & Equipment Inc. |
| Internal Revenue Service Center | Verizon Wireless |
| New York State Corporation Tax | **Top 30 Creditors** |
| North Carolina Dept of Revenue | U.S. Bank National Association, as Trustee for Convertible Notes |
| North Carolina Secretary of State | Cosan US LLC |
| NYC Department of Finance | DB Ventures Ltd. |
| Oklahoma Tax Commission - Franchise | PMG Worldwide, LLC |
| State of California Franchise Tax Board | Sartorius Stedim North America |
| State of New Jersey | Evonik Corporation |
| Texas Comptroller of Public Accts | Shearman & Sterling LLP |
| The Commonwealth of Massachusetts | ES East, LLC |
| United States Treasury | Workday, Inc. |
| Wyoming Department of Revenue | Gibson, Dunn & Crutcher LLP |
| **Trade Vendors - US** | Outfront Media |
| Agilent Technologies Inc | Microsoft Corporation |
| Avalara, Inc. | Hollis R&D Associates |
| Capsum Inc. | DSM USA |
| CFGI Holdings, LLC | **Master Service List Parties** |
| Cigna HealthCare | Blank Rome LLP |
| DB Ventures Limited | C T CORPORATION SYSTEM |
| DSM Nutritional Products Ltd | Continental Real Estate Companies |
| Evonik Corporation | CCA FINANCIAL, LLC |
| Facebook, Inc. | Colliers International |
| Fusion Packaging, LLC | |

**Schedule 2**

| | |
|---|---|
| CRESTMARK EQUIPMENT FINANCE, INC. | State Of North Dakota |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | State Of Ohio |
| Delaware State Treasury | State Of Oklahoma |
| RFR Holding LLC | State Of Oregon |
| District Of Columbia | State Of Rhode Island |
| DSM USA | State Of South Carolina |
| EMPLOYMENT DEVELOPMENT DEPARTMENT | State Of Tennessee |
| EPLUS TECHNOLOGY, INC. | State Of Texas |
| Hollis R & D Associates | State Of Utah |
| McDermott Will & Emery LLP | State Of Vermont |
| Microsoft Corporation | State Of Virginia |
| Sartorius Corporation | State Of Washington |
| Secretary of State | State Of West Virginia |
| Securities and Exchange Commission | State Of Wisconsin |
| **Shartsis Friese LLP** | State Of Wyoming |
| State Of Alabama | WELLS FARGO BANK, N.A. |
| State Of Alaska | Troutman Pepper Hamilton Sanders LLP |
| State Of Arizona | **Dr. Reddy's Laboratories, Inc.** |
| State Of Arkansas | **Oracle America, Inc.** |
| State Of California | **Panaya Ltd.** |
| State Of Colorado | **Thermo Fisher Scientific Inc.** |
| State Of Connecticut | **Duane Morris LLP** |
| State Of Delaware | **Arentfox Schiff LLP** |
| State Of Florida | **Womble Bond Dickinson (US) LLP** |
| State Of Georgia | **deLeeuw Law LLC** |
| State Of Hawaii | **Ballard Spahr LLP** |
| State Of Idaho | **Arnold & Porter Kaye Scholer LLP** |
| State Of Illinois | **Cole Schotz P.C.** |
| State Of Indiana | **Lewis Brisbois Bisgaard & Smith LLP** |
| State Of Iowa | **Foley Hoag LLP** |
| State Of Kansas | **Paul, Weiss, Rifkind, Wharton & Garrison LLP** |
| State Of Louisiana | **Nixon Peabody LLP** |
| State Of Maine | **Buchalter, A Professional Corporation** |
| State Of Maryland | **Benesch Friedlander Coplan & Aronoff LLP** |
| State Of Massachusetts | **Moore & Van Allen, PLLC** |
| State Of Michigan | **Barack Ferrazzano Kirschbaum & Nagelberg LLP** |
| State Of Minnesota | **DLA Piper LLP (US)** |
| State Of Mississippi | **Greenberg Traurig, LLP** |
| State Of Missouri | **Lenders' Professionals** |
| State Of Montana | Goodwin Procter LLP |
| State Of Nebraska | Troutman Pepper Hamilton Sanders LLP |
| State Of Nevada | **Official Committee of Unsecured Creditors - Members and Professionals** |
| State Of New Hampshire | |
| State Of New Mexico | Cosan U.S. Inc. |
| State Of New York | U.S. Bank Trust Company, National Association as Trustee |
| State Of North Carolina | |

**Schedule 2**

| |
|---|
| Sartorius Stedim North America, Inc. |
| Potter Anderson & Corroon LLP |
| White & Case LLP |
| **Additional Interested Parties** |
| **Ted A. Martens** |