# **EXHIBIT 1**

**APPLICANTS**

| Applicant | Period | Interim Fees Requested to be Paid | Interim Expenses Requested to be Paid | Agreed Reduction | Interim Fees and Expenses Authorized |
|---|---|---|---|---|---|
| **Potter Anderson & Corroon LLP** *as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 796] | August 28, 2023 – October 31, 2023 | $251,779.00 | $8,695.22 | $490.00 | $259,984.22 |
| **White & Case LLP** *as Counsel for the Official Committee of Unsecured Creditors* [Docket No. 791] | August 28, 2023 – October 31, 2023 | $3,166,771.00[1] | $16,872.58[2] | $1,184.00 | $3,182,459.58 |
| **TOTALS** | | **$3,418,550.00** | **$25,567.80** | **$1,674.00** | **$3,442,443.80** |

---

[1] This amount reflects voluntary fee reductions of $132,913.00 during the Compensation Period, applied prior to the filing of each Monthly Fee Application.

[2] This amount reflects a reduction of $5,071.88 in expenses incurred during the Compensation Period, applied prior to the filing of each Monthly Fee Application, including any reductions required pursuant to Local Bankruptcy Rule 2016-2(e)(iii).

11270103v.1