**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SERVICE OF DEBTORS' OBJECTIONS AND RESPONSES TO LAVVAN, INC.'S ESTIMATION AND CLAIM OBJECTION DISCOVERY REQUESTS**

**PLEASE TAKE NOTICE** that on January 12, 2024, a true and correct copy of the following documents were served on counsel to Lavvan, Inc. via email, as set forth below :

1.  Debtors' Responses to Requests for Admission Contained in Lavvan, Inc.'s First Set of Estimation and Claims Objection Discovery Requests Directed to Debtors;

2.  Debtors' Objections and Responses to Requests for Production of Documents Contained in Lavvan, Inc.'s First Set of Estimation and Claims Objection Discovery Requests Directed to Debtors; and

3.  Debtors' Objections and Responses to Interrogatories Contained in Lavvan, Inc.'s First Set of Estimation and Claims Objection Discovery Requests Directed to Debtors.

| **RICHARDS, LAYTON & FINGER, P.A.** | **CYRULNIK FATTARUSO LLP** |
|---|---|
| Russell C. Silberglied | Jason Cyrulnik |
| Zachary J. Javorsky | Paul Fattaruso |
| Cory D. Kandestin | Email: cyrulnik@cf-llp.com |
| Email: silberglied@rlf.com | pfattaruso@cf-llp.com |
| javorsky@rlf.com | |
| kandestin@rlf.com | |

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Dated:  January 12, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*