**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.:  23-11131 (TMH) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: Jan. 30, 2024, 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF FTI CONSULTING, INC. FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. ("**FTI**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively the "**Debtors**") |
| Date of Retention: | October 6, 2023 [Docket No. 487], *Effective as of* August 30, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | November 1, 2023 – November 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $626,326.50 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $501,061.20 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $125,265.30 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $815.09 |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| Total Interim Compensation and Reimbursement of Expenses Sought: | $627,141.59 |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $501,876.29 |

This is a <u>monthly</u> fee application.

Pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] (the "**Interim Compensation Procedures**"), FTI, as financial advisor to the Committee, hereby submits this Monthly Fee Application[2] for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $501,876.29, consisting of 80% of the $626,326.50 in fees earned and 100% of the $815.09 in expenses incurred.

## <u>Background</u>

1.      On August 9, 2023, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.  On August 21, 2023 (with August 9, 2023, as applicable, the "Petition Date"), three additional subsidiaries (Clean Beauty Collaborative, Inc., Clean Beauty 4U Holdings, LLC, and Clean Beauty 4U LLC) filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court.

2.      On August 27, 2023, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the Notice of Appointment of Committee of Unsecured Creditors [Docket No. 152].

---

[2]      Capitalized terms used but not otherwise defined herein shall have the definitions ascribed to them in the Interim Compensation Procedures.

The Committee members are:

    a)  Cosan U.S Inc;

    b)  U.S. Bank Trust Company, National Association as Trustee;

    c)  Sartorius Stedim North America, Inc.;

    d)  Hearst Magazine Media, Inc.;

    e)  Wiley Companies;

    f)  Park Wynwood, LLC, and;

    g)  Allog Participacoes, Ltda.

3.      On August 30, 2023, the Committee selected FTI as its financial advisor.

4.      On October 6, 2023, the Court entered the Order Authorizing Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 30, 2023[Docket No. 487].

## Disbursements Incurred

5.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by FTI; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by FTI.  The blended rate for compensation requested in this Monthly Fee Application is approximately $1,063.55 per hour.[3]

6.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by FTI timekeepers in rendering services to the Committee during the

---

[3]    The blended rate is calculated by taking the total of fees sought in this Monthly Fee Application and dividing by the total of hours sought in this Monthly Fee Application, rounded to the nearest dollar.

Compensation Period.

7.      **Exhibit C** sets forth the time records for FTI timekeepers for which compensation is sought by FTI, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

8.      **Exhibit D** sets forth a summary of expenses for which FTI seeks reimbursement.

9.      **Exhibit E** sets forth detailed entries of expenses for which FTI seeks reimbursement.

## Reservation of Rights

10.      Although FTI has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Fee Application due to delays caused by accounting and processing during the Compensation Period.  FTI reserves the right to seek payment of such fees and expenses not included herein.

## Notice

11.      FTI will provide notice of this Monthly Fee Application to the Notice Parties [*see* Docket No. 279 ¶ 2.a] in accordance with the Interim Compensation Procedures.

## Certification of Compliance

12.      The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information, and belief, this Monthly Fee Application complies with the requirements of that Local Rule.  To the extent it does not, FTI submits that such variation is insubstantial.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 16, 2024
　　　New York, New York

Respectfully submitted,

By: */s/ Clifford A. Zucker*　　　　　

Clifford A. Zucker

**FTI Consulting, Inc.**
1166 Avenue of the Americas FL 15
New York, New York, 10036
Telephone: (212) 841-9355
Email: cliff.zucker@fticonsulting.com

*Financial Advisor to the Official Committee
of Unsecured Creditors*