# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CANCELLATION OF AUCTION
## FOR THE DEBTORS' LAB-TO-MARKET™ ASSETS

**PLEASE TAKE NOTICE** that, on December 20, 2023, the Bankruptcy Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtors' Lab-to-Market Assets; (B) Setting Minimum Reserve Price; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief* [Docket No. 969] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the deadline for parties to submit a bid for the Debtors' Lab-to-Market™ Assets was January 16, 2024, at 5:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualifying Bids for the Lab-to-Market™ Assets and, accordingly, have determined, in consultation with the Consultation Parties, that the Auction is cancelled.

[R*emainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] A capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Bid Procedures Order or, as applicable, the Bid Procedures attached thereto as Exhibit 1.

SF 4876-4751-5806.1 03703.004

| | |
|---|---|
| Dated: January 17, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |