## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF GLENN F. OSTRAGER IN SUPPORT OF THE OBJECTION OF ANDREW E. ROTH, AN AMYRIS SHAREHOLDER, TO CONFIRMATION OF THE DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION

GLENN F. OSTRAGER, hereby declares under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1.      I am an attorney at law duly admitted to practice in the State of New York.  I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently to the contents of this declaration.  I make this declaration in support of the Objection by Andrew E. Roth, a shareholder of Amyris, Inc., to confirmation of the Debtors' Second Amended Joint Plan of Reorganization.

2.      I am a partner with the law firm of Ostrager Chong Flaherty and Broitman P.C. ("OCFB") and maintain an office for the practice of law at 437 Madison Avenue, 24th Floor, New York, New York 10022-7035.

3.      I was admitted *pro hac vice* to this Court on August 24, 2023.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an email dated January 4, 2024 at 8:56 pm that I received from Samuel Hershey of White & Case, counsel for the Creditors' Committee.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of an email dated January 5, 2024 at 4:48 pm that I received from Gregory Pesce of White & Case, counsel for the Creditors' Committee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   January 18, 2024
                        New York, New York


                                                            Glenn F. Ostrager

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2024, a true and correct copy of the foregoing Declaration of Glenn Ostrager in Support of the Objection of Andrew E. Roth, An Amyris Shareholder, To Confirmation of The Debtors' Second Amended Joint Plan of Reorganization was furnished to all ECF Participants via the CM/ECF system, and/or served via email upon the following:

Debtors' Counsel
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Attn: James E. O'Neill (joneill@pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw.com);
Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com)

Counsel to the DIP Lenders, DIP Agent and the Foris Prepetition Secured Lenders
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
Attn: Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas
(anicas@goodwinlaw.com), and Debora A. Hoehne (dhoehne@goodwinlaw.com)

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100, 1313 N. Market Street
Wilmington, DE 19899
Attn: David M. Fournier (david.fournier@troutman.com)


Counsel to the Official Committee of Unsecured Creditors
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Attn: Gregory Pesce, (gregory.pesce@whitecase.com) and Andrew O'Neill,
(aoneill@whitecase.com), John Ramirez, (john.ramirez@whitecase.com) and Andrea Kropp,
(andrea.kropp@whitecase.com)

Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Attn: Christopher M. Samis, (csamis@potteranderson.com), Katelin A. Morales,
(kmorales@potteranderson.com), Sameen Rizvi (srizvi@potteranderson.com)

Counsel to Ad Hoc Noteholder Group
Frank Merola, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: frankmerola@paulhastings.com, johnstorz@paulhastings.com,
matthewfriedrick@paulhastings.com, carolinediaz@paulhastings.com

MOLOLAMKEN LLP
Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Sara E. Margolis, Esq.
Mark W. Kelley, Esq.
Catherine Martinez, Esq.
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Email: smolo@mololamken.com
jellis@mololamken.com
smargolis@mololamken.com
mkelley@mololamken.com
cmartinez@mololamken.com

BLANK ROME LLP
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: stanley.tarr@blankrome.com, lorenzo.thomas@blankrome.com

Counsel for U.S. Bank Trust Company, National Association, as Trustee for Convertible Senior
Notes Due 2026
GREENBERG TRAURIG, LLP
Michael B. Fisco
Eric J. Howe
Whitney A. Mark
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Telephone: 212-450-4725
Email: FiscoM@gtlaw.com
HoweE@gtlaw.com
Whitney.Mark@gtlaw.com

Ad Hoc Group of Cross-Holders
ARENTFOX SCHIFF LLP
Andrew I. Silfen
Beth M. Brownstein
1300 Avenue of the Americas, 42nd Floor
New York, New York 10000
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@afslaw.com
Email: beth.brownstein@afslaw.com


WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward
Ericka F. Johnson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Eric J. Silver
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-4175
Facsimile: (305) 789-2688
Email: esilver@stearnsweaver.com

Office of the U.S. Trustee
Office of the U.S. Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware, 19801
Attn: John Schanne, Esq. (John.Schanne@usdoj.gov)

RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7815
Email: silberglied@rlf.com
mathews@rlf.com


CYRULNIK FATTARUSO LLP

55 Broadway, Third Floor
New York, NY 10006
Telephone: (917) 353-3005
Email: jcyrulnik@cf-llp.com
pfattaruso@cf-llp.com

KTBS LAW LLP
David M. Stern
Samuel M. Kidder
Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: dstern@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com

  */s/ Brad deLeeuw*
Brad deLeeuw (DE No. 3569)
**deLeeuw Law LLC**
1301 Walnut Green Road
Wilmington, DE 19807
Phone: (302) 274-2180
Email: brad@deleeuwlaw.com

Glenn F. Ostrager (*admitted pro hac vice*)
Joshua S. Broitman (*admitted pro hac vice*)
**Ostrager Chong Flaherty & Broitman P.C.**
437 Madison Avenue, 24th Floor
New York, NY 10022-7034
Phone: (212) 702-7041
Email: gostrager@ocfblaw.com
        jbroitman@ocfblaw.com