# EXHIBIT 1

# Josh Broitman

| | |
|---|---|
| **From:** | Hershey, Samuel <sam.hershey@whitecase.com> |
| **Sent:** | Thursday, January 4, 2024 8:56 PM |
| **To:** | Josh Broitman; Pesce, Gregory |
| **Cc:** | Glenn Ostrager; Roberto Gomez; O'Neill, Andrew |
| **Subject:** | RE: Amyris, Inc. et al., Case No. 23-11131 (TMH), U.S. Bankruptcy Court for the Dist. of Delaware - Request for Creditors Committee to substitute as Plaintiff in a Section 16(b) case on behalf of Amyris, Inc. -- 9th Circuit Decision Today |

Josh,

The Committee has reached a settlement with the Debtors and is supporting the Plan, which includes releases for, among other parties, Mr. Doerr and Foris. We therefore cannot assume the mantle of your clients claims.

Best,
Sam

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**WHITE & CASE**

---

**From:** Josh Broitman <JBroitman@ocfblaw.com>
**Sent:** Thursday, January 4, 2024 2:51 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>; Pesce, Gregory <gregory.pesce@whitecase.com>
**Cc:** Glenn Ostrager <gostrager@ocfblaw.com>; Roberto Gomez <RLGomez@ocfblaw.com>; O'Neill, Andrew <aoneill@whitecase.com>
**Subject:** [EXT] RE: Amyris, Inc. et al., Case No. 23-11131 (TMH), U.S. Bankruptcy Court for the Dist. of Delaware - Request for Creditors Committee to substitute as Plaintiff in a Section 16(b) case on behalf of Amyris, Inc. -- 9th Circuit Decision Today

Hi Sam,

I hope you had a nice holiday. Happy New Year!

Are you available tomorrow for a call to discuss our Section 16(b) claim against Foris Ventures on behalf of Amyris?

Thanks,

Josh

Josh Broitman
Ostrager Chong Flaherty & Broitman P.C.
Direct: (212) 702-7049

---

**From:** Josh Broitman
**Sent:** Wednesday, December 13, 2023 11:55 AM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>; Pesce, Gregory <gregory.pesce@whitecase.com>

1

# EXHIBIT 2

**Josh Broitman**

| | |
|---|---|
| **From:** | Pesce, Gregory <gregory.pesce@whitecase.com> |
| **Sent:** | Friday, January 5, 2024 4:48 PM |
| **To:** | Glenn Ostrager; Schanne, John (USTP) |
| **Cc:** | Josh Broitman; Hershey, Samuel; O'Neill, Andrew; Roberto Gomez |
| **Subject:** | RE:  RE: Amyris, Inc. et al., Case No. 23-11131 (TMH), U.S. Bankruptcy Court for the Dist. of Delaware - Request for Creditors Committee to substitute as Plaintiff in a Section 16(b) case on behalf of Amyris, Inc. -- 9th Circuit Decision Today |

Glenn,

We respectfully disagree with your email which is not accurate as to the Plan.

The Committee is a fiduciary for creditors.  The Committee itself does not have any claims itself.  The Committee supports the Debtors releasing the claims that the estates have against Mr. Doerr under the Plan.  The Committee is not in a position to preserve these claims given our settlement with the Debtors and Mr. Doerr, who is paying for the releases by providing consideration to the estates for this release.

**Gregory F. Pesce**  |  Partner
**T**  +1 312 881 5360     **E** gregory.pesce@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

**WHITE & CASE**

---

**From:** Glenn Ostrager <gostrager@ocfblaw.com>
**Date:** Friday, Jan 05, 2024 at 4:36 PM
**To:** Pesce, Gregory <gregory.pesce@whitecase.com>, Schanne, John (USTP) <John.Schanne@usdoj.gov>
**Cc:** Josh Broitman <JBroitman@ocfblaw.com>, Hershey, Samuel <sam.hershey@whitecase.com>, O'Neill, Andrew <aoneill@whitecase.com>, Roberto Gomez <RLGomez@ocfblaw.com>
**Subject:** [EXT] RE: Amyris, Inc. et al., Case No. 23-11131 (TMH), U.S. Bankruptcy Court for the Dist. of Delaware - Request for Creditors Committee to substitute as Plaintiff in a Section 16(b) case on behalf of Amyris, Inc. -- 9th Circuit Decision Today

Greg:

    The Creditor's Committee has agreed to a Plan that releases our client's derivative Section 16(b) claim against Foris Ventures and Doerr, <u>purportedly</u> for no consideration.  Since early August we have implored the Committee to pursue the Section 16(b) action which seeks at least $6.4M from Foris Ventures and John Doerr for the benefit of Amyris.  These defendants are principal beneficiaries of the Plan and control Amyris through secured claims.  In these circumstances, your advice that:  "The Committee has reached a settlement with the Debtors and is supporting the Plan, which includes releases for, among other parties, Mr. Doerr and Foris" is to say the least troublesome.   The Section 16(b) defendants have obtained a release for themselves for no consideration against the interests of the Committee.

    In our derivative action on behalf of Amyris, the company unsuccessfully moved to dismiss the Complaint in the district court, and then joined with the Foris and Doerr