# EXHIBIT B

JPMORGAN CHASE BANK, N.A.
GLOBAL TRADE OPERATIONS
10420 HIGHLAND MANOR DRIVE, FLOOR 04
TAMPA, FL 33610-9128

DATE : 05 Apr 2022

IRREVOCABLE LETTER OF CREDIT NO. 1862

BENEFICIARY:

BOND SAFEGUARD INSURANCE COMPANY, AND/OR
LEXON INSURANCE COMPANY,
ENDURANCE AMERICAN INSURANCE COMPANY,
ENDURANCE ASSURANCE CORPORATION
12890 LEBANON ROAD
MOUNT JULIET, TN 37122
ATTENTION: BOND DEPARTMENT

WE HAVE ESTABLISHED THIS IRREVOCABLE LETTER OF CREDIT NO.
1862 ("LETTER OF CREDIT") IN YOUR FAVOR FOR THE ACCOUNT
OF AMYRIS, INC., 5885 HOLLIS STREET, SUITE 100, EMERYVILLE, CA
94608 FOR DRAWING UP TO THE AGGREGATE AMOUNT OF
USD 400,000.00 (FOUR HUNDRED THOUSAND AND 00/100 UNITED STATES
DOLLARS) EFFECTIVE IMMEDIATELY AND EXPIRING AT OUR OFFICE AT
JPMORGAN CHASE BANK, N.A., 10420 HIGHLAND MANOR DR., 4TH FL,
TAMPA, FL 33610, WITH OUR CLOSE OF BUSINESS ON APRIL 6, 2023.
EXCEPT WHEN THE AMOUNT OF THIS IRREVOCABLE LETTER OF CREDIT IS
INCREASED, THE CREDIT CANNOT BE MODIFIED OR REVOKED WITHOUT YOUR
WRITTEN CONSENT.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN
ON US IN YOUR FAVOR, FOR ALL OR ANY PART OF THIS LETTER OF
CREDIT, IF PRESENTED AT OUR OFFICE AT JPMORGAN CHASE BANK, N.A.,
10420 HIGHLAND MANOR DRIVE, TAMPA, FL 33610, ATTENTION STANDBY
LETTER OF CREDIT DEPT. , ON OR BEFORE THE EXPIRY DATE OR ANY
AUTOMATICALLY EXTENDED DATE.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF
LAW OF THE NAMED BENEFICIARY, INCLUDING WITHOUT LIMITATION, ANY
LIQUIDATOR, REHABILITATOR, RECEIVER OR CONSERVATOR.

EXCEPT AS STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY
AGREEMENT, REQUIREMENT, CONDITION OR QUALIFICATION. OUR
OBLIGATION UNDER THIS LETTER OF CREDIT SHALL BE OUR INDIVIDUAL
OBLIGATION, IN NO WAY CONTINGENT UPON REIMBURSEMENT OR OUR
ABILITY TO PERFECT ANY LIEN OR SECURITY INTERESTS WITH RESPECT
THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE
DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE (1) YEAR
FROM THE EXPIRATION DATE HEREOF, OR ANY FUTURE EXPIRATION DATE,
UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO ANY EXPIRATION DATE WE
SHALL SEND NOTICE TO YOU BY LETTER SENT CERTIFIED MAIL OR
COURIER TO YOUR ADDRESS SET FORTH ABOVE THAT WE ELECT NOT TO
CONSIDER THIS LETTER OF CREDIT EXTENDED FOR ANY SUCH ADDITIONAL

*Continuation of our Reference*  ██████1862

PERIOD.

ALL DRAFTS MUST BE MARKED: "DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF CREDIT NO. ██████1862."

ANY ONE BENEFICIARY OR COMBINATION OF BENEFICIARIES, ACTING INDIVIDUALLY OR COLLECTIVELY, MAY DRAW ON THIS LETTER OF CREDIT IN FULL OR IN PART, AND ANY ACTION TAKEN BY ANY OR ALL BENEFICIARIES HEREUNDER SHALL BIND EACH OF THEM. PAYMENT WILL BE MADE TO THE PARTICULAR NAMED BENEFICIARY THAT DREW THE APPLICABLE DRAFT HEREUNDER. ANY AMENDMENTS HERETO REQUIRE THE WRITTEN AGREEMENT OF ALL BENEFICIARIES.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE ICC UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS PUBLICATION NO. 600 (2007 REVISION) ("UCP 600"). TO THE EXTENT THAT APPLICABLE PROVISIONS OF UCP 600 ARE NOT IN CONFLICT, IN WHICH CASE THE PROVISIONS OF UCP 600 SHALL PREVAIL, THIS LETTER OF CREDIT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK. NOTWITHSTANDING ARTICLE 36 OF UCP600, IF THIS LETTER OF CREDIT EXPIRES DURING AN INTERRUPTION OF OUR BUSINESS AS DESCRIBED IN SAID ARTICLE 36, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THE LETTER OF CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF OUR BUSINESS.

PLEASE ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO THE JPMORGAN CHASE BANK, N.A., 10420 HIGHLAND MANOR DR., 4TH FL, TAMPA, FL 33610, INCLUDING THE LETTER OF CREDIT NUMBER MENTIONED ABOVE.

YOURS FAITHFULLY,
JPMORGAN CHASE BANK, N.A.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

JPMORGAN CHASE BANK, N.A.
GLOBAL TRADE OPERATIONS
10420 HIGHLAND MANOR DRIVE, FLOOR 04
TAMPA, FL 33610-9128

DATE : 23 Aug 2022

IRREVOCABLE LETTER OF CREDIT NO. ████4123

BENEFICIARY:

BOND SAFEGUARD INSURANCE COMPANY,
LEXON INSURANCE COMPANY,
ENDURANCE AMERICAN INSURANCE COMPANY,
ENDURANCE ASSURANCE CORPORATION
12890 LEBANON ROAD
MOUNT JULIET, TN 37122
ATTENTION: BOND DEPARTMENT

WE HAVE ESTABLISHED THIS IRREVOCABLE LETTER OF CREDIT
NO. ████4123 ("LETTER OF CREDIT") IN YOUR FAVOR AT THE
REQUEST OF AMYRIS, INC., 5885 HOLLIS STREET, SUITE 100,
EMERYVILLE, CA 94608 AND FOR THE ACCOUNT OF AMYRIS CLEAN BEAUTY,
INC., 5885 HOLLIS STREET, SUITE 100, EMERYVILLE, CA 94608 FOR
DRAWING UP TO THE AGGREGATE AMOUNT OF USD 400,000.00 (FOUR
HUNDRED THOUSAND AND 00/100 UNITED STATES DOLLARS) EFFECTIVE
IMMEDIATELY AND EXPIRING AT OUR OFFICE AT JPMORGAN CHASE
BANK, N.A., 10420 HIGHLAND MANOR DR., 4TH FL, TAMPA, FL 33610,
WITH OUR CLOSE OF BUSINESS ON SEPTEMBER 4, 2023. EXCEPT WHEN
THE AMOUNT OF THIS IRREVOCABLE LETTER OF CREDIT IS INCREASED,
THE CREDIT CANNOT BE MODIFIED OR REVOKED WITHOUT YOUR WRITTEN
CONSENT.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN
ON US IN YOUR FAVOR, FOR ALL OR ANY PART OF THIS LETTER OF
CREDIT, IF PRESENTED AT OUR OFFICE AT JPMORGAN CHASE BANK, N.A.,
GLOBAL TRADE OPERATIONS, 10420 HIGHLAND MANOR DR., 4TH FL, TAMPA,
FL 33610, ATTN: STANDBY LETTER OF CREDIT DEPT., ON OR BEFORE THE
EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED DATE.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF
LAW OF THE NAMED BENEFICIARY, INCLUDING WITHOUT LIMITATION, ANY
LIQUIDATOR, REHABILITATOR, RECEIVER OR CONSERVATOR.

EXCEPT AS STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY
AGREEMENT, REQUIREMENT, CONDITION OR QUALIFICATION. OUR
OBLIGATION UNDER THIS LETTER OF CREDIT SHALL BE OUR INDIVIDUAL
OBLIGATION, IN NO WAY CONTINGENT UPON REIMBURSEMENT OR OUR
ABILITY TO PERFECT ANY LIEN OR SECURITY INTERESTS WITH RESPECT
THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE
DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE (1) YEAR
FROM THE EXPIRATION DATE HEREOF, OR ANY FUTURE EXPIRATION DATE,
UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO ANY EXPIRATION DATE WE
SHALL SEND NOTICE TO YOU BY LETTER SENT CERTIFIED MAIL OR
COURIER TO YOUR ADDRESS SET FORTH ABOVE THAT WE ELECT NOT TO
CONSIDER THIS LETTER OF CREDIT EXTENDED FOR ANY SUCH ADDITIONAL

Continuation of our Reference ▮▮▮4123

PERIOD.

ALL DRAFTS MUST BE MARKED: "DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF CREDIT NO. ▮▮▮4123."

ANY ONE BENEFICIARY OR COMBINATION OF BENEFICIARIES, ACTING INDIVIDUALLY OR COLLECTIVELY, MAY DRAW ON THIS LETTER OF CREDIT IN FULL OR IN PART, AND ANY ACTION TAKEN BY ANY OR ALL BENEFICIARIES HEREUNDER SHALL BIND EACH OF THEM. PAYMENT WILL BE MADE TO THE PARTICULAR NAMED BENEFICIARY THAT DREW THE APPLICABLE DRAFT HEREUNDER. ANY AMENDMENTS HERETO REQUIRE THE WRITTEN AGREEMENT OF ALL BENEFICIARIES.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE ICC UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS PUBLICATION NO. 600 (2007 REVISION) ("UCP 600"). TO THE EXTENT THAT APPLICABLE PROVISIONS OF UCP 600 ARE NOT IN CONFLICT, IN WHICH CASE THE PROVISIONS OF UCP 600 SHALL PREVAIL, THIS LETTER OF CREDIT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK. NOTWITHSTANDING ARTICLE 36 OF UCP600, IF THIS LETTER OF CREDIT EXPIRES DURING AN INTERRUPTION OF OUR BUSINESS AS DESCRIBED IN SAID ARTICLE 36, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THE LETTER OF CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF OUR BUSINESS.

PLEASE ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO THE JPMORGAN CHASE BANK, N.A., 10420 HIGHLAND MANOR DR., 4TH FL, TAMPA, FL 33610, INCLUDING THE LETTER OF CREDIT NUMBER MENTIONED ABOVE. FOR TELEPHONE ASSISTANCE, PLEASE CONTACT THE STANDBY CLIENT SERVICE UNIT AT 1-800-634-1969 AND HAVE THIS LETTER OF CREDIT NUMBER AVAILABLE.

Yours Faithfully,
JPMorgan Chase Bank, N.A.

_[signature]_
AUTHORIZED SIGNATURE

_[signature]_
AUTHORIZED SIGNATURE