**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: 1/24/24 at 10:00 a.m.**<br><br>**Obj. Deadline: 1/18/24 at 5:00 p.m. (extended to Melo to 1/19/25)**<br><br>**Re: D.I. Nos. 892, 1154** |

**PRELIMINARY LIMITED OBJECTION OF JOHN MELO**
**TO CONFIRMATION OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF**
**<u>REORGANIZATION, RESERVATION OF RIGHTS, AND JOINDER</u>**

　　　　John Melo, by and through his undersigned counsel, hereby files this preliminary limited objection to the confirmation of the Debtors' Second Amended Plan [D.I. 892] and joins the Objection filed by the US Trustee [D.I. 1154; filed 1/18/24]. Melo has conferred with the Debtors regarding his informal objections to article VI.B. of the Plan and related matters. While Melo is optimistic that those objections will be consensually resolved prior to the confirmation hearing, Melo hereby objects to the approval of the Plan in its current form and reserves all rights to amend and/or supplement this filing.

Dated: January 19, 2024
　　　　Wilmington, Delaware

**KLEIN LLC**

*/s/ Julia Klein*
Julia B. Klein (DE 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

*Counsel to John Melo*