**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.  23-11131 (TMH) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: February 2, 2024 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY FEE APPLICATION OF WHITE & CASE LLP FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | White & Case LLP ("**White & Case**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively the "**Debtors**") |
| Date of Retention: | October 6, 2023 [D.I. 485], *Effective as of* August 28, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | December 1, 2023 – December 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $426,987.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $341,589.60 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $85,397.40 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $3,606.32 |

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses Sought: | $430,593.32 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $345,195.92 |

This is a <u>monthly</u> fee application.

Pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 279] (the "**Interim Compensation Procedures**"), White & Case, as counsel to the Committee, hereby submits this Monthly Fee Application[2] for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $345,195.92, consisting of 80% of the $426,987.00 in fees earned and 100% of the $3,606.32 in expenses incurred.

**Professional Services Rendered and Expense Disbursements Incurred**

1.     Prior to filing this Monthly Fee Application, White & Case reviewed its fees generated and hours worked (which total 402.8 hours and $476,503.00) and expenses incurred (which total $11,867.91) for the Compensation Period.  Following that review, White & Case voluntarily elected to reduce such fees by 37.0 hours and $49,516.00 (~10.4%) and such expenses by $8,261.59 (~69.6%).  White & Case will not seek payment for the fees and expenses that it has agreed to voluntarily write off for the Compensation Period.  Therefore, by this Monthly Fee Application, White & Case requests payment of an aggregate amount of $345,195.92, consisting

---

[2]     Capitalized terms used but not otherwise defined herein shall have the definitions ascribed to them in the Interim Compensation Procedures.

of 80% of the $426,987.00 in fees earned and 100% of the $3,606.32 in expenses incurred.

2. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by White & Case; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by White & Case. The blended rate for compensation requested in this Monthly Fee Application is approximately $1,167 per hour.[3]

3. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by White & Case timekeepers in rendering services to the Committee during the Compensation Period.

4. **Exhibit C** sets forth the time records for White & Case timekeepers for which compensation is sought by White & Case, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

5. **Exhibit D** sets forth both a summary of, and detailed entries of: (i) expenses for which White & Case seeks reimbursement; and (ii) (if applicable) expenses of Committee members pursuant to the Interim Compensation Procedures.

**Reservation of Rights**

6. Although White & Case has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Fee Application due to delays caused by accounting and processing during the

---

[3] The blended rate is calculated by taking the total of fees sought in this Monthly Fee Application and dividing by the total of hours sought in this Monthly Fee Application, rounded to the nearest dollar.

3

Compensation Period.  White & Case reserves the right to seek payment of such fees and expenses not included herein.

### Notice

7.      White & Case will provide notice of this Monthly Fee Application to the Notice Parties [*see* D.I. 279 ¶ 2.a] in accordance with the Interim Compensation Procedures.

### Certification of Compliance

8.      The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information, and belief, this Monthly Fee Application complies with the requirements of that Local Rule.  To the extent it does not, White & Case submits that such variation is insubstantial.

*[Remainder of Page Intentionally Left Blank]*

11280006v.1

Dated: January 19, 2024
      Chicago, Illinois

Respectfully submitted,

By: */s/ Andrew F. O'Neill*

**WHITE & CASE LLP**
Gregory F. Pesce, Esq. (admitted *pro hac vice*)
Andrew F. O'Neill, Esq. (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  gregory.pesce@whitecase.com
      aoneill@whitecase.com

-and-

**WHITE & CASE LLP**
Samuel P. Hershey, Esq. (admitted *pro hac vice*)
John Ramirez, Esq. (admitted *pro hac vice*)
Andrea Kropp, Esq. (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  sam.hershey@whitecase.com
      john.ramirez@whitecase.com
      andrea.kropp@whitecase.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

11280006v.1