**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| **Hershey, Samuel** | **Partner** | 2013 | Commercial Litigation Practice | 5.2 | $1,460.00 | $7,592.00 |
| **Kropp, Andrea** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 73.3 | $1,020.00 | $74,766.00 |
| **Ludovici, Stephen** | **Associate** | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 7.8 | $1,240.00 | $9,672.00 |
| **Mitra, Anais** | **Associate** | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 64.0 | $740.00 | $47,360.00 |
| **O'Neill, Andrew** | **Partner** | 2005 | Financial Restructuring & Insolvency (FRI) Practice | 91.9 | $1,590.00 | $146,121.00 |
| **Pesce, Gregory** | **Partner** | 2011 | Financial Restructuring & Insolvency (FRI) Practice | 18.9 | $1,460.00 | $27,594.00 |
| **Protic, Maria** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 19.3 | $830.00 | $16,019.00 |
| **Ramirez, John** | **Associate** | 2009 | Financial Restructuring & Insolvency (FRI) Practice | 58.1 | $1,270.00 | $73,787.00 |
| **Rogan, Reed** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 5.1 | $960.00 | $4,896.00 |
| **Swingle, Adam** | **Associate** | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 15.8 | $1,060.00 | $16,748.00 |
| **Venes, Aileen** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 6.4 | $380.00 | $2,432.00 |
| **Grand Total** | | | | **365.8** | | **$426,987.00** |