## **Exhibit B**

## **Project Summary**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Sales | 32.9 | $42,052.00 |
| B02 | Automatic Stay Issues | 0.0 | $0.00 |
| B03 | Business Operations & Related Motions | 0.0 | $0.00 |
| B04 | Case Administration | 30.1 | $22,362.00 |
| B05 | Case Strategy | 35.2 | $51,524.00 |
| B06 | Cash Management & Intercompany Issues | 0.0 | $0.00 |
| B07 | Claims Administration & Objections | 3.2 | $4,711.00 |
| B08 | Committee Meetings & Communications | 32.0 | $30,234.00 |
| B09 | Corporate, Securities and Regulatory issues | 0.0 | $0.00 |
| B10 | Creditor Communications | 1.4 | $2,226.00 |
| B11 | DIP Financing | 7.3 | $10,319.00 |
| B12 | Exclusivity, Plan & Disclosure Statement | 181.7 | $214,996.00 |
| B13 | Executory Contracts & Unexpired Leases | 0.0 | $0.00 |
| B14 | Hearings | 20.7 | $23,732.00 |
| B15 | Investigations – Insiders | 0.2 | $292.00 |
| B16 | Investigations – Liens | 0.0 | $0.00 |
| B17 | Non-working Travel | 0.0 | $0.00 |
| B18 | Professional Retention & Fees – W&C | 19.3 | $22,572.00 |
| B19 | Professional Retention & Fees – Other | 1.2 | $1,523.00 |
| B20 | Reports, Schedules & Statements | 0.0 | $0.00 |
| B21 | Tax Issues | 0.6 | $444.00 |
| B22 | US Trustee Issues | 0.0 | $0.00 |
|  | **Grand Total** | **365.8** | **$426,987.00** |