## **Exhibit D**

## **Expense Summary & Detail**

| Description | Amount |
|---|---|
| Airfare | $1,119.69 |
| Business Meals | $54.34 |
| Courier Service | $228.14 |
| E-Discovery Data Hosting / Storage | $993.72 |
| E-Discovery User Fees | $675.00 |
| Printing | $229.20 |
| Taxi - Business | $306.23 |
| **Grand Total** | **$3,606.32** |

11280006v.1

| Date | Timekeeper | Narrative | Description | WIP Amt |
|---|---|---|---|---|
| 12/1/2023 | Sullivan, Janet | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | $993.72 |
| 12/1/2023 | Sullivan, Janet | E-Discovery User Fees | E-Discovery User Fees | $675.00 |
| 12/8/2023 | O'Neill, Andrew | Dinner - Internal Guest A. O'Neill - New York trip to meet with Committee advisor for Amyris auction - 30-Nov-2023 | Business Meals | $54.34 |
| 12/28/2023 | O'Neill, Andrew | Round Trip, Economy class airfare on United Airlines from Chicago, IL to Philadelphia, PA for Andrew O'Neill on 12/20/23 | Airfare | $745.79 |
| 12/6/2023 | Pesce, Gregory | Car Services: 11/01/2023 - VOUCHER NUMBER NP950807*1 - Gregory Pesce - FROM 111 South Wacker Drive CHICAGO IL - TO Chicago O'Hare International Airport CHICAGO IL | Taxi - Business | $129.95 |
| 12/6/2023 | Pesce, Gregory | Car Services: 11/03/2023 - VOUCHER NUMBER NP951503*2 - Gregory Pesce - FROM Chicago O'Hare International Airport CHICAGO IL - TO 111 South Wacker Drive CHICAGO IL | Taxi - Business | $129.95 |
| 12/6/2023 | Pesce, Gregory | Taxi - Office/Meeting - Taxi to business meeting - 07-Nov-2023 | Taxi - Business | $46.33 |
| 12/6/2023 | Pesce, Gregory | Dalmatian Courier, Inc. Invoice Date: 15 November 2023. \|#125785 From: Ritz Carlton Hotel SF, 600 Stockton St SF, 94108 To: Dalmatian Office, 4546 El Camino Real 262 Los Altos, 94022 | Courier Service | $185.90 |
| 12/6/2023 | Pesce, Gregory | Dalmatian Courier, Inc. Invoice Date: 15 November 2023. \|#125786 From: Dalmatian Office, 4546 El Camino Real 262 Los Altos, 94022 To: White & Case, LLP, 2 Palo Alto Square, 9th Floor Palo Alto, 94306 | Courier Service | $42.24 |
| 12/6/2023 | Pesce, Gregory | One Way, First Class airfare on United Airlines from New York, NY to Chicago, IL for Gregory Pesce on 12/01/2023 | Airfare | $373.90 |
| 12/28/2023 | Mitra, Anais | Printing - User Name: Anais Mitra; Processed File: Amyris - Plan 2; Location Dialed: n | Printing | $49.80 |
| 12/28/2023 | Mitra, Anais | Printing - User Name: Anais Mitra; Processed File: Microsoft Word; Location Dialed: - | Printing | $178.80 |
| 12/28/2023 | Mitra, Anais | Printing - User Name: Anais Mitra; Processed File:; Location Dialed: | Printing | $0.60 |
| | | | | $3,606.32 |