**EXHIBIT A**

**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com



Federal ID # 51-0080985

|  |  |
|---|---|
| Amyris Official Committee of Unsecured C<br>5885 Hollis Street<br>Suite 100<br>Emeryville, CA  94608 | January 10, 2024<br>Bill Number    300764<br>File Number    23406.00001 |

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---:|
| Legal Services | $92,614.50 |
| Disbursements | $29.41 |
| Bill Total | $92,643.91 |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
|  | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 23406-00001 |

CMS



**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Federal ID # 51-0080985

 

Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

January 10, 2024
Bill Number     300764
File Number     23406.00001

RE: Amyris, Inc.

Through December 31, 2023

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Asset analysis and Recovery** | | | | | |
| 12/19/23 | CMS | Review motion to abandon property (Global4PL). | 0.50 Hrs | 1,035/hr | $517.50 |
| | | **Total AA Asset analysis and Recovery** | **0.50** | | **$517.50** |
| **Litigation/Adversary Proceedings** | | | | | |
| 12/06/23 | SR | Emails with W&C re status conference (.2); emails with K McKloskey re same (.1). | 0.30 Hrs | 490/hr | $147.00 |
| 12/06/23 | AHSA | Correspondence with co-counsel and PAC team re: joinder to debtors objection to examiner motion (.3); review/analyze same (.5); review/analyze debtors objection to examiner motion (.8); review declaration in support (.3); review joinder of ad hoc noteholder group (.1); | 2.00 Hrs | 815/hr | $1,630.00 |
| 12/07/23 | CMS | Review Objection of the Official Committee of Unsecured Creditors to the Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner. | 0.80 Hrs | 1,035/hr | $828.00 |
| 12/07/23 | CMS | Review Debtors' Objection to the Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner. | 1.80 Hrs | 1,035/hr | $1,863.00 |
| 12/07/23 | CMS | Joinder of the ad hoc noteholder group to debtors' objection to the motion of ad hoc cross-holder group for appointment of examiner. | 0.20 Hrs | 1,035/hr | $207.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/19/23 | KAMC | Review Notices of Deposition and motions filed and update calendar regarding same | 0.30 Hrs | 370/hr | $111.00 |
| 12/19/23 | AHSA | Review recent filings, including deposition notices (x10); | 0.30 Hrs | 815/hr | $244.50 |
|  |  | **Total AP Litigation/Adversary Proceedings** | **5.70** |  | **$5,030.50** |

**Business Operations**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/21/23 | AHSA | Review recent filings, including abandonment motion, | 0.30 Hrs | 815/hr | $244.50 |
|  |  | **Total BO Business Operations** | **0.30** |  | **$244.50** |

**Case Administration**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/04/23 | KAMC | Update calendar and critical dates | 0.30 Hrs | 370/hr | $111.00 |
| 12/11/23 | KAMC | Review docket and update critical dates/calendar | 0.20 Hrs | 370/hr | $74.00 |
| 12/18/23 | KAMC | Update critical dates and calendar | 0.50 Hrs | 370/hr | $185.00 |
| 12/21/23 | KAMC | Update calendar with upcoming dates | 0.10 Hrs | 370/hr | $37.00 |
| 12/26/23 | MLR | Update critical dates calendar | 0.10 Hrs | 370/hr | $37.00 |
| 12/28/23 | TAMT | Update Critical Dates | 0.40 Hrs | 345/hr | $138.00 |
| 12/29/23 | KAMC | Revise/revise critical dates and update calendar | 0.60 Hrs | 370/hr | $222.00 |
|  |  | **Total CA Case Administration** | **2.20** |  | **$804.00** |

**Court Appearances/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/01/23 | AHSA | Correspondence with co-counsel and PAC team re: hearing/status conference (.1); call with C. Samis re: same (.2); | 0.30 Hrs | 815/hr | $244.50 |
| 12/01/23 | KAMA | Emails with co-counsel re: 12/4 status conference | 0.30 Hrs | 600/hr | $180.00 |
| 12/04/23 | AHSA | Attend status conference; | 0.90 Hrs | 815/hr | $733.50 |
| 12/04/23 | KAMA | Attend 12/4 status conference | 1.00 Hrs | 600/hr | $600.00 |
| 12/04/23 | CMS | Prepare for 12/4/23 status conference. | 0.30 Hrs | 1,035/hr | $310.50 |
| 12/04/23 | CMS | Participate in 12/4/23 status conference. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 12/04/23 | KAMC | Update calendar regarding 12/11 hearing | 0.10 Hrs | 370/hr | $37.00 |
| 12/05/23 | AHSA | Correspondence with PAC team and co-counsel re: hearing agenda; review same; | 0.10 Hrs | 815/hr | $81.50 |
| 12/05/23 | KAMC | Review Notice of Agenda for 12/7 and schedule PAC counsel for zoom appearance | 0.20 Hrs | 370/hr | $74.00 |
| 12/06/23 | AHSA | Correspondence with co-counsel and PAC team re: hearing; | 0.10 Hrs | 815/hr | $81.50 |
| 12/06/23 | KAMC | Conference with C. Samis regarding 12/7 conference appearances; emails to/from K. Morales regarding same | 0.20 Hrs | 370/hr | $74.00 |
| 12/06/23 | KAMC | Emails to/from counsel and Reliable regarding 12/4 transcript | 0.20 Hrs | 370/hr | $74.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/06/23 | KAMC | Emails to/from counsel regarding zoom appearances for December 7 hearing and schedule White & Case team for same | 0.20 Hrs | 370/hr | $74.00 |
| 12/06/23 | KAMA | Emails with White & Case re: 12/7 status conference (.1); confer with K. McCloskey re: same (.2) | 0.30 Hrs | 600/hr | $180.00 |
| 12/07/23 | CMS | Participate in 12/7/23 status conference. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/07/23 | CMS | Prepare for 12/7/23 status conference. | 0.50 Hrs | 1,035/hr | $517.50 |
| 12/07/23 | CMS | Prepare for 12/12/23 hearing. | 1.30 Hrs | 1,035/hr | $1,345.50 |
| 12/07/23 | AHSA | Attend status conference (.3); correspondence with PAC team re: same (.1); | 0.40 Hrs | 815/hr | $326.00 |
| 12/07/23 | KAMA | Attend 12/7 status conference (.3): confer with C. Samis re: same (.1) | 0.40 Hrs | 600/hr | $240.00 |
| 12/07/23 | KAMA | Email with PAC team re: 12/12 hearing | 0.10 Hrs | 600/hr | $60.00 |
| 12/08/23 | AHSA | Review hearing agenda (.1); correspondence with co-counsel and PAC team re: same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 12/08/23 | TAMT | Assist Kristin M. in preparing hearing binder for 12/12/2023 Hearing. | 2.00 Hrs | 345/hr | $690.00 |
| 12/08/23 | KAMC | Review notice of agenda for 12/12 hearing (.1); emails to/from counsel regarding preparation/binder (.2); emails to/from T. Mistretta re: same (.1) | 0.40 Hrs | 370/hr | $148.00 |
| 12/11/23 | AHSA | Review hearing agenda (.1); correspondence with PAC team re: hearing prep (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 12/11/23 | KAMA | Emails with K. McCloskey re: 12/12 hearing | 0.10 Hrs | 600/hr | $60.00 |
| 12/11/23 | KAMC | Prepare hearing binders for 12/12 hearing | 0.70 Hrs | 370/hr | $259.00 |
| 12/11/23 | TAMT | Assist Kristin M. prep of E-binder | 0.60 Hrs | 345/hr | $207.00 |
| 12/12/23 | AHSA | Review amended agenda (.1); review exhibit/witness list for disclosure statement hearing and otherwise prepare for hearing (.5); attend same (1.8); | 2.40 Hrs | 815/hr | $1,956.00 |
| 12/12/23 | CMS | Complete preparations for 12/12/23 hearing. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 12/12/23 | CMS | Participate in 12/12/23 hearing. | 1.50 Hrs | 1,035/hr | $1,552.50 |
| 12/12/23 | KAMA | Attend 12/12 hearing | 1.80 Hrs | 600/hr | $1,080.00 |
| 12/12/23 | CMS | E-mail to K. Morales re: auction coverage. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/18/23 | KAMC | Emails to/from counsel regarding December 20 hearing (.2); schedule PAC and W&C teams for zoom appearances (.2); review Notice of Agenda and correspond with T. Mistretta regarding preparation of e-binder (.2) | 0.60 Hrs | 370/hr | $222.00 |
| 12/18/23 | AHSA | Correspondence with co-counsel and PAC team re: sale hearing (.1); review notice for same (.1); | 0.20 Hrs | 815/hr | $163.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/18/23 | CMS | Prepare for 12/20/23 hearing. | 1.50 Hrs | 1,035/hr | $1,552.50 |
| 12/18/23 | CMS | E-mail to K. Morales re: preparation for 12/20/23 hearing. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/18/23 | KAMA | Emails with PAC team re: 12/20 hearing | 0.30 Hrs | 600/hr | $180.00 |
| 12/18/23 | TAMT | Prepare Ebinder | 0.50 Hrs | 345/hr | $172.50 |
| 12/19/23 | AHSA | Review hearing agenda (.1); correspondence with co-counsel and PAC team re: same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 12/20/23 | KAMC | Emails to/from S. Rizvi regarding zoom appearance | 0.10 Hrs | 370/hr | $37.00 |
| 12/20/23 | KAMA | Attend 12/20 sale hearing | 0.20 Hrs | 600/hr | $120.00 |
| 12/20/23 | CMS | Complete preparation for 12/20/23 hearing. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 12/20/23 | CMS | Participate in 12/20/23 hearing. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/22/23 | TAMT | Draft COC for Interim Fee Application | 0.50 Hrs | 345/hr | $172.50 |
| | | **Total CH Court Appearances/Hearings** | **24.90** | | **$18,434.50** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/01/23 | CMS | E-mails to A. O'Neill and others re: go-forward budgeting. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/11/23 | AHSA | Correspondence with co-counsel and PAC re: budget; | 0.10 Hrs | 815/hr | $81.50 |
| 12/11/23 | CMS | E-mail to K. Morales re: go-forward budgeting. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/12/23 | KAMA | Emails with co-counsel re: interim fee applications/order | 0.10 Hrs | 600/hr | $60.00 |
| 12/19/23 | AHSA | Review recent filings, including amendment to DIP; | 0.30 Hrs | 815/hr | $244.50 |
| 12/22/23 | CMS | Review motion for JP Morgan LoC and related motion to shorten. | 0.60 Hrs | 1,035/hr | $621.00 |
| 12/29/23 | CMS | E-mails to G. Pesce and others re: budget reporting and funding. | 0.30 Hrs | 1,035/hr | $310.50 |
| | | **Total CR Financing/Cash Collateral/DIP** | **1.90** | | **$1,835.00** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/08/23 | CMS | Review Covington OCP declaration. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total EA Employment Applications/Objections** | **0.20** | | **$207.00** |

**Employee Matters**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/21/23 | AHSA | Review recent filings, including modified KEIP motion; | 0.30 Hrs | 815/hr | $244.50 |
| 12/21/23 | CMS | Review motion to approve modified KEIP and related documents. | 1.60 Hrs | 1,035/hr | $1,656.00 |
| | | **Total EB Employee Matters** | **1.90** | | **$1,900.50** |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Executory Contract and Leases** | | | | | |
| 12/14/23 | CMS | Review Microsoft renewed cure objection. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/14/23 | CMS | Review SalesForce assumption objection. | 0.60 Hrs | 1,035/hr | $621.00 |
| 12/19/23 | CMS | Review fifth omnibus rejection motion. | 0.60 Hrs | 1,035/hr | $621.00 |
| 12/21/23 | AHSA | Review recent filings, including rejection motion (.1), and DSM agreement motion (.3), declaration in support of DSM motion (.1), and motion to shorten same (.1); | 0.60 Hrs | 815/hr | $489.00 |
| 12/21/23 | CMS | Review ThermoFisher RoR re: leases. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/27/23 | AHSA | Review recent filings, including thermo cure objection (.1), motion to approve JPM stipulation (.3), and motion to shorten same (.1); | 0.50 Hrs | 815/hr | $407.50 |
| | | **Total EC Executory Contract and Leases** | **2.70** | | **$2,552.50** |
| **Fee Applications/Objections** | | | | | |
| 12/03/23 | AHSA | Correspondence with co-counsel and PAC team re: interim fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 12/04/23 | AHSA | Correspondence with co-counsel and C. Samis re: interim fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 12/04/23 | KAMA | Emails with PAC team re: certificate of no objection for monthly fee applications | 0.10 Hrs | 600/hr | $60.00 |
| 12/04/23 | CMS | E-mails to G. Pesce and others re: interim fee procedures. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/04/23 | TAMT | Prepare CNOs Monthly Fee Applications | 0.40 Hrs | 345/hr | $138.00 |
| 12/05/23 | KAMA | Emails with K. McCloskey re: certificate of no objection for monthly fee application | 0.10 Hrs | 600/hr | $60.00 |
| 12/06/23 | SR | Review/revise CNO re W&C monthly fee app (.3); review/revise CNO re FTI monthly fee app (.3); emails with PAC team re same (.1); emails with W&C team re same (.1). | 0.80 Hrs | 490/hr | $392.00 |
| 12/06/23 | AHSA | Correspondence with co-counsel and S. Rizvi re: fee apps/CNOs; | 0.10 Hrs | 815/hr | $81.50 |
| 12/06/23 | CMS | E-mail to K. Morales and S. Rizvi re: CNOs on first FTI and second W&C fee applications. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/06/23 | TAMT | Preparation of monthly CNO FTI/ White Case | 0.30 Hrs | 345/hr | $103.50 |
| 12/06/23 | KAMC | Prepare for and coordinate filing of Joinder/Objection , including multiple emails to/from counsel and draft COS; finalize, file and serve Objection of the Official Committee of Unsecured Creditors to the Motion of Ad Hoc Cross-Holder Group for Appointment of Examiner | 2.80 Hrs | 370/hr | $1,036.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/06/23 | KAMA | Pursuant to 11 U.S.C. § 1104(C) and Joinder to the Debtors' Objection to the Motion of the Ad Hoc Cross-Holder Group for Appointment of Examiner Pursuant to 11 U.S.C. § 1104(C) Emails with White & Case re: objection/joinder to examiner motion (.1); emails with K. McCloskey re: same (.2); review and file same (.5) | 0.80 Hrs | 600/hr | $480.00 |
| 12/07/23 | SR | Finalize/revise CNO re W&C monthly fee app (.2); finalize/revise CNO re FTI monthly fee app (.2); emails with PAC team re same; emails with W&C team re same (.1). | 0.50 Hrs | 490/hr | $245.00 |
| 12/07/23 | TAMT | File CNOs | 0.30 Hrs | 345/hr | $103.50 |
| 12/11/23 | KAMA | Emails with C. Samis re: monthly fee estimates | 0.10 Hrs | 600/hr | $60.00 |
| 12/12/23 | KAMC | Emails to/from counsel regarding Jefferies interim fee application, timing, filing of same | 0.20 Hrs | 370/hr | $74.00 |
| 12/12/23 | KAMC | Draft COS to Jefferies Interim Fee Application (.1); edit, finalize, file and serve Jefferies First Interim Fee Application (1.1) | 1.20 Hrs | 370/hr | $444.00 |
| 12/12/23 | MLR | Prepare and coordinate for filing of Jefferies first inteirm fee application (1.5); emails with S. Rizvi (.1); finalize, file and serve same (1.0) | 2.60 Hrs | 370/hr | $962.00 |
| 12/12/23 | AHSA | Correspondence with co-counsel and PAC team re: interim fee app for Jefferies (.2); review same (.2); | 0.40 Hrs | 815/hr | $326.00 |
| 12/14/23 | KAMC | Draft COC Awarding First Interim Fee Applications | 0.50 Hrs | 370/hr | $185.00 |
| 12/15/23 | CMS | Review First Back Bay Fee Application. | 0.80 Hrs | 1,035/hr | $828.00 |
| 12/15/23 | CMS | Review Third Shearman Fee Application. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 12/18/23 | AHSA | Correspondence with co-counsel and PAC team re: interim fee order (.1); review same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 12/18/23 | KAMA | Emails with W&C re: certification of counsel for interim fee application | 0.30 Hrs | 600/hr | $180.00 |
| 12/19/23 | AHSA | Correspondence with co-counsel and PAC team re: FTI fee app; | 0.10 Hrs | 815/hr | $81.50 |
| 12/19/23 | SR | Review/revise FTI fee application (.7); review/revise notice re same (.1); emails with PAC team re same (.1); emails with W&C team re same (.1); finalize same for filing (.2); emails with FTI team re same (.1). | 1.30 Hrs | 490/hr | $637.00 |
| 12/19/23 | KAMC | Draft Notice to White & Case Third | 0.20 Hrs | 370/hr | $74.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | Monthly Fee Application | | | |
| 12/19/23 | KAMC | Revised and finalize FTI Second Monthly Fee Application (.2); draft Notice to same (.1); file and serve same (.4) | 0.70 Hrs | 370/hr | $259.00 |
| 12/21/23 | KAMC | Finalize and file Certification of Counsel Regarding Omnibus Order Awarding Interim Fee Applications and upload proposed order | 0.40 Hrs | 370/hr | $148.00 |
| 12/21/23 | AHSA | Correspondence with PAC team re: interim fee order (.1); review same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 12/22/23 | AHSA | Correspondence with PAC team re: interim fee order; correspondence with PAC team and chambers re: same (.1); correspondence with co-counsel and PAC team re: monthly fee app (.1); review W&C fee app (.2); | 0.40 Hrs | 815/hr | $326.00 |
| 12/22/23 | MLR | Review, organize and finalize White & Case's third monthly fee application (.6); emails with S. Rizvi re: same (.1); prepare and coordinate for filing of same (.9) | 1.60 Hrs | 370/hr | $592.00 |
| 12/22/23 | MLR | Revise White & Case's third monthly fee application (.1); file and serve same (.4) | 0.50 Hrs | 370/hr | $185.00 |
| 12/22/23 | KAMA | Emails with co-counsel re: interim fee order (.2); emails with PAC team re: same (.2); emails with the court re: same (.3) | 0.70 Hrs | 600/hr | $420.00 |
| 12/22/23 | KAMA | Review and revise interim fee binder and index | 0.70 Hrs | 600/hr | $420.00 |
| 12/22/23 | CMS | E-mail to A. Stulman re: e-binders for interim fees. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/22/23 | CMS | E-mails to K. Morales and others re: submission of interim fee order, binders, and related materials. | 0.50 Hrs | 1,035/hr | $517.50 |
| 12/26/23 | AHSA | Correspondence with PAC team re: interim fee order; | 0.10 Hrs | 815/hr | $81.50 |
| 12/26/23 | KAMA | Emails with PAC team re: interim fee order (.1); emails with the court re: same (.1); emails with co-counsel re: same (.1) | 0.30 Hrs | 600/hr | $180.00 |
| 12/26/23 | CMS | E-mail to G. Pesce re: interim fees for committee professionals. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/28/23 | CMS | E-mails to G. Pesce and others re: interim fee order. | 0.30 Hrs | 1,035/hr | $310.50 |
| 12/29/23 | SR | Review/revise FTI first interim fee application (.9); review/revise notice re same (.1); emails with PAC team re same (.1); emails with W&C team re same (.1); finalize same for filing (.2); emails with FTI team re same (.1). | 1.50 Hrs | 490/hr | $735.00 |
| 12/29/23 | KAMC | Emails to/from S. Rizvi regarding FTI Interim Fee Application (.2); revise | 0.90 Hrs | 370/hr | $333.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | application and prepare exhibits (.2); edit/finalize Notice (.1); finalize, file and serve application (.4) | | | |
| | | **Total FA Fee Applications/Objections** | **24.70** | | **$13,203.50** |

**Fee Applications (Potter Anderson & corroon's)**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/04/23 | KAMC | Draft CNO to PAC 2nd Monthly Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 12/04/23 | SR | Review/revise CNO re PAC monthly fee app (.3); emails with PAC team re same (.1). | 0.40 Hrs | 490/hr | $196.00 |
| 12/05/23 | KAMC | Draft CNO to PAC Second Monthly Fee Application and emails to/from S. Rizvi regarding same | 0.30 Hrs | 370/hr | $111.00 |
| 12/06/23 | CMS | E-mail to S. Golden re: 2nd PAC fee application. | 0.10 Hrs | 1,035/hr | $103.50 |
| 12/07/23 | AHSA | Review/revise November monthly fee detail for compliance with local rules; | 0.80 Hrs | 815/hr | $652.00 |
| 12/12/23 | KAMA | Emails with PAC team re: interim fee application | 0.20 Hrs | 600/hr | $120.00 |
| 12/15/23 | KAMC | Draft PAC Third Monthly Fee Application | 0.60 Hrs | 370/hr | $222.00 |
| 12/18/23 | KAMC | Emails to/from S. Rizvi regarding COC Regarding Interim Fee Application Order | 0.20 Hrs | 370/hr | $74.00 |
| 12/19/23 | AHSA | Review/analyze Potter monthly fee app; | 0.30 Hrs | 815/hr | $244.50 |
| 12/19/23 | SR | Review/revise PAC fee application (.9); review/revise notice re same (.1); emails with PAC team re same (.1); finalize same for filing (.2). | 1.30 Hrs | 490/hr | $637.00 |
| 12/19/23 | KAMC | Finalize, file and serve PAC Third Monthly Fee Application | 0.50 Hrs | 370/hr | $185.00 |
| 12/22/23 | KAMC | Emails to/from counsel and Chambers regarding order approving fee applications (.2); prepare e-binder for Chambers (.6) | 0.80 Hrs | 370/hr | $296.00 |
| | | **Total FP Fee Applications (Potter Anderson & corroon's)** | **5.70** | | **$2,915.00** |

**Plan & Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/01/23 | CMS | E-mails to K. Morales and others re: status conference on DS, etc. disputes. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/02/23 | CMS | Review revised plan. | 2.20 Hrs | 1,035/hr | $2,277.00 |
| 12/02/23 | CMS | Review revised DS. | 3.40 Hrs | 1,035/hr | $3,519.00 |
| 12/02/23 | CMS | Review revised solicitation/DS order. | 1.70 Hrs | 1,035/hr | $1,759.50 |
| 12/02/23 | CMS | Review revised solicitation/DS order. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 12/04/23 | CMS | Review/revise revised confirmation schedule. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/06/23 | AHSA | Review/analyze redline of plan and disclosure statement; | 2.80 Hrs | 815/hr | $2,282.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/07/23 | CMS | Review further revised plan/DS. | 1.90 Hrs | 1,035/hr | $1,966.50 |
| 12/08/23 | CMS | Review exclusivity extension motion. | 0.70 Hrs | 1,035/hr | $724.50 |
| 12/08/23 | KAMC | Update calendar with exclusivity deadline | 0.10 Hrs | 370/hr | $37.00 |
| 12/11/23 | AHSA | Correspondence with co-counsel and PAC team re: disclosure statement joinder (.2); review same for filing (.3); review recent filings, including debtors reply in support of plan discovery (.3), ad hoc group joinder for disclosure statement (.1), debtors disclosure statement reply (.4), ad hoc crossover disclosure statement objection (.2), DSM ROR for disclosure statement (.1), exclusivity motion (.2); review/analyze redline of disclosure statement order and disclosure statement (.8); | 2.60 Hrs | 815/hr | $2,119.00 |
| 12/11/23 | KAMA | Coordinate, prepare, review, revise, and file joinder to disclosure statement motion and confirmation scheduling motion | 4.00 Hrs | 600/hr | $2,400.00 |
| 12/11/23 | CMS | Review revised DS/solicitation order. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 12/11/23 | CMS | Review Objection/ROR of Ad Hoc Cross-Holder Group to DS Order. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/12/23 | KAMC | Conference with K. Morales and email to Chambers regarding Joinder and Statement in Support of the Debtors' Disclosure Statement Motion and Confirmation Scheduling Motion | 0.20 Hrs | 370/hr | $74.00 |
| 12/12/23 | CMS | Review reply of Debtors in support of confirmation schedule/discovery protocols. | 0.40 Hrs | 1,035/hr | $414.00 |
| 12/12/23 | CMS | Review Debtors' reply in support of solicitation procedures/DS. | 1.70 Hrs | 1,035/hr | $1,759.50 |
| 12/12/23 | CMS | Review committee joinder in support of DS. | 0.30 Hrs | 1,035/hr | $310.50 |
| 12/12/23 | KAMA | Emails with debtors' counsel re: committee joinder (.1); emails with K. McCloskey re: same (.1) | 0.20 Hrs | 600/hr | $120.00 |
| 12/14/23 | CMS | Review amended and restated PSA. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 12/18/23 | CMS | Review final as-filed revised plan/ds. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 12/21/23 | AHSA | Review recent filings, including amended plan support agreement; | 0.50 Hrs | 815/hr | $407.50 |
| 12/22/23 | CMS | Review Clerkenwell notice of participate in confirmation proceedings. | 0.10 Hrs | 1,035/hr | $103.50 |
| | | **Total PL Plan & Disclosure Statement** | **28.30** | | **$25,966.00** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/01/23 | CMS | Prepare for 12/1/23 auction. | 0.80 Hrs | 1,035/hr | $828.00 |
| 12/01/23 | CMS | Participate in 12/1/23 auction. | 2.50 Hrs | 1,035/hr | $2,587.50 |
| 12/01/23 | KAMA | Attend auction | 2.30 Hrs | 600/hr | $1,380.00 |
| 12/01/23 | SR | Attend 12/1 auction for MenoLabs and | 2.30 Hrs | 490/hr | $1,127.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | Pipette. | | | |
| 12/05/23 | CMS | Review MenoLabs notice of successful bidder. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/05/23 | CMS | Review 4U notice of successful bidder. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/06/23 | AHSA | Review successful bidder notice x3; | 0.30 Hrs | 815/hr | $244.50 |
| 12/11/23 | CMS | Review pipette notice of auction results. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/11/23 | AHSA | Review recent filings, including successful bidder notice (.1) and Beer declaration in support of sales (.2); | 0.30 Hrs | 815/hr | $244.50 |
| 12/12/23 | AHSA | Correspondence with co-counsel and PAC team re: auction notice/attendance (.2); review same (.1); | 0.30 Hrs | 815/hr | $244.50 |
| 12/12/23 | CMS | Review Beers declaration in support of first round of brand sales. | 0.30 Hrs | 1,035/hr | $310.50 |
| 12/12/23 | KAMA | Emails with co-counsel and PAC team re: 12/13 auction (.4); emails with Intrepid re: same (.1) | 0.50 Hrs | 600/hr | $300.00 |
| 12/12/23 | KAMC | Emails to/from K. Morales regarding additional auction participants and schedule same | 0.20 Hrs | 370/hr | $74.00 |
| 12/12/23 | KAMC | Multiple emails to/from K. Morales, counsel and Intrepid regarding auction and register multiple people for appearance | 0.30 Hrs | 370/hr | $111.00 |
| 12/13/23 | KAMA | Participate in 12/13 auction | 2.00 Hrs | 600/hr | $1,200.00 |
| 12/13/23 | CMS | Prepare for 12/13/23 auction. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 12/13/23 | CMS | Participate in 12/13/23 auction. | 2.10 Hrs | 1,035/hr | $2,173.50 |
| 12/15/23 | CMS | Review JVN successful bidder notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/15/23 | CMS | Review Pipette successful bidder notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/15/23 | CMS | Review Lab-to-Market sale motion and related motion to shorten. | 2.30 Hrs | 1,035/hr | $2,380.50 |
| 12/15/23 | CMS | Review Quiet Logistics objection to JVN sale. | 0.20 Hrs | 1,035/hr | $207.00 |
| 12/18/23 | CMS | Review Van Ness objection to JVN sale. | 0.30 Hrs | 1,035/hr | $310.50 |
| 12/19/23 | CMS | Review Limited Objection of Ad Hoc Cross-Holder Group to Debtors' Motion for Lab-to-Market bid procedures. | 0.50 Hrs | 1,035/hr | $517.50 |
| 12/19/23 | AHSA | Review recent filings, including successful sale notices (x4) (.3), JVN objection (.2), bid procedures/sale motion (.5), motion to shorten re: same (.1), ad hoc crossover objection to bid procedures (.3); | 1.40 Hrs | 815/hr | $1,141.00 |
| 12/21/23 | CMS | Review Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code to Enter into a Release Protocols Agreement with DSM and related motion to shorten. | 1.30 Hrs | 1,035/hr | $1,345.50 |
| 12/28/23 | CMS | Review Biossance closing notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total SA Asset Disposition/Use, Sale** | **22.40** | | **$19,004.00** |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
|      |      | **Total**   |      |      | **$92,614.50** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Christopher M. Samis | 50.90 Hrs | 1,035.00/hr | $52,681.50 |
| Aaron H. Stulman | 20.40 Hrs | 815.00/hr | $16,626.00 |
| Katelin A. Morales | 16.90 Hrs | 600.00/hr | $10,140.00 |
| Sameen Rizvi | 8.40 Hrs | 490.00/hr | $4,116.00 |
| Kristin A. McCloskey | 15.00 Hrs | 370.00/hr | $5,550.00 |
| Theresa A. Mistretta | 5.00 Hrs | 345.00/hr | $1,725.00 |
| Melissa L. Romano | 4.80 Hrs | 370.00/hr | $1,776.00 |
| | 121.40 Hrs | | $92,614.50 |

| Project Category | Hours | Amount |
|---|---|---|
| Asset analysis and Recovery (AA) | 0.50 | $517.50 |
| Asset Disposition/Use, Sale (SA) | 22.40 | $19,004.00 |
| Business Operations (BO) | 0.30 | $244.50 |
| Case Administration (CA) | 2.20 | $804.00 |
| Court Appearances/Hearings (CH) | 24.90 | $18,434.50 |
| Employee Matters (EB) | 1.90 | $1,900.50 |
| Employment Applications/Objections (EA) | 0.20 | $207.00 |
| Executory Contract and Leases (EC) | 2.70 | $2,552.50 |
| Fee Applications (Potter Anderson & corroon's) (FP) | 5.70 | $2,915.00 |
| Fee Applications/Objections (FA) | 24.70 | $13,203.50 |
| Financing/Cash Collateral/DIP (CR) | 1.90 | $1,835.00 |
| Litigation/Adversary Proceedings (AP) | 5.70 | $5,030.50 |
| Plan & Disclosure Statement (PL) | 28.30 | $25,966.00 |
| **Total** | **121.40** | **$92,614.50** |

CMS