**EXHIBIT B**

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

DISBURSEMENTS

Through December 31, 2023

| | | |
|---|---|---:|
| 1402 | November 2023 Westlaw Online Research | 1.96 |
| 1402 | November 2023 Westlaw Online Research | 7.45 |
| | **Total Westlaw Legal Research** | **$9.41** |
| 1487 | Courtlink Efile November 2023 Alerts | 20.00 |
| | **Total Court E-Filing** | **$20.00** |
| | Total Disbursements | $29.41 |

CMS