**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket No. 1170 |

**DECLARATION OF HAN KIEFTENBELD IN SUPPORT OF CONFIRMATION OF THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Han Kieftenbeld, pursuant to section 1726 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am the Interim Chief Executive Officer and Chief Financial Officer of the above-captioned debtors and debtors in possession (the "Debtors" and, together with their non-Debtor subsidiaries, "Amyris" or the "Company"). I was appointed Interim Chief Executive Officer in June 2023 following the departure of the Company's previous Chief Executive Officer, John Melo, who had served in that role since January 2007. Additionally, I have served as the Company's Chief Financial Officer since March 2020 and, previously, I served as Amyris' Chief Administration Officer and Interim Chief Accounting Officer. I have over thirty years of international business leadership, finance, and operations experience in science-driven food, health, nutrition, personal care, and industrial end-markets.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https:\cases.stretto.com\amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

2. Prior to my positions with the Company, from April 2016 to April 2019, I served as Senior Vice President and Chief Financial Officer of Innophos Holdings, Inc., a leading international science-based producer of essential ingredients for health and nutrition, food and beverage and industrial brands and, from June 2014 to July 2015, I served as the Global Chief Financial Officer at AB Mauri, a worldwide leader in bakery ingredients. Prior to that, I held finance and operations roles of increasing reach and impact, including serving as Global Chief Procurement Officer of Ingredion Incorporated and Global Chief Financial Officer of National Starch. I started my career at Unilever in the Netherlands.

3. I have a joint Master of Business Administration degree from New York University Stern School of Business, London School of Economics and Political Science, and the HEC School of Management, Paris. I hold a Bachelor of Science degree in Business Economics and Accounting from Windesheim University in the Netherlands.

4. In my capacities at Amyris, I am familiar with the Debtors' businesses, financial affairs, and day-to-day operations. I submit this Declaration in support of confirmation of the *Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (as modified, amended, or supplemented from time to time, the "Plan").

5. Except as otherwise noted, I have personal knowledge of the matters set forth herein. All facts set forth in the Declaration are based on my personal knowledge; my discussions with the Debtors' senior management, employees and other personnel, and their counsel and other advisors; my review of relevant documents and information; and/or my opinion based on my experience and knowledge of the Debtors' operations and financial condition. In making the Declaration, I have relied in part on information and materials that the Debtors' personnel and

2

advisors have gathered, prepared, verified, and provided to me, in each case under my ultimate supervision, at my direction, and/or for my benefit in preparing the Declaration. If I were called to testify as a witness in this matter, I could and would testify competently to the facts set forth herein.

Financial Projections / Feasibility of the Plan

6. With my direct involvement and oversight, the Debtors prepared financial projections for calendar years 2024 - 2028 (together with and subject to the notes regarding assumptions and other matters included as part thereof, the "Financial Projections"), attached as Exhibit E to the Disclosure Statement [D.I. 893].

7. In connection with the Debtors' restructuring efforts, with the assistance of the Debtors' advisors, I led the Debtors in undertaking a comprehensive business and financial planning exercise encompassing all aspects of the Company's business. This process was supported by key functional leaders in the Company, including, without limitation, the Company's COO, SVP Corporate Finance, Chief People Officer, SVP Manufacturing, SVP R&D, SVP Process Development, Chief Strategy and Product Development Officer, Senior Director Strategic Partnerships and members of their respective teams, and by outside advisors, including Pricewaterhouse Coopers, Intrepid Investment Bankers LLC, and Ankura Consulting. As a result, the Company discontinued its entire Consumer portfolio (brands and services) from a combination of sale transactions and shutdowns resulting in a significant downsizing and simplification of its global operating footprint, workforce and cost structure. Going forward, the Company's strategy and business plan is focused around its core Lab-to-Market$^{TM}$ competencies of research and development of sustainable ingredients, commercial scale-up and manufacturing, and business-to-business commercial partnerships.

8. The Company's five year go-forward business plan (referred to as "Amyris 2.0") was developed on a top down and bottoms up basis, going through many iterations analyzing multiple potential scenarios in order to assess the capital requirements and cash flows under each scenario. As part of this process:

- Ingredients revenue was forecasted by customer, by ingredient based on volume and pricing assumptions, informed by agreements with, and information provided by the Company's key commercial partners.

- Costs were analyzed on a bottoms up basis, by cost center, by person.

- A comprehensive capital expenditures (CAPEX) budget was developed to support growth and maintenance contemplated in the plan.

- A financial model was developed that underpins the forecasted income statement, balance sheet and statement of cash flows.

Through this process, the Debtors determined to reorganize and emerge out of chapter 11 around the Company's "Lab to Market" business .

9. I worked directly with the Debtors' management team and advisors in the development and preparation of the Financial Projections and the assumptions on which they are based. The Financial Projections were reviewed and endorsed by management and reviewed with and approved by the Debtors' board of directors. I have reviewed and am familiar with the methods and assumptions used and the conclusions reached in the preparation of the Financial Projections. I believe that the assumptions used in connection with the Financial Projections were prepared in good faith and are reasonable under the circumstances (although such assumptions are inherently subject to uncertainty and risk given the nature of the Debtors' business). I believe that the process for developing and preparing the Financial Projections and the Financial Projections themselves are reasonable based on all of the circumstances.

LA:4857-9942-0573.5 03703.004

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2024

*/s/ Han Kieftenbeld*
Han Kieftenbeld
Interim Chief Executive Officer and Chief Financial Officer

LA:4857-9942-0573.5 03703.004