# Exhibit 1

# BRADLEY M. ORELOWITZ, CPA

Phone: (617) 895-5005                           2 Park Plaza, Suite 500
borelowitz@michel-shaked.com                 Boston, MA 02116

## EDUCATION

**Boston University Graduate School of Management,** Boston, MA     January 2000
    Master of Business Administration (MBA), High Honors
    Concentration in Finance
    Beta Gamma Sigma Honors Society
    Vice President Student-Alumni Network.

**University of South Africa,** Pretoria, South Africa
    Honors Bachelor of Accounting Science     1993
    Bachelor of Commerce, Accounting     1992

## PROFESSIONAL DESIGNATIONS

**Massachusetts Board of Public Accountancy**
    Certified Public Accountant (CPA)     2000 - Present

Previously registered with the South African Institute of Chartered Accountants and the South African Public Accountants' and Auditors' Board as a Chartered Accountant.

## PROFESSIONAL EXPERIENCE

**The Michel-Shaked Group**, Boston, MA     1999 - Present
*Managing Director, Expert*

**PensionLitigationData.com**, Boston, MA     2005 - 2011
*Managing Director, Co-founder*

**Forma Viva Fine Jewellery**, Johannesburg, South Africa     1996 - 1998
*Chief Financial Officer, Owner*

**EHD Components**, Johannesburg, South Africa     1995 - 1996
*Consultant*

**Papilsky Hurwitz Public Accountants**, Johannesburg, South Africa     1989 - 1995
*Audit Manager*

1

**SELECT PRACTICE AREAS**

- Valuation
- Bankruptcy
- Taxation
- Accounting
- Damages
- Securities
- Capital Markets
- Financial Modeling
- Corporate Advisory
- Pension and Employment
- Seminars

**SELECT INDUSTRIES**

- Automotive
- B2B E-Commerce
- Banking
- Cable
- Chemicals
- Construction
- Custodial Services
- Drug Distribution
- Education
- Electrical
- Energy
- Financial Services
- Food and Beverage
- Health Care
- Hotels and Casinos
- Industrial
- Insurance
- Leasing
- Leisure
- Manufacturing
- Media
- Medical Devices
- Mining
- Mortgage Servicing
- Oil and Gas
- Payroll Processing
- Pharmaceuticals
- Private Equity
- Professional Sports
- Real Estate
- Retail
- Software
- Solid Waste
- Steel
- Subscription Services
- Technology
- Telecommunications
- Textiles
- Tire & Rubber
- Tobacco

**PUBLICATIONS**

(Book)   Primrose, S. (Editor), <u>Best of ABI 2022: The Year in Business Bankruptcy</u>, American Bankruptcy Institute, 2022 (Select chapter).

(Book)   Shaked, I. and R. Reilly, <u>A Practical Guide to Bankruptcy Valuation</u>, 2nd edition, American Bankruptcy Institute, 2017 (Select chapters).

(Book)   Shaked, I. and R. Reilly, <u>A Practical Guide to Bankruptcy Valuation</u>, American Bankruptcy Institute, 2013 (Select chapters).

2

"Demystifying a Company's Systematic Risk." (with I. Shaked), <u>American Bankruptcy Institute Journal</u>, February 2022.

"The Cost of Capital Dilemma: Valuation During Abnormal Market Conditions." (with I. Shaked and P. Dionne), <u>American Bankruptcy Institute Journal</u>, April 2021.

"The Airline Industry and Covid-19: Saving for a Rainy Day." (with I. Shaked), <u>American Bankruptcy Institute Journal</u>, May 2020.

"10 Common Causes of Distress." (with I. Shaked), <u>American Bankruptcy Institute Journal</u>, July 2018.

"Key Valuation Issues in Distressed Investing." (with I. Shaked), <u>Journal of Corporate Renewal</u>, January/February 2018.

"Understanding Retail Bankruptcy." (with I. Shaked), <u>American Bankruptcy Institute Journal</u>, November 2017.

"Judging Fraud: The Case of Relying on Wrong Information." (with I. Shaked and E. Weisfelner), <u>American Bankruptcy Institute Journal</u>, August 2016.

"Contingent Liabilities: GAAP vs. Valuation Perspective." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, August 2015.

"Role of Uncertainty in Determining a Distressed Company's Fate." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, October 2014.

"Muni Bonds, Pension Liabilities and Investment Due Diligence." (with S. Mangiero and I. Shaked). <u>American Bankruptcy Institute Journal</u>, July 2014.

"FMV and Going-Concern Value Compared: An Expert's Opinion." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, April 2014.

"Cornerstone of Financial Decision-Making: Credible Projections." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, October 2013.

"The Valuation of NOLs in a Bankruptcy Reorganization." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, July 2013.

"Quantifying the Impact of Fraud: Application of the Guideline Publicly Traded Company Approach." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, April 2013.

"Case Studies in Corporate Bankruptcy Valuation." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, August 2012.

"Bankruptcy Valuation Hearings: As Highly Contested as Ever." (with I. Shaked). <u>American Bankruptcy Institute Journal</u>, November 2011.

"Comparable Company Valuation Methodology: Details Often Overlooked." (with M. Marcus and I. Shaked). <u>American Bankruptcy Institute Journal</u>, April 2010.

"ERISA Litigation Study." (with S. Mangiero, E. Preble, I. Shaked and J. Sheffield). Investment Governance, Inc. and The Michel-Shaked Group. April 2009.

"The Mirant Valuation Saga: Epic Battle of Experts." (with A. Michel and I. Shaked). <u>American Bankruptcy Institute Journal</u>, December 2004/January 2005.

## PRESENTATIONS

"Welcome to the Jungle: Expert Witness Preparation and Testimony." 97th Annual Conference of the National Conference of Bankruptcy Judges (NCBJ), J.W. Marriott, Austin, TX, October 13, 2023.

"Enterprise Valuation Today: "It Ain't What It Used to Be" Annual Spring Meeting 2023, The American Bankruptcy Institute (ABI), J.W. Marriott, Washington, DC, April 22, 2023.

"The Pandemic Era: Did Corporate Valuation Change?" Valuation Conference (Valcon 2022), The American Bankruptcy Institute (ABI) and Association of Insolvency & Restructuring Advisors (AIRA), Four Seasons, Las Vegas, Nevada, May 12, 2022.

"Valuation Discounts Under Siege: The Case Against Irrationality" (with I. Shaked), LandVest, Boston, MA, November 14, 2016.

"Looking Behind the Numbers: Understanding a Company's True Financial Health" (with I. Shaked), Brown Rudnick, Boston, MA, April 30, 2015

"Cross-Examining a Financial Expert in Valuation Cases: The Key Issues" (with I. Shaked), Sullivan & Worcester, Boston, MA, November 5, 2013.

## AWARDS AND HONORS

"Demystifying a Company's Systematic Risk." (with I. Shaked), <u>American Bankruptcy Institute Journal</u>, February 2022, selected for inclusion in Best of ABI 2022: The Year in Business Bankruptcy

"Muni Bonds, Pension Liabilities and Investment Due Diligence." (with S. Mangiero and I. Shaked)
Top Ten List-Social Science Research Network (SSRN), 2014.

Beta Gamma Sigma Honors Society

Winner: 1999 Annual Students for Responsible Business Case Competition

## MEMBERSHIPS

American Bankruptcy Institute (ABI)
American Institute of Certified Public Accountants (AICPA)

## TESTIMONIES WITHIN PAST FOUR YEARS

Tailored Brands, Inc., et al., Debtors
United States Bankruptcy Court, Southern District of Texas, Houston Division, Chapter 11
Case No. 20-33900 (MI)
Report Submission and Deposition Testimony
2020