# Exhibit 4

# Consumer Brands Trademarks and Service Marks

| Title | Image | Application Number | Application Date | Registration Number | Title | Registration Date | Status | Brand |
|---|---|---|---|---|---|---|---|---|
| BEAUTY IS IN OUR BIOLOGY | | 86/527,684 | 02/06/2015 | 5,214,473 | BEAUTY IS IN OUR BIOLOGY | 05/30/2017 | Reg/Drop | Biossance |
| BIOSSANCE | | 86/527,683 | 02/06/2015 | 5,214,472 | BIOSSANCE | 05/30/2017 | Registered | Biossance |
| BIOSSANCE & Design | | 87/633,511 | 10/04/2017 | 5468468 | BIOSSANCE & Design | 05/15/2018 | Registered | Biossance |
| BORN IN BERKELEY CALIFORNIA & Design | | 87/481,624 | 06/08/2017 | 5,551,894 | BORN IN BERKELEY CALIFORNIA & Design | 08/28/2018 | Registered | Biossance |
| PIPETTE | | 88/228360 | 12/13/2018 | 6273314 | PIPETTE | 2021-02-16 | Registered | Pipette |
| PLANT DERIVED SQUALANE & Design | | 87/481,618 | 06/08/2017 | 5,764,218 | PLANT DERIVED SQUALANE & Design | 05/28/2019 | Registered | Biossance |
| PP PIPETTE (STYLIZED) | | 90/741651 | 05/28/2021 | | PP PIPETTE (STYLIZED) | | Pending | Pipette |
| PP PIPETTE (STYLIZED) | | 88/471874 | 06/13/2019 | 6441723 | PP PIPETTE (STYLIZED) | 2021-08-03 | Registered | Pipette |
| THE CLEAN ACADEMY BIOSSANCE & Design | | 88/982,249 | 06/24/2019 | 6,472,280 | THE CLEAN ACADEMY BIOSSANCE & Design | 08/31/2021 | Registered | Biossance |
| THE CLEAN ACADEMY BY BIOSSANCE | | 88/980,911 | 06/24/2019 | 6,350,021 | THE CLEAN ACADEMY BY BIOSSANCE | 05/11/2021 | Registered | Biossance |
| ATHENA'S SHIELD | | 97/560,343 | 08/23/2022 | | ATHENA'S SHIELD | | Pending | MenoLabs |
| BIOLOGY BY NATURE. HUMAN BY DESIGN. | | 87/236,450 | 11/14/2016 | 5,292,847 | BIOLOGY BY NATURE. HUMAN BY DESIGN. | 09/19/2017 | Reg/Drop | Biossance |
| 4U BY TIA | | 97/490,180 | 07/06/2022 | | 4U BY TIA | | Allowed | 4U By Tia |
| BARE YOUR SOL | | 97/645,630 | 10/24/2022 | | BARE YOUR SOL | | Pending/Drop | Stripes |
| BEAUTY IN BEING | | 90/784,564 | 06/21/2021 | | BEAUTY IN BEING | | Published | Rose Inc |
| BIOSSANCE CLEAN CREW (Stylized) | | 90/211,423 | 09/25/2020 | 6,599,046 | BIOSSANCE CLEAN CREW (Stylized) | 12/21/2021 | Registered | Biossance |
| CLEAN CREW | | 90/211,384 | 09/25/2020 | 6,457,736 | CLEAN CREW | 08/17/2021 | Registered | Biossance |
| COME AS YOU ARE | | 90/784552 | 06/21/2021 | | COME AS YOU ARE | | Pending | JVN |
| DEW AS I DO | | 97/610,873 | 09/28/2022 | | DEW AS I DO | | Allowed | Stripes |
| DIM (Logo) | | 90/366,121 | 12/08/2020 | 6,714,342 | DIM (Logo) | 04/26/2022 | Registered | MenoLabs |
| EVENING WEAR | | 97/610,934 | 09/28/2022 | | EVENING WEAR | | Allowed | Stripes |
| GODDESS GLOW BEAUTY COLLAGEN | | 90/394,455 | 12/18/2020 | 6,599,210 | GODDESS GLOW BEAUTY COLLAGEN | 12/21/2021 | Registered | MenoLabs |
| GODDESS GLOW BEAUTY COLLAGEN (Logo) | | 90/398,746 | 12/21/2020 | 6,599,216 | GODDESS GLOW BEAUTY COLLAGEN (Logo) | 12/21/2021 | Registered | MenoLabs |
| HAPPY FIBER | | 90/189,559 | 09/17/2020 | 6,577,827 | HAPPY FIBER | 11/30/2021 | Registered | MenoLabs |
| HAPPY FIBER | | 90/189,559 | 09/17/2020 | 6577827 | HAPPY FIBER | 11/30/2021 | Registered | MenoLabs |
| HAPPY FIBER (Logo) | | 90/352,195 | 12/01/2020 | 6599177 | HAPPY FIBER (Logo) | 12/21/2021 | Registered | MenoLabs |
| HEMI15 | | 97/773241 | 01/30/2023 | | HEMI15 | | Pending | 4U By Tia |
| INSIDE ADDITION | | 97/611,185 | 09/28/2022 | | INSIDE ADDITION | | Pending | Stripes |



# Consumer Brands Trademarks and Service Marks

| Title | Image | Application Number | Application Date | Registration Number | Title | Registration Date | Status | Brand |
|---|---|---|---|---|---|---|---|---|
| JVN | | 90/784559 | 06/21/2021 | | JVN | | Pending | JVN |
| JVN | | 97/302716 | 03/09/2022 | | JVN | | Pending | JVN |
| MENOCHILL | | 88/648,188 | 10/09/2019 | 6,103,708 | MENOCHILL | 07/14/2020 | Registered | MenoLabs |
| MENOFIT | | 88/648,114 | 10/09/2019 | 6,103,706 | MENOFIT | 07/14/2020 | Registered | MenoLabs |
| MENOFIT (Logo) | | 90/352,152 | 12/01/2020 | 6,477,605 | MENOFIT (Logo) | 09/07/2021 | Registered | MenoLabs |
| MENOGLOW | | 88/648,068 | 10/09/2019 | 6,103,704 | MENOGLOW | 07/14/2020 | Registered | MenoLabs |
| MENOGLOW (Logo) | | 90/352,076 | 12/01/2020 | 6,477,598 | MENOGLOW (Logo) | 09/07/2021 | Registered | MenoLabs |
| MENOGUARD | | 88/648,165 | 10/09/2019 | 6,103,707 | MENOGUARD | 07/14/2020 | Registered | MenoLabs |
| MENOLABS | | 88/648,011 | 10/09/2019 | 6,149,323 | MENOLABS | 09/08/2020 | Registered | MenoLabs |
| MENOLIFE | | 88/648,220 | 10/09/2019 | 6,103,709 | MENOLIFE | 07/14/2020 | Registered | MenoLabs |
| MIGHTY RICH | | 97/796,009 | 02/15/2023 | | MIGHTY RICH | | Pending | Stripes |
| MISCELLANEOUS DESIGN (SALON CHAIR) | | 97/551971 | 08/17/2022 | | MISCELLANEOUS DESIGN (SALON CHAIR) | | Pending | JVN |
| OH-MY-GLIDE | | 97/611,178 | 09/28/2022 | | OH-MY-GLIDE | | Pending | Stripes |
| PIPETTE | | 90/741469 | 05/28/2021 | | PIPETTE | | Pending | Pipette |
| PIPETTE | | 97/435747 | 05/31/2022 | | PIPETTE | | Pending | Pipette |
| PIPETTE | | 88/975938 | 12/13/2018 | 5905428 | PIPETTE | 2019-11-05 | Registered | Pipette |
| POWERED BY MOISTURIZING SQUALANE | | 97/551919 | 08/17/2022 | | POWERED BY MOISTURIZING SQUALANE | | Pending | Pipette |
| PP PIPETTE (STYLIZED) | | 88/977163 | 06/13/2019 | 6060596 | PP PIPETTE (STYLIZED) | 2020-05-19 | Registered | Pipette |
| ROSE INC. | | 87/983,777 | 05/12/2017 | 6,441,459 | ROSE INC. | 08/03/2021 | Registered | Rose Inc |
| ROSE INC. | | 87/446,941 | 05/12/2017 | | ROSE INC. | | Allowed | Rose Inc |
| ROSE INC. | | 87/984,004 | 05/12/2017 | 6,548,007 | ROSE INC. | 11/02/2021 | Registered | Rose Inc |
| SOL QUEEN | | 97/645,638 | 10/24/2022 | | SOL QUEEN | | Pending | Stripes |
| STRIPES | | 97/260,955 | 02/10/2022 | | STRIPES | | Allowed | Stripes |
| THE COOL FACTOR | | 97/611,025 | 09/28/2022 | | THE COOL FACTOR | | Pending | Stripes |
| THE CROWN PLEASER | | 97/611,135 | 09/28/2022 | | THE CROWN PLEASER | | Pending | Stripes |
| THE DREAM DATE | | 97/611,202 | 09/28/2022 | | THE DREAM DATE | | Pending | Stripes |



Source: Trademarks - AI_AI to non_Non.xlsx.

2

# Consumer Brands Trademarks and Service Marks

| Title | Image | Application Number | Application Date | Registration Number | Title | Registration Date | Status | Brand |
|---|---|---|---|---|---|---|---|---|
| THE COOL FACTOR | | 97/611,025 | 09/28/2022 | | THE COOL FACTOR | | Pending | Stripes |
| THE CROWN PLEASER | | 97/611,135 | 09/28/2022 | | THE CROWN PLEASER | | Pending | Stripes |
| THE DREAM DATE | | 97/611,202 | 09/28/2022 | | THE DREAM DATE | | Pending | Stripes |
| THE FULL MONTY | | 97/611,117 | 09/28/2022 | | THE FULL MONTY | | Pending | Stripes |
| THE NECK'S CHAPTER | | 97/611,222 | 09/28/2022 | | THE NECK'S CHAPTER | | Pending | Stripes |
| THE POWER MOVE | | 97/610,950 | 09/28/2022 | | THE POWER MOVE | | Allowed | Stripes |
| THE RESTING CLEAN FACE | | 97/611,098 | 09/28/2022 | | THE RESTING CLEAN FACE | | Pending | Stripes |
| THE ROOT OF IT | | 97/611,154 | 09/28/2022 | | THE ROOT OF IT | | Suspended | Stripes |
| THE SUPPORT SYSTEM | | 97/611,196 | 09/28/2022 | | THE SUPPORT SYSTEM | | Pending | Stripes |
| TO MAMA, WITH LOVE | | 90/626217 | 04/06/2021 | | TO MAMA, WITH LOVE | | Pending | Pipette |
| UNDER THE DRYER | | 97/397917 | 05/06/2022 | 7025682 | UNDER THE DRYER | 2023-04-11 | Registered | JVN |
| VAG OF HONOR | | 97/611,166 | 09/28/2022 | | VAG OF HONOR | | Pending | Stripes |
| VIVA VOLUME | (image) | 98/075673 | 07/07/2023 | | VIVA VOLUME | | Pending | MenoLabs |
| WELL RESTED | | 97/165,117 | 12/09/2021 | 6,948,089 | WELL RESTED | 01/10/2023 | Registered | MenoLabs |
| WELL RESTED BY MENOLABS | | 90/189,589 | 09/17/2020 | 6,834,623 | WELL RESTED BY MENOLABS | 08/30/2022 | Registered | MenoLabs |
| WELL RESTED BY MENOLABS (Logo) | | 90/352,230 | 12/01/2020 | 6,714,298 | WELL RESTED BY MENOLABS (Logo) | 04/26/2022 | Registered | MenoLabs |



Source: Trademarks - AI_AI to non_Non.xlsx.