# Exhibit C

*Report of Non-Tabulated Ballots*

STRETTO

**Exhibit C**
Detailed Report of Non-Tabulated Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Elects to Opt Out | Reason |
|---|---|---|---|---|---|---|---|
| Class 8 | 01/15/2024 | 111 | Nathan Perkins Photography Ltd | $28,339.88 | Abstain | Box Unchecked | Abstain |
| Class 8 | 01/16/2024 | 125 | Oracle America, Inc., SII to NetSuite, Inc. ("Oracle") | $5,948.23 | Abstain | Box Checked | Abstain |
| Class 8 | 01/17/2024 | 144 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Abstain |
| Class 8 | 01/17/2024 | 145 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 146 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 147 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 148 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 149 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 150 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 151 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 152 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/17/2024 | 153 | NCL Acquisition Corp. d/b/a Elevation | $3,504,334.00 | Abstain | Box Checked | Duplicate |
| Class 8 | 01/18/2024 | 172 | Google LLC | $1,977,522.58 | Abstain | Box Checked | Abstain |
| Class 8 | 01/19/2024 | 203 | Naomi Watts | $291,669.00 | Accept the Plan | Box Unchecked | Late Filed |
| Class 8 | 01/19/2024 | 204 | Erica Landuyt | $6,617.00 | Accept the Plan | Box Unchecked | Late Filed |
| Class 8 | 01/20/2024 | 205 | Kacie Friedman | $20,628.00 | Accept the Plan | Box Checked | Late Filed |