# EXHIBIT A

**Amyris, Inc., et al.**

| **Plan Effective Date Funding Schedule** | | |
|---|---|---|
| *$ in millions* | | |
| **Administrative Expenses** | | |
| a) | Funding of Cash shortfall at W/C Feb-12 [(1)] | 3.14 |
| b) | Accounts Payable (administrative expenses) [(2)] | 20.50 |
| c) | Aug-23 Stub rent [(3)] | 1.48 |
| d) | Priority Claims [(4)] | 2.46 |
| e) | Cures and 503(b)9 claims [(5)] | 3.16 |
| f) | Estimated Accrued & Unpaid Professional Fees [(6)] | 22.64 |
| g) | Key Employee Incentive Plan (KEIP) / Key Employee Retention Plan (KERP) [(7)] | 2.36 |
| h) | Estimated Quarterly UST Fees - Stub period | 0.40 |
| | **Subtotal - Administrative Claims** | **56.13** |
| **Estate Settlements** | | |
| i) | Estate Claim Settlement and Creditor Trust Funding | 17.00 |
| j) | 3rd Party Release Settlement | 21.40 |
| k) | Lavvan Settlement | 15.14 |
| l) | Cross-holder group Settlement | 0.45 |
| | **Subtotal - Estate Settlements** | **53.99** |
| **Total** | | **110.12** |

**NOTES:**

1) Reflects the cash funding shortfall as contemplated in the DIP budget at the end of W/C Feb-12th

2) Estimated accrued and unpaid amounts owed for the Consumer business, as of the closing date of the each sale of Consumer Brands. Estimated accrued and unpaid amounts owed for the Tech Access, R&D, and G&A, as of the end of W/C Feb-12th, based on the assumed effective date of plan of February 15, 2024

3) Reflects the stub a portion of the Aug-23 rent of Emeryville site that remain unpaid.

4) Represents an estimate for priority claims (tax, employee, other).

5) Represents estimated amounts due to vendors and suppliers on account contracts that need to be assumed and cured for the go-forward Amyris 2.0 business and 503(b)9 claims estimate on account of amounts owed to suppliers for inventory received by the Debtors within 20 days of the petition date

6) Reflects the accrued and unpaid/not funded into escrow for professional fees estimated at February 15, 2024.

7) Reflects the KEIP to be paid on upon plan confirmation and the 2nd installment of KERP payment