IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

**Objections Due: February 5, 2024 at 4:00 P.M. (ET) Hearing Date: To be scheduled if necessary**

**NOTICE OF SECOND MONTHLY FEE APPLICATION OF BACK BAY MANAGEMENT CORPORATION AND ITS DIVISION, THE MICHEL-SHAKED GROUP, FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**PLEASE TAKE NOTICE** that on January 22, 2024, Back Bay Management Corporation and its Division, the Michel-Shaked Group ("MSG" or the "Firm") expert consultant for the above-captioned debtors and debtors in possession (the "Debtors"), filed its *Second Monthly Fee Application of Back Bay Management Corporation and its Division, the Michel-Shaked Group, for Compensation Earned and Expenses Incurred for the Period of December 1, 2023 through December 31, 2023* (the "Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $296,118.00 and reimbursement for actual and necessary expenses in the amount of $17.07. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") on or before **February 5, 2024 at 4:00 p.m. Eastern Time**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

SF 4868-4453-9295.1 03703.004

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on September 14, 2023 [Docket No. 279] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor: Amyris, Inc., 5885 Hollis Street, Suite 100, Emeryville, CA 94608 (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill (joneill@pszjlaw.com) and Jason H. Rosell (jrosell@pszjlaw.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: John Schanne (john.schanne@usdoj.gov); (iv) counsel to the Official Debtors of Unsecured Creditors, White & Case LLP, Attn: John Ramirez (john.ramirez@whitecase.com) and Stephen E. Ludovici (stephen.ludovici@whitecase.com); (v) counsel for the DIP Agent, DIP Lender, and Prepetition Agent, (a) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899, Attn: David M. Fournier (david.fournier@troutman.com) and Kenneth A. Listwak (ken.listwak@troutman.com), and (b) Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas (anicas@goodwinlaw.com), Artem Skorostensky (askorostensky@goodwinlaw.com), and Sari Rosenfeld (srosenfeld@goodwinlaw.com); and (vi) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO

THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

Dated: January 22, 2024    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           joneill@pszjlaw.com
           jrosell@pszjlaw.com
           sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**Objections Due: February 5, 2024 at 4:00 P.M. (ET)**
**Hearing Date: To be scheduled if necessary**

**SECOND MONTHLY FEE APPLICATION OF BACK BAY MANAGEMENT CORPORATION AND ITS DIVISION, THE MICHEL-SHAKED GROUP, FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| Name of Applicant: | Back Bay Management Corporation and its Division, the Michel-Shaked Group |
|---|---|
| Authorized to Provide Professional Services to: | Expert Valuation Consultant |
| Date of Retention: | Effective October 31, 2023 pursuant to Order dated December 7, 2023 [Docket No. 844] |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2023 – December 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $296,118.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $17.07 |

This is a:    ☒ monthly    ☐ interim    ☐ final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $1,400.00.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The applicant reserves the right to include any time expended in the time period indicted above in future application(s) if it is not included therein.

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and this *Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 14, 2023 (the "Administrative Order"), Back Bay Management Corporation and its Division, the Michel-Shaked Group ("MSG" or the "Firm"), expert consultant for the above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Fee Statement") for the period from December 1, 2023 through December 31, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, entered on September 14, 2023 [Docket No. 279] (the "Administrative Order"). MSG requests: (a) interim allowance and payment of compensation in the amount of $236,894.40 (80% of $296,118.00) for fees on account of reasonable and necessary professional services rendered to the Debtors by MSG; and (b) reimbursement of actual and necessary costs and expenses in the amount of $17.07 incurred by MSG during the Compensation Period.

**Services Rendered and Disbursements Incurred During the Compensation Period**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates, and aggregate hours spent by each MSG professional that provided services to the Debtors during the Compensation Period. The rates charged by MSG for services rendered to the Debtors are the same rates that MSG charges generally for professional services rendered to its non-bankruptcy clients.

2.   **Exhibit B** sets forth a summary by task that includes the aggregate hours per task spent by MSG professionals in rendering services to the Debtors during the Compensation Period.

3.   **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by MSG in connection with services rendered to the Debtors during the Compensation Period.

4.   **Exhibit D** sets forth a complete itemization of all time records and expenses for MSG professionals for the Compensation Period.

Dated: January 22, 2024                     */s/ Brad Orelowitz*
                                            Brad Orelowitz
                                            Managing Director
                                            Back Bay Management Corporation
                                            and its division, The Michel-Shaked Group