# Exhibit A

## Summary of Hours by Professional

For the period December 1, 2023 – December 31, 2023

**Exhibit A**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Professional**
For the Period December 1, 2023 - December 31, 2023

| Name | Position | Hourly Rate | Hours |
|---|---|---|---|
| Brad Orelowitz | Managing Director | $ 900 | 107.4 |
| Paul Dionne | Director | 700 | 108.1 |
| Luka Miladinovic | Senior Analyst | 550 | 93.3 |
| Jordan Murray | Senior Analyst | 550 | 0.6 |
| Aman Agrawal | Analyst | 395 | 116.9 |
| Charles Korn | Analyst | 325 | 79.9 |
| **Total** | | | **506.2** |