**Exhibit B**

**Summary of Hours by Category**

For the period December 1, 2023 – December 31, 2023

**Exhibit B**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Category**
For the Period December 1, 2023 - December 31, 2023

| Task | Hours |
|---|---:|
| Valuation Analysis of Debtors | 506.2 |
| **Total** | **506.2** |