# Exhibit C

# Summary and Details of Expenses by Category

For the period December 1, 2023 – December 31, 2023

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period December 1, 2023 - December 31, 2023

| Category | Expense |
|---|---:|
| Working Meals | 17.07 |
| **Total Expenses** | **17.07** |

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period December 1, 2023 - December 31, 2023

| Category | Description | Expense |
|---|---|---|
| Working Meals | Charles Korn - Meal in office working late on client matters | 17.07 |

**Total Expenses** 17.07