# Exhibit D

# Professional Services by Project Category, Professional, and Date

For the period December 1, 2023 – December 31, 2023

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), A. Agrawal (MSG) re: performing valuation analysis. | 1.0 | 700 | 700.00 |
| Brad Orelowitz | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), L. Miladinovic (MSG), A. Agrawal (MSG) re: performing valuation analysis. | 1.0 | 900 | 900.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 1.8 | 700 | 1,260.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 0.6 | 700 | 420.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation data and inputs. | 1.1 | 700 | 770.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analysis. | 1.2 | 700 | 840.00 |
| Paul Dionne | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and A. Agrawal (MSG) re: valuation data and inputs. | 0.8 | 700 | 560.00 |
| Luka Miladinovic | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), P. Dionne (MSG), and A. Agrawal (MSG) re: performing valuation analysis. | 1.0 | 550 | 550.00 |
| Luka Miladinovic | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and A. Agrawal (MSG) re: valuation data and inputs. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 12/1/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/1/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.2 | 550 | 1,210.00 |
| Luka Miladinovic | 12/1/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 0.8 | 550 | 440.00 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analysis. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs. | 2.5 | 395 | 987.50 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz, P. Dionne, and L. Miladinovic re: performing valuation analysis. | 1.0 | 395 | 395.00 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and P. Dionne (MSG) re: valuation data and inputs. | 0.8 | 395 | 316.00 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation data and inputs. | 1.1 | 395 | 434.50 |
| Aman Agrawal | 12/1/2023 | Valuation Analysis of Debtors | Performed valuation analyses. | 0.7 | 395 | 276.50 |
| Brad Orelowitz | 12/1/2023 | Valuation Analysis of Debtors | Reviewed valuation analyses. | 1.0 | 900 | 900.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/2/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 1.6 | 395 | 632.00 |
| Aman Agrawal | 12/2/2023 | Valuation Analysis of Debtors | Edited valuation analysis. | 2.4 | 395 | 948.00 |
| Aman Agrawal | 12/2/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs. | 2.0 | 395 | 790.00 |
| Luka Miladinovic | 12/3/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 3.4 | 550 | 1,870.00 |
| Aman Agrawal | 12/3/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/3/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 1.2 | 395 | 474.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs. | 0.7 | 700 | 490.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: drafting of valuation report. | 0.8 | 700 | 560.00 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of valuation report. | 0.8 | 900 | 720.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation data and inputs. | 0.2 | 700 | 140.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 2.2 | 700 | 1,540.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 0.7 | 700 | 490.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: Amyris valuation materials. | 0.9 | 700 | 630.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and A. Agrawal (MSG) re: valuation inputs. | 0.9 | 700 | 630.00 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and A. Agrawal (MSG) re: valuation inputs. | 0.9 | 900 | 810.00 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of valuation report. | 0.3 | 900 | 270.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: drafting of valuation report. | 0.3 | 700 | 210.00 |
| Paul Dionne | 12/4/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 0.7 | 700 | 490.00 |
| Luka Miladinovic | 12/4/2023 | Valuation Analysis of Debtors | Team meeting with P. Dionne (MSG) re: Amyris valuation materials. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 12/4/2023 | Valuation Analysis of Debtors | Reviewed inputs into the valuation analysis. | 2.8 | 550 | 1,540.00 |
| Luka Miladinovic | 12/4/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data. | 2.0 | 550 | 1,100.00 |
| Aman Agrawal | 12/4/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 2.4 | 395 | 948.00 |
| Aman Agrawal | 12/4/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs and data. | 2.5 | 395 | 987.50 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/4/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 1.6 | 395 | 632.00 |
| Aman Agrawal | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation data and inputs. | 0.2 | 395 | 79.00 |
| Aman Agrawal | 12/4/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and B. Orelowitz (MSG) re: valuation inputs. | 0.9 | 395 | 355.50 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Telephone call w/ A. Kornfeld (PSZJ) re: Amyris valuation. | 0.3 | 900 | 270.00 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.6 | 900 | 2,340.00 |
| Brad Orelowitz | 12/4/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 1.5 | 900 | 1,350.00 |
| Paul Dionne | 12/5/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), A. Agrawal (MSG) and C. Korn (MSG) re: preliminary valuation analyses. | 0.3 | 700 | 210.00 |
| Paul Dionne | 12/5/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 2.4 | 700 | 1,680.00 |
| Paul Dionne | 12/5/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 2.2 | 700 | 1,540.00 |
| Brad Orelowitz | 12/5/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), L. Miladinovic (MSG), A. Agrawal (MSG) and C. Korn (MSG) re: preliminary valuation analyses. | 0.3 | 900 | 270.00 |
| Charles Korn | 12/5/2023 | Valuation Analysis of Debtors | Team Meeting w/ P. Dionne (MSG), B. Orelowitz (MSG), L. Miladinovic (MSG) and A. Agrawal (MSG): preliminary valuation analyses. | 0.3 | 325 | 97.50 |
| Luka Miladinovic | 12/5/2023 | Valuation Analysis of Debtors | Team Meeting w/ P. Dionne (MSG), B. Orelowitz (MSG), C. Korn (MSG) and A. Agrawal (MSG): preliminary valuation analyses. | 0.3 | 550 | 165.00 |
| Brad Orelowitz | 12/5/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analyses. | 0.4 | 900 | 360.00 |
| Luka Miladinovic | 12/5/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: valuation analyses. | 0.4 | 550 | 220.00 |
| Luka Miladinovic | 12/5/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 1.0 | 550 | 550.00 |
| Luka Miladinovic | 12/5/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.2 | 550 | 660.00 |
| Aman Agrawal | 12/5/2023 | Valuation Analysis of Debtors | Analyzed valuation materials. | 2.1 | 395 | 829.50 |
| Aman Agrawal | 12/5/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.5 | 395 | 987.50 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/5/2023 | Valuation Analysis of Debtors | Team Meeting w/ P. Dionne (MSG), B. Orelowitz (MSG), C. Korn (MSG) and L. Miladinovic (MSG): preliminary valuation analyses. | 0.3 | 395 | 118.50 |
| Brad Orelowitz | 12/5/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 2.1 | 900 | 1,890.00 |
| Paul Dionne | 12/6/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 0.3 | 700 | 210.00 |
| Paul Dionne | 12/6/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs. | 0.7 | 700 | 490.00 |
| Paul Dionne | 12/6/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.1 | 700 | 770.00 |
| Paul Dionne | 12/6/2023 | Valuation Analysis of Debtors | Phone call w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG) and L. Miladinovic (MSG) re: Amyris valuation. | 0.8 | 700 | 560.00 |
| Brad Orelowitz | 12/6/2023 | Valuation Analysis of Debtors | Phone call w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), P. Dionne (MSG) and L. Miladinovic (MSG) re: Amyris valuation. | 0.8 | 900 | 720.00 |
| Paul Dionne | 12/6/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: overview of Amyris valuation analyses. | 0.6 | 700 | 420.00 |
| Brad Orelowitz | 12/6/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: overview of Amyris valuation analyses. | 0.6 | 900 | 540.00 |
| Charles Korn | 12/6/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 1.0 | 325 | 325.00 |
| Charles Korn | 12/6/2023 | Valuation Analysis of Debtors | Conducted valuation analysis. | 2.1 | 325 | 682.50 |
| Luka Miladinovic | 12/6/2023 | Valuation Analysis of Debtors | Phone call w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG) and P. Dionne (MSG) re: Amyris valuation. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 12/6/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: overview of Amyris valuation analyses. | 0.6 | 550 | 330.00 |
| Luka Miladinovic | 12/6/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 12/6/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 2.2 | 550 | 1,210.00 |
| Luka Miladinovic | 12/6/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 1.0 | 550 | 550.00 |
| Aman Agrawal | 12/6/2023 | Valuation Analysis of Debtors | Continued to perform and review valuation analyses. | 1.3 | 395 | 513.50 |
| Aman Agrawal | 12/6/2023 | Valuation Analysis of Debtors | Analyzed valuation data and inputs. | 1.5 | 395 | 592.50 |
| Brad Orelowitz | 12/6/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 12/6/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.8 | 900 | 1,620.00 |
| Brad Orelowitz | 12/6/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 2.0 | 900 | 1,800.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Continued to valuation data points. | 0.5 | 700 | 350.00 |
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation analyses. | 0.3 | 700 | 210.00 |
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Reviewed Amyris valuation analysis. | 0.8 | 700 | 560.00 |
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 0.7 | 700 | 490.00 |
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Drafted valuation report. | 1.4 | 700 | 980.00 |
| Paul Dionne | 12/7/2023 | Valuation Analysis of Debtors | Continued to review valuation data and inputs. | 1.9 | 700 | 1,330.00 |
| Charles Korn | 12/7/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analyses. | 1.2 | 325 | 390.00 |
| Charles Korn | 12/7/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 0.9 | 325 | 292.50 |
| Charles Korn | 12/7/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analyses. | 1.5 | 325 | 487.50 |
| Charles Korn | 12/7/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.9 | 325 | 617.50 |
| Charles Korn | 12/7/2023 | Valuation Analysis of Debtors | Drafted valuation analysis. | 1.6 | 325 | 520.00 |
| Luka Miladinovic | 12/7/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analysis. | 1.8 | 550 | 990.00 |
| Aman Agrawal | 12/7/2023 | Valuation Analysis of Debtors | Compiled and analyzed valuation inputs. | 2.6 | 395 | 1,027.00 |
| Aman Agrawal | 12/7/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.0 | 395 | 790.00 |
| Aman Agrawal | 12/7/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/7/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation analyses. | 0.3 | 395 | 118.50 |
| Brad Orelowitz | 12/7/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 2.1 | 900 | 1,890.00 |
| Brad Orelowitz | 12/7/2023 | Valuation Analysis of Debtors | Continued to review preliminary valuation analyses. | 1.5 | 900 | 1,350.00 |
| Paul Dionne | 12/8/2023 | Valuation Analysis of Debtors | Compiled first monthly fee application. | 2.0 | 700 | 1,400.00 |
| Paul Dionne | 12/8/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: drafting of valuation analysis. | 0.9 | 700 | 630.00 |
| Brad Orelowitz | 12/8/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of valuation analysis. | 0.9 | 900 | 810.00 |
| Paul Dionne | 12/8/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation of Amyris. | 1.0 | 700 | 700.00 |
| Luka Miladinovic | 12/8/2023 | Valuation Analysis of Debtors | Reviewed and proofed valuation analyses. | 1.9 | 550 | 1,045.00 |
| Brad Orelowitz | 12/8/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 1.8 | 900 | 1,620.00 |
| Paul Dionne | 12/11/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation report. | 2.5 | 700 | 1,750.00 |
| Charles Korn | 12/11/2023 | Valuation Analysis of Debtors | Continued to perform preliminary valuation analyses. | 2.3 | 325 | 747.50 |
| Luka Miladinovic | 12/11/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 12/11/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 0.3 | 550 | 165.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/11/2023 | Valuation Analysis of Debtors | Continued review of valuation materials. | 2.4 | 395 | 948.00 |
| Aman Agrawal | 12/11/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 0.7 | 395 | 276.50 |
| Brad Orelowitz | 12/11/2023 | Valuation Analysis of Debtors | Reviewed Amyris valuation materials. | 2.3 | 900 | 2,070.00 |
| Brad Orelowitz | 12/11/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 2.0 | 900 | 1,800.00 |
| Paul Dionne | 12/12/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 12/12/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 1.0 | 700 | 700.00 |
| Paul Dionne | 12/12/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), C. Korn (MSG), and A. Agrawal (MSG) re: valuation of Amyris. | 1.3 | 700 | 910.00 |
| Brad Orelowitz | 12/12/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG), L. Miladinovic (MSG), C. Korn (MSG), and A. Agrawal (MSG) re: valuation of Amyris. | 1.3 | 900 | 1,170.00 |
| Paul Dionne | 12/12/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 12/12/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 1.0 | 700 | 700.00 |
| Charles Korn | 12/12/2023 | Valuation Analysis of Debtors | Conducted valuation analysis. | 1.9 | 325 | 617.50 |
| Charles Korn | 12/12/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), P. Dionne (MSG), and A. Agrawal (MSG) re: valuation of Amyris. | 1.3 | 325 | 422.50 |
| Charles Korn | 12/12/2023 | Valuation Analysis of Debtors | Reviewed and edited preliminary valuation analysis. | 0.8 | 325 | 260.00 |
| Luka Miladinovic | 12/12/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), P. Dionne (MSG), C. Korn (MSG), and A. Agrawal (MSG) re: valuation of Amyris. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 12/12/2023 | Valuation Analysis of Debtors | Drafted valuation analysis. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 12/12/2023 | Valuation Analysis of Debtors | Reviewed valuation data. | 0.3 | 550 | 165.00 |
| Aman Agrawal | 12/12/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG), L. Miladinovic (MSG), C. Korn (MSG), and P. Dionne (MSG) re: valuation of Amyris. | 1.3 | 395 | 513.50 |
| Brad Orelowitz | 12/12/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation analyses. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 12/12/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 12/12/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 1.7 | 900 | 1,530.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis. | 1.1 | 700 | 770.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Reviewed inputs into valuation analysis. | 1.9 | 700 | 1,330.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: valuation analysis. | 0.5 | 700 | 350.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Continued to review inputs into the valuation analyses. | 1.2 | 700 | 840.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: overview of preliminary valuation analysis. | 0.5 | 700 | 350.00 |
| Brad Orelowitz | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: overview of preliminary valuation analysis. | 0.5 | 900 | 450.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: inputs into valuation analysis. | 0.7 | 700 | 490.00 |
| Brad Orelowitz | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: inputs into valuation analysis. | 0.7 | 900 | 630.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation inputs. | 0.4 | 700 | 280.00 |
| Paul Dionne | 12/13/2023 | Valuation Analysis of Debtors | Drafted valuation report. | 1.5 | 700 | 1,050.00 |
| Charles Korn | 12/13/2023 | Valuation Analysis of Debtors | Continued to reviewed and edit preliminary valuation analyses. | 2.6 | 325 | 845.00 |
| Charles Korn | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation analysis. | 0.5 | 325 | 162.50 |
| Charles Korn | 12/13/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analyses. | 1.2 | 325 | 390.00 |
| Charles Korn | 12/13/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 2.0 | 325 | 650.00 |
| Charles Korn | 12/13/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 0.6 | 325 | 195.00 |
| Luka Miladinovic | 12/13/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 2.0 | 550 | 1,100.00 |
| Luka Miladinovic | 12/13/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/13/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 1.8 | 550 | 990.00 |
| Luka Miladinovic | 12/13/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.1 | 550 | 1,155.00 |
| Aman Agrawal | 12/13/2023 | Valuation Analysis of Debtors | Continued to performed valuation analysis. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/13/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 1.8 | 395 | 711.00 |
| Aman Agrawal | 12/13/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation inputs. | 0.4 | 395 | 158.00 |
| Brad Orelowitz | 12/13/2023 | Valuation Analysis of Debtors | Drafted and reviewed preliminary MSG valuation report. | 3.8 | 900 | 3,420.00 |
| Brad Orelowitz | 12/13/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 2.2 | 900 | 1,980.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 0.4 | 700 | 280.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Reviewed preliminary valuation inputs. | 0.8 | 700 | 560.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: valuation methodologies. | 0.7 | 700 | 490.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: valuation methodologies. | 0.7 | 900 | 630.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Continued to draft valuation report. | 1.1 | 700 | 770.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: drafting of valuation report. | 0.6 | 700 | 420.00 |
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of valuation report. | 0.6 | 900 | 540.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: valuation inputs. | 0.8 | 700 | 560.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Reviewed valuation data. | 1.8 | 700 | 1,260.00 |
| Paul Dionne | 12/14/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis. | 0.5 | 700 | 350.00 |
| Charles Korn | 12/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.0 | 325 | 325.00 |
| Charles Korn | 12/14/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis. | 2.0 | 325 | 650.00 |
| Charles Korn | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation inputs. | 0.8 | 325 | 260.00 |
| Charles Korn | 12/14/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 2.1 | 325 | 682.50 |
| Luka Miladinovic | 12/14/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: valuation methodologies. | 0.7 | 550 | 385.00 |
| Luka Miladinovic | 12/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 12/14/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.2 | 550 | 660.00 |
| Aman Agrawal | 12/14/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 2.0 | 395 | 790.00 |
| Aman Agrawal | 12/14/2023 | Valuation Analysis of Debtors | Continued to review Amyris materials. | 2.4 | 395 | 948.00 |
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation of Amyris. | 1.8 | 900 | 1,620.00 |
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Reviewed and edited MSG report. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy docket. | 2.6 | 900 | 2,340.00 |
| Brad Orelowitz | 12/14/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data and inputs. | 2.0 | 900 | 1,800.00 |
| Paul Dionne | 12/15/2023 | Valuation Analysis of Debtors | Continued to review valuation inputs. | 2.0 | 700 | 1,400.00 |
| Charles Korn | 12/15/2023 | Valuation Analysis of Debtors | Reviewed and proofed preliminary valuation analysis. | 2.9 | 325 | 942.50 |
| Charles Korn | 12/15/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements and materials. | 3.1 | 325 | 1,007.50 |
| Charles Korn | 12/15/2023 | Valuation Analysis of Debtors | Conducted preliminary valuation analysis. | 2.8 | 325 | 910.00 |
| Luka Miladinovic | 12/15/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: Amyris valuation. | 0.6 | 550 | 330.00 |
| Brad Orelowitz | 12/15/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: Amyris valuation. | 0.6 | 900 | 540.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Luka Miladinovic | 12/15/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/15/2023 | Valuation Analysis of Debtors | Reviewed valuation documents. | 2.3 | 550 | 1,265.00 |
| Luka Miladinovic | 12/15/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analysis. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 12/15/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.5 | 550 | 825.00 |
| Brad Orelowitz | 12/15/2023 | Valuation Analysis of Debtors | Continued to review Amyris valuation analyses. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 12/15/2023 | Valuation Analysis of Debtors | Reviewed Amyris documents. | 1.8 | 900 | 1,620.00 |
| Aman Agrawal | 12/17/2023 | Valuation Analysis of Debtors | Proofed valuation inputs. | 2.0 | 395 | 790.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Reviewed valuation analyses. | 1.9 | 700 | 1,330.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation of the Debtors. | 1.0 | 700 | 700.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 1.1 | 700 | 770.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 2.6 | 700 | 1,820.00 |
| Paul Dionne | 12/18/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.2 | 700 | 840.00 |
| Charles Korn | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz re: valuation analyses. | 0.4 | 325 | 130.00 |
| Brad Orelowitz | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn re: valuation analyses. | 0.4 | 900 | 360.00 |
| Charles Korn | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analyses. | 0.4 | 325 | 130.00 |
| Charles Korn | 12/18/2023 | Valuation Analysis of Debtors | Updated Valuation Analysis | 1.9 | 325 | 617.50 |
| Charles Korn | 12/18/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 1.7 | 325 | 552.50 |
| Charles Korn | 12/18/2023 | Valuation Analysis of Debtors | Drafted valuation tables. | 2.2 | 325 | 715.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation of the Debtors. | 1.0 | 550 | 550.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: valuation analyses. | 0.4 | 550 | 220.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs and data. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Performed analysis of valuation inputs. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Reviewed Amyris bankruptcy materials. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 12/18/2023 | Valuation Analysis of Debtors | Continued to performed valuation analysis. | 1.4 | 550 | 770.00 |
| Aman Agrawal | 12/18/2023 | Valuation Analysis of Debtors | Continued to proof valuation analyses. | 2.4 | 395 | 948.00 |
| Aman Agrawal | 12/18/2023 | Valuation Analysis of Debtors | Continued to review valuation materials. | 1.3 | 395 | 513.50 |
| Aman Agrawal | 12/18/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 1.7 | 395 | 671.50 |
| Aman Agrawal | 12/18/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data and inputs. | 1.2 | 395 | 474.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/18/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.6 | 395 | 632.00 |
| Brad Orelowitz | 12/18/2023 | Valuation Analysis of Debtors | Continued to review Amyris valuation analyses. | 2.2 | 900 | 1,980.00 |
| Brad Orelowitz | 12/18/2023 | Valuation Analysis of Debtors | Reviewed Amyris SEC filings. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 12/18/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 2.7 | 900 | 2,430.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analyses. | 0.8 | 700 | 560.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: valuation report. | 0.4 | 700 | 280.00 |
| Brad Orelowitz | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation report. | 0.4 | 900 | 360.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: valuation inputs. | 0.5 | 700 | 350.00 |
| Brad Orelowitz | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation inputs. | 0.5 | 900 | 450.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: Amyris agreements. | 0.4 | 700 | 280.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Continued to draft the MSG report. | 2.6 | 700 | 1,820.00 |
| Paul Dionne | 12/19/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 1.3 | 700 | 910.00 |
| Charles Korn | 12/19/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 2.5 | 325 | 812.50 |
| Charles Korn | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: Amyris agreements. | 0.4 | 325 | 130.00 |
| Charles Korn | 12/19/2023 | Valuation Analysis of Debtors | Continued to draft valuation tables. | 2.1 | 325 | 682.50 |
| Charles Korn | 12/19/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analyses. | 1.5 | 325 | 487.50 |
| Charles Korn | 12/19/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements. | 1.8 | 325 | 585.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: valuation analyses. | 0.8 | 550 | 440.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Reviewed valuation documents. | 1.9 | 550 | 1,045.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation tables. | 1.1 | 550 | 605.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Continued to review documents related to Amyris. | 1.5 | 550 | 825.00 |
| Luka Miladinovic | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation analysis. | 0.8 | 550 | 440.00 |
| Aman Agrawal | 12/19/2023 | Valuation Analysis of Debtors | Continued to performed valuation analysis. | 1.7 | 395 | 671.50 |
| Aman Agrawal | 12/19/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analysis. | 0.8 | 395 | 316.00 |
| Aman Agrawal | 12/19/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 2.4 | 395 | 948.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/19/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation tables. | 1.4 | 395 | 553.00 |
| Aman Agrawal | 12/19/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 0.9 | 395 | 355.50 |
| Brad Orelowitz | 12/19/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 1.9 | 900 | 1,710.00 |
| Brad Orelowitz | 12/19/2023 | Valuation Analysis of Debtors | Reviewed valuation documents. | 2.1 | 900 | 1,890.00 |
| Brad Orelowitz | 12/19/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data and inputs. | 1.4 | 900 | 1,260.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Continued to draft the MSG report. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: drafting of analysis. | 0.3 | 700 | 210.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: inputs in valuation analyses. | 1.1 | 700 | 770.00 |
| Brad Orelowitz | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: inputs in valuation analyses. | 1.1 | 900 | 990.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Drafted the MSG valuation report. | 2.2 | 700 | 1,540.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 0.9 | 700 | 630.00 |
| Paul Dionne | 12/20/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 0.8 | 700 | 560.00 |
| Charles Korn | 12/20/2023 | Valuation Analysis of Debtors | Continued to review Amyris agreements and materials. | 2.8 | 325 | 910.00 |
| Charles Korn | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of analysis. | 0.3 | 325 | 97.50 |
| Charles Korn | 12/20/2023 | Valuation Analysis of Debtors | Reviewed and edited preliminary valuation analysis. | 1.0 | 325 | 325.00 |
| Charles Korn | 12/20/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analyses. | 2.9 | 325 | 942.50 |
| Charles Korn | 12/20/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 1.7 | 325 | 552.50 |
| Luka Miladinovic | 12/20/2023 | Valuation Analysis of Debtors | Edited valuation analyses. | 2.1 | 550 | 1,155.00 |
| Luka Miladinovic | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation analyses. | 0.7 | 550 | 385.00 |
| Luka Miladinovic | 12/20/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.2 | 550 | 1,210.00 |
| Luka Miladinovic | 12/20/2023 | Valuation Analysis of Debtors | Reviewed valuation data and inputs. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation data and inputs. | 0.7 | 550 | 385.00 |
| Aman Agrawal | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analyses. | 0.7 | 395 | 276.50 |
| Aman Agrawal | 12/20/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation data and inputs. | 0.7 | 395 | 276.50 |
| Aman Agrawal | 12/20/2023 | Valuation Analysis of Debtors | Proofed valuation graphs and tables. | 2.4 | 395 | 948.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Aman Agrawal | 12/20/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.8 | 395 | 1,106.00 |
| Aman Agrawal | 12/20/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation data. | 1.1 | 395 | 434.50 |
| Brad Orelowitz | 12/20/2023 | Valuation Analysis of Debtors | Reviewed and edited MSG report. | 2.2 | 900 | 1,980.00 |
| Brad Orelowitz | 12/20/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 2.3 | 900 | 2,070.00 |
| Brad Orelowitz | 12/20/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs. | 1.0 | 900 | 900.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Reviewed and edited MSG report. | 0.5 | 700 | 350.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Analyzed valuation inputs. | 1.8 | 700 | 1,260.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Reviewed valuation analyses. | 1.7 | 700 | 1,190.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG), and L. Miladinovic (MSG) re: valuation update. | 1.0 | 700 | 700.00 |
| Brad Orelowitz | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), P. Dionne (MSG), and L. Miladinovic (MSG) re: valuation update. | 1.0 | 900 | 900.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and L. Miladinovic (MSG) re: follow up to call with PSZJ. | 0.9 | 700 | 630.00 |
| Brad Orelowitz | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and L. Miladinovic (MSG) re: follow up to call with PSZJ. | 0.9 | 900 | 810.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Continued to perform valuation analysis. | 2.1 | 700 | 1,470.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Reviewed valuation materials. | 1.3 | 700 | 910.00 |
| Paul Dionne | 12/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG) and L. Miladinovic (MSG) re: valuation. | 0.3 | 700 | 210.00 |
| Brad Orelowitz | 12/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), P. Dionne (MSG) and L. Miladinovic (MSG) re: valuation. | 0.3 | 900 | 270.00 |
| Charles Korn | 12/21/2023 | Valuation Analysis of Debtors | Proofed valuation inputs. | 2.6 | 325 | 845.00 |
| Charles Korn | 12/21/2023 | Valuation Analysis of Debtors | Drafted report appendices. | 1.2 | 325 | 390.00 |
| Charles Korn | 12/21/2023 | Valuation Analysis of Debtors | Reviewed and edited appendix to the report. | 0.8 | 325 | 260.00 |
| Charles Korn | 12/21/2023 | Valuation Analysis of Debtors | Reviewed and edited tables in the valuation report. | 2.0 | 325 | 650.00 |
| Charles Korn | 12/21/2023 | Valuation Analysis of Debtors | Drafted valuation report. | 1.6 | 325 | 520.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: proofing of valuation analyses. | 0.5 | 550 | 275.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG), and P. Dionne (MSG) re: valuation update. | 1.0 | 550 | 550.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) and P. Dionne (MSG) re: follow up to call with PSZJ. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Meeting w/ A. Kornfeld (PSZJ), T. Flanagan (PSZJ), B. Orelowitz (MSG) and P. Dionne (MSG) re: valuation. | 0.3 | 550 | 165.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: valuation analyses. | 0.9 | 550 | 495.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Edited the valuation analyses. | 2.4 | 550 | 1,320.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Reviewed inputs into the valuation analysis. | 1.3 | 550 | 715.00 |
| Luka Miladinovic | 12/21/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 1.2 | 550 | 660.00 |
| Aman Agrawal | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: valuation analyses. | 0.9 | 395 | 355.50 |
| Aman Agrawal | 12/21/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) re: proofing of valuation analyses. | 0.5 | 395 | 197.50 |
| Aman Agrawal | 12/21/2023 | Valuation Analysis of Debtors | Continued to proof valuation analyses. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/21/2023 | Valuation Analysis of Debtors | Reviewed and edited analyses. | 1.2 | 395 | 474.00 |
| Aman Agrawal | 12/21/2023 | Valuation Analysis of Debtors | Analyzed valuation inputs. | 1.9 | 395 | 750.50 |
| Brad Orelowitz | 12/21/2023 | Valuation Analysis of Debtors | Continued to review and edit the MSG valuation report. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 12/21/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 2.4 | 900 | 2,160.00 |
| Paul Dionne | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: Amyris valuation analyses. | 0.2 | 700 | 140.00 |
| Paul Dionne | 12/22/2023 | Valuation Analysis of Debtors | Reviewed and edited report. | 1.4 | 700 | 980.00 |
| Paul Dionne | 12/22/2023 | Valuation Analysis of Debtors | Reviewed Amyris valuation analyses. | 0.5 | 700 | 350.00 |
| Paul Dionne | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and A. Agrawal (MSG) re: valuation analysis and report. | 0.7 | 700 | 490.00 |
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: Amyris valuation analyses. | 0.2 | 325 | 65.00 |
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ A. Agrawal (MSG) re: proofing of valuation analyses. | 0.3 | 325 | 97.50 |
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Reviewed and analyzed inputs into the valuation. | 1.0 | 325 | 325.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Continued to review and analyze valuation data. | 3.2 | 325 | 1,040.00 |
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Performed preliminary valuation analyses. | 2.8 | 325 | 910.00 |
| Charles Korn | 12/22/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analyses. | 2.2 | 325 | 715.00 |
| Luka Miladinovic | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) and A. Agrawal (MSG) re: valuation analysis and report. | 0.7 | 550 | 385.00 |
| Luka Miladinovic | 12/22/2023 | Valuation Analysis of Debtors | Continued to edit the valuation analyses. | 2.2 | 550 | 1,210.00 |
| Luka Miladinovic | 12/22/2023 | Valuation Analysis of Debtors | Performed analysis of valuation inputs. | 0.7 | 550 | 385.00 |
| Luka Miladinovic | 12/22/2023 | Valuation Analysis of Debtors | Reviewed valuation documents. | 1.2 | 550 | 660.00 |
| Luka Miladinovic | 12/22/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.2 | 550 | 660.00 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation tables. | 2.4 | 395 | 948.00 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Continued to review and edit valuation inputs. | 1.6 | 395 | 632.00 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Performed valuation analyses. | 1.4 | 395 | 553.00 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ C. Korn (MSG) re: proofing of valuation analyses. | 0.3 | 395 | 118.50 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Team meeting w/ L. Miladinovic (MSG) and P. Dionne (MSG) re: valuation analysis and report. | 0.7 | 395 | 276.50 |
| Aman Agrawal | 12/22/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs and materials. | 1.4 | 395 | 553.00 |
| Brad Orelowitz | 12/22/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 2.0 | 900 | 1,800.00 |
| Paul Dionne | 12/26/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation report. | 1.6 | 700 | 1,120.00 |
| Paul Dionne | 12/26/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: MSG valuation report. | 0.6 | 700 | 420.00 |
| Brad Orelowitz | 12/26/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: MSG valuation report. | 0.6 | 900 | 540.00 |
| Paul Dionne | 12/26/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 2.3 | 700 | 1,610.00 |
| Paul Dionne | 12/26/2023 | Valuation Analysis of Debtors | Reviewed valuation analysis. | 1.9 | 700 | 1,330.00 |
| Paul Dionne | 12/26/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 2.1 | 700 | 1,470.00 |
| Jordan Murray | 12/26/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 0.6 | 550 | 330.00 |
| Aman Agrawal | 12/26/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.3 | 395 | 908.50 |
| Aman Agrawal | 12/26/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation inputs and data. | 2.5 | 395 | 987.50 |
| Aman Agrawal | 12/26/2023 | Valuation Analysis of Debtors | Reviewed data for valuation analyses. | 2.4 | 395 | 948.00 |
| Brad Orelowitz | 12/26/2023 | Valuation Analysis of Debtors | Drafted MSG valuation report. | 2.5 | 900 | 2,250.00 |
| Brad Orelowitz | 12/26/2023 | Valuation Analysis of Debtors | Reviewed Amyris valuation materials. | 0.2 | 900 | 180.00 |

**Exhibit D**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Professional Services by Project Category, Professional, and Date**
For the Period December 1, 2023 - December 31, 2023

| Name | Date | Category | Services Performed | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Brad Orelowitz | 12/26/2023 | Valuation Analysis of Debtors | Reviewed and analyzed valuation analysis. | 1.8 | 900 | 1,620.00 |
| Brad Orelowitz | 12/26/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation report. | 3.0 | 900 | 2,700.00 |
| Paul Dionne | 12/27/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 1.5 | 700 | 1,050.00 |
| Paul Dionne | 12/27/2023 | Valuation Analysis of Debtors | Team meeting w/ B. Orelowitz (MSG) re: drafting of valuation report. | 0.2 | 700 | 140.00 |
| Brad Orelowitz | 12/27/2023 | Valuation Analysis of Debtors | Team meeting w/ P. Dionne (MSG) re: drafting of valuation report. | 0.2 | 900 | 180.00 |
| Paul Dionne | 12/27/2023 | Valuation Analysis of Debtors | Continued to draft the MSG valuation report. | 2.5 | 700 | 1,750.00 |
| Paul Dionne | 12/27/2023 | Valuation Analysis of Debtors | Reviewed valuation inputs. | 1.0 | 700 | 700.00 |
| Aman Agrawal | 12/27/2023 | Valuation Analysis of Debtors | Reviewed Amyris agreements. | 2.1 | 395 | 829.50 |
| Aman Agrawal | 12/27/2023 | Valuation Analysis of Debtors | Proofed valuation analyses. | 2.1 | 395 | 829.50 |
| Aman Agrawal | 12/27/2023 | Valuation Analysis of Debtors | Edited valuation analysis. | 2.2 | 395 | 869.00 |
| Aman Agrawal | 12/27/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials. | 1.4 | 395 | 553.00 |
| Brad Orelowitz | 12/27/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 2.1 | 900 | 1,890.00 |
| Brad Orelowitz | 12/27/2023 | Valuation Analysis of Debtors | Reviewed and edited MSG valuation report. | 2.3 | 900 | 2,070.00 |
| Paul Dionne | 12/28/2023 | Valuation Analysis of Debtors | Reviewed data for valuation analyses. | 1.2 | 700 | 840.00 |
| Aman Agrawal | 12/28/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation tables. | 0.7 | 395 | 276.50 |
| Brad Orelowitz | 12/28/2023 | Valuation Analysis of Debtors | Continued to review and edit MSG valuation report. | 2.5 | 900 | 2,250.00 |
| Brad Orelowitz | 12/28/2023 | Valuation Analysis of Debtors | Reviewed Amyris materials and agreements. | 1.0 | 900 | 900.00 |
| Brad Orelowitz | 12/28/2023 | Valuation Analysis of Debtors | Performed valuation analysis. | 1.5 | 900 | 1,350.00 |
| Brad Orelowitz | 12/28/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analyses. | 1.6 | 900 | 1,440.00 |
| Aman Agrawal | 12/29/2023 | Valuation Analysis of Debtors | Drafted and formatted the appendix. | 2.2 | 395 | 869.00 |
| Aman Agrawal | 12/29/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analyses. | 2.2 | 395 | 869.00 |
| Aman Agrawal | 12/29/2023 | Valuation Analysis of Debtors | Reviewed and edited appendix to the report. | 1.8 | 395 | 711.00 |
| Aman Agrawal | 12/29/2023 | Valuation Analysis of Debtors | Drafted valuation report. | 1.6 | 395 | 632.00 |
| Brad Orelowitz | 12/29/2023 | Valuation Analysis of Debtors | Continued to draft MSG valuation report. | 2.0 | 900 | 1,800.00 |
| Brad Orelowitz | 12/29/2023 | Valuation Analysis of Debtors | Reviewed and edited valuation analyses. | 3.0 | 900 | 2,700.00 |

# T**HE** M**ICHEL**-S**HAKED** G**ROUP**
A DIVISION OF BACK BAY MANAGEMENT CORPORATION                                    FEDERAL I.D. NUMBER: 04-2879357

January 17, 2024

Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**PROFESSIONAL FEES & EXPENSES**
**December 1, 2023 - December 31, 2023**
*Re: Amyris, Inc. et al., 23-11131 (TMH)*

**PROFESSIONAL FEES**

| NAME | LEVEL | HOURLY RATE | HOURS BILLED | TOTAL FEES |
|---|---|---:|---:|---:|
| Brad Orelowitz | Managing Director | 900 | 107.4 | $ 96,660.00 |
| Paul Dionne | Director | 700 | 108.1 | 75,670.00 |
| Luka Miladinovic | Senior Analyst | 550 | 93.3 | 51,315.00 |
| Jordan Murray | Senior Analyst | 550 | 0.6 | 330.00 |
| Aman Agrawal | Analyst | 395 | 116.9 | 46,175.50 |
| Charles Korn | Analyst | 325 | 79.9 | 25,967.50 |
| | **TOTAL PROFESSIONAL FEES** | | | **296,118.00** |

| **EXPENSES** | Data charges | | | 17.07 |
|---|---|---|---|---:|
| | **TOTAL EXPENSES** | | | **17.07** |

| | **TOTAL PROFESSIONAL FEES & EXPENSES DUE** | | $ | **296,135.07** |
|---|---|---|---|---:|