IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON JANUARY 24, 2024 AT 10:00 A.M. ET**

The above captioned debtors and debtors in possession (the "Debtors") submit this witness list for the hearing scheduled for **January 24, 2024 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

## WITNESSES

The Debtors designate the following persons as witnesses who may be called at the Hearing[2].

1. Han Kieftenbeld, Interim Chief Executive Officer and Chief Financial Officer, Amyris, Inc.

2. Steven J. Fleming, Principal, PwC US Business Advisory LLP.

3. Philip J. Gund, Managing Director, Ankura Consulting Group, LLC and Chief Restructuring Officer of the Debtors.

4. Oksana Wright, Chief Compliance Officer, Amyris, Inc.

5. Bradley M. Orelowitz, Managing Director, Back Bay Management Corporation and its Division, the Michel-Shaked Group.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] The witnesses' direct testimony will be submitted through declarations.

SF 4864-1914-8191.2 03703.004

6.      Jamilla J. Dennis, Senior Associate, Stretto.

The Debtors also cross-designate all witnesses designated by any other party in connection with the Hearing and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits below that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Exhibits attached to the Declaration of Steven J. Fleming in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code | D.I. 1181 |
| 2. | Exhibits attached to the Declaration of Oksana Wright in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code | D.I. 1180 |
| 3. | Exhibits attached to the Declaration of Bradley M. Orelowitz in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code | D.I. 1177 |
| 4. | Exhibits attached to the Voting Tabulation Affidavit of Jamilla Dennis of Stretto Regarding the Second Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, As Modified | D.I. 1179 |
| 5. | Liquidation Analysis attached as Exhibit D to the Disclosure Statement | D.I. 893-4 |
| 6. | Financial Projections attached as Exhibit E to the Disclosure Statement | D. I. 893-5 |
| 7. | Bylaws of Amyris, Inc. (Link in Exhibit 2, D.I. 1180) | N/A |
| 8. | Form Indemnity Agreement (Link in Exhibit 2, D.I. 1180) | N/A |

The Debtors also cross-designate all exhibits designated by any other party in connection with the Hearing and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: January 22, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*