# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### AD HOC NOTEHOLDER GROUP'S WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 24, 2024 AT 10:00 A.M. ET

The ad hoc group of holders of the 1.5% Convertible Senior Notes due 2026 (the "Ad Hoc Noteholder Group") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors") submit this witness list for the hearing scheduled for **January 24, 2024 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

### WITNESSES

The Ad Hoc Noteholder Group does not designate any persons as a witness who may be called at the Hearing, but cross-designates all witnesses designated by any other party in connection with the Hearing and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**EXHIBITS**

The Ad Hoc Noteholder Group designates the following exhibits below that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Declaration of Frank Merola in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization | 1178 |

The Ad Hoc Noteholder Group also cross-designates all exhibits designated by any other party in connection with the Hearing and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Ad Hoc Noteholder Group reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 22, 2024  
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

-and-

**PAUL HASTINGS LLP**
Frank Merola, Esq.
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: frankmerola@paulhastings.com

-and-

**PAUL HASTINGS LLP**
John Storz, Esq.
Matthew D. Friedrick, Esq.
Caroline Diaz, Esq.
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: johnstorz@paulhastings.com
          matthewfriedrick@paulhastings.com
          carolinediaz@paulhastings.com

*Counsel to the Ad Hoc Noteholder Group*