# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC. *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: January 24, 2024 at 10:00 a.m. (ET)** |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 24, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of Amyris, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") hereby files its witness and exhibit list for the confirmation hearing to be held on January 24, 2024 at 10:00 a.m. (prevailing Eastern Time) (the "**Confirmation Hearing**"):

### WITNESSES

The Committee may call any of the following witnesses at the Confirmation Hearing:

1. Elizabeth Hu;
2. Any witness called or listed by any other party; and
3. Any witness necessary to rebut the testimony of any witnesses called or designated by any other parties.

### EXHIBITS

The Committee may introduce the following exhibits:

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| **1.** | *Declaration of Elizabeth Hu in Support of the Official Committee of Unsecured Creditors' Statement in Support of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1190] | | | | |
| **2.** | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| 3 | Any exhibit(s) designated or introduced by any other party to this matter | | | | |
| **4.** | Any exhibit(s) introduced in a deposition in connection with this matter | | | | |

## RESERVATION OF RIGHTS

The Committee reserves the right to call or introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement, modify or amend this list prior to the hearing.

[*Remainder of page intentionally left blank*]

Dated: January 22, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katelin A. Morales*
**POTTER ANDERSON & CORROON LLP**
Christopher M. Samis (No. 4909)
Katelin A. Morales (No. 6683)
Sameen Rizvi (No. 6902)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  csamis@potteranderson.com
         kmorales@potteranderson.com
         srizvi@potteranderson.com

-and-

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Andrew F. O'Neill (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
       aoneill@whitecase.com

-and-

**WHITE & CASE LLP**
Samuel P. Hershey (admitted *pro hac vice*)
John Ramirez (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
       john.ramirez@whitecase.com
       andrea.kropp@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*