# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>          Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket Nos. 892, 1112** |

### NOTICE OF FILING <u>FIRST AMENDED</u> PLAN SUPPLEMENT FOR THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS, AS MODIFIED

**PLEASE TAKE NOTICE** that on December 12, 2023, the Debtors filed the *Second Amended Joint Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 892] (the "<u>Plan</u>") and the *Disclosure Statement With Respect to Second Amended Joint Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 893] (the "<u>Disclosure Statement</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").[2] The Court entered an Order [Docket No. 897] (the "<u>Disclosure Statement Order</u>"), approving the Disclosure Statement as containing adequate information within the meaning of section 1125 of Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and the Disclosure Statement Order, on January 9, 2024, the Debtors filed the *Notice of Filing Plan Supplement for the Second Amended Joint Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* [Docket No. 1112] (the "<u>Plan Supplement</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the Plan Supplement by filing drafts of the following documents (which are subject to continued negotiation between interested parties and the Debtors), as may be amended, supplemented, or modified from time to time through the Effective Date:[3]

| Exhibit | Description |
|---|---|
| A. | Creditor Trust Agreement |
| B. | Identification of Creditor Trustee |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and/or Disclosure Statement.

[3] Documents that amend previously-filed Exhibits are accompanied by redlined versions showing changes from versions filed with the original Plan Supplement.

| Exhibit | Description |
|---|---|
| E. | Amended DSM Contracts (DSM-Firmenich Joinder to Amended & Restated Plan Support Agreement) |
| H. | Identification of Outstanding DIP Facility and/or Foris Prepetition Secured Loans that are amended and restated or rolled-over into indebtedness of Reorganized Amyris as part of the Exit First Lien Facility |
| J. | Identification of Exit First Lien Facility Lenders |
| K. | Amended Givaudan Contracts |
| O. | Identities of Members of New Board and Officers of Reorganized Amyris |
| P. | Schedule of Assumed Executory Contracts and Unexpired Leases and Proposed Cure Amounts |
| Q. | Schedule of Retained Causes of Action |
| R. | Documentation of Third-Party Release Settlement |
| T. | Identification of Entities to Be Dissolved |
| U. | Lavvan Settlement Term Sheet |

**PLEASE TAKE FURTHER NOTICE** that the documents, or portions thereof, contained in the Plan Supplement are not final and remain subject to ongoing review by the Debtors and interested parties. The Debtors reserve the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court. If any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Disclosure Statement, the Plan Supplement, as well as further information regarding these Chapter 11 Cases are available for inspection on the Court's website at https://www.deb.uscourts.gov, or free of charge on the Debtors' restructuring website at https://cases.stretto.com/amyris/.

| | |
|---|---|
| Dated:  January 22, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042] |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807] |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801] |
| | Telephone: (302] 652-4100 |
| | Facsimile: (302] 652-4400 |
| | Email:  rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |