## EXHIBIT B

### (IDENTIFICATION OF CREDITOR TRUSTEE)

Alexandre Zyngier