# EXHIBIT H

### (IDENTIFICATION OF OUTSTANDING DIP FACILITY AND/OR FORIS PREPETITION SECURED LOANS THAT ARE AMENDED AND RESTATED OR ROLLED-OVER INTO INDEBTEDNESS OF REORGANIZED AMYRIS AS PART OF THE EXIT FIRST LIEN FACILITY)

As of the date hereof, and subject to modification, the Debtors understand that the Exit Facility First Lien Facility Amount will: (i) be subordinated to approximately $80 million of DIP Facility Claims as a portion of the DIP Facility will remain outstanding as of the Effective Date of the Plan; and (ii) will be comprised of a delayed draw term loan tranche in the amount up to $160,000,000 that will be incorporated into the DIP Facility Loan Agreement.

As of the date hereof, and subject to modification, the Debtors understand that the Exit Facility First Lien Facility Amount will: (i) be subordinated to approximately $80 million of DIP Facility Claims as a portion of the DIP Facility will remain outstanding as of the Effective Date of the Plan; and (ii) will be comprised of a delayed draw term loan tranche in the amount up to $160,000,000 that will be incorporated into the DIP Facility Loan Agreement.

# **EXHIBIT H - REDLINE**

As of the date hereof, and subject to modification, the Debtors understand that the Exit Facility First Lien Facility Amount will: (i) be subordinated to ~~the~~<ins>approximately $80 million of</ins> DIP Facility ~~Claim~~<ins>Claims</ins> as <ins>a portion of</ins> the DIP Facility will remain outstanding as of the Effective Date of the Plan; and (ii) will be comprised of~~: (x)~~ a ~~first out~~ delayed draw term loan tranche in the amount up to $~~145,000,000 and (y) a second out term loan tranche comprised of the Foris Prepetition Secured Claims due and owing under the Foris 2018~~<ins>160,000,000 that will be incorporated into the DIP Facility</ins> Loan<ins> Agreement</ins>.

Document comparison by Workshare Compare on Monday, January 22, 2024 1:04:00 PM

| Input: | |
|---|---|
| Document 1 ID | netdocuments://4855-0271-7855/1 |
| Description | Amyris - PS - ORIGINAL - Ex. H |
| Document 2 ID | netdocuments://4855-5862-0063/1 |
| Description | Amyris - FAPS - REVISED Ex. H |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 6 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 12 |