## EXHIBIT J

### (IDENTIFICATION OF EXIT FIRST LIEN FACILITY LENDERS)

Foris Ventures, LLC

Euagore, LLC

# **EXHIBIT J - REDLINE**

## **EXHIBIT J**

### **(IDENTIFICATION OF EXIT FIRST LIEN FACILITY LENDERS)**

Foris Ventures, LLC

==Euagore, LLC==