## EXHIBIT K

## (AMENDED GIVAUDAN CONTRACTS)

None.