# EXHIBIT O

## (IDENTITIES OF MEMBERS OF NEW BOARD AND OFFICERS OF REORGANIZED AMYRIS)

**Board of Directors**

John Doerr

Ryan Panchadsaram

Han Kieftenbeld

**Officers**

Han Kieftenbeld (Interim CEO, CFO and Treasurer)

Doris Choi (Secretary and General Counsel)

# **EXHIBIT O - REDLINE**

## EXHIBIT O

### (IDENTITIES OF MEMBERS OF NEW BOARD AND OFFICERS OF REORGANIZED AMYRIS (TO THE EXTENT KNOWN))

**Board of Directors**

John Doerr

Ryan Panchadsaram

Han Kieftenbeld

**Officers**

Han Kieftenbeld (Interim CEO, CFO and Treasurer)

Doris Choi (Secretary and General Counsel)