## **EXHIBIT T**

**(IDENTIFICATION OF ENTITIES TO BE DISSOLVED)**

## Exhibit T

## Identification of Entities to Be Dissolved

The seven Debtors identified below (collectively, the "**Wind-Down Debtors**") shall be dissolved pursuant to the Plan, this Plan Supplement, and the Confirmation Order effective as of no later than the Effective Date.  As of the Effective Date, the Wind-Down Debtors will be liquidated with any proceeds vested in Reorganized Amyris and the creditors of the Wind-Down Debtors receiving treatment provided for under the Plan.  As of the Effective Date, the equity interests in the Wind-Down Debtors will not revest in Reorganized Amyris.

1. Amyris Clean Beauty, Inc.;
2. Upland1, LLC;
3. Adno Shell, Inc. fka Onda Beauty, Inc.;
4. Amyris-Olika, LLC;
5. Clean Beauty 4U LLC;
6. Clean Beauty 4U Holdings, LLC;
7. Clean Beauty Collaborative Inc.
8. Amyris Fuels, LLC