## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON JANUARY 25, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME[2]) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**RESOLVED MATTERS**

1. Motion to Reject Lease or Executory Contract // Motion for the Entry of an Order (A) Authorizing Rejection of Restricted Stock Units Agreements and (B) Granting Related Relief [Filed January 11, 2024, Docket No. 1121].

    **Response Deadline:** January 18, 2024.

    **Responses Received:** None.

    **Related Documents:**

    a. [SIGNED] Order (A) Authorizing Rejection of Restricted Stock Units Agreements and (B) Granting Related Relief [Filed January 22, 2024, Docket No. 1185].

    **Status:** This matter is resolved.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/Amyris.

2

Dated: January 23, 2024                  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
---
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
       dgrassgreen@pszjlaw.com
       joneill@pszjlaw.com
       jrosell@pszjlaw.com
       sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*