# EXHIBIT 7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW E. ROTH, | No. 22-16632 |
| Plaintiff-Appellee, | D.C. No. 4:21-cv-04288-YGR<br>Northern District of California, Oakland |
| v. | |
| FORIS VENTURES, LLC; et al., | ORDER |
| Defendants-Appellants. | |

| | |
|---|---|
| ANDREW E. ROTH, | No. 22-16633 |
| Plaintiff-Appellant, | D.C. No. 4:21-cv-04288-YGR |
| v. | |
| FORIS VENTURES, LLC; et al., | |
| Defendants-Appellees. | |

Before: WARDLAW and M. SMITH, Circuit Judges, and RAYES,* District Judge.

The court has received appellant Amyris, Inc.'s (Amyris) notice of pendency of bankruptcy case. *See* Dkt. No. 48.

Appellate proceedings are stayed for Amyris only, due to the automatic stay imposed pursuant to 11 U.S.C. § 362. *See Cohen v. Stratosphere Corp.*, 115 F.3d

---

\* The Honorable Douglas L. Rayes, United States District Judge for the District of Arizona, sitting by designation.

695, 697 (9th Cir. 1997).

On or before October 13, 2023, Amyris shall file a status report concerning the bankruptcy proceeding. The status report should include: the court and case number of the bankruptcy proceeding; whether any party to these cross-appeals has sought or received relief from the automatic stay; and the projected termination date of the automatic stay, if known.

These cross-appeals will proceed as to the remaining parties.