**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |

## ANDREW E. ROTH WITNESS AND EXHIBIT LIST
## FOR THE HEARING ON JANUARY 24, 2024 AT 10:00 A.M. ET

### WITNESSES

Andrew E. Roth ("Roth") does not designate any persons as a witness who may be called at the hearing on **January 24, 2024 at 10:00 A.M. ET (**"Hearing"), but cross-designates all witnesses designated by any other party in connection with the Hearing and reserve the right to call any necessary rebuttal or impeachment witnesses

### DOCUMENTS

Roth designates the following exhibits below that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Exhibits attached to the Declaration of Glenn F. Ostrager in Support of the Objection of Andrew E. Roth, an Amyris Shareholder, to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization | **1153** |
| 2 | Exhibits attached to the Supplemental Declaration of Glenn F. Ostrager in Support of the Objection of Andrew E. Roth, an Amyris Shareholder, to Confirmation of the Debtors' Second/Third Amended Joint Plan of Reorganization | **1197** |

Roth cross-designates all exhibits designated by any other party in connection with the Hearing and reserve the right to use additional exhibits for rebuttal or impeachment purposes. Roth also reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: January 23, 2024  Respectfully submitted,
Wilmington, Delaware

   */s/ Brad deLeeuw*
Brad deLeeuw (DE No. 3569)
**deLeeuw Law LLC**
1301 Walnut Green Road
Wilmington, DE 19807
Phone: (302) 274-2180
Email: brad@deleeuwlaw.com
Glenn F. Ostrager (*admitted pro hac vice*)
Joshua S. Broitman (*admitted pro hac vice*)
**Ostrager Chong Flaherty & Broitman P.C.**
437 Madison Avenue, 24th Floor
New York, NY 10022-7034
Phone: (212) 702-7041
Email: gostrager@ocfblaw.com
       jbroitman@ocfblaw.com

Counsel for Objecting Party, Andrew E. Roth