# Exhibit A

*Tabulation Summary*

4864-8878-9407.1 03703.004

**STRETTO**

**Exhibit A**
Tabulation Summary

## Class 3 Ballot Results
### Foris Prepetition Secured Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 1 | 100.0% | $312,000,000.00 | 100.0% | Checked | 0 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| Tabulated Ballot Totals: | 1 | | $312,000,000.00 | | | |

## Class 4 Ballot Results
### RealSweet Secured Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 1 | 100.0% | $29,518,925.00 | 100.0% | Checked | 0 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| Tabulated Ballot Totals: | 1 | | $29,518,925.00 | | | |

## Class 5 Ballot Results
### DSM Other Secured Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 1 | 100.0% | $45,450,000.00 | 100.0% | Checked | 0 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| Tabulated Ballot Totals: | 1 | | $45,450,000.00 | | | |

## Class 6 Ballot Results
### Lavvan Secured Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 1 | 100.0% | $15,140,000.00 | 100.0% | Checked | 0 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| Tabulated Ballot Totals: | 1 | | $0.00 | | | |

## Class 7 Ballot Results
### Convertible Note Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 80 | 100.0% | $592,216,967.00 | 100.0% | Checked | 0 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 80 |
| Tabulated Ballot Totals: | 80 | | $592,216,967.00 | | | |

## Class 8 Ballot Results
### General Unsecured Claims

|  | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| Accept: | 181 | 96.3% | $58,618,927.72 | 96.1% | Checked | 6 |
| Reject: | 7 | 3.7% | $2,354,880.52 | 3.9% | Unchecked | 182 |

**Exhibit A**
Tabulation Summary

| | | |
|---|---|---|
| **Tabulated Ballot Totals:** | 188 | $60,973,808.24 |

### Class 9 Ballot Results
#### DSM Contract Claims

| | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| **Accept:** | 1 | 100.0% | $3,871,495.06 | 100.0% | Checked | 0 |
| **Reject:** | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| **Tabulated Ballot Totals:** | 1 | | $3,871,495.06 | | | |

### Class 10 Ballot Results
#### Givaudan Contract Claims

| | Count | % | Dollars | % | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|
| **Accept:** | 1 | 100.0% | $13,003,848.00 | 100.0% | Checked | 0 |
| **Reject:** | 0 | 0.0% | $0.00 | 0.0% | Unchecked | 1 |
| **Tabulated Ballot Totals:** | 1 | | $13,003,848.00 | | | |

### Class 2 Opt-Out Results
#### Other Priority Claims

| Elects to Opt Out | Count |
|---|---|
| Checked | 2 |
| Unchecked | 0 |

### Class 14 Opt-Out Results
#### Amyris Equity Interests

| Elects to Opt Out | Count |
|---|---|
| Checked | 452 |
| Unchecked | 40 |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 2 of 2