IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>                   Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 892, 1170, 1200<br><br>Hearing Date: January 24, 2024 at 10:00 a.m. ET |

**NOTICE OF FILING REDLINE TO MODIFIED THIRD
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS**

  **PLEASE TAKE NOTICE** that on January 23, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors, as Modified* (the "Modified Third Amended Plan") [Docket No. 1200].[2] Attached hereto as **Exhibit 1** is a blackline comparing the Third Amended Plan filed on January 22, 2024 [Docket No. 1170] to the Modified Third Amended Plan.

  **PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Third Amended Plan and entry of the Confirmation Order at a hearing scheduled to commence at 10:00 a.m. (Eastern Time) on January 24, 2024 before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Confirmation Hearing"). The Confirmation Hearing may be continued by the Court or the Debtors without further notice other

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Third Amended Plan.

SF 4871-3626-1023.2 03703.004

than by announcement of same in open court and/or by the filing and service of a notice of adjournment.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Third Amended Plan, related disclosure statement, the documents included in the Plan Supplement, or any other document filed in the Debtors' chapter 11 cases may be obtained free of charge by visiting the Debtors' claims and noticing agent's website at https://cases.stretto.com/amyris.  You may also obtain copies of any pleadings by visiting the Court's website for a fee at https://www.deb.uscourts.gov.  A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at https://www.pacer.uscourts.gov.

| Dated: January 23, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:   rpachulski@pszjlaw.com |
| |             dgrassgreen@pszjlaw.com |
| |             joneill@pszjlaw.com |
| |             jrosell@pszjlaw.com |
| |             sgolden@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |