IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF REVISED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that on January 22, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of Amyris, Inc. and Its Affiliated Debtors* [Docket No. 1173] (the "Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is revised version of the Proposed Confirmation Order. Attached hereto as **Exhibit B** is a redline of the revised Proposed Confirmation Order showing changes against the original form of the Proposed Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to materially alter, amend, or modify the Proposed Confirmation Order at any time prior to the Confirmation Hearing. The Debtors intend to present a form of the Proposed Confirmation Order (subject to any modifications and/or amendments) to the Bankruptcy Court at the Confirmation Hearing.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated: January 23, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Alan J. Kornfeld (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>akornfeld@pszjlaw.com<br>joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |