**EXHIBIT C**

**(IDENTIFICATION OF DESIGNATED PREFERENCE ACTIONS)**

| No. | Counterparty |
|---|---|
| 1 | 3700 Highway 421 Owner LLC |
| 2 | ACCO Engineered Systems Inc |
| 3 | ADL BIOPHARMA |
| 4 | ADP Inc |
| 5 | Advanced Chemical Transport In |
| 6 | Agilent Technologies Inc |
| 7 | Air Products and Chemicals, In |
| 8 | Airgas Safety Inc |
| 9 | Alabama Department of Revenue |
| 10 | Alfa Laval Inc |
| 11 | Allog Transportes Internaciona |
| 12 | Amazon  Web Services Inc |
| 13 | Ambius |
| 14 | American Express |
| 15 | American Industries, Inc. |
| 16 | American Mechanical & Piping, |
| 17 | Ana Dutra |
| 18 | Aqua Designs, Inc. |
| 19 | ARC3 Gases |
| 20 | Art Robbins Instruments LLC |
| 21 | Arthur J. Gallagher Insurance |
| 22 | ASM Catalysts, LLC |
| 23 | AT&T |
| 24 | Atlantic Coast Toyotalift |
| 25 | Atlas Copco Compressors |
| 26 | Avalara, Inc. |
| 27 | Avanti Polar Lipids, Inc |
| 28 | Avantor Fluid Handling, LLC |
| 29 | AWTECH LLC |
| 30 | Azenta US, Inc. |
| 31 | BankDirect Capital Finance |
| 32 | Bankruptcy Management Solution |
| 33 | Barnum Mechanical Inc. |
| 34 | Beckman Coulter Inc |
| 35 | Beck's Shoes Inc |
| 36 | Better Source |
| 37 | BFPE International |
| 38 | Biddle Consulting Group, Inc. |
| 39 | Bio Base Europe Pilot Plant |
| 40 | Biosynth International, Inc. |
| 41 | Bolivia Lumber Company, LLC |
| 42 | Bonsucro Limited |
| 43 | Brady Trane Service |
| 44 | Brunswick County Public Utilit |
| 45 | Cabot Norit Americas Inc. |
| 46 | Calcon Systems, Inc. |
| 47 | Calgon Carbon Corporation |
| 48 | Calumet Refining, LLC |
| 49 | Calumet Specialty Products Par |
| 50 | Carolina Filters, Inc. |
| 51 | Carrot Fertility, Inc. |
| 52 | Central Indiana Ethanol, LLC |
| 53 | CEVA Freight LLC |
| 54 | CFGI Holdings, LLC |
| 55 | Chemclean Onsite Services |
| 56 | Chemglass Life Science, LLC |
| 57 | ChemSolv Inc |
| 58 | Chemtrec |
| 59 | Cigna HealthCare |
| 60 | Cintas Safety |
| 61 | City of Emeryville |
| 62 | Clark & Elbing LLP |
| 63 | Clemson University |
| 64 | CloudWyze |
| 65 | CMC Logistics |

| No. | Counterparty |
|---|---|
| 66 | Cole Parmer Instrument Co |
| 67 | Colonial Metals Inc. |
| 68 | Communication Specialists |
| 69 | Compensia Inc |
| 70 | Computype Inc |
| 71 | Concur Technologies, Inc |
| 72 | ConEdison |
| 73 | Corporation Service Company |
| 74 | CP Lab Safety |
| 75 | CPA Global |
| 76 | Crane Pest Control |
| 77 | Croaker Inc. |
| 78 | Daijogo & Pedersen LLP |
| 79 | DC Treasurer |
| 80 | Deborah Hunt |
| 81 | DeepDyve, Inc. |
| 82 | Dekra Services, Inc. |
| 83 | Delaware Secretary of State |
| 84 | Deloitte Tax LLP |
| 85 | DocuSign |
| 86 | DocuSmart Inc. (dba Lexion) |
| 87 | Dreisbach Enterprises Inc |
| 88 | Duke Energy Progress |
| 89 | Dynamic Devices |
| 90 | East Carolina Bonded Warehouse |
| 91 | EBMUD Payment Center |
| 92 | Eclipse Office Technology, LLC |
| 93 | eFax Corporate |
| 94 | Elegen Corp. |
| 95 | Elemental Machines |
| 96 | Emerystation Triangle, LLC |
| 97 | Enviro Safetech |
| 98 | EPIC W12 LLC |
| 99 | ePlus Technology, inc. |
| 100 | Equiniti Trust Company |
| 101 | ES East, LLC |
| 102 | E-TRADE Financial Corporation |
| 103 | Eurofins Genomics LLC. |
| 104 | Eurofins Microbiology Laborato |
| 105 | Eurofins MTS Consumer Product |
| 106 | Eurofins Nutrition Analysis Ce |
| 107 | Evonik Corporation |
| 108 | Evoqua Water Technologies LLc |
| 109 | Ewald Associates Inc. |
| 110 | Fenwick & West LLP |
| 111 | Ferguson Enterprises, LLC |
| 112 | Filtration Solutions Inc |
| 113 | FIRMENICH INC |
| 114 | First Digital Communications, |
| 115 | Fish & Richardson P.C. |
| 116 | Fisher Scientific Co LLC |
| 117 | Franchise Tax Board |
| 118 | Gappify, Inc. |
| 119 | Gelest Inc |
| 120 | Gen Digital, Inc. |
| 121 | Genesee Scientific Corporation |
| 122 | Geoffrey Duyk MD PhD |
| 123 | Gerstel Inc |
| 124 | Gibson, Dunn & Crutcher LLP |
| 125 | Gitlab Inc. |
| 126 | Givaudan Flavors Corporation |
| 127 | Goodwin Procter LLP |
| 128 | Gordon Rees Scully Mansukhani, |
| 129 | GPL Enterprises Inc |
| 130 | Graham Adair |

| No. | Counterparty |
|---|---|
| 131 | Grainger |
| 132 | Green Wave Ingredients, Inc |
| 133 | Gurkin Construction |
| 134 | Hauptman Ham, LLP |
| 135 | Haws Consulting Group |
| 136 | Henry C. Levy |
| 137 | Iggy Unlimited |
| 138 | Illumina, Inc. |
| 139 | Industrial & Construction |
| 140 | InforsUSA |
| 141 | Integra Biosciences Corp. |
| 142 | Intelli-tech |
| 143 | Intrepid Investment Bankers LL |
| 144 | Iron Mountain |
| 145 | Ishaq Totah |
| 146 | J. Rettenmaier USA LP |
| 147 | James F McCann |
| 148 | Jay Taylor Exterminating Co., |
| 149 | John Crane Inc. |
| 150 | John Doerr |
| 151 | Johnson Matthey Inc |
| 152 | Julie Washington |
| 153 | Kaiser Foundation Health Plan |
| 154 | Karl Fisher |
| 155 | Kekst and Company, Incorporate |
| 156 | Kelly Services, Inc. |
| 157 | Kilpatrick Townsend |
| 158 | KLDiscovery Ontrack LLC |
| 159 | Lancer Sales USA, Inc. |
| 160 | Latham & Watkins |
| 161 | Leland Ace Hardware |
| 162 | Lever, Inc. |
| 163 | Life Technologies Corp. |
| 164 | Lincoln Financial Group |
| 165 | Lisa Qi |
| 166 | Loeb & Loeb LLP |
| 167 | M. C. Tank Transport, Inc. |
| 168 | Macias Gini & O'Connell LLP |
| 169 | Marcor Development Corp |
| 170 | Matt Marshall Company |
| 171 | Mattingly Cold Storage |
| 172 | Mayer Electric Supply |
| 173 | McCampbell Analytical Inc |
| 174 | McManus Drum Company |
| 175 | McMaster-Carr Supply Co |
| 176 | Mcnaughton-McKay Southeast Inc |
| 177 | mdi Membrane Technologies INC. |
| 178 | Mec-Tric Controls Company |
| 179 | Medac Health Services PA |
| 180 | Megan Buckley |
| 181 | Mestrelab Research, S.L. |
| 182 | MetLife Legal Plans, Inc. |
| 183 | MetLife Small Business Center |
| 184 | Metrohm USA, Inc. |
| 185 | Mettler-Toledo Process Analyti |
| 186 | Mewburn Ellis LLP |
| 187 | MHD Communications |
| 188 | Michael Herrinton |
| 189 | Micro Quality Labs, Inc. |
| 190 | Microsoft Corporation |
| 191 | Minesoft Ltd |
| 192 | Modern Health Arizona PLLC |
| 193 | Motion Industries, Inc. |
| 194 | MTS Logistics |
| 195 | New England BioLabs Inc |

The Debtors explicitly reserve the right to amend this Schedule of Designated Preference Actions, including by adding or removing counterparties therefrom, through the Effective Date of the Plan.

| No. | Counterparty |
|---|---|
| 196 | New Pig Corporation |
| 197 | NewPort Tank Containers (USA), |
| 198 | Nikko Chemicals Co Ltd |
| 199 | Nor-Cal Moving Services |
| 200 | North Dakota State University |
| 201 | NTT DATA, Inc. |
| 202 | O. Berk |
| 203 | OANDA Business Information & S |
| 204 | Office Relief Inc |
| 205 | OK Kosher Certification |
| 206 | Oklahoma Tax Commission - Fran |
| 207 | Old Dominion Freight Line Inc |
| 208 | Oracle America, Inc. |
| 209 | ORG Chem Group, LLC |
| 210 | Pachulski Stang Ziehl & Jones |
| 211 | Parker Hannifin Corporation |
| 212 | PerkinElmer Informatics Inc. |
| 213 | PG&E Co |
| 214 | Phenomenex Inc |
| 215 | Piedmont Natural Gas |
| 216 | Pivit Global Inc. |
| 217 | PlanSource |
| 218 | Polycarbin, Inc. |
| 219 | Pope Scientific Inc |
| 220 | Precision IBC Inc |
| 221 | Precision Measurements Inc. |
| 222 | Pressure Chemical Co |
| 223 | PricewaterhouseCoopers LLP |
| 224 | Pridgen Brothers Contractors I |
| 225 | Proforma |
| 226 | Progent Corp |
| 227 | Quiet Logistics, Inc. |
| 228 | Rapid7 LLC |
| 229 | RedLine Solutions, Inc. |
| 230 | Reprints Desk, Inc. |
| 231 | Restek Corp |
| 232 | Sabin Metal Corporation |
| 233 | SafeBridge Consultants Inc |
| 234 | SafeStart |
| 235 | SAP America Inc. |
| 236 | Sartorius Corporation |
| 237 | Sartorius Stedim North America |
| 238 | Schuetz Container Systems, Inc |
| 239 | SciSafe Inc |
| 240 | Sefar Inc. |
| 241 | Semitorr Group, Inc |
| 242 | Seven Bridges Genomics, Inc |
| 243 | Sigma-Aldrich Inc |
| 244 | Silver Lining Services, LLC |
| 245 | Silverson Machines Inc. |
| 246 | Smithers ERS Limited |
| 247 | Softchoice Corp |
| 248 | Southeastern Laboratories, Inc |
| 249 | Southern Design & Mechanical, |
| 250 | Spectrum Chemical Mfg Corp |
| 251 | Squire Patton Boggs |
| 252 | SR&R Environmental |
| 253 | ST CROIX SENSORY INC |
| 254 | Statco Engineering and Fabrica |
| 255 | Stefan Wittocx |
| 256 | Sterlitech Corp |
| 257 | Steven R Mills |
| 258 | Sun Life Assurance Company of |
| 259 | Swagelok Northern California |
| 260 | SYNQ Marketing Group, LLC |

Designated Preference Actions

| No. | Counterparty |
|---|---|
| 261 | TCI Chemicals |
| 262 | TECO Pneumatic Inc |
| 263 | Terumo BCT Inc |
| 264 | The Caldwell Partners Internat |
| 265 | The Polycube Company LLC |
| 266 | The Rockridge Group |
| 267 | Thermo Electron North America |
| 268 | Thermo Fisher Scientific Chemi |
| 269 | Thomas Scientific Inc |
| 270 | Thompson Filtration, Inc. |
| 271 | Tifco Industries |
| 272 | Time Dedicated Carriers Inc. |
| 273 | Toledo Carolina |
| 274 | Total Quality Logistics (TQL) |
| 275 | Trifinity Partners Inc. |
| 276 | TRISTAR ICS, INC. |
| 277 | TWD TradeWinds Inc |
| 278 | U.S. Bank N.A. |
| 279 | UC Regents-Off. of Techn. Lice |
| 280 | UL Verification Services Inc. |
| 281 | ULine Inc |
| 282 | UniFirst Corporation |
| 283 | United States Treasury |
| 284 | UnitedHealthcare Insurance Com |
| 285 | Univar USA |
| 286 | University of Hawaii |
| 287 | US Waste Industries, Inc. |
| 288 | Vigon International, Inc. |
| 289 | Vision Service Plan (CA) |
| 290 | VWR International LLC |
| 291 | Waste Management of Alameda Co |
| 292 | Whitacre Logistics LLC |
| 293 | Whiteville Rentals Inc. |
| 294 | Wiley Companies |
| 295 | Wilmington Rubber & Gasket |
| 296 | Wisconsin BioProducts |
| 297 | World Courier Inc |
| 298 | World Wide Technology, LLC |
| 299 | Wrike, Inc. |
| 300 | Zymo Research Corporation |

The Debtors explicitly reserve the right to amend this Schedule of Designated Preference Actions, including by adding or removing counterparties therefrom, through the Effective Date of the Plan.

Page 5 of 5

# **EXHIBIT C - REDLINE**

| No. | Counterparty |
|---|---|
| 1 | 3700 Highway 421 Owner LLC |
| 2 | ACCO Engineered Systems Inc |
| 3 | ADL BIOPHARMA |
| 4 | ADP Inc |
| 5 | Advanced Chemical Transport In |
| 6 | Agilent Technologies Inc |
| 7 | Air Products and Chemicals, In |
| 8 | Airgas Safety Inc |
| 89 | Alabama Department of Revenue |
| 910 | Alfa Laval Inc |
| 1011 | Allog Transportes Internaciona |
| 1112 | Amazon Web Services Inc |
| 13 | Ambius |
| 1214 | American Express |
| 1315 | American Industries, Inc. |
| 1416 | American Mechanical & Piping, |
| 1517 | Ana Dutra |
| 1618 | Aqua Designs, Inc. |
| 1719 | ARC3 Gases |
| 1820 | Art Robbins Instruments LLC |
| 1921 | Arthur J. Gallagher Insurance |
| 2022 | ASM Catalysts, LLC |
| 2123 | AT&T |
| 2224 | Atlantic Coast Toyotalift |
| 25 | Atlas Copco Compressors |
| 2326 | Avalara, Inc. |
| 2427 | Avanti Polar Lipids, Inc |
| 2528 | Avantor Fluid Handling, LLC |
| 29 | AWTECH LLC |
| 2630 | Azenta US, Inc. |
| 2731 | BankDirect Capital Finance |
| 2832 | Bankruptcy Management Solution |
| 2933 | Barnum Mechanical Inc. |
| 3034 | Beckman Coulter Inc |
| 3135 | Beck's Shoes Inc |
| 3236 | Better Source |
| 37 | BFPE International |
| 3338 | Biddle Consulting Group, Inc. |
| 3439 | Bio Base Europe Pilot Plant |
| 40 | Biosynth International, Inc. |
| 3541 | Bolivia Lumber Company, LLC |
| 3642 | Bonsucro Limited |
| 3743 | Brady Trane Service |
| 3844 | Brunswick County Public Utilit |
| 3945 | Cabot Norit Americas Inc. |
| 4046 | Calcon Systems, Inc. |
| 4147 | Calgon Carbon Corporation |
| 4248 | Calumet Refining, LLC |
| 4349 | Calumet Specialty Products Par |

| | | |
|---|---|---|
| | ~~44~~50 | Carolina Filters, Inc. |
| | ~~45~~51 | Carrot Fertility, Inc. |
| | ~~46~~52 | Central Indiana Ethanol, LLC |
| | 53 | CEVA Freight LLC |
| | ~~47~~54 | CFGI Holdings, LLC |
| | 55 | Chemclean Onsite Services |
| | 56 | Chemglass Life Science, LLC |
| | ~~48~~57 | ChemSolv Inc |
| | ~~49~~58 | Chemtrec |
| | ~~50~~59 | Cigna HealthCare |
| | ~~51~~60 | Cintas Safety |
| | ~~52~~61 | City of Emeryville |
| | ~~53~~62 | Clark & Elbing LLP |
| | 63 | Clemson University |
| | ~~54~~64 | CloudWyze |
| | ~~55~~65 | CMC Logistics |
| | ~~56~~66 | Cole Parmer Instrument Co |
| | ~~57~~67 | Colonial Metals Inc. |
| | ~~58~~68 | Communication Specialists |
| | ~~59~~69 | Compensia Inc |
| | 70 | Computype Inc |
| | ~~60~~71 | Concur Technologies, Inc |
| | ~~61~~72 | ConEdison |
| | ~~62~~73 | Corporation Service Company |
| | ~~63~~74 | CP Lab Safety |
| | ~~64~~75 | CPA Global |
| | ~~65~~76 | Crane Pest Control |
| | ~~66~~77 | Croaker Inc. |
| | ~~67~~78 | Daijogo & Pedersen LLP |
| | ~~68~~79 | DC Treasurer |
| | ~~69~~80 | Deborah Hunt |
| | ~~70~~81 | DeepDyve, Inc. |
| | ~~71~~82 | Dekra Services, Inc. |
| | ~~72~~83 | Delaware Secretary of State |
| | ~~73~~84 | Deloitte Tax LLP |
| | ~~74~~85 | DocuSign |
| | ~~75~~86 | DocuSmart Inc. (dba Lexion) |
| | ~~76~~87 | Dreisbach Enterprises Inc |
| | ~~77~~88 | Duke Energy Progress |
| | 89 | Dynamic Devices |
| | ~~78~~90 | East Carolina Bonded Warehouse |
| | ~~79~~91 | EBMUD Payment Center |
| | 92 | Eclipse Office Technology, LLC |
| | ~~80~~93 | eFax Corporate |
| | ~~81~~94 | Elegen Corp. |
| | ~~82~~95 | Elemental Machines |
| | ~~83~~96 | Emerystation Triangle, LLC |
| | ~~84~~97 | Enviro Safetech |

| | | |
|---|---|---|
| ~~85~~98 | EPIC W12 LLC | |
| ~~86~~99 | ePlus Technology, inc. | |
| ~~87~~100 | Equiniti Trust Company | |
| ~~88~~101 | ES East, LLC | |
| 102 | E-TRADE Financial Corporation | |
| ~~89~~103 | Eurofins Genomics LLC. | |
| 104 | Eurofins Microbiology Laborato | |
| ~~90~~105 | Eurofins MTS Consumer Product | |
| 106 | Eurofins Nutrition Analysis Ce | |
| ~~91~~107 | Evonik Corporation | |
| ~~92~~108 | Evoqua Water Technologies LLc | |
| 109 | Ewald Associates Inc. | |
| ~~93~~110 | Fenwick & West LLP | |
| ~~94~~111 | Ferguson Enterprises, LLC | |
| ~~95~~112 | Filtration Solutions Inc | |
| ~~96~~113 | FIRMENICH INC | |
| ~~97~~114 | First Digital Communications, | |
| ~~98~~115 | Fish & Richardson P.C. | |
| 116 | Fisher Scientific Co LLC | |
| ~~99~~117 | Franchise Tax Board | |
| ~~100~~118 | Gappify, Inc. | |
| ~~101~~119 | Gelest Inc | |
| ~~102~~120 | Gen Digital, Inc. | |
| 121 | Genesee Scientific Corporation | |
| ~~103~~122 | Geoffrey Duyk MD PhD | |
| 123 | Gerstel Inc | |
| ~~104~~124 | Gibson, Dunn & Crutcher LLP | |
| ~~105~~125 | Gitlab Inc. | |
| ~~106~~126 | Givaudan Flavors Corporation | |
| ~~107~~127 | Goodwin Procter LLP | |
| ~~108~~128 | Gordon Rees Scully Mansukhani, | |
| 129 | GPL Enterprises Inc | |
| ~~109~~130 | Graham Adair | |
| ~~110~~131 | Grainger | |
| ~~111~~132 | Green Wave Ingredients, Inc | |
| ~~112~~133 | Gurkin Construction | |
| 134 | Hauptman Ham, LLP | |
| 135 | Haws Consulting Group | |
| ~~113~~136 | Henry C. Levy | |
| ~~114~~137 | Iggy Unlimited | |
| ~~115~~138 | Illumina, Inc. | |
| ~~116~~139 | Industrial & Construction | |
| ~~117~~140 | InforsUSA | |
| ~~118~~141 | Integra Biosciences Corp. | |
| 142 | Intelli-tech | |
| ~~119~~143 | Intrepid Investment Bankers LL | |
| ~~120~~144 | Iron Mountain | |
| ~~121~~145 | Ishaq Totah | |
| ~~122~~146 | J. Rettenmaier USA LP | |

| | | |
|---|---|---|
| | ~~123~~147 | James F McCann |
| | ~~124~~148 | Jay Taylor Exterminating Co., |
| | ~~125~~149 | John Crane Inc. |
| | ~~126~~150 | John Doerr |
| | 151 | Johnson Matthey Inc |
| | ~~127~~152 | Julie Washington |
| | ~~128~~153 | Kaiser Foundation Health Plan |
| | 154 | Karl Fisher |
| | ~~129~~155 | Kekst and Company, Incorporate |
| | ~~130~~156 | Kelly Services, Inc. |
| | ~~131~~157 | Kilpatrick Townsend |
| | ~~132~~158 | KLDiscovery Ontrack LLC |
| | 159 | Lancer Sales USA, Inc. |
| | ~~133~~160 | Latham & Watkins |
| | ~~134~~161 | Leland Ace Hardware |
| | ~~135~~162 | Lever, Inc. |
| | 163 | Life Technologies Corp. |
| | ~~136~~164 | Lincoln Financial Group |
| | ~~137~~165 | Lisa Qi |
| | ~~138~~166 | Loeb & Loeb LLP |
| | ~~139~~167 | M. C. Tank Transport, Inc. |
| | ~~140~~168 | Macias Gini & O'Connell LLP |
| | ~~141~~169 | Marcor Development Corp |
| | ~~142~~170 | Matt Marshall Company |
| | ~~143~~171 | Mattingly Cold Storage |
| | ~~144~~172 | Mayer Electric Supply |
| | ~~145~~173 | McCampbell Analytical Inc |
| | ~~146~~174 | McManus Drum Company |
| | ~~147~~175 | McMaster-Carr Supply Co |
| | ~~148~~176 | Mcnaughton-McKay Southeast Inc |
| | 177 | mdi Membrane Technologies INC. |
| | ~~149~~178 | Mec-Tric Controls Company |
| | ~~150~~179 | Medac Health Services PA |
| | 180 | Megan Buckley |
| | ~~151~~181 | Mestrelab Research, S.L. |
| | ~~152~~182 | MetLife Legal Plans, Inc. |
| | ~~153~~183 | MetLife Small Business Center |
| | ~~154~~184 | Metrohm USA, Inc. |
| | ~~155~~185 | Mettler-Toledo Process Analyti |
| | ~~156~~186 | Mewburn Ellis LLP |
| | 187 | MHD Communications |
| | ~~157~~188 | Michael Herrinton |
| | ~~158~~189 | Micro Quality Labs, Inc. |
| | ~~159~~190 | Microsoft Corporation |
| | ~~160~~191 | Minesoft Ltd |
| | ~~161~~192 | Modern Health Arizona PLLC |
| | ~~162~~193 | Motion Industries, Inc. |
| | ~~163~~194 | MTS Logistics |

| | | |
|---|---|---|
| | 195 | New England BioLabs Inc |
| | ~~164~~196 | New Pig Corporation |
| | ~~165~~197 | NewPort Tank Containers (USA), |
| | ~~166~~198 | Nikko Chemicals Co Ltd |
| | ~~167~~199 | Nor-Cal Moving Services |
| | ~~168~~200 | North Dakota State University |
| | ~~169~~201 | NTT DATA, Inc. |
| | 202 | O. Berk |
| | ~~170~~203 | OANDA Business Information & S |
| | ~~171~~204 | Office Relief Inc |
| | ~~172~~205 | OK Kosher Certification |
| | ~~173~~206 | Oklahoma Tax Commission - Fran |
| | ~~174~~207 | Old Dominion Freight Line Inc |
| | ~~175~~208 | Oracle America, Inc. |
| | ~~176~~209 | ORG Chem Group, LLC |
| | ~~177~~210 | Pachulski Stang Ziehl & Jones |
| | ~~178~~211 | Parker Hannifin Corporation |
| | ~~179~~212 | PerkinElmer Informatics Inc. |
| | ~~180~~213 | PG&E Co |
| | 214 | Phenomenex Inc |
| | ~~181~~215 | Piedmont Natural Gas |
| | 216 | Pivit Global Inc. |
| | ~~182~~217 | PlanSource |
| | 218 | Polycarbin, Inc. |
| | ~~183~~219 | Pope Scientific Inc |
| | ~~184~~220 | Precision IBC Inc |
| | ~~185~~221 | Precision Measurements Inc. |
| | ~~186~~222 | Pressure Chemical Co |
| | ~~187~~223 | PricewaterhouseCoopers LLP |
| | ~~188~~224 | Pridgen Brothers Contractors I |
| | 225 | Proforma |
| | ~~189~~226 | Progent Corp |
| | ~~190~~227 | Quiet Logistics, Inc. |
| | ~~191~~228 | Rapid7 LLC |
| | ~~192~~229 | RedLine Solutions, Inc. |
| | ~~193~~230 | Reprints Desk, Inc. |
| | 231 | Restek Corp |
| | ~~194~~232 | Sabin Metal Corporation |
| | ~~195~~233 | SafeBridge Consultants Inc |
| | ~~196~~234 | SafeStart |
| | ~~197~~235 | SAP America Inc. |
| | ~~198~~236 | Sartorius Corporation |
| | ~~199~~237 | Sartorius Stedim North America |
| | ~~200~~238 | Schuetz Container Systems, Inc |
| | ~~201~~239 | SciSafe Inc |
| | ~~202~~240 | Sefar Inc. |
| | ~~203~~241 | Semitorr Group, Inc |
| | 242 | Seven Bridges Genomics, Inc |

| | | |
|---|---|---|
| | ~~204~~243 | Sigma-Aldrich Inc |
| | ~~205~~244 | Silver Lining Services, LLC |
| | 245 | Silverson Machines Inc. |
| | ~~206~~246 | Smithers ERS Limited |
| | ~~207~~247 | Softchoice Corp |
| | ~~208~~248 | Southeastern Laboratories, Inc |
| | ~~209~~249 | Southern Design & Mechanical, |
| | ~~210~~250 | Spectrum Chemical Mfg Corp |
| | ~~211~~251 | Squire Patton Boggs |
| | ~~212~~252 | SR&R Environmental |
| | ~~213~~253 | ST CROIX SENSORY INC |
| | ~~214~~254 | Statco Engineering and Fabrica |
| | 255 | Stefan Wittocx |
| | ~~215~~256 | Sterlitech Corp |
| | ~~216~~257 | Steven R Mills |
| | ~~217~~258 | Sun Life Assurance Company of |
| | ~~218~~259 | Swagelok Northern California |
| | ~~219~~260 | SYNQ Marketing Group, LLC |
| | ~~220~~261 | TCI Chemicals |
| | ~~221~~262 | TECO Pneumatic Inc |
| | ~~222~~263 | Terumo BCT Inc |
| | ~~223~~264 | The Caldwell Partners Internat |
| | 265 | The Polycube Company LLC |
| | ~~224~~266 | The Rockridge Group |
| | ~~225~~267 | Thermo Electron North America |
| | ~~226~~268 | Thermo Fisher Scientific Chemi |
| | ~~227~~269 | Thomas Scientific Inc |
| | ~~228~~270 | Thompson Filtration, Inc. |
| | ~~229~~271 | Tifco Industries |
| | ~~230~~272 | Time Dedicated Carriers Inc. |
| | ~~231~~273 | Toledo Carolina |
| | ~~232~~274 | Total Quality Logistics (TQL) |
| | 275 | Trifinity Partners Inc. |
| | ~~233~~276 | TRISTAR ICS, INC. |
| | ~~234~~277 | TWD TradeWinds Inc |
| | ~~235~~278 | U.S. Bank N.A. |
| | ~~236~~279 | UC Regents-Off. of Techn. Lice |
| | ~~237~~280 | UL Verification Services Inc. |
| | 281 | ULine Inc |
| | ~~238~~282 | UniFirst Corporation |
| | ~~239~~283 | United States Treasury |
| | ~~240~~284 | UnitedHealthcare Insurance Com |
| | ~~241~~285 | Univar USA |
| | 286 | University of Hawaii |
| | ~~242~~287 | US Waste Industries, Inc. |
| | ~~243~~288 | Vigon International, Inc. |
| | ~~244~~289 | Vision Service Plan (CA) |
| | ~~245~~290 | VWR International LLC |

| | | |
|---|---|---|
| ~~246~~291 | Waste Management of Alameda Co | |
| ~~247~~292 | Whitacre Logistics LLC | |
| ~~248~~293 | Whiteville Rentals Inc. | |
| ~~249~~294 | Wiley Companies | |
| ~~250~~295 | Wilmington Rubber & Gasket | |
| ~~251~~296 | Wisconsin BioProducts | |
| ~~252~~297 | World Courier Inc | |
| ~~253~~298 | World Wide Technology, LLC | |
| ~~254~~299 | Wrike, Inc. | |
| 300 | Zymo Research Corporation | |
| | | |

| Report | Litera Compare for Excel 11.6.0.100 |
|---|---|
|  | **Comparison done on 1/23/2024 8:25:25 PM** |
| Render Name: | Default Style |
| Original file: | C:\Users\an18\Desktop\A - Engagements\Amyris\Plan Related\Redline Schedules\1.23\Designated Old.xlsx |
| Modified file: | C:\Users\an18\Desktop\A - Engagements\Amyris\Plan Related\Redline Schedules\1.23\Designated New.xlsx |
| Modified: | 249 |
| Row Add: | 45 |
| Row Del: | 0 |
| Col Add: | 0 |
| Col Del: | 0 |
| Formula And Value Change: | 0 |
| Formula Change Only: | 0 |
| Formula Auto Adjusted: | 0 |
| Format Modified: | 0 |
| Hyperlink Add: | 0 |
| Hyperlink Del: | 0 |
| Hyperlink Modified: | 0 |
| Image Add: | 0 |
| Image Del: | 0 |
| Image Modified: | 0 |
| Chart Add: | 0 |
| Chart Del: | 0 |
| Chart Modified: | 0 |
| Comment Add: | 0 |
| Comment Del: | 0 |
| Comment Modified: | 0 |
| Sheet Visibility Modified: | 0 |
| Sheet Name Modified: | 1 |
| Protection Add: | 0 |
| Protection Del: | 0 |
| Named range Add: | 1 |
| Named range Del: | 0 |
| Named range Modified: | 2 |
| Shape Add: | 0 |
| Shape Del: | 0 |
| Shape text Modified: | 0 |
| Header Add: | 0 |
| Header Del: | 0 |
| Header Mod: | 0 |

| | |
|---|---|
| Footer Add: | 0 |
| Footer Del: | 0 |
| Footer Mod: | 0 |
| Sheet Add: | 0 |
| Sheet Del: | 0 |
| **Total Changes:** | **298** |