**EXHIBIT D**

**(IDENTIFICATION OF SPECIFIED PREFERENCE ACTIONS)**

| No. | Counterparty |
|---|---|
| 1 | 1972 Agency LLC |
| 2 | 24 Seven Talent Calif., Inc. |
| 3 | ABA Packaging Corporation |
| 4 | Absorb Software, Inc. |
| 5 | Acadia.IO, LLC |
| 6 | Accessible360, LLC |
| 7 | Acme Press Inc dba Calitho |
| 8 | Action Letter, Inc. |
| 9 | Activated Research Company, LL |
| 10 | Adamson Analytical Laboratorie |
| 11 | Adequadoscopio Lda |
| 12 | Adrian Martin Guadalupe |
| 13 | Advance Magazine Publishers Inc. dba Conde Nast |
| 14 | Advantage Sales & Marketing, Inc. |
| 15 | Aequitas Design Services Inc. |
| 16 | AFLAC Group Insurance |
| 17 | AfterShip, Inc. |
| 18 | Akerman LLP |
| 19 | Albea Americas |
| 20 | Alexandra Bickerdike |
| 21 | Alexandra Del Bono |
| 22 | ALISON BROD MARKETING + COMMUNICATIONS |
| 23 | Allergisa Pesquisa Dermato Cosmetic |
| 24 | Alliance Management Company LLC |
| 25 | Allrite Logistics LLC |
| 26 | Allure Labs, Inc. |
| 27 | AMAIA |
| 28 | Amanda Parker |
| 29 | Amber International |
| 30 | Amber Wigmore Alvarez, PhD |
| 31 | Analytical Instrumentation Ser |
| 32 | Anisa International Inc |
| 33 | Anton Khachaturian |
| 34 | APFS Staffing, Inc |
| 35 | Arsenal Communications, Inc |
| 36 | ART CLASS LTD dba Anya Holdstock |
| 37 | Art Department LA, Inc. |
| 38 | Artillery |
| 39 | Artroom Media Enterprise |
| 40 | Aryaka Networks Inc. |
| 41 | Ascential (F.K.A, WGSN Inc) |
| 42 | Attentive Mobile Inc. |
| 43 | Azadeh Shirazi MD INC |
| 44 | B & W Communications Ltd |
| 45 | B A Metal Dynamics, Inc. |
| 46 | BaM Productions Inc |
| 47 | Barissi Industries LLC |
| 48 | Bay Area Graphics, LLC |
| 49 | Bazaarvoice, Inc. |
| 50 | BBC Global News LTD |
| 51 | BCENE Public Relations, Inc. |
| 52 | Be Sunshine Digital, LLC |
| 53 | Beauty Labs International Limi |
| 54 | Benjamin Butcher |
| 55 | Bennett Marine Utility |
| 56 | BGA Media Group Inc |
| 57 | Biomatters, Inc. |
| 58 | Biorius Sprl |
| 59 | Bioscreen Testing Services, Inc |
| 60 | Blackvine Pte Ltd |
| 61 | Blaisdell's Business Products |
| 62 | BOC Sciences |
| 63 | Bold PR LLC |
| 64 | Boomi Inc |
| 65 | Bounce Exchange Inc dba Wunderkind corp. |

| No. | Counterparty |
|---|---|
| 66 | Bowhill Digital Post Production |
| 67 | Brennan, Recupero, Cascione, S |
| 68 | BRENNTAG MID-SOUTH, INC. |
| 69 | Brundidge & Stanger, P.C. |
| 70 | C. H. Robinson International, Inc. |
| 71 | Cadence |
| 72 | California Model & Design Group |
| 73 | Calliope Realty Associates LLC |
| 74 | Capsum Inc. |
| 75 | Carotek Inc |
| 76 | Catherine Lowe |
| 77 | Cerno Bioscience LLC |
| 78 | Certified Laboratories of the Midwest |
| 79 | CGC NYC Inc. |
| 80 | Chemical Abstracts Service |
| 81 | ChemPoint.com Inc. |
| 82 | Chun Fung Kevin Chiu dba Kevin Chiu Films LLC |
| 83 | Claire Goodwin Ltd |
| 84 | ClassPass Inc |
| 85 | Clear Channel Outdoor |
| 86 | Cohley |
| 87 | Colorado Quality Products, LLC |
| 88 | Communication Agency Corp. DBA Conti Communication Corp. Inc. |
| 89 | Consider Solutions LTD |
| 90 | Consolidated Cleaning Solution |
| 91 | Cornelius Kaess |
| 92 | Cornerstone Research, Inc. |
| 93 | Cosmetix West |
| 94 | Couple in the Kitchen LLC |
| 95 | D.F. King & Co., Inc. |
| 96 | D3 LLC |
| 97 | Daily Karma Inc. |
| 98 | Danielle Oreoluwa Jinadu |
| 99 | Dash Hudson Inc. |
| 100 | DBA Media LLC |
| 101 | DC Scientific |
| 102 | De Lage Landen Financial Servi |
| 103 | De Matos & Nicolao Limited |
| 104 | Design District Development Pa |
| 105 | Devon Consulting & Public Relations Ltd. |
| 106 | DH Smith & Associates LP dba Creative Sales & Marketing |
| 107 | DHL eCommerce |
| 108 | Diam UK Ltd. |
| 109 | Diamond Wipes Int'l Inc. |
| 110 | Diego Villarreal Vagujhelyi |
| 111 | Digi Key Corp |
| 112 | Digital Light LTD |
| 113 | Diligent Company USA Incorporated |
| 114 | Domo, Inc. |
| 115 | Dreamland Agency LLC |
| 116 | Dropbox, Inc. |
| 117 | ECAMRICERT SRL |
| 118 | Ecocert Greenlife |
| 119 | ECS Axcess Point LLC |
| 120 | EDQM-Sales Section-Council of |
| 121 | Element Material Technology Ph |
| 122 | Elemental Container Inc. |
| 123 | EMD MIllipore Corporation |
| 124 | Encore International, LLC |
| 125 | Englewood Lab Inc. |
| 126 | enVista LLC |
| 127 | Eppendorf North America Inc |
| 128 | Essex Testing Clinic, Inc. |
| 129 | Established Models Limited |
| 130 | Eursa Major Limited |

| No. | Counterparty |
|---|---|
| 131 | Excel Plastics, LLC |
| 132 | Expeditors International of WA |
| 133 | Facebook, Inc. |
| 134 | Fausto Gortaire |
| 135 | FCL Event Logistics Ltd |
| 136 | FedEx Freight |
| 137 | Feedonomics, LLC |
| 138 | FlavorCloud Inc. |
| 139 | Folio3 Software Inc. |
| 140 | Fong Brothers Printing Inc |
| 141 | Food Science Solutions, Inc |
| 142 | Foothold International Brands Ltd |
| 143 | Forward Artists LLC |
| 144 | Francina |
| 145 | Funke LA |
| 146 | Gabrielle Marceca studio, Inc |
| 147 | GAYLETTER LLC |
| 148 | Global Life Sciences Solutions |
| 149 | Global Process Automation |
| 150 | Global4PL Supply Chain Service |
| 151 | Google LLC |
| 152 | Goop, Inc |
| 153 | Grace Worldwide (Australia) Pty Ltd |
| 154 | Gregory Poole |
| 155 | GRIN Technologies, Inc. |
| 156 | Ground Force Logistics |
| 157 | GXO Logistics Supply Chain, Inc |
| 158 | H.A.M. Creations Pte Ltd |
| 159 | Hanft Ideas LLC |
| 160 | Happy Farms Botanicals, Inc. |
| 161 | Harper + Scott LLC |
| 162 | Harrington Industrial Plastics |
| 163 | Harrods Limited |
| 164 | Hatch.IM LLC |
| 165 | Havas Formula LLC |
| 166 | HCP Packaging Hong Kong Limited |
| 167 | High10 Media LLC |
| 168 | HKH EURL |
| 169 | Hollis R & D Associates |
| 170 | HubSpot, Inc. |
| 171 | ICC |
| 172 | ID Matters, LLC |
| 173 | Impact Tech, Inc |
| 174 | Imprimus |
| 175 | inMarket Media, LLC |
| 176 | Integrated DNA Technologies In |
| 177 | International Cosmetic Suppliers |
| 178 | International Identification I |
| 179 | INTERNATIONAL MANAGEMENT GROUP UK LTD |
| 180 | IPFS Corporation |
| 181 | Jacobus Limited |
| 182 | Jansy Holdings, Inc. |
| 183 | Jefferson Raposo Santiago Boyd |
| 184 | Jillian Glenn |
| 185 | JP Packaging, LLC |
| 186 | Judith Kaufman |
| 187 | JVN Entertainment INC |
| 188 | Kaiser Hawaii |
| 189 | Kate Melvin |
| 190 | Katie Wright |
| 191 | Kaufman Container |
| 192 | KDE Scientific Consulting, LLC |
| 193 | Kennedy Office Supply Company |
| 194 | Kensington Grey International Inc |
| 195 | Kim Slagle |

The Debtors explicitly reserve the right to amend this Schedule of Specified Preference Actions, including by adding or removing counterparties therefrom, through the Effective Date of the Plan.

| No. | Counterparty |
|---|---|
| 196 | Kitty-Blu Appleton |
| 197 | Klaviyo, Inc. |
| 198 | KM Artist Agency LLC dba Apostrophe |
| 199 | Kombu Kitchen SF LLC |
| 200 | KOSMOSCIENCE |
| 201 | Lacosfar Laboratorio SAS |
| 202 | Lalit Nadkarni |
| 203 | Lemonada Media |
| 204 | Lesley Lillah McKenzie |
| 205 | Lifetech Resources LLC |
| 206 | LJ's Lawn and Land Management |
| 207 | Local Grit LLC |
| 208 | Loren Data Corp. |
| 209 | Louise McArdle |
| 210 | Luiz Henrique Schiel Gigolotti |
| 211 | LuLu Artists Collective |
| 212 | M and P Models |
| 213 | Maggie Lindsey |
| 214 | Maisie Tomkins |
| 215 | Mana Products, Inc. |
| 216 | Market Performance Group LLC |
| 217 | MarketLab Inc |
| 218 | Markit North America, Inc. |
| 219 | Marquita Lynch (Novation Styles) |
| 220 | MARS Philter, Inc. DBA The MARS Agency |
| 221 | Marsham Natural Products Broker |
| 222 | Martin Coceres |
| 223 | Mash Technology Services LLC |
| 224 | Max Media Lab Pty Ltd |
| 225 | Megan Roosevelt |
| 226 | Mereyah Cage |
| 227 | MG Empower Ltd |
| 228 | Michael D Wyrsta Consulting, I |
| 229 | Michael Modula |
| 230 | Michelle Dacillo |
| 231 | Microsolv Technology Corp |
| 232 | Mitchell's Speedway Press |
| 233 | Modern Post NYC LLC |
| 234 | Monika Domarke |
| 235 | Monvera Glass Decor |
| 236 | Muniak Studio |
| 237 | Mutesix, LLC |
| 238 | NanoScreen, LLC |
| 239 | Nasdaq |
| 240 | NB Ventures, Inc. |
| 241 | Nelson Lau |
| 242 | Nest-Filler USA |
| 243 | New Print, LDA |
| 244 | NMN Creative Studio LLC |
| 245 | Nneoma's Pen |
| 246 | Northern Commerce Inc. |
| 247 | Northwest Cosmetic Labs |
| 248 | Nu-Chek-Prep, Inc |
| 249 | NuVisions Studio |
| 250 | Oak Plaza Associates (DEL), LL |
| 251 | Obelis s.a |
| 252 | OctopusMx |
| 253 | Opensci, LLC |
| 254 | Orchard Custom Beauty |
| 255 | Palm Beach Holdings 3940, LLC |
| 256 | Park Wynwood LLC |
| 257 | Paul Ritter |
| 258 | Penta International Corporatio |
| 259 | Petronio Associates |
| 260 | PFSweb |

| No. | Counterparty |
|---|---|
| 261 | Pharma COS SRL |
| 262 | Phillip Romano |
| 263 | PIMS New York, Inc. |
| 264 | Pinterest, Inc |
| 265 | Pioneer Sales Company |
| 266 | PitchBook Data, Inc. |
| 267 | Planting Justice |
| 268 | PMG Worldwide, LLC |
| 269 | Polaris Intermodal |
| 270 | Polly Hill |
| 271 | Pop Up Mob LLC |
| 272 | Positive Luxury Limited |
| 273 | Premi SpA |
| 274 | Presto Packaging Solutions LLC |
| 275 | Prima Beaute |
| 276 | Princeton Consumer Research Co |
| 277 | Pulse Combustion Systems |
| 278 | Qualipac America Corp. |
| 279 | Rakuten Marketing dba Rakuten |
| 280 | Rapid Displays, Inc |
| 281 | Regi US Inc. |
| 282 | Restaurant Associates Inc |
| 283 | Rieke LLC |
| 284 | Rock Paper LLC |
| 285 | Rottenberg Lipman Rich, P.C. |
| 286 | RR Donnelley |
| 287 | Sabah International Inc |
| 288 | SafeGuard World Int'l Limited |
| 289 | SafetyMax Corporation |
| 290 | SAFIC ALCAN |
| 291 | Schawk UK Ltd |
| 292 | SDC&P Agenciamento e produção Artística Eireli |
| 293 | SeaCliff Beauty Packaging & Laboratories |
| 294 | SEE Turtles |
| 295 | Sentry BioPharma Services, Inc |
| 296 | SF Hills & Drills Boot Camp |
| 297 | Shauna Faulisi |
| 298 | Shiru, Inc. |
| 299 | SHOPDEV LLC |
| 300 | Shreeyansh DB Software Pvt Ltd |
| 301 | Simon Morch |
| 302 | Slate Studios LLC |
| 303 | SoPost Inc. |
| 304 | SPK Associates |
| 305 | Sprout Social, Inc. |
| 306 | State of New Jersey |
| 307 | Steam Logistics LLC |
| 308 | Stephanie Meyers |
| 309 | Stephen Gould Corporation |
| 310 | Stout Risius Ross, LLC |
| 311 | Strukmyer Medical |
| 312 | Studio Adele Park LLC |
| 313 | Syndigo |
| 314 | TargetCW |
| 315 | Tasmin Meyer Ersahin |
| 316 | Teikametrics, Inc. |
| 317 | Terrace Consulting, Inc. |
| 318 | The Dtx Company dba Flowcode |
| 319 | The Good Face Project |
| 320 | The Net-A-Porter Group LTD |
| 321 | The Wall Group LA, LLC |
| 322 | Timothy Lim |
| 323 | Transperfect Holdings, LLC |
| 324 | TricorBraun Inc. |
| 325 | USA Scientific Inc |

The Debtors explicitly reserve the right to amend this Schedule of Specified Preference Actions, including by adding or removing counterparties therefrom, through the Effective Date of the Plan.

| No. | Counterparty |
|---|---|
| 326 | Utley's LLC |
| 327 | Vanessa Tryde |
| 328 | Velem LLC |
| 329 | Venus Media Group LLC |
| 330 | Veritiv Operating Company |
| 331 | Verizon Wireless |
| 332 | Vertical Development Academy |
| 333 | Violet Grey, Inc. |
| 334 | Vista Packaging & Logistics |
| 335 | VS + Company |
| 336 | Walter Schupfer Management Corporation |
| 337 | we love pr GmbH |
| 338 | Weblux Inc DBA Black & Black Creative |
| 339 | Winco Design Limited |
| 340 | With Honors LLC |
| 341 | Workday, Inc. |
| 342 | Wright's Media, LLC |
| 343 | Wrk Lab, Inc |
| 344 | Xela Pack Inc |
| 345 | XYZ Graphics, Inc. |
| 346 | Z&R Design |
| 347 | Zack Peter, LLC |
| 348 | Zand Dermatology, Inc. |
| 349 | Zdot,LLC dba Bounce Marketing & Events |
| 350 | Zendesk Inc |
| 351 | Zuuk International |

The Debtors explicitly reserve the right to amend this Schedule of Specified Preference Actions, including by adding or removing counterparties therefrom, through the Effective Date of the Plan.

Page 6 of 6

# **EXHIBIT D - REDLINE**

| No. | Counterparty |
|---|---|
| 1 | 1972 Agency LLC |
| 2 | 24 Seven Talent Calif., Inc. |
| 3 | ABA Packaging Corporation |
| 4 | Absorb Software, Inc. |
| 5 | Acadia.IO, LLC |
| 6 | Accessible360, LLC |
| 7 | Acme Press Inc dba Calitho |
| 8 | Action Letter, Inc. |
| 9 | Activated Research Company, LL |
| 10 | Adamson Analytical Laboratorie |
| 11 | Adequadoscopio Lda |
| 12 | Adrian Martin Guadalupe |
| 13 | Advance Magazine Publishers Inc. dba Conde Nast |
| 14 | Advantage Sales & Marketing, Inc. |
| 15 | Aequitas Design Services Inc. |
| 16 | AFLAC Group Insurance |
| 17 | AfterShip, Inc. |
| ~~18~~ | ~~Airgas Safety Inc~~ |
| ~~19~~18 | Akerman LLP |
| ~~20~~19 | Albea Americas |
| ~~21~~20 | Alexandra Bickerdike |
| ~~22~~21 | Alexandra Del Bono |
| ~~23~~22 | ALISON BROD MARKETING + COMMUNICATIONS |
| ~~24~~23 | Allergisa Pesquisa Dermato Cosmetic |
| ~~25~~24 | Alliance Management Company LLC |
| ~~26~~25 | Allrite Logistics LLC |
| ~~27~~26 | Allure Labs, Inc. |
| ~~28~~27 | AMAIA |
| ~~29~~28 | Amanda Parker |
| ~~30~~29 | Amber International |
| ~~31~~30 | Amber Wigmore Alvarez, PhD |
| ~~32~~ | ~~Ambius~~ |
| ~~33~~31 | Analytical Instrumentation Ser |
| ~~34~~32 | Anisa International Inc |
| ~~35~~33 | Anton Khachaturian |
| ~~36~~34 | APFS Staffing, Inc |
| ~~37~~35 | Arsenal Communications, Inc |
| ~~38~~36 | ART CLASS LTD dba Anya Holdstock |
| ~~39~~37 | Art Department LA, Inc. |
| ~~40~~38 | Artillery |
| ~~41~~39 | Artroom Media Enterprise |
| ~~42~~40 | Aryaka Networks Inc. |
| ~~43~~41 | Ascential (F.K.A, WGSN Inc) |
| ~~44~~ | ~~Atlas Copco Compressors~~ |
| ~~45~~42 | Attentive Mobile Inc. |
| ~~46~~ | ~~AWTECH LLC~~ |
| ~~47~~43 | Azadeh Shirazi MD INC |
| ~~48~~44 | B & W Communications Ltd |
| ~~49~~45 | B A Metal Dynamics, Inc. |
| ~~50~~46 | BaM Productions Inc |
| ~~51~~47 | Barissi Industries LLC |
| ~~52~~48 | Bay Area Graphics, LLC |

| | | |
|---|---|---|
| | 5349 | Bazaarvoice, Inc. |
| | 5450 | BBC Global News LTD |
| | 5551 | BCENE Public Relations, Inc. |
| | 5652 | Be Sunshine Digital, LLC |
| | 5753 | Beauty Labs International Limi |
| | 5854 | Benjamin Butcher |
| | 5955 | Bennett Marine Utility |
| | 60 | BFPE International |
| | 6156 | BGA Media Group Inc |
| | 6257 | Biomatters, Inc. |
| | 6358 | Biorius Sprl |
| | 6459 | Bioscreen Testing Services, Inc |
| | 65 | Biosynth International, Inc. |
| | 6660 | Blackvine Pte Ltd |
| | 6761 | Blaisdell's Business Products |
| | 6862 | BOC Sciences |
| | 6963 | Bold PR LLC |
| | 7064 | Boomi Inc |
| | 7165 | Bounce Exchange Inc dba Wunderkind corp. |
| | 7266 | Bowhill Digital Post Production |
| | 7367 | Brennan, Recupero, Cascione, S |
| | 7468 | BRENNTAG MID-SOUTH, INC. |
| | 7569 | Brundidge & Stanger, P.C. |
| | 7670 | C. H. Robinson International, Inc. |
| | 7771 | Cadence |
| | 7872 | California Model & Design Group |
| | 7973 | Calliope Realty Associates LLC |
| | 8074 | Capsum Inc. |
| | 8175 | Carotek Inc |
| | 8276 | Catherine Lowe |
| | 8377 | Cerno Bioscience LLC |
| | 8478 | Certified Laboratories of the Midwest |
| | 85 | CEVA Freight LLC |
| | 8679 | CGC NYC Inc. |
| | 87 | Chemclean Onsite Services |
| | 88 | Chemglass Life Science, LLC |
| | 8980 | Chemical Abstracts Service |
| | 9081 | ChemPoint.com Inc. |
| | 9182 | Chun Fung Kevin Chiu dba Kevin Chiu Films LLC |
| | 9283 | Claire Goodwin Ltd |
| | 9384 | ClassPass Inc |
| | 9485 | Clear Channel Outdoor |
| | 95 | Clemson University |
| | 9686 | Cohley |
| | 9787 | Colorado Quality Products, LLC |
| | 9888 | Communication Agency Corp. DBA Conti Communication Corp. Inc. |
| | 99 | Computype Inc |
| | 10089 | Consider Solutions LTD |

| | | |
|---|---|---|
| | ~~101~~90 | Consolidated Cleaning Solution |
| | ~~102~~91 | Cornelius Kaess |
| | ~~103~~92 | Cornerstone Research, Inc. |
| | ~~104~~93 | Cosmetix West |
| | ~~105~~94 | Couple in the Kitchen LLC |
| | ~~106~~95 | D.F. King & Co., Inc. |
| | ~~107~~96 | D3 LLC |
| | ~~108~~97 | Daily Karma Inc. |
| | ~~109~~98 | Danielle Oreoluwa Jinadu |
| | ~~110~~99 | Dash Hudson Inc. |
| | ~~111~~100 | DBA Media LLC |
| | ~~112~~101 | DC Scientific |
| | ~~113~~102 | De Lage Landen Financial Servi |
| | ~~114~~103 | De Matos & Nicolao Limited |
| | ~~115~~104 | Design District Development Pa |
| | ~~116~~105 | Devon Consulting & Public Relations Ltd. |
| | ~~117~~106 | DH Smith & Associates LP dba Creative Sales & Marketing |
| | ~~118~~107 | DHL eCommerce |
| | ~~119~~108 | Diam UK Ltd. |
| | ~~120~~109 | Diamond Wipes Int'l Inc. |
| | ~~121~~110 | Diego Villarreal Vagujhelyi |
| | ~~122~~111 | Digi Key Corp |
| | ~~123~~112 | Digital Light LTD |
| | ~~124~~113 | Diligent Company USA Incorporated |
| | ~~125~~114 | Domo, Inc. |
| | ~~126~~115 | Dreamland Agency LLC |
| | ~~127~~116 | Dropbox, Inc. |
| | ~~128~~ | ~~Dynamic Devices~~ |
| | ~~129~~117 | ECAMRICERT SRL |
| | ~~130~~ | ~~Eclipse Office Technology, LLC~~ |
| | ~~131~~118 | Ecocert Greenlife |
| | ~~132~~119 | ECS Axcess Point LLC |
| | ~~133~~120 | EDQM-Sales Section-Council of |
| | ~~134~~121 | Element Material Technology Ph |
| | ~~135~~122 | Elemental Container Inc. |
| | ~~136~~123 | EMD MIllipore Corporation |
| | ~~137~~124 | Encore International, LLC |
| | ~~138~~125 | Englewood Lab Inc. |
| | ~~139~~126 | enVista LLC |
| | ~~140~~127 | Eppendorf North America Inc |
| | ~~141~~128 | Essex Testing Clinic, Inc. |
| | ~~142~~129 | Established Models Limited |
| | ~~143~~ | ~~E-TRADE Financial Corporation~~ |
| | ~~144~~ | ~~Eurofins Microbiology Laborato~~ |
| | ~~145~~ | ~~Eurofins Nutrition Analysis Ce~~ |
| | ~~146~~130 | Eursa Major Limited |
| | ~~147~~ | ~~Ewald Associates Inc.~~ |
| | ~~148~~131 | Excel Plastics, LLC |

| | | |
|---|---|---|
| | ~~149~~132 | Expeditors International of WA |
| | ~~150~~133 | Facebook, Inc. |
| | ~~151~~134 | Fausto Gortaire |
| | ~~152~~135 | FCL Event Logistics Ltd |
| | ~~153~~136 | FedEx Freight |
| | ~~154~~137 | Feedonomics, LLC |
| | ~~155~~ | ~~Fisher Scientific Co LLC~~ |
| | ~~156~~138 | FlavorCloud Inc. |
| | ~~157~~139 | Folio3 Software Inc. |
| | ~~158~~140 | Fong Brothers Printing Inc |
| | ~~159~~141 | Food Science Solutions, Inc |
| | ~~160~~142 | Foothold International Brands Ltd |
| | ~~161~~143 | Forward Artists LLC |
| | ~~162~~144 | Francina |
| | ~~163~~145 | Funke LA |
| | ~~164~~146 | Gabrielle Marceca studio, Inc |
| | ~~165~~147 | GAYLETTER LLC |
| | ~~166~~ | ~~Genesee Scientific Corporation~~ |
| | ~~167~~ | ~~Gerstel Inc~~ |
| | ~~168~~148 | Global Life Sciences Solutions |
| | ~~169~~149 | Global Process Automation |
| | ~~170~~150 | Global4PL Supply Chain Service |
| | ~~171~~151 | Google LLC |
| | ~~172~~152 | Goop, Inc |
| | ~~173~~ | ~~GPL Enterprises Inc~~ |
| | ~~174~~153 | Grace Worldwide (Australia) Pty Ltd |
| | ~~175~~154 | Gregory Poole |
| | ~~176~~155 | GRIN Technologies, Inc. |
| | ~~177~~156 | Ground Force Logistics |
| | ~~178~~157 | GXO Logistics Supply Chain, Inc |
| | ~~179~~158 | H.A.M. Creations Pte Ltd |
| | ~~180~~159 | Hanft Ideas LLC |
| | ~~181~~160 | Happy Farms Botanicals, Inc. |
| | ~~182~~161 | Harper + Scott LLC |
| | ~~183~~162 | Harrington Industrial Plastics |
| | ~~184~~163 | Harrods Limited |
| | ~~185~~164 | Hatch.IM LLC |
| | ~~186~~ | ~~Hauptman Ham, LLP~~ |
| | ~~187~~165 | Havas Formula LLC |
| | ~~188~~ | ~~Haws Consulting Group~~ |
| | ~~189~~166 | HCP Packaging Hong Kong Limited |
| | ~~190~~167 | High10 Media LLC |
| | ~~191~~168 | HKH EURL |
| | ~~192~~169 | Hollis R & D Associates |
| | ~~193~~170 | HubSpot, Inc. |
| | ~~194~~171 | ICC |
| | ~~195~~172 | ID Matters, LLC |
| | ~~196~~173 | Impact Tech, Inc |

| | | |
|---|---|---|
| | ~~197~~174 | Imprimus |
| | ~~198~~175 | inMarket Media, LLC |
| | ~~199~~176 | Integrated DNA Technologies In |
| | 200 | ~~Intelli-tech~~ |
| | ~~201~~177 | International Cosmetic Suppliers |
| | ~~202~~178 | International Identification I |
| | ~~203~~179 | INTERNATIONAL MANAGEMENT GROUP UK LTD |
| | ~~204~~180 | IPFS Corporation |
| | ~~205~~181 | Jacobus Limited |
| | ~~206~~182 | Jansy Holdings, Inc. |
| | ~~207~~183 | Jefferson Raposo Santiago Boyd |
| | ~~208~~184 | Jillian Glenn |
| | 209 | ~~Johnson Matthey Inc~~ |
| | ~~210~~185 | JP Packaging, LLC |
| | ~~211~~186 | Judith Kaufman |
| | ~~212~~187 | JVN Entertainment INC |
| | ~~213~~188 | Kaiser Hawaii |
| | 214 | ~~Karl Fisher~~ |
| | ~~215~~189 | Kate Melvin |
| | ~~216~~190 | Katie Wright |
| | ~~217~~191 | Kaufman Container |
| | ~~218~~192 | KDE Scientific Consulting, LLC |
| | ~~219~~193 | Kennedy Office Supply Company |
| | ~~220~~194 | Kensington Grey International Inc |
| | ~~221~~195 | Kim Slagle |
| | ~~222~~196 | Kitty-Blu Appleton |
| | ~~223~~197 | Klaviyo, Inc. |
| | ~~224~~198 | KM Artist Agency LLC dba Apostrophe |
| | ~~225~~199 | Kombu Kitchen SF LLC |
| | ~~226~~200 | KOSMOSCIENCE |
| | ~~227~~201 | Lacosfar Laboratorio SAS |
| | ~~228~~202 | Lalit Nadkarni |
| | 229 | ~~Lancer Sales USA, Inc.~~ |
| | ~~230~~203 | Lemonada Media |
| | ~~231~~204 | Lesley Lillah McKenzie |
| | 232 | ~~Life Technologies Corp.~~ |
| | ~~233~~205 | Lifetech Resources LLC |
| | ~~234~~206 | LJ's Lawn and Land Management |
| | ~~235~~207 | Local Grit LLC |
| | ~~236~~208 | Loren Data Corp. |
| | ~~237~~209 | Louise McArdle |
| | ~~238~~210 | Luiz Henrique Schiel Gigolotti |
| | ~~239~~211 | LuLu Artists Collective |
| | ~~240~~212 | M and P Models |
| | ~~241~~213 | Maggie Lindsey |
| | ~~242~~214 | Maisie Tomkins |
| | ~~243~~215 | Mana Products, Inc. |

| | | |
|---|---|---|
| | ~~244~~216 | Market Performance Group LLC |
| | ~~245~~217 | MarketLab Inc |
| | ~~246~~218 | Markit North America, Inc. |
| | ~~247~~219 | Marquita Lynch (Novation Styles) |
| | ~~248~~220 | MARS Philter, Inc. DBA The MARS Agency |
| | ~~249~~221 | Marsham Natural Products Broker |
| | ~~250~~222 | Martin Coceres |
| | ~~251~~223 | Mash Technology Services LLC |
| | ~~252~~224 | Max Media Lab Pty Ltd |
| | 253 | ~~mdi Membrane Technologies INC.~~ |
| | 254 | ~~Megan Buckley~~ |
| | ~~255~~225 | Megan Roosevelt |
| | ~~256~~226 | Mereyah Cage |
| | ~~257~~227 | MG Empower Ltd |
| | 258 | ~~MHD Communications~~ |
| | ~~259~~228 | Michael D Wyrsta Consulting, I |
| | ~~260~~229 | Michael Modula |
| | ~~261~~230 | Michelle Dacillo |
| | ~~262~~231 | Microsolv Technology Corp |
| | ~~263~~232 | Mitchell's Speedway Press |
| | ~~264~~233 | Modern Post NYC LLC |
| | ~~265~~234 | Monika Domarke |
| | ~~266~~235 | Monvera Glass Decor |
| | ~~267~~236 | Muniak Studio |
| | ~~268~~237 | Mutesix, LLC |
| | ~~269~~238 | NanoScreen, LLC |
| | ~~270~~239 | Nasdaq |
| | ~~271~~240 | NB Ventures, Inc. |
| | ~~272~~241 | Nelson Lau |
| | ~~273~~242 | Nest-Filler USA |
| | 274 | ~~New England BioLabs Inc~~ |
| | ~~275~~243 | New Print, LDA |
| | ~~276~~244 | NMN Creative Studio LLC |
| | ~~277~~245 | Nneoma's Pen |
| | ~~278~~246 | Northern Commerce Inc. |
| | ~~279~~247 | Northwest Cosmetic Labs |
| | ~~280~~248 | Nu-Chek-Prep, Inc |
| | ~~281~~249 | NuVisions Studio |
| | 282 | ~~O. Berk~~ |
| | ~~283~~250 | Oak Plaza Associates (DEL), LL |
| | ~~284~~251 | Obelis s.a |
| | ~~285~~252 | OctopusMx |
| | ~~286~~253 | Opensci, LLC |
| | ~~287~~254 | Orchard Custom Beauty |
| | ~~288~~255 | Palm Beach Holdings 3940, LLC |
| | ~~289~~256 | Park Wynwood LLC |
| | ~~290~~257 | Paul Ritter |

| | | |
|---|---|---|
| | ~~291~~258 | Penta International Corporatio |
| | ~~292~~259 | Petronio Associates |
| | ~~293~~260 | PFSweb |
| | ~~294~~261 | Pharma COS SRL |
| | ~~295~~ | ~~Phenomenex Inc~~ |
| | ~~296~~262 | Phillip Romano |
| | ~~297~~263 | PIMS New York, Inc. |
| | ~~298~~264 | Pinterest, Inc |
| | ~~299~~265 | Pioneer Sales Company |
| | ~~300~~266 | PitchBook Data, Inc. |
| | ~~301~~ | ~~Pivit Global Inc.~~ |
| | ~~302~~267 | Planting Justice |
| | ~~303~~268 | PMG Worldwide, LLC |
| | ~~304~~269 | Polaris Intermodal |
| | ~~305~~270 | Polly Hill |
| | ~~306~~ | ~~Polycarbin, Inc.~~ |
| | ~~307~~271 | Pop Up Mob LLC |
| | ~~308~~272 | Positive Luxury Limited |
| | ~~309~~273 | Premi SpA |
| | ~~310~~274 | Presto Packaging Solutions LLC |
| | ~~311~~275 | Prima Beaute |
| | ~~312~~276 | Princeton Consumer Research Co |
| | ~~313~~ | ~~Proforma~~ |
| | ~~314~~277 | Pulse Combustion Systems |
| | ~~315~~278 | Qualipac America Corp. |
| | ~~316~~279 | Rakuten Marketing dba Rakuten |
| | ~~317~~280 | Rapid Displays, Inc |
| | ~~318~~281 | Regi US Inc. |
| | ~~319~~282 | Restaurant Associates Inc |
| | ~~320~~ | ~~Restek Corp~~ |
| | ~~321~~283 | Rieke LLC |
| | ~~322~~284 | Rock Paper LLC |
| | ~~323~~285 | Rottenberg Lipman Rich, P.C. |
| | ~~324~~286 | RR Donnelley |
| | ~~325~~287 | Sabah International Inc |
| | ~~326~~288 | SafeGuard World Int'l Limited |
| | ~~327~~289 | SafetyMax Corporation |
| | ~~328~~290 | SAFIC ALCAN |
| | ~~329~~291 | Schawk UK Ltd |
| | ~~330~~292 | SDC&P Agenciamento e produção Artística Eireli |
| | ~~331~~293 | SeaCliff Beauty Packaging & Laboratories |
| | ~~332~~294 | SEE Turtles |
| | ~~333~~295 | Sentry BioPharma Services, Inc |
| | ~~334~~ | ~~Seven Bridges Genomics, Inc~~ |
| | ~~335~~296 | SF Hills & Drills Boot Camp |
| | ~~336~~297 | Shauna Faulisi |
| | ~~337~~298 | Shiru, Inc. |
| | ~~338~~299 | SHOPDEV LLC |

| | | |
|---|---|---|
| | ~~339~~300 | Shreeyansh DB Software Pvt Ltd |
| | ~~340~~ | ~~Silverson Machines Inc.~~ |
| | ~~341~~301 | Simon Morch |
| | ~~342~~302 | Slate Studios LLC |
| | ~~343~~303 | SoPost Inc. |
| | ~~344~~304 | SPK Associates |
| | ~~345~~305 | Sprout Social, Inc. |
| | ~~346~~306 | State of New Jersey |
| | ~~347~~307 | Steam Logistics LLC |
| | ~~348~~ | ~~Stefan Wittocx~~ |
| | ~~349~~308 | Stephanie Meyers |
| | ~~350~~309 | Stephen Gould Corporation |
| | ~~351~~310 | Stout Risius Ross, LLC |
| | ~~352~~311 | Strukmyer Medical |
| | ~~353~~312 | Studio Adele Park LLC |
| | ~~354~~313 | Syndigo |
| | ~~355~~314 | TargetCW |
| | ~~356~~315 | Tasmin Meyer Ersahin |
| | ~~357~~316 | Teikametrics, Inc. |
| | ~~358~~317 | Terrace Consulting, Inc. |
| | ~~359~~318 | The Dtx Company dba Flowcode |
| | ~~360~~319 | The Good Face Project |
| | ~~361~~320 | The Net-A-Porter Group LTD |
| | ~~362~~ | ~~The Polycube Company LLC~~ |
| | ~~363~~321 | The Wall Group LA, LLC |
| | ~~364~~322 | Timothy Lim |
| | ~~365~~323 | Transperfect Holdings, LLC |
| | ~~366~~324 | TricorBraun Inc. |
| | ~~367~~ | ~~Trifinity Partners Inc.~~ |
| | ~~368~~ | ~~ULine Inc~~ |
| | ~~369~~ | ~~University of Hawaii~~ |
| | ~~370~~325 | USA Scientific Inc |
| | ~~371~~326 | Utley's LLC |
| | ~~372~~327 | Vanessa Tryde |
| | ~~373~~328 | Velem LLC |
| | ~~374~~329 | Venus Media Group LLC |
| | ~~375~~330 | Veritiv Operating Company |
| | ~~376~~331 | Verizon Wireless |
| | ~~377~~332 | Vertical Development Academy |
| | ~~378~~333 | Violet Grey, Inc. |
| | ~~379~~334 | Vista Packaging & Logistics |
| | ~~380~~335 | VS + Company |
| | ~~381~~336 | Walter Schupfer Management Corporation |
| | ~~382~~337 | we love pr GmbH |
| | ~~383~~338 | Weblux Inc DBA Black & Black Creative |
| | ~~384~~339 | Winco Design Limited |
| | ~~385~~340 | With Honors LLC |
| | ~~386~~341 | Workday, Inc. |

| | |
|---|---|
| ~~387~~342 | Wright's Media, LLC |
| ~~388~~343 | Wrk Lab, Inc |
| ~~389~~344 | Xela Pack Inc |
| ~~390~~345 | XYZ Graphics, Inc. |
| ~~391~~346 | Z&R Design |
| ~~392~~347 | Zack Peter, LLC |
| ~~393~~348 | Zand Dermatology, Inc. |
| ~~394~~349 | Zdot,LLC dba Bounce Marketing & Events |
| ~~395~~350 | Zendesk Inc |
| ~~396~~351 | Zuuk International |
| ~~397~~ | ~~Zymo Research Corporation~~ |
| | |
| | |

| Report | Litera Compare for Excel 11.6.0.100 |
|---|---|
| | Comparison done on 1/23/2024 8:39:49 PM |
| Render Name: | Default Style |
| Original file: | C:\Users\an18\Desktop\A - Engagements\Amyris\Plan Related\Redline Schedules\1.23\Specified Old.xlsx |
| Modified file: | C:\Users\an18\Desktop\A - Engagements\Amyris\Plan Related\Redline Schedules\1.23\Specified New.xlsx |
| Modified: | 336 |
| Row Add: | 0 |
| Row Del: | 45 |
| Col Add: | 0 |
| Col Del: | 0 |
| Formula And Value Change: | 0 |
| Formula Change Only: | 0 |
| Formula Auto Adjusted: | 0 |
| Format Modified: | 1 |
| Hyperlink Add: | 0 |
| Hyperlink Del: | 0 |
| Hyperlink Modified: | 0 |
| Image Add: | 0 |
| Image Del: | 0 |
| Image Modified: | 0 |
| Chart Add: | 0 |
| Chart Del: | 0 |
| Chart Modified: | 0 |
| Comment Add: | 0 |
| Comment Del: | 0 |
| Comment Modified: | 0 |
| Sheet Visibility Modified: | 0 |
| Sheet Name Modified: | 1 |
| Protection Add: | 0 |
| Protection Del: | 0 |
| Named range Add: | 1 |
| Named range Del: | 0 |
| Named range Modified: | 2 |
| Shape Add: | 0 |
| Shape Del: | 0 |
| Shape text Modified: | 0 |
| Header Add: | 0 |
| Header Del: | 0 |
| Header Mod: | 0 |

| Footer Add: | 0 |
|---|---|
| Footer Del: | 0 |
| Footer Mod: | 0 |
| Sheet Add: | 0 |
| Sheet Del: | 0 |
| **Total Changes:** | **386** |