**Exhibit A**

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Leon Szlezinger | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/01/23 | Leon Szlezinger | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/02/23 | Leon Szlezinger | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/04/23 | Leon Szlezinger | Discussion re: counterproposal with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/04/23 | Leon Szlezinger | Review of settlement framework | 0.5 | 11 |
| 11/04/23 | Leon Szlezinger | Call with White and Case, FTI, Jefferies re: counterproposal | 0.5 | 11 |
| 11/06/23 | Leon Szlezinger | Review of IOIs received | 0.5 | 2 |
| 11/06/23 | Leon Szlezinger | Review of sale process outreach tracker | 0.5 | 2 |
| 11/06/23 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/06/23 | Leon Szlezinger | Omnibus Hearing | 1.0 | 6 |
| 11/06/23 | Leon Szlezinger | Settlement discussion with Financial Advisors | 1.0 | 7 |
| 11/06/23 | Leon Szlezinger | UCC Professionals Standing Call | 0.5 | 11 |
| 11/06/23 | Leon Szlezinger | Call with UCC advisors re: settlement discussion | 1.0 | 11 |
| 11/07/23 | Leon Szlezinger | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/07/23 | Leon Szlezinger | Call with FTI re: recovery analysis | 0.5 | 9 |
| 11/08/23 | Leon Szlezinger | Weekly sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/08/23 | Leon Szlezinger | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/08/23 | Leon Szlezinger | Call with advisors to Ad Hoc Group | 0.5 | 3 |
| 11/08/23 | Leon Szlezinger | Doerr Deposition | 1.5 | 6 |
| 11/08/23 | Leon Szlezinger | Call with UCC advisors re: waterfall analysis | 0.5 | 11 |
| 11/08/23 | Leon Szlezinger | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/09/23 | Leon Szlezinger | Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update | 1.0 | 3 |
| 11/09/23 | Leon Szlezinger | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/09/23 | Leon Szlezinger | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/10/23 | Leon Szlezinger | Prepare fee application | 0.5 | 1 |
| 11/10/23 | Leon Szlezinger | Plan negotiation meeting with White & Case, FTI, Jefferies | 4.0 | 11 |
| 11/11/23 | Leon Szlezinger | Melo Deposition | 4.0 | 5 |
| 11/11/23 | Leon Szlezinger | Plan discussion and negotiation | 2.0 | 7 |
| 11/13/23 | Leon Szlezinger | Follow-up discussion with UCC | 0.5 | 3 |
| 11/13/23 | Leon Szlezinger | Review and prepare materials re: entity analysis | 0.5 | 9 |
| 11/13/23 | Leon Szlezinger | Review of Foris transaction history | 0.5 | 9 |
| 11/13/23 | Leon Szlezinger | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/14/23 | Leon Szlezinger | Review of sale process outreach and IOIs received | 0.5 | 2 |
| 11/14/23 | Leon Szlezinger | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/14/23 | Leon Szlezinger | Review of recovery analysis materials | 0.5 | 9 |
| 11/14/23 | Leon Szlezinger | Review of revised term sheet proposal | 2.0 | 9 |
| 11/14/23 | Leon Szlezinger | Call with FTI re: recovery analysis | 0.5 | 11 |
| 11/14/23 | Leon Szlezinger | Communications with UCC advisors re: sale process updates | 0.5 | 11 |
| 11/15/23 | Leon Szlezinger | Review of court docket | 0.5 | 1 |
| 11/15/23 | Leon Szlezinger | Prepare fee application | 0.5 | 1 |
| 11/15/23 | Leon Szlezinger | Committee Meeting with UCC Advisors | 1.0 | 3 |
| 11/15/23 | Leon Szlezinger | Call with Debtors re: auction | 0.5 | 4 |
| 11/15/23 | Leon Szlezinger | Review of materials for the UCC | 0.5 | 9 |
| 11/15/23 | Leon Szlezinger | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/16/23 | Leon Szlezinger | Prepare fee application | 0.5 | 1 |
| 11/17/23 | Leon Szlezinger | Call with Debtors re: sale process | 0.5 | 2 |
| 11/17/23 | Leon Szlezinger | Discussion re: case strategy | 0.5 | 11 |
| 11/19/23 | Leon Szlezinger | Proposal discussion with AHG and UCC professionals | 1.0 | 7 |
| 11/19/23 | Leon Szlezinger | Coordination call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/20/23 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/20/23 | Leon Szlezinger | Call with Debtors re: plan | 0.5 | 4 |
| 11/20/23 | Leon Szlezinger | Call to discuss settlement proposal | 1.0 | 11 |
| 11/21/23 | Leon Szlezinger | Status Hearing | 0.5 | 1 |
| 11/21/23 | Leon Szlezinger | IOI follow-ups | 0.5 | 2 |
| 11/21/23 | Leon Szlezinger | Committee Meeting with UCC Advisors | 0.5 | 3 |
| 11/21/23 | Leon Szlezinger | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/21/23 | Leon Szlezinger | Call with Debtors re: Plan | 1.0 | 7 |
| 11/21/23 | Leon Szlezinger | Follow up call with Debtors re: Plan | 0.5 | 7 |
| 11/21/23 | Leon Szlezinger | Call to discuss settlement proposal | 0.5 | 11 |
| 11/21/23 | Leon Szlezinger | Prepare for UCC Call | 0.5 | 11 |
| 11/22/23 | Leon Szlezinger | Sale process update call with Intrepid | 0.5 | 4 |
| 11/23/23 | Leon Szlezinger | Review and summarize bids received | 0.5 | 9 |
| 11/23/23 | Leon Szlezinger | Conduct analysis re: bids received | 0.5 | 9 |
| 11/24/23 | Leon Szlezinger | Sale process update call with Intrepid | 0.5 | 4 |
| 11/26/23 | Leon Szlezinger | AHG/UCC call re: plan and auction | 0.5 | 3 |
| 11/26/23 | Leon Szlezinger | Discussion with Debtors re: auction status | 0.5 | 4 |
| 11/27/23 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/27/23 | Leon Szlezinger | Committee Meeting with UCC Advisors | 0.5 | 3 |
| 11/27/23 | Leon Szlezinger | Prepare bid summary materials | 0.5 | 9 |

Jefferies LLC     Case 23-11131-TMH    Doc 1215-2    Filed 01/25/24    Page 3 of 16

*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/27/23 | Leon Szlezinger | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/27/23 | Leon Szlezinger | *Prepare for UCC Call re: sale process update* | 0.5 | 11 |
| 11/28/23 | Leon Szlezinger | *Review liquidation analysis* | 0.5 | 9 |
| 11/28/23 | Leon Szlezinger | *Prepare bid summary materials* | 0.5 | 9 |
| 11/30/23 | Leon Szlezinger | *Virtual Auction* | 4.0 | 2 |
| 11/30/23 | Leon Szlezinger | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/30/23 | Leon Szlezinger | *Review of bidder APAs* | 0.5 | 9 |
| 11/30/23 | Leon Szlezinger | *Review of materials for the UCC* | 0.5 | 9 |
| 11/30/23 | Leon Szlezinger | *Prepare for UCC Call* | 0.5 | 11 |
| 11/30/23 | Leon Szlezinger | *Prepare for UCC Call re: sale process* | 0.5 | 11 |
| 11/30/23 | Leon Szlezinger | *Discussions re: auction strategy* | 1.0 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Leon Szlezinger** | **61.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Jingzhi Dai | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/01/23 | Jingzhi Dai | Review of sale process outreach | 0.5 | 2 |
| 11/01/23 | Jingzhi Dai | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/02/23 | Jingzhi Dai | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/03/23 | Jingzhi Dai | Prepare analysis re: latest brand financials | 0.5 | 9 |
| 11/04/23 | Jingzhi Dai | Discussion re: counterproposal with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/04/23 | Jingzhi Dai | Communication and analysis re: settlement framework | 0.5 | 11 |
| 11/04/23 | Jingzhi Dai | Review of settlement framework | 0.5 | 11 |
| 11/04/23 | Jingzhi Dai | Call with White and Case, FTI, Jefferies re: counterproposal | 0.5 | 11 |
| 11/05/23 | Jingzhi Dai | Review of deposition outlines | 0.5 | 6 |
| 11/06/23 | Jingzhi Dai | Prepare fee application | 1.0 | 1 |
| 11/06/23 | Jingzhi Dai | Review of IOIs received | 0.5 | 2 |
| 11/06/23 | Jingzhi Dai | Review of sale process outreach tracker | 0.5 | 2 |
| 11/06/23 | Jingzhi Dai | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/06/23 | Jingzhi Dai | Omnibus Hearing | 1.0 | 6 |
| 11/06/23 | Jingzhi Dai | Panchadsaram Deposition | 3.0 | 6 |
| 11/06/23 | Jingzhi Dai | Settlement discussion with Financial Advisors | 1.0 | 7 |
| 11/06/23 | Jingzhi Dai | Communications re: entity financials and trial balances | 0.5 | 9 |
| 11/06/23 | Jingzhi Dai | UCC Professionals Standing Call | 0.5 | 11 |
| 11/06/23 | Jingzhi Dai | Call with UCC advisors re: settlement discussion | 1.0 | 11 |
| 11/07/23 | Jingzhi Dai | Prepare materials for the UCC re: sale process update | 1.0 | 2 |
| 11/07/23 | Jingzhi Dai | Review of sale process outreach | 0.5 | 2 |
| 11/07/23 | Jingzhi Dai | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/07/23 | Jingzhi Dai | Call with White and Case, FTI re: entity analysis | 1.0 | 9 |
| 11/07/23 | Jingzhi Dai | Conduct analysis re: entities and org chart | 1.0 | 9 |
| 11/07/23 | Jingzhi Dai | Call with FTI re: recovery analysis | 0.5 | 9 |
| 11/08/23 | Jingzhi Dai | Weekly sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/08/23 | Jingzhi Dai | Prepare materials for the UCC re: sale process update | 0.5 | 2 |
| 11/08/23 | Jingzhi Dai | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/08/23 | Jingzhi Dai | Call with advisors to Ad Hoc Group | 0.5 | 3 |
| 11/08/23 | Jingzhi Dai | Doerr Deposition | 5.0 | 6 |
| 11/08/23 | Jingzhi Dai | Call with UCC advisors re: waterfall analysis | 0.5 | 11 |
| 11/08/23 | Jingzhi Dai | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/09/23 | Jingzhi Dai | Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update | 1.0 | 3 |
| 11/09/23 | Jingzhi Dai | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/09/23 | Jingzhi Dai | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/10/23 | Jingzhi Dai | Prepare fee application | 1.0 | 1 |
| 11/10/23 | Jingzhi Dai | Plan negotiation meeting with White & Case, FTI, Jefferies | 4.0 | 11 |
| 11/11/23 | Jingzhi Dai | Melo Deposition | 6.5 | 5 |
| 11/11/23 | Jingzhi Dai | Plan discussion and negotiation | 2.0 | 7 |
| 11/11/23 | Jingzhi Dai | Communications with UCC advisors re: litigation status | 0.5 | 11 |
| 11/12/23 | Jingzhi Dai | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/12/23 | Jingzhi Dai | Discussion re: entity analysis | 0.5 | 11 |
| 11/12/23 | Jingzhi Dai | Communications with UCC advisors re: litigation status | 0.5 | 11 |
| 11/13/23 | Jingzhi Dai | Follow-up discussion with UCC | 0.5 | 3 |
| 11/13/23 | Jingzhi Dai | Call with UCC member re: Amyris history | 0.5 | 3 |
| 11/13/23 | Jingzhi Dai | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/13/23 | Jingzhi Dai | Review of Foris transaction history | 0.5 | 9 |
| 11/13/23 | Jingzhi Dai | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/13/23 | Jingzhi Dai | Call with FTI and White & Case re: entity analysis | 0.5 | 11 |
| 11/14/23 | Jingzhi Dai | Review of sale process outreach and IOIs received | 0.5 | 2 |
| 11/14/23 | Jingzhi Dai | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/14/23 | Jingzhi Dai | Conduct analysis re: historical actuals | 1.0 | 9 |
| 11/14/23 | Jingzhi Dai | Review of recovery analysis materials | 0.5 | 9 |
| 11/14/23 | Jingzhi Dai | Review of revised term sheet proposal | 2.0 | 9 |
| 11/14/23 | Jingzhi Dai | Call with FTI re: recovery analysis | 0.5 | 11 |
| 11/14/23 | Jingzhi Dai | Call with ArentFox Schiff re: process update | 0.5 | 11 |
| 11/14/23 | Jingzhi Dai | Call with financial advisors (PWC/FTI/Jefferies/BRG) re: admin costs | 0.5 | 11 |
| 11/14/23 | Jingzhi Dai | Communications with UCC advisors re: sale process updates | 0.5 | 11 |
| 11/15/23 | Jingzhi Dai | Review of court docket | 0.5 | 1 |
| 11/15/23 | Jingzhi Dai | Prepare fee application | 2.0 | 1 |
| 11/15/23 | Jingzhi Dai | Committee Meeting with UCC Advisors | 1.0 | 3 |
| 11/15/23 | Jingzhi Dai | Call with Debtors re: auction | 0.5 | 4 |
| 11/15/23 | Jingzhi Dai | Review and prepare materials re: historical actuals | 0.5 | 9 |
| 11/15/23 | Jingzhi Dai | Review and prepare materials re: historical actuals | 0.5 | 9 |
| 11/15/23 | Jingzhi Dai | Review of materials for the UCC | 0.5 | 9 |
| 11/15/23 | Jingzhi Dai | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/16/23 | Jingzhi Dai | Prepare fee application | 2.0 | 1 |
| 11/16/23 | Jingzhi Dai | Review of sale process outreach | 0.5 | 2 |
| 11/16/23 | Jingzhi Dai | Prepare analysis re: historical actuals | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/16/23 | Jingzhi Dai | *Communications re: historical actuals* | 0.5 | 11 |
| 11/17/23 | Jingzhi Dai | *Call with Debtors re: sale process* | 0.5 | 2 |
| 11/17/23 | Jingzhi Dai | *Discussion re: case strategy* | 0.5 | 11 |
| 11/19/23 | Jingzhi Dai | *Prepare fee application* | 1.0 | 1 |
| 11/19/23 | Jingzhi Dai | *Proposal discussion with AHG and UCC professionals* | 1.0 | 7 |
| 11/19/23 | Jingzhi Dai | *Coordination call with White & Case, Jefferies, FTI* | 0.5 | 11 |
| 11/20/23 | Jingzhi Dai | *Prepare fee application* | 0.5 | 1 |
| 11/20/23 | Jingzhi Dai | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/20/23 | Jingzhi Dai | *Call with Debtors re: plan* | 0.5 | 4 |
| 11/20/23 | Jingzhi Dai | *Call to discuss settlement proposal* | 1.0 | 11 |
| 11/21/23 | Jingzhi Dai | *Status Hearing* | 0.5 | 1 |
| 11/21/23 | Jingzhi Dai | *IOI follow-ups* | 0.5 | 2 |
| 11/21/23 | Jingzhi Dai | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/21/23 | Jingzhi Dai | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/21/23 | Jingzhi Dai | *Call with Debtors re: Plan* | 1.0 | 7 |
| 11/21/23 | Jingzhi Dai | *Follow up call with Debtors re: Plan* | 0.5 | 7 |
| 11/21/23 | Jingzhi Dai | *Call to discuss settlement proposal* | 0.5 | 11 |
| 11/21/23 | Jingzhi Dai | *Prepare for UCC Call* | 0.5 | 11 |
| 11/22/23 | Jingzhi Dai | *Sale process update call with Intrepid* | 0.5 | 4 |
| 11/22/23 | Jingzhi Dai | *Prepare bid summary materials* | 0.5 | 9 |
| 11/23/23 | Jingzhi Dai | *Review and summarize bids received* | 0.5 | 9 |
| 11/23/23 | Jingzhi Dai | *Conduct analysis re: bids received* | 0.5 | 9 |
| 11/24/23 | Jingzhi Dai | *Sale process update call with Intrepid* | 0.5 | 4 |
| 11/26/23 | Jingzhi Dai | *AHG/UCC call re: plan and auction* | 0.5 | 3 |
| 11/26/23 | Jingzhi Dai | *Discussion with Debtors re: auction status* | 0.5 | 4 |
| 11/27/23 | Jingzhi Dai | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/27/23 | Jingzhi Dai | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Jingzhi Dai | *Prepare bid summary materials* | 0.5 | 9 |
| 11/27/23 | Jingzhi Dai | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/27/23 | Jingzhi Dai | *Prepare for UCC Call re: sale process update* | 0.5 | 11 |
| 11/28/23 | Jingzhi Dai | *Review liquidation analysis* | 0.5 | 9 |
| 11/28/23 | Jingzhi Dai | *Prepare bid summary materials* | 0.5 | 9 |
| 11/29/23 | Jingzhi Dai | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Jingzhi Dai | *Virtual Auction* | 4.0 | 2 |
| 11/30/23 | Jingzhi Dai | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/30/23 | Jingzhi Dai | *Review of bidder APAs* | 0.5 | 9 |
| 11/30/23 | Jingzhi Dai | *Review of materials for the UCC* | 0.5 | 9 |
| 11/30/23 | Jingzhi Dai | *Prepare for UCC Call* | 0.5 | 11 |
| 11/30/23 | Jingzhi Dai | *Prepare for UCC Call re: sale process* | 0.5 | 11 |
| 11/30/23 | Jingzhi Dai | *Discussions re: auction strategy* | 1.0 | 11 |
| | **November 1, 2023 - November 30, 2023 Hours for Jingzhi Dai** | | **93.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/01/23 | Kevin Murray | Review of sale process outreach | 0.5 | 2 |
| 11/01/23 | Kevin Murray | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/02/23 | Kevin Murray | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/03/23 | Kevin Murray | Review of sale process data room | 0.5 | 9 |
| 11/03/23 | Kevin Murray | Prepare analysis re: latest brand financials | 1.0 | 9 |
| 11/04/23 | Kevin Murray | Review of sale process data room | 0.5 | 9 |
| 11/04/23 | Kevin Murray | Discussion re: counterproposal with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/04/23 | Kevin Murray | Communication and analysis re: settlement framework | 0.5 | 11 |
| 11/04/23 | Kevin Murray | Review of settlement framework | 0.5 | 11 |
| 11/04/23 | Kevin Murray | Call with White and Case, FTI, Jefferies re: counterproposal | 0.5 | 11 |
| 11/05/23 | Kevin Murray | Review of deposition outlines | 0.5 | 6 |
| 11/06/23 | Kevin Murray | Prepare fee application | 2.0 | 1 |
| 11/06/23 | Kevin Murray | Review of IOIs received | 0.5 | 2 |
| 11/06/23 | Kevin Murray | Review of sale process outreach tracker | 0.5 | 2 |
| 11/06/23 | Kevin Murray | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/06/23 | Kevin Murray | Omnibus Hearing | 1.0 | 6 |
| 11/06/23 | Kevin Murray | Panchadsaram Deposition | 3.0 | 6 |
| 11/06/23 | Kevin Murray | Settlement discussion with Financial Advisors | 1.0 | 7 |
| 11/06/23 | Kevin Murray | Communications re: entity financials and trial balances | 0.5 | 9 |
| 11/06/23 | Kevin Murray | UCC Professionals Standing Call | 0.5 | 11 |
| 11/06/23 | Kevin Murray | Call with UCC advisors re: settlement discussion | 1.0 | 11 |
| 11/07/23 | Kevin Murray | Prepare fee application | 1.0 | 1 |
| 11/07/23 | Kevin Murray | Prepare materials for the UCC re: sale process update | 1.0 | 2 |
| 11/07/23 | Kevin Murray | Review of sale process outreach | 0.5 | 2 |
| 11/07/23 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/07/23 | Kevin Murray | Call with White and Case, FTI re: entity analysis | 1.0 | 9 |
| 11/07/23 | Kevin Murray | Review of sale process data room | 0.5 | 9 |
| 11/07/23 | Kevin Murray | Conduct analysis re: entities and org chart | 1.0 | 9 |
| 11/07/23 | Kevin Murray | Call with FTI re: recovery analysis | 0.5 | 9 |
| 11/08/23 | Kevin Murray | Weekly sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/08/23 | Kevin Murray | Prepare materials for the UCC re: sale process update | 0.5 | 2 |
| 11/08/23 | Kevin Murray | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/08/23 | Kevin Murray | Doerr Deposition | 6.0 | 6 |
| 11/08/23 | Kevin Murray | Prepare analysis re: brand financials | 1.0 | 9 |
| 11/08/23 | Kevin Murray | Call with UCC advisors re: waterfall analysis | 0.5 | 11 |
| 11/08/23 | Kevin Murray | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/09/23 | Kevin Murray | Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update | 1.0 | 3 |
| 11/09/23 | Kevin Murray | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/09/23 | Kevin Murray | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/10/23 | Kevin Murray | Prepare fee application | 1.0 | 1 |
| 11/10/23 | Kevin Murray | Plan negotiation meeting with White & Case, FTI, Jefferies | 2.0 | 11 |
| 11/11/23 | Kevin Murray | Melo Deposition | 6.0 | 5 |
| 11/12/23 | Kevin Murray | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/12/23 | Kevin Murray | Discussion re: entity analysis | 0.5 | 11 |
| 11/13/23 | Kevin Murray | Call with UCC member re: Amyris history | 0.5 | 3 |
| 11/13/23 | Kevin Murray | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/13/23 | Kevin Murray | Review of Foris transaction history | 0.5 | 9 |
| 11/13/23 | Kevin Murray | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/13/23 | Kevin Murray | Call with FTI and White & Case re: entity analysis | 0.5 | 11 |
| 11/14/23 | Kevin Murray | Review of sale process outreach and IOIs received | 0.5 | 2 |
| 11/14/23 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/14/23 | Kevin Murray | Conduct analysis re: historical actuals | 1.0 | 9 |
| 11/14/23 | Kevin Murray | Review of recovery analysis materials | 0.5 | 9 |
| 11/14/23 | Kevin Murray | Review of revised term sheet proposal | 1.0 | 9 |
| 11/14/23 | Kevin Murray | Call with FTI re: recovery analysis | 0.5 | 11 |
| 11/14/23 | Kevin Murray | Call with ArentFox Schiff re: process update | 0.5 | 11 |
| 11/14/23 | Kevin Murray | Call with financial advisors (PWC/FTI/Jefferies/BRG) re: admin costs | 0.5 | 11 |
| 11/15/23 | Kevin Murray | Prepare fee application | 1.0 | 1 |
| 11/15/23 | Kevin Murray | Committee Meeting with UCC Advisors | 1.0 | 3 |
| 11/15/23 | Kevin Murray | Review and prepare materials re: historical actuals | 0.5 | 9 |
| 11/15/23 | Kevin Murray | Review and prepare materials re: historical actuals | 0.5 | 9 |
| 11/15/23 | Kevin Murray | Review of materials for the UCC | 0.5 | 9 |
| 11/15/23 | Kevin Murray | Prepare for UCC Call re: sale process update | 0.5 | 11 |
| 11/16/23 | Kevin Murray | Prepare fee application | 0.5 | 1 |
| 11/16/23 | Kevin Murray | Review of sale process outreach | 0.5 | 2 |
| 11/16/23 | Kevin Murray | Prepare analysis re: historical actuals | 1.0 | 9 |
| 11/16/23 | Kevin Murray | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/16/23 | Kevin Murray | Communications re: historical actuals | 0.5 | 11 |
| 11/17/23 | Kevin Murray | Discussion re: case strategy | 0.5 | 11 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/19/23 | Kevin Murray | *Proposal discussion with AHG and UCC professionals* | 1.0 | 7 |
| 11/19/23 | Kevin Murray | *Coordination call with White & Case, Jefferies, FTI* | 0.5 | 11 |
| 11/20/23 | Kevin Murray | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/21/23 | Kevin Murray | *Status Hearing* | 0.5 | 1 |
| 11/21/23 | Kevin Murray | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/21/23 | Kevin Murray | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/21/23 | Kevin Murray | *Call with Debtors re: Plan* | 1.0 | 7 |
| 11/21/23 | Kevin Murray | *Follow up call with Debtors re: Plan* | 0.5 | 7 |
| 11/21/23 | Kevin Murray | *Prepare for UCC Call* | 0.5 | 11 |
| 11/22/23 | Kevin Murray | *Sale process update call with Intrepid* | 0.5 | 4 |
| 11/22/23 | Kevin Murray | *Prepare bid summary materials* | 1.0 | 9 |
| 11/23/23 | Kevin Murray | *Review and summarize bids received* | 1.0 | 9 |
| 11/23/23 | Kevin Murray | *Conduct analysis re: bids received* | 0.5 | 9 |
| 11/24/23 | Kevin Murray | *Sale process update call with Intrepid* | 0.5 | 4 |
| 11/27/23 | Kevin Murray | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/27/23 | Kevin Murray | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Kevin Murray | *Prepare bid summary materials* | 1.0 | 9 |
| 11/27/23 | Kevin Murray | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/27/23 | Kevin Murray | *Prepare for UCC Call re: sale process update* | 0.5 | 11 |
| 11/28/23 | Kevin Murray | *Review liquidation analysis* | 0.5 | 9 |
| 11/28/23 | Kevin Murray | *Prepare bid summary materials* | 1.0 | 9 |
| 11/29/23 | Kevin Murray | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Kevin Murray | *Virtual Auction* | 4.0 | 2 |
| 11/30/23 | Kevin Murray | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/30/23 | Kevin Murray | *Review of bidder APAs* | 0.5 | 9 |
| 11/30/23 | Kevin Murray | *Review of materials for the UCC* | 0.5 | 9 |
| 11/30/23 | Kevin Murray | *Prepare for UCC Call* | 0.5 | 11 |
| 11/30/23 | Kevin Murray | *Prepare for UCC Call re: sale process* | 0.5 | 11 |
| 11/30/23 | Kevin Murray | *Discussions re: auction strategy* | 1.0 | 11 |
| | **November 1, 2023 - November 30, 2023 Hours for Kevin Murray** | | **84.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Jesse Kass | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/01/23 | Jesse Kass | Review of sale process outreach | 0.5 | 2 |
| 11/01/23 | Jesse Kass | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/02/23 | Jesse Kass | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/03/23 | Jesse Kass | Review of sale process data room | 0.5 | 9 |
| 11/03/23 | Jesse Kass | Prepare analysis re: latest brand financials | 1.0 | 9 |
| 11/04/23 | Jesse Kass | Review of sale process data room | 0.5 | 9 |
| 11/04/23 | Jesse Kass | Discussion re: counterproposal with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/04/23 | Jesse Kass | Communication and analysis re: settlement framework | 0.5 | 11 |
| 11/04/23 | Jesse Kass | Call with White and Case, FTI, Jefferies re: counterproposal | 0.5 | 11 |
| 11/05/23 | Jesse Kass | Review of deposition outlines | 0.5 | 6 |
| 11/06/23 | Jesse Kass | Prepare fee application | 1.0 | 1 |
| 11/06/23 | Jesse Kass | Review of IOIs received | 0.5 | 2 |
| 11/06/23 | Jesse Kass | Review of sale process outreach tracker | 0.5 | 2 |
| 11/06/23 | Jesse Kass | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/06/23 | Jesse Kass | Omnibus Hearing | 1.0 | 6 |
| 11/06/23 | Jesse Kass | Panchadsaram Deposition | 3.0 | 6 |
| 11/06/23 | Jesse Kass | Communications re: entity financials and trial balances | 0.5 | 9 |
| 11/06/23 | Jesse Kass | UCC Professionals Standing Call | 0.5 | 11 |
| 11/07/23 | Jesse Kass | Prepare fee application | 1.0 | 1 |
| 11/07/23 | Jesse Kass | Prepare materials for the UCC re: sale process update | 1.0 | 2 |
| 11/07/23 | Jesse Kass | Review of sale process outreach | 0.5 | 2 |
| 11/07/23 | Jesse Kass | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/07/23 | Jesse Kass | Call with White and Case, FTI re: entity analysis | 1.0 | 9 |
| 11/07/23 | Jesse Kass | Review of sale process data room | 0.5 | 9 |
| 11/07/23 | Jesse Kass | Conduct analysis re: entities and org chart | 1.5 | 9 |
| 11/07/23 | Jesse Kass | Call with FTI re: recovery analysis | 0.5 | 9 |
| 11/08/23 | Jesse Kass | Weekly sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/08/23 | Jesse Kass | Prepare materials for the UCC re: sale process update | 1.0 | 2 |
| 11/08/23 | Jesse Kass | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/08/23 | Jesse Kass | Doerr Deposition | 4.0 | 6 |
| 11/08/23 | Jesse Kass | Prepare analysis re: brand financials | 1.0 | 9 |
| 11/08/23 | Jesse Kass | Call with UCC advisors re: waterfall analysis | 0.5 | 11 |
| 11/09/23 | Jesse Kass | Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update | 1.0 | 3 |
| 11/09/23 | Jesse Kass | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/10/23 | Jesse Kass | Prepare fee application | 1.0 | 1 |
| 11/10/23 | Jesse Kass | Plan negotiation meeting with White & Case, FTI, Jefferies | 2.0 | 11 |
| 11/11/23 | Jesse Kass | Melo Deposition | 5.0 | 5 |
| 11/12/23 | Jesse Kass | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/12/23 | Jesse Kass | Discussion re: entity analysis | 0.5 | 11 |
| 11/13/23 | Jesse Kass | Review and prepare materials re: entity analysis | 1.0 | 9 |
| 11/13/23 | Jesse Kass | Review of Foris transaction history | 0.5 | 9 |
| 11/13/23 | Jesse Kass | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/13/23 | Jesse Kass | Call with FTI and White & Case re: entity analysis | 0.5 | 11 |
| 11/14/23 | Jesse Kass | Review of sale process outreach and IOIs received | 0.5 | 2 |
| 11/14/23 | Jesse Kass | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/14/23 | Jesse Kass | Conduct analysis re: historical actuals | 1.5 | 9 |
| 11/14/23 | Jesse Kass | Review of recovery analysis materials | 0.5 | 9 |
| 11/14/23 | Jesse Kass | Review of revised term sheet proposal | 0.5 | 9 |
| 11/14/23 | Jesse Kass | Call with FTI re: recovery analysis | 0.5 | 11 |
| 11/14/23 | Jesse Kass | Call with ArentFox Schiff re: process update | 0.5 | 11 |
| 11/15/23 | Jesse Kass | Prepare fee application | 0.5 | 1 |
| 11/15/23 | Jesse Kass | Committee Meeting with UCC Advisors | 1.0 | 3 |
| 11/15/23 | Jesse Kass | Review and prepare materials re: historical actuals | 1.0 | 9 |
| 11/15/23 | Jesse Kass | Review and prepare materials re: historical actuals | 0.5 | 9 |
| 11/15/23 | Jesse Kass | Review of materials for the UCC | 0.5 | 9 |
| 11/16/23 | Jesse Kass | Prepare fee application | 0.5 | 1 |
| 11/16/23 | Jesse Kass | Review of sale process outreach | 0.5 | 2 |
| 11/16/23 | Jesse Kass | Prepare analysis re: historical actuals | 2.0 | 9 |
| 11/19/23 | Jesse Kass | Proposal discussion with AHG and UCC professionals | 1.0 | 7 |
| 11/21/23 | Jesse Kass | Status Hearing | 0.5 | 1 |
| 11/21/23 | Jesse Kass | Committee Meeting with UCC Advisors | 0.5 | 3 |
| 11/21/23 | Jesse Kass | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/22/23 | Jesse Kass | Prepare bid summary materials | 1.0 | 9 |
| 11/23/23 | Jesse Kass | Review and summarize bids received | 1.0 | 9 |
| 11/23/23 | Jesse Kass | Conduct analysis re: bids received | 0.5 | 9 |
| 11/27/23 | Jesse Kass | Committee Meeting with UCC Advisors | 0.5 | 3 |
| 11/27/23 | Jesse Kass | Prepare bid summary materials | 1.0 | 9 |
| 11/27/23 | Jesse Kass | UCC Professionals Standing Call | 0.5 | 11 |
| 11/28/23 | Jesse Kass | Review liquidation analysis | 0.5 | 9 |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/28/23 | Jesse Kass | *Prepare bid summary materials* | 1.0 | 9 |
| 11/28/23 | Jesse Kass | *Review documentation re: bids received* | 0.5 | 9 |
| 11/29/23 | Jesse Kass | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Jesse Kass | *Virtual Auction* | 2.0 | 2 |
| 11/30/23 | Jesse Kass | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/30/23 | Jesse Kass | *Review of materials for the UCC* | 0.5 | 9 |
| | | **November 1, 2023 - November 30, 2023 Hours for Jesse Kass** | **67.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/01/23 | Lars Hultgren | Review of sale process outreach | 0.5 | 2 |
| 11/01/23 | Lars Hultgren | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/02/23 | Lars Hultgren | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/03/23 | Lars Hultgren | Review of sale process data room | 0.5 | 9 |
| 11/03/23 | Lars Hultgren | Prepare analysis re: latest brand financials | 1.5 | 9 |
| 11/04/23 | Lars Hultgren | Review of sale process data room | 0.5 | 9 |
| 11/04/23 | Lars Hultgren | Communication and analysis re: settlement framework | 0.5 | 11 |
| 11/04/23 | Lars Hultgren | Call with White and Case, FTI, Jefferies re: counterproposal | 0.5 | 11 |
| 11/05/23 | Lars Hultgren | Review of deposition outlines | 0.5 | 6 |
| 11/06/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/06/23 | Lars Hultgren | Review of IOIs received | 0.5 | 2 |
| 11/06/23 | Lars Hultgren | Review of sale process outreach tracker | 0.5 | 2 |
| 11/06/23 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/06/23 | Lars Hultgren | Communications re: entity financials and trial balances | 0.5 | 9 |
| 11/06/23 | Lars Hultgren | UCC Professionals Standing Call | 0.5 | 11 |
| 11/07/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/07/23 | Lars Hultgren | Prepare materials for the UCC re: sale process update | 2.0 | 2 |
| 11/07/23 | Lars Hultgren | Review of sale process outreach | 1.5 | 2 |
| 11/07/23 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/07/23 | Lars Hultgren | Call with White and Case, FTI re: entity analysis | 1.0 | 9 |
| 11/07/23 | Lars Hultgren | Review of sale process data room | 0.5 | 9 |
| 11/07/23 | Lars Hultgren | Conduct analysis re: entities and org chart | 1.5 | 9 |
| 11/07/23 | Lars Hultgren | Call with FTI re: recovery analysis | 0.5 | 9 |
| 11/08/23 | Lars Hultgren | Weekly sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 11/08/23 | Lars Hultgren | Prepare materials for the UCC re: sale process update | 1.0 | 2 |
| 11/08/23 | Lars Hultgren | All-Hands UCC Call with White & Case, FTI, Jefferies | 1.0 | 3 |
| 11/08/23 | Lars Hultgren | Doerr Deposition | 6.0 | 6 |
| 11/08/23 | Lars Hultgren | Prepare analysis re: brand financials | 1.5 | 9 |
| 11/08/23 | Lars Hultgren | Call with UCC advisors re: waterfall analysis | 0.5 | 11 |
| 11/09/23 | Lars Hultgren | Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update | 1.0 | 3 |
| 11/09/23 | Lars Hultgren | Call re: Litigation process with White & Case, FTI, Jefferies | 0.5 | 11 |
| 11/10/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/10/23 | Lars Hultgren | Plan negotiation meeting with White & Case, FTI, Jefferies | 2.0 | 11 |
| 11/11/23 | Lars Hultgren | Melo Deposition | 6.5 | 5 |
| 11/12/23 | Lars Hultgren | Review and prepare materials re: entity analysis | 1.5 | 9 |
| 11/12/23 | Lars Hultgren | Discussion re: entity analysis | 0.5 | 11 |
| 11/13/23 | Lars Hultgren | Review and prepare materials re: entity analysis | 1.5 | 9 |
| 11/13/23 | Lars Hultgren | Review of Foris transaction history | 0.5 | 9 |
| 11/13/23 | Lars Hultgren | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/13/23 | Lars Hultgren | Call with FTI and White & Case re: entity analysis | 0.5 | 11 |
| 11/14/23 | Lars Hultgren | Review of sale process outreach and IOIs received | 0.5 | 2 |
| 11/14/23 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/14/23 | Lars Hultgren | Conduct analysis re: historical actuals | 2.0 | 9 |
| 11/14/23 | Lars Hultgren | Review of recovery analysis materials | 0.5 | 9 |
| 11/14/23 | Lars Hultgren | Review of revised term sheet proposal | 0.5 | 9 |
| 11/14/23 | Lars Hultgren | Call with ArentFox Schiff re: process update | 0.5 | 11 |
| 11/15/23 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 11/15/23 | Lars Hultgren | Committee Meeting with UCC Advisors | 1.0 | 3 |
| 11/15/23 | Lars Hultgren | Review and prepare materials re: historical actuals | 2.0 | 9 |
| 11/15/23 | Lars Hultgren | Review and prepare materials re: historical actuals | 1.0 | 9 |
| 11/15/23 | Lars Hultgren | Review of materials for the UCC | 0.5 | 9 |
| 11/16/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 11/16/23 | Lars Hultgren | Review of sale process outreach | 0.5 | 2 |
| 11/16/23 | Lars Hultgren | Prepare analysis re: historical actuals | 4.0 | 9 |
| 11/16/23 | Lars Hultgren | Litigation team call with White & Case, Jefferies, FTI | 0.5 | 11 |
| 11/17/23 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 11/17/23 | Lars Hultgren | Discussion re: case strategy | 0.5 | 11 |
| 11/19/23 | Lars Hultgren | Proposal discussion with AHG and UCC professionals | 1.0 | 7 |
| 11/20/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 11/20/23 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 11/21/23 | Lars Hultgren | Status Hearing | 0.5 | 1 |
| 11/21/23 | Lars Hultgren | Committee Meeting with UCC Advisors | 0.5 | 3 |
| 11/21/23 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 1.0 | 4 |
| 11/22/23 | Lars Hultgren | Sale process update call with Intrepid | 0.5 | 4 |
| 11/22/23 | Lars Hultgren | Prepare bid summary materials | 1.5 | 9 |
| 11/23/23 | Lars Hultgren | Review and summarize bids received | 1.0 | 9 |
| 11/23/23 | Lars Hultgren | Conduct analysis re: bids received | 0.5 | 9 |
| 11/24/23 | Lars Hultgren | Sale process update call with Intrepid | 0.5 | 4 |
| 11/27/23 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/27/23 | Lars Hultgren | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Lars Hultgren | *Prepare bid summary materials* | 1.0 | 9 |
| 11/27/23 | Lars Hultgren | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/28/23 | Lars Hultgren | *Review liquidation analysis* | 0.5 | 9 |
| 11/28/23 | Lars Hultgren | *Prepare bid summary materials* | 1.0 | 9 |
| 11/28/23 | Lars Hultgren | *Review documentation re: bids received* | 0.5 | 9 |
| 11/29/23 | Lars Hultgren | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Lars Hultgren | *Virtual Auction* | 4.0 | 2 |
| 11/30/23 | Lars Hultgren | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/30/23 | Lars Hultgren | *Review of bidder APAs* | 0.5 | 9 |
| 11/30/23 | Lars Hultgren | *Review of materials for the UCC* | 0.5 | 9 |
| 11/30/23 | Lars Hultgren | *Discussions re: auction strategy* | 0.5 | 11 |
| | **November 1, 2023 - November 30, 2023 Hours for Lars Hultgren** | | **86.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Adrian Merkt | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/02/23 | Adrian Merkt | *Call re: Litigation process with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/04/23 | Adrian Merkt | *Discussion re: counterproposal with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/04/23 | Adrian Merkt | *Communication and analysis re: settlement framework* | 0.5 | 11 |
| 11/04/23 | Adrian Merkt | *Review of settlement framework* | 0.5 | 11 |
| 11/04/23 | Adrian Merkt | *Call with White and Case, FTI, Jefferies re: counterproposal* | 0.5 | 11 |
| 11/06/23 | Adrian Merkt | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/06/23 | Adrian Merkt | *Omnibus Hearing* | 1.0 | 6 |
| 11/06/23 | Adrian Merkt | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/07/23 | Adrian Merkt | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/08/23 | Adrian Merkt | *Weekly sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/08/23 | Adrian Merkt | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/09/23 | Adrian Merkt | *Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update* | 1.0 | 3 |
| 11/09/23 | Adrian Merkt | *Call re: Litigation process with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/11/23 | Adrian Merkt | *Communications with UCC advisors re: litigation status* | 0.5 | 11 |
| 11/13/23 | Adrian Merkt | *Call with UCC member re: Amyris history* | 0.5 | 3 |
| 11/13/23 | Adrian Merkt | *Review of Foris transaction history* | 0.5 | 9 |
| 11/13/23 | Adrian Merkt | *Litigation team call with White & Case, Jefferies, FTI* | 0.5 | 11 |
| 11/13/23 | Adrian Merkt | *Call with FTI and White & Case re: entity analysis* | 0.5 | 11 |
| 11/14/23 | Adrian Merkt | *Review of sale process outreach and IOIs received* | 0.5 | 2 |
| 11/14/23 | Adrian Merkt | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/14/23 | Adrian Merkt | *Review of revised term sheet proposal* | 0.5 | 9 |
| 11/14/23 | Adrian Merkt | *Call with ArentFox Schiff re: process update* | 0.5 | 11 |
| 11/15/23 | Adrian Merkt | *Committee Meeting with UCC Advisors* | 1.0 | 3 |
| 11/15/23 | Adrian Merkt | *Review and prepare materials re: historical actuals* | 0.5 | 9 |
| 11/16/23 | Adrian Merkt | *Communications re: historical actuals* | 0.5 | 11 |
| 11/20/23 | Adrian Merkt | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/21/23 | Adrian Merkt | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| | **November 1, 2023 - November 30, 2023 Hours for Adrian Merkt** | | **18.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 11/01/23 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/01/23 | Thomas Nguyen | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/02/23 | Thomas Nguyen | *Call re: Litigation process with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/04/23 | Thomas Nguyen | *Discussion re: counterproposal with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/06/23 | Thomas Nguyen | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/06/23 | Thomas Nguyen | *Omnibus Hearing* | 1.0 | 6 |
| 11/08/23 | Thomas Nguyen | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/09/23 | Thomas Nguyen | *Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update* | 1.0 | 3 |
| 11/15/23 | Thomas Nguyen | *Committee Meeting with UCC Advisors* | 1.0 | 3 |
| 11/15/23 | Thomas Nguyen | *Review and prepare materials re: historical actuals* | 0.5 | 9 |
| 11/21/23 | Thomas Nguyen | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Thomas Nguyen | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/27/23 | Thomas Nguyen | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Thomas Nguyen | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/29/23 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| | **November 1, 2023 - November 30, 2023 Hours for Thomas Nguyen** | | **10.0** | |
| 11/01/23 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/01/23 | Rahul Balasubramani | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/06/23 | Rahul Balasubramani | *Omnibus Hearing* | 1.0 | 6 |
| 11/21/23 | Rahul Balasubramani | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Rahul Balasubramani | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/27/23 | Rahul Balasubramani | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Rahul Balasubramani | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/29/23 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Rahul Balasubramani | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| | **November 1, 2023 - November 30, 2023 Hours for Rahul Balasubramani** | | **5.5** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 11/01/23 | Maille Frohoff | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/01/23 | Maille Frohoff | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/06/23 | Maille Frohoff | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/06/23 | Maille Frohoff | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/08/23 | Maille Frohoff | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/09/23 | Maille Frohoff | *Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update* | 1.0 | 3 |
| 11/15/23 | Maille Frohoff | *Committee Meeting with UCC Advisors* | 1.0 | 3 |
| 11/21/23 | Maille Frohoff | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Maille Frohoff | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/27/23 | Maille Frohoff | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Maille Frohoff | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/29/23 | Maille Frohoff | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/30/23 | Maille Frohoff | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| | **November 1, 2023 - November 30, 2023 Hours for Maille Frohoff** | | **8.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Daisy King | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/02/23 | Daisy King | *Call re: Litigation process with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/04/23 | Daisy King | *Discussion re: counterproposal with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/06/23 | Daisy King | *Omnibus Hearing* | 1.0 | 6 |
| 11/06/23 | Daisy King | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/07/23 | Daisy King | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/08/23 | Daisy King | *Weekly sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/08/23 | Daisy King | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/09/23 | Daisy King | *Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update* | 1.0 | 3 |
| 11/14/23 | Daisy King | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/15/23 | Daisy King | *Committee Meeting with UCC Advisors* | 1.0 | 3 |
| 11/21/23 | Daisy King | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/27/23 | Daisy King | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/29/23 | Daisy King | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| | **November 1, 2023 - November 30, 2023 Hours for Daisy King** | | **11.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Jack Abrams | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/02/23 | Jack Abrams | *Call re: Litigation process with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/04/23 | Jack Abrams | *Discussion re: counterproposal with White & Case, FTI, Jefferies* | 0.5 | 11 |
| 11/06/23 | Jack Abrams | *Prepare fee application* | 1.0 | 1 |
| 11/06/23 | Jack Abrams | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 11/06/23 | Jack Abrams | *Omnibus Hearing* | 1.0 | 6 |
| 11/06/23 | Jack Abrams | *UCC Professionals Standing Call* | 0.5 | 11 |
| 11/07/23 | Jack Abrams | *Prepare fee application* | 1.0 | 1 |
| 11/07/23 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/08/23 | Jack Abrams | *Weekly sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 11/08/23 | Jack Abrams | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 1.0 | 3 |
| 11/09/23 | Jack Abrams | *Committee Meeting with UCC Advisors re: key dates, Plan proposals, sale update* | 1.0 | 3 |
| 11/14/23 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/15/23 | Jack Abrams | *Committee Meeting with UCC Advisors* | 1.0 | 3 |
| 11/21/23 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 1.0 | 4 |
| 11/27/23 | Jack Abrams | *Committee Meeting with UCC Advisors* | 0.5 | 3 |
| 11/27/23 | Jack Abrams | *UCC Professionals Standing Call* | 0.5 | 11 |
| | | **November 1, 2023 - November 30, 2023 Hours for Jack Abrams** | **13.5** | |