**<u>Exhibit B</u>**

**Expense Detail**

**November Expense Output**

**Jefferies LLC**
Summary of Expenses by Category
November 1, 2023 - Novemer 30, 2023

| Category | Expenses |
|---|---|
| Legal Fees | $19,229.63 |
| **Total** | **$19,229.63** |



DLA Piper (US)
D. O'Donnell
T 212-335-4500

**PRIVILEGED AND CONFIDENTIAL**

Jefferies LLC
Jeffrey R. Whyte
General Counsel, Investment Banking
Managing Director
520 Madison Avenue
New York, NY 10022

**INVOICE #**     883097916
**Invoice Date** December 13, 2023

**Client Name**    Jefferies LLC
**Matter Name** Representation contested retention app
**Matter Number** 438030.000003

*For Professional Services through October 31, 2023*

| | |
|---|---:|
| Fees | 17,973.00 |
| Disbursements | 1,256.63 |
| **TOTAL THIS INVOICE** | **USD 19,229.63** |

Please remit payment by December 29, 2023

Please send remittance instructions to accounts@us.dlapiper.com

Pay Online — **Pay online** — Click the "Pay online" button or visit https://paymentportal.dlapiper.com to make a payment online using your bank account or credit card

*The invoice number 883097916 and invoice amount 168980.20 is required for access to the payment center.*

**Payment via Wire/ACH**

**Payment via Check to Lockbox**    DLA Piper LLP (US)
P.O. Box 780528
Philadelphia, PA 19178-0528

*Please do not send checks to firm office address.*

# FEE DETAIL

**The following legal services were provided by DLA Piper LLP (US):**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 10/01/23 | Mulitple t/cs, email re: L. Szlezinger re: status (.6); review revised Order discussed with U.S. (.7). | Dennis O'Donnell | 1.60 |
| 10/02/23 | Mulitple t/cs, email re: L. Szlezinger re: status (.8); email UST re: revised Order (.6). | Dennis O'Donnell | 1.40 |
| 10/03/23 | Mulitple t/cs, email re: L. Szlezinger re: status (.8); review and arrange filing of revised Order (.7). | Dennis O'Donnell | 1.50 |
| 10/06/23 | Call with White and Case Regarding Retention (.3); Draft Supplemental Jefferies Declaration (1.0). | Daniel S. Trager | 1.30 |
| 10/06/23 | Mulitple t/cs, email re: L. Szlezinger re: status (.4); t/cs Pesce re: same (.3). | Dennis O'Donnell | 0.70 |
| 10/10/23 | Mulitple t/cs, email re: Second Supplemental Declaration (.9); revise Declaration multiple times (.7); email G. Pesce re: Reply status (.4); email UST re; same (.4). | Dennis O'Donnell | 2.40 |
| 10/10/23 | Internal communications regarding Declaration in Support of Jeffries Retention and review draft of same. | Carolyn B. Fox | 0.30 |
| 10/16/23 | Research 10/16/2023 Amyris hearing information (.3); draft, prepare and electronically file Torosian Pro Hac Vice Motion | William L. Countryman | 1.70 |
| 10/23/23 | Review revised Retention Order (.4); email re: same (.3). | Dennis O'Donnell | 0.70 |
| 10/24/23 | Emails from D. O'Donnell and A. Merkt regarding Debtors' Agenda for hearing reflecting resolution of Jefferies retention | Jeffrey S. Torosian | 0.20 |
| 10/24/23 | Review and revise revised Retention Order (.7); email re: same (.4). | Dennis O'Donnell | 1.10 |
| 10/27/23 | Check docket for entered Order (.3); email Debtor re: same (.4). | Dennis O'Donnell | 0.70 |
| 10/30/23 | Receipt and review of Court's Retention Order. | Jeffrey S. Torosian | 0.10 |
| 10/30/23 | Emails with Dennis O'Donnell Regarding Fee Application. | Daniel S. Trager | 0.20 |
| 10/31/23 | Draft Jefferies Fee Application. | Daniel S. Trager | 0.60 |
| 10/31/23 | Email D. Trager re: template for Jefferies fee statement (.4); review same (.3). | Dennis O'Donnell | 0.70 |
| | | **TOTAL HOURS** | **15.2** |
| | | **TOTAL FEES** | **17,973.00** |

## Timekeeper Summary

**The following legal services were provided by DLA Piper LLP (US):**

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Jeffrey S. Torosian | Partner | .3 | 1,510.00 | 453.00 |
| Dennis O'Donnell | Partner | 10.8 | 1,395.00 | 15,066.00 |
| Daniel S. Trager | Law Grad-non admin | 2.1 | 730.00 | 1533.00 |
| William L. Countryman | Paralegal | 1.70 | 475.00 | 807.50 |
| Carolyn B. Fox | Paralegal | 0.30 | 380.00 | 114.00 |
| | FEES | 15.2 | | 17,973.00 |

## Disbursements

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/19/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/19/2023 - Late night cab home from office to home. | 15.48 |
| 10/20/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/20/2023 - Late night cab home from office to home. | 20.52 |
| 10/21/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/21/2023 - Late night cab home from office to home. | 31.92 |
| 10/21/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/21/2023 - Late night cab home from office to home. | 17.64 |
| 10/22/23 | Vendor: SEAMLESS Invoice#: SL-173-L1-131 Date: 10/22/2023 - - Jefferies meeting | 118.50 |
| 10/22/23 | Vendor: SEAMLESS Invoice#: SL-173-L1-131 Date: 10/22/2023 - - Jefferies meeting | 187.17 |
| 10/23/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/23/2023 - Late night cab home from office to home. | 13.80 |
| 10/25/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/25/2023 - Late night cab home from office to home. | 21.48 |
| 10/26/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/26/2023 - Late night cab home from office to home. | 16.44 |
| 10/27/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/27/2023 - Late night cab home from office to home. | 17.04 |
| 10/28/23 | Vendor: DENNIS O DONNELL Invoice#: 010062636934 Date: 11/15/2023 - - 10/28/2023 - Late night cab home from office to home. | 34.44 |
| | Color Photocopying | 282.50 |
| | Data Hosting Charges by Relativity | 81.00 |
| | Duplicating | 398.70 |
| | **TOTAL DISBURSEMENTS** | 1,256.63 |

**TOTAL THIS INVOICE**         **USD 19,229.63**