# EXHIBIT A

# KTBS Law LLP

1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Taxpayer I.D. No. 95-4744518

January 4, 2024
Bill No. 21097

Amyris, Inc., et al.
Attn:  M. Freddie Reiss
5885 Hollis Street, Suite 100
Emeryville, CA  94608

For Services Rendered Through 12/31/2023

In Reference To:  Amyris, Inc., et al.
File No.:            2483 - 0000

Professional Services

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Case Administration | | |
| 12/19/2023 | SDP | Prepare 2024 notice of rate change | 0.10 | No Charge |
| | | Case Administration | 0.10 | $0.00 |
| | | Meetings of and Communications with Debtors' Professionals | | |
| 12/08/2023 | SMK | Emails with D. Grassgreen, S Golden (PSZJ) and J. Fisher (Goodwin) re Melo documents and confidentiality issues | 0.30 | $388.50 |
| 12/11/2023 | SMK | Emails with J. Fisher (Goodwin) and Pachulski team re Melo protective order issues | 0.10 | $129.50 |
| | | Meetings of and Communications with Debtors' Professionals | 0.40 | $518.00 |
| | | Meetings of and Communications with Other Professionals | | |
| 12/26/2023 | NM | Analyze correspondence from unsecured creditor; correspondence and communications re same | 0.60 | $525.00 |
| 12/26/2023 | SMK | Analyze email from A. Hanft and exchange emails with F. Reiss and D. Stern re same | 0.20 | $259.00 |
| | | Meetings of and Communications with Other Professionals | 0.80 | $784.00 |
| | | Document Discovery and Document Review | | |
| 12/26/2023 | SMK | Analyze and revise draft responses/objections to cross-holder discovery requests, including correspondence with A. Kornfeld re same | 1.20 | $1,554.00 |
| | | Document Discovery and Document Review | 1.20 | $1,554.00 |
| | | Interviews and Depositions | | |

| 2483 | Amyris, Inc., et al. | | | | Page 2 |
|---|---|---|---|---|---|
| 0000 | Amyris, Inc., et al. | | | | Bill #. 21097 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Interviews and Depositions** | | |
| 12/18/2023 | MLT | Analyze Notice of Deposition of F. Reiss and correspondence re same (F. Reiss, S. Kidder) | 0.10 | No Charge |
| 12/18/2023 | SMK | Analyze cross-holder's depo notice re Reiss and exchange emails with F. Reiss and PSZJ re same | 0.40 | $518.00 |
| | | Interviews and Depositions | 0.50 | $518.00 |
| | | **Contested Matters/Litigation (General)** | | |
| 12/01/2023 | NM | Review and revise objection to examiner | 0.50 | $437.50 |
| | | Contested Matters/Litigation (General) | 0.50 | $437.50 |
| | | **Fee/Employment Applications** | | |
| 12/07/2023 | SDP | Prepare November fee statement | 0.70 | $416.50 |
| 12/07/2023 | SDP | Prepare notice of November fee statement | 0.10 | $59.50 |
| 12/14/2023 | NM | Exchange correspondence re fees | 0.20 | No Charge |
| 12/14/2023 | SMK | Exchange emails with N. Maoz re status of monthly fee apps and interim comp app | 0.20 | No Charge |
| 12/19/2023 | SMK | Analyze and comment re notice of KTBS rate changes | 0.10 | $129.50 |
| 12/20/2023 | NM | Revise interim fee application | 0.40 | $350.00 |
| 12/20/2023 | SMK | Analyze KTBS interim fee app and emails with NM re revisions to same | 0.40 | $518.00 |
| 12/21/2023 | NM | Revise interim fee application | 0.30 | $262.50 |
| 12/21/2023 | SMK | Emails with J. O'Neill (PSZJ) re amended KTBS interim fee app | 0.20 | $259.00 |
| 12/26/2023 | NM | Revise monthly fee application | 0.40 | $350.00 |
| 12/26/2023 | SMK | Analyze and revise 4th KTBS monthly fee statement | 0.20 | $259.00 |
| 12/27/2023 | SMK | Exchange emails with N. Maoz and P. Jefferies re KTBS 4th monthly fee statement | 0.20 | No Charge |
| | | Fee/Employment Applications | 3.40 | $2,604.00 |
| | | **Professional Services Rendered** | 6.90 | $6,415.50 |

| | | |
|---|---|---|
| Total fees and expenses incurred | | $6,415.50 |
| Balance forward as of last invoice | $950,004.73 | |
| Payments applied since last invoice | ($600,301.33) | |
| Net balance forward | | $349,703.40 |

| 2483 | Amyris, Inc., et al. | | | Page 3 |
| 0000 | Amyris, Inc., et al. | | | Bill #. 21097 |

| | Balance Now Due | | | $356,118.90 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | ---: | ---: | ---: |
| Kidder, Samuel M | 0.40 | $0 | No Charge |
| Kidder, Samuel M | 3.10 | $1,295.00 | $4,014.50 |
| Maoz, Nir | 0.20 | $0 | No Charge |
| Maoz, Nir | 2.20 | $875.00 | $1,925.00 |
| Pearson, Shanda D. | 0.10 | $0 | No Charge |
| Pearson, Shanda D. | 0.80 | $595.00 | $476.00 |
| Tuchin, Michael L. | 0.10 | $0 | No Charge |
| | 6.90 | | $6,415.50 |

| 2483 | Amyris, Inc., et al. | Page 4 |
| 0000 | Amyris, Inc., et al. | Bill #. 21097 |

## Wire Instructions for Payment of Invoice

| | |
|---|---|
| Bank Name: | First Republic Bank |
| Bank Address: | 1888 Century Park East<br>Los Angeles, California 90067<br>Phone: (800) 392-1407 |
| ABA Routing No.: | 321081669 |
| Account No.: | 997-00044763 |
| Account Name: | KTBS Law LLP General Operating Account |

## Remittance To:

KTBS Law LLP
Attention: Accounting Department
1801 Century Park East, 26th Floor
Los Angeles, CA 90067