**<u>EXHIBIT A</u>**

# S H E A R M A N   &   S T E R L I N G   L L P

535 MISSION STREET, 25TH FLOOR  |  SAN FRANCISCO  |  CA  |  94105-2997

WWW.SHEARMAN.COM  |  T +1.415.616.1100  |  F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                    36714-00049
Emeryville, CA 94608

Invoice Number:  7300467

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023, 2023 in connection with Beauty Lab Litigation.

**FEES**.................................................................................................................... $3,555.00

**COSTS** related thereto........................................................................................ $20.69

**TOTAL** ................................................................................................................ $3,575.69

## PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
|---|---|
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.                                                         Account Number:  36714-00049
Page Number:  2                                                     Invoice Number:  7300467

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 12/04/2023 | Laguardia, Daniel H.R. | Filing joint status report. | 0.20 |
| 12/04/2023 | Kahn, Daniel Aaron | Revise draft joint status report to the Court (0.8); analyze documents for joint status report (0.3); confer with client and plaintiffs re: joint status report (0.4); attention to filing of joint status report (0.3). | 1.80 |
| 12/04/2023 | Jankay, Bryan | Electronically filed joint status report letter in the Southern District of New York for D. Kahn in reference to Disruptional Ltd. v. Amyris, Inc. | 0.30 |
| 12/04/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket entries in CourtAlert. | 0.20 |
| 12/05/2023 | Kahn, Daniel Aaron | Draft correspondence to the Court re: joint status report. | 0.30 |
| 12/05/2023 | Sheopaul, Ruth | Reconciled and reviewed papers and made docket entries in CourtAlert. | 0.20 |

**TOTAL HOURS**                                                                            3.00

**FEES**.................................................................................................................................    $3,555.00

January 16, 2024

AMYRIS, INC.                                           Account Number:  36714-00049
Page Number:  4                                        Invoice Number:  7300467

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Laguardia, Daniel H.R. | 0.20 | 2,130.00 | 426.00 |
| Kahn, Daniel Aaron | 2.10 | 1,415.00 | 2,971.50 |
| Jankay, Bryan | 0.30 | 225.00 | 67.50 |
| Sheopaul, Ruth | 0.40 | 225.00 | 90.00 |
| **TOTALS** | 3.00 | | $3,555.00 |

# SHEARMAN & STERLING LLP

140 NEW MONTGOMERY STREET, 10TH FLOOR  |  SAN FRANCISCO  |  CA  |  94105

WWW.SHEARMAN.COM  |  T +1.415.616.1100  |  F +1.415.616.1199

January 24, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                                          36714-00051
Emeryville, CA 94608

Invoice Number: 7300464

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023 in connection with Retention and Fee Applications.

**FEES**.................................................................................................................... $25,459.50

**LESS COURTESY DISCOUNT** ........................................................................... ($5,000.00)

**SUB-TOTAL**........................................................................................................ $20,459.50

**COSTS** related thereto........................................................................................ $0.00

**TOTAL** ................................................................................................................ $20,459.50

### PAYMENT INSTRUCTIONS
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| | |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 24, 2024

AMYRIS, INC.
Page Number: 3

Account Number: 36714-00051
Invoice Number: 7300464

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 12/04/2023 | Jaksa, Kyle | Correspondence with client regarding monthly fee statement (.2); work with internal team to draft the interim fee application (.6). | 0.80 |
| 12/05/2023 | Dorf, Michael S. | Review monthly fee application. | 0.20 |
| 12/05/2023 | Jaksa, Kyle | Draft/revise the interim fee application. | 1.10 |
| 12/06/2023 | Jaksa, Kyle | Correspondence with internal team regarding monthly fee application. | 0.20 |
| 12/07/2023 | Dorf, Michael S. | Review/revise Interim Fee Application (0.3); review Certificate of No Objection for 2nd Monthly Fee Application (0.1); attend to Pachulski comments on application (0.1). | 0.50 |
| 12/07/2023 | Jaksa, Kyle | Draft/revise the interim final fee application to finalize for filing (4.8); draft and finalize the CNO for the monthly fee application (.9); correspondence with the debtor's counsel to file the fee application and CNO (.4). | 6.10 |
| 12/08/2023 | Jaksa, Kyle | Draft/revise the Monthly Fee Application. | 2.10 |
| 12/11/2023 | Jaksa, Kyle | Draft/revise the monthly fee application. | 1.90 |
| 12/12/2023 | Dorf, Michael S. | Review Third Monthly Fee Application (0.2). | 0.20 |
| 12/12/2023 | Jaksa, Kyle | Draft and finalize the monthly fee application. | 1.60 |
| 12/13/2023 | Jaksa, Kyle | Correspondence with the Debtor's counsel regarding filing the monthly fee application. | 0.50 |
| 12/14/2023 | Dorf, Michael S. | Emails with K. Jaksa regarding fee applications. | 0.20 |
| 12/14/2023 | Jaksa, Kyle | Revise and finalize the monthly fee statement (1.1); correspondence with debtor's counsel regarding same (.3). | 1.40 |
| 12/27/2023 | Jaksa, Kyle | Correspondence with the internal team regarding the monthly fee application. | 0.20 |
| 12/28/2023 | Dorf, Michael S. | Review Certificate of No Objection for First Interim Application (0.1); Review Certificate of No Objection for Third Monthly Application (0.1); emails with K. Jaksa and P. Jefferies regarding fee applications (0.1). | 0.30 |
| 12/28/2023 | Jaksa, Kyle | Draft/revise the CNOs for the Monthly Fee Application and First Interim Fee Application (1.8); correspondence with the debtors' counsel to finalize the same (.3). | 2.10 |
| 12/29/2023 | Jaksa, Kyle | Finalize the CNO for the Interim Fee Application. | 0.50 |

**TOTAL HOURS** 19.90

**FEES**.................................................................................. $25,459.50

**LESS COURTESY DISCOUNT** ............................................... ($5,000.00)

**SUB-TOTAL** ....................................................................... $20,459.50

January 24, 2024

AMYRIS, INC.
Page Number:  4

Account Number:  36714-00051
Invoice Number:  7300464

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dorf, Michael S. | 1.40 | 2,130.00 | 2,982.00 |
| Jaksa, Kyle | 18.50 | 1,215.00 | 22,477.50 |
| **TOTALS** | 19.90 | | $25,459.50 |

# S H E A R M A N  &  S T E R L I N G  L L P

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100          36714-00053
Emeryville, CA 94608

Invoice Number: 7300469

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023 in connection with Legacy Transaction Advice.

**FEES**................................................................................................................. $16,411.50

**COSTS** related thereto.......................................................................................... $0.00

**TOTAL** ................................................................................................................. $16,411.50

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| | |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.                                          Account Number:  36714-00053
Page Number:  3                                         Invoice Number:  7300469

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 12/01/2023 | Betker, Corey | Review/analyze amendment to Lavvan agreement (0.6); review/analyze summary of points discussed with client (0.3); draft/revise the same (0.3); | 1.20 |
| 12/01/2023 | Grossfeld, Austin | Draft/revise analysis of arbitration award and Lavvan collaboration agreement. | 3.20 |
| 12/04/2023 | Dorf, Michael S. | Review/revise summary of Lavvan release provisions and advice. | 0.40 |
| 12/04/2023 | Betker, Corey | Review/analyze feedback and questions regarding summary of call with client to discuss Lavvan arbitration order, including underlying agreements related to the same (0.2); review/analyze updates to client summary of the same (0.2). | 0.40 |
| 12/04/2023 | Grossfeld, Austin | Draft/revise summary of analysis of arbitration award and Lavvan collaboration agreement. | 0.80 |
| 12/08/2023 | Dorf, Michael S. | Emails with O. Wright regarding Lavvan escrow and lien (0.2). | 0.20 |
| 12/11/2023 | Dorf, Michael S. | Emails with IP team regarding Amyris inquiry regarding survival of Lavvan liens under arbitration award (0.3). | 0.30 |
| 12/11/2023 | Betker, Corey | Review/analyze query regarding status of Lavvan's lien on Amyris IP after arbitration order (0.2); communicate (in firm) regarding the same (0.2). | 0.40 |
| 12/11/2023 | Grossfeld, Austin | Review/analyze arbitration award and Lavvan collaboration agreement. | 0.70 |
| 12/12/2023 | Dorf, Michael S. | Attend to response to O. Wright inquiry regarding survival of Lavvan liens under arbitration award (1.2). | 1.20 |
| 12/12/2023 | Betker, Corey | Review/analyze summary of analysis of status of lien in Lavvan security agreement (0.2); review/analyze agreements related to the same (0.4); communicate (in firm) regarding the same to update summary (0.6); draft/revise updated summary of analysis of the same to send to client (0.4). | 1.60 |
| 12/12/2023 | Grossfeld, Austin | Communicate (in firm) regarding security interest and Lavvan collaboration agreement. | 0.60 |
| 12/13/2023 | Grossfeld, Austin | Communicate (in firm) regarding security interest. | 0.20 |

**TOTAL HOURS**                                                                    11.20

**FEES**..............................................................................................................   $16,411.50

January 16, 2024

AMYRIS, INC.                                                    Account Number:  36714-00053
Page Number:  4                                                Invoice Number:  7300469

### SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Betker, Corey | 3.60 | 1,460.00 | 5,256.00 |
| Dorf, Michael S. | 2.10 | 2,130.00 | 4,473.00 |
| Grossfeld, Austin | 5.50 | 1,215.00 | 6,682.50 |
| **TOTALS** | 11.20 | | $16,411.50 |

# S H E A R M A N  &  S T E R L I N G  LLP

535 MISSION STREET, 25TH FLOOR  |  SAN FRANCISCO  |  CA  |  94105-2997

WWW.SHEARMAN.COM  |  T +1.415.616.1100  |  F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                          36714-00055
Emeryville, CA 94608

Invoice Number:  7300468

---

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, in connection with Apricot Restructuring.

**FEES**...................................................................................................................  $876.00

**COSTS** related thereto...........................................................................................  $0.00

**TOTAL** ..............................................................................................................  $876.00

---

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.
For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
|---|---|
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.
Page Number:  3

Account Number:  36714-00055
Invoice Number:  7300468

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 12/01/2023 | Betker, Corey | Review/analyze term sheet with Givaudan (0.6). | 0.60 |

**TOTAL HOURS** 0.60

**FEES**...................................................................................................................................... 	$876.00

January 16, 2024

AMYRIS, INC.                                                     Account Number:  36714-00055
Page Number:  4                                                   Invoice Number:  7300468

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Betker, Corey | 0.60 | 1,460.00 | 876.00 |
| **TOTALS** | 0.60 | | $876.00 |

# S H E A R M A N  &  S T E R L I N G  LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                        36714-00056
Emeryville, CA 94608

Invoice Number:  7300466

---

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023 in connection with DSM-Firmenich Restructuring.

**FEES**................................................................................................................. $53,711.00

**COSTS** related thereto....................................................................................... $292.50

**TOTAL** .............................................................................................................. $54,003.50

---

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

|  |  |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.                                                          Account Number:  36714-00056
Page Number:  3                                                       Invoice Number:  7300466

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 12/01/2023 | Dorf, Michael S. | Attend to DSM term sheet. | 0.30 |
| 12/14/2023 | Dorf, Michael S. | Emails regarding DSM term sheet. | 0.20 |
| 12/15/2023 | Dorf, Michael S. | Review DSM term sheet (0.5). | 0.50 |
| 12/15/2023 | Betker, Corey | Review/analyze executed DSM term sheet regarding restructuring, including updates from prior drafts reviewed. | 0.80 |
| 12/19/2023 | Dorf, Michael S. | Review DSM term sheet and prepare for call (2.0); pre-call with Amyris and Pachulski (0.5); call with Latham, Amyris and Pachulski (0.5); correspondence with JB Betker and A. Grossfeld (0.3); review files for supply agreements and related emails (0.6); emails with Latham regarding supply agreement (0.2). | 4.10 |
| 12/19/2023 | Betker, Corey | Review/analyze term sheet and underlying agreements with DSM-Firmenich to prepare for calls to coordinate preparations of definitive agreements (0.7); communicate (with client) regarding term sheet and preparations of definitive agreements (0.3); communicate (with other external counsel) regarding the same (0.4); plan and prepare for drafting definitive amended and restated supply agreements (0.8). | 2.20 |
| 12/19/2023 | Grossfeld, Austin | Communicate (with client, in firm and other outside counsel) regarding restructuring process. | 1.10 |
| 12/20/2023 | Dorf, Michael S. | Review compiled versions of supply agreements reflecting prior amendments and provide comments to A. Grossfeld (0.3). | 0.30 |
| 12/20/2023 | Betker, Corey | Communicate (in firm) regarding approach to preparing amendments to supply agreements (0.2); review/analyze integrated current supply agreements to form basis for preparing amended & restated version (0.6). | 0.80 |
| 12/20/2023 | Grossfeld, Austin | Draft/revise DSM supply agreements. | 4.90 |
| 12/21/2023 | Betker, Corey | Communicate (in firm) regarding feedback on prepared supply agreement draft of current arrangement between the parties. | 0.40 |
| 12/21/2023 | Grossfeld, Austin | Draft/revise supply agreements. | 6.70 |
| 12/22/2023 | Dorf, Michael S. | Review/revise Supply Agreement Amendment (1.5) | 1.50 |
| 12/22/2023 | Grossfeld, Austin | Draft/revise supply agreements. | 4.30 |
| 12/27/2023 | Dorf, Michael S. | Revise Supply Agreement Amendment. | 0.70 |
| 12/27/2023 | Betker, Corey | Draft/revise comments to drafts of supply agreements, including to align with term sheet and bankruptcy process (2.6); communicate (in firm) regarding the same (0.2). | 2.80 |
| 12/27/2023 | Grossfeld, Austin | Draft/revise supply agreements. | 0.30 |
| 12/28/2023 | Dorf, Michael S. | Weekly check-in call with Amyris and Latham (0.2). | 0.20 |

January 16, 2024

AMYRIS, INC.                                          Account Number:  36714-00056
Page Number:  4                                       Invoice Number:  7300466

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 12/28/2023 | Betker, Corey | Review/analyze updates to supply agreement drafts (0.5); communicate (in firm) regarding the same (0.1). | 0.60 |
| 12/28/2023 | Grossfeld, Austin | Draft/revise supply agreements (3.9); communicate (in firm and other outside counsel) regarding approach relating to and status of restructuring transaction documents (0.2). | 4.10 |

**TOTAL HOURS**                                                        36.80

**FEES**.................................................................................................... $53,711.00

**COST SUMMARY**

WRD      Word Processing                          292.50

**COSTS related thereto**........................................................................ $292.50

**TOTAL** ............................................................................................. <u>$54,003.50</u>

January 16, 2024

AMYRIS, INC.                                           Account Number:  36714-00056
Page Number:  5                                       Invoice Number:  7300466

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Betker, Corey | 7.60 | 1,460.00 | 11,096.00 |
| Dorf, Michael S. | 7.80 | 2,130.00 | 16,614.00 |
| Grossfeld, Austin | 21.40 | 1,215.00 | 26,001.00 |
| **TOTALS** | 36.80 | | $53,711.00 |

**EXHIBIT B**

# S H E A R M A N  &  S T E R L I N G  LLP

535 MISSION STREET, 25TH FLOOR  |  SAN FRANCISCO  |  CA  |  94105-2997

WWW.SHEARMAN.COM  |  T +1.415.616.1100  |  F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                                36714-00049
Emeryville, CA 94608

Invoice Number:  7300467

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023, 2023 in connection with Beauty Lab Litigation.

**FEES**........................................................................................................................ $3,555.00

**COSTS** related thereto..................................................................................... $20.69

**TOTAL** ................................................................................................................. $3,575.69

## PAYMENT INSTRUCTIONS
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
|---|---|
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #9280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.
Page Number:  3

Account Number:  36714-00049
Invoice Number:  7300467

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 11/30/23 | INF | Other Information Services - - VENDOR: COURTALERT.COM, INC. NOVEMBER 2023 ALERT SERVICES Bank ID: CITINYDD Check Number: 294542 | 20.69 |

## COST SUMMARY

| INF | Other Information Services | 20.69 |
|-----|----------------------------|-------|

**COSTS related thereto** ...................................................................................................... $20.69

**TOTAL** ...................................................................................................... $3,575.69

# SHEARMAN & STERLING LLP

535 MISSION STREET, 25TH FLOOR | SAN FRANCISCO | CA | 94105-2997

WWW.SHEARMAN.COM | T +1.415.616.1100 | F +1.415.616.1199

January 16, 2024

When remitting,
please reference:

Doris Choi
AMYRIS, INC.
5885 Hollis Street, Suite 100                                            36714-00056
Emeryville, CA 94608

Invoice Number: 7300466

---

FOR PROFESSIONAL SERVICES RENDERED to Amyris, Inc, through December 31, 2023 in connection with DSM-Firmenich Restructuring.

**FEES**................................................................................................................... $53,711.00

**COSTS** related thereto.......................................................................................... $292.50

**TOTAL** ................................................................................................................ $54,003.50

---

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.                          Shearman & Sterling LLP
153 East 53rd Street                   General 1 Account
New York, NY 10022                     Account #9280096
ABA #021000089                         SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 16, 2024

AMYRIS, INC.                                              Account Number:  36714-00056
Page Number:  4                                          Invoice Number:  7300466

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 12/28/2023 | Betker, Corey | Review/analyze updates to supply agreement drafts (0.5); communicate (in firm) regarding the same (0.1). | 0.60 |
| 12/28/2023 | Grossfeld, Austin | Draft/revise supply agreements (3.9); communicate (in firm and other outside counsel) regarding approach relating to and status of restructuring transaction documents (0.2). | 4.10 |

**TOTAL HOURS**                                                                     36.80

**FEES**..................................................................................................................    $53,711.00

**COST SUMMARY**

WRD        Word Processing                          292.50

**COSTS related thereto**......................................................................................    $292.50

**TOTAL** ...........................................................................................................    $54,003.50