IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1143** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY
FEE APPLICATION OF FTI CONSULTING, INC. FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

The undersigned hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Third Monthly Fee Application of FTI Consulting, Inc. for Interim Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through November 30, 2023* [Docket No. 1143] (the "Application"). The undersigned further certifies that they have reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 279] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

11191516v.1

hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: January 31, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:   csamis@potteranderson.com<br>             kmorales@potteranderson.com<br>             srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:   gpesce@whitecase.com<br>             aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:   john.ramirez@whitecase.com<br>             andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

## EXHIBIT A

**Amyris, Inc., *et al*.**
**Case No. 23-11131 (TMH)**

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| FTI Consulting Inc. [Docket No. 1143] | 11/01/2023 - 11/30/2023 | $626,326.50 (Fees) $815.09 (Expenses) | $501,061.20 (Fees at 80%) $815.09 (Expenses at 100%) | 01/16/2024 | 01/30/2024 |

11191516v.1