## Exhibit A

## Summary of Hours by Professional

For the period January 1, 2024 – January 31, 2024

**Exhibit A**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Professional**
For the Period January 1, 2024 - January 31, 2024

| Name | Position | Hourly Rate | Hours |
|---|---|---:|---:|
| Brad Orelowitz | Managing Director | $ 900 | 160.6 |
| Brad Orelowitz | Managing Director | 450 | 8.0 |
| Paul Dionne | Director | 700 | 149.4 |
| Paul Dionne | Director | 350 | 6.0 |
| Luka Miladinovic | Senior Analyst | 550 | 104.9 |
| Jordan Murray | Senior Analyst | 550 | 6.3 |
| Aman Agrawal | Analyst | 395 | 82.5 |
| Charles Korn | Analyst | 325 | 120.8 |
| **Total** | | | **638.5** |