## Exhibit B

## Summary of Hours by Category

For the period January 1, 2024 – January 31, 2024

**Exhibit B**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary of Hours by Category**
For the Period January 1, 2024 - January 31, 2024

| Task | Hours |
|---|---:|
| Valuation Analysis of Debtors | 624.5 |
| Travel | 14.0 |
| **Total** | **638.5** |