## Exhibit C

## Summary and Details of Expenses by Category

For the period January 1, 2024 – January 31, 2024

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period January 1, 2024 - January 31, 2024

| Category | | Expense |
|---|---|---|
| Travel | $ | 2,666.37 |
| Working Meals | | 346.18 |
| **Total Expenses** | | **3,012.55** |

**Exhibit C**
**Amyris, Inc., et al., Case No. 23-11131**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period January 1, 2024 - January 31, 2024

| Category | Description | Expense |
|---|---|---|
| Travel | Paul Dionne - Train to Wilmington, DE for confirmation hearing | $ 219.00 |
| Travel | Paul Dionne - Uber from office to train station | 20.92 |
| Travel | Paul Dionne - Uber from train station to hotel | 9.98 |
| Travel | Paul Dionne - 2-night hotel stay in Wilmington, DE | 457.80 |
| Working Meals | Paul Dionne - Meal prior to confirmation hearing | 7.25 |
| Travel | Paul Dionne - Uber from hotel to train station | 17.92 |
| Travel | Paul Dionne - Train to New York, NY from Wilmington, DE | 269.00 |
| Working Meals | Aman Agrawal - Meal in office working late on client matters | 23.00 |
| Working Meals | Aman Agrawal - Meal in office working late on client matters | 25.00 |
| Travel | Aman Agrawal - Travel home from office working late on client matters | 15.10 |
| Working Meals | Aman Agrawal - Meal in office working late on client matters | 27.66 |
| Travel | Aman Agrawal - Travel home from office working late on client matters | 16.82 |
| Working Meals | Charles Korn - Meal in office working late on client matters | 16.37 |
| Working Meals | Charles Korn - Meal in office working late on client matters | 9.74 |
| Working Meals | Charles Korn - Meal in office working late on client matters | 12.57 |
| Working Meals | Charles Korn - Meal in office working late on client matters | 12.57 |
| Travel | Charles Korn - Travel home from office working late on client matters | 24.83 |
| Working Meals | Luka Miladinovic - Meal in office working late on client matters | 29.96 |
| Travel | Luka Miladinovic - Travel home from office working late on client matters | 18.12 |
| Travel | Brad Orelowitz - Lyft to airport | 66.74 |
| Travel | Brad Orelowitz - Flight from Boston, MA to Philadelphia, PA | 343.10 |
| Travel | Brad Orelowitz - Lyft from PHL airport to Wilmington, DE | 61.19 |
| Travel | Brad Orelowitz - 2-night hotel stay in Wilmington, DE | 437.80 |
| Working Meals | Brad Orelowitz - Dinner during stay in Wilmington, DE | 162.00 |
| Travel | Brad Orelowitz - Lyft from Wilmington, DE to PHL airport | 91.36 |
| Travel | Brad Orelowitz - Flight from Philadelphia, PA to Boston, MA | 523.10 |
| Travel | Brad Orelowitz - Lyft from airport | 73.59 |
| Working Meals | Brad Orelowitz - Meal at airport | 20.06 |
| **Total Expenses** | | **3,012.55** |