**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1166** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**FOURTH MONTHLY FEE APPLICATION OF WHITE & CASE LLP**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

The undersigned hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Fourth Monthly Fee Application of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2023 Through December 31, 2023* [Docket No. 1166] (the "Application"). The undersigned further certifies that they have reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 279] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: February 5, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:   csamis@potteranderson.com<br>            kmorales@potteranderson.com<br>            srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:   gpesce@whitecase.com<br>            aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:   john.ramirez@whitecase.com<br>            andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

11306861v.1

# EXHIBIT A

## Amyris, Inc., *et al*.
## Case No. 23-11131 (TMH)

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| White & Case LLP<br><br>[Docket No. 1166] | 12/1/2023 - 12/31/2023 | $426,987.00 (Fees)<br><br>$3,606.32 (Expenses) | $341,589.60 (Fees at 80%)<br><br>$3,606.32 (Expenses at 100%) | 1/19/2024 | 2/2//2024 |

11306861v.1