### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC. *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No: 601, 704, 807, 905, 1219** |

### MICROSOFT'S SECOND RENEWED LIMITED OBJECTION TO DEBTORS' POTENTIAL ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR TRANSFER OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Microsoft Corporation, by and through its undersigned counsel, respectfully submits the following *Second Renewed Limited Objection to Debtors' Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (the "Second Renewed Objection"), and states as follows:

1.     Microsoft and Debtor Amyris, Inc. are currently parties to: (1) Business and Services Agreement U6590933; (2) Master Agreement E7347040; and (3) Enrollments 46714457 and 67609689 (collectively, the "Licensing Agreements"). The Licensing Agreements are the contracts through which Amyris, Inc. obtains licenses to use Microsoft software and products. The Licensing Agreements are executory contracts for the non-exclusive license of intellectual property and payment of royalties of the type described by Section 365(n), and all payments due under the Licensing Agreements constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

2.      Enrollments 46714457 and 67609689 began on July 1, 2022, will reach the end of their three-year terms on June 30, 2025, and are payable in annual installments. Additionally, Azure Cloud services are invoiced monthly in arrears.

3.      On October 19, 2023, Debtors filed the *Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (Docket No. 601) (the "<u>Notice</u>"). The Notice included four (4) Microsoft contracts among those proposed for potential assumption, assumption and assignment, or transfer by the Debtors with the following cure amounts:

| # | Counterparty Name | Debtor Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 2525 | Microsoft | Amyris, Inc. | Program Signature Form | $207,987.49 |
| 2526 | Microsoft Corporation | Amyris, Inc. | Microsoft Enterprise Services Work Order | $0.00 |
| 2527 | Microsoft Corporation | Amyris, Inc. | Purchase Order #10015175 | $0.00 |
| 2528 | Microsoft Corporation | Amyris, Inc. | Non-Disclosure Agreement | $0.00 |

(Docket No. 601-1, at page 58 of 96).

4.      Although the Notice does not contain a complete list, Microsoft believed Debtors propose to assume, assume and assign, or transfer the Licensing Agreements. However, the proposed cure amount was incorrect because it omits **eight (8)** unpaid invoices due under the Licensing Agreements. All outstanding prepetition and post-petition invoices must be paid by the Debtor prior to assumption of the Licensing Agreements pursuant to 11 U.S.C. § 365(b)(1).

5.      Therefore, on November 7, 2023, Microsoft filed its *Limited Objection to Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (Docket No. 704) (the "<u>Limited Objection</u>"), stating that as of the date of the Limited Objection, the cure amount for the Licensing Agreements was **$1,535,083.73**, as set forth below:

2

| Ex. | Enrollment | Invoice | Date | Description | Amount Due |
|---|---|---|---|---|---|
| A | 46714457 | 9882197362 | 6/28/23 | Annual True-Up | $144,569.60 |
| B | 46714457 | 9882197840 | 6/28/23 | Annual True-Up | $163.20 |
| C | 46714457 | 9882210057 | 7/1/23 | Annual Invoice 7/2023 – 6/2024 | $244.80 |
| D | 46714457 | 9882214045 | 7/1/23 | Annual Invoice 7/2023 – 6/2024 | $1,000,013.04 |
| E | 46714457 | 9882223228 | 7/1/23 | Annual Invoice 7/2023 – 6/2024 | $201,317.40 |
| F | 67609689 | 9882214663 | 7/1/23 | Annual Invoice 7/2023 – 6/2024 | $148,248.12 |
| G | 67609689 | 9882241940 | 7/10/23 | June 2023 Azure Usage | $19,835.73 |
| H | 67609689 | 9882321391 | 8/10/23 | July 2023 Azure Usage | $20,691.84 |
|  |  |  |  |  | **$1,535,083.73** |

6. The Limited Objection further stated that the Debtors' continued usage of the Microsoft products and services provided under the Licensing Agreements may increase the cure amount based on the actual date of assumption and cure.

7. On December 1, 2023, Debtors filed the *First Supplemental Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (Docket No. 807) (the "Supplemental Notice"), listing the same incorrect cure amount of $207,987.49 for the Licensing Agreements (Docket No. 807-1 at 57 of 94).

8. In response, on December 14, 2023, Microsoft filed its *Renewed Limited Objection to Debtors' Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (Docket No. 905) (the "Renewed Objection") because the Debtors continued to understate the cure amount for the Licensing Agreements. As of the date of the Renewed Objection, the cure amount for the Licensing Agreements remained **$1,535,083.73** as set forth above.

9. On January 29, 2024, Debtors filed the *Second Supplemental Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases* (Docket No. 1219) (the "Second Supplemental Notice"), listing the same incorrect cure amount of $207,987.49 for the Licensing Agreements (Docket No. 1219-1 at 56 of 94).

10. Therefore, Microsoft files this Second Renewed Objection to the Debtors' assumption, assumption and assignment, or transfer of the Licensing Agreements because the

3

Debtors continue to understate the cure amount for the Licensing Agreements. **As of this Second Renewed Objection, the cure amount for the Licensing Agreements remains $1,535,083.73 as set forth above**.

11.     Microsoft reserves the right to withdraw this Second Renewed Objection or revise the stated cure amount pending further investigation.

**WHEREFORE**, Microsoft objects and states the cure amount for the Licensing Agreements is at least **$1,535,083.73**.

Dated: February 12, 2024.                    FOX ROTHSCHILD LLP

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE Bar No. 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sward@foxrothschild.com

-and-

David P. Papiez, WA State Bar No. 54186
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: dpapiez@foxrothschild.com

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2024, a true and correct copy of the foregoing MICROSOFT'S SECOND RENEWED LIMITED OBJECTION TO DEBTORS' NOTICE OF POTENTIAL ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR TRANSFER OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware to all parties registered to receive such notice.

Also, the parties below were served via email:

*Counsel for the Debtors*
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Attn: James E. O'Neill (joneill@pszjlaw.com )
Steven W. Golden (sgolden@pszjlaw.com)

Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com)

*Counsel to the DIP Lenders and the DIP Agent and the Foris Prepetition Secured Lenders*
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
Attn: Michael H. Goldstein, Esq. (mgoldstein@goodwinlaw.com)
Alexander J.   Nicas, Esq. (anicas@goodwinlaw.com)
Debora Hoehne, Esq.(dhoehne@goodwinlaw.com)

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899
Attn: David M. Fournier, Esq. (david.fournier@troutman.com);

*Counsel to the Committee*
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Attn: Gregory Pesce, Esq. (gregory.pesce@whitecase.com)
O'Neill, Esq. (aoneill@whitecase.com)
John Ramirez, Esq.(john.ramirez@whitecase.com)

*Local counsel to the Committee*
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com)
Katelin A. Morales, Esq.(kmorales@potteranderson.com)
Sameen Rizvi, Esq.(srizvi@potteranderson.com)

*Counsel for the Ad Hoc Noteholder Group*
Paul Hastings LLP
1999 Avenue of the Stars, Twenty-Seventh Floor
Century City, CA 90067
Attn.: Frank Merola, Esq.(frankmerola@paulhastings.com)

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn.: John F. Storz, Esq. (johnstorz@paulhastings.com)

Blank Rome
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn.: Stanley B. Tarr, Esq. (stanley.tarr@blankrome.com )

*The Office of The United States Trustee*
844 King Street, Suite 2207, Lockbox 35,
Wilmington, DE 19801
Attn: John Schanne (John.Schanne@usdoj.gov ).


*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE Bar No. 6922)

DocuSign Envelope ID: E2748346-904B-45BD-BA89-15E06525F9AD4

# EXHIBIT A

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

## Summary

| | |
|---|---|
| Invoice Number | 9882197362 |
| Invoice Date | 28-Jun-2023 |
| PO Number | 6272023 |
| PO Date | 28-Jun-2023 |
| **Due Date** | **28-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 144,569.60** |

**Sold To**
Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
-------------------------------
Program E6
Enrollment # 46714457
Master # E7347040

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 144,569.60 |
| Net Amount | 144,569.60 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 144,569.60** |

PAYMENT INSTRUCTIONS:

Microsoft Corporation

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

**Microsoft**

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▓▓▓▓▓▓

## Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Exchange Online P1 Sub Per User<br>01-Nov-2022 - 30-Jun-2023 | 27.20 | 4.000 | 108.80 | 0.00 | 108.80 |
| Exchange Online P1 Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 23.80 | 1.000 | 23.80 | 0.00 | 23.80 |
| Project P3 Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 229.50 | 5.000 | 1,147.50 | 0.00 | 1,147.50 |
| Project P3 Sub Per User<br>01-Feb-2023 - 30-Jun-2023 | 127.50 | 5.000 | 637.50 | 0.00 | 637.50 |
| M365 E5 Unified Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 420.74 | 25.000 | 10,518.62 | 0.00 | 10,518.62 |
| M365 E5 Unified Sub Per User*<br>01-Oct-2022 - 30-Jun-2023 | 15.31 | 25.000 | 382.63 | 0.00 | 382.63 |
| O365 E1 Sub Per User<br>01-Nov-2022 - 30-Jun-2023 | 80.00 | 10.000 | 800.00 | 0.00 | 800.00 |
| O365 E1 Sub Per User<br>01-Jun-2023 - 30-Jun-2023 | 10.00 | 10.000 | 100.00 | 0.00 | 100.00 |
| O365 E1 Sub Per User<br>01-Sep-2022 - 30-Jun-2023 | 100.00 | 31.000 | 3,100.00 | 0.00 | 3,100.00 |
| Project P3 Sub Per User<br>01-Jun-2023 - 30-Jun-2023 | 25.50 | 3.000 | 76.50 | 0.00 | 76.50 |
| M365 E5 Unified Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 420.74 | 25.000 | 10,518.62 | 0.00 | 10,518.62 |
| M365 E5 Unified Sub Per User*<br>01-Oct-2022 - 30-Jun-2023 | 15.31 | 25.000 | 382.63 | 0.00 | 382.63 |
| M365 E5 Unified Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 420.74 | 75.000 | 31,555.85 | 0.00 | 31,555.85 |
| M365 E5 Unified Sub Per User*<br>01-Oct-2022 - 30-Jun-2023 | 15.31 | 75.000 | 1,147.90 | 0.00 | 1,147.90 |
| M365 E5 Unified Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 420.74 | 25.000 | 10,518.62 | 0.00 | 10,518.62 |
| M365 E5 Unified Sub Per User*<br>01-Oct-2022 - 30-Jun-2023 | 15.31 | 25.000 | 382.63 | 0.00 | 382.63 |
| M365 E5 Unified Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 327.25 | 25.000 | 8,181.15 | 0.00 | 8,181.15 |
| M365 E5 Unified Sub Per User*<br>01-Dec-2022 - 30-Jun-2023 | 11.90 | 25.000 | 297.60 | 0.00 | 297.60 |
| Project P3 Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 178.50 | 5.000 | 892.50 | 0.00 | 892.50 |
| M365 E5 Unified Sub Per User<br>01-Sep-2022 - 30-Jun-2023 | 467.49 | 41.000 | 19,167.26 | 0.00 | 19,167.26 |
| M365 E5 Unified Sub Per User*<br>01-Sep-2022 - 30-Jun-2023 | 17.01 | 41.000 | 697.24 | 0.00 | 697.24 |
| M365 E5 Unified Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 420.74 | 30.000 | 12,622.34 | 0.00 | 12,622.34 |
| M365 E5 Unified Sub Per User*<br>01-Oct-2022 - 30-Jun-2023 | 15.31 | 30.000 | 459.16 | 0.00 | 459.16 |
| M365 E5 Unified Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 327.25 | 25.000 | 8,181.15 | 0.00 | 8,181.15 |
| M365 E5 Unified Sub Per User*<br>01-Dec-2022 - 30-Jun-2023 | 11.90 | 25.000 | 297.60 | 0.00 | 297.60 |
| M365 E5 Unified Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 327.25 | 25.000 | 8,181.15 | 0.00 | 8,181.15 |
| M365 E5 Unified Sub Per User*<br>01-Dec-2022 - 30-Jun-2023 | 11.90 | 25.000 | 297.60 | 0.00 | 297.60 |

# Microsoft

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ██████████

01-Dec-2022 - 30-Jun-2023

| | | | | |
|---|---|---|---|---|
| Exchange Online P1 Sub Per User<br>01-Mar-2023 - 30-Jun-2023 | 13.60 | 10.000 | 136.00 | 0.00 | 136.00 |
| Visio P2 Sub Per User<br>01-Dec-2022 - 30-Jun-2023 | 89.25 | 5.000 | 446.25 | 0.00 | 446.25 |
| Visio P2 Sub Per User<br>01-Nov-2022 - 30-Jun-2023 | 102.00 | 5.000 | 510.00 | 0.00 | 510.00 |
| Project P3 Sub Per User<br>01-Oct-2022 - 30-Jun-2023 | 229.50 | 3.000 | 688.50 | 0.00 | 688.50 |
| M365 E5 Unified Sub Per User<br>01-Sep-2022 - 30-Jun-2023 | 467.49 | 25.000 | 11,687.35 | 0.00 | 11,687.35 |
| M365 E5 Unified Sub Per User*<br>01-Sep-2022 - 30-Jun-2023 | 17.01 | 25.000 | 425.15 | 0.00 | 425.15 |

| | |
|---|---|
| Net Amount | 144,569.60 |
| Sales Tax | 0.00 |
| **Total** | **USD 144,569.60** |

*The price displayed is a charge for Audio Conferencing and Calling Plan Services. Any applicable transactional taxes are charged exclusively of the amount shown except for sales made within the United States. In the U.S., the price displayed is tax inclusive as it includes a charge for the taxes and fees we are required to charge. Audio Conferencing and Calling Plan Services are services by the Microsoft Affiliate authorized to provide them. See https://aka.ms/CommunicationServicesTerms for details.

 **Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

# EXHIBIT B

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▬▬▬▬

## Summary

| | |
|---|---|
| **Invoice Number** | 9882197840 |
| Invoice Date | 28-Jun-2023 |
| PO Number | 6272023 |
| PO Date | 28-Jun-2023 |
| **Due Date** | **28-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 163.20** |

**Sold To**
Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
-----------------------------
Program E6
Enrollment # 46714457
Master # E7347040

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 163.20 |
| Net Amount | 163.20 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 163.20** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

▬▬▬▬▬▬▬▬▬▬▬▬

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

**Microsoft**

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮▮

Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Intune P1 Sub AP Per User<br>01-Nov-2022 - 30-Jun-2023 | 54.40 | 3.000 | 163.20 | 0.00 | 163.20 |

| | |
|---|---|
| Net Amount | 163.20 |
| Sales Tax | 0.00 |
| **Total** | **USD 163.20** |

 **Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

# EXHIBIT C

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

## Summary

| | |
|---|---|
| Invoice Number | 9882210057 |
| Invoice Date | 01-Jul-2023 |
| PO Number | 6272023 |
| PO Date | 28-Jun-2023 |
| **Due Date** | **31-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 244.80** |

**Sold To**
Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
------------------------------
Program E6
Enrollment # 46714457
Master # E7347040

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 244.80 |
| Net Amount | 244.80 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 244.80** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

For definition of the terms used, please refer to [Appendix](#)

 Microsoft

# Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮▮

## Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Intune P1 Sub AP Per User<br>01-Jul-2023 - 30-Jun-2024 | 81.60 | 3.000 | 244.80 | 0.00 | 244.80 |

| | |
|---|---|
| Net Amount | 244.80 |
| Sales Tax | 0.00 |
| **Total** | **USD 244.80** |

 **Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

# EXHIBIT D

 **Microsoft**

# Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▓▓▓▓▓▓▓

## Summary

| | |
|---|---|
| Invoice Number | 9882214045 |
| Invoice Date | 01-Jul-2023 |
| PO Number | 10015175 |
| PO Date | 29-Jul-2022 |
| **Due Date** | **31-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 1,000,013.04** |

**Sold To**

Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**

Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**

Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**

Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
-------------------------------
Program E6
Enrollment # 46714457
Master # E7347040

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 1,000,013.04 |
| Net Amount | 1,000,013.04 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 1,000,013.04** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

 **Microsoft**

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ████████

## Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Visual Studio Pro MSDN ALng SA<br>01-Jul-2023 - 30-Jun-2024 | 399.12 | 14.000 | 5,587.68 | 0.00 | 5,587.68 |
| Win Remote Desktop Services CAL<br>ALng SA UCAL<br>01-Jul-2023 - 30-Jun-2024 | 30.84 | 7.000 | 215.88 | 0.00 | 215.88 |
| M365 E5 Unified FSA Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 436.29 | 454.000 | 198,075.29 | 0.00 | 198,075.29 |
| M365 E5 Unified FSA Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 15.87 | 454.000 | 7,205.35 | 0.00 | 7,205.35 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 477.16 | 1,532.000 | 731,012.72 | 0.00 | 731,012.72 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 17.36 | 1,532.000 | 26,591.92 | 0.00 | 26,591.92 |
| Visio P2 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 153.00 | 71.000 | 10,863.00 | 0.00 | 10,863.00 |
| Exchange Online P1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 40.80 | 74.000 | 3,019.20 | 0.00 | 3,019.20 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 57.000 | 17,442.00 | 0.00 | 17,442.00 |

| | |
|---|---|
| Net Amount | 1,000,013.04 |
| Sales Tax | 0.00 |
| **Total** | **USD 1,000,013.04** |

*The price displayed is a charge for Audio Conferencing and Calling Plan Services. Any applicable transactional taxes are charged exclusively of the amount shown except for sales made within the United States. In the U.S., the price displayed is tax inclusive as it includes a charge for the taxes and fees we are required to charge. Audio Conferencing and Calling Plan Services are services by the Microsoft Affiliate authorized to provide them. See https://aka.ms/CommunicationServicesTerms for details.

 Microsoft

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Net Charge**
Price * Quantity - Commitment usage

**Usage Charges**
Product/SKU description

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Unit Price**
Price per unit

**Tax Rate**
Rate of Taxation as per local guidelines

**Qty**
# Purchases/amount consumption for the said period

**Tax Amount**
Tax rate * Net charge

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Total**
Net charge + Tax amount

# EXHIBIT E

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ████████

## Summary

| | |
|---|---|
| Invoice Number | 9882223228 |
| Invoice Date | 01-Jul-2023 |
| PO Number | 6272023 |
| PO Date | 28-Jun-2023 |
| **Due Date** | **31-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 201,317.40** |

**Sold To**
Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295307
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
-----------------------------
Program E6
Enrollment # 46714457
Master # E7347040

## Billing Summary

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 201,317.40 |
| Net Amount | 201,317.40 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 201,317.40** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

████████████████████████

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

**Microsoft**

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States |

### Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Exchange Online P1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 40.80 | 4.000 | 163.20 | 0.00 | 163.20 |
| Exchange Online P1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 40.80 | 1.000 | 40.80 | 0.00 | 40.80 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 5.000 | 1,530.00 | 0.00 | 1,530.00 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 5.000 | 1,530.00 | 0.00 | 1,530.00 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |
| O365 E1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 120.00 | 10.000 | 1,200.00 | 0.00 | 1,200.00 |
| O365 E1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 120.00 | 10.000 | 1,200.00 | 0.00 | 1,200.00 |
| O365 E1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 120.00 | 31.000 | 3,720.00 | 0.00 | 3,720.00 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 3.000 | 918.00 | 0.00 | 918.00 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 75.000 | 42,074.46 | 0.00 | 42,074.46 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 75.000 | 1,530.54 | 0.00 | 1,530.54 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 5.000 | 1,530.00 | 0.00 | 1,530.00 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 41.000 | 23,000.71 | 0.00 | 23,000.71 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 41.000 | 836.69 | 0.00 | 836.69 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 30.000 | 16,829.79 | 0.00 | 16,829.79 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 30.000 | 612.21 | 0.00 | 612.21 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |

# Microsoft

# Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▉▉▉▉▉▉▉

01-Jul-2023 - 30-Jun-2024

| | | | | | |
|---|---|---|---|---|---|
| Exchange Online P1 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 40.80 | 10.000 | 408.00 | 0.00 | 408.00 |
| Visio P2 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 153.00 | 5.000 | 765.00 | 0.00 | 765.00 |
| Visio P2 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 153.00 | 5.000 | 765.00 | 0.00 | 765.00 |
| Project P3 Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 306.00 | 3.000 | 918.00 | 0.00 | 918.00 |
| M365 E5 Unified Sub Per User<br>01-Jul-2023 - 30-Jun-2024 | 560.99 | 25.000 | 14,024.82 | 0.00 | 14,024.82 |
| M365 E5 Unified Sub Per User*<br>01-Jul-2023 - 30-Jun-2024 | 20.41 | 25.000 | 510.18 | 0.00 | 510.18 |

| | |
|---|---|
| Net Amount | 201,317.40 |
| Sales Tax | 0.00 |
| **Total** | **USD 201,317.40** |

*The price displayed is a charge for Audio Conferencing and Calling Plan Services. Any applicable transactional taxes are charged exclusively of the amount shown except for sales made within the United States. In the U.S., the price displayed is tax inclusive as it includes a charge for the taxes and fees we are required to charge. Audio Conferencing and Calling Plan Services are services by the Microsoft Affiliate authorized to provide them. See https://aka.ms/CommunicationServicesTerms for details.

 **Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

DocuSign Envelope ID: E2748346-904B-4FDD-BA80-15F0653F9AB4

# EXHIBIT F

# Microsoft

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▐▐▐▐▐▐▐▐

## Summary

| | |
|---|---|
| Invoice Number | 9882214663 |
| Invoice Date | 01-Jul-2023 |
| PO Number | 10015175 |
| PO Date | 29-Jul-2022 |
| **Due Date** | **31-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 148,248.12** |

**Sold To**

Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**

Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**

Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**

Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
-------------------------------
Program E6
Enrollment # 67609689
Master # E7347040

| Billing Summary | (Amount in USD) |
|---|---|
| Charges | 148,248.12 |
| Net Amount | 148,248.12 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 148,248.12** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

 **Microsoft**

# Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States ▆▆▆▆▆▆

**Billing Details By Product**                                    (Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| CIS Suite Datacenter Core ALng SA 2L<br>01-Jul-2023 - 30-Jun-2024 | 205.32 | 168.000 | 34,493.76 | 0.00 | 34,493.76 |
| CIS Suite Standard Core ALng SA 2L<br>01-Jul-2023 - 30-Jun-2024 | 47.04 | 216.000 | 10,160.64 | 0.00 | 10,160.64 |
| SQL CAL ALng SA User CAL<br>01-Jul-2023 - 30-Jun-2024 | 42.24 | 320.000 | 13,516.80 | 0.00 | 13,516.80 |
| SQL Server Enterprise Core ALng SA 2L<br>01-Jul-2023 - 30-Jun-2024 | 2,775.24 | 32.000 | 88,807.68 | 0.00 | 88,807.68 |
| SQL Server Standard ALng SA<br>01-Jul-2023 - 30-Jun-2024 | 181.32 | 7.000 | 1,269.24 | 0.00 | 1,269.24 |

| | |
|---|---|
| Net Amount | 148,248.12 |
| Sales Tax | 0.00 |
| **Total** | **USD 148,248.12** |

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

# EXHIBIT G

 **Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

## Summary

| | |
|---|---|
| Invoice Number | 9882241940 |
| Invoice Date | 10-Jul-2023 |
| PO Number | 67609689 |
| PO Date | 10-Jul-2023 |
| Billing Period | 01-Jun-2023 - 30-Jun-2023 |
| **Due Date** | **09-Aug-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |

| **Total Amount Due** | **USD 19,835.73** |
|---|---|

**Sold To**
Amyris,Inc.
**ATTN: Scott Chinn**
Contact: Chinn
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
**ATTN: Scott Chinn**
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
------------------------------
Program E6
Enrollment # 67609689
Master # E7347040

## Billing Summary

| | (Amount in USD) |
|---|---|
| Charges | 19,835.73 |
| Net Amount | 19,835.73 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 19,835.73** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

▮▮▮▮▮▮▮▮▮▮▮▮

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

**Microsoft**                                      **Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

**Billing Details By Product**                                        (Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Az Prem SSD Mngd Dsks-P50 LRS-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 495.56 | 3.000 | 1,486.68 | 0.00 | 1,486.68 |
| Az Files-GRS-10M Write Ops<br>01-Jun-2023 - 30-Jun-2023 | 30.00 | 39.327 | 1,179.81 | 0.00 | 1,179.81 |
| Az Files-GRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 10.00 | 110.803 | 1,108.03 | 0.00 | 1,108.03 |
| Az VM Av2 Srs-A4 v2-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 19.10 | 50.397 | 962.58 | 0.00 | 962.58 |
| Az Prem SSD Mngd Dsks-P30 LRS-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 135.17 | 7.000 | 946.19 | 0.00 | 946.19 |
| Az SQL DB Single Std-S1-DTUs-1/Day<br>01-Jun-2023 - 30-Jun-2023 | 0.96 | 881.375 | 846.12 | 0.00 | 846.12 |
| Az Backup-GRS Data Stored-1 TB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 44.80 | 18.245 | 817.37 | 0.00 | 817.37 |
| Az Rtn Pref: MGN-Std DT Out-10 GB-Z1<br>01-Jun-2023 - 30-Jun-2023 | 0.87 | 829.402 | 721.58 | 0.00 | 721.58 |
| Az VM Dv3/DSv3 Srs-D4 v3/D4s v3-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.34 | 287.983 | 673.88 | 0.00 | 673.88 |
| Az Log Analytics-PAYG Data Ingestion-1 GB<br>01-Jun-2023 - 30-Jun-2023 | 2.30 | 256.961 | 591.01 | 0.00 | 591.01 |
| Az SQL DB Single Std-S2-DTUs-1/Day<br>01-Jun-2023 - 30-Jun-2023 | 2.42 | 243.331 | 588.86 | 0.00 | 588.86 |
| Az VM Dv2/DSv2 Series Win-D2/DS2-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.52 | 215.992 | 544.30 | 0.00 | 544.30 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.17 | 447.949 | 524.10 | 0.00 | 524.10 |
| Az VM Dv2/DSv2 Srs-D2 v2/DS2 v2-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.40 | 287.979 | 403.17 | 0.00 | 403.17 |
| Az VM Ddv4 Srs-D8d v4-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 53.20 | 7.199 | 382.98 | 0.00 | 382.98 |
| Az VM Dv2/DSv2 Series Win-D3/DS3-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.04 | 72.000 | 362.88 | 0.00 | 362.88 |
| Az Std SSD Managed Disks-E20-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 38.40 | 9.000 | 345.60 | 0.00 | 345.60 |
| Az VM Dv3/DSv3 Srs-D8 v3/D8s v3-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 4.68 | 72.000 | 336.96 | 0.00 | 336.96 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 19.71 | 17.001 | 335.08 | 0.00 | 335.08 |
| Az VM Dsv4 Srs-D8s v4-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 44.80 | 7.199 | 322.51 | 0.00 | 322.51 |
| Az SQL DB Single Std-10 DTUs-10/Day<br>01-Jun-2023 - 30-Jun-2023 | 4.83 | 60.832 | 293.82 | 0.00 | 293.82 |



Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | |
|---|---|---|---|---|---|
| SQL DB Single Std-S3-DTUs-1/Day<br>01-Jun-2023 - 30-Jun-2023 | 4.83 | 60.665 | 293.01 | 0.00 | 293.01 |
| Az NAT GW-Std-1K Hrs<br>01-Jun-2023 - 30-Jun-2023 | 45.00 | 6.480 | 291.60 | 0.00 | 291.60 |
| Az Cloud Svcs A Srs-A1-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 8.00 | 35.998 | 287.98 | 0.00 | 287.98 |
| Az VM Av2 Srs-A8 v2-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 40.00 | 7.199 | 287.96 | 0.00 | 287.96 |
| Az VM BS Srs-B4ms-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.98 | 144.000 | 285.12 | 0.00 | 285.12 |
| Az Prem Page Blob-P30 LRS Dsk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 135.17 | 2.000 | 270.34 | 0.00 | 270.34 |
| Az Backup-Az VM-Protected Instance-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 10.00 | 26.168 | 261.68 | 0.00 | 261.68 |
| Az Files-LRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 6.00 | 36.308 | 217.85 | 0.00 | 217.85 |
| Az App Svc Std Plan-S1-100 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 10.00 | 21.600 | 216.00 | 0.00 | 216.00 |
| Az Std SSD Managed Disks-E10-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 9.60 | 22.000 | 211.20 | 0.00 | 211.20 |
| Az VM Dv2/DSv2 Series Win-D1/DS1-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 12.60 | 14.398 | 181.42 | 0.00 | 181.42 |
| Az Std HDD Managed Disks-S50-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 163.84 | 1.000 | 163.84 | 0.00 | 163.84 |
| Az App Svc Prem v2 Plan-P1 v2-10 Hrs-US WC<br>01-Jun-2023 - 30-Jun-2023 | 2.00 | 72.000 | 144.00 | 0.00 | 144.00 |
| Az Tiered Blk Blob-Hot RA-GRS-Data Stored-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 4.39 | 32.551 | 142.90 | 0.00 | 142.90 |
| Az Bastion-Bsc GW-100 Hrs-Z1<br>01-Jun-2023 - 30-Jun-2023 | 19.00 | 7.200 | 136.80 | 0.00 | 136.80 |
| Az Std HDD Managed Disks-S30-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 40.96 | 3.000 | 122.88 | 0.00 | 122.88 |
| Az Prem Functions-vCPU Dur-100 Hrs-US WC<br>01-Jun-2023 - 30-Jun-2023 | 16.60 | 7.213 | 119.73 | 0.00 | 119.73 |
| Az Std SSD Managed Disks-LRS-100M Disk Ops<br>01-Jun-2023 - 30-Jun-2023 | 20.00 | 5.828 | 116.56 | 0.00 | 116.56 |
| Az Log Analytics-PAYG Data Ingestion-1 GB-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.99 | 32.946 | 98.51 | 0.00 | 98.51 |
| Az VM BS Srs-B4ms-100 Hrs-US W2<br>01-Jun-2023 - 30-Jun-2023 | 16.60 | 5.922 | 98.30 | 0.00 | 98.30 |
| Az VM Av2 Srs Win-A2 v2-100 Hrs-US W2<br>01-Jun-2023 - 30-Jun-2023 | 11.30 | 7.197 | 81.33 | 0.00 | 81.33 |
| Az VM Dav4/Dasv4 Srs-D2a v4/D2as v4-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 11.20 | 7.198 | 80.62 | 0.00 | 80.62 |
| Az App Svc Prem v2 Plan - Linux-P1 v2-10 Hrs-US C | 1.11 | 72.000 | 79.92 | 0.00 | 79.92 |

**Microsoft**

Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | |
|---|---|---|---|---|---|
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US SC<br>01-Jun-2023 - 30-Jun-2023 | 1.10 | 72.118 | 79.33 | 0.00 | 79.33 |
| Az Prem Page Blob-P10 LRS Dsk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 19.71 | 4.000 | 78.84 | 0.00 | 78.84 |
| Az Prem SSD Mngd Dsks-P20 LRS-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 73.22 | 1.000 | 73.22 | 0.00 | 73.22 |
| Az Backup-On Prem Svr-Protected Instance-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 10.00 | 7.258 | 72.58 | 0.00 | 72.58 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.53 | 45.013 | 68.87 | 0.00 | 68.87 |
| Az VM Av2 Srs-A2 v2-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 9.10 | 7.199 | 65.51 | 0.00 | 65.51 |
| Az Tables-GRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 6.00 | 10.873 | 65.24 | 0.00 | 65.24 |
| Az Tables-LRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 4.50 | 14.102 | 63.46 | 0.00 | 63.46 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US E<br>01-Jun-2023 - 30-Jun-2023 | 0.96 | 63.615 | 61.07 | 0.00 | 61.07 |
| Az Std HDD Managed Disks-LRS Snapshots-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.50 | 11.025 | 60.64 | 0.00 | 60.64 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US C<br>01-Jun-2023 - 30-Jun-2023 | 19.71 | 3.000 | 59.13 | 0.00 | 59.13 |
| Microsoft Defender for SQL-Std Node-1/Mo<br>01-Jun-2023 - 30-Jun-2023 | 15.00 | 3.870 | 58.05 | 0.00 | 58.05 |
| Az VPN Gateway-Basic-Gateway-100 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 14.400 | 51.84 | 0.00 | 51.84 |
| Az VM Dv2/DSv2 Srs-D1 v2/DS1 v2-100 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 7.00 | 7.199 | 50.39 | 0.00 | 50.39 |
| Az IP Address-Std IPv4 Static Public IP-200 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 1.00 | 49.750 | 49.75 | 0.00 | 49.75 |
| Az API Mgmt-Dev Unit-100 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 6.58 | 7.199 | 47.37 | 0.00 | 47.37 |
| Az Files-10M Protocol Ops<br>01-Jun-2023 - 30-Jun-2023 | 1.50 | 31.393 | 47.09 | 0.00 | 47.09 |
| Az Bndwdth Inter Rgn-IC DT Out -LATAM To Any-100 GB-IC<br>01-Jun-2023 - 30-Jun-2023 | 16.00 | 2.892 | 46.27 | 0.00 | 46.27 |
| Az Files-10M Read Ops<br>01-Jun-2023 - 30-Jun-2023 | 1.50 | 26.127 | 39.19 | 0.00 | 39.19 |
| Az Log Analytics-PAYG Data Analyzed-1 GB<br>01-Jun-2023 - 30-Jun-2023 | 2.30 | 16.239 | 37.35 | 0.00 | 37.35 |
| Az Container Instances-Std vCPU Dur-1K Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 46.60 | 0.720 | 33.55 | 0.00 | 33.55 |
| Az SQL DB Single Std-S0-DTUs-10/Day- | 5.46 | 6.066 | 33.12 | 0.00 | 33.12 |

**Microsoft**

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▓▓▓▓▓▓

JA E
01-Jun-2023 - 30-Jun-2023

| | | | | | |
|---|---|---|---|---|---|
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.27 | 6.273 | 33.06 | 0.00 | 33.06 |
| Az Prem Functions-Mem Dur-1 TiB Hr-US WC<br>01-Jun-2023 - 30-Jun-2023 | 12.08 | 2.465 | 29.78 | 0.00 | 29.78 |
| Az Container Instances-Std vCPU Dur-1K Hrs-US W2<br>01-Jun-2023 - 30-Jun-2023 | 40.50 | 0.719 | 29.11 | 0.00 | 29.11 |
| Az App Svc Std Plan - Linux-S1-10 Hrs-US SC<br>01-Jun-2023 - 30-Jun-2023 | 0.80 | 34.975 | 27.98 | 0.00 | 27.98 |
| Az Prem SSD Mngd Dsks-LRS Snapshots-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 13.20 | 1.900 | 25.08 | 0.00 | 25.08 |
| Az Virtual NW Pvt Link-Std Private Endpt-200 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 2.00 | 12.500 | 25.00 | 0.00 | 25.00 |
| Az Key Vault-1M Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.00 | 8.097 | 24.29 | 0.00 | 24.29 |
| Az Cosmos DB-100 RU/s-1K/Hr-US W<br>01-Jun-2023 - 30-Jun-2023 | 8.00 | 2.880 | 23.04 | 0.00 | 23.04 |
| Az Files-10M List Ops<br>01-Jun-2023 - 30-Jun-2023 | 15.00 | 1.483 | 22.24 | 0.00 | 22.24 |
| Az Event Hubs-Std Thrput Unit-100 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 3.00 | 7.200 | 21.60 | 0.00 | 21.60 |
| Az Contnr Reg-Std-Registry Unit-30/Day<br>01-Jun-2023 - 30-Jun-2023 | 19.99 | 1.000 | 19.99 | 0.00 | 19.99 |
| Az Bndwdth Inter Rgn-Intra Continent DT Out-1 TB-N A<br>01-Jun-2023 - 30-Jun-2023 | 20.00 | 0.993 | 19.86 | 0.00 | 19.86 |
| Az IP Address-Bsc IPv4 Static Public IP-200 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 0.72 | 25.194 | 18.14 | 0.00 | 18.14 |
| Az Load Balancer-Std Incl LB Rules and OB-100 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 2.50 | 7.200 | 18.00 | 0.00 | 18.00 |
| Az Std Page Blob-LRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 4.50 | 3.411 | 15.35 | 0.00 | 15.35 |
| Az NAT GW-Std Data Proc-1 TB<br>01-Jun-2023 - 30-Jun-2023 | 45.00 | 0.340 | 15.30 | 0.00 | 15.30 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US E<br>01-Jun-2023 - 30-Jun-2023 | 5.27 | 2.886 | 15.21 | 0.00 | 15.21 |
| Az Ins and Analytics-Std Node-1/Mo<br>01-Jun-2023 - 30-Jun-2023 | 15.00 | 0.967 | 14.50 | 0.00 | 14.50 |
| Microsoft Defender for Svrs-Std P2 Node-100/Hr<br>01-Jun-2023 - 30-Jun-2023 | 2.00 | 7.200 | 14.40 | 0.00 | 14.40 |
| Az Std HDD Managed Disks-S10-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.88 | 2.403 | 14.13 | 0.00 | 14.13 |
| Az App Service Basic Plan-Linux-B1-10 Hrs-US C<br>01-Jun-2023 - 30-Jun-2023 | 0.18 | 72.000 | 12.96 | 0.00 | 12.96 |

# Microsoft

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | |
|---|---|---|---|---|---|
| Az Ultra Dsks-LRS Resv vCPU Prov-10K/Hr-US W<br>01-Jun-2023 - 30-Jun-2023 | 78.00 | 0.143 | 11.15 | 0.00 | 11.15 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US C<br>01-Jun-2023 - 30-Jun-2023 | 5.27 | 2.000 | 10.54 | 0.00 | 10.54 |
| Az Svc Bus-Std Base Unit-100/Hr<br>01-Jun-2023 - 30-Jun-2023 | 1.34 | 7.194 | 9.64 | 0.00 | 9.64 |
| Az Std HDD Managed Disks-S20-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 21.76 | 0.437 | 9.50 | 0.00 | 9.50 |
| Az Prem SSD Mngd Dsks-P6 LRS-1/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 9.28 | 0.821 | 7.62 | 0.00 | 7.62 |
| Az Std SSD Managed Disks-LRS Snapshots-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 13.20 | 0.573 | 7.56 | 0.00 | 7.56 |
| Az VM F/FS Srs-F4/F4s-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.49 | 2.976 | 7.41 | 0.00 | 7.41 |
| Az App Service Basic Plan-Linux-B1-10 Hrs-US SC<br>01-Jun-2023 - 30-Jun-2023 | 0.18 | 37.000 | 6.66 | 0.00 | 6.66 |
| Az Std HDD Managed Disks-S10-LRS-Disk-1/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 5.88 | 1.000 | 5.88 | 0.00 | 5.88 |
| Az IP Address-Bsc IPv4 Dynamic Public IP-200 Hrs<br>01-Jun-2023 - 30-Jun-2023 | 0.80 | 7.200 | 5.76 | 0.00 | 5.76 |
| Az Container Instances-Std Mem Dur-1000 GB Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.11 | 1.078 | 5.51 | 0.00 | 5.51 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 1.69 | 3.053 | 5.16 | 0.00 | 5.16 |
| Az Strg - Bandwidth-Geo-Repl v2 DT-100 GB-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.00 | 2.570 | 5.14 | 0.00 | 5.14 |
| Az SQL DB Sgl Bsc-DTU-10/Day<br>01-Jun-2023 - 30-Jun-2023 | 1.61 | 3.043 | 4.90 | 0.00 | 4.90 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US W2<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.970 | 4.85 | 0.00 | 4.85 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 2.40 | 2.000 | 4.80 | 0.00 | 4.80 |
| Az Std SSD Managed Disks-E6-LRS-Disk-1/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 4.80 | 1.000 | 4.80 | 0.00 | 4.80 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US SC<br>01-Jun-2023 - 30-Jun-2023 | 4.80 | 1.000 | 4.80 | 0.00 | 4.80 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US C<br>01-Jun-2023 - 30-Jun-2023 | 1.53 | 3.000 | 4.59 | 0.00 | 4.59 |
| Az Std HDD Managed Disks-100M Disk Ops<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.682 | 3.41 | 0.00 | 3.41 |
| Az Monitor-Alerts MTRC Mon-10/Mo<br>01-Jun-2023 - 30-Jun-2023 | 1.00 | 3.320 | 3.32 | 0.00 | 3.32 |

**Microsoft**

Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | |
|---|---|---|---|---|
| Az Container Instances-Std Mem Dur-1000 GB Hrs-US W2<br>01-Jun-2023 - 30-Jun-2023 | 4.45 | 0.717 | 3.19 | 0.00 | 3.19 |
| Az Std Page Blob-GRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 6.00 | 0.513 | 3.08 | 0.00 | 3.08 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US C<br>01-Jun-2023 - 30-Jun-2023 | 2.40 | 1.000 | 2.40 | 0.00 | 2.40 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US W2<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.454 | 2.27 | 0.00 | 2.27 |
| Az DNS-Private Zone-2<br>01-Jun-2023 - 30-Jun-2023 | 1.00 | 2.160 | 2.16 | 0.00 | 2.16 |
| Az General Block Blob-LRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 2.24 | 0.862 | 1.93 | 0.00 | 1.93 |
| Az VM F/FS Srs-F2/F2s-10 Hrs-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.24 | 1.347 | 1.67 | 0.00 | 1.67 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US E<br>01-Jun-2023 - 30-Jun-2023 | 1.53 | 1.000 | 1.53 | 0.00 | 1.53 |
| Az Functions-Std Total Execs-5M<br>01-Jun-2023 - 30-Jun-2023 | 1.00 | 1.520 | 1.52 | 0.00 | 1.52 |
| Az DNS-Public Zone-2<br>01-Jun-2023 - 30-Jun-2023 | 1.00 | 1.450 | 1.45 | 0.00 | 1.45 |
| Az Files-LRS-10M Write Ops<br>01-Jun-2023 - 30-Jun-2023 | 15.00 | 0.093 | 1.39 | 0.00 | 1.39 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US W2<br>01-Jun-2023 - 30-Jun-2023 | 0.40 | 2.050 | 0.82 | 0.00 | 0.82 |
| Az General Block Blob-RA-GRS Data Stored-100 GB/Mo-BR S<br>01-Jun-2023 - 30-Jun-2023 | 7.75 | 0.102 | 0.79 | 0.00 | 0.79 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US W2<br>01-Jun-2023 - 30-Jun-2023 | 0.96 | 0.812 | 0.78 | 0.00 | 0.78 |
| Az Tiered Blk Blob-1M All Other Ops-US W2<br>01-Jun-2023 - 30-Jun-2023 | 0.40 | 1.575 | 0.63 | 0.00 | 0.63 |
| Az Std HDD Managed Disks-LRS Snapshots-100 GB/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.106 | 0.53 | 0.00 | 0.53 |
| Az Tiered Blk Blob-Hot GRS-1M Write Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 11.00 | 0.046 | 0.51 | 0.00 | 0.51 |
| Az General Block Blob-100M Read Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.108 | 0.39 | 0.00 | 0.39 |
| Az General Block Blob-GRS Data Stored-100 GB/Mo<br>01-Jun-2023 - 30-Jun-2023 | 4.48 | 0.060 | 0.27 | 0.00 | 0.27 |
| Az Std Page Blob v2-LRS Data Stored-100 GB/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 4.50 | 0.060 | 0.27 | 0.00 | 0.27 |
| Az Tables-100M Read Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.072 | 0.26 | 0.00 | 0.26 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.91 | 0.120 | 0.23 | 0.00 | 0.23 |

**Microsoft**

Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States

| | | | | | |
|---|---|---|---|---|---|
| Az Tiered Blk Blob-GRS-100K List/Create Cont Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 1.10 | 0.173 | 0.19 | 0.00 | 0.19 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US E<br>01-Jun-2023 - 30-Jun-2023 | 1.91 | 0.094 | 0.18 | 0.00 | 0.18 |
| Az Std Page Blob v2-RA-GRS Data Stored-100 GB/Mo-US W2<br>01-Jun-2023 - 30-Jun-2023 | 7.50 | 0.023 | 0.17 | 0.00 | 0.17 |
| Az OpenAI-GPT-3.5-turbo Tokens-10M<br>01-Jun-2023 - 30-Jun-2023 | 20.00 | 0.008 | 0.16 | 0.00 | 0.16 |
| Az Tables-100M Scan Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.044 | 0.16 | 0.00 | 0.16 |
| Az Load Balancer-Std Data Proc-1000 GB<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.032 | 0.16 | 0.00 | 0.16 |
| Az Bndwdth Inter Rgn-IC DT Out - NAM or EU To Any-1 TB-IC<br>01-Jun-2023 - 30-Jun-2023 | 50.00 | 0.003 | 0.15 | 0.00 | 0.15 |
| Az Files v2-Hot GRS-Metadata-100 GB/Mo-US W<br>01-Jun-2023 - 30-Jun-2023 | 6.55 | 0.015 | 0.10 | 0.00 | 0.10 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 0.44 | 0.182 | 0.08 | 0.00 | 0.08 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.50 | 0.015 | 0.08 | 0.00 | 0.08 |
| Az Queues-100M Class 2 Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.019 | 0.07 | 0.00 | 0.07 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US E<br>01-Jun-2023 - 30-Jun-2023 | 5.00 | 0.012 | 0.06 | 0.00 | 0.06 |
| Az Strg - Bandwidth-Geo-Repl v2 DT-100 GB-US W2<br>01-Jun-2023 - 30-Jun-2023 | 2.00 | 0.025 | 0.05 | 0.00 | 0.05 |
| Az Tiered Blk Blob-1M All Other Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 0.44 | 0.114 | 0.05 | 0.00 | 0.05 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US E<br>01-Jun-2023 - 30-Jun-2023 | 0.40 | 0.100 | 0.04 | 0.00 | 0.04 |
| Az Tables-GRS-100M Write Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.008 | 0.03 | 0.00 | 0.03 |
| Az Tables-100M Batch Write Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.008 | 0.03 | 0.00 | 0.03 |
| Az OpenAI-Embeddings-Ada Tokens-10M<br>01-Jun-2023 - 30-Jun-2023 | 4.00 | 0.008 | 0.03 | 0.00 | 0.03 |
| Az Std Page Blob-100M Disk Read Ops<br>01-Jun-2023 - 30-Jun-2023 | 3.60 | 0.006 | 0.02 | 0.00 | 0.02 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-JA E<br>01-Jun-2023 - 30-Jun-2023 | 1.29 | 0.016 | 0.02 | 0.00 | 0.02 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US W<br>01-Jun-2023 - 30-Jun-2023 | 5.50 | 0.004 | 0.02 | 0.00 | 0.02 |
| Az Change Feed-Blb Changes-10M-US W | 13.00 | 0.001 | 0.01 | 0.00 | 0.01 |

DocuSign Envelope ID: E2749346-904B-4FDD-BA80-1F50653F9A

# Microsoft

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

01-Jun-2023 - 30-Jun-2023

| | | | | | |
|---|---|---|---|---|---|
| Az Change Feed-Blb Changes-10M-US E | 10.00 | 0.001 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az Change Feed-Blb Changes-10M-US W2 | 10.00 | 0.001 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az Tables-GRS-100M Batch Write Ops | 3.60 | 0.003 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az Tiered Blk Blob-Hot-1M Read Ops-EU W | 0.43 | 0.023 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az Std Page Blob-100M Disk Write Ops | 3.60 | 0.003 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az General Block Blob-100M Write Ops | 3.60 | 0.003 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US NC | 1.00 | 0.010 | 0.01 | 0.00 | 0.01 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |
| Cloud Infrastructure Services SFTP Server Secure S SFTP Secur | 0.04 | 719.750 | 28.79 | 0.00 | 28.79 |
| 01-Jun-2023 - 30-Jun-2023 | | | | | |

| | |
|---|---|
| Net Amount | 19,835.73 |
| Sales Tax | 0.00 |
| **Total** | **USD 19,835.73** |

For additional billing details, view your reconciliation file on https://portal.azure.com/ billing page.

Learn more about billing at https://aka.ms/eaAzureBilling.

**Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount

# EXHIBIT H

# Microsoft

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ███████

## Summary

| | |
|---|---|
| Invoice Number | 9882321391 |
| Invoice Date | 10-Aug-2023 |
| PO Number | 67609689 |
| PO Date | 10-Aug-2023 |
| Billing Period | 01-Jul-2023 - 31-Jul-2023 |
| **Due Date** | **09-Sep-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |

| **Total Amount Due** | **USD 20,691.84** |
|---|---|

**Sold To**
Amyris,Inc.
ATTN: Scott Chinn
Contact: Chinn
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Bill To**
Amyris,Inc.
ATTN: Scott Chinn
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**Ship To**
Amyris,Inc.
ATTN: Scott Chinn
Customer # 0005295334
5885 HOLLIS ST
EMERYVILLE, CA 94608-2405
UNITED STATES
Phone: 510-912-4076-455

**End Customer**
Amyris, Inc.
Contact: Daniel,Arul
5885 HOLLIS ST STE 100
EMERYVILLE, CA 94608-2405
UNITED STATES
PCN 8C8B1992
Phone: 510-912-4076 EXT
------------------------------
Program E6
Enrollment # 67609689
Master # E7347040

## Billing Summary

| | (Amount in USD) |
|---|---|
| Charges | 20,739.90 |
| **LESS:** Commitment Usage | (48.06) |
| Net Amount | 20,691.84 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 20,691.84** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

███████████████████████

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

For definition of the terms used, please refer to Appendix

DocuSign Envelope ID: E2740346-904B-4FDD-BA80-1550653F9A

# Microsoft

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

**Billing Details By Product**

(Amount in USD)

| Usage Charges | Unit Price | Qty | Commitment Usage | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|---|
| Az Files-GRS-10M Write Ops<br>01-Jul-2023 - 31-Jul-2023 | 30.00 | 61.475 | 0.00 | 1,844.25 | 0.00 | 1,844.25 |
| Az Prem SSD Mngd Dsks-P50 LRS-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 495.56 | 2.999 | 0.00 | 1,486.18 | 0.00 | 1,486.18 |
| Az Files-GRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 10.00 | 110.961 | 0.00 | 1,109.61 | 0.00 | 1,109.61 |
| Az VM Av2 Srs-A4 v2-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 19.10 | 52.077 | 0.00 | 994.67 | 0.00 | 994.67 |
| Az Prem SSD Mngd Dsks-P30 LRS-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 135.17 | 6.999 | 0.00 | 946.05 | 0.00 | 946.05 |
| Az SQL DB Single Std-S1-DTUs-1/Day<br>01-Jul-2023 - 31-Jul-2023 | 0.96 | 914.198 | 0.00 | 877.63 | 0.00 | 877.63 |
| Az Backup-GRS Data Stored-1 TB/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 44.80 | 18.579 | 0.00 | 832.33 | 0.00 | 832.33 |
| Az Rtn Pref: MGN-Std DT Out-10 GB-Z1<br>01-Jul-2023 - 31-Jul-2023 | 0.87 | 924.862 | 0.00 | 804.63 | 0.00 | 804.63 |
| Az VM Dv3/DSv3 Srs-D4 v3/D4s v3-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 2.34 | 297.568 | 0.00 | 696.31 | 0.00 | 696.31 |
| Az SQL DB Single Std-S2-DTUs-1/Day<br>01-Jul-2023 - 31-Jul-2023 | 2.42 | 251.037 | 0.00 | 607.51 | 0.00 | 607.51 |
| Az VM Dv2/DSv2 Series Win-D2/DS2-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 2.52 | 223.190 | 0.00 | 562.44 | 0.00 | 562.44 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 1.17 | 447.248 | 0.00 | 523.28 | 0.00 | 523.28 |
| Az Log Analytics-PAYG Data Ingestion-1 GB<br>01-Jul-2023 - 31-Jul-2023 | 2.30 | 198.291 | 0.00 | 456.07 | 0.00 | 456.07 |
| Az VM Dv2/DSv2 Srs-D2 v2/DS2 v2-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 1.40 | 297.586 | 0.00 | 416.62 | 0.00 | 416.62 |
| Az VM Ddv4 Srs-D8d v4-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 53.20 | 7.439 | 0.00 | 395.75 | 0.00 | 395.75 |
| Az VM Dv2/DSv2 Series Win-D3/DS3-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 5.04 | 74.397 | 0.00 | 374.96 | 0.00 | 374.96 |
| Az VM Dv3/DSv3 Srs-D8 v3/D8s v3-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 4.68 | 74.397 | 0.00 | 348.18 | 0.00 | 348.18 |
| Az Std SSD Managed Disks-E20-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 38.40 | 8.999 | 0.00 | 345.56 | 0.00 | 345.56 |
| Az Prem SSD Mngd Dsks-P10 LRS- | 19.71 | 16.998 | 0.00 | 335.03 | 0.00 | 335.03 |

# Microsoft

Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ███████

| Description | | | | | | |
|---|---|---|---|---|---|---|
| 1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | | | | | | |
| Az VM Dsv4 Srs-D8s v4-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 44.80 | 7.439 | 0.00 | 333.26 | 0.00 | 333.26 |
| Az SQL DB Single Std-S3-DTUs-1/Day<br>01-Jul-2023 - 31-Jul-2023 | 4.83 | 62.915 | 0.00 | 303.88 | 0.00 | 303.88 |
| Az SQL DB Single Std-10 DTUs-10/Day<br>01-Jul-2023 - 31-Jul-2023 | 4.83 | 62.832 | 0.00 | 303.48 | 0.00 | 303.48 |
| Az NAT GW-Std-1K Hrs<br>01-Jul-2023 - 31-Jul-2023 | 45.00 | 6.696 | 0.00 | 301.32 | 0.00 | 301.32 |
| Az Cloud Svcs A Srs-A1-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 8.00 | 37.195 | 0.00 | 297.56 | 0.00 | 297.56 |
| Az VM Av2 Srs-A8 v2-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 40.00 | 7.438 | 0.00 | 297.52 | 0.00 | 297.52 |
| Az VM BS Srs-B4ms-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 1.98 | 148.793 | 0.00 | 294.61 | 0.00 | 294.61 |
| Az Prem Page Blob-P30 LRS Dsk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 135.17 | 1.999 | 0.00 | 270.20 | 0.00 | 270.20 |
| Az Backup-Az VM-Protected Instance-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 10.00 | 26.999 | 0.00 | 269.99 | 0.00 | 269.99 |
| Az App Svc Std Plan-S1-100 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 10.00 | 22.320 | 0.00 | 223.20 | 0.00 | 223.20 |
| Az Files-LRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 6.00 | 36.308 | 0.00 | 217.85 | 0.00 | 217.85 |
| Az Std SSD Managed Disks-E10-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 9.60 | 21.998 | 0.00 | 211.18 | 0.00 | 211.18 |
| Az VM Dv2/DSv2 Series Win-D1/DS1-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 12.60 | 14.878 | 0.00 | 187.46 | 0.00 | 187.46 |
| Az Std HDD Managed Disks-S50-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 163.84 | 0.999 | 0.00 | 163.67 | 0.00 | 163.67 |
| Az App Svc Prem v2 Plan-P1 v2-10 Hrs-US WC<br>01-Jul-2023 - 31-Jul-2023 | 2.00 | 74.400 | 0.00 | 148.80 | 0.00 | 148.80 |
| Az Bastion-Bsc GW-100 Hrs-Z1<br>01-Jul-2023 - 31-Jul-2023 | 19.00 | 7.440 | 0.00 | 141.36 | 0.00 | 141.36 |
| Az Tiered Blk Blob-Hot RA-GRS-Data Stored-100 GB/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 4.39 | 30.884 | 0.00 | 135.58 | 0.00 | 135.58 |
| Az Prem Functions-vCPU Dur-100 Hrs-US WC<br>01-Jul-2023 - 31-Jul-2023 | 16.60 | 7.461 | 0.00 | 123.86 | 0.00 | 123.86 |
| Az VM BS Srs-B4ms-100 Hrs-US W2<br>01-Jul-2023 - 31-Jul-2023 | 16.60 | 7.440 | 0.00 | 123.50 | 0.00 | 123.50 |
| Az Std HDD Managed Disks-S30-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 40.96 | 2.999 | 0.00 | 122.83 | 0.00 | 122.83 |
| Az Std SSD Managed Disks-LRS- | 20.00 | 5.602 | 0.00 | 112.04 | 0.00 | 112.04 |

**Microsoft**

Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

100M Disk Ops
01-Jul-2023 - 31-Jul-2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Az VM Av2 Srs Win-A2 v2-100 Hrs-US W2<br>01-Jul-2023 - 31-Jul-2023 | 11.30 | 7.439 | (37.23) | 46.83 | 0.00 | 46.83 |
| Az Prem Page Blob-P10 LRS Dsk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 19.71 | 4.257 | 0.00 | 83.90 | 0.00 | 83.90 |
| Az VM Dav4/Dasv4 Srs-D2a v4/D2as v4-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 11.20 | 7.438 | 0.00 | 83.31 | 0.00 | 83.31 |
| Az App Svc Prem v2 Plan - Linux-P1 v2-10 Hrs-US C<br>01-Jul-2023 - 31-Jul-2023 | 1.11 | 74.396 | 0.00 | 82.58 | 0.00 | 82.58 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US SC<br>01-Jul-2023 - 31-Jul-2023 | 1.10 | 74.391 | 0.00 | 81.83 | 0.00 | 81.83 |
| Az Backup-On Prem Svr-Protected Instance-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 10.00 | 7.499 | 0.00 | 74.99 | 0.00 | 74.99 |
| Az Files-10M Protocol Ops<br>01-Jul-2023 - 31-Jul-2023 | 1.50 | 49.160 | 0.00 | 73.74 | 0.00 | 73.74 |
| Az Prem SSD Mngd Dsks-P20 LRS-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 73.22 | 0.999 | 0.00 | 73.14 | 0.00 | 73.14 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US E<br>01-Jul-2023 - 31-Jul-2023 | 0.96 | 75.573 | 0.00 | 72.55 | 0.00 | 72.55 |
| Az Log Analytics-PAYG Data Ingestion-1 GB-US W<br>01-Jul-2023 - 31-Jul-2023 | 2.99 | 23.258 | 0.00 | 69.54 | 0.00 | 69.54 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 1.53 | 44.993 | 0.00 | 68.84 | 0.00 | 68.84 |
| Az VM Av2 Srs-A2 v2-100 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 9.10 | 7.438 | 0.00 | 67.69 | 0.00 | 67.69 |
| Az Tables-GRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 6.00 | 10.872 | 0.00 | 65.23 | 0.00 | 65.23 |
| Az Tables-LRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 4.50 | 14.296 | 0.00 | 64.33 | 0.00 | 64.33 |
| Az Files-10M Read Ops<br>01-Jul-2023 - 31-Jul-2023 | 1.50 | 41.067 | 0.00 | 61.60 | 0.00 | 61.60 |
| Microsoft Defender for SQL-Std Node-1/Mo<br>01-Jul-2023 - 31-Jul-2023 | 15.00 | 4.000 | 0.00 | 60.00 | 0.00 | 60.00 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US C<br>01-Jul-2023 - 31-Jul-2023 | 19.71 | 2.999 | 0.00 | 59.11 | 0.00 | 59.11 |
| Az VPN Gateway-Basic-Gateway-100 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 3.60 | 14.878 | 0.00 | 53.56 | 0.00 | 53.56 |
| Az IP Address-Std IPv4 Static Public IP-200 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 1.00 | 52.080 | 0.00 | 52.08 | 0.00 | 52.08 |
| Az VM Dv2/DSv2 Srs-D1 v2/DS1 v2-100 Hrs-US W | 7.00 | 7.437 | 0.00 | 52.06 | 0.00 | 52.06 |

# Microsoft

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-Jul-2023 - 31-Jul-2023 | | | | | | |
| Az API Mgmt-Dev Unit-100 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 6.58 | 7.439 | 0.00 | 48.95 | 0.00 | 48.95 |
| Az Bndwdth Inter Rgn-IC DT Out -<br>LATAM To Any-100 GB-IC<br>01-Jul-2023 - 31-Jul-2023 | 16.00 | 2.677 | 0.00 | 42.83 | 0.00 | 42.83 |
| Az Log Analytics-PAYG Data<br>Analyzed-1 GB<br>01-Jul-2023 - 31-Jul-2023 | 2.30 | 17.178 | 0.00 | 39.51 | 0.00 | 39.51 |
| Az Container Instances-Std vCPU<br>Dur-1K Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 46.60 | 0.743 | 0.00 | 34.62 | 0.00 | 34.62 |
| Az SQL DB Single Std-S0-DTUs-<br>10/Day-JA E<br>01-Jul-2023 - 31-Jul-2023 | 5.46 | 6.266 | 0.00 | 34.21 | 0.00 | 34.21 |
| Az Prem SSD Mngd Dsks-P4 LRS-<br>1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 5.27 | 6.027 | 0.00 | 31.76 | 0.00 | 31.76 |
| Az Prem Functions-Mem Dur-1 TiB<br>Hr-US WC<br>01-Jul-2023 - 31-Jul-2023 | 12.08 | 2.550 | 0.00 | 30.81 | 0.00 | 30.81 |
| Az Container Instances-Std vCPU<br>Dur-1K Hrs-US W2<br>01-Jul-2023 - 31-Jul-2023 | 40.50 | 0.743 | 0.00 | 30.09 | 0.00 | 30.09 |
| Az Virtual NW Pvt Link-Std Private<br>Endpt-200 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 2.00 | 14.880 | 0.00 | 29.76 | 0.00 | 29.76 |
| Az Prem SSD Mngd Dsks-LRS<br>Snapshots-100 GB/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 13.20 | 2.019 | 0.00 | 26.65 | 0.00 | 26.65 |
| Az Std HDD Managed Disks-LRS<br>Snapshots-100 GB/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 5.50 | 4.333 | 0.00 | 23.83 | 0.00 | 23.83 |
| Az Cosmos DB-100 RU/s-1K/Hr-US<br>W<br>01-Jul-2023 - 31-Jul-2023 | 8.00 | 2.975 | 0.00 | 23.80 | 0.00 | 23.80 |
| Az Files-10M List Ops<br>01-Jul-2023 - 31-Jul-2023 | 15.00 | 1.532 | 0.00 | 22.98 | 0.00 | 22.98 |
| Az Event Hubs-Std Thrput Unit-<br>100 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 3.00 | 7.440 | 0.00 | 22.32 | 0.00 | 22.32 |
| Az Contnr Reg-Std-Registry Unit-<br>30/Day<br>01-Jul-2023 - 31-Jul-2023 | 19.99 | 1.033 | 0.00 | 20.64 | 0.00 | 20.64 |
| Az IP Address-Bsc IPv4 Static<br>Public IP-200 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 0.72 | 26.028 | 0.00 | 18.74 | 0.00 | 18.74 |
| Az Load Balancer-Std Incl LB Rules<br>and OB-100 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 2.50 | 7.440 | 0.00 | 18.60 | 0.00 | 18.60 |
| Az Ins and Analytics-Std Node-<br>1/Mo<br>01-Jul-2023 - 31-Jul-2023 | 15.00 | 1.104 | 0.00 | 16.56 | 0.00 | 16.56 |
| Microsoft Defender for Svrs-Std P2<br>Node-100/Hr<br>01-Jul-2023 - 31-Jul-2023 | 2.00 | 8.220 | 0.00 | 16.44 | 0.00 | 16.44 |
| Az Bndwdth Inter Rgn-Intra<br>Continent DT Out-1 TB-N A<br>01-Jul-2023 - 31-Jul-2023 | 20.00 | 0.793 | 0.00 | 15.86 | 0.00 | 15.86 |

# Microsoft

**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US E<br>01-Jul-2023 - 31-Jul-2023 | 5.27 | 3.000 | 0.00 | 15.81 | 0.00 | 15.81 |
| Az Std Page Blob-LRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 4.50 | 3.411 | 0.00 | 15.35 | 0.00 | 15.35 |
| Az App Service Basic Plan-Linux-B1-10 Hrs-US C<br>01-Jul-2023 - 31-Jul-2023 | 0.18 | 74.389 | 0.00 | 13.39 | 0.00 | 13.39 |
| Az App Service Basic Plan-Linux-B1-10 Hrs-US SC<br>01-Jul-2023 - 31-Jul-2023 | 0.18 | 74.389 | 0.00 | 13.39 | 0.00 | 13.39 |
| Az Std HDD Managed Disks-S10-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 5.88 | 2.058 | 0.00 | 12.10 | 0.00 | 12.10 |
| Az Ultra Dsks-LRS Resv vCPU Prov-10K/Hr-US W<br>01-Jul-2023 - 31-Jul-2023 | 78.00 | 0.148 | 0.00 | 11.54 | 0.00 | 11.54 |
| Az Key Vault-1M Ops<br>01-Jul-2023 - 31-Jul-2023 | 3.00 | 3.597 | (10.79) | 0.00 | 0.00 | 0.00 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US C<br>01-Jul-2023 - 31-Jul-2023 | 5.27 | 1.998 | 0.00 | 10.53 | 0.00 | 10.53 |
| Az Svc Bus-Std Base Unit-100/Hr<br>01-Jul-2023 - 31-Jul-2023 | 1.34 | 7.433 | 0.00 | 9.96 | 0.00 | 9.96 |
| Az Prem SSD Mngd Dsks-P6 LRS-1/Mo-US W2<br>01-Jul-2023 - 31-Jul-2023 | 9.28 | 0.999 | 0.00 | 9.27 | 0.00 | 9.27 |
| Az NAT GW-Std Data Proc-1 TB<br>01-Jul-2023 - 31-Jul-2023 | 45.00 | 0.183 | 0.00 | 8.23 | 0.00 | 8.23 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US W2<br>01-Jul-2023 - 31-Jul-2023 | 0.96 | 7.719 | 0.00 | 7.41 | 0.00 | 7.41 |
| Az Std SSD Managed Disks-LRS Snapshots-100 GB/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 13.20 | 0.526 | 0.00 | 6.94 | 0.00 | 6.94 |
| Az IP Address-Bsc IPv4 Dynamic Public IP-200 Hrs<br>01-Jul-2023 - 31-Jul-2023 | 0.80 | 7.438 | 0.00 | 5.95 | 0.00 | 5.95 |
| Az Std HDD Managed Disks-S10-LRS-Disk-1/Mo-US W2<br>01-Jul-2023 - 31-Jul-2023 | 5.88 | 0.998 | 0.00 | 5.87 | 0.00 | 5.87 |
| Az Container Instances-Std Mem Dur-1000 GB Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 5.11 | 1.114 | 0.00 | 5.69 | 0.00 | 5.69 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US W2<br>01-Jul-2023 - 31-Jul-2023 | 1.69 | 3.118 | 0.00 | 5.27 | 0.00 | 5.27 |
| Az SQL DB Sgl Bsc-DTU-10/Day<br>01-Jul-2023 - 31-Jul-2023 | 1.61 | 3.130 | 0.00 | 5.04 | 0.00 | 5.04 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 2.40 | 1.996 | 0.00 | 4.79 | 0.00 | 4.79 |
| Az Std SSD Managed Disks-E6-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 4.80 | 0.998 | 0.00 | 4.79 | 0.00 | 4.79 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US SC<br>01-Jul-2023 - 31-Jul-2023 | 4.80 | 0.998 | 0.00 | 4.79 | 0.00 | 4.79 |

**Microsoft**

Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

| Description | | | | | |
|---|---|---|---|---|---|
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US C<br>01-Jul-2023 - 31-Jul-2023 | 1.53 | 2.993 | 0.00 | 4.58 | 0.00 | 4.58 |
| Az Strg - Bandwidth-Geo-Repl v2 DT-100 GB-US W<br>01-Jul-2023 - 31-Jul-2023 | 2.00 | 2.105 | 0.00 | 4.21 | 0.00 | 4.21 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US W2<br>01-Jul-2023 - 31-Jul-2023 | 5.00 | 0.732 | 0.00 | 3.66 | 0.00 | 3.66 |
| Az Monitor-Alerts MTRC Mon-10/Mo<br>01-Jul-2023 - 31-Jul-2023 | 1.00 | 3.420 | 0.00 | 3.42 | 0.00 | 3.42 |
| Az Container Instances-Std Mem Dur-1000 GB Hrs-US W2<br>01-Jul-2023 - 31-Jul-2023 | 4.45 | 0.742 | 0.00 | 3.30 | 0.00 | 3.30 |
| Az Std Page Blob-GRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 6.00 | 0.513 | 0.00 | 3.08 | 0.00 | 3.08 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US W2<br>01-Jul-2023 - 31-Jul-2023 | 5.00 | 0.598 | 0.00 | 2.99 | 0.00 | 2.99 |
| Az Std HDD Managed Disks-100M Disk Ops<br>01-Jul-2023 - 31-Jul-2023 | 5.00 | 0.550 | 0.00 | 2.75 | 0.00 | 2.75 |
| Az DNS-Private Zone-2<br>01-Jul-2023 - 31-Jul-2023 | 1.00 | 2.500 | 0.00 | 2.50 | 0.00 | 2.50 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US C<br>01-Jul-2023 - 31-Jul-2023 | 2.40 | 0.996 | 0.00 | 2.39 | 0.00 | 2.39 |
| Az General Block Blob-LRS Data Stored-100 GB/Mo<br>01-Jul-2023 - 31-Jul-2023 | 2.24 | 0.866 | 0.00 | 1.94 | 0.00 | 1.94 |
| Az Std HDD Managed Disks-S20-LRS-Disk-1/Mo-US W<br>01-Jul-2023 - 31-Jul-2023 | 21.76 | 0.080 | 0.00 | 1.74 | 0.00 | 1.74 |
| Az Files-LRS-10M Write Ops<br>01-Jul-2023 - 31-Jul-2023 | 15.00 | 0.103 | 0.00 | 1.54 | 0.00 | 1.54 |
| Az VM F/FS Srs-F2/F2s-10 Hrs-US W<br>01-Jul-2023 - 31-Jul-2023 | 1.24 | 1.234 | 0.00 | 1.53 | 0.00 | 1.53 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US E<br>01-Jul-2023 - 31-Jul-2023 | 1.53 | 0.993 | 0.00 | 1.52 | 0.00 | 1.52 |
| Az DNS-Public Zone-2<br>01-Jul-2023 - 31-Jul-2023 | 1.00 | 1.500 | 0.00 | 1.50 | 0.00 | 1.50 |
| Az General Block Blob-RA-GRS Data Stored-100 GB/Mo-BR S<br>01-Jul-2023 - 31-Jul-2023 | 7.75 | 0.102 | 0.00 | 0.79 | 0.00 | 0.79 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US W2<br>01-Jul-2023 - 31-Jul-2023 | 0.40 | 1.850 | 0.00 | 0.74 | 0.00 | 0.74 |
| Az Std HDD Managed Disks-LRS Snapshots-100 GB/Mo-US W2<br>01-Jul-2023 - 31-Jul-2023 | 5.00 | 0.144 | 0.00 | 0.72 | 0.00 | 0.72 |
| Az Functions-Std Total Execs-5M<br>01-Jul-2023 - 31-Jul-2023 | 1.00 | 0.600 | 0.00 | 0.60 | 0.00 | 0.60 |
| Az Tiered Blk Blob-1M All Other Ops-US W2<br>01-Jul-2023 - 31-Jul-2023 | 0.40 | 1.250 | 0.00 | 0.50 | 0.00 | 0.50 |

DocuSign Envelope ID: E2749346-904B-4FDD-8A80-1550653F9A

**Microsoft**                                                                 Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | █████

| | | | | | |
|---|---|---|---|---|---|
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US W2<br>01-Jul-2023 – 31-Jul-2023 | 4.80 | 0.085 | 0.00 | 0.41 | 0.00 | 0.41 |
| Az General Block Blob-100M Read Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.108 | 0.00 | 0.39 | 0.00 | 0.39 |
| Az OpenAI-GPT-3.5-turbo Tokens-10M<br>01-Jul-2023 – 31-Jul-2023 | 20.00 | 0.015 | 0.00 | 0.30 | 0.00 | 0.30 |
| Az Tables-100M Read Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.075 | 0.00 | 0.27 | 0.00 | 0.27 |
| Az Std Page Blob v2-LRS Data Stored-100 GB/Mo-US W2<br>01-Jul-2023 – 31-Jul-2023 | 4.50 | 0.060 | 0.00 | 0.27 | 0.00 | 0.27 |
| Az General Block Blob-GRS Data Stored-100 GB/Mo<br>01-Jul-2023 – 31-Jul-2023 | 4.48 | 0.058 | 0.00 | 0.26 | 0.00 | 0.26 |
| Az Tiered Blk Blob-GRS-100K List/Create Cont Ops-US W<br>01-Jul-2023 – 31-Jul-2023 | 1.10 | 0.218 | 0.00 | 0.24 | 0.00 | 0.24 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US W<br>01-Jul-2023 – 31-Jul-2023 | 1.91 | 0.120 | 0.00 | 0.23 | 0.00 | 0.23 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US E<br>01-Jul-2023 – 31-Jul-2023 | 1.91 | 0.115 | 0.00 | 0.22 | 0.00 | 0.22 |
| Az Std Page Blob v2-RA-GRS Data Stored-100 GB/Mo-US W2<br>01-Jul-2023 – 31-Jul-2023 | 7.50 | 0.028 | 0.00 | 0.21 | 0.00 | 0.21 |
| Az Tables-100M Scan Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.047 | 0.00 | 0.17 | 0.00 | 0.17 |
| Az Load Balancer-Std Data Proc-1000 GB<br>01-Jul-2023 – 31-Jul-2023 | 5.00 | 0.034 | 0.00 | 0.17 | 0.00 | 0.17 |
| Az Bndwdth Inter Rgn-IC DT Out - NAM or EU To Any-1 TB-IC<br>01-Jul-2023 – 31-Jul-2023 | 50.00 | 0.003 | 0.00 | 0.15 | 0.00 | 0.15 |
| Az Files v2-Hot GRS-Metadata-100 GB/Mo-US W<br>01-Jul-2023 – 31-Jul-2023 | 6.55 | 0.015 | 0.00 | 0.10 | 0.00 | 0.10 |
| Az Queues-100M Class 2 Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.019 | 0.00 | 0.07 | 0.00 | 0.07 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US W<br>01-Jul-2023 – 31-Jul-2023 | 0.44 | 0.136 | 0.00 | 0.06 | 0.00 | 0.06 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US E<br>01-Jul-2023 – 31-Jul-2023 | 5.00 | 0.010 | 0.00 | 0.05 | 0.00 | 0.05 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-JA E<br>01-Jul-2023 – 31-Jul-2023 | 1.29 | 0.039 | 0.00 | 0.05 | 0.00 | 0.05 |
| Az OpenAI-Embeddings-Ada Tokens-10M<br>01-Jul-2023 – 31-Jul-2023 | 1.00 | 0.040 | 0.00 | 0.04 | 0.00 | 0.04 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US NC<br>01-Jul-2023 – 31-Jul-2023 | 1.00 | 0.040 | (0.04) | 0.00 | 0.00 | 0.00 |
| Az Tiered Blk Blob-1M All Other Ops-US W | 0.44 | 0.091 | 0.00 | 0.04 | 0.00 | 0.04 |

# Microsoft

**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮

01-Jul-2023 – 31-Jul-2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Az Tables-GRS-100M Write Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.008 | 0.00 | 0.03 | 0.00 | 0.03 |
| Az Tables-100M Batch Write Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.008 | 0.00 | 0.03 | 0.00 | 0.03 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US E<br>01-Jul-2023 – 31-Jul-2023 | 0.40 | 0.075 | 0.00 | 0.03 | 0.00 | 0.03 |
| Az Change Feed-Blb Changes-10M-US W2<br>01-Jul-2023 – 31-Jul-2023 | 10.00 | 0.002 | 0.00 | 0.02 | 0.00 | 0.02 |
| Az Std Page Blob-100M Disk Read Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.006 | 0.00 | 0.02 | 0.00 | 0.02 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US W<br>01-Jul-2023 – 31-Jul-2023 | 5.50 | 0.004 | 0.00 | 0.02 | 0.00 | 0.02 |
| Az Change Feed-Blb Changes-10M-US E<br>01-Jul-2023 – 31-Jul-2023 | 10.00 | 0.001 | 0.00 | 0.01 | 0.00 | 0.01 |
| Az Tables-GRS-100M Batch Write Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.003 | 0.00 | 0.01 | 0.00 | 0.01 |
| Az Std Page Blob-100M Disk Write Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.003 | 0.00 | 0.01 | 0.00 | 0.01 |
| Az General Block Blob-100M Write Ops<br>01-Jul-2023 – 31-Jul-2023 | 3.60 | 0.003 | 0.00 | 0.01 | 0.00 | 0.01 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US C<br>01-Jul-2023 – 31-Jul-2023 | 1.10 | 0.009 | 0.00 | 0.01 | 0.00 | 0.01 |
| Cloud Infrastructure Services SFTP Server Secure S SFTP Secur<br>01-Jul-2023 – 31-Jul-2023 | 0.04 | 743.750 | 0.00 | 29.75 | 0.00 | 29.75 |

| | |
|---|---|
| Net Amount | 20,691.84 |
| Sales Tax | 0.00 |
| **Total** | **USD 20,691.84** |

For additional billing details, view your reconciliation file on https://portal.azure.com/ billing page.

Learn more about billing at https://aka.ms/eaAzureBilling.



**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount