IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 1184** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SECOND MONTHLY FEE APPLICATION OF BACK BAY MANAGEMENT CORPORATION AND ITS DIVISION, THE MICHEL-SHAKED GROUP, FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

The undersigned hereby certifies that:

1. On January 22, 2023, Back Bay Management Corporation and its Division, The Michel-Shaked Group ("MSG"), expert consultant for the above-captioned debtors and debtors in possession (the "Debtors") filed and served its *Second Monthly Fee Application of Back Bay Management Corporation and its Division, the Michel-Shaked Group, for Compensation Earned and Expenses Incurred for the Period from December 1, 2023 through December 31, 2023* [Docket No. 1184] (the "Application").

2. Objections to the Application were to be filed and served no later than February 5, 2023 by 4:00 p.m. (Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc. principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

4857-5396-5475.1 03703.004

3.  Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279], the Debtors are authorized to pay MSG $236,894.40, which represents 80% of the allowed fees ($296,118.00) and $17.07 which represents the expenses requested in the Application, for a total payment of $236,911.47 for the period from December 1, 2023 through December 31, 2023, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: February 13, 2024        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    joneill@pszjlaw.com
    jrosell@pszjlaw.com
    sgolden@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*