# EXHIBIT A

**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com



Federal ID # 51-0080985

                        February 14, 2024
                        Bill Number    301465

Amyris Official Committee of Unsecured C   File Number    23406.00001
5885 Hollis Street
Suite 100
Emeryville, CA  94608

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---:|
| Legal Services | $94,837.50 |
| Disbursements | $2,895.85 |
| Bill Total | $97,733.35 |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 23406-00001 |

CMS



**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Federal ID # 51-0080985

Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

February 14, 2024
Bill Number    301465
File Number    23406.00001

RE: Amyris, Inc.

Through January 31, 2024

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Asset analysis and Recovery** | | | | | |
| 01/10/24 | CMS | Review Global4PL abandonment notice. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/11/24 | CMS | Review/ 1/10/23 property abandonment motion. | 0.50 Hrs | 1,035/hr | $517.50 |
| | | **Total AA Asset analysis and Recovery** | **0.70** | | **$724.50** |
| **Litigation/Adversary Proceedings** | | | | | |
| 01/03/24 | CMS | Review notice of Levan deposition. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/03/24 | CMS | Review notice of Scotts Cove deposition. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/03/24 | CMS | Review notice of Milnes deposition. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/03/24 | CMS | Review notice of Reynolds deposition. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/09/24 | CMS | Review Panchadsaram discovery dispute correspondence. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/16/24 | KAMC | Update calendar regarding deposition dates | 0.10 Hrs | 370/hr | $37.00 |
| 01/18/24 | AHSA | Correspondence with PAC team re: opt-out/third party release memo; | 0.20 Hrs | 815/hr | $163.00 |
| | | **Total AP Litigation/Adversary Proceedings** | **1.30** | | **$1,235.00** |
| **Case Administration** | | | | | |
| 01/02/24 | CMS | Review/update critical dates. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/03/24 | KAMC | Review filed Notices of Deposition regarding calendaring of same | 0.10 Hrs | 370/hr | $37.00 |
| 01/03/24 | TAMT | Draft Certification of Counsel and circulate for approval (.1); Prep E-binder | 0.40 Hrs | 345/hr | $138.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | and Paper Binder Chambers (.1) File Certification of Counsel and advise Chambers (.1); contact parcels for pick up (.1); | | | |
| 01/04/24 | CMS | E-mails to K. Morales and others re: pending CNOs on committee/debtor filings. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/05/24 | TAMT | Update Critical Dates Calendar | 0.10 Hrs | 345/hr | $34.50 |
| 01/05/24 | KAMC | Update critical dates and calendar | 0.10 Hrs | 370/hr | $37.00 |
| 01/08/24 | TAMT | Update E-binder per Agenda for Hearing 1/9/2024 | 0.60 Hrs | 345/hr | $207.00 |
| 01/09/24 | KAMC | Update calendar with upcoming dates/deadlines | 0.10 Hrs | 370/hr | $37.00 |
| 01/11/24 | KAMC | Update calendar | 0.10 Hrs | 370/hr | $37.00 |
| 01/19/24 | KAMC | Update critical dates and calendar | 0.20 Hrs | 370/hr | $74.00 |
| 01/19/24 | CMS | Attention to year-end inquiries on status of case. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/22/24 | CMS | E-mail to K. Morales re: timing of upcoming filings. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/26/24 | KAMC | Emails to/from T. Mistretta regarding critical dates | 0.10 Hrs | 370/hr | $37.00 |
| 01/26/24 | TAMT | Update Critical dates calendar | 0.30 Hrs | 345/hr | $103.50 |
| 01/31/24 | TAMT | Register participants for zoom hearing for 02/2/2024 | 0.30 Hrs | 345/hr | $103.50 |
| 01/31/24 | KAMC | Update calendar | 0.10 Hrs | 370/hr | $37.00 |
| | | **Total CA Case Administration** | **3.70** | | **$2,124.50** |

**Court Appearances/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/02/24 | KAMC | Review docket regarding January 9 hearing time | 0.10 Hrs | 370/hr | $37.00 |
| 01/05/24 | KAMC | Review Notice of Agenda (.1); emails to/from counsel regarding hearing preparation and schedule appearances (.3) | 0.40 Hrs | 370/hr | $148.00 |
| 01/05/24 | AHSA | Review hearing agenda; | 0.10 Hrs | 815/hr | $81.50 |
| 01/06/24 | AHSA | Correspondence with co-counsel and C. Samis re: hearing; | 0.10 Hrs | 815/hr | $81.50 |
| 01/08/24 | AHSA | Correspondence with co-counsel re: amended agenda/hearing; review same; | 0.10 Hrs | 815/hr | $81.50 |
| 01/08/24 | KAMC | Review amended agenda (.1); emails to/from T. Mistretta regarding same (.2) | 0.30 Hrs | 370/hr | $111.00 |
| 01/08/24 | CMS | Prepare for 1/9/24 hearing. | 0.50 Hrs | 1,035/hr | $517.50 |
| 01/08/24 | CMS | E-mails to G. Pesce and others re: preparation for 1/9/24 hearing. | 0.40 Hrs | 1,035/hr | $414.00 |
| 01/08/24 | KAMC | Conference with T. Mistretta regarding hearing binder documents | 0.10 Hrs | 370/hr | $37.00 |
| 01/09/24 | AHSA | Attend hearing; | 1.00 Hrs | 815/hr | $815.00 |
| 01/09/24 | KAMA | Attend part of 1/9 hearing | 1.00 Hrs | 600/hr | $600.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/09/24 | CMS | Prepare for 1/9/24 hearing. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/09/24 | CMS | Participate in 1/9/24 hearing. | 1.60 Hrs | 1,035/hr | $1,656.00 |
| 01/09/24 | CMS | Meet w/ K. Morales re: outcome of 1/9/24 hearing. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/12/24 | AHSA | Review hearing agenda; | 0.10 Hrs | 815/hr | $81.50 |
| 01/12/24 | TAMT | Pull update agenda and circulate (.2). Update zoom registration list for 1/17/2024 hearing (.3) | 0.50 Hrs | 345/hr | $172.50 |
| 01/12/24 | KAMC | Review Notice of Agenda and correspond with T. Mistretta regarding hearing preparations | 0.30 Hrs | 370/hr | $111.00 |
| 01/16/24 | KAMA | Emails with PAC re: 1/17 hearing | 0.10 Hrs | 600/hr | $60.00 |
| 01/17/24 | CMS | Prepare for and participate in 1/17/24 hearing. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/17/24 | SR | Attend 1/17 hearing (.3); review agenda re same (.1). | 0.40 Hrs | 490/hr | $196.00 |
| 01/19/24 | CMS | E-mails to S. Golden re: confirmation hearing. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/22/24 | AHSA | Correspondence with co-counsel and PAC team re: confirmation hearing prep (.1); review hearing witness and exhibit list (.1); correspondence with co-counsel and PAC team re: same (.2); | 0.40 Hrs | 815/hr | $326.00 |
| 01/22/24 | KAMA | File exhibit list | 0.30 Hrs | 600/hr | $180.00 |
| 01/22/24 | KAMA | Confer with PAC and W&C teams re: 1/24 hearing | 0.30 Hrs | 600/hr | $180.00 |
| 01/22/24 | CMS | Prepare for 1/24/24 and 1/25/24 confirmation hearing. | 1.50 Hrs | 1,035/hr | $1,552.50 |
| 01/22/24 | KAMC | Finalize, file and serve Committee Witness List | 0.70 Hrs | 370/hr | $259.00 |
| 01/22/24 | CMS | E-mails to K. Morales and others re: preparation for confirmation hearing. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/22/24 | KAMC | Emails to/from counsel regarding 1/24 hearing | 0.20 Hrs | 370/hr | $74.00 |
| 01/23/24 | CMS | E-mail to K. Morales re: submission of exhibits to court for confirmation hearing. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/23/24 | AHSA | Correspondence with PAC team re: hearing/coordination/witness lists/exhibit binders/hearing prep; | 0.30 Hrs | 815/hr | $244.50 |
| 01/23/24 | LCH | Review committee exhibit list for 1/24/24 confirmation hearing (.1); prepare and organize exhibit binders for chambers x2 (.7); correspondence with K. McCloskey and K. Morales re same (.1) | 0.90 Hrs | 345/hr | $310.50 |
| 01/23/24 | LCH | Prepare and organize exhibit binders for 1/24/24 confirmation hearing x10 (.8); correspondence with K. McCloskey re same (.2) | 1.00 Hrs | 345/hr | $345.00 |
| 01/23/24 | KAMA | Emails re: preparation for 1/24 | 0.20 Hrs | 600/hr | $120.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | confirmation hearing | | | |
| 01/23/24 | KAMC | Hearing preparation (binders, telephone appearances) | 0.80 Hrs | 370/hr | $296.00 |
| 01/23/24 | KAMC | Email from Chambers, emails to/from counsel and conference with L. Huger regarding preparation of exhibit binders | 0.50 Hrs | 370/hr | $185.00 |
| 01/23/24 | KAMC | Prepare exhibit binders for 1/24 hearing | 0.40 Hrs | 370/hr | $148.00 |
| 01/23/24 | KAMC | Review amended agenda and update binders | 0.50 Hrs | 370/hr | $185.00 |
| 01/24/24 | AHSA | Attend confirmation hearing (4.0); call with C. Samis re: same (.3); review second amended agenda (.1); | 4.40 Hrs | 815/hr | $3,586.00 |
| 01/24/24 | KAMA | Prepare for and assist co-counsel re: participation in 1/24 confirmation hearing (.5); attend same (5.5) | 6.00 Hrs | 600/hr | $3,600.00 |
| 01/24/24 | KAMC | Assist counsel with hearing preparations | 1.00 Hrs | 370/hr | $370.00 |
| 01/24/24 | CMS | Participate in 1/24/24 hearing. | 6.00 Hrs | 1,035/hr | $6,210.00 |
| 01/24/24 | CMS | Finalizing preparations for 1/24/24 confirmation hearing, including review of late-filed revised documents. | 2.50 Hrs | 1,035/hr | $2,587.50 |
| 01/30/24 | AHSA | Review hearing notice; correspondence with PAC team re: same; | 0.10 Hrs | 815/hr | $81.50 |
| 01/31/24 | KAMC | Review Notice of Hearing, update calendar and email to counsel regarding same | 0.20 Hrs | 370/hr | $74.00 |
| | | **Total CH Court Appearances/Hearings** | **37.90** | | **$28,806.50** |

**Creditor Inquiries**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/04/24 | CMS | E-mails to L. Akkerman and others re: incoming creditor inquires. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total CI Creditor Inquiries** | **0.20** | | **$207.00** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/08/24 | CMS | Review amendment no. 6 to DIP. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/11/24 | AHSA | Review recent filings, including DIP amendment no. 6; | 0.10 Hrs | 815/hr | $81.50 |
| | | **Total CR Financing/Cash Collateral/DIP** | **0.70** | | **$702.50** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/04/24 | KAMA | Review and revise certification of counsel re: Jefferies retention application for filing | 0.30 Hrs | 600/hr | $180.00 |
| | | **Total EA Employment Applications/Objections** | **0.30** | | **$180.00** |

**Executory Contract and Leases**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/03/24 | AHSA | Review recent filings, including gingko | 0.20 Hrs | 815/hr | $163.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | rejection objection; | | | |
| 01/12/24 | CMS | Review motion to reject restricted stock unit agreements. | 0.70 Hrs | 1,035/hr | $724.50 |
| 01/29/24 | CMS | Review 6th omnibus rejection motion. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/29/24 | CMS | Review 7th omnibus rejection motion. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/30/24 | AHSA | Review recent filings, including contract rejection motion (x2) (.2), supplemental assumption notice (.1); | 0.30 Hrs | 815/hr | $244.50 |
| | | **Total EC Executory Contract and Leases** | **2.40** | | **$2,374.00** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/02/24 | CMS | E-mail to K. Morales re: CNOs for most recent round of committee professional fee applications. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/02/24 | KAMC | Draft CNO to White & Case Third Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 01/02/24 | KAMC | Draft CNO to FTI Second Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 01/03/24 | KAMC | Emails to/from S. Rizvi regarding CNO for FTI monthly fee application | 0.10 Hrs | 370/hr | $37.00 |
| 01/03/24 | CMS | E-mail to K. Morales re: next round of committee fee application CNOs. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/03/24 | SR | Review/revise CNO re W&C third monthly fee app (.1); review/revise CNO re FTI second monthly fee app (.1); emails with PAC team re same (.1); emails with W&C team re same (.1); review/revise CNO re PAC monthly fee app (.1). | 0.50 Hrs | 490/hr | $245.00 |
| 01/03/24 | KAMA | Emails with K. McCloskey re: certificates of no objection for fee applications (.2); emails with co-counsel re: same (.1) | 0.30 Hrs | 600/hr | $180.00 |
| 01/03/24 | KAMA | Emails with co-counsel re: interim fee order (.1); emails with C. Samis re: same (.1); emails with the court re: same (.1) | 0.30 Hrs | 600/hr | $180.00 |
| 01/03/24 | KAMA | Review and revise certification of counsel re: Jefferies interim fee application (.3); send same to Jefferies (.1); send same to UST (.1) | 0.50 Hrs | 600/hr | $300.00 |
| 01/03/24 | TAMT | Prep First Interim Fee Index | 0.50 Hrs | 345/hr | $172.50 |
| 01/03/24 | CMS | Review August 2023 to November 2023 Ankura staffing report. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/03/24 | KAMC | File CNO to FTI Second Monthly and forward to C. Samis | 0.30 Hrs | 370/hr | $111.00 |
| 01/04/24 | KAMA | Emails with co-counsel re: interim fee order (.1); emails with C. Samis re: same (.1) | 0.20 Hrs | 600/hr | $120.00 |
| 01/05/24 | KAMA | Emails with PAC team re: fee binder for court | 0.10 Hrs | 600/hr | $60.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/05/24 | KAMA | Call with C. Samis re: interim fee order | 0.10 Hrs | 600/hr | $60.00 |
| 01/05/24 | SR | Emails with W&C team re 1/9 hearing (.2); correspond with PAC team re same (.1). | 0.30 Hrs | 490/hr | $147.00 |
| 01/08/24 | CMS | Call w/ K. Morales re: interim committee professional fees. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/08/24 | KAMA | Call with court re: interim fee order (.1); email C. Samis re: same (.1) | 0.20 Hrs | 600/hr | $120.00 |
| 01/08/24 | KAMC | Emails to/from counsel regarding CNO to White & Case Third Monthly Fee Application | 0.10 Hrs | 370/hr | $37.00 |
| 01/08/24 | KAMC | Finalize and file CNO to White & Case 3rd Monthly Fee Application | 0.30 Hrs | 370/hr | $111.00 |
| 01/11/24 | KAMA | Emails with co-counsel re: interim fee order (.2); emails with PAC team re: same (.2); emails with the court re: same (.1) | 0.50 Hrs | 600/hr | $300.00 |
| 01/11/24 | CMS | E-mails to K. Morales and others re: interim fee order. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/11/24 | SR | Emails with chambers re interim fee applications for committee professionals; emails with W&C team re same; emails with PAC team re same. | 0.30 Hrs | 490/hr | $147.00 |
| 01/11/24 | AHSA | Correspondence with chambers and PAC team re: interim order; | 0.10 Hrs | 815/hr | $81.50 |
| 01/11/24 | KAMC | Emails to/from K. Morales regarding updated fee application order (.1); update COC and order (.2) | 0.30 Hrs | 370/hr | $111.00 |
| 01/11/24 | KAMC | Emails to/from counsel regarding Jefferies Interim Application order | 0.20 Hrs | 370/hr | $74.00 |
| 01/11/24 | CMS | E-mail to K. Morales re: revisions to first interim fee order. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/12/24 | KAMC | Emails to/from K. Morales regarding COC Regarding Revised Omnibus Order (.1); finalize and file same and upload revised order (.3); email to Chambers with same (.1); retrieve order and forward to counsel (.1) | 0.60 Hrs | 370/hr | $222.00 |
| 01/12/24 | AHSA | Correspondence with PAC team re: interim fee order; | 0.10 Hrs | 815/hr | $81.50 |
| 01/12/24 | CMS | E-mails to S. Golden, A. Stulman and others re: pending fee applications. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/12/24 | KAMA | Review and revise certificaion of counsel and order re: interim fee order (.3); emails with PAC team re: same (.3); emails with the court re: same (.1) | 0.70 Hrs | 600/hr | $420.00 |
| 01/16/24 | SR | Review/revise FTI fee application (.6); emails with W&C team re same (.1); emails with PAC team re same (.1); finalize the same (.2). | 1.00 Hrs | 490/hr | $490.00 |
| 01/16/24 | CMS | Review/revise 3rd monthly FTI fee | 0.40 Hrs | 1,035/hr | $414.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | application. | | | |
| 01/16/24 | KAMC | Emails to/from S. Rizvi regarding FTI fee application (.2); draft Notice and COS (.1); prepare/finalize fee application, notice and COS (.4); file and serve same (.4) | 1.10 Hrs | 370/hr | $407.00 |
| 01/17/24 | KAMC | Update calendar with FTI fee application dates | 0.10 Hrs | 370/hr | $37.00 |
| 01/19/24 | KAMC | Emails to/from K. Morales regaring White & Case fee application (.2); draft Notice (.2); finalize, file and serve (.5) | 0.90 Hrs | 370/hr | $333.00 |
| 01/19/24 | KAMA | Emails with PAC team re: W&C monthly fee application (.2); emails with W&C re: same (.1); review and revise same for filing (.6) | 0.90 Hrs | 600/hr | $540.00 |
| 01/19/24 | AHSA | Correspondence with co-counsel and PAC team re: W&C fee app (.1); review same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 01/19/24 | CMS | E-mails to S. Golden re: follow-up on first committee professional interim fee order. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/20/24 | CMS | Review/revise W&C 4th monthly fee application. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 01/22/24 | CMS | Review Ankura December 2023 staffing report. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/22/24 | CMS | Review 4th monthly PWC fee application. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 01/22/24 | KAMC | Update calendar with objection deadline to White & Case 4th Monthly Fee Application | 0.10 Hrs | 370/hr | $37.00 |
| 01/24/24 | CMS | E-mail to M. Prestera re: interim fees. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/31/24 | SR | Review/revise CNO re FTI third monthly fee application (.3); emails with FTI and W&C team re same (.1); emails with PAC team re same (.2). | 0.60 Hrs | 490/hr | $294.00 |
| 01/31/24 | TAMT | File Amyris-FTI Third Monthly Fee Application CNO | 0.30 Hrs | 345/hr | $103.50 |
| | | **Total FA Fee Applications/Objections** | **16.80** | | **$10,631.00** |

**Fee Applications (Potter Anderson & corroon's)**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/02/24 | KAMC | Draft CNO to PAC Third Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 01/03/24 | KAMC | Emails to/from S. Rizvi regarding CNO for PAC monthly fee application | 0.10 Hrs | 370/hr | $37.00 |
| 01/03/24 | KAMC | File CNO to PAC Third Fee Application and forward to C. Samis | 0.30 Hrs | 370/hr | $111.00 |
| 01/05/24 | AHSA | Review/revise December fee detail for compliance with local rules; | 0.40 Hrs | 815/hr | $326.00 |
| 01/11/24 | KAMC | Draft PAC 4th Monthly Fee Application | 0.70 Hrs | 370/hr | $259.00 |
| 01/22/24 | SR | Review/revise PAC's 4th monthly fee application (.7); review/revise notice re same (.1); emails with PAC team re same (.2); finalize same for filing (.2). | 1.20 Hrs | 490/hr | $588.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/22/24 | KAMC | Emails to/from S. Rizvi regarding PAC Monthly Fee Application (.2); update/revise same (.4); finalize, file and serve same (.4) | 1.00 Hrs | 370/hr | $370.00 |
| | | **Total FP Fee Applications (Potter Anderson & corroon's)** | **3.90** | | **$1,765.00** |

**Claims Administration and Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/11/24 | AHSA | Review recent filings, including lavvan reply in support of motion to estimate (.3), debtors reply in support of objection to lavvan claims (.4); | 0.70 Hrs | 815/hr | $570.50 |
| 01/12/24 | KAMA | Conduct research re: 3018 motion | 2.00 Hrs | 600/hr | $1,200.00 |
| 01/29/24 | CMS | Review Kleveland confirmation objection. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total PC Claims Administration and Objections** | **2.90** | | **$1,977.50** |

**Plan & Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/03/24 | CMS | Review voting tabulation report. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/08/24 | CMS | Review Lavaan 3018 motion and related motion to shorten. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/08/24 | CMS | Review updated voting tabulation report. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/10/24 | CMS | Review plan supplement. | 2.50 Hrs | 1,035/hr | $2,587.50 |
| 01/10/24 | CMS | Review updated vote tabulation report. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/11/24 | AHSA | Correspondence with co-counsel and PAC team re: 3018 research/objection (.1); review recent filings, including lavvan 3018 motion (.5), lavvan motion to shorten re: 3018 motion (.2), lavvan letter re: plan discovery disputes x2 (.5), debtors response letter re: discovery dispute (.3), plan supplement (1.6), debtors objection to confirmation deposition notice of lavvan (.3); | 3.50 Hrs | 815/hr | $2,852.50 |
| 01/11/24 | KAMA | Emails with co-counsel re: objection to 3018 motion (.1); emails with PAC team re: same (.2) | 0.30 Hrs | 600/hr | $180.00 |
| 01/11/24 | CMS | E-mails to K. Morales and others re: 3018 research. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/11/24 | CMS | Review 3018 research. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/11/24 | CMS | E-mails to A. Stulman re: plan administration. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/12/24 | CMS | Review updated tabulation report. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/12/24 | CMS | E-mail to K. Morales re: 3018 research. | 0.10 Hrs | 1,035/hr | $103.50 |
| 01/13/24 | AHSA | Correspondence with PAC team re: 3018 research; | 0.20 Hrs | 815/hr | $163.00 |
| 01/17/24 | CMS | Review updated voting tabulation report. | 0.20 Hrs | 1,035/hr | $207.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/17/24 | KAMA | Emails with co-counsel re: 3018 motion | 0.10 Hrs | 600/hr | $60.00 |
| 01/18/24 | SR | Conduct research re plan releases (x2)(3.0); emails with K Morales re same (.1); emails with W&C team re same (.2); emails with PAC team re same (.1); multiple emails with W&C re transcripts for the same (.1). | 3.50 Hrs | 490/hr | $1,715.00 |
| 01/18/24 | KAMA | Emails with PAC and W&C re: opt-outs | 0.40 Hrs | 600/hr | $240.00 |
| 01/18/24 | CMS | Review Roth confirmation objection. | 0.50 Hrs | 1,035/hr | $517.50 |
| 01/18/24 | CMS | Review UST confirmation objection. | 0.40 Hrs | 1,035/hr | $414.00 |
| 01/18/24 | CMS | Prepare for 1/18/24 hearing, including review of revised confirmation order, and confirmation exhibits. | 0.90 Hrs | 1,035/hr | $931.50 |
| 01/18/24 | CMS | Review updated tabulation report and notes. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/19/24 | AHSA | Correspondence with co-counsel and PAC team re: statement and declaration re: plan (.1); review recent filings, including SEC objection (.3), shareholder objection (.4), UST objection (.4), disruptional ROR (.1), Clerkenwell objection (.3), Lexon objection (.2), Melo objection (.1); | 1.90 Hrs | 815/hr | $1,548.50 |
| 01/19/24 | CMS | Review updated tabulation report. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/19/24 | CMS | Review Clerkenwell objection to plan. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/20/24 | KAMA | Emails with co-counsel re: statement in support of plan | 0.10 Hrs | 600/hr | $60.00 |
| 01/21/24 | AHSA | Correspondence with co-counsel and PAC team re: confirmation statement; | 0.10 Hrs | 815/hr | $81.50 |
| 01/22/24 | AHSA | Correspondence with co-counsel and PAC team re: statement and declaration (.3); review/analyze same (.8); review recent filings, including Givaudian objection (.3), redline of plan third amended (1.2), proposed confirmation order (1.5); | 4.10 Hrs | 815/hr | $3,341.50 |
| 01/22/24 | SR | Review/revise Committee's statement ISO plan confirmation (x3)(1.5); review/revise FTI declaration ISO of Committee's statement (.7); multiple emails with W&C team re same (.2); emails with PAC team re same (.2). | 2.60 Hrs | 490/hr | $1,274.00 |
| 01/22/24 | SR | Prepare re 1/24 hearing (.4); multiple emails with W&C team re same (.2); emails with PAC team re same (.2); multiple emails with W&C team re witness list for 1/24 hearing (.3). | 1.10 Hrs | 490/hr | $539.00 |
| 01/22/24 | KAMA | Emails with W&C re: filings in support of confirmation of the plan (.5) confer with K. McCloskey re: service of same (.2); review | 1.20 Hrs | 600/hr | $720.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | and revise same for filing (.5) | | | |
| 01/22/24 | CMS | Review Givaudan confirmation objection. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/22/24 | KAMC | Multiple emails to/from counsel regarding filing of Statement and Declaration regarding Plan (.4); revise, finalize, file and serve same (.8) | 1.20 Hrs | 370/hr | $444.00 |
| 01/22/24 | KAMC | Emails to/from counsel and Reliable regarding service of Statement and Declaration | 0.30 Hrs | 370/hr | $111.00 |
| 01/22/24 | CMS | Review/revise statement in support of confirmation. | 1.30 Hrs | 1,035/hr | $1,345.50 |
| 01/22/24 | CMS | Review Debtors' omnibus reply to confirmation objections. | 1.70 Hrs | 1,035/hr | $1,759.50 |
| 01/22/24 | CMS | Review committee exhibit and witness list for confirmation. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/22/24 | CMS | Review revised plan supplement. | 1.40 Hrs | 1,035/hr | $1,449.00 |
| 01/23/24 | AHSA | Review recent filings, including debtors declarations in support Keiftenbeld (.2), Gund (.4), Orelowitz (.3), Merola (.1), Wright (.1), and Fleming (.2); review debtors brief in support of confirmation (.5), foris brief in support (.8), debtors reply in support (1.4); review recent filings, including first amended plan supplement (.5), redline of modified third amended plan (.5), redline of proposed revised confirmation order (.4), supplemental Gund declaration (.1); | 5.50 Hrs | 815/hr | $4,482.50 |
| 01/23/24 | CMS | Review Foris brief in support of confirmation. | 1.50 Hrs | 1,035/hr | $1,552.50 |
| 01/23/24 | CMS | Review Debtors' brief in support of confirmation. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 01/23/24 | CMS | Review Hu Declaration in support of confirmation. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/23/24 | CMS | Review Wright declaration in support of confirmation. | 0.30 Hrs | 1,035/hr | $310.50 |
| 01/23/24 | CMS | Review Fleming declaration in support of confirmation. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/23/24 | CMS | Review third amended plan. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 01/23/24 | CMS | Review Gund declaration in support of confirmation. | 0.60 Hrs | 1,035/hr | $621.00 |
| 01/23/24 | CMS | Review Merola declaration in support of confirmation. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/23/24 | CMS | Review Orelowitz declaration in support of confirmation. | 0.80 Hrs | 1,035/hr | $828.00 |
| 01/23/24 | CMS | Review proposed confirmation order. | 1.40 Hrs | 1,035/hr | $1,449.00 |
| 01/23/24 | CMS | Review Keiftenbeld declaration in support of confirmation. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/24/24 | CMS | E-mail to K. Morales re: updating release | 0.10 Hrs | 1,035/hr | $103.50 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | memo. | | | |
| 01/24/24 | AHSA | Review recent filings, including Givaudian settlement term sheet (.4), Lavvan settlement agreement (.3); | 0.70 Hrs | 815/hr | $570.50 |
| 01/24/24 | SR | Attend confirmation hearing (2.5); emails with W&C team re same (.2). | 2.70 Hrs | 490/hr | $1,323.00 |
| 01/25/24 | CMS | Update third party release and exculpation memo with facts and analysis from Amryis and Proterra. | 1.00 Hrs | 1,035/hr | $1,035.00 |
| 01/30/24 | AHSA | Review late filed confirmation objection; | 0.10 Hrs | 815/hr | $81.50 |
| | | **Total PL Plan & Disclosure Statement** | **52.70** | | **$43,696.00** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/04/24 | CMS | Review notice of MenloLabs sale closing. | 0.20 Hrs | 1,035/hr | $207.00 |
| 01/09/24 | CMS | Review notice of closing Stripes sale. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total SA Asset Disposition/Use, Sale** | **0.40** | | **$414.00** |
| | | **Total** | | | **$94,837.50** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Christopher M. Samis | 49.00 Hrs | 1,035.00/hr | $50,715.00 |
| Aaron H. Stulman | 25.00 Hrs | 815.00/hr | $20,375.00 |
| Katelin A. Morales | 16.10 Hrs | 600.00/hr | $9,660.00 |
| Sameen Rizvi | 14.20 Hrs | 490.00/hr | $6,958.00 |
| Lauren C. Huber | 1.90 Hrs | 345.00/hr | $655.50 |
| Kristin A. McCloskey | 14.70 Hrs | 370.00/hr | $5,439.00 |
| Theresa A. Mistretta | 3.00 Hrs | 345.00/hr | $1,035.00 |
| | 123.90 Hrs | | $94,837.50 |

| Project Category | Hours | Amount |
|---|---|---|
| Asset analysis and Recovery (AA) | 0.70 | $724.50 |
| Asset Disposition/Use, Sale (SA) | 0.40 | $414.00 |
| Case Administration (CA) | 3.70 | $2,124.50 |
| Claims Administration and Objections (PC) | 2.90 | $1,977.50 |
| Court Appearances/Hearings (CH) | 37.90 | $28,806.50 |
| Creditor Inquiries (CI) | 0.20 | $207.00 |
| Employment Applications/Objections (EA) | 0.30 | $180.00 |
| Executory Contract and Leases (EC) | 2.40 | $2,374.00 |
| Fee Applications (Potter Anderson & corroon's) (FP) | 3.90 | $1,765.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Project Category | Hours | Amount |
|---|---:|---:|
| Fee Applications/Objections (FA) | 16.80 | $10,631.00 |
| Financing/Cash Collateral/DIP (CR) | 0.70 | $702.50 |
| Litigation/Adversary Proceedings (AP) | 1.30 | $1,235.00 |
| Plan & Disclosure Statement (PL) | 52.70 | $43,696.00 |
| **Total** | **123.90** | **$94,837.50** |

CMS