# EXHIBIT B

11320263v.2

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

# DISBURSEMENTS

Through January 31, 2024

| | | |
|---|---|---:|
| 1419 | VENDOR: Christopher M. Samis INVOICE#: 6451960602011637 DATE: 2/1/2024<br>Christopher Samis Lunch Lunch for 8 at Chelsea Tavern after Amyris Confirmation Hearing | 205.40 |
| 1419 | VENDOR: WELLS FARGO BANK N.A. INVOICE#: 6445537401301553 DATE: 1/30/2024<br>Credit CardAdministration Breakfast Breakfast for 8 for 1/24 Confirmation Hearing Prep - Panera Bread | 184.32 |
| | **Total Meals** | **$389.72** |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| | | |
|---|---|---:|
| 1464 | Q4 2023 Pacer Electronic Records | 0.70 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.80 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.60 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| | | |
|---|---|---:|
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.80 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.80 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 2.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.70 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.80 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.60 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 2.10 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| | | |
|---|---|---:|
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.40 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.10 |
| 1464 | Q4 2023 Pacer Electronic Records | 3.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 1.00 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.80 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.20 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.30 |
| 1464 | Q4 2023 Pacer Electronic Records | 0.50 |
| | **Total Pacer Electronic Filings** | **$222.80** |
| 1487 | Courtlink Efile Alerts December 2023 | 20.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

|  | | |
|---|---|---:|
| | **Total Court E-Filing** | **$20.00** |
| 401A | VENDOR: DLS Discovery, LLC INVOICE#: 181602 DATE: 9/30/2023<br>DLS Discovery, LLC Copying and Mailing Services | 558.07 |
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL114548 DATE: 1/8/2024<br>Reliable Wilmington Courier Services | 7.50 |
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL114775 DATE: 1/23/2024<br>Reliable Wilmington Mail Out Services | 425.34 |
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL114778 DATE: 1/24/2024<br>Reliable Wilmington Digital Printing and Binding | 1164.92 |
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL114782 DATE: 1/24/2024<br>Reliable Wilmington Courier Services | 7.50 |
| 401A | VENDOR: Reliable Wilmington INVOICE#: WL114799 DATE: 1/25/2024<br>Reliable Wilmington Set-up and Breakdown | 100.00 |
| | **Total Outside Copying Services** | **$2,263.33** |
| | Total Disbursements | $2,895.85 |