IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br>Case No. 23-11131 (TMH)<br>(Jointly Administered)<br><br>Re. Dkt. No. 1251 |

## NOTICE OF APPEAL

Andrew E. Roth ("Appellant"), by and through undersigned counsel, hereby submits this Notice of Appeal to pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure.

**Part 1: Identity of the Appellant**

1. Name of the Appellant: Andrew E. Roth

2. Position of the Appellant in the bankruptcy case that is the subject of this appeal: Appellant is a shareholder of debtor Amyris, Inc.

**Part 2: Identity of the Subject of this Appeal**

1. Appellant hereby appeals the *ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF AMYRIS, INC. AND ITS AFFILIATED DEBTORS* (the "Confirmation Order") [Dkt No. 1251]. Appellant specifically appeals the ruling regarding the "*Objection of Andrew E. Roth, an Amyris Shareholder, to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization* [Docket No. 1152]" ("Roth Objection")

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

contained in paragraph 8 of the Confirmation Order and other matters related to the Roth Objection. A copy of the Confirmation Order is attached here as **Exhibit A**.

2. The Confirmation Order was entered on February 7, 2024.

**Part 3:  Identity of the Other Parties to this Appeal**

| 1 | Debtors (Amyris, Inc., AB Technologies LLC, Amyris-Olika, LLC, Amyris Clean Beauty, Inc., Amyris Fuels, LLC, Aprinnova, LLC, Adno Shell, Inc. (f/k/a Onda Beauty, Inc.), Upland 1 LLC, Clean Beauty Collaborative, Inc., Clean Beauty 4U LLC, Clean Beauty 4U Holdings, LLC) | Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Tel. No. (302) 652-4100<br>Fax No. (302) 652-4400<br>James E. O'Neill (joneill@pszjlaw.com)<br>Steven W. Golden (sgolden@pszjlaw.com) |
|---|---|---|
| 2 | Foris Prepetition Secured Lenders and the DIP Secured Parties | Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel. No. (212) 813-8800<br>Fax. No. (212) 355-3333<br>Michael H. Goldstein (mgoldstein@goodwinlaw.com)<br>Alexander J. Nicas (anicas@goodwinlaw.com)<br>Debora A. Hoehne (dhoehne@goodwinlaw.com)<br><br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100, 1313 N. Market Street<br>Wilmington, DE 19899<br>Tel. No. (302) 777-6565<br>Fax. No. (302) 421-8390<br>David M. Fournier (david.fournier@troutman.com)<br>Kenneth A. Listwak (ken.listwak@troutman.com) |
| 3 | Committee of Unsecured Creditors | White & Case LLP<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Tel. No. (312) 881-5400<br>Fax. No. (312) 881-5450<br>Gregory Pesce, (gregory.pesce@whitecase.com)<br>Andrew O'Neill, (aoneill@whitecase.com) |

| | | |
|---|---|---|
| | | John Ramirez, (john.ramirez@whitecase.com)<br>Andrea Kropp, (andrea.kropp@whitecase.com)<br><br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801<br>Tel. No. (302) 984-6000<br>Fax. No. (302) 658-1192<br>Christopher M. Samis, (csamis@potteranderson.com)<br>Katelin A. Morales, (kmorales@potteranderson.com)<br>Sameen Rizvi (srizvi@potteranderson.com) |
| 4 | Office of the U.S. Trustee | Office of the U.S. Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, Delaware, 19801<br>Tel. No. (302) 573-6491<br>Fax. No. (302) 573-6497<br>John Schanne, Esq. (John.Schanne@usdoj.gov) |

Dated: February 21, 2024
      Wilmington, Delaware

                                       /s/ P. Bradford deLeeuw
                                      P. Bradford deLeeuw (DE No. 3569)
                                      **deLeeuw Law LLC**
                                        1301 Walnut Green Road
                                        Wilmington, DE 19807
                                        Phone: (302) 274-2180
                                        Email: brad@deleeuwlaw.com

OF COUNSEL:

Glenn F. Ostrager (*admitted pro hac vice*)
Joshua S. Broitman (*admitted pro hac vice*)
**Ostrager Chong Flaherty & Broitman P.C.**
437 Madison Avenue, 24th Floor
New York, NY 10022-7034
Phone: (212) 702-7041
Email: gostrager@ocfblaw.com
jbroitman@ocfblaw.com


                                        *Counsel for Andrew E. Roth*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2024, a true and correct copy of the foregoing Notice of Appeal was furnished to all ECF Participants via the CM/ECF system.

      /s/ Brad deLeeuw
Brad deLeeuw (DE No. 3569)
**deLeeuw Law LLC**
1301 Walnut Green Road
Wilmington, DE 19807
Phone: (302) 274-2180
Email: brad@deleeuwlaw.com

Glenn F. Ostrager (*admitted pro hac vice*)
Joshua S. Broitman (*admitted pro hac vice*)
**Ostrager Chong Flaherty & Broitman P.C.**
437 Madison Avenue, 24th Floor
New York, NY 10022-7034
Phone: (212) 702-7041
Email: gostrager@ocfblaw.com
        jbroitman@ocfblaw.com