**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 6, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF FOURTH MONTHLY FEE APPLICATION OF FTI
CONSULTING, INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Fourth Monthly Application of FTI Consulting, Inc. for Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from December 1, 2023 through December 31, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **March 6, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the undersigned proposed attorneys for the Committee.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

IMPAC 11345316v.1

served upon and received by the following Application Recipients: (1) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill (joneill@pszjlaw.com), and Jason H. Rosell (jrosell@pszjlaw.com); (2) counsel to the DIP Lenders, DIP Agent and the Foris Prepetition Secured Lenders, (a) Goodwin Proctor LLP, 620 Eighth Avenue, The New York Times Buildings, New York, NY 1008, Attn Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas (anicas@goodwinlaw.com), Artem Skorostensky (askorostensky@goodwinlaw.com); and Sari Rosenfeld (srosenfeld@goodwinlaw.com) and (b) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 North Market Street, Wilmington, DE 19899, Attn: David M. Fournier (David.fournier@troutman.com) and Kenneth A. Listwalk (ken.listwalk@troutman.com); (3) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: John Schanne, Esq. (john.schanneusdoj.gov); and (4) counsel to the Committee, (a) White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Gregory F. Pesce (Gregory.pesce@whitecase.com) and Andrew F. O'Neill (aoneill@whitecase.com), (b) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John Ramirez (john.ramirez@whitecase.com) and (c) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, Attn: Christopher M. Samis (csamis@potteranderson.com) and Kaitlin A. Morales (kmorales@potteranderson.com).

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 279], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED

FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 21, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
Katelin A. Morales (No. 6683)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

-and-

Gregory F. Pesce, Esq.
Andrew F. O'Neill, Esq.
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gpesce@whitecase.com
aoneill@whitecase.com

-and-

John Ramirez, Esq.
Andrea Kropp, Esq.
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: john.ramirez@whitecase.com
andrea.kropp@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*

IMPAC 11345316v.1