**EXHIBIT A**

**EXHIBIT A**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Michael Katzenstein | Senior Managing Director | $ 1,495 | 46.7 | $69,816.50 |
| Clifford Zucker | Senior Managing Director | 1,390 | 11.6 | 16,124.00 |
| Sean Gumbs | Senior Managing Director | 1,390 | 5.6 | 7,784.00 |
| Elizabeth Hu | Senior Managing Director | 1,180 | 18.8 | 22,184.00 |
| Megan Hyland | Managing Director | 1,110 | 10.2 | 11,322.00 |
| Monica Healy | Senior Consultant | 790 | 22.6 | 17,854.00 |
| Alysen Garces | Consultant | 555 | 15.4 | 8,547.00 |
| Olivia Mandella | Consultant | 495 | 2.7 | 1,336.50 |
| **GRAND TOTAL** | | | **133.6** | **$154,968.00** |

**EXHIBIT B**

**EXHIBIT B**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 2.0 | $1,026.00 |
| 2 | Cash & Liquidity Analysis | 18.4 | 13,386.00 |
| 6 | Asset Sales | 13.1 | 16,707.50 |
| 9 | Analysis of Employee Compensation Programs | 4.1 | 5,000.00 |
| 11 | Prepare for and Attendance at Court Hearings | 8.0 | 9,338.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 0.3 | 354.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 65.9 | 83,836.00 |
| 19 | Case Management | 2.9 | 3,172.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 2.0 | 2,906.00 |
| 21 | General Meetings with Committee & Committee Counsel | 4.9 | 6,653.50 |
| 22 | Meetings with Other Parties | 3.2 | 4,168.00 |
| 24 | Preparation of Fee Application | 8.8 | 8,420.50 |
| | **GRAND TOTAL** | **133.6** | **$154,968.00** |

**EXHIBIT C**

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/4/2023 | Alysen Garces | 0.3 | Review diligence files in the dataroom as of 12/4/23 and provide update to team. |
| 1 | 12/5/2023 | Alysen Garces | 0.3 | Review diligence files in the dataroom as of 12/5/23 and provide update to team. |
| 1 | 12/8/2023 | Olivia Mandella | 0.4 | Compose daily update of docket entries, filings, and press for Amyris as of 12/8/23. |
| 1 | 12/11/2023 | Olivia Mandella | 0.3 | Compose daily update of docket entries, filings, and press for Amyris as of 12/11/23. |
| 1 | 12/18/2023 | Olivia Mandella | 0.5 | Compose daily update of docket entries, filings, and press for Amyris as of 12/18/23. |
| 1 | 12/19/2023 | Olivia Mandella | 0.2 | Compose daily update of docket entries, filings, and press for Amyris as of 12/19/23. |
| **1 Total** | | | **2.0** | |
| 2 | 12/4/2023 | Alysen Garces | 2.2 | Prepare presentation for the UCC re: liquidity update. |
| 2 | 12/5/2023 | Monica Healy | 1.4 | Review and analyze revised cash flow budget. |
| 2 | 12/5/2023 | Megan Hyland | 0.4 | Review discussion materials for UCC re: liquidity update. |
| 2 | 12/6/2023 | Clifford Zucker | 0.5 | Review and analyze revised cash flow budget. |
| 2 | 12/7/2023 | Alysen Garces | 1.7 | Prepare presentation for the UCC re: liquidity update. |
| 2 | 12/7/2023 | Monica Healy | 1.1 | Review liquidity update and incorporate comments. |
| 2 | 12/11/2023 | Clifford Zucker | 0.4 | Review comments to presentation to UCC re: liquidity. |
| 2 | 12/11/2023 | Elizabeth Hu | 0.2 | Correspond with Debtors' financial advisor re: UCC budget. |
| 2 | 12/11/2023 | Elizabeth Hu | 0.3 | Review liquidity slides for upcoming UCC call. |
| 2 | 12/11/2023 | Megan Hyland | 0.2 | Review cash flow budget and professional fee budget. |
| 2 | 12/11/2023 | Sean Gumbs | 0.3 | Correspond with team re: amended DIP budget assumptions. |
| 2 | 12/12/2023 | Elizabeth Hu | 0.3 | Review latest budget to actual liquidity results. |
| 2 | 12/12/2023 | Alysen Garces | 2.5 | Prepare presentation for the UCC re: updated cash flow budget. |
| 2 | 12/14/2023 | Alysen Garces | 0.6 | Prepare presentation for the UCC re: liquidity update. |
| 2 | 12/15/2023 | Alysen Garces | 2.9 | Prepare presentation for the UCC re: liquidity update. |
| 2 | 12/19/2023 | Clifford Zucker | 0.5 | Review comments to liquidity update to UCC. |
| 2 | 12/20/2023 | Sean Gumbs | 0.4 | Review UCC presentation and updates re: liquidity. |
| 2 | 12/22/2023 | Alysen Garces | 1.4 | Prepare presentation for the UCC re: liquidity update. |
| 2 | 12/28/2023 | Alysen Garces | 1.1 | Prepare presentation for the UCC re: updated cash flow budget. |
| **2 Total** | | | **18.4** | |
| 6 | 12/1/2023 | Megan Hyland | 1.1 | Attend (virtually) auction of Pipette, MenoLabs, and Tia (partial). |
| 6 | 12/1/2023 | Monica Healy | 1.4 | Attend (virtually) auction of Pipette, MenoLabs, and Tia (partial). |
| 6 | 12/6/2023 | Michael Katzenstein | 0.3 | Participate in call with Debtors' advisors re: sale process update. |
| 6 | 12/6/2023 | Megan Hyland | 0.3 | Participate in call with Debtors' advisors re: sale process update. |
| 6 | 12/6/2023 | Megan Hyland | 0.2 | Provide update to team on sale process. |
| 6 | 12/6/2023 | Michael Katzenstein | 0.9 | Review sale process developments. |
| 6 | 12/8/2023 | Michael Katzenstein | 0.5 | Assess status of sale process. |
| 6 | 12/11/2023 | Michael Katzenstein | 0.8 | Review sale procedures for research and development division. |
| 6 | 12/12/2023 | Elizabeth Hu | 0.3 | Participate in call with UCC advisors re: Lab to Market bid procedures. |
| 6 | 12/12/2023 | Michael Katzenstein | 0.3 | Participate in call with UCC advisors re: Lab to Market bid procedures. |
| 6 | 12/12/2023 | Michael Katzenstein | 0.4 | Participate in call with Counsel and Jefferies re: bid procedures. |
| 6 | 12/12/2023 | Elizabeth Hu | 0.3 | Review bid procedures motion re: Lab to Market assets. |
| 6 | 12/13/2023 | Elizabeth Hu | 0.2 | Review latest bid update from Debtors in preparation for auction. |
| 6 | 12/13/2023 | Michael Katzenstein | 1.8 | Attend Rose and other brand sale auctions. |
| 6 | 12/13/2023 | Elizabeth Hu | 2.0 | Attend JVN/Rose/Stripes auction. |
| 6 | 12/16/2023 | Michael Katzenstein | 0.4 | Correspond with UCC advisors re: brand sale analyses. |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/17/2023 | Elizabeth Hu | 0.2 | Follow up on potential preference exposure on certain brands being sold. |
| 6 | 12/18/2023 | Michael Katzenstein | 0.4 | Review and correspond re: sale process. |
| 6 | 12/18/2023 | Elizabeth Hu | 0.8 | Review and follow up on mutual release language in the Stripes APA. |
| 6 | 12/27/2023 | Megan Hyland | 0.2 | Participate in call with Debtors' advisors re: sale process update. |
| 6 | 12/27/2023 | Michael Katzenstein | 0.3 | Review Debtors sale process marketing tracker. |
| **6 Total** | | | **13.1** | |
| 9 | 12/7/2023 | Megan Hyland | 0.3 | Participate in call with Debtors' advisors re: KEIP (partial). |
| 9 | 12/7/2023 | Monica Healy | 0.5 | Participate in call with PWC re: proposed modified KEIP. |
| 9 | 12/7/2023 | Elizabeth Hu | 0.5 | Participate in call with PWC re: proposed modified KEIP. |
| 9 | 12/7/2023 | Elizabeth Hu | 0.2 | Correspond with UCC advisors re: KEIP. |
| 9 | 12/11/2023 | Clifford Zucker | 0.5 | Review and analyze KEIP revisions. |
| 9 | 12/11/2023 | Elizabeth Hu | 0.5 | Review KEIP materials provided by Debtors' financial advisor. |
| 9 | 12/20/2023 | Michael Katzenstein | 0.6 | Assess latest KEIP terms. |
| 9 | 12/20/2023 | Clifford Zucker | 0.4 | Review and analyze modified KEIP terms. |
| 9 | 12/20/2023 | Elizabeth Hu | 0.6 | Review the filed KEIP motion exhibits. |
| **9 Total** | | | **4.1** | |
| 11 | 12/4/2023 | Elizabeth Hu | 0.5 | Attend status conference (partial). |
| 11 | 12/4/2023 | Megan Hyland | 0.7 | Attend status conference (partial). |
| 11 | 12/4/2023 | Michael Katzenstein | 0.7 | Attend status conference (partial). |
| 11 | 12/7/2023 | Michael Katzenstein | 1.1 | Attend status conference and correspond re: follow ups. |
| 11 | 12/12/2023 | Elizabeth Hu | 1.0 | Attend disclosure statement hearing (partial). |
| 11 | 12/12/2023 | Alysen Garces | 2.0 | Attend hearing re: sale and disclosure statement and provide summary to team. |
| 11 | 12/12/2023 | Michael Katzenstein | 2.0 | Attend disclosure statement hearing. |
| **11 Total** | | | **8.0** | |
| 14 | 12/11/2023 | Elizabeth Hu | 0.3 | Correspond with Counsel re: claims impact from certain consumer brand APA. |
| **14 Total** | | | **0.3** | |
| 16 | 12/1/2023 | Michael Katzenstein | 1.4 | Analyze revised plan materials and correspond with relevant parties. |
| 16 | 12/1/2023 | Michael Katzenstein | 2.4 | Assess strategy and correspond with UCC and AGH advisors re: plan negotiations. |
| 16 | 12/2/2023 | Michael Katzenstein | 0.8 | Review plan filings and correspond with relevant partis. |
| 16 | 12/2/2023 | Michael Katzenstein | 3.5 | Analyze plan materials and participate in ongoing plan negotiations with Debtors and AGH advisors. |
| 16 | 12/3/2023 | Megan Hyland | 0.6 | Participate in call with Debtors' advisors re: plan negotiations. |
| 16 | 12/3/2023 | Michael Katzenstein | 0.6 | Participate in call with Debtors' advisors re: plan negotiations. |
| 16 | 12/3/2023 | Sean Gumbs | 0.3 | Correspond with FTI re: plan proposal negotiations. |
| 16 | 12/3/2023 | Michael Katzenstein | 2.5 | Analyze plan proposals and correspond with Debtors, AGH, and UCC advisors. |
| 16 | 12/3/2023 | Michael Katzenstein | 2.9 | Participate in ongoing plan negotiations with Debtors and AGH advisors. |
| 16 | 12/4/2023 | Clifford Zucker | 0.5 | Review and analyze creditor recovery sensitivity. |
| 16 | 12/4/2023 | Michael Katzenstein | 0.3 | Participate in call with Debtors' counsel in advance of status conference. |
| 16 | 12/4/2023 | Michael Katzenstein | 0.5 | Participate in call with Debtors re: recovery estimates. |
| 16 | 12/4/2023 | Monica Healy | 0.5 | Participate in call with Debtors re: recovery estimates. |
| 16 | 12/4/2023 | Elizabeth Hu | 0.5 | Participate in call with Debtors re: recovery estimates. |
| 16 | 12/4/2023 | Megan Hyland | 0.3 | Review update on plan negotiations. |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/4/2023 | Clifford Zucker | 0.4 | Review and analyze plan documents. |
| 16 | 12/4/2023 | Clifford Zucker | 0.4 | Review comments to red line plan. |
| 16 | 12/4/2023 | Sean Gumbs | 0.3 | Respond to UCC member inquiries re: plan proposal estimated recoveries. |
| 16 | 12/4/2023 | Clifford Zucker | 0.6 | Review and analyze illustrative recovery analysis. |
| 16 | 12/4/2023 | Elizabeth Hu | 0.6 | Address UCC questions on the proposed settlement. |
| 16 | 12/4/2023 | Elizabeth Hu | 0.6 | Provide comments on slides to memorialize the final settlement. |
| 16 | 12/4/2023 | Michael Katzenstein | 0.9 | Assess status of plan negotiations and correspond with counterparties. |
| 16 | 12/5/2023 | Michael Katzenstein | 0.5 | Participate in call with Counsel re: plan and budget matters. |
| 16 | 12/5/2023 | Michael Katzenstein | 0.7 | Assess plan matters and correspond with AGH and UCC advisors. |
| 16 | 12/5/2023 | Elizabeth Hu | 0.3 | Review updated slides to memorialize the final settlement. |
| 16 | 12/5/2023 | Sean Gumbs | 0.3 | Review and provide comments re: UCC presentation on final settlement. |
| 16 | 12/5/2023 | Sean Gumbs | 0.4 | Review notes to liquidation analysis re: plan filings. |
| 16 | 12/5/2023 | Clifford Zucker | 0.5 | Review comments to presentation to UCC re: final settlement. |
| 16 | 12/5/2023 | Clifford Zucker | 0.5 | Review comments to liquidation analysis in plan filings. |
| 16 | 12/5/2023 | Michael Katzenstein | 1.5 | Review and prepare comments on plan matters and term sheet. |
| 16 | 12/6/2023 | Elizabeth Hu | 0.4 | Participate in call with PWC to walk through creditor recovery estimates. |
| 16 | 12/6/2023 | Monica Healy | 0.4 | Participate in call with PWC to walk through creditor recovery estimates. |
| 16 | 12/6/2023 | Elizabeth Hu | 0.3 | Participate in call with advisors to walk through comments to the plan/DS (partial). |
| 16 | 12/6/2023 | Michael Katzenstein | 1.2 | Participate in call with Debtors' advisors re: disclosure statement. |
| 16 | 12/6/2023 | Megan Hyland | 1.2 | Participate in call with Debtors' advisors re: disclosure statement. |
| 16 | 12/6/2023 | Megan Hyland | 0.1 | Review joinder to examiner objection. |
| 16 | 12/6/2023 | Elizabeth Hu | 0.3 | Review Counsel and team notes on liquidation analysis. |
| 16 | 12/6/2023 | Clifford Zucker | 0.5 | Review and analyze revised plan and disclosure statement. |
| 16 | 12/6/2023 | Megan Hyland | 0.9 | Assess DIP budget and liquidation analysis. |
| 16 | 12/7/2023 | Megan Hyland | 0.8 | Assess assumptions to KEIP and DIP budget re: potential impact on plan settlement. |
| 16 | 12/7/2023 | Michael Katzenstein | 0.4 | Participate on call with Debtors' counsel re: plan status. |
| 16 | 12/7/2023 | Elizabeth Hu | 0.3 | Review draft UCC letter to creditors re: plan voting. |
| 16 | 12/7/2023 | Michael Katzenstein | 1.3 | Assess plan documents. |
| 16 | 12/7/2023 | Monica Healy | 1.5 | Review liquidation analysis and compare to internal recovery model. |
| 16 | 12/7/2023 | Monica Healy | 1.4 | Analyze DIP budget re: plan negotiations. |
| 16 | 12/7/2023 | Monica Healy | 1.8 | Continue to analyze DIP budget re: plan negotiations. |
| 16 | 12/8/2023 | Michael Katzenstein | 0.7 | Assess plan and disclosure issues and correspond with Counsel. |
| 16 | 12/8/2023 | Sean Gumbs | 0.7 | Review draft plan support agreement. |
| 16 | 12/8/2023 | Michael Katzenstein | 1.5 | Review plan support and plan changes and correspond with Counsel. |
| 16 | 12/8/2023 | Monica Healy | 1.4 | Review and analyze DIP budget and plan funding schedule. |
| 16 | 12/9/2023 | Michael Katzenstein | 0.8 | Assess plan support agreement matters. |
| 16 | 12/11/2023 | Clifford Zucker | 0.5 | Review and analyze amended plan support agreement. |
| 16 | 12/11/2023 | Sean Gumbs | 0.5 | Review materials for UCC call re: plan support agreement. |
| 16 | 12/11/2023 | Clifford Zucker | 0.6 | Review and analyze DIP budget and plan funding schedule. |
| 16 | 12/11/2023 | Elizabeth Hu | 0.7 | Review the DIP budget/admin build up in support of the effective date funding figures. |
| 16 | 12/11/2023 | Michael Katzenstein | 1.4 | Assess plan negotiations, review documents, and correspond with counterparties. |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/12/2023 | Michael Katzenstein | 1.2 | Assess plan negotiations, review documents, and correspond with counterparties. |
| 16 | 12/12/2023 | Olivia Mandella | 0.9 | Prepare summary of plan effective date funding chart. |
| 16 | 12/13/2023 | Sean Gumbs | 0.3 | Review updates on auction and plan support agreement. |
| 16 | 12/13/2023 | Clifford Zucker | 0.4 | Review updates on auction and plan support agreement. |
| 16 | 12/14/2023 | Michael Katzenstein | 0.2 | Participate in call with Cross Holder Group counsel re: Plan. |
| 16 | 12/14/2023 | Michael Katzenstein | 0.4 | Review case pleadings re: plan, disclosure statement, and asset sales. |
| 16 | 12/14/2023 | Michael Katzenstein | 1.0 | Review case correspondence re: plan and other matters. |
| 16 | 12/15/2023 | Michael Katzenstein | 1.1 | Review case correspondence re: plan and other matters. |
| 16 | 12/18/2023 | Megan Hyland | 0.4 | Participate in call with Debtors' advisors re: preferences in APAs and counterparty term sheet. |
| 16 | 12/18/2023 | Megan Hyland | 0.3 | Review updates related to brand sales and updated plan. |
| 16 | 12/18/2023 | Michael Katzenstein | 0.3 | Review correspondence re: exit planning. |
| 16 | 12/18/2023 | Megan Hyland | 0.4 | Review terms of counterparty agreement. |
| 16 | 12/18/2023 | Michael Katzenstein | 0.4 | Assess counterparty settlement terms. |
| 16 | 12/18/2023 | Clifford Zucker | 0.5 | Review comments to counterparty term sheet. |
| 16 | 12/18/2023 | Sean Gumbs | 0.5 | Review counterparty term sheet and provide follow up comments. |
| 16 | 12/18/2023 | Elizabeth Hu | 0.8 | Review counterparty term sheet and follow up with Debtors' financial advisor on diligence questions. |
| 16 | 12/18/2023 | Monica Healy | 2.2 | Prepare preference analysis re: considerations for Rose and Stripe sale. |
| 16 | 12/19/2023 | Monica Healy | 3.0 | Analyze filed claims and supporting documentation, including litigation claims, and correspond with Counsel. |
| 16 | 12/19/2023 | Elizabeth Hu | 0.3 | Review recovery inquiry by Cross-Holder Group counsel. |
| 16 | 12/19/2023 | Megan Hyland | 0.4 | Review recovery inquiry by Cross-Holder Group counsel. |
| 16 | 12/19/2023 | Michael Katzenstein | 0.4 | Review recovery inquiry by Cross-Holder Group counsel. |
| 16 | 12/19/2023 | Clifford Zucker | 0.5 | Review noteholder correspondence on distribution calculation. |
| 16 | 12/19/2023 | Elizabeth Hu | 0.6 | Discuss with Counsel re: further questions on the counterparty term sheet and follow up with Debtors' financial advisors. |
| 16 | 12/28/2023 | Michael Katzenstein | 0.3 | Attention to matter correspondence re: counterparty recoupment and preference matters. |
| 16 | 12/28/2023 | Megan Hyland | 0.7 | Assess counterparty settlement. |
| 16 | 12/28/2023 | Sean Gumbs | 0.7 | Correspond with Counsel re: proposed counterparty settlement. |
| **16 Total** | | | **65.9** | |
| 19 | 12/4/2023 | Sean Gumbs | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/4/2023 | Monica Healy | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/4/2023 | Alysen Garces | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/4/2023 | Clifford Zucker | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/4/2023 | Olivia Mandella | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/4/2023 | Michael Katzenstein | 0.4 | Participate in weekly internal call to discuss counter-proposal, case expectations going forward. |
| 19 | 12/12/2023 | Clifford Zucker | 0.2 | Assess case status and determine next steps. |
| 19 | 12/12/2023 | Michael Katzenstein | 0.3 | Review correspondence and assess case status. |
| **19 Total** | | | **2.9** | |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 12/5/2023 | Clifford Zucker | 0.6 | Participate in weekly call with Debtors and AGH re: term sheet negotiations and sale process. |
| 20 | 12/5/2023 | Michael Katzenstein | 1.0 | Participate in weekly call with Debtors and AGH re: term sheet negotiations and sale process. |
| 20 | 12/20/2023 | Michael Katzenstein | 0.2 | Participate in call with Debtors re: case updates. |
| 20 | 12/20/2023 | Clifford Zucker | 0.2 | Participate in call with Debtors re: case updates. |
| **20 Total** | | | **2.0** | |
| 21 | 12/4/2023 | Michael Katzenstein | 0.5 | Participate in weekly call with UCC advisors on the proposed settlement and other matters. |
| 21 | 12/4/2023 | Sean Gumbs | 0.5 | Participate in weekly call with UCC advisors on the proposed settlement and other matters. |
| 21 | 12/4/2023 | Elizabeth Hu | 0.5 | Participate in weekly call with UCC advisors on the proposed settlement and other matters. |
| 21 | 12/11/2023 | Megan Hyland | 0.3 | Participate in weekly call with UCC advisors re: key case updates. |
| 21 | 12/11/2023 | Clifford Zucker | 0.3 | Participate in weekly call with UCC advisors re: key case updates. |
| 21 | 12/11/2023 | Elizabeth Hu | 0.3 | Participate in weekly call with UCC advisors to prepare for upcoming UCC call re: PSA, sale process and KEIP. |
| 21 | 12/11/2023 | Michael Katzenstein | 0.3 | Participate in weekly call with UCC advisors to prepare for upcoming UCC call re: PSA, sale process and KEIP. |
| 21 | 12/11/2023 | Clifford Zucker | 0.4 | Participate on UCC call to discuss PSA and provide update on sales process/keip/liquidity. |
| 21 | 12/11/2023 | Elizabeth Hu | 0.4 | Participate on UCC call to discuss PSA and provide update on sales process/keip/liquidity. |
| 21 | 12/11/2023 | Michael Katzenstein | 0.4 | Participate on UCC call to discuss PSA and provide update on sales process/keip/liquidity. |
| 21 | 12/20/2023 | Clifford Zucker | 0.5 | Participate on UCC call re: case updates. |
| 21 | 12/20/2023 | Michael Katzenstein | 0.5 | Participate on UCC call re: case updates. |
| **21 Total** | | | **4.9** | |
| 22 | 12/4/2023 | Michael Katzenstein | 0.5 | Participate in weekly call with AGH and UCC advisors re: the proposed settlement. |
| 22 | 12/4/2023 | Clifford Zucker | 0.5 | Participate in weekly call with AGH and UCC advisors re: the proposed settlement. |
| 22 | 12/4/2023 | Elizabeth Hu | 0.5 | Participate in weekly call with AGH and UCC advisors re: the proposed settlement. |
| 22 | 12/11/2023 | Clifford Zucker | 0.3 | Participate in weekly call with AGH advisors re: PSA, sale process and related case issues. |
| 22 | 12/11/2023 | Elizabeth Hu | 0.3 | Participate in weekly call with AGH advisors re: PSA, sale process and related case issues. |
| 22 | 12/11/2023 | Michael Katzenstein | 0.3 | Participate in weekly call with AGH advisors re: PSA, sale process and related case issues. |
| 22 | 12/18/2023 | Elizabeth Hu | 0.4 | Participate in weekly call with AGH advisors re: sale process and case update. |
| 22 | 12/18/2023 | Megan Hyland | 0.4 | Participate in weekly call with AGH advisors re: sale process and case update. |
| **22 Total** | | | **3.2** | |
| 24 | 12/1/2023 | Elizabeth Hu | 1.7 | Review October fee application draft for compliance with bankruptcy guidelines and provide comments. |
| 24 | 12/7/2023 | Elizabeth Hu | 0.8 | Review call time entries for October fee application draft. |
| 24 | 12/8/2023 | Monica Healy | 1.5 | Finalize October fee application. |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 12/18/2023 | Michael Katzenstein | 0.4 | Review fee application for filing. |
| 24 | 12/22/2023 | Monica Healy | 2.1 | Prepare interim fee application for period August through October to meet UST guidelines. |
| 24 | 12/22/2023 | Monica Healy | 2.0 | Continue to prepare interim fee application for period August through October to meet UST guidelines. |
| 24 | 12/26/2023 | Michael Katzenstein | 0.3 | Review fee application for filing. |
| **24 Total** | | | **8.8** | |
| **Grand Total** | | | **133.6** | |