| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., et al., | Case No. 23-11131 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 1269)

- **Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 1270)

- **Debtors' First Omnibus Objection (Substantive) to Certain Claims (Reclassification)** (Docket No. 1271)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C** and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 1269)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E** and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Order (A) Authorizing Rejection of Executory Contracts Effective as of the Applicable Rejection Date; and (B) Granting Related Relief** (Docket No. 1270)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G** and via electronic mail on the service list attached hereto as **Exhibit H**:

- **Debtors' First Omnibus Objection (Substantive) to Certain Claims (Reclassification)** (Docket No. 1271)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 26, 2024

_Dylan Dickerson_
Dylan P. Dickerson

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 26th day of February 2024 by Dylan P. Dickerson.

_Kerrie Lynne Darby_
(Notary's official signature)

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A


| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | Rua Doutor Pedro Ferreira | 333 A5 SL503 | | Cltajal | SC | 88301 | Brazil |
| Anesma Group, LLC | | 1180 San Carlos Avenue, #717 | | | San Carlos | CA | 94070 | |
| Anesma Group, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Anjo Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Anjo Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| ANVISA | | 5402 Sia Trecho 5 Área Especial 57 | | | Brasilia | FD | 70000-000 | Brazil |
| BEIJING JIANXUN MEDICAL SCIENCE & TECHNOLOGY | | Bei Jing Shi | | | Tong Zhou Qu | | 101100 | China |
| BIORIUS | | Avenue Leonard de Vinci 14 | | | Wavre | | 1300 | Belgium |
| BIORIUS | | Shelton Street | | | London | | 71WC2H 9JQ | United Kingdom |
| C T Corporation System, as Representative | | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | 2711 Centerville Road | Ste 400 | | New Castle | DE | 19808 | |
| CTNBIO | | South Police Sector - SPO, Area 5, Block 3 | Block B, Ground Floor. Room T-08 | | Brasilia | FD | 70610-200 | Brazil |
| Data Sales Co., Inc. | | 3450 W. Burnsville Parkway | | | Burnsville | MN | 55337 | |
| DE Lage Landen Financial Services, Inc. | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Department of Agriculture | | 1400 Independence Ave., S.W. | | | Washington | DC | 20250 | |
| Drug Enforcement Administration | | 8701 Morrissette Drive | | | Springfield | VA | 22152 | |
| DSM Finance B.V. | Attn: Michael Wahl and Vivian Huang | HET Overloon 1 | | | Heerlen | NL | 6411TE | Netherlands |
| DSM Finance B.V. | c/o Latham & Watkins LLP | 330 North Wabash Avenue | Suite 3800 | | Chicago | IL | 60611 | |
| DTS | | U 5 2 Pittwin Rd | | | North Capalaba | QS | 4157 | Australia |
| EFSA | | Via Carlo Magno 1A | | | Parma | | 43126 | Italy |
| Employment Development Department | | PO Box 826880 | | | Sacramento | CA | 94280 | |
| Environment Canada | | 105 Mcgill St | 4th Fl | | Montreal | QC | H2Y 2E7 | Canada |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | | Washington | DC | 20460 | |
| Eplus Technology, Inc. | | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | |
| Food and Drug Administration | | 10903 New Hampshire Avenue | | | Silver Spring | MD | 20993 | |
| Food Science Solutions | | 28 Geneva Ave | | | Toronto | ON | M5A 2J8 | Canada |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Artem Skorostensky andz Sari Rosenfeld | 620 Eighth Avenue | The New York Times Building | New York | NY | 10018 | |
| Foris Prepetition Secured Lenders and the DIP Secured Parties | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier and Kenneth A. Listwalk | Hercules Plaza, Suite 5100 | 1313 N. Market Street, PO Box 1709 | Wilmington | DE | 19899-1709 | |
| Foris Ventures, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| Foris Ventures, Llc, as Agent | | 751 Laurel Street, #717 | | | San Carlos | CA | 94070 | |
| GACP Finance Co., LLC, as Agent | | 11100 Santa Monica Blvd. | Suite 800 | | Los Angeles | CA | 90025 | |
| Health Canada | | Address Locator 1801B | | | Ottawa | ON | K1A 0K9 | Canada |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | |
| Hilldun Corporation | | 36 E. 31st Street – 12th Floor | | | New York | NY | 10016 | |
| Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| INTERTEK | | 200 Westlake Park Blvd | Ste 400 | | Houston | TX | 77079 | |
| INTERTEK | | 33 Cavendish Sq | | | London | ES | W1G 0PS | United Kingdom |
| INTERTEK | | Longang District No 3 Building Yuanzheng Science & Technology Park Wuhe Ave North Bantian St | No 4012 | | Shenzhen | GD | 518100 | China |
| Knoell Shanghai | | No. 567 Langao Road | Room 805, Tower B, Central Towers | | Putuo | SH | 200333 | China |
| Lavvan, Inc. | | 5021 Iselin Ave | | | Bronx | NY | 10471-2914 | |
| Muirisc, LLC | | 1180 San Carlos Avenue | #717 | | San Carlos | CA | 94070 | |
| Muirisc, LLC | c/o Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | | San Francisco | CA | 94111 | |
| NAXYRIS S.A. | | 40 BOULEVARD JOSEPH II | | | LUXEMBOURG | LU | L1840 | Luxembourg |
| Nikko Chemicals Co., Ltd. | | 1-4-8, Nihonbashi-bakurocho, Chuo-Ku | | | Tokyo | | 1030002 | Japan |
| OBELIS | | Boulevard Brand Whitlock 30 | | | Brussels | | 1200 | Belgium |
| OBELIS | | Sandford Gate, East Point Business Park | | | Oxford | | OX4 6LB | United Kingdom |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | 844 King Street, Suite 2207 | Lockbox #35 | Wilmington | DE | 19801 | |
| Official Committee of Unsecured Creditors | c/o White & Case LLP | Attn: John Ramirez,  Stephen E. Ludovici and Andrea Kropp | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| PEAK, LLC, AS REPRESENTATIVE | | 170 WEST SHIRLEY AVENUE, SUITE 207 | | | WARRENTON | VA | 20186 | |
| PENMAN CONSULTING BVBA | | Avenue des Arts 10 | | | Brussels | | 1210 | Belgium |
| PENMAN CONSULTING LIMITED | | Grove Business Park, Aspect House, Wayland Avenue | | | Wantage | | OX12 9FF | United Kingdom |
| Perrara Ventures, LLC | Attention: Jon Novotny | Goodwin Procter LLP | 3 Embarcadero Center | 28th floor | San Francisco | CA | 94111 | |
| PERRARA VENTURES, LLC | Attn: Barbara Hager | 1180 SAN CARLOS AVE., #717 | | | SAN CARLOS | CA | 94070 | |
| REGULATORY CONCEPTS | | 9-7 Anella Ave | | | Castle Hill | | 2154 | Australia |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | 565 Johnson Ave | | | Bohemia | NY | 11746 | |
| SCHOTTENFELD OPPORTUNITIES FUND II, L.P. | | 600 3RD AVE | FL 10 | | NEW YORK | NY | 10016-1923 | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | |
| Securities & Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | 100 Pearl Street | Ste 20-100 | New York | NY | 10004-2616 | |
| THE ROBERTS CONTAINER CORPORATION | | 9131 OAKDALE AVE, SUITE 110 | | | CHATSWORTH | CA | 91311 | |
| TSG | | 175 Nugget Court, Unit 6-8 | | | Brampton | ON | L6T 5H4 | Canada |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Jennifer Wall | 190 S La Salle St | | | Chicago | IL | 60603 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | 100 Wall St | Ste 600 | | New York | NY | 10005 | |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Trustee of the Convertible Notes | 633 West Fifth Street, 24th Floor | | | Los Angeles | CA | 90071 | |
| United States Attorney's Office for the District of Delaware | Attn: David C. Weiss | c/o/ Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | |
| Wells Fargo Bank, N.A. | | 800 Walnut Street, F0005-044 | | | Des Moines | IA | 50309 | |
| Wiley Companies | Attn: Joshua Wiley | 545 Walnut Steet | PO Box 640 | | Coshocton | OH | 43812 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

Page 2 of 2

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR

Page 5 of 24

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 10-11 Clerkenwell Green Limited | c/o Ballard Spahr LLP | Attn: Nicholas J. Brannick | brannickn@ballardspahr.com |
| AA INVESTMENTS (HK) LIMITED | c/o Duane Morris LLP | Attn: Christopher M. Winter, Sommer L. Ross | cmwinter@duanemorris.com<br>slross@duanemorris.com |
| Ad Hoc Cross-Holder Group | c/o Arentfox Schiff LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com<br>beth.brownstein@afslaw.com |
| Ad Hoc Cross-Holder Group | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Ad Hoc Cross-Holder Group | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward | matthew.ward@wbd-us.com |
| AD Hoc Noteholder Group | c/o Blank Rome LLP | Attn: Stanley B. Tarr and Lawrence R. Thomas III | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Eugene A. Sokoloff | esokoloff@mololamken.com |
| Ad Hoc Noteholder Group | c/o Mololamken LLP | Attn: Steven F. Molo, Justin M. Ellis, Sara E. Margolis, Mark W. Kelley, Catherine Martinez | smolo@mololamken.com<br>jellis@mololamken.com<br>smargolis@mololamken.com<br>mkelley@mololamken.com<br>cmartinez@mololamken.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: Frank Merola | frankmerola@paulhastings.com |
| Ad Hoc Noteholder Group | c/o Paul Hastings LLP | Attn: John Storz, Matthew D. Friedric and Caroline Diaz | johnstorz@paulhastings.com<br>matthewfriedrick@paulhastings.com<br>carolinediaz@paulhastings.com |
| Allog Participacoes, Ltda | Attn: Rodrigo Portes | | Rodrigo.Portes@allog.com.br |
| Andrew E. Roth | c/o deLeeuw Law LLC | Attn: P. Bradford deLeeuw | brad@deleeuwlaw.com |
| Clerkenwell Green Limited | c/o Ballard Spahr LLP | Attn: Nicholas J. Brannick | brannickn@ballardspahr.com |
| Clerkenwell Green Limited | c/o Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer, Sandy Mayerson | David@mhlaw-ny.com<br>Sandy@mhlaw-ny.com |
| Cosan U.S. Inc. | Attn: Lineu Paulo Moran Filho | | Lineu.Moran@moovelub.com |
| Dr. Reddy's Laboratories, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| Dr. Reddy's Laboratories, Inc. | c/o Cole Schotz P.C. | Attn: Andrew J. Roth-Moore | aroth-moore@coleschotz.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: James Ktsanes | james.ktsanes@lw.com |
| DSM-Firmenich AG | c/o Latham & Watkins LLP | Attn: Jonathan J. Weichselbaum | jon.weichselbaum@lw.com |
| DSM-Firmenich AG | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | amagaziner@ycst.com<br>bankfilings@ycst.com |
| Foris Ventures, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak | david.fournier@troutman.com<br>ken.listwak@troutman.com |
| Foris Ventures, LLC | c/o Goodwin Procter LLP | Attn: Michael H. Goldstein, Alexander J. Nicas, Debora A. Hoehne, Meghan K. Spillane, Artem Skorostensky, Melissa Brumer, James Lathrop | mgoldstein@goodwinlaw.com<br>anicas@goodwinlaw.com<br>dhoehne@goodwinlaw.com<br>mspillane@goodwinlaw.com<br>askorostensky@goodwinlaw.com<br>MBrumer@goodwinlaw.com<br>jlathrop@goodwinlaw.com |
| Francisco Costa and FCIP HoldCo LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Rafael X. Zahralddin-Aravena, Ciro Poppitti, III, Rolando A. Diaz | Rafael.Zahralddin@lewisbrisbois.com<br>Ron.Diaz@lewisbrisbois.com |
| Ginkgo Bioworks, Inc. | c/o Foley Hoag LLP | Attn: Euripides Dalmanieras | edalmani@foleyhoag.com |
| Givaudan SA | c/o Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 1 of 3

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Christopher J. Fong | fanny.iglesias@givaudan.com |
| Givaudan SA | c/o Nixon Peabody LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Givaudan SA | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Aidan Synnott, John T. Weber, Lara Luo | asynnott@paulweiss.com jweber@paulweiss.com lluo@paulweiss.com |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Jonathan Van Ness and JVN Entertainment, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, B. Nelson Sproat | josef.mintz@blankrome.com nelson.sproat@blankrome.com |
| Klein LLC | Attn: Julia B. Klein | | klein@kleinllc.com |
| Lavvan, Inc. | c/o Cyrulnik Fattaruso LLP | Attn: Jason Cyrulnik and Paul Fattaruso | jcyrulnik@cf-llp.com pfattaruso@cf-llp.com |
| Lavvan, Inc. | c/o Richards, Layton & Finger, P.A | Attn: Russell C. Silberglied and Emily R. Mathew | silberglied@rlf.com mathews@rlf.com |
| Lexon Insurance Company | c/o Harris Beach PLLC | Attn: Lee E. Woodard, Brian D. Roy | bkemail@harrisbeach.com broy@harrisbeach.com |
| Lexon Insurance Company | c/o The Powell Firm, LLC | Attn: Jason C. Powell | jpowell@delawarefirm.com |
| M. Freddie Reiss | c/o KTBS Law LLP | Attn: David M. Stern, Samuel M. Kidder and Nir Maoz | dstern@ktbslaw.com skidder@ktbslaw.com nmaoz@ktbslaw.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Christine McCabe | cmccabe@rosenpc.com omiwatts.asst@gmail.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Nicole L. Kelsey | c/o Gibbons P.C. | Attn: Mark B. Conlan, Samuel I. Portnoy | mconlan@gibbonslaw.com sportnoy@gibbonslaw.com |
| NTT Data Americas, Inc. | c/o STREUSAND, LANDON, OZBURN & LEMMON, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Office of the United States Trustee for the District of Delaware | U. S. Department of Justice | Attn: John Henry Schanne, II | john.schanne@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Katelin A. Morales and Sameen Rizvi | csamis@potteranderson.com kmorales@potteranderson.com srizvi@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o White and Case LLP | Attn: Gregory F. Pesce and Andrew F. O'Neill | gregory.pesce@whitecase.com aoneill@whitecase.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Palm Beach Holdings 3940 LLC | c/o Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Panaya Ltd. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| Quiet Logistics, Inc. | Attn: Bill Besselman | | bill.besselman@quietplatforms.com |
| Quiet Logistics, Inc. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Quiet Logistics, Inc. | c/o Moore & Van Allen, PLLC | Attn: Hillary B. Crabtree | hillarycrabtree@mvalaw.com |
| Sartorius Stedim North America, Inc. | Attn: Matthew Lessler | | Matthew.Lessler@Sartorius.com |
| Scent Theory Products LLC | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Sephora USA, Inc. | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | nathan.rugg@bfkn.com alexander.berk@bfkn.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR


| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Michigan, Department of Treasury | Attn: Jeanmarie Miller | | millerj51@michigan.gov |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Callan Searcy and Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov<br>sherri.simpson@oag.texas.gov |
| Thermo Fisher Scientific Inc. | Attn: Adam Hiller | | ahiller@adamhillerlaw.com |
| Thermo Fisher Scientific Inc. | c/o Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne and Maribeth Thomas | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Jamila Justine Willis | jamila.willis@us.dlapiper.com |
| THG Beauty USA, LLC | c/o DLA Piper LLP (US) | Attn: Stuart M. Brown | stuart.brown@us.dlapiper.com |
| U.S. Bank National Association, as Trustee for Convertible Notes | Attn: Justin L. Shearer | | Justin.Shearer@usbank.com |
| U.S. Bank Trust Company, National Association, as Trustee | c/o Greenberg Traurig, LLP | Attn: Anthony W. Clark and Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| U.S. Bank Trust Company, National Association, as Trustee for the 1.50% Convertible Senior Notes Due 2026 [U.S. Bank Association] | Justin Shearer | | justin.shearer@usbank.com |
| Universidade Católica Portuguesa | c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Wayne H. Davis, Haylie Gordon | davis@thsh.com<br>gordon@thsh.com |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wiley Companies | Attn: Joshua Wiley | | jacketheridge@organictech.com<br>Joshua.Wiley@WileyCo.com |
| Wiley Companies | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |
| Windsong Global, LLC | c/o Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Michael S. Weinstein | mweinstein@golenbock.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 3 of 3

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR

# Exhibit C

**Exhibit C**
Served via First-Class Mail



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1% for the Planet, Inc. | | 50 Lakeside Ave. #341 | | | Burlington | VT | 05401 | |
| Adam Rindy Photography | | | | | | | | |
| Advance Magazine Publishers Inc | | PO Box 5350 | | | New York | NY | 10087-5350 | |
| AfterShip, Inc. | | 2711 Centerville Road | | | Wilmington | DE | 19808 | |
| AIT Worldwide Logistics, Inc. | | 1519 Zephyr Ave. | | | Hayward | CA | 94544 | |
| Alanna Lardaro | | Address Redacted | | | | | | |
| ALEXA LOSEY | | Address Redacted | | | | | | |
| Alibaba.com Singapore E-Commerce Private Limited | | 8 Shenton Way | # 45-01 AXA Tower | | | | 68811 | Singapore |
| Ame Salon | | 734 17th St | Ste B | | Santa Monica | CA | 90402 | |
| Art Department and Ben Watts (Photographer) | | 1 Collins Ave | Unit 108 | | Miami Beach | FL | 33139-7481 | |
| B & W Communications Ltd | | 2 Neucleus House | Lower Mortlake Road | | Richmond | London | Tw9 2JA | United Kingdom |
| BaM Productions Inc | | 27-28 Thomson Ave. Suite 716 | | | Long Island City | NY | 11101 | |
| Bazaarvoice, Inc. | | PO Box 671654 | | | Dallas | TX | 75267-1654 | |
| Bethany Ciotola, LLC f/s/o Bethany Ciotola | | 27 W 24th | Suite 10B | | New York | NY | 10010 | |
| BGA Media Group, Inc. | | 1221 Brickell Avenue | Suite 900 | | Miami | FL | 33131 | |
| Biorius Sprl | | Rue Wauters, 113 | | | Manage | | 07170 | |
| BOLD PR LLC | | 171 Madison Avenue Suite 700 | | | New York | NY | 10016 | |
| Bold PR LLC | Attn: Jodi Balkan | 1 Lexington Avenue | 3B | | New York | NY | 10010 | |
| Boomi, LP | | 1400 Liberty Ridge Drive | | | Chesterbrook | PA | 19087 | |
| BYNDER | | Suite 400 24 Farnsworth Street | | | Boston | MA | 02210 | |
| Bynder LLC | | Suite 400 24 Farnsworth Street | | | Boston | MA | 02210 | |
| Capsum. Inc. | | 3725 S FM 973 | | | Del Valle | TX | 78617 | |
| CGC NYC INC | Attn: Simon James Fraser Cockcroft | 845 Third Avenue | 6th Floor | Office 609 | New York | NY | 10022 | |
| CGC NYC Inc. | | 447 Broadway, Floor 2 | | | New York | NY | 10013 | |
| Chloe Productions, Inc. | | 82 Main Street | | | New Canaan | CT | 06840 | |
| Chris Tomassian | | Address Redacted | | | | | | |
| Craft Alan, LLC | | Address Redacted | | | | | | |
| Create & Cultivate LLC | | 4164 Edenhurst Ave | | | Los Angeles | CA | 90039 | |
| Create & Cultivate LLC | | 777 S Alameda St. | 2nd Floor | | Los Angeles | CA | 90021 | |
| Creative Time | | 59 East 4th Street | 6th Floor | | New York | NY | 10003 | |
| CROSSMARK, Inc. | | 903 N 47th Street | | | Rogers | AR | 72756 | |
| Dash Hudson Inc. | | 1668 Barrington Street | Floor 6 | | Halifax | NS | B3J2A2 | Canada |
| Deepicam LLC | | 9336 Civic Center Drive | | | Beverly Hills | CA | 90210 | |
| Devon Consulting & Public Relations Ltd. | | 51 Jackes Avenue Suite 102 | | | Toronto | ON | M4T 1E2 | Canada |
| Devon Consulting & Public Relations Ltd. | | 51 Jackes Avenue Suite 102 | | | Toronto | ON | M4T 1E2 | Canada |
| Diego Villarreal Vagujhelyi | | 6125 Wynwood Cove | | | Trussville | AL | 35173 | |
| Dr. Katie Beleznay | | Address Redacted | | | | | | |
| Dr. Muneeb Shah | | Address Redacted | | | | | | |
| Dustin Portela | | Address Redacted | | | | | | |
| Edit Media Group, LLC | | 910 2nd Street | | | Manhattan Beach | CA | 90266 | |
| enVista, LLC | | PO Box 7047, Group Q | | | Indianapolis | IN | 46207 | |
| enVista, LLC | General Counsel | 11555 N. Meridian St. | Suite 300 | | Carmel | IN | 46032 | |
| Feedonomics | | 11305 Four Points Drive | Building II, Suite 100 | | Austin | TX | 78726 | |
| Feedonomics Holdings | Attn: Anthony Surkin | 21011 Warner Center Lane | Suite A | | Woodland Hills | CA | 91367 | |
| Figma, Inc. | Attn: Brian Taylor | 760 Market St | Floor 10 | | San Francisco | CA | 94102 | |
| FOHR, INC. | | 72 Allen Street | 3rd Floor | | New York | NY | 10002 | |
| Francesca Williams | | Address Redacted | | | | | | |
| G.S. Cosmeceutical USA, Inc. | Attn: Gurpreet Sangha | 131 Pullman St | | | Livermore | CA | 94551 | |
| Google LLC | | Dept. 33654, P.O. Box 3900 | | | San Francisco | CA | 94139 | |
| Google LLC | c/o James Vandermark | White and Williams LLP | 1650 Market Street, 1800 | | Philadelphia | PA | 19103 | |
| Google LLC | c/o White and Williams LLP | Attn: James C. Vandermark | 7 Times Square | Suite 2900 | New York | NY | 10036 | |
| Goop, Inc. | | 3019 Wilshire Blvd | Suite 206 | | Santa Monica | CA | 90403 | |
| GRIN Technologies, Inc. | | 400 Capitol Mall Suite 900 | | | Sacramento | CA | 95814 | |
| GRIN Technologies, Inc. | c/o Legal Department | Attn: Christopher Warren Hogue | 901 H Street | Suite 120 | Sacramento | CA | 95814 | |
| Harrod's Limited | | 87-135 Brompton Road | Knightsbridge | | London | | SW1X 7XL | GB |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | 300 W. 57th Street | | | New York | NY | 10019 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Heavy Atelier, Inc. | | 1160 N. Wiatt Way | | | La Habra | CA | 90631 | |
| Ibotta, Inc. | | 1801 California Street Suite 400 | | | Denver | CO | 80202 | |
| IDR Marketing Partners LLC | dba Brandshare | 1125 Lancaster Ave. | | | Berwyn | PA | 19312 | |
| Impact Tech, Inc | | 223 E. De La Guerra | | | Santa Barbara | CA | 93101 | |
| International Paper Company | International Paper Company | 6400 Poplar Ave | | | Memphis | TN | 38119 | |
| International Paper Company | International Paper Company | PO Box 5838 | | | Portland | OR | 97228 | |
| International Paper Company | Nate Wilson | International Paper Company | 4350 Sam Jones Expressway | | Indianapolis | IN | 46241 | |
| John Melizanis, Joseph Lorenzo (ShipDudes) | | Address Redacted | | | | | | |
| Jonathan Van Ness; JVN Entertainment, Inc. | | Address Redacted | | | | | | |
| Judith Kaufman | | Address Redacted | | | | | | |
| Judy Casey, Inc. | | Address Redacted | | | | | | |
| The Everygirl Media Group LLC | Attn: Alaina Kaczmarski | 222 S Morgan St | #2A | | Chicago | IL | 60607 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

# Exhibit D

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1% for the Planet, Inc. | | | accounting@onepercentfortheplanet.org |
| Advance Magazine Publishers Inc | | | cnpcashapplications@condenast.com |
| AfterShip, Inc. | | | invoice@aftership.com |
| AIT Worldwide Logistics, Inc. | | | cashapplications@aitworldwide.com |
| Ame Salon | | | info@amesalonla.com |
| B & W Communications Ltd | | | victoria@blackandwhitecomms.com |
| BaM Productions Inc | | | brad@go-bam.com |
| Bazaarvoice, Inc. | | | virginia.faber@bazaarvoice.com |
| BGA Media Group, Inc. | | | kevin@bgagroup.com |
| Bold PR LLC | Attn: Jodi Balkan | | jodi@boldpr.com |
| Boomi, LP | | | BOOMI_REMIT@DELL.COM |
| Bynder LLC | | | invoices@bynder.com |
| CGC NYC INC | Attn: Simon James Fraser Cockcroft | | simon@cgclondon.com |
| CGC NYC Inc. | | | simon@cgclondon.com |
| Chloe Productions, Inc. | | | accounting@chloepro.com |
| Create & Cultivate LLC | | | accounting@createcultivate.com |
| Creative Time | | | justinel@creativetime.org |
| CROSSMARK, Inc. | | | joe.lisuzzo@crossmark.com |
| Dash Hudson Inc. | | | accounting@dashhudson.com |
| Deepicam LLC | | | REDassistant@unitedtalent.com |
| Devon Consulting & Public Relations Ltd. | | | katherine@devonconsulting.ca |
| Diego Villarreal Vagujhelyi | | | ddiegovillarreal@gmail.com |
| Dr. Katie Beleznay | | | Address Redacted |
| enVista, LLC | | | ar@envistacorp.com |
| enVista, LLC | General Counsel | | amader@envistacorp.com |
| Feedonomics | | | accounting@feedonomics.com |
| Feedonomics Holdings | Attn: Anthony Surkin | | tony@feedonomics.com |
| Figma, Inc. | Attn: Brian Taylor | | invoices@figma.com btaylor@figma.com |
| FOHR, INC. | | | micah@fohr.co |
| Francesca Williams | | | Address Redacted |
| G.S. Cosmeceutical USA, Inc. | Attn: Gurpreet Sangha | | ap@gscos.com |
| Google LLC | c/o James Vandermark | White and Williams LLP | vandermarkj@whiteandwilliams.com |
| Google LLC | c/o White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| GRIN Technologies, Inc. | c/o Legal Department | Attn: Christopher Warren Hogue | legal@grin.co |
| Harrod's Limited | | | gabriella.whote@harrods.com |
| Hearst Magazine Media, Inc. | Attn: Nathaniel Boyer | | Nathaniel.Boyer@Hearst.com |
| Heavy Atelier, Inc. | | | studio@heavyatelier.com |
| Ibotta, Inc. | | | corey@ibotta.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| IDR Marketing Partners LLC | dba Brandshare | | marian@idronline.com |
| Impact Tech, Inc | | | clearinghouse@impact.com |
| International Paper Company | International Paper Company | | APInvoices@ipaper.com |
| International Paper Company | International Paper Company | | APInvoices@ipaper.com |
| International Paper Company | Nate Wilson | | APInvoices@ipaper.com |
| Jonathan Van Ness; JVN Entertainment, Inc. | | | Address Redacted |
| Judith Kaufman | | | Address Redacted |
| Judy Casey, Inc. | | | Address Redacted |
| The Everygirl Media Group LLC | Attn: Alaina Kaczmarski | | accounting@theeverygirl.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR

# Exhibit E



| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| JVN Entertainment, Inc. | Attn: Jonathan Van Ness | 16633 Ventura Blvd | Ste 815 | Encino | CA | 91436 | |
| Kate Melvin | | Address Redacted | | | | | |
| Klaviyo, Inc. | | 125 Summer St. | Floor 6 | Boston | MA | 02111 | |
| Lady Rose, LLC; Rosie-Huntington-Whiteley | | 19th floor 405 Lexington Avenue | | New York | | 10174 | |
| Larrinaga Sisters, LLC | | 1101 N WILMOT | # 225 | Tucson | AZ | 85712 | |
| Lifetech Resources, LLC | | 2280 B Ward Avenue 93065 | | Simi Valley | CA | 93065 | |
| Little Bear Studios | Attn: Kate Galliers | 4036 Moore Street | | Los Angeles | CA | 90066 | |
| Little Bear Studios | Attn: Katherine Barrett Galliers | 839 Brooks Ave | | Venice | CA | 90291 | |
| Little Bear Studios | Ryan W. Powers | 5807 Fayette Sr | | Los Angeles | CA | 90042 | |
| Local Grit LLC | Grit Studio | 206 Great Falls St | | Falls Church | VA | 22046 | |
| Loren Data Corp. | Attn: Kristine Simpson | PO Box 1438 | | Lake Forest | CA | 92609 | |
| LoyaltyLion Ltd. | | 26 Hatton Garden | London | | | EC1N 8BR | United Kingdom |
| Lysi consulting LLC | | 620 newport center dr | 11th Floor | Newport Coast | CA | 92657 | |
| Made Thought Design Limited | | 1 St John's Lane | | London | | EC1M 4BL | United Kingdom |
| Maed Media, LLC | | 2633 Lincoln Blvd | STE 153 | Santa Monica | CA | 90405 | |
| Market Performance Group, LLC | | 40 Lake Shore Drive | | Princeton Junction | NJ | 08550 | |
| Marsham Natural Products Broker | | 35 Romina Drive, 2nd Floor | | Concord | ON | L4K 4Z9 | Canada |
| MAXMEDIALAB Pty Ltd | | 13/32 Ralph Street | | Alexandria | NSW | 2015 | AU |
| Metric Theory, LLC | | 311 California St | Suite 200 | San Francisco | CA | 94104 | |
| Metric Theory, LLC | Attn: Colm Humphreys and Adam Edwards | 1517 Blake St | | Denver | CO | 80202 | |
| Models Inc Talent Agency | | 3290 Maguire Way #200 | | Dublin | CA | 94568 | |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | PO Box 1274 | Shelter Island | NY | 11965 | |
| Naomi Watts | | Address Redacted | | | | | |
| NB Ventures, Inc. DBA GEP | Attn: Abiy Birhanu | 100 Walnut Ave | 3rd Floor | Clark | NJ | 07066 | |
| OfficeSpace Software Inc. | Attn: Johan Andren | 228 Park Ave S | #39903 | New York | NY | 10003 | |
| Percy Works Ltd | | 6 Thornwood Road | | London | | SE13 5RG | United Kingdom |
| Petty Cash Inc | | 505 COURT STREET | #6K | Brooklyn | NY | 11231 | |
| PIMS New York, Inc. | Andrea Busby | 20 West 36th street | FLOOR 2 | New York | NY | 10018 | |
| Pinterest | | 505 Brannan St. | | San Francisco | CA | 94107 | |
| Pinterest, Inc | | 651 Brannan Street | | San Francsico | CA | 94107 | |
| Pinterest, Inc. | c/o Bialson, Bergen & Schwab | Attn: Gaye Heck and Lawrence Schwab | 830 Menlo Ave, Suite 201 | Menlo Park | CA | 94025 | |
| PMG Worldwide, LLC | Accounting | 2845 W. 7th St | | Fort Worth | TX | 76107 | |
| PMG Worldwide, LLC | c/o Davis+Gilbert LLP | Attn:  M. Giugliano | 1675 Broadway | New York | NY | 10019 | |
| Priority Fulfillment Services, Inc. | | 9250 N Royal Ln | Ste 100 | Irving | TX | 75063-2484 | |
| ReCharge Inc. | | 1507 20th St. | | Santa Monica | CA | 90404 | |
| Rosie Huntington-Whiteley | | Address Redacted | | | | | |
| Rosie Huntington-Whiteley | | Address Redacted | | | | | |
| SEE Turtles | | 5605 SE Rural St | | Portland | OR | 97206 | |
| Semaphore Brand Solutions, Inc. | | 16420 Bake Pkwy | | Irvine | CA | 92618 | |
| Sephora x Fohr | | | | | | | |
| Shopify Inc. | | Address Redacted | | | | | |
| Shortlist Model and Talent Agency, LLC | | 100 Shoreline Highway, Building B, Suite 100 | | Mill Valley | CA | 94941 | |
| Slate Studios, Inc. | | 5102 21st Street | Suite B-4-2 | Long Island City | NY | 11101 | |
| Social Art House | Attn: Marlene Arce | 1070 Norumbega Dr | | Monrovia | CA | 91016 | |
| Taylor Giavasis | | Address Redacted | | | | | |
| Tennille Life LLC f/s/o Tennille Jenkins | | 3824 Cedar Springs Road Ste. 801-3484 | | Dallas | TX | 75219 | |
| Tennille Life LLC f/s/o Tennille Jenkins | DBA Media | LLC ("DBA") 27 W 24th | Suite 10B | New York | NY | 10010 | |
| Terrace Consulting, Inc. | Attn: Todd Ziesing and Tracy Leung | 700 Larkspur Landing Circle | Suite 208 | Larkspur | CA | 94939 | |
| Three Model Management, Inc | | 932 Parker Ave, Suite 3 | | Berkeley | CA | 94710 | |
| Triple Whale Inc. | | 266 N Fifth Street | | Columbus | OH | 43215 | |
| TUC Office Owner 1, L.P. | c/o Jones Lang LaSalle, Inc | P.O. Box 603753 | | Charlotte | NC | 28260-3753 | |
| VS + Company | | 141 Flushing Ave | Building 77, Suite 1208 | Brooklyn | NY | 11205 | |
| Wright's Media, LLC | | 2407 Timberloch Place | Suite B | The Woodlands | TX | 77380-1039 | |
| Wright's Media, LLC (as agent for publication of Hearst Magazine Media, Inc.) | | 300 West 57th Street | 28th Floor | New York | NY | 10019 | |
| Wunderkind Corporation | | 1 WTC | Floor 74 | New York | NY | 10007 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

# Exhibit F



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| JVN Entertainment, Inc. | Attn: Jonathan Van Ness | | office@jonathanvanness.com |
| Kate Melvin | | | Address Redacted |
| Klaviyo, Inc. | | | ar.finance@klaviyo.com |
| Lady Rose, LLC; Rosie-Huntington-Whiteley | | | HeldChecks@caa.com |
| Larrinaga Sisters, LLC | | | eldoradovillage@live.com |
| Lifetech Resources, LLC | | | acarieri@lifetechresources.com |
| Little Bear Studios | Attn: Kate Galliers | | kate@littlebearcreates.com |
| Little Bear Studios | Attn: Katherine Barrett Galliers | | kate@littlebearcreates.com |
| Local Grit LLC | Grit Studio | | erin@gritstudio.com |
| Loren Data Corp. | Attn: Kristine Simpson | | ksimpson@ld.com |
| Lysi consulting LLC | | | naourass@lysi.co |
| Made Thought Design Limited | | | invoice@madethought.com |
| Maed Media, LLC | | | april@inspired-mgmt.com |
| Market Performance Group, LLC | | | arsupport@mpgllc.net |
| Marsham Natural Products Broker | | | mdalberto@marsham.ca |
| MAXMEDIALAB Pty Ltd | | | accounts@maxmedialab.com.au |
| Metric Theory, LLC | | | evyn.nelson@metrictheory.com |
| Metric Theory, LLC | Attn: Colm Humphreys and Adam Edwards | | accounting.performance@mediamonks.com |
| Models Inc Talent Agency | | | sherrie@modelsincagency.com |
| Naomi Watts | c/o Rosen & Associates, P.C. | Attn: Sanford P. Rosen | srosen@rosenpc.com |
| NB Ventures, Inc. DBA GEP | Attn: Abiy Birhanu | | abiy.birhanu@gep.com |
| OfficeSpace Software Inc. | Attn: Johan Andren | | billing@officespacesoftware.com |
| Percy Works Ltd | | | rose.percy@percyworks.com |
| Petty Cash Inc | | | lizzy@pettycashproduction.co |
| PIMS New York, Inc. | Andrea Busby | | abusby@pimsinc.com |
| Pinterest, Inc | | | ar@pinterest.com |
| Pinterest, Inc. | c/o Bialson, Bergen & Schwab | Attn: Gaye Heck and Lawrence Schwab | GHECK@BBSLAW.COM |
| PMG Worldwide, LLC | Accounting | | ACCOUNTING@PMG.COM |
| PMG Worldwide, LLC | c/o Davis+Gilbert LLP | Attn:  M. Giugliano | mgiugliano@dglaw.com |
| Priority Fulfillment Services, Inc. | | | AR@pfsweb.com |
| Rosie Huntington-Whiteley | | | Address Redacted |
| SEE Turtles | | | brad@seeturtles.org |
| Semaphore Brand Solutions, Inc. | | | rainbow@semaphorehq.com |
| Shortlist Model and Talent Agency, LLC | | | Lana@ShortlistTalent.com |
| Slate Studios, Inc. | | | info@slate-nyc.com |
| Social Art House | Attn: Marlene Arce | | lynn@socialarthouse.com |
| Taylor Giavasis | | | Address Redacted |
| Terrace Consulting, Inc. | Attn: Todd Ziesing and Tracy Leung | | operations@terrace.com toddzie@terrace.com |
| Three Model Management, Inc | | | billing@3modelmanagement.com |
| Triple Whale Inc. | | | brantley@triplewhale.com |
| TUC Office Owner 1, L.P. | c/o Jones Lang LaSalle, Inc | | cristina.snyder@am.jll.com |
| VS + Company | | | nikki@vsandcompany.com |
| Wright's Media, LLC | | | mbarnhart@wrightsmedia.com mbarnhart@wrightsmedia.com |
| Wright's Media, LLC (as agent for publication of Hearst Magazine Media, Inc.) | | | ARDeptHSC@hearst.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

# Exhibit G



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Addison Group [CVPartners] | Attn: Jamie Garbis | 125 South Wacker Drive Suite 2700 | | | Chicago | IL | 60606 | |
| Akerman LLP | | P.O. Box 4906 | | | Orlando | FL | 32802 | |
| Akerman LLP | Attn: Andrea S. Hartley | 98 SE 7th Street | Suite 1100 | | Miami | FL | 33131 | |
| Art Department LA, Inc | | 1050 W Alameda Ave. | #136 | | Burbank | CA | 91606 | |
| Art Department LA, Inc | Attn: Albert Wilcox | 1 Collins Ave | Unit 108 | | Miami Beach | FL | 33139-7481 | |
| Bio-Process Innovation, Inc | Attn: Morrison Clark Dale | 226 N 500 W | | | West Lafayette | IN | 47906 | |
| Bri Winters | | Address Redacted | | | | | | |
| Bri Winters | | Address Redacted | | | | | | |
| Bright Moment Co. [Lauren Sephton] | Attn: Lauren Taylor Sephton | 550 N Liberty St | #170 | | Winston Salem | NC | 27101 | |
| BTWN LLC | Attn: Jane Belfry | 2386 Silver Ridge Ave | | | Los Angeles | CA | 90039 | |
| Cara Dawson | | Address Redacted | | | | | | |
| Chemclean Onsiteservices, Inc. | Attn: Rajbir Kaur | 2596 Gumdrop Dr | | | San Jose | CA | 95148 | |
| CPA Global | c/o CPA Global Limited | 2318 Mill Road, 12th Floor | | | Alexandria | VA | 22314 | |
| CPA Global (FIP) LLC | | 789 E EISENHOWER PKWY | | | ANN ARBOR | MI | 48108-3218 | |
| CRAFT ALAN | Attn: Jared Craft | 924 1/4 Maltman Ave | | | Los Angeles | CA | 90026 | |
| Craft Alan, LLC | | Address Redacted | | | | | | |
| CV Partners | Addison Professional Financial Sear | 7076 Solutions Center | | | Chicago | IL | 60677 | |
| Devon Consulting & Public Relations Ltd | Attn: Katherine Hamilton | 1052 Queen Street West | Second Floor | | Toronto | Ontario | M6J 1H7 | Canada |
| Devon Consulting & Public Relations Ltd. | | 51 Jackes Avenue Suite 102 | | | Toronto | ON | M4T 1E2 | Canada |
| DiAnne Davis | | Address Redacted | | | | | | |
| ECS Axcess Point LLC | | 850 Clark Drive | | | Budd Lake | NJ | 07828 | |
| ECS Axcess Point LLC | c/o Harris Beach PLLC | Attn: Kevin Tompsett | 99 Garnsey Rd | | Pittsford | NY | 14534 | |
| FirstDigital Communications LLC | Attn: Diane Locher | 357 W 670 S | Ste 300 | | Lindon | UT | 84042 | |
| Foothold International Brands Ltd | Attn: Annie Bruce | 184 Wymering Mansions | Wymering Road | | London | | W9 2NQ | United Kingdom |
| Foothold International Brands Ltd. | | 34a Watling Street | | | Radlett | Herts. | WD7 7NN | United Kingdom |
| Funke LA | Attn: Collette Nolte | 9388 S Santa Monica Blvd | | | Beverly Hills | CA | 90210 | |
| Gurkin Construction Co | | P.O. Box 706971 | Fertilizer Road | | Riegelwood | NC | 28456 | |
| Gurkin Construction Co | Attn: Michael Ryan Gurkin | PO Box 706 | | | Riegelwood | NC | 28456 | |
| Hired Hands Models Limited | Attn: Thomas Albone | 6 Carlton Road | | | Romford | Essex | RM2 5AA | United Kingdom |
| Ice Cream Van Ltd | Attn: Lee Mckarkiel | Flat 1 | 67 Highbury Park | | London | | N51UA | United Kingdom |
| Inspired Management [Maed Media, LLC] | Attn: Denise Vasi | 2633 Lincoln Blvd | Ste 153 | | Santa Monica | CA | 90405 | |
| Jared Lewis Pasamar | | Address Redacted | | | | | | |
| Kate Melvin [Katherine Melvin] | | Address Redacted | | | | | | |
| Lauren Sephton [Bright Moment Co.] | | 550 N Liberty St | #170 | | Winston-Salem | NC | 27101 | |
| Life With Falcon Corp. [With Falcon] | | 45-45 Center Blvd. | APT 502 | | Long Island City | NY | 11109 | |
| Life With Falcon Corp. [With Falcon] | Attn: Ashley Falcon | 4921 Arthur St | | | Hollywood | FL | 33201 | |
| Louise McArdle [Lulu McArdle] | | Address Redacted | | | | | | |
| Megan Buckley | | Address Redacted | | | | | | |
| Mereyah Cage | | Address Redacted | | | | | | |
| Miss Francesca Williams | | Address Redacted | | | | | | |
| Morgan and Sampson USA | | 11155 Dana Circle | | | Cypress | CA | 90630 | |
| Morgan and Sampson USA | | 33 Lyman St #103 | | | Westborough | MA | 01581 | |
| Night Lab Inc. [Emma Debany] | | Address Redacted | | | | | | |
| Night Lab Inc. [Emma Debany] | | Address Redacted | | | | | | |
| Outfront Media LLC | | 2640 NW 17th Ln | | | Pompano Beach | FL | 33064 | |
| Outfront Media LLC | c/o Iannitelli Marcolini, P.C. | Attn: Claudio E. Iannitelli | 5353 North 16th Street | Suite 315 | Phoenix | AZ | 85016 | |
| Paul Ritter | | Address Redacted | | | | | | |
| Phillip Romano [Phillip Romano Photography] | | Address Redacted | | | | | | |
| Polycarbin, Inc. [Polycarbin] | | 2735 Greenwood Drive | | | San Pablo | CA | 94806 | |
| Polycarbin, Inc. [Polycarbin] | Attn: Noah Pyles | PO Box 21781 | | | El Sobrante | CA | 94820 | |
| Prima Beauté | | 21 rue Dugommier | | | Paris | 75 | 75012 | France |
| REID architecture PLLC | Attn: Reid Freeman | 104 Vanderbilt Street | | | Brooklyn | NY | 11218 | |
| REID Architecture PLLC | c/o Offit Kurman PC | Attn: Albena Petrakov | 590 Madison Ave | 6th Fl | New York | NY | 10022 | |
| Sarah McClean [Sarah Dawson Photography] | | Address Redacted | | | | | | |
| Sarakem Corporation | | 65 Tamsen Rd. | | | Fort Montgomery | NY | 01922 | |
| Sarakem Corporation | Attn: Rich Dryoff | 26 Rayton Rd | | | Hanover | NH | 03755 | |
| Select Management Group | c/o Accounting | 345 N Maple Drive | Suite 230 | | Beverly Hills | CA | 90210 | |
| Select Model Management | | 27 Mortimer Street | 1st Floor | | London | | W1T 3JF | United Kingdom |
| Southern Design & Mechanical | | 8229 Cloverleaf Dr | Ste 430 | | Millersville | MD | 21108 | |
| SynZeal Research Private Limited | Attn: Aniruddhsinh Vaghela | Plot No. F, Ganesh Industrial Estate | 423/24/8, Mahagujarat Industrial Estate | Sarkhej-Bavla Road, Moraiya | Ahmedabad | Gujarat | 382213 | India |
| Tailor Here | Attn: Raha Dixon | 2006 Clyde Ave | | | Los Angeles | CA | 90016 | |
| Way Model Management Eireli | Attn: Anderson Baugmgartner | AL SANTOS 2159 | 14Âº andar cj 142 | | SÃ£o Paulo | SP | 01419-100 | Brazil |
| Zand Dermatology, Inc. | Attn: Sarvenaz Zand | 655 Redwood Highway | Suite 246 | | Mill Valley | CA | 94941 | |
| Zand Dermatology, Inc. | Attn: Sarvenaz Zand | 655 Redwood Hwy | Ste 246 | | Mill Valley | CA | 94941-3055 | |

In re: Amyris, Inc., et al.
Case Number: 23-11131 (TMH)

# Exhibit H



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Addison Group [CVPartners] | Attn: Jamie Garbis | | ar@addisongroup.com |
| Akerman LLP | Attn: Andrea S. Hartley | | andrea.hartley@akerman.com |
| Art Department LA, Inc | Attn: Albert Wilcox | | albertw@art-dept.com |
| Bio-Process Innovation, Inc | Attn: Morrison Clark Dale | | clark@bio-process.com |
| Bri Winters | | | Address Redacted |
| Bright Moment Co. [Lauren Sephton] | Attn: Lauren Taylor Sephton | | brightmomentco@gmail.com |
| BTWN LLC | Attn: Jane Belfry | | raven@thebtwn.com contact@thebtwn.com |
| Cara Dawson | | | Address Redacted |
| Chemclean Onsiteservices, Inc. | Attn: Rajbir Kaur | | contact@chemcleanonsiteservicesinc.com |
| CPA Global | c/o CPA Global Limited | | finance@cpaglobal.com |
| CPA Global (FIP) LLC | | | finance@cpaglobal.com |
| CRAFT ALAN | Attn: Jared Craft | | jared@craftalan.com |
| CV Partners | Addison Professional Financial Sear | | jamie.garbis@addisongroup.com |
| Devon Consulting & Public Relations Ltd | Attn: Katherine Hamilton | | Katherine@devonconsulting.ca |
| DiAnne Davis | | | Address Redacted |
| ECS Axcess Point LLC | | | cbraby@axcess-point.com |
| ECS Axcess Point LLC | c/o Harris Beach PLLC | Attn: Kevin Tompsett | ktompsett@harrisbeach.com |
| FirstDigital Communications LLC | Attn: Diane Locher | | diane.locher@firstdigital.com |
| Foothold International Brands Ltd | Attn: Annie Bruce | | annie@foot-hold.com |
| Foothold International Brands Ltd. | | | lettie@foot-hold.com |
| Funke LA | Attn: Collette Nolte | | accounting@funkela.com collette@funkela.com |
| Gurkin Construction Co | Attn: Michael Ryan Gurkin | | michael@gurkinco.com |
| Hired Hands Models Limited | Attn: Thomas Albone | | info@hiredhandsmodels.com |
| Ice Cream Van Ltd | Attn: Lee Mckarkiel | | leemckarkiel@gmail.com |
| Inspired Management [Maed Media, LLC] | Attn: Denise Vasi | | april@inspired-mgmt.com denise@maed.co |
| Jared Lewis Pasamar | | | Address Redacted |
| Kate Melvin [Katherine Melvin] | | | Address Redacted |
| Lauren Sephton [Bright Moment Co.] | | | brightmomentco@gmail.com |
| Life With Falcon Corp. [With Falcon] | Attn: Ashley Falcon | | ashley@withfalcon.com |
| Louise McArdle [Lulu McArdle] | | | Address Redacted |
| Megan Buckley | | | Address Redacted |
| Mereyah Cage | | | Address Redacted |
| Miss Francesca Williams | | | Address Redacted |
| Morgan and Sampson USA | | | skeadle@morgansampsonusa.com |
| Night Lab Inc. [Emma Debany] | | | Address Redacted |
| Outfront Media LLC | | | sandra.vicente@outfront.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Outfront Media LLC | c/o Iannitelli Marcolini, P.C. | Attn:  Claudio E. Iannitelli | bkOUTserve@imlawpc.com |
| Paul Ritter | | | Address Redacted |
| Phillip Romano [Phillip Romano Photography] | | | Address Redacted |
| Polycarbin, Inc. [Polycarbin] | Attn: Noah Pyles | | spollicar@polycarbin.com |
| Prima Beauté | | | jperdriau@prima-beaute.com |
| REID architecture PLLC | Attn: Reid Freeman | | reid@reidarc.com |
| REID Architecture PLLC | c/o Offit Kurman PC | Attn: Albena Petrakov | apetrakov@offitkurman.com |
| Sarah McClean [Sarah Dawson Photography] | | | Address Redacted |
| Sarakem Corporation | Attn: Rich Dryoff | | richdyroff@gmail.com |
| Select Management Group | c/o Accounting | | accounting@select.co |
| Select Model Management | | | accounts@selectmodel.com |
| Southern Design & Mechanical | | | cgillespie@mysoutherndesign.com |
| SynZeal Research Private Limited | Attn: Aniruddhsinh Vaghela | | sales@synzeal.com |
| Tailor Here | Attn: Raha Dixon | | raha@tailorhere.com |
| Way Model Management Eireli | Attn: Anderson Baugmgartner | | SANDRA@WAYMODEL.COM.BR |
| Zand Dermatology, Inc. | Attn: Sarvenaz Zand | | manager@zanddermatology.com<br>sarvenaz.zand@gmail.com |
| Zand Dermatology, Inc. | Attn: Sarvenaz Zand | | sarvenaz.zand@gmail.com |

In re: Amyris, Inc., et al.
Case No. 23-11131 (TMH)

Page 2 of 2

Document Ref: MECU7-NFLSZ-NHUKG-ESHYR

Page 24 of 24