# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No.: 23-11131 (TMH) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: March 20, 2024, at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC ("**Jefferies**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively the "**Debtors**") |
| Date of Retention: | October 30, 2023 [Docket No. 629], *Effective as of* September 1, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | December 1, 2023 – December 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $125,000.00 |
| Amount of Interim Compensation to Be Paid Under Interim Compensation Order (80%): | $100,000.00 |
| Amount of Interim Compensation to Be Held Back Under Interim Compensation Order (20%): | $25,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $25,836.65 |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses Sought: | $150,836.65 |
| Total Interim Compensation and Reimbursement of Expenses to Be Paid Under Interim Compensation Order: | $125,836.65 |

This is a <u>monthly</u> fee application

| | |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses Sought: | $150,836.65 |
| Total Interim Compensation and Reimbursement of Expenses to Be Paid Under Interim Compensation Order: | $125,836.65 |

This is a <u>monthly</u> fee application

**THIRD MONTHLY FEE APPLICATION OF**
**JEFFERIES LLC**
**HOURS BY PROFESSIONAL**
**DECEMBER 1, 2023 – DECEMBER 31, 2023**

**Jefferies LLC**
**Summary of Hours by Professional**
December 1, 2023 - December 31, 2023

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Global Joint Head of Debt Advisory & Restructuring | 25.5 |
| Jingzhi Dai | Managing Director, Debt Advisory & Restructuring | 33.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 29.0 |
| Jesse Kass | Associate, Debt Advisory & Restructuring | 17.5 |
| Lars Hultgren | Analyst, Debt Advisory & Restructuring | 32.0 |
| Adrian Merkt | Managing Director, Industrials | 3.0 |
| Thomas Nguyen | Vice President, Industrials | 7.5 |
| Rahul Balasubramani | Associate, Industrials | 7.5 |
| Maille Frohoff | Analyst, Industrials | 7.5 |
| Daisy King | Associate, Consumer | 5.0 |
| Jack Abrams | Analyst, Consumer | 5.0 |
| **Total** | | **172.5** |

**THIRD MONTHLY FEE APPLICATION OF**
**JEFFERIES LLC**
**HOURS BY CATEGORY**
**DECEMBER 1, 2023 – DECEMBER 31, 2023**

**Jefferies LLC**
**Summary of Hours by Category**
December 1, 2023 - December 31, 2023

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 18.5 |
| 2 | Sale Process | 38.5 |
| 3 | Creditor Communication | 21.0 |
| 4 | Debtor Communication | 6.0 |
| 5 | DIP Financing | 1.5 |
| 6 | Testimony Preparation | 39.0 |
| 7 | Plan of Reorganization | 5.0 |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 18.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | 25.0 |
| **Total** | | **172.5** |

**THIRD MONTHLY FEE APPLICATION
OF JEFFERIES LLC
EXPENSES BY CATEGORY
DECEMBER 1, 2023 – DECEMBER 31, 2023**

**Jefferies LLC**
Summary of Expenses by Category
December 1, 2023 - December 31, 2023

| Category | Expenses |
|---|---:|
| Employee Overtime Meal | 231.92 |
| Transportation | 206.79 |
| Presentation Services | 3.00 |
| Legal Fees | 25,394.94 |
| **Total** | **$25,836.65** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[2] | Case No.: 23-11131 (TMH) |
| Debtors. | Jointly Administered |

**THIRD MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023**

Pursuant to sections 328, 330 and 331 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 279] (the "**Interim Compensation Order**"), Jefferies, as investment banker to the Committee, hereby submits this Monthly Fee Application[3] for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $125,836.65, consisting of 80% of the $125,000 in fees earned and 100% of the $25,836.65 in expenses incurred.

**Jurisdiction And Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the

---

[2] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[3] Capitalized terms used but not otherwise defined herein shall have the definitions ascribed to them in the Interim Compensation Order.

*Amended Standing Order of* Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2 and the Interim Compensation Order.

### Background

3. On August 9 and August 21, 2023, each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

4. On August 27, 2023, the Office of the United States Trustee for the District of Delaware appointed the Committee pursuant to section 1102 of the Bankruptcy Code. Shortly thereafter, the Committee selected Jefferies to provide investment banking services to the Committee, subject to Court approval.

5. On September 14, 2023, the Court entered the Interim Compensation Order, which generally sets forth the procedures for interim compensation and expense reimbursement for retained professionals in the Debtors' Chapter 11 Cases. The Interim Compensation Order provides, among other things, that, on or after the fourteenth (14th) day following service of a monthly fee application (or, if such day is not a business day, the next business day), the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) the fees and 100 percent (100%) of the

expenses requested in the monthly fee application that are not subject to an objection.

6. On September 20, 2023, the Committee filed an application to retain and employ Jefferies as their investment banker [D.I. 334] (the "**Retention Application**"), effective as of September 1, 2023, on the terms set forth in that certain engagement letter between Jefferies and the Committee, dated as of February 12, 2020 (the "**Engagement Letter**"). A copy of the Engagement Letter was appended to the Retention Application as Exhibit B.

7. On October 30, 2023, the Court entered the order approving the Retention Application [D.I. 629] (the "**Retention Order**"). The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

**Relief Requested**

8. By this Application, Jefferies requests interim allowance and reimbursement of 80% of Jefferies' fees and 100% of expenses incurred during the Compensation Period in connection with services provided to the Committee in the amount of $125,836.65.

9. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as **Exhibit A**. During the Compensation Period, Jefferies professionals spent approximately 172.5 hours providing investment banking services to the Committee.

10. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy

matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

11. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

### Actual and Necessary Expenses

12. Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter, as modified by the Retention Order. As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $25,836.65.

13. Included, as part of **Exhibit B**, is an invoice from DLA Piper LLP (US), counsel to Jefferies, for services rendered through December 31, 2023, as contemplated by and in full compliance with the Engagement Letter and Paragraphs 8 and 16 of the Retention Order.

### Reservation of Rights

14. Although Jefferies has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Fee Application due to delays caused by accounting and processing during the Compensation Period. Jefferies reserves the right to seek payment of such fees and expenses not included herein.

### Notice

15. Jefferies will provide notice of this Monthly Fee Application to the Notice Parties [*see* D.I. 279 ¶ 2.a] in accordance with the Interim Compensation Order.

**Certification of Compliance**

16.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information, and belief, this Monthly Fee Application complies with the requirements of that Local Rule. To the extent it does not, Jefferies submits that such variation is insubstantial.

Dated: March 6, 2024                                     Respectfully submitted,

/s/ Leon Szlezinger
———————————————————
Leon Szlezinger

Managing Director and Joint Global Head of Debt Advisory & Restructuring

Jefferies LLC