# EXHIBIT A

**(Time Records)**

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Leon Szlezinger | Virutal Auction | 3.0 | 6 |
| 12/01/23 | Leon Szlezinger | Discussions re: auction strategy | 0.5 | 11 |
| 12/03/23 | Leon Szlezinger | Plan proposal discussion with Debtors | 2.0 | 4 |
| 12/03/23 | Leon Szlezinger | Plan proposal discussion with UCC advisors | 0.5 | 11 |
| 12/04/23 | Leon Szlezinger | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Leon Szlezinger | UCC Professionals Standing Call | 0.5 | 11 |
| 12/05/23 | Leon Szlezinger | Call with AHG re: Plan | 0.5 | 7 |
| 12/06/23 | Leon Szlezinger | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/06/23 | Leon Szlezinger | Review of DIP budget | 0.5 | 5 |
| 12/07/23 | Leon Szlezinger | Call with creditors | 0.5 | 3 |
| 12/07/23 | Leon Szlezinger | Status Conference Hearing | 1.0 | 6 |
| 12/07/23 | Leon Szlezinger | Review of amended plan and disclosure statement | 0.5 | 7 |
| 12/08/23 | Leon Szlezinger | Review and supplement potential buyer list re: R&D assets | 0.5 | 2 |
| 12/08/23 | Leon Szlezinger | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/08/23 | Leon Szlezinger | Discussion re: plan for remaining brands | 0.5 | 11 |
| 12/11/23 | Leon Szlezinger | Prepare for UCC Call re: sale process | 0.5 | 2 |
| 12/11/23 | Leon Szlezinger | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/11/23 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Leon Szlezinger | Committee Meeting | 1.0 | 3 |
| 12/11/23 | Leon Szlezinger | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/11/23 | Leon Szlezinger | UCC Professionals Standing Call | 0.5 | 11 |
| 12/12/23 | Leon Szlezinger | Sale/Disclosure Statement Hearing | 1.0 | 1 |
| 12/12/23 | Leon Szlezinger | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/12/23 | Leon Szlezinger | Review of draft bidding procedures re: remaining assets | 0.5 | 2 |
| 12/12/23 | Leon Szlezinger | Discussion with FTI, W&C, Jefferies re: remaining assets bidding procedures | 0.5 | 11 |
| 12/13/23 | Leon Szlezinger | Review of proposed buyer list for R&D assets | 0.5 | 2 |
| 12/13/23 | Leon Szlezinger | Virutal Auction for remaining brands | 2.5 | 6 |
| 12/13/23 | Leon Szlezinger | Discussion re: auction for remaining brands | 0.5 | 11 |
| 12/15/23 | Leon Szlezinger | Review of court docket re: asset sales and other assets bidding procedures | 1.0 | 1 |
| 12/18/23 | Leon Szlezinger | Call with ArentFox | 0.5 | 3 |
| 12/18/23 | Leon Szlezinger | Review of DSM term sheet | 0.5 | 9 |
| 12/19/23 | Leon Szlezinger | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/20/23 | Leon Szlezinger | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/27/23 | Leon Szlezinger | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Leon Szlezinger** | **25.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Jingzhi Dai | Review of draft fee application | 0.5 | 1 |
| 12/01/23 | Jingzhi Dai | Virutal Auction | 3.0 | 6 |
| 12/01/23 | Jingzhi Dai | Prepare bid summary materials | 0.5 | 9 |
| 12/01/23 | Jingzhi Dai | Discussions re: auction strategy | 0.5 | 11 |
| 12/03/23 | Jingzhi Dai | Plan proposal discussion with Debtors | 2.0 | 4 |
| 12/03/23 | Jingzhi Dai | Plan proposal discussion with UCC advisors | 0.5 | 11 |
| 12/04/23 | Jingzhi Dai | Review of draft fee application | 0.5 | 1 |
| 12/04/23 | Jingzhi Dai | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/04/23 | Jingzhi Dai | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Jingzhi Dai | UCC Professionals Standing Call | 0.5 | 11 |
| 12/05/23 | Jingzhi Dai | Call with AHG re: Plan | 0.5 | 7 |
| 12/06/23 | Jingzhi Dai | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/06/23 | Jingzhi Dai | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/06/23 | Jingzhi Dai | Review of DIP budget | 0.5 | 5 |
| 12/07/23 | Jingzhi Dai | Call with creditors | 0.5 | 3 |
| 12/07/23 | Jingzhi Dai | Status Conference Hearing | 1.0 | 6 |
| 12/07/23 | Jingzhi Dai | Review of amended plan and disclosure statement | 0.5 | 7 |
| 12/08/23 | Jingzhi Dai | Review and supplement potential buyer list re: R&D assets | 0.5 | 2 |
| 12/08/23 | Jingzhi Dai | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/08/23 | Jingzhi Dai | Review of liquidation analysis re: remaining brands | 0.5 | 9 |
| 12/08/23 | Jingzhi Dai | Discussion re: plan for remaining brands | 0.5 | 11 |
| 12/11/23 | Jingzhi Dai | Prepare for UCC Call re: sale process | 0.5 | 2 |
| 12/11/23 | Jingzhi Dai | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/11/23 | Jingzhi Dai | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Jingzhi Dai | Committee Meeting | 1.0 | 3 |
| 12/11/23 | Jingzhi Dai | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/11/23 | Jingzhi Dai | UCC Professionals Standing Call | 0.5 | 11 |
| 12/12/23 | Jingzhi Dai | Sale/Disclosure Statement Hearing | 1.0 | 1 |
| 12/12/23 | Jingzhi Dai | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/12/23 | Jingzhi Dai | Review of draft bidding procedures re: remaining assets | 0.5 | 2 |
| 12/12/23 | Jingzhi Dai | Discussion with FTI, W&C, Jefferies re: remaining assets bidding procedures | 0.5 | 11 |
| 12/13/23 | Jingzhi Dai | Review of proposed buyer list for R&D assets | 0.5 | 2 |
| 12/13/23 | Jingzhi Dai | Virutal Auction for remaining brands | 2.5 | 6 |
| 12/13/23 | Jingzhi Dai | Discussion re: auction for remaining brands | 0.5 | 11 |
| 12/15/23 | Jingzhi Dai | Review of court docket re: asset sales and other assets bidding procedures | 1.5 | 1 |
| 12/18/23 | Jingzhi Dai | Call with ArentFox | 0.5 | 3 |
| 12/18/23 | Jingzhi Dai | Review of DSM term sheet | 0.5 | 9 |
| 12/19/23 | Jingzhi Dai | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Jingzhi Dai | Prepare sale process update materials | 1.0 | 9 |
| 12/19/23 | Jingzhi Dai | Discussion re: R&D sale process | 0.5 | 11 |
| 12/20/23 | Jingzhi Dai | Sale Approval Hearing | 0.5 | 1 |
| 12/20/23 | Jingzhi Dai | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/20/23 | Jingzhi Dai | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/27/23 | Jingzhi Dai | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Jingzhi Dai | Discussion re: R&D sale process | 0.5 | 11 |
| 12/29/23 | Jingzhi Dai | Prepare fee application | 0.5 | 1 |
| 12/29/23 | Jingzhi Dai | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Jingzhi Dai** | **33.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Kevin Murray | Review of draft fee application | 0.5 | 1 |
| 12/01/23 | Kevin Murray | Virutal Auction | 3.0 | 6 |
| 12/01/23 | Kevin Murray | Prepare bid summary materials | 1.0 | 9 |
| 12/01/23 | Kevin Murray | Discussions re: auction strategy | 0.5 | 11 |
| 12/04/23 | Kevin Murray | Review of draft fee application | 0.5 | 1 |
| 12/04/23 | Kevin Murray | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/04/23 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 12/04/23 | Kevin Murray | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Kevin Murray | UCC Professionals Standing Call | 0.5 | 11 |
| 12/05/23 | Kevin Murray | Call with AHG re: Plan | 0.5 | 7 |
| 12/06/23 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/06/23 | Kevin Murray | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/06/23 | Kevin Murray | Review of DIP budget | 0.5 | 5 |
| 12/07/23 | Kevin Murray | Status Conference Hearing | 1.0 | 6 |
| 12/07/23 | Kevin Murray | Review of amended plan and disclosure statement | 0.5 | 7 |
| 12/08/23 | Kevin Murray | Review and supplement potential buyer list re: R&D assets | 0.5 | 2 |
| 12/08/23 | Kevin Murray | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/08/23 | Kevin Murray | Review of liquidation analysis re: remaining brands | 0.5 | 9 |
| 12/08/23 | Kevin Murray | Discussion re: plan for remaining brands | 0.5 | 11 |
| 12/11/23 | Kevin Murray | Prepare for UCC Call re: sale process | 0.5 | 2 |
| 12/11/23 | Kevin Murray | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Kevin Murray | Committee Meeting | 1.0 | 3 |
| 12/11/23 | Kevin Murray | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/11/23 | Kevin Murray | UCC Professionals Standing Call | 0.5 | 11 |
| 12/12/23 | Kevin Murray | Review of draft bidding procedures re: remaining assets | 0.5 | 2 |
| 12/13/23 | Kevin Murray | Virutal Auction for remaining brands | 2.5 | 6 |
| 12/13/23 | Kevin Murray | Discussion re: auction for remaining brands | 0.5 | 11 |
| 12/14/23 | Kevin Murray | Analysis and prepare summary re: auction proceeds | 0.5 | 9 |
| 12/15/23 | Kevin Murray | Review of court docket re: asset sales and other assets bidding procedures | 1.0 | 1 |
| 12/15/23 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 12/18/23 | Kevin Murray | Call with ArentFox | 0.5 | 3 |
| 12/18/23 | Kevin Murray | Review of DSM term sheet | 0.5 | 9 |
| 12/19/23 | Kevin Murray | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 12/19/23 | Kevin Murray | Prepare sale process update materials | 1.0 | 9 |
| 12/19/23 | Kevin Murray | Discussion re: R&D sale process | 0.5 | 11 |
| 12/20/23 | Kevin Murray | Sale Approval Hearing | 0.5 | 1 |
| 12/20/23 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/20/23 | Kevin Murray | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/27/23 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Kevin Murray | Discussion re: R&D sale process | 0.5 | 11 |
| 12/29/23 | Kevin Murray | Prepare fee application | 0.5 | 1 |
| 12/29/23 | Kevin Murray | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Kevin Murray** | **29.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Jesse Kass | Discussions re: auction strategy | 0.5 | 11 |
| 12/04/23 | Jesse Kass | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Jesse Kass | UCC Professionals Standing Call | 0.5 | 11 |
| 12/05/23 | Jesse Kass | Call with AHG re: Plan | 0.5 | 7 |
| 12/06/23 | Jesse Kass | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/07/23 | Jesse Kass | Status Conference Hearing | 1.0 | 6 |
| 12/07/23 | Jesse Kass | Review of amended plan and disclosure statement | 0.5 | 7 |
| 12/08/23 | Jesse Kass | Review and supplement potential buyer list re: R&D assets | 0.5 | 2 |
| 12/08/23 | Jesse Kass | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/08/23 | Jesse Kass | Review of liquidation analysis re: remaining brands | 0.5 | 9 |
| 12/08/23 | Jesse Kass | Discussion re: plan for remaining brands | 0.5 | 11 |
| 12/11/23 | Jesse Kass | Committee Meeting | 1.0 | 3 |
| 12/11/23 | Jesse Kass | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/11/23 | Jesse Kass | UCC Professionals Standing Call | 0.5 | 11 |
| 12/12/23 | Jesse Kass | Sale/Disclosure Statement Hearing | 1.0 | 1 |
| 12/12/23 | Jesse Kass | Review of draft bidding procedures re: remaining assets | 0.5 | 2 |
| 12/13/23 | Jesse Kass | Discussion re: auction for remaining brands | 0.5 | 11 |
| 12/14/23 | Jesse Kass | Analysis and prepare summary re: auction proceeds | 0.5 | 9 |
| 12/15/23 | Jesse Kass | Review of court docket re: asset sales and other assets bidding procedures | 1.0 | 1 |
| 12/15/23 | Jesse Kass | Review of sale process VDR | 0.5 | 2 |
| 12/19/23 | Jesse Kass | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Jesse Kass | Review of sale process VDR | 0.5 | 2 |
| 12/19/23 | Jesse Kass | Prepare sale process update materials | 1.0 | 9 |
| 12/19/23 | Jesse Kass | Discussion re: R&D sale process | 0.5 | 11 |
| 12/20/23 | Jesse Kass | Sale Approval Hearing | 0.5 | 1 |
| 12/20/23 | Jesse Kass | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Jesse Kass | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Jesse Kass | Discussion re: R&D sale process | 0.5 | 11 |
| 12/28/23 | Jesse Kass | Prepare fee application | 0.5 | 1 |
| | **December 1, 2023 - December 31, 2023 Hours for Jesse Kass** | | **17.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/01/23 | Lars Hultgren | Review of draft fee application | 0.5 | 1 |
| 12/01/23 | Lars Hultgren | Virutal Auction | 3.0 | 6 |
| 12/01/23 | Lars Hultgren | Prepare bid summary materials | 1.5 | 9 |
| 12/01/23 | Lars Hultgren | Discussions re: auction strategy | 0.5 | 11 |
| 12/04/23 | Lars Hultgren | Review of draft fee application | 0.5 | 1 |
| 12/04/23 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/04/23 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 12/04/23 | Lars Hultgren | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Lars Hultgren | UCC Professionals Standing Call | 0.5 | 11 |
| 12/05/23 | Lars Hultgren | Call with AHG re: Plan | 0.5 | 7 |
| 12/06/23 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/06/23 | Lars Hultgren | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/07/23 | Lars Hultgren | Review of amended plan and disclosure statement | 0.5 | 7 |
| 12/08/23 | Lars Hultgren | Review and supplement potential buyer list re: R&D assets | 0.5 | 2 |
| 12/08/23 | Lars Hultgren | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/08/23 | Lars Hultgren | Review of liquidation analysis re: remaining brands | 0.5 | 9 |
| 12/08/23 | Lars Hultgren | Discussion re: plan for remaining brands | 0.5 | 11 |
| 12/11/23 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Lars Hultgren | Committee Meeting | 1.0 | 3 |
| 12/11/23 | Lars Hultgren | Review of draft Plan Support Agreement | 0.5 | 9 |
| 12/11/23 | Lars Hultgren | UCC Professionals Standing Call | 0.5 | 11 |
| 12/12/23 | Lars Hultgren | Sale/Disclosure Statement Hearing | 1.0 | 1 |
| 12/12/23 | Lars Hultgren | Review of draft bidding procedures re: remaining assets | 0.5 | 2 |
| 12/12/23 | Lars Hultgren | Discussion with FTI, W&C, Jefferies re: remaining assets bidding procedures | 0.5 | 11 |
| 12/13/23 | Lars Hultgren | Virutal Auction for remaining brands | 2.5 | 6 |
| 12/13/23 | Lars Hultgren | Discussion re: auction for remaining brands | 0.5 | 11 |
| 12/14/23 | Lars Hultgren | Analysis and prepare summary re: auction proceeds | 0.5 | 9 |
| 12/15/23 | Lars Hultgren | Review of court docket re: asset sales and other assets bidding procedures | 1.0 | 1 |
| 12/15/23 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 12/19/23 | Lars Hultgren | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 12/19/23 | Lars Hultgren | Prepare sale process update materials | 2.0 | 9 |
| 12/19/23 | Lars Hultgren | Discussion re: R&D sale process | 0.5 | 11 |
| 12/20/23 | Lars Hultgren | Sale Approval Hearing | 0.5 | 1 |
| 12/20/23 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/20/23 | Lars Hultgren | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/23/23 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 12/27/23 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 12/27/23 | Lars Hultgren | Discussion re: R&D sale process | 0.5 | 11 |
| 12/28/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 12/29/23 | Lars Hultgren | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/30/23 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Lars Hultgren** | **32.0** | |
| 12/08/23 | Adrian Merkt | Review and supplement potential buyer list re: R&D assets | 1.0 | 2 |
| 12/11/23 | Adrian Merkt | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/12/23 | Adrian Merkt | Discussion re: remaining asset sale | 0.5 | 2 |
| 12/19/23 | Adrian Merkt | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Adrian Merkt | Discussion re: R&D sale process | 0.5 | 11 |
| | | **December 1, 2023 - December 31, 2023 Hours for Adrian Merkt** | **3.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/04/23 | Thomas Nguyen | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 12/04/23 | Thomas Nguyen | *Status Conference Hearing* | 1.0 | 6 |
| 12/04/23 | Thomas Nguyen | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/06/23 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 12/07/23 | Thomas Nguyen | *Status Conference Hearing* | 1.0 | 6 |
| 12/08/23 | Thomas Nguyen | *Review and supplement potential buyer list re: R&D assets* | 1.0 | 2 |
| 12/11/23 | Thomas Nguyen | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 12/11/23 | Thomas Nguyen | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/19/23 | Thomas Nguyen | *Review of sale process outreach re: R&D assets* | 0.5 | 2 |
| 12/19/23 | Thomas Nguyen | *Discussion re: R&D sale process* | 0.5 | 11 |
| 12/20/23 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 12/27/23 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| | **December 1, 2023 - December 31, 2023 Hours for Thomas Nguyen** | | **7.5** | |
| 12/04/23 | Rahul Balasubramani | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 12/04/23 | Rahul Balasubramani | *Status Conference Hearing* | 1.0 | 6 |
| 12/04/23 | Rahul Balasubramani | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/06/23 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 12/07/23 | Rahul Balasubramani | *Status Conference Hearing* | 1.0 | 6 |
| 12/08/23 | Rahul Balasubramani | *Review and supplement potential buyer list re: R&D assets* | 1.0 | 2 |
| 12/11/23 | Rahul Balasubramani | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 12/11/23 | Rahul Balasubramani | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/19/23 | Rahul Balasubramani | *Review of sale process outreach re: R&D assets* | 0.5 | 2 |
| 12/19/23 | Rahul Balasubramani | *Review of sale process VDR* | 0.5 | 2 |
| 12/20/23 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 12/27/23 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| | **December 1, 2023 - December 31, 2023 Hours for Rahul Balasubramani** | | **7.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/04/23 | Maille Frohoff | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/04/23 | Maille Frohoff | Status Conference Hearing | 1.0 | 6 |
| 12/04/23 | Maille Frohoff | UCC Professionals Standing Call | 0.5 | 11 |
| 12/06/23 | Maille Frohoff | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/07/23 | Maille Frohoff | Status Conference Hearing | 1.0 | 6 |
| 12/08/23 | Maille Frohoff | Review and supplement potential buyer list re: R&D assets | 1.0 | 2 |
| 12/11/23 | Maille Frohoff | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Maille Frohoff | UCC Professionals Standing Call | 0.5 | 11 |
| 12/19/23 | Maille Frohoff | Review of sale process outreach re: R&D assets | 0.5 | 2 |
| 12/19/23 | Maille Frohoff | Review of sale process VDR | 0.5 | 2 |
| 12/20/23 | Maille Frohoff | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/27/23 | Maille Frohoff | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Maille Frohoff** | **7.5** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/04/23 | Daisy King | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/04/23 | Daisy King | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 12/04/23 | Daisy King | UCC Professionals Standing Call | 0.5 | 11 |
| 12/06/23 | Daisy King | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/06/23 | Daisy King | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/11/23 | Daisy King | Standing Professionals Call with UCC and Ad Hoc Group | 0.5 | 3 |
| 12/11/23 | Daisy King | UCC Professionals Standing Call | 0.5 | 11 |
| 12/20/23 | Daisy King | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 12/20/23 | Daisy King | All-Hands UCC Call with White & Case, FTI, Jefferies | 0.5 | 3 |
| 12/27/23 | Daisy King | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| | | **December 1, 2023 - December 31, 2023 Hours for Daisy King** | **5.0** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 12/04/23 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| 12/04/23 | Jack Abrams | *Status Conference Hearing* | 1.0 | 6 |
| 12/04/23 | Jack Abrams | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/06/23 | Jack Abrams | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 0.5 | 3 |
| 12/07/23 | Jack Abrams | *Status Conference Hearing* | 1.0 | 6 |
| 12/11/23 | Jack Abrams | *UCC Professionals Standing Call* | 0.5 | 11 |
| 12/20/23 | Jack Abrams | *All-Hands UCC Call with White & Case, FTI, Jefferies* | 0.5 | 3 |
| 12/28/23 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| | **December 1, 2023 - December 31, 2023 Hours for Jack Abrams** | | **5.0** | |