# **EXHIBIT B**

**(Expense Records)**

## December Expense Detail

**Expense Detail**
December 1 - December 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| LARS HULTGREN | 9/1/2023 | $3.00 | PRESENTATION SERVICES |
| MAILLE FROHOFF | 9/8/2023 | 24.33 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/11/2023 | 26.14 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/12/2023 | 26.47 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/12/2023 | 36.87 | TAXI |
| MAILLE FROHOFF | 9/13/2023 | 26.12 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/13/2023 | 61.15 | TAXI |
| MAILLE FROHOFF | 9/18/2023 | 25.19 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/19/2023 | 23.03 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/19/2023 | 7.39 | TAXI |
| MAILLE FROHOFF | 9/20/2023 | 25.93 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/20/2023 | 65.00 | TAXI |
| MAILLE FROHOFF | 9/21/2023 | 30.09 | EMPLOYEE MEAL |
| MAILLE FROHOFF | 9/21/2023 | 5.67 | TAXI |
| ADRIAN MERKT | 10/4/2023 | 26.04 | TAXI |
| KEVIN MURRAY | 10/11/2023 | 29.29 | EMPLOYEE MEAL |
| DLA PIPER LLP | 12/31/2023 | 25,394.94 | LEGAL (November and December 2023) |
| **Total Expense** | | **$25,836.65** | |



DLA Piper (US)
D. O'Donnell
T 212-335-4500

**PRIVILEGED AND CONFIDENTIAL**

Jefferies LLC
Jeffrey R. Whyte
General Counsel, Investment Banking
Managing Director
520 Madison Avenue
New York, NY  10022

**INVOICE #**    **883125055**
**Invoice Date**    February 14, 2024

**Client Name**   Jefferies LLC
**Matter Name**   Representation contested retention app
**Matter Number** 438030.000003

*For Professional Services through December 31, 2023*

| | |
|---|---:|
| Fees | 24,486.00 |
| Disbursements | 908.94 |
| **TOTAL THIS INVOICE** | **USD  25,394.94** |

---

Please remit payment by March 15, 2024
**Please send remittance instructions to accounts@us.dlapiper.com**

| | | | |
|---|---|---|---|
| **Pay Online** | Pay online | Click the "Pay online" button or visit https://paymentportal.dlapiper.com to make a payment online using your bank account or credit card | *The invoice number 883125055 and invoice amount 25394.94 is required for access to the payment center.* |
| **Payment via Wire/ACH** | | Wells Fargo Bank, N.A.<br>1700 K Street, NW, 9th Floor<br>Washington, DC  20006<br>Account Name:  DLA Piper LLP (US)<br>Account No.:  4053611935<br>ABA Transit No.:  121000248<br>Swift Code:  WFBIUS6S | *To ensure proper credit, please indicate the invoice number(s) on the wire or ACH*<br><br>Law Firm Tax Identification No.: 52-0616490 |
| **Payment via Check to Lockbox** | | DLA Piper LLP (US)<br>P.O. Box 780528<br>Philadelphia, PA 19178-0528 | *Please do not send checks to firm office address.* |

## FEE DETAIL

**The following legal services were provided by DLA Piper LLP (US):**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|------|-------------|------------|-------|
| 11/01/23 | Emails with Dennis O'Donnell Regarding Jefferies Fee Application (.2); Revise Fee Application and Circulate to Dennis O'Donnell (1.3). | Daniel S. Trager | 1.50 |
| 11/01/23 | Research monthly fee statement practice for investment bankers and discuss with D. O'Donnell. | Aaron S. Applebaum | 0.40 |
| 11/02/23 | Emai D. Trager re: template for Jefferies fee statement (.4);  address holback issue (.3). | Dennis O'Donnell | 0.70 |
| 11/03/23 | Emai D. Trager re: template for Jefferies fee statement (.4); review same (.4); addres holback issue (.6). | Dennis O'Donnell | 1.40 |
| 11/06/23 | Email K. Murray re: September fee statement (.3), email D. Trager re: same (.3). | Dennis O'Donnell | 0.60 |
| 11/08/23 | Email K. Murray re: September fee statement (.4), email D. Trager re: same (.3). | Dennis O'Donnell | 0.70 |
| 11/15/23 | Email  Kevin  and JD re: September fee statement (.3), email D. Trager re: same (.3). | Dennis O'Donnell | 0.60 |
| 11/17/23 | Email JD re: September fee statement (.4), email D. Trager re: same (.3). | Dennis O'Donnell | 0.70 |
| 11/26/23 | Draft Monthly Fee Application. | Daniel S. Trager | 1.80 |
| 11/27/23 | Internal communications withD.Trager regarding Jeffries Fee Application for September through October. | Carolyn B. Fox | 0.20 |
| 11/27/23 | Revise Fee Application (.7); Discussions with Dennis O'Donnell et al. Regarding Filing Fee Application (.5). | Daniel S. Trager | 1.20 |
| 11/28/23 | Internal communications with D.O'Donnell and D.Trager regarding Jeffries Fee Application for September through October.  Prepare and circulate same. | Carolyn B. Fox | 0.80 |
| 11/28/23 | Revise Monthly Fee Application to Incorporate Comments from Jefferies (.4); Coordinate Filing of Fee Application (.4); Emails with Dennis O'Donnell Regarding Fee Application (.2); Review Retention Order (.2). | Daniel S. Trager | 1.20 |
| 11/29/23 | Internal communications with D.Trager regarding Jeffries Fee Application for September through October.  Update and circulate same. | Carolyn B. Fox | 0.50 |
| 11/29/23 | Review draft monthly fee application and provide comments, review draft notice and approve for filing, and emails with D. O'Donnell and D. Trager re preparation of interim fee application. | Aaron S. Applebaum | 1.30 |
| 11/29/23 | Prepare notice for Jefferies fee application, prepare certificate of service, update, prepare for and efile first monthly fee application, serve via email. | Theresa Pullan | 2.50 |
| 11/29/23 | Draft Interim Compensation Application. | Daniel S. Trager | 2.70 |
| 11/30/23 | Review/comment on interim fee application and emails re same. | Aaron S. Applebaum | 0.50 |
| 11/30/23 | Revise Interim Fee Application. | Daniel S. Trager | 1.00 |
| 12/11/23 | Revise and Circulate Interim Fee Application. | Daniel S. Trager | 0.70 |
| 12/11/23 | Attend DS/Plan hearing (.8), review open issues (.4). | Dennis O'Donnell | 0.80 |
| 12/12/23 | Email W&C reL filed Fee Application (.4). | Dennis O'Donnell | 0.40 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 12/13/23 | Email L. Szelsinger re: billing and reimbursement under Retention Order (.4),  email W&C reL filed Fee Application (.4). | Dennis O'Donnell | 0.80 |
| 12/19/23 | Email Aldane and Kiernan re: bill processing. | Dennis O'Donnell | 0.60 |
| 12/20/23 | Review Jefferies November Fee Statement. | Dennis O'Donnell | 0.70 |
| 12/21/23 | Email Aldane and Kiernan re: bill processing. | Dennis O'Donnell | 0.70 |
| 12/22/23 | Email Aldane and Kiernan re: bill processing. | Dennis O'Donnell | 0.70 |

| | TOTAL HOURS | 25.70 |
|---|---|---|

| | TOTAL FEES | 24,486.00 |
|---|---|---|

## Timekeeper Summary

**The following legal services were provided by DLA Piper LLP (US):**

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Dennis O'Donnell | Partner | 9.40 | 1,395.00 | 13,113.00 |
| Aaron S. Applebaum | Of Counsel | 2.20 | 1,150.00 | 2,530.00 |
| Daniel S. Trager | Law Grad-non admin | 10.10 | 730.00 | 7,373.00 |
| Carolyn B. Fox | Paralegal | 1.50 | 380.00 | 570.00 |
| Theresa Pullan | Paralegal | 2.50 | 360.00 | 900.00 |
| | FEES | 25.70 | | 24,486.00 |

## Disbursements

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/10/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/10/2023 - Late night taxi home. | 21.00 |
| 11/13/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/13/2023 - Late night taxi home. | 15.48 |
| 11/14/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/14/2023 - Late night taxi home. | 16.32 |
| 11/15/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/15/2023 - Late night taxi home. | 21.48 |
| 11/16/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/16/2023 - Late night taxi home. | 15.48 |
| 11/19/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/19/2023 - Late night taxi home. | 16.80 |
| 11/20/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/20/2023 - Late night taxi home. | 15.48 |
| 11/21/23 | Vendor: DENNIS O DONNELL Invoice#: 010063601788 Date: 12/19/2023  - - 11/21/2023 - Late night taxi home. | 18.00 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29/23 | Vendor: WELLS FARGO BANK Invoice#: TRVL_103123 Date: 11/29/2023  -  - OUT-OF-TOWN TRAVEL JEFFREY TOROSIAN CLIENT MEETINGS LGA TICKET #0857134035 | 35.00 |
| 11/29/23 | Vendor: WELLS FARGO BANK Invoice#: TRVL_103123 Date: 11/29/2023  -  - AIR FARE JEFFREY TOROSIAN CLIENT MEETINGS TRAVEL TO: CHICAGO/NEW YORK - LA GUARDIA 19-OCT-23 TICKET #8063253196 | 283.70 |
| 11/29/23 | Vendor: WELLS FARGO BANK Invoice#: TRVL_103123 Date: 11/29/2023  -  - OUT-OF-TOWN TRAVEL JEFFREY TOROSIAN CLIENT MEETINGS ORD TICKET #0857134036 | 35.00 |
| 11/29/23 | Vendor: WELLS FARGO BANK Invoice#: TRVL_103123 Date: 11/29/2023  -  - AIR FARE JEFFREY TOROSIAN CLIENT MEETINGS TRAVEL TO: NEW YORK - LA GUARDIA/CHICAGO 20-OCT-23 TICKET #8063253198 | 218.20 |
| 11/29/23 | Vendor: WELLS FARGO BANK Invoice#: TRVL_103123 Date: 11/29/2023  -  - OUT-OF-TOWN TRAVEL JEFFREY TOROSIAN MEETING WITH CLIENT WIL TICKET #0857200852 | 35.00 |
|  | Data Hosting Charges by Relativity | 162.00 |
|  | **TOTAL DISBURSEMENTS** | **908.94** |

| **TOTAL THIS INVOICE** | **USD  25,394.94** |
|---|---|