IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1282** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY
FEE APPLICATION OF FTI CONSULTING, INC. FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

The undersigned hereby certifies that they have received no answer, objection, or any other responsive pleading with respect to the *Fourth Monthly Fee Application of FTI Consulting, Inc. for Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period December 1, 2023 Through December 31, 2023* [Docket No. 1282] (the "Application"). The undersigned further certifies that they have reviewed the Court's docket in these cases and no formal answer, objection, or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] (the "Interim Compensation

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

Order"), the Debtors are authorized and directed to pay FTI Consulting, Inc. (the "Applicant") eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: March 7, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:   csamis@potteranderson.com<br>            kmorales@potteranderson.com<br>            srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email:   gpesce@whitecase.com<br>            aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email:   john.ramirez@whitecase.com<br>            andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

# EXHIBIT A

## Amyris, Inc., *et al*.
## Case No. 23-11131 (TMH)

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| FTI Consulting, Inc. [Docket No. 1282] | 12/01/2023 - 12/31/2023 | $154,968.00 (Fees) $0.00 (Expenses) | $123,974.40 (Fees at 80%) $0.00 (Expenses at 100%) | 02/21/2024 | 03/06/2024 |

11363418v.1