**EXHIBIT A**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Michael Katzenstein | Senior Managing Director | $ 1,495 | 28.8 | $43,056.00 |
| Clifford Zucker | Senior Managing Director | 1,390 | 14.9 | 20,711.00 |
| Sean Gumbs | Senior Managing Director | 1,390 | 3.6 | 5,004.00 |
| Elizabeth Hu | Senior Managing Director | 1,180 | 33.5 | 39,530.00 |
| Megan Hyland | Managing Director | 1,110 | 12.2 | 13,542.00 |
| John Eldred | Managing Director | 1,035 | 1.5 | 1,552.50 |
| Monica Healy | Senior Consultant | 790 | 34.9 | 27,571.00 |
| Alysen Garces | Consultant | 555 | 14.9 | 8,269.50 |
| Olivia Mandella | Consultant | 495 | 0.2 | 99.00 |
| Marili Hellmund-Mora | Manager | 325 | 1.6 | 520.00 |
| **SUBTOTAL** | | | **146.1** | **$159,855.00** |
| Less: 50% discount for non-working travel time | | | | (2,360.00) |
| **GRAND TOTAL** | | | **146.1** | **$157,495.00** |

**EXHIBIT B**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 5.6 | $3,096.00 |
| 2 | Cash & Liquidity Analysis | 12.8 | 8,668.50 |
| 6 | Asset Sales | 2.0 | 2,734.50 |
| 11 | Prepare for and Attendance at Court Hearings | 12.1 | 15,629.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 20.3 | 19,509.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 48.4 | 61,287.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 10.9 | 10,905.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 6.7 | 8,595.50 |
| 21 | General Meetings with Committee & Committee Counsel | 9.9 | 12,798.50 |
| 22 | Meetings with Other Parties | 2.0 | 2,587.50 |
| 24 | Preparation of Fee Application | 11.4 | 9,324.00 |
| 25 | Travel Time | 4.0 | 4,720.00 |
| | **SUBTOTAL** | **146.1** | **$159,855.00** |
| | Less: 50% discount for non-working travel time | | (2,360.00) |
| | **GRAND TOTAL** | **146.1** | **$157,495.00** |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/2/2024 | Alysen Garces | 2.7 | Review diligence files in the dataroom as of 1/2/24 and provide update to team. |
| 1 | 1/3/2024 | Olivia Mandella | 0.2 | Prepare daily update of docket entries, filings, and press for Amyris as of 1/3/24 |
| 1 | 1/4/2024 | Alysen Garces | 0.4 | Review diligence files in the dataroom as of 1/4/24 and provide update to team. |
| 1 | 1/9/2024 | Alysen Garces | 1.0 | Review diligence files in the dataroom as of 1/9/24 and provide update to team. |
| 1 | 1/10/2024 | Alysen Garces | 1.1 | Review diligence files in the dataroom as of 1/10/24 and provide update to team. |
| 1 | 1/16/2024 | Alysen Garces | 0.2 | Review diligence files in the dataroom as of 1/16/24 and provide update to team. |
| **1 Total** | | | **5.6** | |
| 2 | 1/2/2024 | Elizabeth Hu | 0.4 | Review and provide comments on UCC presentation re: liquidity and preferences |
| 2 | 1/2/2024 | Alysen Garces | 1.7 | Prepare presentation for the UCC re: liquidity update |
| 2 | 1/3/2024 | Clifford Zucker | 0.5 | Review and analyze 11/23 cash flow activity |
| 2 | 1/5/2024 | Monica Healy | 0.5 | Review cash flow variance report |
| 2 | 1/5/2024 | Alysen Garces | 1.0 | Prepare presentation for the UCC re: liquidity update |
| 2 | 1/8/2024 | Alysen Garces | 0.2 | Prepare presentation for the UCC re: liquidity update |
| 2 | 1/9/2024 | Elizabeth Hu | 0.3 | Review liquidity update slide for UCC |
| 2 | 1/9/2024 | Megan Hyland | 0.1 | Review and provide comments on liquidity update |
| 2 | 1/9/2024 | Monica Healy | 0.3 | Review cash flow variance report |
| 2 | 1/9/2024 | Alysen Garces | 0.7 | Review liquidity variance reports |
| 2 | 1/9/2024 | Alysen Garces | 0.9 | Update presentation for the UCC re: liquidity update |
| 2 | 1/12/2024 | Monica Healy | 0.5 | Review cash flow variance report |
| 2 | 1/12/2024 | Alysen Garces | 1.5 | Prepare presentation for the UCC re: liquidity update |
| 2 | 1/16/2024 | Megan Hyland | 0.2 | Review and provide comments on liquidity update |
| 2 | 1/17/2024 | Clifford Zucker | 0.2 | Review and analyze liquidity updated to the UCC |
| 2 | 1/18/2024 | Alysen Garces | 2.3 | Prepare presentation for the UCC re: liquidity update |
| 2 | 1/25/2024 | Monica Healy | 0.3 | Review cash flow variance report |
| 2 | 1/25/2024 | Alysen Garces | 1.2 | Prepare presentation for the UCC re: liquidity update |
| **2 Total** | | | **12.8** | |
| 6 | 1/3/2024 | Michael Katzenstein | 0.4 | Participate on call with Debtors' advisors re: sale process update |
| 6 | 1/3/2024 | Megan Hyland | 0.2 | Participate on call with Debtors' advisors re: sale process (partial) |
| 6 | 1/3/2024 | Elizabeth Hu | 0.2 | Review team's notes on sale process update |
| 6 | 1/3/2024 | Megan Hyland | 0.2 | Provide update on sale process from Debtors' advisors |
| 6 | 1/10/2024 | Michael Katzenstein | 0.6 | Participate on call with Debtors' advisors re: sale process update |
| 6 | 1/17/2024 | Megan Hyland | 0.1 | Participate on call with Intrepid re: sale process update |
| 6 | 1/17/2024 | Michael Katzenstein | 0.3 | Assess status of sale process matters |
| **6 Total** | | | **2.0** | |
| 11 | 1/9/2024 | Elizabeth Hu | 1.0 | Attend (virtually) hearing re: Lavvan issues |
| 11 | 1/9/2024 | Michael Katzenstein | 0.5 | Attend (virtually) hearing re: Lavvan issues |
| 11 | 1/9/2024 | Monica Healy | 0.5 | Attend (virtually) hearing re: Lavvan issues |
| 11 | 1/17/2024 | Michael Katzenstein | 0.2 | Attend (virtually) pretrial confirmation hearing |
| 11 | 1/17/2024 | Monica Healy | 0.2 | Attend (virtually) pretrial confirmation hearing |
| 11 | 1/17/2024 | Megan Hyland | 0.2 | Attend (virtually) pretrial confirmation hearing |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 1/24/2024 | Elizabeth Hu | 1.0 | Meet with counsel to prepare for upcoming confirmation hearing |
| 11 | 1/24/2024 | Elizabeth Hu | 4.0 | Attend confirmation hearing |
| 11 | 1/24/2024 | Michael Katzenstein | 0.5 | Prepare for confirmation hearing |
| 11 | 1/24/2024 | Michael Katzenstein | 4.0 | Attend (virtually) confirmation hearing |
| **11 Total** | | | **12.1** | |
| 14 | 1/2/2024 | Elizabeth Hu | 0.5 | Participate on call with Debtors' advisors to discuss counterparty negotiations, trade claimant resolution, and preferences |
| 14 | 1/2/2024 | Monica Healy | 0.5 | Participate on call with Debtors' advisors to discuss counterparty negotiations, trade claimant resolution, and preferences |
| 14 | 1/2/2024 | Megan Hyland | 0.3 | Participate on call with Debtors' advisors re: outstanding questions related to stipulations (partial) |
| 14 | 1/2/2024 | Elizabeth Hu | 0.7 | Review and follow up on proposed stipulation with trade claimant |
| 14 | 1/2/2024 | Michael Katzenstein | 0.3 | Review correspondence re: trade creditor settlement and claims estimate |
| 14 | 1/2/2024 | Megan Hyland | 1.3 | Follow up on questions from Counsel re: claims/stipulations |
| 14 | 1/2/2024 | Monica Healy | 2.9 | Prepare analysis re: plan counterparty claim and other claimant settlements |
| 14 | 1/2/2024 | Clifford Zucker | 0.3 | Review unliquidated claims analysis |
| 14 | 1/4/2024 | Monica Healy | 0.3 | Review GUC estimate |
| 14 | 1/8/2024 | Elizabeth Hu | 0.5 | Participate on call with Debtors' advisors re: claims, preferences and related case issues |
| 14 | 1/8/2024 | Megan Hyland | 0.5 | Participate on call with Debtors' advisors re: claims |
| 14 | 1/8/2024 | Monica Healy | 0.5 | Participate on call with Debtors' advisors re: claims |
| 14 | 1/8/2024 | Elizabeth Hu | 0.2 | Follow up with team to discuss claims and preferences and next steps |
| 14 | 1/19/2024 | Elizabeth Hu | 0.2 | Review team's review and research of a recently filed POC and impact on claims pool |
| 14 | 1/19/2024 | Monica Healy | 1.2 | Analyze and summarize claims re: earn out litigation and others |
| 14 | 1/19/2024 | Clifford Zucker | 0.7 | Review and analyze claims pool activity |
| 14 | 1/22/2024 | Elizabeth Hu | 0.5 | Participate on call with team re: Counsel's inquiry re: plan counterparty and landlord claimant |
| 14 | 1/22/2024 | Clifford Zucker | 0.5 | Participate on call with team re: Counsel's inquiry re: plan counterparty and landlord claimant |
| 14 | 1/22/2024 | Monica Healy | 0.5 | Participate on call with team re: Counsel's inquiry re: plan counterparty and landlord claimant |
| 14 | 1/22/2024 | Megan Hyland | 0.8 | Assess responses to questions on landlord claimant and plan counterparty claims |
| 14 | 1/22/2024 | Monica Healy | 1.1 | Analyze and summarize claims re: plan counterparty and landlord |
| 14 | 1/23/2024 | Elizabeth Hu | 0.5 | Participate on call with Debtors' advisors re: landlord claimant and plan counterparty |
| 14 | 1/23/2024 | Monica Healy | 0.5 | Participate on call with Debtors' advisors re: landlord claimant and plan counterparty |
| 14 | 1/23/2024 | Megan Hyland | 0.5 | Participate on all with Debtors' advisors re: claim negotiation updates |
| 14 | 1/23/2024 | Megan Hyland | 0.2 | Assess potential issues re: claim negotiations |
| 14 | 1/30/2024 | Monica Healy | 0.8 | Update claims analysis and preference analysis re: creditor trustee package |
| **14 Total** | | | **20.3** | |
| 16 | 1/2/2024 | Clifford Zucker | 0.4 | Participate on call with Counsel on bondholder valuation and settlement response |
| 16 | 1/2/2024 | Sean Gumbs | 0.5 | Correspond with counsel re: proposed counterparty settlement |
| 16 | 1/2/2024 | Sean Gumbs | 0.5 | Review draft creditor trust agreement |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/2/2024 | Elizabeth Hu | 0.9 | Review draft trust agreement |
| 16 | 1/2/2024 | Elizabeth Hu | 0.6 | Review proposed plan counterparty recoupment by the Debtors |
| 16 | 1/2/2024 | Michael Katzenstein | 0.5 | Review plan counterparty recoupment matters and related correspondence |
| 16 | 1/2/2024 | Michael Katzenstein | 0.4 | Review trust agreement and related correspondence |
| 16 | 1/2/2024 | Megan Hyland | 0.8 | Review creditor trust agreement |
| 16 | 1/2/2024 | Monica Healy | 0.9 | Review revised liquidation analysis |
| 16 | 1/2/2024 | Clifford Zucker | 0.5 | Review and analyze plan counterparty's claim and settlement |
| 16 | 1/2/2024 | Clifford Zucker | 0.4 | Review and analyze correspondence on creditor trustee candidates |
| 16 | 1/2/2024 | Clifford Zucker | 0.6 | Review comments to draft creditor trust agreement |
| 16 | 1/3/2024 | Elizabeth Hu | 0.2 | Review team's follow up on questions on proposed plan counterparty recoupment by the Debtors |
| 16 | 1/3/2024 | Michael Katzenstein | 0.4 | Review plan counterparty recoupment agreement and related correspondence |
| 16 | 1/3/2024 | Megan Hyland | 0.3 | Review proposed settlement with key party |
| 16 | 1/3/2024 | Monica Healy | 1.0 | Research and prepare summary of plan counterparty settlement |
| 16 | 1/3/2024 | Clifford Zucker | 0.4 | Review and analyze plan counterparty recoupment assertions |
| 16 | 1/4/2024 | Michael Katzenstein | 0.8 | Review case correspondence re: creditor settlements |
| 16 | 1/5/2024 | Elizabeth Hu | 0.2 | Review Counsel's inquiry re: GUC pool |
| 16 | 1/5/2024 | Michael Katzenstein | 0.5 | Correspond with Counsel re: plan counterparty's settlement |
| 16 | 1/5/2024 | Michael Katzenstein | 0.7 | Review post effective trust and trustee matters |
| 16 | 1/8/2024 | Sean Gumbs | 0.5 | Review updated draft of creditor trust agreement |
| 16 | 1/8/2024 | Clifford Zucker | 0.4 | Review supporting analysis for plan counterparty recoupment |
| 16 | 1/8/2024 | Clifford Zucker | 0.5 | Review comments to redline creditor trust agreement |
| 16 | 1/9/2024 | Clifford Zucker | 0.6 | Review and analyze Debtor proposal on estate claims settlement and sensitivity scenarios |
| 16 | 1/9/2024 | Clifford Zucker | 0.4 | Review comments to plan supplement |
| 16 | 1/9/2024 | Clifford Zucker | 0.5 | Review and analyze modified contracts list |
| 16 | 1/9/2024 | Clifford Zucker | 0.4 | Review and analyze assumed contracts list |
| 16 | 1/10/2024 | Michael Katzenstein | 0.3 | Follow up with W&C re: plan process |
| 16 | 1/10/2024 | Michael Katzenstein | 0.4 | Review case matters re: Lavvan update |
| 16 | 1/11/2024 | Michael Katzenstein | 0.4 | Correspond with advisors re: upcoming pretrial conference |
| 16 | 1/11/2024 | Michael Katzenstein | 0.3 | Participate on call with Debtors' counsel re: Lavvan |
| 16 | 1/11/2024 | Michael Katzenstein | 0.3 | Assess status of commercial agreements with plan counterparties |
| 16 | 1/15/2024 | Monica Healy | 0.3 | Review filed assumed/modified contracts list |
| 16 | 1/15/2024 | Michael Katzenstein | 0.6 | Review open negotiation points on commercial agreements with plan counterparties |
| 16 | 1/15/2024 | Michael Katzenstein | 0.3 | Review case matters re: UCC declaration for support of confirmation |
| 16 | 1/16/2024 | Michael Katzenstein | 1.4 | Review confirmation matters and status of negotiations with plan counterparty |
| 16 | 1/17/2024 | Michael Katzenstein | 0.5 | Participate on call with Counsel to discuss declaration in support of confirmation |
| 16 | 1/17/2024 | Elizabeth Hu | 0.5 | Participate on call with Counsel to discuss declaration in support of confirmation |
| 16 | 1/17/2024 | Michael Katzenstein | 1.3 | Participate on call with Counsel re: pretrial conference and related follow up correspondence |
| 16 | 1/17/2024 | Elizabeth Hu | 0.3 | Review DIP, admin need, capital structure and related issues in preparation for call on declaration in support of confirmation |
| 16 | 1/17/2024 | Michael Katzenstein | 0.4 | Review case matters re: pretrial conference |

# EXHIBIT C
## AMYRIS, INC., ET AL. - CASE NO. 23-11131
## DETAIL OF TIME ENTRIES
## FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/18/2024 | Michael Katzenstein | 1.0 | Review materials for plan confirmation and follow up correspondence |
| 16 | 1/19/2024 | Elizabeth Hu | 1.9 | Review and mark up draft declaration in support of plan |
| 16 | 1/19/2024 | Michael Katzenstein | 0.8 | Review case matters re: confirmation preparation, open issues, and follow up correspondence |
| 16 | 1/19/2024 | John Eldred | 0.5 | Prepare summary of FTI investigation activities re: UCC confirmation support declaration |
| 16 | 1/20/2024 | Elizabeth Hu | 0.4 | Participate on call with Counsel re: declaration and comments by FTI |
| 16 | 1/20/2024 | Elizabeth Hu | 0.2 | Participate on call with team re: declaration draft and comments |
| 16 | 1/20/2024 | Michael Katzenstein | 0.2 | Participate on call with team re: declaration draft and comments |
| 16 | 1/20/2024 | John Eldred | 0.2 | Participate on call with team re: declaration draft and comments |
| 16 | 1/20/2024 | Elizabeth Hu | 0.9 | Incorporate further comments to declaration draft |
| 16 | 1/20/2024 | Michael Katzenstein | 1.3 | Review confirmation declaration draft and related issues |
| 16 | 1/20/2024 | John Eldred | 0.3 | Review and provide comments to declaration draft |
| 16 | 1/20/2024 | Monica Healy | 1.3 | Review declaration and provide supporting information |
| 16 | 1/21/2024 | Elizabeth Hu | 1.1 | Review draft UCC statement in support of plan |
| 16 | 1/21/2024 | Elizabeth Hu | 0.6 | Review latest declaration draft and send comments to counsel |
| 16 | 1/21/2024 | Michael Katzenstein | 0.4 | Review latest declaration draft and UCC statement |
| 16 | 1/22/2024 | Sean Gumbs | 0.6 | Participate on call with team re: review declaration and discuss investigation refresher |
| 16 | 1/22/2024 | Elizabeth Hu | 0.6 | Participate on call with team re: review declaration and discuss investigation refresher |
| 16 | 1/22/2024 | John Eldred | 0.5 | Participate on call with team re: review declaration and discuss investigation refresher (partial) |
| 16 | 1/22/2024 | Elizabeth Hu | 0.4 | Participate on call with Counsel re: declaration and comments |
| 16 | 1/22/2024 | Sean Gumbs | 0.2 | Correspond with counsel re: confirmation items |
| 16 | 1/22/2024 | Michael Katzenstein | 0.4 | Review declaration and potential confirmation issues |
| 16 | 1/22/2024 | Megan Hyland | 0.6 | Assess potential confirmation issues |
| 16 | 1/23/2024 | Sean Gumbs | 0.5 | Review plan supplement materials |
| 16 | 1/23/2024 | Elizabeth Hu | 0.3 | Review write up by team re: tasks performed on investigations for use in declaration |
| 16 | 1/23/2024 | Elizabeth Hu | 0.9 | Review declaration and various plan objections |
| 16 | 1/23/2024 | Michael Katzenstein | 1.8 | Review materials and correspond with team re: preparation for confirmation hearing |
| 16 | 1/23/2024 | Clifford Zucker | 0.6 | Review and analyze plan support declarations |
| 16 | 1/23/2024 | Clifford Zucker | 0.4 | Review and analyze amended plan language |
| 16 | 1/23/2024 | Clifford Zucker | 0.5 | Review and analyze revised plan support |
| 16 | 1/29/2024 | Michael Katzenstein | 0.6 | Correspond with W&C re: effective date planning |
| 16 | 1/29/2024 | Clifford Zucker | 0.8 | Review and analyze documents for creditor trustee |
| 16 | 1/30/2024 | Michael Katzenstein | 0.2 | Participate on call with Debtors' advisors re: confirmation updates |
| 16 | 1/30/2024 | Megan Hyland | 0.2 | Participate on call with Debtors' advisors re: confirmation updates |
| 16 | 1/30/2024 | Michael Katzenstein | 0.9 | Review case matters and correspond re: effective date planning matters |
| **16 Total** | | | **48.4** | |
| 18 | 1/3/2024 | Megan Hyland | 0.3 | Review preference analysis |
| 18 | 1/8/2024 | Monica Healy | 1.0 | Update preference exclusion list analysis |
| 18 | 1/8/2024 | Clifford Zucker | 0.4 | Review and analyze revised preference exposure analysis |
| 18 | 1/9/2024 | Sean Gumbs | 0.5 | Correspond with counsel re: preference lists |
| 18 | 1/9/2024 | Elizabeth Hu | 0.2 | Review preference update presentation for UCC |
| 18 | 1/9/2024 | Elizabeth Hu | 0.7 | Review plan supplement preference list |
| 18 | 1/9/2024 | Monica Healy | 1.7 | Prepare presentation for the UCC re: preferences |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 1/10/2024 | Elizabeth Hu | 0.4 | Participate on call with Debtors' advisors re: preferences |
| 18 | 1/10/2024 | Monica Healy | 0.4 | Participate on call with Debtors' advisors re: preferences |
| 18 | 1/10/2024 | Megan Hyland | 0.2 | Participate on call with AGH advisors re: preferences |
| 18 | 1/10/2024 | Monica Healy | 0.2 | Participate on call with AGH advisors re: preferences |
| 18 | 1/10/2024 | Elizabeth Hu | 0.2 | Follow up with team re: question on preferences |
| 18 | 1/10/2024 | Megan Hyland | 0.2 | Review updates to preference analysis |
| 18 | 1/10/2024 | Monica Healy | 1.2 | Review and analyzed latest preference designated and specified lists |
| 18 | 1/22/2024 | Elizabeth Hu | 0.8 | Review updated preference list and work with team to prepare the latest summary |
| 18 | 1/22/2024 | Monica Healy | 1.2 | Update preference analysis |
| 18 | 1/22/2024 | Clifford Zucker | 0.6 | Review updated preference analysis and activity |
| 18 | 1/23/2024 | Elizabeth Hu | 0.7 | Review the latest preferences, changes and address counsel's questions |
| **18 Total** | | | **10.9** | |
| 20 | 1/2/2024 | Elizabeth Hu | 0.5 | Participate on weekly call with Debtors' advisors to discuss case issues, including plan process, sale update, plan supplements, and related issues |
| 20 | 1/2/2024 | Megan Hyland | 0.5 | Participate on weekly call with Debtors' advisors re: case updates |
| 20 | 1/2/2024 | Clifford Zucker | 0.5 | Participate on weekly call with Debtors on case issues, plan, creditor agreement, claims |
| 20 | 1/9/2024 | Elizabeth Hu | 0.5 | Participate on weekly call with Debtors' advisors re: plan and confirmation issues (partial) |
| 20 | 1/9/2024 | Michael Katzenstein | 1.0 | Participate on weekly call with Debtors' advisors re: plan and confirmation issues |
| 20 | 1/9/2024 | Megan Hyland | 1.0 | Participate on weekly call with Debtors' advisors re: plan updates |
| 20 | 1/9/2024 | Clifford Zucker | 0.7 | Participate on weekly call with Debtor on case issues, sale update, plan documents (partial) |
| 20 | 1/16/2024 | Elizabeth Hu | 0.5 | Participate on weekly call with Debtor and UCC advisors re: plan process update and next steps |
| 20 | 1/16/2024 | Michael Katzenstein | 0.5 | Participate on weekly call with Debtor and UCC advisors re: plan process update and next steps |
| 20 | 1/16/2024 | Megan Hyland | 0.5 | Participate on weekly call with the Debtors' advisors re: key plan updates |
| 20 | 1/16/2024 | Clifford Zucker | 0.5 | Participate on weekly call with Debtors on confirmation issues |
| **20 Total** | | | **6.7** | |
| 21 | 1/3/2024 | Megan Hyland | 0.5 | Participate on call with UCC re: key case updates |
| 21 | 1/3/2024 | Clifford Zucker | 0.5 | Participate on UCC call re: financial and legal update |
| 21 | 1/8/2024 | Elizabeth Hu | 0.4 | Participate on weekly call with UCC advisors re: case issues, including plan supplements, claims, preference, and related matter |
| 21 | 1/8/2024 | Michael Katzenstein | 0.4 | Participate on call with UCC advisors re: key case updates |
| 21 | 1/8/2024 | Megan Hyland | 0.4 | Participate on call with UCC advisors re: key case updates |
| 21 | 1/8/2024 | Elizabeth Hu | 0.7 | Participate on UCC call to interview creditor trustee (partial) |
| 21 | 1/8/2024 | Michael Katzenstein | 0.8 | Participate on UCC call re: creditor trustee interviews (partial) |
| 21 | 1/8/2024 | Megan Hyland | 0.5 | Participate on UCC call re: creditor trustee interviews (partial) |
| 21 | 1/10/2024 | Elizabeth Hu | 0.5 | Participate on weekly UCC call re: plan process, creditor trustee, liquidity and sale update |
| 21 | 1/10/2024 | Michael Katzenstein | 0.5 | Participate on weekly UCC call re: plan process, creditor trustee, liquidity and sale update |
| 21 | 1/10/2024 | Megan Hyland | 0.5 | Participate on weekly UCC call to discuss key case updates |
| 21 | 1/10/2024 | Clifford Zucker | 0.6 | Prepare for and participate on weekly UCC call to discuss key case updates |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 1/17/2024 | Elizabeth Hu | 0.5 | Participate on weekly UCC call re: update on plan process, sale, and liquidity |
| 21 | 1/17/2024 | Michael Katzenstein | 0.5 | Participate on weekly UCC call re: update on plan process, sale, and liquidity |
| 21 | 1/17/2024 | Megan Hyland | 0.3 | Participate on weekly UCC call to discuss key case updates (partial) |
| 21 | 1/17/2024 | Clifford Zucker | 0.5 | Participate on weekly UCC call re: update on plan process, sale, and liquidity |
| 21 | 1/22/2024 | Elizabeth Hu | 0.5 | Participate on weekly call with UCC advisors re: plan process, various objections and preferences |
| 21 | 1/22/2024 | Michael Katzenstein | 0.5 | Participate on weekly call with UCC advisors re: plan process, various objections and preferences |
| 21 | 1/22/2024 | Megan Hyland | 0.3 | Participate on weekly call with UCC advisors re: case updates (partial) |
| 21 | 1/22/2024 | Clifford Zucker | 0.5 | Participate on weekly call with UCC advisors re: plan process, various objections and preferences |
| **21 Total** | | | **9.9** | |
| 22 | 1/22/2024 | Elizabeth Hu | 0.5 | Participate on weekly call with AHG advisors re: plan issues |
| 22 | 1/22/2024 | Michael Katzenstein | 0.5 | Participate on weekly call with AHG advisors re: plan issues |
| 22 | 1/22/2024 | Megan Hyland | 0.5 | Participate on call with AHG advisors re: key case issues |
| 22 | 1/22/2024 | Clifford Zucker | 0.5 | Participate on weekly call with AHG advisors re: plan issues |
| **22 Total** | | | **2.0** | |
| 24 | 1/8/2024 | Elizabeth Hu | 1.4 | Review November fee application draft and provide comments |
| 24 | 1/8/2024 | Marili Hellmund-Mora | 0.5 | Generate proforma in connection with budget and billing |
| 24 | 1/8/2024 | Monica Healy | 0.4 | Prepare call schedule re: November fee application |
| 24 | 1/11/2024 | Monica Healy | 2.9 | Prepare November fee application for compliance with bankruptcy guidelines |
| 24 | 1/11/2024 | Monica Healy | 2.9 | Continue to prepare November fee application for compliance with bankruptcy guidelines |
| 24 | 1/12/2024 | Michael Katzenstein | 0.2 | Review November fee application for finalization and filing |
| 24 | 1/12/2024 | Elizabeth Hu | 0.5 | Review and provide comments on November fee application |
| 24 | 1/12/2024 | Monica Healy | 1.2 | Incorporate comments to November fee application and finalize for filing |
| 24 | 1/15/2024 | Sean Gumbs | 0.3 | Review and provide comments re: November fee application |
| 24 | 1/19/2024 | Marili Hellmund-Mora | 1.1 | Update and finalize the November fee application |
| **24 Total** | | | **11.4** | |
| 25 | 1/23/2024 | Elizabeth Hu | 1.0 | Non-working travel time from NYC to Philadelphia, to attend confirmation hearing |
| 25 | 1/24/2024 | Elizabeth Hu | 2.0 | Non-working travel time from Wilmington DE to NYC after attending confirmation hearing |
| 25 | 1/24/2024 | Elizabeth Hu | 1.0 | Non-working travel time from Philadelphia to Wilmington DE for confirmation hearing |
| **25 Total** | | | **4.0** | |
| **Grand Total** | | | **146.1** | |

**EXHIBIT D**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Expense Type | Amount |
|---|---:|
| Travel | $1,221.89 |
| **Total** | **$1,221.89** |

**EXHIBIT E**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/24/24 | Elizabeth Hu | Travel - Lodging | Hotel room charge in Philadelphia to attend Amyris confirmation hearing. | $766.86 |
| 01/23/24 | Elizabeth Hu | Travel - Meals | Water/snack for self on way to Philadelphia to attend confirmation hearing. | 13.36 |
| 01/23/24 | Elizabeth Hu | Travel - Meals | Dinner for self at hotel while in Philadelphia for Amyris confirmation hearing. | 80.97 |
| 01/24/24 | Elizabeth Hu | Travel - Meals | Water/snack for self on way back to NYC after attending Amyris confirmation hearing. | 11.08 |
| 01/24/24 | Elizabeth Hu | Travel - Meals | Breakfast for self at hotel while in Philadelphia for Amyris confirmation hearing. | 49.43 |
| 01/22/24 | Elizabeth Hu | Travel - Transportation | Travel agent fee to book trip to Wilmington DE to attend Amyris confirmation hearing. | 30.00 |
| 01/23/24 | Elizabeth Hu | Travel - Transportation | Uber from home to train station to attend Amyris confirmation hearing. | 55.93 |
| 01/23/24 | Elizabeth Hu | Travel - Transportation | Taxi from Philadelphia train station to hotel to attend Amyris confirmation hearing the next day. | 9.90 |
| 01/24/24 | Elizabeth Hu | Travel - Transportation | Uber from Potter Anderson office to Delaware train station after attending confirmation hearing. | 12.97 |
| 01/24/24 | Elizabeth Hu | Travel - Transportation | Taxi from NY Penn Station to home after returning from confirmation hearing. | 51.20 |
| 01/24/24 | Elizabeth Hu | Travel - Transportation | Amtrak from NYC to Philadelphia (1/23) and from Wilmington to NYC (1/24) to attend confirmation hearing. | 140.19 |
| **Total Travel Expense** | | | | **1,221.89** |
| | | | | |
| **Total Expense** | | | | **$ 1,221.89** |