# EXHIBIT A



**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Federal ID # 51-0080985

|  |  |
|---|---|
| Amyris Official Committee of Unsecured C | March 11, 2024 |
| 5885 Hollis Street | Bill Number   302558 |
| Suite 100 | File Number   23406.00001 |
| Emeryville, CA  94608 | |

For legal services rendered as more fully set forth in the attached statement.

           Legal Services           $16,684.00

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 23406-00001 |

CMS

**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Federal ID # 51-0080985



Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

March 11, 2024
Bill Number    302558
File Number    23406.00001

RE: Amyris, Inc.

Through February 29, 2024

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Asset analysis and Recovery** | | | | | |
| 02/14/24 | CMS | Review 4th motion authorizing the abandonment of property. | 0.30 Hrs | 1,035/hr | $310.50 |
| | | **Total AA Asset analysis and Recovery** | **0.30** | | **$310.50** |
| **Case Administration** | | | | | |
| 02/02/24 | TAMT | Update Critical dates calendar | 0.30 Hrs | 345/hr | $103.50 |
| 02/09/24 | KAMC | Update critical dates and calendar | 0.30 Hrs | 370/hr | $111.00 |
| 02/16/24 | KAMC | Update critical dates and calendar | 0.30 Hrs | 370/hr | $111.00 |
| 02/19/24 | CMS | Review and update critical dates. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total CA Case Administration** | **1.10** | | **$532.50** |
| **Court Appearances/Hearings** | | | | | |
| 02/02/24 | SR | Attend 2/2 confirmation hearing re Judge Horan's ruling (.4); correspond with PAC team re same (.1). | 0.50 Hrs | 490/hr | $245.00 |
| 02/02/24 | AHSA | Call with C. Samis re: hearing (.2); review/analyze summary of confirmation ruling (.3); | 0.50 Hrs | 815/hr | $407.50 |
| 02/02/24 | CMS | Prepare for 2/2/24 hearing. | 0.60 Hrs | 1,035/hr | $621.00 |
| 02/02/24 | KAMA | Attend 2/2 hearing | 0.50 Hrs | 600/hr | $300.00 |
| 02/02/24 | CMS | Participate in 2/2/24 hearing. | 0.40 Hrs | 1,035/hr | $414.00 |
| 02/21/24 | KAMC | Review agenda and update calendar | 0.10 Hrs | 370/hr | $37.00 |
| | | **Total CH Court Appearances/Hearings** | **2.60** | | **$2,024.50** |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Creditor Inquiries** | | | | | |
| 02/20/24 | CMS | E-mails to S. Golden re: cure claim inquiries. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total CI Creditor Inquiries** | **0.20** | | **$207.00** |
| **Executory Contract and Leases** | | | | | |
| 02/12/24 | CMS | Review renewed Microsoft cure objection. | 0.30 Hrs | 1,035/hr | $310.50 |
| | | **Total EC Executory Contract and Leases** | **0.30** | | **$310.50** |
| **Fee Applications/Objections** | | | | | |
| 02/02/24 | KAMC | Emails to/from S. Rizvi regarding COC to FTI Interim Fee Application (.2); draft, finalize, and file same and upload proposed order (.5); email to Chambers re: same (.1) | 0.80 Hrs | 370/hr | $296.00 |
| 02/02/24 | SR | Review/revise COC re FTI interim fee application (.7); emails with PAC team re same (.2); emails with the W&C and FTI re same (.1); finalize same for filing (.2). | 1.20 Hrs | 490/hr | $588.00 |
| 02/03/24 | CMS | Review Third Monthly Back Bay Fee Application. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 02/04/24 | CMS | Review first interim Gordon Rees fee application. | 1.30 Hrs | 1,035/hr | $1,345.50 |
| 02/04/24 | CMS | Review fourth monthly Pachulski fee application. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 02/04/24 | CMS | Review first interim Intrepid fee application. | 1.20 Hrs | 1,035/hr | $1,242.00 |
| 02/04/24 | KAMC | Draft CNO to White & Case 4th Monthly Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 02/05/24 | SR | Review/revise CNO re W&C 4th monthly fee application (.2); emails with PAC team re same (.1); emails with W&C team re same (.1). | 0.40 Hrs | 490/hr | $196.00 |
| 02/05/24 | SR | Review/revise CNO re PAC 4th monthly fee application (.2); emails with PAC team re same (.2). | 0.40 Hrs | 490/hr | $196.00 |
| 02/05/24 | TAMT | Prepare and file CNO for W&C 4th Monthly Fee Application | 0.30 Hrs | 345/hr | $103.50 |
| 02/05/24 | KAMC | Emails to/from S. Rizvi regarding upcoming CNOs | 0.10 Hrs | 370/hr | $37.00 |
| 02/05/24 | KAMC | Emails to/from S. Rizvi regarding CNO to White & Case fee application | 0.10 Hrs | 370/hr | $37.00 |
| 02/12/24 | KAMC | Emails to/from S. Rizvi regarding White & Case Fifth Monthly Fee Application (.1); draft Notice and COS to same (.2) | 0.30 Hrs | 370/hr | $111.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/14/24 | SR | Review/analyze plan and interim comp order re fee applications for Committee professionals (.6); emails with W&C team re same (.1). | 0.70 Hrs | 490/hr | $343.00 |
| 02/14/24 | AHSA | Correspondence with co-counsel and PAC team re: monthly/final fee apps; | 0.10 Hrs | 815/hr | $81.50 |
| 02/15/24 | SR | Review/revise W&C fifth monthly fee app (.8); emails with PAC team re same (.1); emails with W&C team re same (.1); finalize same for filing (.2). | 1.20 Hrs | 490/hr | $588.00 |
| 02/15/24 | KAMC | Finalize White & Case 5th Monthly Fee Application | 0.40 Hrs | 370/hr | $148.00 |
| 02/15/24 | KAMC | Finalize, file and serve White & Case 5th Monthly Fee Application | 0.40 Hrs | 370/hr | $148.00 |
| 02/15/24 | KAMC | Update calendar with fee application dates/deadlines | 0.10 Hrs | 370/hr | $37.00 |
| 02/21/24 | SR | Review/revise FTI 4th fee application and related notice (1.0); emails with PAC team re same (.1). | 1.10 Hrs | 490/hr | $539.00 |
| 02/21/24 | CMS | Review FTI 4th monthly fee application. | 0.50 Hrs | 1,035/hr | $517.50 |
| 02/21/24 | KAMC | Emails to/from S. Rizvi regarding FTI Fourth Monthly Fee Application (.2); draft Notice and COS (.2); finalize, file and serve same (.4). | 0.80 Hrs | 370/hr | $296.00 |
| 02/22/24 | KAMC | Update calendar with FTI fee application dates | 0.10 Hrs | 370/hr | $37.00 |
| 02/29/24 | KAMA | Emails with K. McCloskey re: certificates of no objection for monthly fee applications (.1); email with W&C re: same (.1) | 0.20 Hrs | 600/hr | $120.00 |
| | | **Total FA Fee Applications/Objections** | **14.20** | | **$9,461.50** |

**Fee Applications (Potter Anderson & corroon's)**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/04/24 | KAMC | Draft CNO to PAC 4th Monthly Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 02/05/24 | KAMC | Emails to/from S. Rizvi regarding CNO to PAC fee application | 0.10 Hrs | 370/hr | $37.00 |
| 02/06/24 | CMS | E-mail to S. Golden re: CNO on 4th PAC fee application. | 0.10 Hrs | 1,035/hr | $103.50 |
| 02/07/24 | AHSA | Review/revise January fee detail for compliance with local rules; | 0.80 Hrs | 815/hr | $652.00 |
| 02/12/24 | KAMC | Draft PAC Fifth Monthly Fee Application | 0.50 Hrs | 370/hr | $185.00 |
| 02/12/24 | CMS | E-mail to K. More re: budget issues and review of January bill memo. | 0.10 Hrs | 1,035/hr | $103.50 |
| 02/15/24 | KAMC | Finish drafting PAC 5th Monthly Fee Application | 0.80 Hrs | 370/hr | $296.00 |
| 02/15/24 | KAMC | Finalize, file and serve PAC 5th Monthly Fee Application | 0.40 Hrs | 370/hr | $148.00 |
| 02/15/24 | SR | Review/revise Potter fifth monthly fee app | 1.40 Hrs | 490/hr | $686.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | (1.0); emails with PAC team re same (.1); finalize same for filing (.3). | | | |
| | | **Total FP Fee Applications (Potter Anderson & corroon's)** | **4.40** | | **$2,285.00** |

**Relief from Stay Proceedings**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/12/24 | CMS | E-mail to S. Golden re: stay violation motion for aggressive creditor. | 0.10 Hrs | 1,035/hr | $103.50 |
| 02/13/24 | CMS | E-mails to S. Golden and others re: Hanft stay enforcement. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total MR Relief from Stay Proceedings** | **0.30** | | **$310.50** |

**Claims Administration and Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/16/24 | CMS | Review first omnibus objection to claims. | 0.80 Hrs | 1,035/hr | $828.00 |
| 02/22/24 | CMS | E-mails to M. Davis-Lowe re: claim inquiry. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total PC Claims Administration and Objections** | **1.00** | | **$1,035.00** |

**Plan & Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/21/24 | CMS | Review shareholder notice of appeal. | 0.20 Hrs | 1,035/hr | $207.00 |
| | | **Total PL Plan & Disclosure Statement** | **0.20** | | **$207.00** |
| | | **Total** | | | **$16,684.00** |

LEGAL SERVICES SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Christopher M. Samis | 9.00 Hrs | 1,035.00/hr | $9,315.00 |
| Aaron H. Stulman | 1.40 Hrs | 815.00/hr | $1,141.00 |
| Katelin A. Morales | 0.70 Hrs | 600.00/hr | $420.00 |
| Sameen Rizvi | 6.90 Hrs | 490.00/hr | $3,381.00 |
| Kristin A. McCloskey | 6.00 Hrs | 370.00/hr | $2,220.00 |
| Theresa A. Mistretta | 0.60 Hrs | 345.00/hr | $207.00 |
| | 24.60 Hrs | | $16,684.00 |

| Project Category | Hours | Amount |
|---|---|---|
| Asset analysis and Recovery (AA) | 0.30 | $310.50 |
| Case Administration (CA) | 1.10 | $532.50 |
| Claims Administration and Objections (PC) | 1.00 | $1,035.00 |
| Court Appearances/Hearings (CH) | 2.60 | $2,024.50 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Project Category | Hours | Amount |
|---|---:|---:|
| Creditor Inquiries (CI) | 0.20 | $207.00 |
| Executory Contract and Leases (EC) | 0.30 | $310.50 |
| Fee Applications (Potter Anderson & corroon's) (FP) | 4.40 | $2,285.00 |
| Fee Applications/Objections (FA) | 14.20 | $9,461.50 |
| Plan & Disclosure Statement (PL) | 0.20 | $207.00 |
| Relief from Stay Proceedings (MR) | 0.30 | $310.50 |
| **Total** | **24.60** | **$16,684.00** |

CMS

# EXHIBIT B

11377985v.1

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

# DISBURSEMENTS

Through February 29, 2024

| | | |
|---|---|---:|
| 1487 | Courtlink Efile Alerts January 2024 | 20.00 |
| 1487 | Courtlink EFile January 2024 | 46.00 |
| | **Total Court E-Filing** | **$66.00** |
| | Total Disbursements | $66.00 |

CMS