**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 2, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF SIXTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Sixth Monthly Application of FTI Consulting, Inc. for Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from February 1, 2024 through February 29, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **April 2, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the undersigned attorneys for the Committee.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

11385150v.1

served upon and received by the following: (1) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill (joneill@pszjlaw.com) and Jason H. Rosell (jrosell@pszjlaw.com); (2) counsel to the DIP Lenders, DIP Agent, and the Foris Prepetition Secured Lenders, (a) Goodwin Proctor LLP, 620 Eighth Avenue, The New York Times Buildings, New York, NY 1008, Attn: Michael H. Goldstein (mgoldstein@goodwinlaw.com), Alexander J. Nicas (anicas@goodwinlaw.com), and Artem Skorostensky (askorostensky@goodwinlaw.com) (b) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 North Market Street, Wilmington, DE 19899, Attn: David M. Fournier (David.fournier@troutman.com) and Kenneth A. Listwalk (ken.listwalk@troutman.com); (3) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: John Schanne, Esq. (john.schanneusdoj.gov); and (4) counsel to the Committee, (a) White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Gregory F. Pesce (Gregory.pesce@whitecase.com) and Andrew F. O'Neill (aoneill@whitecase.com), (b) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John Ramirez (john.ramirez@whitecase.com), and (c) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, Attn: Christopher M. Samis (csamis@potteranderson.com) and Katelin A. Morales (kmorales@potteranderson.com).

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 279], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE

COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March 19, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:    csamis@potteranderson.com<br>            kmorales@potteranderson.com<br>            srizvi@potteranderson.com<br><br>-and-<br><br>Gregory F. Pesce, Esq.<br>Andrew F. O'Neill, Esq.<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:    gpesce@whitecase.com<br>            aoneill@whitecase.com<br><br>-and-<br><br>John Ramirez, Esq.<br>Andrea Kropp, Esq.<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:    john.ramirez@whitecase.com<br>            andrea.kropp@whitecase.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |