**EXHIBIT A**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Michael Katzenstein | Senior Managing Director | $ 1,495 | 10.5 | $15,697.50 |
| Clifford Zucker | Senior Managing Director | 1,390 | 1.3 | 1,807.00 |
| Elizabeth Hu | Senior Managing Director | 1,180 | 3.8 | 4,484.00 |
| Megan Hyland | Managing Director | 1,110 | 7.0 | 7,770.00 |
| Monica Healy | Senior Consultant | 790 | 8.2 | 6,478.00 |
| Alysen Garces | Consultant | 555 | 2.6 | 1,443.00 |
| Marili Hellmund-Mora | Manager | 325 | 0.9 | 292.50 |
| **GRAND TOTAL** | | | **34.3** | **$37,972.00** |

**EXHIBIT B**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 0.3 | $166.50 |
| 11 | Prepare for and Attendance at Court Hearings | 0.8 | 1,042.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 9.1 | 8,812.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 14.4 | 18,882.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 2.1 | 2,807.00 |
| 22 | Meetings with Other Parties | 0.9 | 1,174.00 |
| 24 | Preparation of Fee Application | 6.7 | 5,088.00 |
| **GRAND TOTAL** | | **34.3** | **$37,972.00** |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/6/2024 | Alysen Garces | 0.3 | Prepare report for the Committee re: liquidity update. |
| **2 Total** | | | **0.3** | |
| 11 | 2/2/2024 | Michael Katzenstein | 0.4 | Attend hearing regarding the judge's ruling on confirmation (virtual). |
| 11 | 2/2/2024 | Megan Hyland | 0.4 | Attend hearing regarding the judge's ruling on confirmation (virtual). |
| **11 Total** | | | **0.8** | |
| 14 | 2/1/2024 | Megan Hyland | 0.8 | Review draft stipulation with creditor. |
| 14 | 2/1/2024 | Monica Healy | 0.6 | Review proof of claims for landlord and litigation claimants. |
| 14 | 2/2/2024 | Megan Hyland | 0.4 | Prepare summary of key claims. |
| 14 | 2/5/2024 | Elizabeth Hu | 0.7 | Discuss key unsecured claims with Debtors' financial advisor. |
| 14 | 2/5/2024 | Megan Hyland | 0.2 | Assess key outstanding claims. |
| 14 | 2/6/2024 | Megan Hyland | 0.2 | Follow up on with Debtors' advisors on outstanding questions re: key claims. |
| 14 | 2/8/2024 | Elizabeth Hu | 0.5 | Participate on call with Debtors' financial advisors to walk through claims register and related questions (partial). |
| 14 | 2/8/2024 | Megan Hyland | 0.8 | Participate on call with Debtors' financial advisors to walk through claims register and related questions. |
| 14 | 2/8/2024 | Clifford Zucker | 0.6 | Participate on call with Counsel on claims activity. |
| 14 | 2/8/2024 | Alysen Garces | 0.3 | Provide update to team re: key takeaways on claims and preferences. |
| 14 | 2/8/2024 | Alysen Garces | 0.8 | Participate in call with Debtors' financial advisor re: claims and preferences. |
| 14 | 2/8/2024 | Megan Hyland | 0.4 | Prepare update on preference analysis and claims. |
| 14 | 2/12/2024 | Elizabeth Hu | 0.4 | Participate on call with Debtors' financial advisor to walk through claims. |
| 14 | 2/12/2024 | Megan Hyland | 0.3 | Participate on call with Debtors' advisors re: litigation claims (partial). |
| 14 | 2/12/2024 | Monica Healy | 1.5 | Review correspondence re: claims and prepare updated analysis of register. |
| 14 | 2/12/2024 | Alysen Garces | 0.4 | Participate on call Debtors' financial advisor re: claims and preferences. |
| 14 | 2/26/2024 | Monica Healy | 0.2 | Research claim re: trade vendor. |
| **14 Total** | | | **9.1** | |
| 16 | 2/1/2024 | Michael Katzenstein | 0.8 | Assess status and review correspondence re: effective date planning and trustee readiness. |
| 16 | 2/2/2024 | Michael Katzenstein | 0.9 | Follow up with team re: confirmation hearing. |
| 16 | 2/2/2024 | Michael Katzenstein | 0.4 | Correspond with Counsel re: next steps after confirmation. |
| 16 | 2/5/2024 | Michael Katzenstein | 0.6 | Correspond with Counsel re: effective date planning and trustee readiness. |
| 16 | 2/6/2024 | Elizabeth Hu | 0.4 | Participate on call with Counsel re: preparing materials on key issues for creditor trustee. |
| 16 | 2/6/2024 | Michael Katzenstein | 0.4 | Participate on call with Counsel re: preparing materials on key issues for creditor trustee. |
| 16 | 2/6/2024 | Michael Katzenstein | 0.7 | Correspond with Debtor advisors re: confirmation and case status. |
| 16 | 2/6/2024 | Megan Hyland | 0.4 | Participate on call with Counsel re: preparing materials on key issues for creditor trustee. |
| 16 | 2/8/2024 | Michael Katzenstein | 0.8 | Correspond with plan parties re: confirmation and effective date planning. |
| 16 | 2/8/2024 | Clifford Zucker | 0.5 | Review and analyze plan effective date funding schedule. |
| 16 | 2/12/2024 | Michael Katzenstein | 0.5 | Review exit plan and related correspondence. |
| 16 | 2/13/2024 | Michael Katzenstein | 0.6 | Review case correspondence re: exit planning. |
| 16 | 2/13/2024 | Michael Katzenstein | 0.2 | Participate on weekly call with Debtors' advisors re: effective date items. |

**EXHIBIT C**
**AMYRIS, INC., ET AL. - CASE NO. 23-11131**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/13/2024 | Megan Hyland | 0.2 | Participate on weekly call with Debtors' advisors re: effective date items. |
| 16 | 2/13/2024 | Clifford Zucker | 0.2 | Participate on weekly call with Debtors' advisors re: effective date items. |
| 16 | 2/14/2024 | Megan Hyland | 0.3 | Participate on call with Debtors' advisors re: sources/uses. |
| 16 | 2/14/2024 | Megan Hyland | 0.7 | Review draft sources/uses. |
| 16 | 2/14/2024 | Monica Healy | 0.3 | Participate on call with Debtors' advisors re: sources/uses. |
| 16 | 2/14/2024 | Monica Healy | 0.7 | Prepare for call with Debtors' advisors re: sources/uses. |
| 16 | 2/14/2024 | Alysen Garces | 0.5 | Review latest DIP budget re: sources/uses. |
| 16 | 2/15/2024 | Michael Katzenstein | 0.4 | Assess status of exit and preparation matters. |
| 16 | 2/15/2024 | Megan Hyland | 0.3 | Review responses to questions on sources/uses. |
| 16 | 2/15/2024 | Monica Healy | 0.2 | Correspond with Debtors' financial advisor re: sources and uses. |
| 16 | 2/19/2024 | Michael Katzenstein | 0.6 | Review and correspond re: planning for effective date. |
| 16 | 2/20/2024 | Michael Katzenstein | 0.7 | Prepare for call with Debtors' advisors re: effective date matters. |
| 16 | 2/20/2024 | Michael Katzenstein | 0.3 | Participate on call with Debtors' advisors re: key case updates. |
| 16 | 2/20/2024 | Megan Hyland | 0.3 | Participate on call with Debtors' advisors re: key case updates. |
| 16 | 2/22/2024 | Michael Katzenstein | 0.3 | Correspond with Debtors' and Counsel re: exit matters. |
| 16 | 2/23/2024 | Michael Katzenstein | 0.3 | Review correspondence re: trustee readiness and exit matters. |
| 16 | 2/26/2024 | Elizabeth Hu | 0.3 | Draft a response to case update inquiry from a committee member. |
| 16 | 2/27/2024 | Elizabeth Hu | 0.3 | Respond to committee member inquiry re: case status. |
| 16 | 2/28/2024 | Elizabeth Hu | 0.3 | Follow up on inquiry by a committee member. |
| **16 Total** | | | **14.4** | |
| 18 | 2/7/2024 | Megan Hyland | 0.5 | Follow up with Debtors' advisors on changes to preference analysis. |
| 18 | 2/8/2024 | Elizabeth Hu | 0.2 | Participate on call with AHG and Committee counsel re: preference lists. |
| 18 | 2/8/2024 | Megan Hyland | 0.2 | Participate on call with AHG and Committee counsel re: preference lists. |
| 18 | 2/12/2024 | Michael Katzenstein | 0.4 | Review preference analysis. |
| 18 | 2/13/2024 | Michael Katzenstein | 0.3 | Review preference analysis. |
| 18 | 2/14/2024 | Michael Katzenstein | 0.5 | Review and correspond re: preference analysis and effective date planning. |
| **18 Total** | | | **2.1** | |
| 22 | 2/5/2024 | Elizabeth Hu | 0.3 | Participate on weekly call with AHG and Debtor advisors re: case issues including claims and distribution. |
| 22 | 2/5/2024 | Michael Katzenstein | 0.4 | Participate on weekly call with AHG and Debtor advisors re: case issues including claims and distribution. |
| 22 | 2/5/2024 | Megan Hyland | 0.2 | Participate on weekly call with AHG and Debtor advisors re: case issues including claims and distribution (partial). |
| **22 Total** | | | **0.9** | |
| 24 | 2/1/2024 | Monica Healy | 2.9 | Prepare December fee application to meet bankruptcy guidelines. |
| 24 | 2/2/2024 | Megan Hyland | 0.4 | Follow up with Counsel on outstanding fee application orders. |
| 24 | 2/2/2024 | Alysen Garces | 0.3 | Provide update to team of key filings re: interim fee application. |
| 24 | 2/5/2024 | Monica Healy | 1.8 | Continue to prepare December fee application to meet bankruptcy guidelines. |
| 24 | 2/5/2024 | Elizabeth Hu | 0.4 | Review December fee application draft and provide comments. |
| 24 | 2/21/2024 | Marili Hellmund-Mora | 0.9 | Update the December fee application. |
| **24 Total** | | | **6.7** | |
| **Grand Total** | | | **34.3** | |