**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*,[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
|  | **Re:  Docket No. 1362** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH
MONTHLY APPLICATION OF POTTER ANDERSON & CORROON
LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMYRIS, INC., *ET AL.*
FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

The undersigned hereby certifies that they have received no answer, objection, or any other responsive pleading with respect to the *Sixth Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Amyris, Inc.,* et al. *for the Period February 1, 2024 Through February 29, 2024* [Docket No. 1362] (the "Application") filed by Potter Anderson & Corroon LLP (the "Applicant").  The undersigned further certifies that they have reviewed the Court's dockets in these cases and no formal answer, objection, or other response to the Application appears thereon.[2]  The Application was filed with the Court on the date listed on **Exhibit A**.

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2]   Pursuant to the Interim Compensation Order, parties have fourteen (14) days after the date of service to object to the Application.

2

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 279] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection, without the need for entry of a Court order approving the Application.

*[Signature Page Follows]*

11425790v.1

Dated: April 3, 2024
     Wilmington, Delaware

Respectfully submitted,

*/s/ Katelin A. Morales*

Christopher M. Samis (No. 4909)
Katelin A. Morales (No. 6683)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:    csamis@potteranderson.com
          kmorales@potteranderson.com
          srizvi@potteranderson.com

-and-

Gregory F. Pesce, Esq.
Andrew F. O'Neill, Esq.
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:    gpesce@whitecase.com
          aoneill@whitecase.com

-and-

John Ramirez, Esq.
Andrea Kropp, Esq.
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:    john.ramirez@whitecase.com
          andrea.kropp@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*

3

## EXHIBIT A

**Amyris, Inc.,** *et al***.**
**Case No. 23-11131 (TMH)**

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET No. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| Potter Anderson & Corroon LLP [Docket No. 1362] | 2/01/2024 - 2/29/2024 | $16,684.00 (Fees) $66.00 (Expenses) | $13,347.20 (Fees at 80%) $66.00 (Expenses at 100%) | 03/19/2024 | 04/02/2024 |

11425790v.1