# EXHIBIT A

**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com



Federal ID # 51-0080985

|  |  |
|---|---|
| April 5, 2024 | |
| Bill Number | 303359 |
| File Number | 23406.00001 |

Amyris Official Committee of Unsecured C
5885 Hollis Street
Suite 100
Emeryville, CA  94608

For legal services rendered as more fully set forth in the attached statement.

| Legal Services | $17,752.50 |
|---|---|
| Disbursements | $40.00 |
| Bill Total | $17,792.50 |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 23406-00001 |

CMS



**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Federal ID # 51-0080985

|  |  |
|---|---|
| Amyris Official Committee of Unsecured C<br>5885 Hollis Street<br>Suite 100<br>Emeryville, CA  94608 | April 5, 2024<br>Bill Number    303359<br>File Number    23406.00001 |

RE: Amyris, Inc.

Through March 31, 2024

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| **Asset analysis and Recovery** | | | | | |
| 03/29/24 | CMS | Review 5th property abandonment motion. | 0.80 Hrs | 1,035/hr | $828.00 |
| | | **Total AA Asset analysis and Recovery** | **0.80** | | **$828.00** |
| **Litigation/Adversary Proceedings** | | | | | |
| 03/06/24 | AHSA | Review notice of appeal; | 0.10 Hrs | 815/hr | $81.50 |
| | | **Total AP Litigation/Adversary Proceedings** | **0.10** | | **$81.50** |
| **Case Administration** | | | | | |
| 03/01/24 | KAMC | Update critical dates | 0.30 Hrs | 370/hr | $111.00 |
| 03/04/24 | CMS | Review and update critical dates. | 0.20 Hrs | 1,035/hr | $207.00 |
| 03/22/24 | KAMC | Update critical dates and calendar | 0.40 Hrs | 370/hr | $148.00 |
| 03/29/24 | KAMC | Update critical dates | 0.10 Hrs | 370/hr | $37.00 |
| | | **Total CA Case Administration** | **1.00** | | **$503.00** |
| **Court Appearances/Hearings** | | | | | |
| 03/12/24 | AHSA | Review hearing notice for settlement motion; | 0.10 Hrs | 815/hr | $81.50 |
| 03/12/24 | AHSA | Correspondence with C. Samis re: hearing/coverage; | 0.10 Hrs | 815/hr | $81.50 |
| 03/12/24 | KAMC | Update calendar regarding March 15 hearing | 0.10 Hrs | 370/hr | $37.00 |
| 03/12/24 | KAMC | Emails to/from K. Morales and co-counsel regarding March 15 hearing (.2); schedule | 0.50 Hrs | 370/hr | $185.00 |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | various counsel for telephonic appearance at same (.3) | | | |
| 03/12/24 | CMS | E-mail to A. Stulman re: hearing coverage on 3/15. | 0.10 Hrs | 1,035/hr | $103.50 |
| 03/13/24 | AHSA | Review hearing agenda (.1); review exhibit list; confer with C. Samis re: same (.1); | 0.20 Hrs | 815/hr | $163.00 |
| 03/13/24 | KAMC | Emails to/from K. Morales regarding 3/15 hearing and retrieve documents for same | 0.30 Hrs | 370/hr | $111.00 |
| 03/14/24 | KAMC | Update calendar with April and May hearing dates | 0.10 Hrs | 370/hr | $37.00 |
| 03/14/24 | AHSA | Correspondence with C. Samis re: hearing; | 0.10 Hrs | 815/hr | $81.50 |
| 03/15/24 | AHSA | Prepare for and attend hearing; | 0.20 Hrs | 815/hr | $163.00 |
| | | **Total CH Court Appearances/Hearings** | **1.80** | | **$1,044.00** |

**Creditor Inquiries**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/14/24 | CMS | Attention to incoming creditor inquiries (.2 x 2). | 0.40 Hrs | 1,035/hr | $414.00 |
| | | **Total CI Creditor Inquiries** | **0.40** | | **$414.00** |

**Executory Contract and Leases**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/06/24 | AHSA | Review recent filings, including Google assumption objection and Genovese assumption objection; | 0.40 Hrs | 815/hr | $326.00 |
| | | **Total EC Executory Contract and Leases** | **0.40** | | **$326.00** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/01/24 | KAMC | Finalize and file CNO to White & Case 5th Monthly Fee Application and circulate as-filed to counsel | 0.30 Hrs | 370/hr | $111.00 |
| 03/01/24 | KAMC | Draft CNO to White & Case 5th Monthly Fee Application and emails to/from K. Morales regarding same | 0.30 Hrs | 370/hr | $111.00 |
| 03/01/24 | KAMA | Review and revise certificates of no objection re: fee applications for filing (.3); emails with W&C re: same (.1) | 0.40 Hrs | 600/hr | $240.00 |
| 03/01/24 | CMS | E-mail to S. Golden re: most recent round of committee professional CNOs. | 0.10 Hrs | 1,035/hr | $103.50 |
| 03/04/24 | KAMC | Emails to/from K. Morales and Chambers regarding Order for FTI Interim Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 03/04/24 | KAMA | Emails to FTI and PAC re: FTI interim fee application | 0.40 Hrs | 600/hr | $240.00 |
| 03/04/24 | KAMC | Emails to/from counsel and Chambers regarding FTI interim order | 0.20 Hrs | 370/hr | $74.00 |
| 03/05/24 | KAMC | Draft CNO to FTI 4th Monthly Fee | 0.20 Hrs | 370/hr | $74.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | Application | | | |
| 03/07/24 | KAMA | Review and revise certificate of no objection for FTI monthly fee app | 0.20 Hrs | 600/hr | $120.00 |
| 03/07/24 | KAMC | Conference with K. Morales regarding interim/final fee applications (.1); review docket (.2); emails regarding same (.1) | 0.40 Hrs | 370/hr | $148.00 |
| 03/07/24 | KAMC | Draft CNO to FTI 4th Monthly Fee Application | 0.20 Hrs | 370/hr | $74.00 |
| 03/11/24 | KAMA | Emails with co-counsel re: fee applications | 0.10 Hrs | 600/hr | $60.00 |
| 03/14/24 | KAMC | Conference with A. Stulman regarding March 15 hearing and schedule zoom appearance | 0.20 Hrs | 370/hr | $74.00 |
| 03/15/24 | AHSA | Review FTI monthly fee app (.2); correspondence with co-counsel and PAC team re: same (.1); | 0.30 Hrs | 815/hr | $244.50 |
| 03/15/24 | KAMA | Emails with co-counsel re: FTI monthly fee application (.1); review and revise same for filing (.2) | 0.30 Hrs | 600/hr | $180.00 |
| 03/15/24 | KAMC | Emails to/from K. Morales regarding FTI 5th Monthly fee application (.2); draft Notice and COS (.1); finalize/file and serve same (.5) | 0.80 Hrs | 370/hr | $296.00 |
| 03/19/24 | KAMC | Emails to/from K. Morales regarding FTI 6th Monthly fee application (.2); draft Notice and COS to same (.1); finalize/file and serve same (.5) | 0.80 Hrs | 370/hr | $296.00 |
| 03/19/24 | KAMA | Review and revise FTI monthly fee application for filing (.4); email with FTI and W&C re: same (.1) | 0.50 Hrs | 600/hr | $300.00 |
| 03/19/24 | CMS | Review February 2024 Ankura staffing report. | 0.30 Hrs | 1,035/hr | $310.50 |
| 03/19/24 | CMS | Review/revise FTI February 2024 fee application. | 0.30 Hrs | 1,035/hr | $310.50 |
| 03/20/24 | KAMC | Update calendar with deadlines for FTI 6th Monthly Fee Application | 0.10 Hrs | 370/hr | $37.00 |
| 03/21/24 | AHSA | Review/analyze FTI monthly fee app; | 0.20 Hrs | 815/hr | $163.00 |
| 03/22/24 | CMS | Review February 2024 Ankura staffing report. | 0.30 Hrs | 1,035/hr | $310.50 |
| 03/26/24 | TAMT | Draft FTI 5th CNO for Monthly Fee Application | 0.10 Hrs | 345/hr | $34.50 |
| | | **Total FA Fee Applications/Objections** | **7.20** | | **$3,986.00** |

**Fee Applications (Potter Anderson & Corroon's)**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/01/24 | KAMC | Finalize and file CNO to PAC 5th Monthly Fee Application and circulate as-filed to counsel | 0.30 Hrs | 370/hr | $111.00 |
| 03/01/24 | KAMC | Draft CNO to PAC 5th Monthly Fee | 0.30 Hrs | 370/hr | $111.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | Application and emails to/from K. Morales regarding same | | | |
| 03/06/24 | AHSA | Review/revise February bill memo for compliance with local rules; | 0.60 Hrs | 815/hr | $489.00 |
| 03/08/24 | CMS | Review February 2024 bill memo for accuracy, confidentiality, privilege and others issues. | 0.30 Hrs | 1,035/hr | $310.50 |
| 03/11/24 | KAMC | Emails to/from K. Morales regarding monthly/interim/final fee application | 0.20 Hrs | 370/hr | $74.00 |
| 03/13/24 | KAMC | Begin preparation of Potter Anderson February fee application | 0.20 Hrs | 370/hr | $74.00 |
| 03/14/24 | KAMC | Prepare Potter Anderson Sixth Monthly Fee Application | 0.40 Hrs | 370/hr | $148.00 |
| 03/18/24 | KAMC | Email to K. Morales regarding PAC 6th Monthly Fee Application | 0.10 Hrs | 370/hr | $37.00 |
| 03/19/24 | KAMA | Review and revise PAC fee application for filing | 1.00 Hrs | 600/hr | $600.00 |
| 03/19/24 | KAMC | Emails to/from K. Morales regarding PAC Sixth Monthly Fee Application (.2); edit/finalize/file and serve same (.6) | 0.80 Hrs | 370/hr | $296.00 |
| 03/19/24 | CMS | Review/revise 6th monthly PAC fee application for conformity with local/bankruptcy rules. | 1.10 Hrs | 1,035/hr | $1,138.50 |
| 03/20/24 | KAMC | Update calendar with deadlines for PAC 6th Monthly Fee Application | 0.10 Hrs | 370/hr | $37.00 |
| | | **Total FP Fee Applications (Potter Anderson & Corroon's)** | **5.40** | | **$3,426.00** |

**Claims Administration and Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/06/24 | AHSA | Review recent filings, including omnibus claims objection; | 0.30 Hrs | 815/hr | $244.50 |
| 03/14/24 | CMS | Review objection to SVVC claim. | 0.70 Hrs | 1,035/hr | $724.50 |
| 03/19/24 | CMS | Review Debtors' objection to Roth/firm admin claim motion. | 0.80 Hrs | 1,035/hr | $828.00 |
| 03/19/24 | CMS | Review First omnibus objection to claims. | 0.60 Hrs | 1,035/hr | $621.00 |
| 03/19/24 | CMS | Review Second omnibus objection to claims. | 0.40 Hrs | 1,035/hr | $414.00 |
| 03/19/24 | CMS | Review Third omnibus objection to claims. | 0.50 Hrs | 1,035/hr | $517.50 |
| 03/21/24 | AHSA | Review recent filings, including second and third omnibus claims objections (.4), debtors objection to Roth substantial contribution motion and related declarations in support (.7); | 1.10 Hrs | 815/hr | $896.50 |
| 03/22/24 | CMS | Review Debtors' objection to Roth/firm admin claim motion. | 0.80 Hrs | 1,035/hr | $828.00 |
| 03/22/24 | CMS | Review Debtors' objection to Roth/firm admin claim motion to shorten. | 0.20 Hrs | 1,035/hr | $207.00 |

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Total PC Claims Administration and Objections** | **5.40** | | **$5,281.00** |

**Plan & Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/12/24 | CMS | Review/revise Lender Settlement 9019 and related motion to shorten. | 1.80 Hrs | 1,035/hr | $1,863.00 |
| | | **Total PL Plan & Disclosure Statement** | **1.80** | | **$1,863.00** |
| | | **Total** | | | **$17,752.50** |

LEGAL SERVICES SUMMARY

| | | |
|---|---|---|
| Christopher M. Samis | 9.70 Hrs | 1,035.00/hr | $10,039.50 |
| Aaron H. Stulman | 3.70 Hrs | 815.00/hr | $3,015.50 |
| Katelin A. Morales | 2.90 Hrs | 600.00/hr | $1,740.00 |
| Kristin A. McCloskey | 7.90 Hrs | 370.00/hr | $2,923.00 |
| Theresa A. Mistretta | 0.10 Hrs | 345.00/hr | $34.50 |
| | 24.30 Hrs | | $17,752.50 |

| Project Category | Hours | Amount |
|------------------|-------|--------|
| Asset analysis and Recovery (AA) | 0.80 | $828.00 |
| Case Administration (CA) | 1.00 | $503.00 |
| Claims Administration and Objections (PC) | 5.40 | $5,281.00 |
| Court Appearances/Hearings (CH) | 1.80 | $1,044.00 |
| Creditor Inquiries (CI) | 0.40 | $414.00 |
| Executory Contract and Leases (EC) | 0.40 | $326.00 |
| Fee Applications (Potter Anderson & Corroon's) (FP) | 5.40 | $3,426.00 |
| Fee Applications/Objections (FA) | 7.20 | $3,986.00 |
| Litigation/Adversary Proceedings (AP) | 0.10 | $81.50 |
| Plan & Disclosure Statement (PL) | 1.80 | $1,863.00 |
| **Total** | **24.30** | **$17,752.50** |

CMS

Amyris Official Committee of Unsecured C
Re Amyris, Inc.

DISBURSEMENTS

Through April 3, 2024

| 1487 | Courtlink EFile Alerts February 2024 | 20.00 |
| 1487 | Courtlink EFile Alerts March 2024 | 20.00 |
| | **Total Court E-Filing** | **$40.00** |
| | Total Disbursements | $40.00 |

CMS