# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1215** |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2023, TO NOVEMBER 30, 2023

I, Aaron S. Applebaum, an attorney with DLA Piper LLP (US) ("DLA Piper"), counsel to Jefferies LLC, Investment Banker for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, hereby certify the following:

1. On January 25, 2024, Jefferies LLC ("Jefferies") filed the *Second Monthly Fee Application of Jefferies LLC for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from November 1, 2023, to November 30, 2023* [D.I. 1215] (the "Application")[2] with the Court.

2. Objections or responses to the Application were to be filed with the Court and served upon the undersigned counsel no later than 4:00 p.m. (prevailing Eastern Time) on February 15, 2024.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application.

1610078345

3. As of the date hereof, neither Jefferies nor DLA Piper have been served with any objection or response to the Application. Further, a review of the Court's docket indicates that no responses or objections to the Application have been filed.

4. Under the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 279], the Debtors are now authorized to pay Jefferies $119,229.63, which is the sum of 80% of the requested fees and 100% of the requested expenses, without further Court order.

Dated: May 28, 2024
        Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Aaron S. Applebaum
Aaron S. Applebaum (DE 5587)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: aaron.applebaum@us.dlapiper.com
       matthew.sarna@us.dlapiper.com

*Counsel to Jefferies LLC*