# EXHIBIT A

**(Time Records of Jefferies Professionals)**

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/03/24 | Leon Szlezinger | Committee Meeting | 0.5 | 3 |
| 01/03/24 | Leon Szlezinger | Status update re: various issues with White & Case | 1.0 | 11 |
| 01/03/24 | Leon Szlezinger | Sale process update with Intrepid, FTI, Jefferies, BRG | 1.0 | 2 |
| 01/03/24 | Leon Szlezinger | All-Hands Advisor Call | 1.0 | 11 |
| 01/04/24 | Leon Szlezinger | Discuss buyer universe re: manufacturing | 1.5 | 2 |
| 01/05/24 | Leon Szlezinger | Review and discuss additional potential buyers | 1.0 | 2 |
| 01/08/24 | Leon Szlezinger | Creditor trustree interview | 1.0 | 11 |
| 01/08/24 | Leon Szlezinger | Review of draft creditor trust agreement | 1.0 | 9 |
| 01/08/24 | Leon Szlezinger | Creditor trustree interview | 1.0 | 11 |
| 01/09/24 | Leon Szlezinger | Review Committee presentation | 0.5 | 3 |
| 01/09/24 | Leon Szlezinger | Call with FTI | 1.0 | 11 |
| 01/09/24 | Leon Szlezinger | Court Hearing | 1.0 | 1 |
| 01/10/24 | Leon Szlezinger | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/10/24 | Leon Szlezinger | Review case status | 0.5 | 1 |
| 01/10/24 | Leon Szlezinger | Committee Meeting | 0.5 | 3 |
| 01/16/24 | Leon Szlezinger | Review of status update re: Givaudan | 1.0 | 9 |
| 01/17/24 | Leon Szlezinger | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/17/24 | Leon Szlezinger | Committee Meeting | 0.5 | 3 |
| 01/21/24 | Leon Szlezinger | Review plan objection | 0.5 | 1 |
| 01/22/24 | Leon Szlezinger | Review draft statement re: support of the plan | 0.5 | 7 |
| 01/22/24 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 01/23/24 | Leon Szlezinger | Review confirmation order and discuss with team | 1.0 | 11 |
| 01/24/24 | Leon Szlezinger | Plan Confirmation Hearing | 3.0 | 6 |
| 01/29/24 | Leon Szlezinger | Review of court docket | 0.5 | 1 |
| 01/29/24 | Leon Szlezinger | Discussion re: case outcome | 0.5 | 11 |
| 01/30/24 | Leon Szlezinger | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| | **January 1, 2024 - January 31, 2024 Hours for Leon Szlezinger** | | **22.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Jingzhi Dai | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| 01/02/24 | Jingzhi Dai | *Review of draft liquidation trust agreement* | 0.5 | 9 |
| 01/02/24 | Jingzhi Dai | *Discussion with potential buyer* | 1.0 | 2 |
| 01/03/24 | Jingzhi Dai | *All-Hands Advisor Call* | 1.0 | 11 |
| 01/04/24 | Jingzhi Dai | *Review of creditor trustee bio* | 0.5 | 9 |
| 01/04/24 | Jingzhi Dai | *Discuss buyer universe re: manufacturing* | 1.5 | 2 |
| 01/05/24 | Jingzhi Dai | *Review and discuss additional potential buyers* | 0.5 | 2 |
| 01/05/24 | Jingzhi Dai | *Review of creditor trustee information* | 0.5 | 9 |
| 01/08/24 | Jingzhi Dai | *Review of draft creditor trust agreement* | 0.5 | 9 |
| 01/08/24 | Jingzhi Dai | *Creditor trustree interview* | 1.0 | 11 |
| 01/09/24 | Jingzhi Dai | *Review Committee presentation* | 0.5 | 3 |
| 01/09/24 | Jingzhi Dai | *Court Hearing* | 1.0 | 1 |
| 01/10/24 | Jingzhi Dai | *Review of court docket filings re: brand sales* | 0.5 | 1 |
| 01/10/24 | Jingzhi Dai | *Prepare for UCC Call re: sale process* | 0.5 | 2 |
| 01/12/24 | Jingzhi Dai | *Review of lab-to-market draft APA* | 0.5 | 2 |
| 01/16/24 | Jingzhi Dai | *Review and discuss proposals* | 0.5 | 2 |
| 01/16/24 | Jingzhi Dai | *Review of sale process VDR* | 0.5 | 2 |
| 01/16/24 | Jingzhi Dai | *Review of status update re: Givaudan* | 0.5 | 9 |
| 01/17/24 | Jingzhi Dai | *Review SEC objection* | 0.5 | 1 |
| 01/17/24 | Jingzhi Dai | *Prepare for UCC Call re: sale process* | 0.5 | 2 |
| 01/17/24 | Jingzhi Dai | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Jingzhi Dai | *Committee Meeting* | 0.5 | 3 |
| 01/17/24 | Jingzhi Dai | *Rewiew fee application* | 1.0 | 1 |
| 01/17/24 | Jingzhi Dai | *Status Conference* | 1.0 | 6 |
| 01/19/24 | Jingzhi Dai | *Discussion re: preliminary voting results* | 0.5 | 10 |
| 01/21/24 | Jingzhi Dai | *Review court docket re: plan objection* | 0.5 | 1 |
| 01/22/24 | Jingzhi Dai | *Review court docket re: amended plan supplement* | 0.5 | 1 |
| 01/22/24 | Jingzhi Dai | *Standing Professionals Call with UCC and Ad Hoc Group* | 1.0 | 3 |
| 01/23/24 | Jingzhi Dai | *Review fee application* | 0.5 | 1 |
| 01/23/24 | Jingzhi Dai | *Review court docket re: plan objections and amended plan* | 0.5 | 1 |
| 01/23/24 | Jingzhi Dai | *Review confirmation order and discuss with team* | 1.0 | 11 |
| 01/24/24 | Jingzhi Dai | *Plan Confirmation Hearing* | 3.0 | 6 |
| 01/29/24 | Jingzhi Dai | *Review of court docket* | 0.5 | 1 |
| 01/29/24 | Jingzhi Dai | *Discussion re: case outcome* | 0.5 | 11 |
| 01/30/24 | Jingzhi Dai | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| | | **January 1, 2024 - January 31, 2024 Hours for Jingzhi Dai** | **25.0** | |

Jefferies LLC
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 01/02/24 | Kevin Murray | Review of draft liquidation trust agreement | 0.5 | 9 |
| 01/03/24 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/03/24 | Kevin Murray | Committee Meeting | 0.5 | 3 |
| 01/03/24 | Kevin Murray | Review of sale process outreach re: R&D assets | 0.5 | 9 |
| 01/04/24 | Kevin Murray | Review of creditor trustee bio | 0.5 | 9 |
| 01/05/24 | Kevin Murray | Review of creditor trustee information | 0.5 | 9 |
| 01/07/24 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 01/08/24 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 01/08/24 | Kevin Murray | Review of draft creditor trust agreement | 0.5 | 9 |
| 01/08/24 | Kevin Murray | Creditor trustree interview | 1.0 | 11 |
| 01/09/24 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 01/09/24 | Kevin Murray | Court Hearing | 1.0 | 1 |
| 01/10/24 | Kevin Murray | Review of court docket filings re: brand sales | 0.5 | 1 |
| 01/10/24 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 01/10/24 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/10/24 | Kevin Murray | Prepare for UCC Call re: sale process | 0.5 | 2 |
| 01/10/24 | Kevin Murray | Committee Meeting | 0.5 | 3 |
| 01/12/24 | Kevin Murray | Review of lab-to-market draft APA | 0.5 | 2 |
| 01/16/24 | Kevin Murray | Review of sale process VDR | 0.5 | 2 |
| 01/16/24 | Kevin Murray | Review of status update re: Givaudan | 0.5 | 9 |
| 01/17/24 | Kevin Murray | Prepare for UCC Call re: sale process | 0.5 | 2 |
| 01/17/24 | Kevin Murray | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/17/24 | Kevin Murray | Committee Meeting | 0.5 | 3 |
| 01/17/24 | Kevin Murray | Status Conference | 1.0 | 6 |
| 01/19/24 | Kevin Murray | Discussion re: preliminary voting results | 0.5 | 10 |
| 01/21/24 | Kevin Murray | Review court docket re: plan objection | 0.5 | 1 |
| 01/22/24 | Kevin Murray | Review court docket re: amended plan supplement | 0.5 | 1 |
| 01/22/24 | Kevin Murray | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 01/23/24 | Kevin Murray | Review fee application | 0.5 | 1 |
| 01/23/24 | Kevin Murray | Review court docket re: plan objections and amended plan | 0.5 | 1 |
| 01/24/24 | Kevin Murray | Plan Confirmation Hearing | 3.0 | 6 |
| 01/29/24 | Kevin Murray | Discussion re: case outcome | 0.5 | 11 |
| 01/30/24 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| **January 1, 2024 - January 31, 2024 Hours for Kevin Murray** | | | **21.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/03/24 | Jesse Kass | *Review of tech & manufacturing marketing materials* | 0.5 | 9 |
| 01/04/24 | Jesse Kass | *Review of creditor trustee bio* | 0.5 | 9 |
| 01/05/24 | Jesse Kass | *Review of creditor trustee information* | 0.5 | 9 |
| 01/07/24 | Jesse Kass | *Review of sale process VDR* | 0.5 | 2 |
| 01/08/24 | Jesse Kass | *Review of sale process VDR* | 0.5 | 2 |
| 01/08/24 | Jesse Kass | *Creditor trustree interview* | 1.0 | 11 |
| 01/09/24 | Jesse Kass | *Review of sale process VDR* | 0.5 | 2 |
| 01/09/24 | Jesse Kass | *Court Hearing* | 1.0 | 1 |
| 01/10/24 | Jesse Kass | *Review of sale process VDR* | 0.5 | 2 |
| 01/12/24 | Jesse Kass | *Review of lab-to-market draft APA* | 0.5 | 2 |
| 01/19/24 | Jesse Kass | *Discussion re: preliminary voting results* | 0.5 | 10 |
| 01/22/24 | Jesse Kass | *Review draft statement re: support of the plan* | 0.5 | 7 |
| 01/24/24 | Jesse Kass | *Plan Confirmation Hearing* | 3.0 | 6 |
| 01/29/24 | Jesse Kass | *Discussion re: case outcome* | 0.5 | 11 |
| 01/30/24 | Jesse Kass | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| | | **January 1, 2024 - January 31, 2024 Hours for Jesse Kass** | **11.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 01/02/24 | Lars Hultgren | Review of draft liquidation trust agreement | 0.5 | 9 |
| 01/03/24 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/03/24 | Lars Hultgren | Committee Meeting | 0.5 | 3 |
| 01/03/24 | Lars Hultgren | Review of tech & manufacturing marketing materials | 0.5 | 9 |
| 01/03/24 | Lars Hultgren | Review of sale process outreach re: R&D assets | 1.0 | 9 |
| 01/04/24 | Lars Hultgren | Review of creditor trustee bio | 0.5 | 9 |
| 01/05/24 | Lars Hultgren | Review of creditor trustee information | 0.5 | 9 |
| 01/07/24 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 01/08/24 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 01/08/24 | Lars Hultgren | Review of draft creditor trust agreement | 0.5 | 9 |
| 01/08/24 | Lars Hultgren | Creditor trustree interview | 1.0 | 11 |
| 01/09/24 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 01/09/24 | Lars Hultgren | Court Hearing | 1.0 | 1 |
| 01/10/24 | Lars Hultgren | Review of court docket filings re: brand sales | 0.5 | 1 |
| 01/10/24 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 01/10/24 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/10/24 | Lars Hultgren | Committee Meeting | 0.5 | 3 |
| 01/12/24 | Lars Hultgren | Review of lab-to-market draft APA | 0.5 | 2 |
| 01/16/24 | Lars Hultgren | Review of sale process VDR | 0.5 | 2 |
| 01/16/24 | Lars Hultgren | Review of status update re: Givaudan | 0.5 | 9 |
| 01/17/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 01/17/24 | Lars Hultgren | Sale process update with Intrepid, FTI, Jefferies, BRG | 0.5 | 2 |
| 01/17/24 | Lars Hultgren | Committee Meeting | 0.5 | 3 |
| 01/17/24 | Lars Hultgren | Review of weekly committee materials | 0.5 | 11 |
| 01/17/24 | Lars Hultgren | Status Conference | 1.0 | 6 |
| 01/19/24 | Lars Hultgren | Discussion re: preliminary voting results | 0.5 | 10 |
| 01/21/24 | Lars Hultgren | Review court docket re: plan objection | 0.5 | 1 |
| 01/22/24 | Lars Hultgren | Review court docket re: amended plan supplement | 0.5 | 1 |
| 01/22/24 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 01/23/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| 01/23/24 | Lars Hultgren | Review court docket re: plan objections and amended plan | 0.5 | 1 |
| 01/24/24 | Lars Hultgren | Plan Confirmation Hearing | 3.0 | 6 |
| 01/29/24 | Lars Hultgren | Discussion re: case outcome | 0.5 | 11 |
| 01/30/24 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| | | **January 1, 2024 - January 31, 2024 Hours for Lars Hultgren** | **22.5** | |
| 01/04/24 | Adrian Merkt | Review research re: potential buyers | 0.5 | 2 |
| 01/04/24 | Adrian Merkt | Discuss buyer universe re: manufacturing | 1.5 | 2 |
| 01/05/24 | Adrian Merkt | Review and discuss additional potential buyers | 0.5 | 2 |
| 01/05/24 | Adrian Merkt | Calls with potential buyers | 1.0 | 2 |
| 01/06/24 | Adrian Merkt | Calls with potential buyers | 1.0 | 2 |
| 01/16/24 | Adrian Merkt | Review and discuss proposals | 0.5 | 2 |
| | | **January 1, 2024 - January 31, 2024 Hours for Adrian Merkt** | **5.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 01/03/24 | Thomas Nguyen | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/03/24 | Thomas Nguyen | *Committee Meeting* | 0.5 | 3 |
| 01/08/24 | Thomas Nguyen | *Creditor trustree interview* | 1.0 | 11 |
| 01/10/24 | Thomas Nguyen | *Committee Meeting* | 0.5 | 3 |
| 01/17/24 | Thomas Nguyen | *Committee Meeting* | 0.5 | 3 |
| 01/22/24 | Thomas Nguyen | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| | **January 1, 2024 - January 31, 2024 Hours for Thomas Nguyen** | | **3.5** | |
| 01/03/24 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/03/24 | Rahul Balasubramani | *Committee Meeting* | 0.5 | 3 |
| 01/07/24 | Rahul Balasubramani | *Review of sale process VDR* | 0.5 | 2 |
| 01/08/24 | Rahul Balasubramani | *Review of sale process VDR* | 0.5 | 2 |
| 01/08/24 | Rahul Balasubramani | *Creditor trustree interview* | 1.0 | 11 |
| 01/09/24 | Rahul Balasubramani | *Review of sale process VDR* | 0.5 | 2 |
| 01/10/24 | Rahul Balasubramani | *Review of sale process VDR* | 0.5 | 2 |
| 01/10/24 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/10/24 | Rahul Balasubramani | *Committee Meeting* | 0.5 | 3 |
| 01/17/24 | Rahul Balasubramani | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Rahul Balasubramani | *Committee Meeting* | 0.5 | 3 |
| 01/22/24 | Rahul Balasubramani | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| | **January 1, 2024 - January 31, 2024 Hours for Rahul Balasubramani** | | **6.5** | |

Jefferies LLC
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/03/24 | Maille Frohoff | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/03/24 | Maille Frohoff | *Committee Meeting* | 0.5 | 3 |
| 01/07/24 | Maille Frohoff | *Review of sale process VDR* | 0.5 | 2 |
| 01/08/24 | Maille Frohoff | *Review of sale process VDR* | 0.5 | 2 |
| 01/09/24 | Maille Frohoff | *Review of sale process VDR* | 0.5 | 2 |
| 01/10/24 | Maille Frohoff | *Review of sale process VDR* | 0.5 | 2 |
| 01/10/24 | Maille Frohoff | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Maille Frohoff | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Maille Frohoff | *Committee Meeting* | 0.5 | 3 |
| 01/22/24 | Maille Frohoff | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| | | **January 1, 2024 - January 31, 2024 Hours for Maille Frohoff** | **5.0** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Daisy King | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| 01/03/24 | Daisy King | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/03/24 | Daisy King | *Committee Meeting* | 0.5 | 3 |
| 01/10/24 | Daisy King | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/10/24 | Daisy King | *Committee Meeting* | 0.5 | 3 |
| 01/17/24 | Daisy King | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Daisy King | *Committee Meeting* | 0.5 | 3 |
| 01/22/24 | Daisy King | *Standing Professionals Call with UCC and Ad Hoc Group* | 0.5 | 3 |
| 01/30/24 | Daisy King | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| | | **January 1, 2024 - January 31, 2024 Hours for Daisy King** | **4.5** | |

**Jefferies LLC**
*January 1, 2024 - January 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/02/24 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| 01/03/24 | Jack Abrams | *Committee Meeting* | 0.5 | 3 |
| 01/08/24 | Jack Abrams | *Creditor trustree interview* | 1.0 | 11 |
| 01/10/24 | Jack Abrams | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/10/24 | Jack Abrams | *Committee Meeting* | 0.5 | 3 |
| 01/17/24 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| 01/17/24 | Jack Abrams | *Sale process update with Intrepid, FTI, Jefferies, BRG* | 0.5 | 2 |
| 01/17/24 | Jack Abrams | *Committee Meeting* | 0.5 | 3 |
| 01/30/24 | Jack Abrams | *Debtor and UCC Professionals weekly meeting* | 0.5 | 4 |
| | | **January 1, 2024 - January 31, 2024 Hours for Jack Abrams** | **5.0** | |

**Jefferies LLC**

*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/01/24 | Leon Szlezinger | Status update re: various issues with White & Case | 1.0 | 11 |
| 02/02/24 | Leon Szlezinger | Review confirmation order and discuss with team | 1.0 | 11 |
| 02/04/24 | Leon Szlezinger | Review Creditor Trust changes | 0.5 | 9 |
| 02/04/24 | Leon Szlezinger | Discussion with Trustee | 0.5 | 11 |
| 02/05/24 | Leon Szlezinger | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 02/06/24 | Leon Szlezinger | Discussion with Trustee | 0.5 | 11 |
| 02/06/24 | Leon Szlezinger | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/06/24 | Leon Szlezinger | Claims call | 1.0 | 11 |
| 02/06/24 | Leon Szlezinger | Meeting with Liquidation Trustee and White & Case | 1.5 | 11 |
| 02/07/24 | Leon Szlezinger | Review open issues | 0.5 | 1 |
| 02/11/24 | Leon Szlezinger | Call with FTI | 1.0 | 11 |
| 02/12/24 | Leon Szlezinger | Discussions re: Creditor Trust | 1.0 | 11 |
| 02/13/24 | Leon Szlezinger | Team discussion re: emergence | 0.5 | 7 |
| 02/22/24 | Leon Szlezinger | Discussions re: Creditor Trust issues | 0.5 | 11 |
| 02/23/24 | Leon Szlezinger | Discussions re: Creditor Trust issues | 0.5 | 11 |
| 02/25/24 | Leon Szlezinger | Team discussion re: emergence | 0.5 | 7 |
| | **February 1, 2024 - February 29, 2024 Hours for Leon Szlezinger** | | **12.0** | |
| 02/02/24 | Jingzhi Dai | Review confirmation order and discuss with team | 1.0 | 11 |
| 02/05/24 | Jingzhi Dai | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 02/06/24 | Jingzhi Dai | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/06/24 | Jingzhi Dai | Claims call | 1.0 | 11 |
| 02/06/24 | Jingzhi Dai | Meeting with Liquidation Trustee and White & Case | 1.5 | 11 |
| 02/13/24 | Jingzhi Dai | Review fee application | 0.5 | 1 |
| 02/13/24 | Jingzhi Dai | Team discussion re: emergence | 0.5 | 7 |
| 02/14/24 | Jingzhi Dai | Review fee application | 1.0 | 1 |
| 02/25/24 | Jingzhi Dai | Review fee application | 0.5 | 1 |
| 02/25/24 | Jingzhi Dai | Team discussion re: emergence | 0.5 | 7 |
| 02/26/24 | Jingzhi Dai | Review fee application | 0.5 | 1 |
| 02/26/24 | Jingzhi Dai | Review case status | 0.5 | 1 |
| | **February 1, 2024 - February 29, 2024 Hours for Jingzhi Dai** | | **9.0** | |

**Jefferies LLC**
*February 1, 2024 - February 29, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/02/24 | Kevin Murray | Review confirmation order and discuss with team | 1.0 | 11 |
| 02/05/24 | Kevin Murray | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 02/06/24 | Kevin Murray | Review of court docket | 0.5 | 1 |
| 02/06/24 | Kevin Murray | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/06/24 | Kevin Murray | Claims call | 1.0 | 11 |
| 02/07/24 | Kevin Murray | Review of court docket | 0.5 | 1 |
| 02/13/24 | Kevin Murray | Prepare fee application | 0.5 | 1 |
| 02/13/24 | Kevin Murray | Team discussion re: emergence | 0.5 | 7 |
| 02/14/24 | Kevin Murray | Discussions re emergence with White & Case | 0.5 | 1 |
| 02/14/24 | Kevin Murray | Review fee application | 1.0 | 1 |
| 02/25/24 | Kevin Murray | Team discussion re: emergence | 0.5 | 7 |
| | **February 1, 2024 - February 29, 2024 Hours for Kevin Murray** | | **7.5** | |
| 02/02/24 | Jesse Kass | Review confirmation order and discuss with team | 1.0 | 11 |
| 02/05/24 | Jesse Kass | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 02/07/24 | Jesse Kass | Review of court docket | 0.5 | 1 |
| 02/13/24 | Jesse Kass | Prepare fee application | 0.5 | 1 |
| 02/14/24 | Jesse Kass | Prepare fee application | 1.0 | 1 |
| | **February 1, 2024 - February 29, 2024 Hours for Jesse Kass** | | **4.0** | |
| 02/02/24 | Lars Hultgren | Review confirmation order and discuss with team | 1.0 | 11 |
| 02/05/24 | Lars Hultgren | Standing Professionals Call with UCC and Ad Hoc Group | 1.0 | 3 |
| 02/06/24 | Lars Hultgren | Review of court docket | 0.5 | 1 |
| 02/06/24 | Lars Hultgren | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/06/24 | Lars Hultgren | Claims call | 1.0 | 11 |
| 02/13/24 | Lars Hultgren | Prepare fee application | 1.5 | 1 |
| 02/14/24 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 02/26/24 | Lars Hultgren | Prepare fee application | 0.5 | 1 |
| | **February 1, 2024 - February 29, 2024 Hours for Lars Hultgren** | | **8.0** | |
| 02/06/24 | Daisy King | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/13/24 | Daisy King | Prepare fee application | 0.5 | 1 |
| 02/14/24 | Daisy King | Prepare fee application | 0.5 | 1 |
| | **February 1, 2024 - February 29, 2024 Hours for Daisy King** | | **1.5** | |
| 02/06/24 | Jack Abrams | Debtor and UCC Professionals weekly meeting | 0.5 | 4 |
| 02/13/24 | Jack Abrams | Prepare fee application | 0.5 | 1 |
| 02/14/24 | Jack Abrams | Prepare fee application | 0.5 | 1 |
| | **February 1, 2024 - February 29, 2024 Hours for Jack Abrams** | | **1.5** | |

Jefferies LLC

*March 1, 2024 - March 31, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/04/24 | Leon Szlezinger | *Status update re: various issues with other professionals* | 1.0 | 11 |
| 03/05/24 | Leon Szlezinger | *Team discussion re: emergence* | 0.5 | 7 |
| 03/13/24 | Leon Szlezinger | *Assess exit requirements and status* | 1.0 | 11 |
| 03/13/24 | Leon Szlezinger | *Discussion re: flow of funds issues* | 1.0 | 11 |
| 03/22/24 | Leon Szlezinger | *Review MOR and pending liquidity* | 1.0 | 9 |
| 03/22/24 | Leon Szlezinger | *Review stipulation re: consumer brands sale proceeds* | 1.0 | 2 |
| 03/26/24 | Leon Szlezinger | *Review Creditors Trust issues* | 0.5 | 11 |
| 03/26/24 | Leon Szlezinger | *Call with other professionals* | 1.0 | 11 |
| 03/28/24 | Leon Szlezinger | *Review funds flow issues* | 1.0 | 9 |
| | **March 1, 2024 - March 31, 2024 Hours for Leon Szlezinger** | | **8.0** | |
| 03/05/24 | Jingzhi Dai | *Review fee application* | 0.5 | 1 |
| 03/05/24 | Jingzhi Dai | *Team discussion re: emergence and follow up* | 1.0 | 7 |
| 03/06/24 | Jingzhi Dai | *Review fee application* | 0.5 | 1 |
| 03/07/24 | Jingzhi Dai | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 03/13/24 | Jingzhi Dai | *Discussion re: flow of funds issues* | 1.0 | 11 |
| 03/15/24 | Jingzhi Dai | *Review of settlement motion* | 1.0 | 1 |
| 03/21/24 | Jingzhi Dai | *Review of draft motion* | 0.5 | 1 |
| 03/22/24 | Jingzhi Dai | *Review MOR and pending liquidity* | 0.5 | 9 |
| 03/22/24 | Jingzhi Dai | *Discussion re: use of consumer sale proceeds* | 0.5 | 2 |
| 03/22/24 | Jingzhi Dai | *Review stipulation re: consumer brands sale proceeds* | 1.0 | 2 |
| | **March 1, 2024 - March 31, 2024 Hours for Jingzhi Dai** | | **7.5** | |
| 03/05/24 | Kevin Murray | *Prepare fee application* | 0.5 | 1 |
| 03/05/24 | Kevin Murray | *Team discussion re: emergence* | 0.5 | 7 |
| 03/06/24 | Kevin Murray | *Prepare fee application* | 0.5 | 1 |
| 03/06/24 | Kevin Murray | *Review case status* | 0.5 | 1 |
| 03/07/24 | Kevin Murray | *Review of creditor trust agreement* | 0.5 | 1 |
| 03/13/24 | Kevin Murray | *Discussion re: flow of funds issues* | 1.0 | 11 |
| 03/13/24 | Kevin Murray | *Follow-up on flow of funds issues* | 1.0 | 9 |
| 03/21/24 | Kevin Murray | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 03/22/24 | Kevin Murray | *Discussion re use of consumer sale proceeds* | 0.5 | 2 |
| 03/22/24 | Kevin Murray | *Analysis re: sale proceeds use* | 1.0 | 9 |
| 03/22/24 | Kevin Murray | *Review stipulation re: consumer brands sale proceeds* | 1.0 | 2 |
| | **March 1, 2024 - March 31, 2024 Hours for Kevin Murray** | | **8.0** | |
| 03/05/24 | Jesse Kass | *Prepare fee application* | 0.5 | 1 |
| 03/05/24 | Jesse Kass | *Team discussion re: emergence and follow up* | 1.0 | 7 |
| 03/06/24 | Jesse Kass | *Prepare fee application* | 0.5 | 1 |
| | **March 1, 2024 - March 31, 2024 Hours for Jesse Kass** | | **2.0** | |
| 03/05/24 | Lars Hultgren | *Prepare fee application* | 1.5 | 1 |
| 03/06/24 | Lars Hultgren | *Prepare fee application* | 1.5 | 1 |
| 03/07/24 | Lars Hultgren | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 03/13/24 | Lars Hultgren | *Discussion re: flow of funds issues* | 1.0 | 11 |
| 03/13/24 | Lars Hultgren | *Follow-up flow of funds issues* | 1.0 | 9 |
| 03/21/24 | Lars Hultgren | *Review of draft motion* | 0.5 | 1 |
| 03/22/24 | Lars Hultgren | *Analysis re: sale proceeds use* | 1.0 | 9 |
| 03/22/24 | Lars Hultgren | *Discussion and follow-up re: use of consumer sale proceeds* | 1.0 | 2 |
| 03/22/24 | Lars Hultgren | *Review stipulation re: consumer brands sale proceeds* | 1.0 | 2 |
| | **March 1, 2024 - March 31, 2024 Hours for Lars Hultgren** | | **9.5** | |
| 03/05/24 | Daisy King | *Prepare fee application* | 1.0 | 1 |
| 03/06/24 | Daisy King | *Prepare fee application* | 0.5 | 1 |
| | **March 1, 2024 - March 31, 2024 Hours for Daisy King** | | **1.5** | |
| 03/05/24 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| 03/06/24 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| | **March 1, 2024 - March 31, 2024 Hours for Jack Abrams** | | **1.0** | |

Jefferies LLC

*April 1, 2024 - April 30, 2024*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 04/02/24 | Leon Szlezinger | *Review fee application* | 0.5 | 1 |
| 04/03/24 | Leon Szlezinger | *Call with White & Case* | 0.5 | 11 |
| 04/05/24 | Leon Szlezinger | *Conversation with creditor re: status* | 0.5 | 3 |
| 04/08/24 | Leon Szlezinger | *Team discussion re: emergence* | 0.5 | 7 |
| 04/08/24 | Leon Szlezinger | *Review flow of funds issues* | 1.0 | 9 |
| 04/17/24 | Leon Szlezinger | *Discussion with professionals re: issue status* | 0.5 | 11 |
| 04/22/24 | Leon Szlezinger | *Team discussion re: emergence* | 0.5 | 7 |
| 04/23/24 | Leon Szlezinger | *Advisor group update re: case delays* | 0.5 | 11 |
| 04/26/24 | Leon Szlezinger | *Review flow of funds issues* | 0.5 | 9 |
| 04/29/24 | Leon Szlezinger | *Discussion with creditor re: status* | 0.5 | 3 |
| 04/29/24 | Leon Szlezinger | *Discuss and review Committee update* | 1.0 | 3 |
| | **April 1, 2024 - April 30, 2024 Hours for Leon Szlezinger** | | **6.5** | |
| 04/01/24 | Jingzhi Dai | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 04/02/24 | Jingzhi Dai | *Review fee application* | 0.5 | 1 |
| 04/08/24 | Jingzhi Dai | *Review of settlement motion* | 0.5 | 1 |
| 04/08/24 | Jingzhi Dai | *Team discussion re: emergence* | 0.5 | 7 |
| 04/08/24 | Jingzhi Dai | *Review MOR and pending liquidity* | 1.0 | 9 |
| 04/18/24 | Jingzhi Dai | *Communications re: effective date* | 0.5 | 11 |
| 04/22/24 | Jingzhi Dai | *Review fee application* | 0.5 | 1 |
| 04/22/24 | Jingzhi Dai | *Team discussion re: emergence* | 0.5 | 7 |
| 04/23/24 | Jingzhi Dai | *Advisor group update re: case delays* | 0.5 | 11 |
| 04/26/24 | Jingzhi Dai | *Review MOR and pending liquidity* | 0.5 | 9 |
| 04/29/24 | Jingzhi Dai | *Review of court docket* | 0.5 | 1 |
| 04/29/24 | Jingzhi Dai | *Review case status* | 0.5 | 1 |
| 04/29/24 | Jingzhi Dai | *Discuss and review Committee update* | 1.0 | 3 |
| | **April 1, 2024 - April 30, 2024 Hours for Jingzhi Dai** | | **8.0** | |
| 04/01/24 | Kevin Murray | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 04/02/24 | Kevin Murray | *Review fee application* | 1.0 | 1 |
| 04/08/24 | Kevin Murray | *Review of settlement motion* | 0.5 | 1 |
| 04/18/24 | Kevin Murray | *Communications re: effective date* | 0.5 | 11 |
| 04/22/24 | Kevin Murray | *Review fee application* | 0.5 | 1 |
| 04/22/24 | Kevin Murray | *Team discussion re: emergence* | 0.5 | 7 |
| 04/23/24 | Kevin Murray | *Advisor group update re :case delays* | 0.5 | 11 |
| 04/27/24 | Kevin Murray | *Review Committee update* | 0.5 | 3 |
| 04/29/24 | Kevin Murray | *Review of court docket* | 0.5 | 1 |
| 04/29/24 | Kevin Murray | *Team discussion re: emergence* | 0.5 | 7 |
| | **April 1, 2024 - April 30, 2024 Hours for Kevin Murray** | | **6.0** | |
| 04/01/24 | Jesse Kass | *Prepare fee application* | 0.5 | 1 |
| 04/02/24 | Jesse Kass | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 04/02/24 | Jesse Kass | *Review fee application* | 1.0 | 1 |
| 04/29/24 | Jesse Kass | *Review Committee update* | 0.5 | 3 |
| | **April 1, 2024 - April 30, 2024 Hours for Jesse Kass** | | **3.0** | |
| 04/01/24 | Lars Hultgren | *Prepare fee application* | 1.5 | 1 |
| 04/02/24 | Lars Hultgren | *Prepare fee application* | 1.5 | 1 |
| 04/08/24 | Lars Hultgren | *Review of settlement motion* | 0.5 | 1 |
| 04/18/24 | Lars Hultgren | *Review confirmation order and discuss with team* | 1.0 | 1 |
| 04/22/24 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 04/27/24 | Lars Hultgren | *Review Committee update* | 0.5 | 3 |
| 04/29/24 | Lars Hultgren | *Review of court docket* | 0.5 | 1 |
| | **April 1, 2024 - April 30, 2024 Hours for Lars Hultgren** | | **6.5** | |
| 04/01/24 | Daisy King | *Prepare fee application* | 0.5 | 1 |
| 04/02/24 | Daisy King | *Prepare fee application* | 1.0 | 1 |
| | **April 1, 2024 - April 30, 2024 Hours for Daisy King** | | **1.5** | |
| 04/01/24 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| 04/02/24 | Jack Abrams | *Prepare fee application* | 0.5 | 1 |
| | **April 1, 2024 - April 30, 2024 Hours for Jack Abrams** | | **1.0** | |