# **EXHIBIT B**

## (Expense Detail)

**Expense Detail**
January 1 - May 7, 2024

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| LEON SZLEZINGER | 2/6/2024 | $50.38 | OVERTIME TRANSPORTATION POST-MEETING |
| DLA PIPER LLP | 6/13/2024 | $70,662.00 | LEGAL (January through June 2024) |
| **Total Expense** | | **$70,712.38** | |



DLA Piper (US)
D. O'Donnell
T 212-335-4500

**PRIVILEGED AND CONFIDENTIAL**

Jefferies LLC
Jeffrey R. Whyte
General Counsel, Investment Banking
Managing Director
520 Madison Avenue
New York, NY  10022

**INVOICE #**    883189177
**Invoice Date**    June 13, 2024

**Client Name**    Jefferies LLC
**Matter Name**    Representation contested retention app
**Matter Number**  438030.000003

*For Professional Services through June 13, 2024*

| | |
|---|---:|
| Fees | 42,388.50 |
| Fee Application Matters | 5,000.00 |
| Total Fees | 47,388.50 |
| Disbursements | 369.00 |
| **TOTAL THIS INVOICE** | **USD  47,757.50** |
| Prior Outstanding Balance | 22,904.50 |
| **TOTAL ACCOUNT BALANCE** | **USD  70,662.00** |

Please remit payment by July 13, 2024

**Please send remittance instructions to accounts@us.dlapiper.com**

| | | |
|---|---|---|
| **Pay Online** | Pay online — Click the "Pay online" button or visit https://paymentportal.dlapiper.com to make a payment online using your bank account or credit card | *The invoice number **883189177** and invoice amount **47757.50** is required for access to the payment center.* |
| **Payment via Wire/ACH** | Wells Fargo Bank, N.A.<br>1700 K Street, NW, 9th Floor<br>Washington, DC  20006<br>Account Name:  DLA Piper LLP (US)<br>Account No.:  4053611935<br>ABA Transit No.:  121000248<br>Swift Code:  WFBIUS6S | *To ensure proper credit, please indicate the invoice number(s) on the wire or ACH*<br><br>Law Firm Tax Identification No.: 52-0616490 |
| **Payment via Check to Lockbox** | DLA Piper LLP (US)<br>P.O. Box 780528<br>Philadelphia, PA 19178-0528 | *Please do not send checks to firm office address.* |

# FEE DETAIL

**The following legal services were provided by DLA Piper LLP (US):**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 05/08/24 | Review March-May DLA invoice (.4), email re: same (.4). | Dennis O'Donnell | 0.80 |
| 05/09/24 | Review March-May DLA invoice (.3), email re: same (.4). | Dennis O'Donnell | 0.70 |
| 05/09/24 | Emails with client re: fee applications. | Emily C. Jones | 0.10 |
| 05/09/24 | Confer with N. McLemore re: fee applications. | Emily C. Jones | 0.10 |
| 05/09/24 | Email to D. O'Donnell and N. McLemore re: fee application. | Emily C. Jones | 0.10 |
| 05/10/24 | Review March-May DLA invoice (.4), email re: same (.4). | Dennis O'Donnell | 0.80 |
| 05/10/24 | Review invoice for fee applications. | Emily C. Jones | 0.10 |
| 05/10/24 | Emails with D.O'Donnell and N. McLemore re: fee applications. | Emily C. Jones | 0.40 |
| 05/13/24 | Emails with D. O'Donnell re: fee applications and invoices. | Emily C. Jones | 0.10 |
| 05/15/24 | Emails with D. O'Donnell and N. McLemore re: invoices for fee applications. | Emily C. Jones | 0.10 |
| 05/16/24 | Emails, call with N. McLemore, E. Jones regarding fee application strategy. | William L. Countryman | 0.30 |
| 05/16/24 | Correspondence with DLA team and call with E. Jones and W. Countryman regarding invoicing for final fee period. | Nicole McLemore | 0.30 |
| 05/16/24 | Emails with D. O'Donnell and N. McLemore re: invoices for fee applications. | Emily C. Jones | 0.10 |
| 05/16/24 | Emails with DLA team re: fee applications. | Emily C. Jones | 0.20 |
| 05/16/24 | Review previous fee applications in preparation of fee applications. | Emily C. Jones | 0.20 |
| 05/16/24 | Telephone call with N. McLemore re: fee application and retention. | Emily C. Jones | 0.40 |
| 05/16/24 | Confer with N. McLemore re: fee applications. | Emily C. Jones | 0.20 |
| 05/16/24 | Review retention documents re: preparation of fee applications. | Emily C. Jones | 0.20 |
| 05/17/24 | Confer with N. McLemore and review retention pleadings re: fee applications. | Emily C. Jones | 0.50 |
| 05/17/24 | Emails with D. O'Donnell and N. McLemore re: fee application and interim compensation procedure. | Emily C. Jones | 0.30 |
| 05/17/24 | Emails with client re: fee applications. | Emily C. Jones | 0.10 |
| 05/17/24 | Emails with DLA team re: invoices for fee applications. | Emily C. Jones | 0.20 |
| 05/17/24 | Emails with N. McLemore re: fee applications. | Emily C. Jones | 0.20 |
| 05/17/24 | Correspondence with DLA team regarding invoicing for final fee period. | Nicole McLemore | 0.10 |
| 05/18/24 | Review Final Fee Application (.3), email re: same (.3). | Dennis O'Donnell | 0.60 |
| 05/20/24 | Review Final Fee Application (.4), email re: same (.3). | Dennis O'Donnell | 0.70 |
| 05/21/24 | Review retention documents re: fee applications. | Emily C. Jones | 0.30 |
| 05/21/24 | Emails with D. O'Donnell and A. Applebaum re: fee applications. | Emily C. Jones | 0.10 |
| 05/21/24 | Emails with Jefferies re: fee applications. | Emily C. Jones | 0.10 |
| 05/21/24 | Emails with DLA team re: certificates of no objection. | Emily C. Jones | 0.30 |
| 05/21/24 | Review Final Fee Application (.3), email re: same (.3). | Dennis O'Donnell | 0.60 |
| 05/21/24 | Draft Certificates of No Objection for Second and Third Monthly Fee Statements and emails with E. Jones regarding same. | William L. Countryman | 1.10 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 05/22/24 | Review certificates of no objection re: fee applications. | Emily C. Jones | 0.20 |
| 05/23/24 | Review Final Fee Application (.4),  email re: same (.3). | Dennis O'Donnell | 0.70 |
| 05/24/24 | Review Final Fee Application (.4),  email re: same (.3). | Dennis O'Donnell | 0.70 |
| 05/28/24 | Review/revise CNOs for fee applications, emails re same and approve same for filing and coordinate service of same. | Aaron S. Applebaum | 0.80 |
| 05/28/24 | Revise, prepare and electronically file Certificates of No Objection for Second and Third Monthly Fee Statements and emails with E. Jones, A. Applebaum regarding same. | William L. Countryman | 1.00 |
| 05/28/24 | Draft certificates of no objection re fee applications. | Emily C. Jones | 0.10 |
| 05/28/24 | Review certifications of no objection and correspond with DLA team re fee applications. | Emily C. Jones | 0.30 |
| 05/28/24 | Draft email to N. McLemore and W. Countryman re: preparation of fee application. | Emily C. Jones | 0.20 |
| 05/29/24 | Correspond with A. Applebaum and N. McLemore re certificates of no objection. | Emily C. Jones | 0.10 |
| 05/29/24 | Correspond with client re fee applications. | Emily C. Jones | 0.10 |
| 05/29/24 | Emails with D. O'Donnell re certificates of no objection. | Emily C. Jones | 0.20 |
| 05/30/24 | Draft Combined Fourth Monthly Fee Statement (2.10), draft Second Interim and Final Fee Application (3.30), emails with E. Jones regarding same (.20). | William L. Countryman | 5.60 |
| 06/03/24 |  Email, t/cs E. Jones, A. Applebaum, Jefferies re Final Fee Application (.8). | Dennis O'Donnell | 0.80 |
| 06/04/24 | Review retention documents in preparation of fee application | Emily C. Jones | 0.40 |
| 06/04/24 | Correspond with client re fee applications | Emily C. Jones | 0.10 |
| 06/04/24 | Correspond with W. Countryman re fee applications | Emily C. Jones | 0.10 |
| 06/05/24 | Revise Combined Fourth Monthly Fee Statement, Combined Second Interim and Final Fee Application (4.10), emails with E. Jones, N. McLemore regarding same (.10). | William L. Countryman | 4.20 |
| 06/05/24 | EMail, t/cs E. Jones, A. Applebaum, Jefferies re same re numbers for Final Fee Application. | Dennis O'Donnell | 1.10 |
| 06/06/24 | Correspond with DLA team re fee application | Emily C. Jones | 0.30 |
| 06/07/24 | Recalculate fees and revise Final Fee Application with same (.50), emails with D. O'Donnell regarding same (.20). | William L. Countryman | 0.70 |
| 06/07/24 | Review fee applications | Emily C. Jones | 0.40 |
| 06/07/24 | Review and revise Final Fee Application and Fourth Monthly Fee Application (.9),  email, t/cs E. Jones, A. Applebaum, Jefferies re same (1.0). | Dennis O'Donnell | 1.90 |
| 06/08/24 | Review draft fee application | Emily C. Jones | 0.20 |
| 06/10/24 | Review and revise Final Fee Application and Fourth Monthly Fee Application (.6),  email, t/cs E. Jones, A. Applebaum, Jefferies re same (1.20). | Dennis O'Donnell | 1.80 |
| 06/10/24 | Emails with Jefferies Team and DLA Team re fee applications | Emily C. Jones | 0.10 |
| 06/11/24 | Review and revise Final Fee Application and Fourth Monthly Fee Application (2.20),  additional email, t/cs E. Jones, A. Applebaum, Jefferies re same (1.20). | Dennis O'Donnell | 3.40 |
| 06/11/24 | Emails with Jefferies and DLA re fee applications | Emily C. Jones | 0.10 |
| 06/11/24 | Emails with DLA team re fee applications | Emily C. Jones | 0.10 |
| 06/11/24 | Review and revise fee applications | Emily C. Jones | 1.30 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 06/11/24 | Review draft interim and final fee applications and multiple emails with D. O'Donnell re same. | Aaron S. Applebaum | 0.90 |
| 06/12/24 | Review updated/supplemental information from client for interim and final fee applications, review/comment on updated drafts and multiple emails with E. Jones and D. O'Donnell re same. | Aaron S. Applebaum | 1.20 |
| 06/12/24 | Review and revise Final Fee Application and Fourth Monthly Fee Application (.6),  email, t/cs E. Jones, A. Applebaum, Jefferies re same (1.10). | Dennis O'Donnell | 1.70 |

| | TOTAL HOURS | 41.20 |
|---|---|---|
| | TOTAL FEES | 42,388.50 |

## Timekeeper Summary

**The following legal services were provided by DLA Piper LLP (US):**

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Dennis O'Donnell | Partner | 16.30 | 1,515.00 | 24,694.50 |
| Aaron S. Applebaum | Of Counsel | 2.90 | 1,225.00 | 3,552.50 |
| Nicole McLemore | Associate | 0.40 | 910.00 | 364.00 |
| Emily C. Jones | Associate | 8.70 | 820.00 | 7,134.00 |
| William L. Countryman | Paralegal | 12.90 | 515.00 | 6,643.50 |
| | FEES | 41.20 | | 42,388.50 |

## Disbursements

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Data Hosting Charges by Relativity | 369.00 |
| | TOTAL DISBURSEMENTS | 369.00 |

| **TOTAL THIS INVOICE** | **USD  47,757.50** |
|---|---|

## Outstanding Invoice Summary

| DATE | INVOICE | AMOUNT | PAYMENTS/ADJUSTMENTS | BALANCE |
|---|---|---|---|---|
| 05/22/24 | 883171233 | USD 22,904.50 | USD 0.00 | USD 22,904.50 |

| | Prior Outstanding Balance | USD 22,904.50 |
|---|---|---|