IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: July 5, 2024, at 4:00 p.m. (ET)** |

**NOTICE OF COMBINED FOURTH MONTHLY FEE APPLICATION OF
JEFFERIES LLC FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM JANUARY 1, 2024, THROUGH MAY 7, 2024**

**PLEASE TAKE NOTICE** that, on June 14, 2024, DLA Piper LLP (US), as counsel to Jefferies LLC ("Jefferies") filed the *Combined Fourth Monthly Fee Application of Jefferies LLC for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2024, Through May 7, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement for Professionals [D.I. 279] (the "Interim Compensation Procedures Order"), and must be filed with the Court and served on: (1) the undersigned; (2) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899 (Attn.: James E. O'Neill [joneill@pszjlaw.com], and Jason H. Rosell [jrosell@pszjlaw.com]); (3) counsel to the DIP Lenders, DIP Agent and the Foris Prepetition Secured Lenders, (a) Goodwin Proctor LLP, 620 Eighth Avenue, The New York Times Buildings, New York, NY 1008 (Attn.: Michael H. Goldstein [mgoldstein@goodwinlaw.com], Alexander J. Nicas [anicas@goodwinlaw.com], Artem Skorostensky [askorostensky@goodwinlaw.com], and Sari Rosenfeld [srosenfeld@goodwinlaw.com]) and (b) Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, Suite 5100, 1313 North Market Street, Wilmington, DE 19899 (Attn.: David M. Fournier [david.fournier@troutman.com] and Kenneth A. Listwalk [ken.listwalk@troutman.com]); (4) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn.: John Schanne [john.schanneusdoj.gov]); and (5) counsel to the Committee, (a) White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606 (Attn.: Gregory F. Pesce [gregory.pesce@whitecase.com] and Andrew F. O'Neill [aoneill@whitecase.com]), (b) White &

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Case LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: John Ramirez [john.ramirez@whitecase.com]) and (c) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801 (Attn.: Christopher M. Samis [csamis@potteranderson.com] and Kaitlin A. Morales [kmorales@potteranderson.com]).

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Application are timely filed, served and received in accordance with this notice and the Interim Compensation Procedures Order, the objecting party and Jefferies may attempt to resolve the objection on a consensual basis. If the parties are unable to reach a resolution of the objection, Jefferies may either (i) file a request with the Court for payment of the difference between the Maximum Monthly Payment and the Actual Monthly Payment (as defined in the Interim Compensation Procedures Order) made to Jefferies (the "Incremental Amount"), or (ii) forego payment of the Incremental Amount until the next omnibus or fee application hearing at which time the Court will consider and dispose of the objection if requested by the parties.

**PLEASE TAKE FURTHER NOTICE** that, under the Interim Compensation Procedures Order, if no objection to the Application is timely filed and served by the Objection Deadline, Jefferies may be paid an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: June 14, 2024
Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Aaron S. Applebaum*
Aaron S. Applebaum, Esq. (DE No. 5587)
Matthew S. Sarna (DE No. 6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: aaron.applebaum@us.dlapiper.com
          matthew.sarna@us.dlapiper.com

*Counsel to Jefferies LLC*