**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*[1] | Case No. 23-11131 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1532** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED SECOND INTERIM AND FINAL FEE APPLICATION OF JEFFERIES LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023, THROUGH MAY 7, 2024**

I, Aaron S. Applebaum, an attorney with DLA Piper LLP (US) ("DLA Piper"), counsel to Jefferies LLC, Investment Banker for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, hereby certify the following:

1. On June 15, 2024, Jefferies LLC ("Jefferies") filed the *Combined Second Interim and Final Fee Application of Jefferies LLC for Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2023, through May 7, 2024* [D.I. 1532] (the "Application")[2] with the Court.

2. Objections or responses to the Application were to be filed with the Court and served upon the undersigned counsel no later than 4:00 p.m. (prevailing Eastern Time) on July 5, 2024.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

[2] Terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application.

1611362965

3. As of the date hereof, neither Jefferies nor DLA Piper have been served with any objection or response to the Application. Further, a review of the Court's docket indicates that no responses or objections to the Application have been filed.

**WHEREFORE**, DLA Piper respectfully requests the Court enter and Order granting the relief requested in the Application, and grant such other and further relief as the Court deems just and proper.

Dated: July 9, 2024
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Aaron S. Applebaum
Aaron S. Applebaum (DE 5587)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: aaron.applebaum@us.dlapiper.com
matthew.sarna@us.dlapiper.com

*Counsel to Jefferies LLC*