IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket No.'s: 1490; 1501; 1508; 1522; 1523; 1532; 1533; 1534; 1549; 1550; 1553; 1557; 1558; and 1560<br><br>Hearing Date: July 30, 2024 at 11:00 a.m. (ET) |

**NOTICE OF HEARING TO CONSIDER FINAL
APPROVAL AND ALLOWANCE OF FEE APPLICATIONS**

TO: (a) Office of the United States Trustee; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002; and (c) affected parties.

**PLEASE TAKE NOTICE** that a hearing to consider final approval and allowance of the final fee applications (the "Final Fee Applications") filed in these cases (as specifically set forth below) will be held on **July 30, 2024 at 11:00 a.m. prevailing Eastern Time**, before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

- Combined Second Interim and Final Application of White & Case LP as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses [Filed 05.28.24; Docket No. 1490];

- Combined Seventh Monthly and Final Fee Application of PwC US Business Advisory, LLP, as Financial Advisor to the Debtors, for Compensation and Reimbursement of Expenses for the (I) Seventh Monthly Period From March 1, 2024 through May 7, 2024 and (II) Final Period From August 9, 2023 through May 7, 2024 [Filed 06.03.24; Docket No. 1501];

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

- Second and Final Fee Application of Intrepid Investment Bankers LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to Debtors for the Period From the Petition Date through May 7, 2024 [Filed 06.04.24; Docket No. 1508];

- Combined Seventh Monthly and Final Fee Application of FTI Consulting, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period From March 1, 2024 through May 7, 2024 and (II) Final Period from August 30, 2023 through May 7, 2024 [Filed 06.07.24; Docket No. 1522];

- First and Final Fee Application of Back Bay Management Corporation and its Division, the Michel-Shaked Group, for Compensation Earned and Expenses Incurred for the Period from October 31, 2023, through January 31, 2024 [Filed 06.10.24; Docket No. 1523];

- Combined Second Interim and Final Fee Application of Jefferies LLC for Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2023, through May 7, 2024 [Filed 06.15.24; Docket No. 1532];

- Combined Tenth Monthly and Final Fee Application of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the (I) Tenth Monthly Period From May 1, 2024 through May 7, 2024 and (II) Final Period From August 9, 2023 through May 7, 2024 [Filed 06.17.24; Docket No. 1533];

- Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors and Debtors in Possession for the Period from August 9, 2023 through May 7, 2024 [Filed 06.17.24; Docket No. 1534];

- Second and Final Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP, As Special Corporate Counsel for the Debtors and Debtors in Possession for the (I) Period from November 1, 2023 through May 7, 2024 and (II) Final Period from August 9, 2023 through May 7, 2024 [Filed 06.18.24; Docket No. 1549];

- Final Application for Compensation and Reimbursement of Expenses of Gordon Rees Scully Mansukhani, LLP, as Special Counsel for the Debtors and Debtors in Possession for the Period October 21, 2023 to May 7, 2024 [Filed 06.18.24; Docket No. 1550];

- Final Application for Compensation and Reimbursement of Expenses of KTBS Law LLP, as Special Counsel for the Debtors on Behalf of and at the Sole Direction of the Independent Director, for the Period (I) Remaining Period from January 1, 2024 through May 7, 2024 and to (II) Final Period from August 11, 2023 through May 7, 2024 [Filed 06.19.24; Docket No. 1553];

- Combined Eighth Monthly and Final Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of Amyris, Inc., et al., for the (I) Monthly Period April 1, 2024 through May 7, 2024 and (II) For the Period (Final) August 28, 2024 to May 7, 2024 [Filed 06.20.24; Docket No. 1557];

- Final Application for Compensation and Reimbursement of Expenses of Allen Overy Shearman Sterling US LLP as Special Counsel to the Debtors for the Period from August 9, 2023 to and Including May 7, 2024 [Filed 06.20.24; Docket No. 1558]; and

- Supplement to Combined Tenth Monthly and Final Fee Application of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the (I) Tenth Monthly Period From May 1, 2024 through May 7, 2024 and (II) Final Period From August 9, 2023 through May 7, 2024 [Filed 06.21.24; Docket No. 1560].

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Applications were previously served upon you and objection deadlines were provided in the notices of Final Fee Applications.

**PLEASE TAKE FURTHER NOTICE** that you may obtain a full copy of any of the Final Fee Applications for a fee through the Court's website at www.deb.uscourts.gov; or the documents may be obtained for free by accessing the Reorganized Debtors' restructuring website at https://cases.stretto.com/amyris.

Dated:  July 9, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jrosell@pszjlaw.com
          sgolden@pszjlaw.com

*Counsel to the Reorganized Debtors*