**THIS OBJECTION SEEKS TO DISALLOW AND/OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE ATTACHED SCHEDULES TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMYRIS, INC., *et al.*, | Case No. 23-11131 (TMH) |
| Reorganized Debtors.[1] | (Jointly Administered) |

Hearing Date: January 6, 2025 at 10:00 a.m. (ET)
Objection Deadline: December 10, 2024 at 4:00 p.m. (ET)

**NOTICE OF REORGANIZED DEBTORS' EIGHTH
OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN
CLAIMS (NO LIABILITY, LATE FILED AND RECLASSIFY)**

**PLEASE TAKE NOTICE** that on November 26, 2024, the above-captioned reorganized debtors (the "Reorganized Debtors") filed the *Reorganized Debtors' Eighth Omnibus Objection (Substantive) to Certain Claims (No Liability, Late Filed and Reclassify)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, be filed by **December 10, 2024 at 4:00 p.m. (Eastern Time)**, and shall be served on (a) the Reorganized Debtors, Amyris, Inc., 5885 Hollis Street, Suite 100, Emeryville, CA 94608; (b) counsel for the Reorganized Debtors, Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill (joneill@pszjlaw.com) and Steven W. Golden (sgolden@pszjlaw.com), 919 N. Market

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705; and (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: John Schanne (John.Schanne@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider such Objection and any responses related thereto (the "Hearing") will be held on **January 6, 2025 at 10:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N Market Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) from the Reorganized Debtor's notice and claims agent, Stretto, at https://cases.stretto.com/amyris/court-docket or by calling 888.855.0485. Note that a PACER password is needed to access documents on the Court's website.

Dated: November 26, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  dgrassgreen@pszjlaw.com
             joneill@pszjlaw.com
             sgolden@pszjlaw.com

*Counsel to the Reorganized Debtors*